## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the *Federal Rules of Civil Procedure*, Plaintiffs hereby demand a jury trial on all issues triable by right to a jury.

Dated: December 23, 2002

*/s/ Martin A. Cervantes*
Martin A. Cervantes
Attorney for Plaintiffs MARTIN
VENTRESS and JACK CRAWFORD