July 24, 2001

Capt. Hanami:

I feel that you need to know for the record in writing, what I mentioned during our meeting today.

I was told it is JAL Standard by Capt. Shamada that we should fly sick and if we wanted to continue to fly here at Jalways, we basically should think twice (in so many words) before we are sick. This was brought up because I called in sick on a vacation day from Bangkok, Thailand. He suggested maybe I was not sick. I pointed out I went to the hospital on the 13th which was their 12th in Hawaii. Two days before my trip was scheduled to depart Hawaii. It was the doctor not me who prescribed the medicine which by JCAB law prohibits me from flying. To suggest I was not sick or to say I should fly while sick is not JAL standard and is dangerous.

What is all the talk about the safety campaign for? If those who are responsible for safety pick and chose what is standard and what is not standard, and try to force us to fly sick in-order to pass future check rides and keep our jobs. This is putting undo pressure on me.

I am not someone hiding or not doing his job, or calling in sick without a good reason. If we are coming to work as suggested sick then we make others sick. Our dead head schedules have made us exceptional vulnerable to sickness by tiring us out to the point of not just tired, but exhausted. This is feltly by even the youngest of our crews. Please note, I do my job the best I can. I do make some minor mistakes, but I try hard.

Yes I had an (HIJ) revision, one revision behind. But as you saw I had the other ones for that date and those revisions were complete. Yes I had too may extra copies not needed. I admit this so I will get rid of them and do the check list as you suggested. There were some yellow pages misplaced in the wrong order as you saw and maybe even a few (3) or so I did not have in my possession as I did not have the (HIJ) revisions current.

I want to continue to fly after 60 years old for JALWAYS and I will continue to do my best for the one and half years I have left as a captain.

But I feel part of my unacceptable grade for my line check was also due to the sick days mentioned and the pressure brought upon me to carry another suit case, because a couple of new chief pursers have complained. My suitcase is large. I admit this also, but there is and always has been room in the DC-10 for it. For nine (9) years until now. I do not go out on most trips or I should say "we DC-10 pilots do not go out on most patterns only for a few days". Generally, it is six (6) plus to thirty (30) days duty. I never unpack. I had a large size suit case to operate for long periods. I do need to make room on the aircraft for it. So I do not to check it, because I do not want my other crew members to have to wait an extra (15-20) minutes after an excessive long duty day for my luggage. I will put my suit case in the cockpit and tell the other pilots who carry smaller ones

Exh A

Capt. Hanami
July 24, 2001
Page Two (2)

to put theirs in the cabin from now on.

These two issues became part of my post check and used during the debriefing as leverage to intimidate me to bend to fly sick and having to be the only cockpit member to check a suit case. We unlike JAL, do not get dropped off at the front of the airport. I arrive at operations the same as every other JAZ pilot and take my suitcase on board as they do. The chief pursers who make problems or complain are few and usually directly new from JAL.

Finally, Capt. Shamada was very nice and only suggested these things, but I felt pressure and I should not feel pressure when I go to work and work so many long hours, and so many days for JALWAYS. This kind of unnecessary stress is tiring and as I mentioned in thirty four (34) years of airline flying. I never had a manual check by a checker or the FAA or anyone. Almost every pilot will have a few revisions out of date by accident. Including sometimes they are removed because of coffee or water damage, and we just forget to request a new one or in my case I must have just thrown a few away by mistake.

I always try my best to fly the flight safely, professionally and stay on time for JALWAYS. It is my duty and honor. This is a small company and everyone unfortunately gets a bad rap one time or another and it's a hard job you have staying neutral and not becoming opinionated by rumors.

The Captains here have little or no authority, at least the DC-10 Captains. But we are held responsible for everything and accountable. I believe things are getting better and I like everyone of my fellow pilots. I do not talk about them in front of them or behind their back and that goes for the office staff at JAZ as well. I especially like you and Capt. Shamada, Nakabashi. All of the Japanese pilots are truly nice and professional. Also, I have really never had a problem with a flight attendant or purser to my knowledge.

I am sorry that my revisions were not 100%. But I have as you know requested new manuals after nine (9) years. Just in case there are revisions I tour out or spilt coffee and water on, that I forgot to replace long ago or that are not on the current list. I think otherwise 100% better than most and I am my own worst critic. I don't need a checker to tell me how bad I did or feel after forty (40) years of flying. But I respect Capt. Shamada and you and accept your criticism in good faith.

I will try to do even better for the short time I have left at JAZ.

Sincerely,

*Jack Crawford*
JACK CRAWFORD