SAFETY REPORT #1

DEC. 26, 2001

From: Martin Ventress
      DC - 10 Flight Engineer
      JALways

On the morning of June 17, 2001, I was a deadhead passenger on JL flight #728 from Bangkok, Thailand bound for Osaka, Japan. The policy at Bangkok International Airport was for flight crew members to be in uniform going through security. So I and another deadhead crew member, Captain Jack Crawford, went to 'Operations' to change into our uniforms. We saw the operating crew, Captain Hanami, OJT Captain upgrade Jeff Bicknell, and Flight Engineer Tony Frieberg, receiving there flight briefing. Prior to there briefing, I had spoken to Jeff Bicknell that morning at the hotel, and he expressed that he did not feel too good. As we changed clothes in a small room next to the briefing area, we heard some yelling, as in an argument, apparently coming from the F/E Tony Frieberg, however, nothing else 'out-of-the-ordinary' occurred until we were airborne.

As, we were at cruise level, I was in seat # 2C, and had a direct view of the forward galley and the cockpit door area. Myself, along with other passengers, noticed F/E Frieberg rush out of the cockpit and close the curtain which divided the passenger area from the forward galley area, however, he left a small portion opened, and many of us saw F/E Frieberg struggling to carry Capt.upgrade Bicknell from the cockpit to the lavatory, obviously unable to walk under his own power and incapacitated.
This not only happened once, but TWICE, and each time for more than approximately 20 minutes. For the passengers who could see what was going on, this caused great concern.
Later during the flight, I approached F/E Frieberg, who had just stepped out of the cockpit, and asked how things were going, and if there was anything we could do, but he was reluctant to discuss the details, because needed to return to the cockpit as soon as possible.

Now on final approach, we could feel the aircraft was unstable for the landing at approximately 100', when the aircraft initiated a 'Go-around'. The second attempt to land at Osaka airport was a mirrored image of the first, however, the aircraft landed hard and long, as the passengers sighed of relief!

After the flight, we (Capt. Crawford and myself) were able to talk with Mr. Bicknell and Mr. Frieberg. We were in total disbelief when we discovered what happened in the cockpit after Capt. Bicknell become sick. Not only was Mr. Bicknell incapacitated, but was allowed to continue to fly the aircraft AND attempt to make BOTH landings. Furthermore, he was instructed to make a 'Go-around' on the second approach and in NOT doing so, landed hard and long! There were several safety issues which were violated here, Therefore, I have included many of the Laws and Regulations, and Emergency Procedures which were violated.

Now this is only the beginning of my worries about the issues of SAFETY at Japan Airlines !

Exh C

SAFETY REPORT #2

DEC 28, 2001

From: Martin Ventress
      DC - 10 Flight Engineer
      JALways

I expressed my safety concerns with Captain Upgrade Jeff Bicknell about JL Flight # 728 on June 17, 2001. I suggested he take a little TIME OFF with wife and family and to relax. His concerns were that the Japanese would 'discontinue' his upgrade to Captain if he was to request some TIME OFF, but he would take the next 2 days to relax at home in Kona, Hawaii.

Captain Hanami, is also an examiner pilot & chief pilot for JALways, would again be in charge of Flight # JO 95 from Honolulu International airport to Hiroshima, Japan; and a continuation flight (Ferry Flight) to Osaka, Japan. Capt. Upgrade Jeff Bicknell is to be in the left seat, and I am the Duty Flight Engineer. The date was June 20, 2001 and I arrived first that morning followed by Mr. Bicknell. Once again, Mr. Bicknell expressed to me that he didn't feel too good. After Capt. Hanami arrived, we proceeded to 'Operations' to receive our briefing for the flight. As it is policy before flight, the Captain-in-charge, is to confirm that the other crew members are in good mental and physical condition for flight, prior to signing the flight plan, Mr. Bicknell, maintained that he felt 'a little drained and tired' and I was O.K. for flight, so Capt. Hanami proceeded to sign the flight plan. After the briefing, I asked Captain Hanami about Mr. Bicknell, and he stated, " I just think he is under pressure to succeed as captain". I must interject here, that I thought Captain Hanami had already written some type of report (either Captain's report or safety report) detailing what took place on JAL Flight # 728 on Jun 17, 2001. But he did not!

