## CIVIL COVER SHEET

**I(a) PLAINTIFFS**
Martin Ventress and Jack Crawford

**DEFENDANTS**
Japan Airlines; Jalways Co., LTD.; Hawaii Aviation Contract Services, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
( EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**
Martin A. Cervantes, Esq.
Law Offices of Martin A. Cervantes
3535 Inland Empire Blvd.
Ontario, CA 91764; (909) 941-2525

ATTORNEYS (IF KNOWN)

CV03 00451 SPK LEK

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- X 4 Diversity (Indicate Citizenship of Parties In Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | • 1 | Incorporated or Principal Place of Business In This State | • 4 | X 4 |
| Citizen of Another State | • 2 | X 2 | Incorporated and Principal Place of Business In Another State | • 5 | X 5 |
| Citizen or Subject of a Foreign Country | • 3 | • 3 | Foreign Nation | • 6 | • 6 |

### IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- X 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multi-district Litigation
- 7 Appeal to District Judge from Magistrate Judgment

### V. REQUESTED IN COMPLAINT:

- CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 **DEMAND $** _____

Check YES only if demanded in complaint: **JURY DEMAND:** X YES • NO

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

(1) 28 USC Section 1332(a)(3) because both Plaintiff's claims for wrongful termination each exceed $75,000; (2) 28 USC Section 1391(a)(2) because a substantial part of the events or omissions occurred in and around Los Angeles, California.

### VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| • 400 State Reapportionment | • 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | • 610 Agriculture | • 422 Appeal 28 USC 158 |
| • 410 Antitrust | • 120 Marine | • 310 Airplane | • 362 Personal Injury- Med Malpractice | • 620 Other Food & Drug | • 423 Withdrawal 28 USC 157 |
| • 430 Banks and Banking | • 130 Miller Act | • 315 Airplane Product Liability | • 365 Personal Injury- Product Liability | • 625 Drug Related Seizure of Property 21 USC 881 | |
| • 450 Commerce/ICC Rates/etc. | • 140 Negotiable Instrument | • 320 Assault, Libel & Slander | • 368 Asbestos Personal Injury Product Liability | • 630 Liquor Laws | PROPERTY RIGHTS |
| • 460 Deportation | • 150 Recovery of Overpayment & Enforcement of Judgment | • 330 Fed. Employers' Liability | | • 640 R.R. & Truck | • 820 Copyrights |
| • 470 Racketeer Influenced and Corrupt Organizations | • 151 Medicare Act | • 340 Marine | PERSONAL PROPERTY | • 650 Airline Regs | • 830 Patent |
| • 810 Selective Service | • 152 Recovery of Defaulted Student Loan (Excl. Veterans) | • 345 Marine Product Liability | • 370 Other Fraud | • 660 Occupational Safety /Health | • 840 Trademark |
| • 850 Securities/Commodities/ Exchange | | | • 371 Truth in Lending | • 690 Other | SOCIAL SECURITY |
| • 875 Customer Challenge 12 USC 3410 | • 153 Recovery of Overpayment of Veteran's Benefits | • 350 Motor Vehicle | • 380 Other Personal Property Damage | LABOR | • 861 HIA (1395ff) |
| • 891 Agricultural Act | • 160 Stockholders' Suits | • 355 Motor Vehicle Product Liability | • 385 Property Damage Product Liability | • 710 Fair Labor Standards Act | • 862 Black Lung (923) |
| • 892 Economic Stabilization Act | • 190 Other Contract | • 360 Other Personal Injury | | | • 863 DIWC/DIWW (405(g)) |
| • 893 Environmental Matters | • 195 Contract Product Liability | | | • 720 Labor/Mgmt. Relations | • 864 SSID Title XVI |
| • 894 Energy Allocation Act | REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | • 730 Labor/Mgmt. Reporting & Disclosure Act | • 865 RSI (405(g)) |
| • 895 Freedom of Information Act | • 210 Land Condemnation | • 441 Voting | • 510 Motions to Vacate Sentence Habeas Corpus | | FEDERAL TAX SUITS |
| • 900 Appeal of Fee Determination Under Equal Access to Justice | • 220 Foreclosure | • 442 Employment | | • 740 Railway Labor Act | • 870 Taxes (U.S. Plaintiff or Defendant) |
| | • 230 Rent Lease & Ejectment | • 443 Housing/ Accommodations | • 530 General | | |
| | • 240 Torts to Land | • 444 Welfare | • 535 Death Penalty | XX 790 Other Labor Litigation | • 871 IRS-Third Party 26 USC 7609 |
| • 950 Constitutionality of State Statutes | • 245 Tort Product Liability | • 440 Other Civil Rights | • 540 Mandamus/ Other | | |
| | • 290 All Other Real Property | | • 550 Civil Rights | • 791 Empl. Ret. Inc. Security Act | |
| • 890 Other Statutory Actions | | | • 555 Prison Condition | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☐ YES ☒ NO

If yes, list case number(s): ___CV02-9762 NM (SHx)___

CV-71 (10/01)                                    CIVIL COVER SHEET                                    Page 1 of 2

**FOR OFFICE USE ONLY:** ☐ Pro Hac Vice fee:   ☐ paid   ☐ not paid
Applying IFP _____   Judge _____   Mag. Judge _____

CIVIL COVER SHEET
(Reverse Side)

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐YES ☒NO

If yes, list case number(s): _____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:
(CHECK ALL BOXES THAT APPLY)
- A. Appear to arise from the same or substantially identical transactions, happenings, or events;
- B. Involve the same or substantially the same parties or property;
- C. Involve the same patent, trademark or copyright;
- D. Call for determination of the same or substantially identical questions of law, or
- E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
- CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.

Plaintiff Martin Ventress resides in Los Angeles County, California.
Plaintiff Jack Crawford is currently temporarily in Bangkok Thailand developing a business but is domiciled in California.

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
- CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.

Defendant Japan Airlines has its principal place of business in Tokyo Japan.
Defendant Jalways Co., LTD is a subsidiary of Defendant Japan Airlines with its principal place of business in Tokyo Japan.
Defendant Hawaii Aviation Contract Services Inc. is a corp. principal place of business in Honolulu Hawaii.

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
NOTE: In land condemnation cases, use the location of the tract of land involved.

See attached sheet

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** X /s/ _signature_     Date 12/23/02

NOTICE TO COUNSEL/PARTIES: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## ATTACHMENT TO CIVIL COVER SHEET

(a) As to First Cause of Action the claim arose via written documentation in California and Hawaii.

(b) As to Second Cause of Action the claim arose in actions and omissions as well as documents in California and Hawaii.

(c) As to Third Cause of Action the claim arose in Hawaii.

(d) As to the Fourth and Fifth Causes of Action the claims arose in California and Hawaii by acts and omissions and written documents.