# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Japan Airlines, et al. |
| ATTYS FOR PLA: | Martin Ventress (Plaintiff Pro Se) <br> Charles H. Brower |
| ATTYS FOR DEFT: | Carl H. Osaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/30/2006 | TIME: | 9:32-9:35 |

COURT ACTION:  EP: Status Conference Re: Arbitration held.  Martin Ventress participated by phone.

Keith Hunter to be arbitrator for Crawford Plaintiff.  Arbitration to be scheduled in April 2006.  Name already submitted for Ventress Plaintiff, arbitrator to be chosen.

Letter when arbitration date is certain to be submitted to the Court.

Submitted by: Warren N. Nakamura, Courtroom Manager