# THE WHITE HOUSE
## WASHINGTON

January 19, 2006

Mr. Martin Ventress
Apartment 310
5042 Wilshire Boulevard
Los Angeles, California 90036

Dear Mr. Ventress:

On behalf of President George W. Bush, thank you for your letter.

The White House is sending your inquiry to the Department of Labor. This agency has the expertise to address your concerns. They will respond directly to you, as promptly as possible.

The President sends his best wishes.

Sincerely,

Marguerite A. Murer
Special Assistant to the President
and Director of Presidential Correspondence

*Due to mail screening procedures, we have only recently received your letter. We appreciate your patience in awaiting a response.*



EXECUTIVE CHAMBERS

HONOLULU

LINDA LINGLE
GOVERNOR

November 28, 2005

Mr. Martin Ventress
5042 Wilshire Boulevard, #310
Los Angeles, CA 90036

Dear Mr. Ventress:

Thank you for your letter of October 31, 2005 regarding Japan Airlines and the FCN Treaty. While I remain committed to restoring trust and integrity in State government, the matter you raise appears to be one that should be addressed at the federal level. I therefore encourage you to contact your representative(s) in Congress about the treaty and its effect on employees.

You may also wish to consider contacting a private attorney about a potential recourse through the courts.

I appreciate your bringing this situation to my attention.

Sincerely,

LINDA LINGLE

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

December 15, 2005

Mr. Martin Ventress
5042 Wilshire Blvd, # 310
Los Angeles, CA 90036-4305

Dear Mr. Ventress:

    Thank you for contacting my office to express your views. I believe that all citizens should become involved in the legislative process by letting their voices be heard, and I appreciate the time and effort that you took to share your thoughts with me. One of the most important aspects of my job is keeping informed about the views of my constituents, and I welcome your comments so that I may continue to represent California to the best of my ability. Should I have the opportunity to consider legislation on this or similar issues, I will keep your views in mind.

    For additional information about my activities in the U.S. Senate, please visit my website, http://boxer.senate.gov. From this site, you can access statements and press releases that I have issued about current events and pending legislation, request copies of legislation and government reports, and receive detailed information about the many services that I am privileged to provide for my constituents. You may also wish to visit http://thomas.loc.gov to track current and past legislation.

    Again, thank you for taking the time to share your thoughts with me. I appreciate hearing from you.

Sincerely,

*Barbara Boxer*

Barbara Boxer
United States Senator

BB:ine

| | | | | | | |
|---|---|---|---|---|---|---|
| 1700 MONTGOMERY STREET<br>SUITE 240<br>SAN FRANCISCO, CA 94111<br>(415) 403-0100 | 312 NORTH SPRING STREET<br>SUITE 1748<br>LOS ANGELES, CA 90012<br>(213) 894-5000 | 501 'I' STREET<br>SUITE 7-600<br>SACRAMENTO, CA 95814<br>(916) 448-2787 | 1130 'O' STREET<br>SUITE 2450<br>FRESNO, CA 93721<br>(559) 497-5109 | 600 'B' STREET<br>SUITE 2240<br>SAN DIEGO, CA 92101<br>(619) 239-3884 | 201 NORTH 'E' STREET<br>SUITE 210<br>SAN BERNARDINO, CA 92401<br>(909) 888-8525 | |

PRINTED ON RECYCLED PAPER

ROBERT BUNDA, PRESIDENT
DONNA MERCADO KIM, VICE PRESIDENT
COLLEEN HANABUSA, MAJORITY LEADER
CLAYTON HEE, MAJORITY FLOOR LEADER
SHAN S. TSUTSUI, MAJORITY CAUCUS LEADER
FRED HEMMINGS, MINORITY LEADER
BOB HOGUE, MINORITY FLOOR LEADER
GORDON TRIMBLE, MINORITY POLICY LEADER

FIRST DISTRICT — LORRAINE R. INOUYE
SECOND DISTRICT — RUSSELL S. KOKUBUN
THIRD DISTRICT — PAUL WHALEN
FOURTH DISTRICT — SHAN S. TSUTSUI
FIFTH DISTRICT — ROSALYN H. BAKER
SIXTH DISTRICT — J. KALANI ENGLISH
SEVENTH DISTRICT — GARY L. HOOSER
EIGHTH DISTRICT — SAM SLOM
NINTH DISTRICT — LES IHARA, JR.
TENTH DISTRICT — BRIAN T. TANIGUCHI
ELEVENTH DISTRICT — CAROL FUKUNAGA
TWELFTH DISTRICT — GORDON TRIMBLE
THIRTEENTH DISTRICT — SUZANNE CHUN OAKLAND
FOURTEENTH DISTRICT — DONNA MERCADO KIM
FIFTEENTH DISTRICT — NORMAN SAKAMOTO
SIXTEENTH DISTRICT — DAVID Y. IGE
SEVENTEENTH DISTRICT — RON MENOR
EIGHTEENTH DISTRICT — CLARENCE K. NISHIHARA
NINETEENTH DISTRICT — BRIAN KANNO
TWENTIETH DISTRICT — WILL ESPERO
TWENTY-FIRST DISTRICT — COLLEEN HANABUSA
TWENTY-SECOND DISTRICT — ROBERT BUNDA
TWENTY-THIRD DISTRICT — CLAYTON HEE
TWENTY-FOURTH DISTRICT — BOB HOGUE
TWENTY-FIFTH DISTRICT — FRED HEMMINGS
CHIEF CLERK — PAUL T. KAWAGUCHI

# The Senate
## The Twenty-Third Legislature
### of the
### State of Hawaii

STATE CAPITOL
HONOLULU, HAWAII 96813



January 17, 2006

Mr. Martin Ventress
5042 Wilshire Blvd. #310
Los Angeles, CA 90036

Dear Mr. Ventress:

Thank you for your letter of November 22 pertaining to Japan Airlines ("JAL"), and issues relating primarily to JALways Co. Ltd. and Hawaii Aviation Contract Services, Inc. ("HACS") which JAL apparently controls.

We have reviewed your concerns and believe they should be addressed at the federal level. We suggest you contact the U. S. Departments of State, Justice and Transportation which deal with aviation treaties, foreign airline structure, ownership and tax obligations, pilot treatment and scheduling, and aviation safety issues.

The State of Hawaii Department of Transportation -- Airports Division, which the State Legislature monitors, manages all airports within the state.

We appreciate you sharing your concerns with us.

Sincerely,

Senator Lorraine R. Inouye