FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 7 2005

at 2 o'clock and 40 min. P.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRUCE G. SCHOGGEN, | ) | CV NO. 04-00707 DAE LEK |
| Plaintiff, | ) | |
| vs. | ) | |
| HAWAII AVIATION CONTRACT SERVICES; JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; and DOES 1-10, | ) | |
| Defendants. | ) | |

ORDER GRANTING PLAINTIFF'S MOTION TO
COMPEL ARBITRATION; DISMISSING THE CASE WITHOUT
PREJUDICE; AND DENYING ALL PENDING MOTIONS AS MOOT

The Court heard Plaintiff's Motion on March 30, 2005. David Simons, Esq., appeared at the hearing on behalf of Plaintiff; Carl Osaki, Esq., appeared at the hearing on behalf of Defendant Hawaii Aviation Contract Services, Inc.; Joseph Kotowski appeared at the hearing on behalf of Defendants Japan Airlines and Jalways Co., Ltd.. After reviewing the motion and the supporting and opposing memoranda, the Court GRANTS Plaintiff's Motion to Compel Arbitration; DISMISSES WITHOUT PREJUDICE the case; and DENIES all pending motions as moot.

chance that any issues are left unresolved by those proceedings. The Court refuses to do so. Rather, the Court DISMISSES WITHOUT PREJUDICE the case in light of the arbitration proceedings. Should Plaintiff feel that issues still remain following arbitration, he may file a new lawsuit with this Court at that point. Furthermore, all pending motions in this case are hereby DENIED as moot.

## CONCLUSION

For the reasons stated above, the Court GRANTS Plaintiff's Motion to Compel Arbitration; DISMISSES WITHOUT PREJUDICE the case; and DENIES all pending motions as moot.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, MAY 17 2005

DAVID ALAN EZRA
CHIEF UNITED STATES DISTRICT JUDGE

Bruce G. Schoggen v. Hawaii Aviation Contract Services, et al., CV NO. 04-00707 DAE-LEK; ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ARBITRATION; DISMISSING THE CASE WITHOUT PREJUDICE; AND DENYING ALL PENDING MOTIONS AS MOOT

6

CARL H. OSAKI          4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2005

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV 03-451 SPK-LEK<br><br>NOTICE OF HEARING MOTION; DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S MOTION TO COMPEL ARBITRATION PURSUANT TO THE TERMS OF THE CONTRACT BETWEEN PLAINTIFF MARTIN VENTRESS AND DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.; MEMORANDUM IN SUPPORT OF MOTION; AFFIDAVIT OF CARL H. OSAKI; EXHIBITS A-Q; EXHIBIT 1; CERTIFICATE OF SERVICE<br><br>DATE:　July 11, 2005<br><br>TIME:　10:30 a.m.<br><br>JUDGE:　Leslie E. Kobayashi |

NOTICE OF HEARING MOTION

TO:　MR. MARTIN VENTRESS
　　　5042 Wilshire Boulevard, #310
　　　Los Angeles, CA 90036

　　　Pro Se

CARL H. OSAKI  4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 9 2005

at 2 o'clock and 10 m. A.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>        Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>AMENDED NOTICE OF HEARING DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S MOTION TO COMPEL ARBITRATION PURSUANT TO THE TERMS OF THE CONTRACT BETWEEN PLAINTIFF MARTIN VENTRESS AND DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC., FILED MAY 18, 2005; CERTIFICATE OF SERVICE<br><br>Original Date/Time/Judge:<br>Date:     July 11, 2005<br>Time:     10:30 a.m.<br>Judge:    Leslie E. Kobayashi<br><br><br>New Date/Time/Judge<br><br>DATE:     July 25, 2005<br>TIME:     10:00 a.m.<br>JUDGE:    Leslie E. Kobayashi |