IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN VENTRESS, | ) | Civil No. 03-00451 SPK LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF VENETIA K. |
| | ) | CARPENTER-ASUI |
| vs. | ) | |
| | ) | |
| JAPAN AIRLINES, JALWAYS, | ) | |
| HAWAII AVIATION CONTRACT | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF VENETIA K. CARPENTER-ASUI

I, Venetia K. Carpenter-Asui, state that:

1. I am the attorney for Plaintiff Martin Ventress in the above described action, and am duly licensed to practice before all Courts in the State of Hawaii.

2. On May 28, 2004, I was retained and agreed to represent Plaintiff Martin Ventress in the above entitled matter.

3. The Counsels in this matter have been actively engaged in the selection of a mutually agreed upon arbitrator for the arbitration of this case. Names of potential arbitrators have been exchanged and discussed, as well as ongoing discussion regarding use of the Dispute Prevention Resolution, Inc. in Honolulu, Hawaii, instead of the American Arbitration Association ("AAA") in the State of California to save expenses.

# facsimile
## TRANSMITTAL

**to:** Ms. Venetia Carpenter-Asui
**fax #:** 523-6727
**re:** Ventress
**date:** December 10, 2004
**pages:** 1, including this cover sheet.

Ms. Carpenter-Asui:

This responds to your letter of December 3, 2004, regarding potential arbitrators. I tried to obtain a list of Hawaii neutrals from the American Arbitration Association ("AAA"). If you have a complete list, please send it to me. I understand that three attorneys from the Stanton Clay firm are acceptable to you, but I would like to see AAA's complete listing of neutrals before making a decision.

Because your client would be the claimant in any arbitration proceeding he initiates, the costs associated with initiating any arbitration would be your client's to bear. The same would be true if Mr. Brower elects to initiate a similar arbitration. Costs pending any final arbitration award would be apportioned as provided for by the rules and protocols of the AAA. Ultimately, an arbitrator may make an award of costs and expenses pursuant to the contract and the law, but assuming the substance of such a decision prior to even the inception of the arbitration is putting the cart way before the horse. My client's position as to costs and expenses prior to a final award is that the rules and protocols of the AAA would govern. Indeed, it was not the intent of my client to assist in the financing of arbitration litigation against itself.

Again, I would encourage you to use Dispute Prevention & Resolution. I think that the administrative fees would most likely be less than the AAA, and the matter would be administered from Honolulu, as opposed to San Francisco. I doubt that there is a substantial difference in the panel of neutrals for either company.

Carl

From the desk of...

**Carl H. Osaki, Esq.**

Carl H. Osaki, AAL, ALC
Suite 1510, 900 Fort Street
Honolulu, Hawaii 96813

808-528-4666
Fax: 808-529-0764

## CARL H. OSAKI
*Attorney At Law, A Law Corporation*
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 528-4666
Facsimile: (808) 529-0764

---

December 20, 2004

VIA Facsimile: 523-6727

Ms. Venetia K. Carpenter-Asui
Haseko Center, Suite 812
820 Mililani Street
Honolulu, HI 96813

VIA Facsimile: 526-0307

Charles H. Brower, Esq.
Pioneer Plaza, Suite 1210
900 Fort Street
Honolulu, HI 96813

RE: Ventress/Crawford v. Hawaii Aviation Contract Services

Counsel:

I am in receipt of Ms. Carpenter-Asui's letter of December 20, 2004, regarding a list of arbitrators that work through the American Arbitration Association ("AAA"). I contacted the San Francisco office of the AAA, which is the location from where any arbitration initiated by your cleints will be administered, and asked for a list. I was told that there is no such list available until after an arbitration is initiated. It being your clients' choice on such an initiation, I will wait for a list from the AAA in due course. I again invite you to use the services of Dispute Prevention & Resolution because I understand it would be less expensive, but that is your choice, although I will use this and past invitations with regard to any cost motion that may arise.

Very truly yours,

CARL H. OSAKI

c: Hawaii Aviation Contract Services