We were now at the aircraft performing our normal operations and procedures. Approximately 1 hour after take-off Capt. Upgrade Bicknell, in the left seat, requested a pillow and blanket, relinquished the aircraft to Capt. Hanami, and proceeded to fall asleep for at least one hour. This is not the Jeff Bicknell I have been knowing and flying with since March of 1996 (over 5 years). During this 9 hour flight Mr. Bicknell did not eat any food, occasionally drank a half cup of water, and fell asleep two more times, each time for at least an hour! Again I asked Captain Hanami how he felt about Mr. Bicknell's condition, and he felt Jeff was 'just a little tired'. Obviously, I had my doubts, and expressed them by stating, something is wrong with Mr. Bicknell, but ultimately it is Captain Hanami's decision to allow Mr. Bicknell to continue in this capacity OR not.

It was now time to 'prepare for the decent and approach' into Hiroshima, Japan, with Capt. Upgrade Jeff Bicknell at the controls of the aircraft. He was very lethargic and was 'behind the power curve' setting up for the approach. Capt. Hanami complied with the normal 'pilot-NOT-flying' duties, but was not watching the 'signs' Capt. Bicknell was showing. For example, the repeated mistakes he was making with the navigational aids, headings, and I interceded at times, correcting wrong settings he had dialed in, to watch his bank angle and airspeed on final approach. But most importantly was his mental instability, especially when you looked at him and into his eyes ... he just was not all there!
High elevation, hot summer day, and a short runway, coupled with a HARD landing, we came to a 'stop' only at the very end of the runway, as I had to override Capt. Bicknell's hand on the thrust reversers. Obviously, we now had 'hot brakes". Needless to say, there were some relieved passengers, including myself. After we completed the engine shutdown procedures and checklist, Capt. Hanami briefly left the flight deck, and I proceeded to question Capt. Upgrade Bicknell's professional judgments.

**SAFETY REPORT** cont. ...

I spoke to Mr. Bicknell, both as a friend and as a professional, explaining my views were NOT personal but this is about SAFETY ! And that I was NOT comfortable flying with him under his present condition. He could not quite explain how he felt. Upon the return of Cap. Hanami to the flight deck, and ALL passengers had deplaned the aircraft (44 minutes on the ground) we were now ready to continue a short 45 minute flight to Osaka, Japan. I asked Capt. Hanami who would fly this leg, and he stated, it was The Capt. Upgrade Trainee (Mr. Bicknell) As we were airborne, it was apparent Capt. Bicknell was having difficulties thinking., often looking as if he was 'spaced out'. I asked, "Jeff, are you O.K.?" He would just look at me. Mr. Bicknell did not command any orders, like calling for the checklist, or requesting lower altitude for descent, without Capt. Hanami or myself asking HIM first. I was only hoping at this point, we would arrive safely at Osaka. And we did, after another scary landing. I use the word scary because of the 'look' that was on Mr. Bicknell's face on short final...was SCARY!

The real interesting part began as the three of us were deplaning the aircraft at Osaka Airport. Capt. Hanami entered the bus first, and sat up front near the driver, then I entered at the mid-door. Mr. Bicknell was NOT present. I immediately ran upstairs, to find Mr. Bicknell standing in the middle of cockpit, apparently dizzy. I helped out by carrying his bags downstairs for him, yet he did not come down the stairs. So I returned again upstairs, to find Mr. Bicknell afraid to step down on the stairway, so I held his arm, and assisted him to the bus. We sat near the rear of the bus, and Mr. Bicknell slumped over in his seat. I had to make one of the most difficult decisions in my flying career, as we had three more days of flying together. I TOLD Mr. Bicknell that I was afraid to fly with him, and that if he did NOT pull himself Off of the remainder of this trip, that I would pull MYSELF Off the rest of the trips with him, knowing I would be jeopardizing my position with JAL. My eyes welt up with tears as my friend Jeff began, what appeared to me, to be a convulsion, shaking and drooling from the mouth, despondent at my attempts to control him. I immediately yelled to Capt. Hanami to have the bus driver expedite us to the nearest hospital or clinic. Capt. Hanami asked Mr. Bicknell what was wrong, then Jeff began to vomit (actually dry heave) because he ate nothing all day. I told Capt. Hanami that Jeff could not answer for himself, and that I am demanding that we get medical attention NOW, and that we pull Mr. Bicknell Off of the flying schedule. It was a little complicated getting him to the medical clinic, since we had all these bags, and still had to clear Customs. Nevertheless, we made it to the clinic, and Mr. Bicknell was admitted. Capt. Hanami and I then proceeded to 'Operations' to make changes on Mr. Bicknell's schedule. Capt. Hanami worried about when he could reschedule Capt. Upgrade Bicknell's check ride flight, and I worried about Mr. Bicknell's life! Flying sick and flying tired have been a real "HOT" issue amongst the flight crew members, but little had been done to improve these conditions. Therefore, some have become accustomed to flying sick and tired. And even worse, some are afraid to speak up for the fear upsetting the Japanese.

**SAFETY REPORT cont....**

When I finally returned to Honolulu after that trip, I heard the results of Mr. Bicknell's condition, that he had been flying all this time with a 'cancerous tumor' lodged in his brain, I could not hold back the tears. Eventually, I worked up enough nerves and strength to visit Jeff in the hospital after his surgery. Again, this left me with a heavy heart, especially when I heard the chances of a full recovery were unlikely. Wasn't anyone paying attention to his mental condition each time he arrived at the operations center, preparing to take command of a multi-million dollar passenger aircraft? Or was it a case of business-as-usual ? I guess if no one sees a problem or talks about a problem, then one must not exist? I am still both disappointed and hurt over the conditions surrounding Not just another pilot...but a FRIEND!

As I reflect on the SAFETY ISSUES which were violated, I am committed to come forth in truth and with facts. I had a light flying schedules both July and August, and I waited to see if there was any Captain's Report written on Flight # JO 95 on Jun 20, 2001. Again, to my disappointment, nothing written by Capt. Hanami. I have not had any flight duty since September 12, 2001, and we all know what happened on September 11, 2001. When I was told, I was 'medically disqualified on Nov. 19, 2001, because of my personal life, little did the Japanese medical staff know, that I had yet spoken against one of there own, Captain Hanami. After continuous doctors' appointments, psychiatric profiles and testing, I eventually broke out with a 'stress rash', first on my stomach, then my thighs and legs, finally under my arms. Facing a 'stressful dilemma', whether to write a SAFETY REPORT about the safety violations committed by Captain Hanami. After all, he is a Japanese Captain, Examiner Pilot, Chief Pilot, and is the Vice President for JALways Honolulu. During one of my visits with Dr. Brath, he highly recommended, I seek counsel, from someone like a priest, to get any and all things 'off my chest' so I will have a clear conscience. I did as he recommended, and spent several hours with a few different priests. They all reminded me of the same thing ... To have faith in GOD, and to stand on HIS word !!!

If those passengers had any idea they were aboard an aircraft with a partially brain dead pilot who was allowed to manipulate the controls, clearly putting the passengers at risk, we can only speculate what might have happened. I felt as though my life was in jeopardy, both as a passenger and as a crew member. I have included copies of the laws and regulations, (which we are supposed to follow) that were blatantly violated, so there will be no question of facts. How could a Captain, with this amount of experience, overlook all these signs and all these violations? Why didn't anyone else in this company, see what was happening with Mr. Jeff Bicknell? So after many sleepless nights, I have decided to end my silence for the sake of the flying public!

Thank you for reviewing this report as I have tried to present it.

                                                                   Truthfully,

                                                                   Martin Ventress