

**International Centre for Dispute Resolution**

**INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION**

Thomas Ventrone
Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

In the Matter of Arbitration Between:

Hon. E. John McConnell
33 N. Market Street, Suite 200
Wailuku, HI 96793

Re: 50 160 T 00266 05
Bruce Schoggen
vs
Hawaii Aviation Contract Services

## NOTICE OF APPOINTMENT

To: Hon. E. John McConnell

> It is most important that the parties have complete confidence in the arbitrator's impartiality. Therefore, please disclose any past or present relationship with the parties, their counsel, or potential witnesses, direct or indirect, whether financial, professional, social or of any other kind. This is a continuing obligation throughout your service on the case and should any additional direct or indirect contact arise during the course of the arbitration or if there is any change at any time in the biographical information that you have provided to the AAA, it must also be disclosed. Any doubts should be resolved in favor of disclosure. If you are aware of direct or indirect contact with such individuals, please describe it below. Failure to make timely disclosures may forfeit your ability to collect compensation. The ICDR will call the disclosure to the attention of the parties.

You will not be able to serve until a duly executed Notice of Appointment is received and on file with the ICDR. Please review the attached *Disclosure Guidelines* and, after conducting a conflicts check, answer the following questions and complete the remainder of this Notice of Appointment:

|   | Yes | No |
|---|---|---|
| 1. Do you or your law firm presently represent any person in a proceeding involving any party to the arbitration? | ☐ | ☒ |
| 2. Have you represented any person against any party to the arbitration? | ☐ | ☒ |
| 3. Have you had any professional or social relationship with counsel for any party in this proceeding or the firms for which they work? | ☒ | ☐ |

*A Division of the American Arbitration Association*



EXHIBIT 1

4. Have you had any professional or social relationship with any parties or witnesses identified to date in this proceeding or the entities for which they work?  ☐ ☒ No

5. Have you had any professional or social relationship of which you are aware with any relative of any of the parties to this proceeding, or any relative of counsel to this proceeding, or any of the witnesses identified to date in the proceeding?  ☐ ☒ No

6. Have you, any member of your family, or any close social or business associate ever served as an arbitrator in a proceeding in which any of the identified witnesses or named individual parties gave testimony?  ☐ ☒ No

7. Have you, any member of your family, or any close social or business associate been involved in the last five years in a dispute involving the subject matter contained in the case, which you are assigned?  ☐ ☒ No

8. Have you ever served as an expert witness or consultant to any party, attorney, witness or other arbitrator identified in this case?  ☐ ☒ No

*Yes   No*

9. Have any of the party representatives, law firms or parties appeared before you in past arbitration cases?  ☒ ☐

10. Are you a member of any organization that is not listed on your panel biography that may be relevant to this arbitration?  ☐ ☒

11. Have you ever sued or been sued by either party or its representative?  ☐ ☒

12. Do you or your spouse own stock in any of the companies involved in this arbitration?  ☐ ☒

13. If there is more than one arbitrator appointed to this case, have you had any professional or social relationships with any of the other arbitrators?  ☐ ☒

14. Are there any connections, direct or indirect, with any of the case participants that have not been covered by the above questions?  ☐ ☒

Should the answer to any question be "Yes", or if you are aware of any other information that may lead to a justifiable doubt as to your impartiality or independence or create an appearance of partiality, then describe the nature of the potential conflict(s) on an attached page.

**Please indicate one of the following:**

☒ I have conducted a check for conflicts and have **nothing to disclose**.

☐ I have conducted a check for conflicts and have **made disclosures on an attached sheet**.

## THE ARBITRATOR'S OATH

State of Hawaii  
County of Maui  } SS:

I attest that I have diligently conducted a conflicts check, including a thorough review of the information provided to me about this case to date, and that I have performed my obligations and duties to disclose in accordance with the Rules of the American Arbitration Association, Code of Ethics for Commercial Arbitrators and/or all applicable statutes pertaining to arbitrator disclosures.

I understand that my obligation to check for conflicts and make disclosures is ongoing for the length of my service as an arbitrator in this matter, and that failing to make appropriate and timely disclosures may result in my removal as arbitrator from the case.

The Arbitrator being duly sworn, hereby accepts this appointment, and will faithfully and fairly hear and decide the matters in controversy between the parties in accordance with their arbitration agreement, the Code of Ethics, and the rules of the American Arbitration Association will make an Award according to the best of the arbitrator's understanding.

Dated: 13 JAN 06          Signed: [signature]

DONNA MENDES  My Commission expires 9/14/09

Sworn before me this 13th day of January, 2006

## DISCLOSURE GUIDELINES
### for
### Neutrals serving on American Arbitration Association Cases

General

1. The American Arbitration Association Rules and the *Code of Ethics* require you to make full disclosure.

2. <u>Your duty to make disclosures is ongoing throughout all stages of the arbitration</u>. The Case Manager may prompt you to conduct a subsequent conflict check during key points of the case, but you should conduct such checks and make disclosures on your own initiative whenever new information about the case participants comes to light.

3. Any doubt as to whether or not disclosure needs to be made should be resolved in favor of disclosure. You should not judge the significance of the potential conflict but rather you should make the disclosure and let the parties determine its significance.

4. As a guiding principle, *if a relationship or interest crosses your mind – disclose it.*

5. You must disclose:

- Any circumstance likely to give rise to *justifiable doubt* as to your impartiality or independence *(per AAA rules)*.
- Any interest or relationship that might create an *appearance* of partiality *(per the Code of Ethics)*.
- Any applicable statutes pertaining to arbitrator disclosures.

### Financial

As to any <u>party</u>, <u>attorney</u>, <u>witness</u> and <u>other arbitrator</u> involved in *this* case, you must disclose any:

- Financial interest that is *direct* (existing or past) or *indirect* (existing or past).

### Relational

You must disclose any *relationships* you have with any <u>party</u>, <u>attorney</u>, <u>witness</u> and <u>other arbitrator</u> involved in *this* case – this <u>includes</u> relationships with their:

- Families or household members
- Current employers
- Partners
- Professional and/or business associates

### How to Disclose

When disclosing, *specificity* is extremely important. Provide enough detail in your disclosure so that the parties are fully informed of the potential conflict. Tell us:

- Who
- What
- When
- Where
- How

Failing to provide a sufficient level of detail will delay the confirmation of your appointment, as well as the progress of the case overall, since the Case Manager will need to contact you for additional information.

All disclosures must be provided in writing. In the rare situation where a disclosure comes to light at a hearing, you are obligated to excuse yourself from the proceeding and immediately contact the ICDR who will facilitate the process for communicating the disclosure to the parties and obtaining their response. Pursuant to the AAA Rules, the ICDR shall determine whether or not a challenge raised by a party to an arbitrator's continued service shall be granted or denied.

# The Honorable E. John McConnell (Ret.)

33 N. Market Street, Suite 200
Wailuku, Maui, Hawai'i 96793
Maui Phone: (808) 244-6531
Fax (808) 242-4610
Email: judgemcconnell@msn.com

Jennifer Barcenes
ICDR Supervisor
1633 Broadway, 10th Floor
New York, New York 10019

RECEIVED
JAN 2 0 2006
INTERNATIONAL CENTER

RE: 50 160 T 00266 05
    Bruce Schoggen
        Vs
    Hawaii Aviation Contract Services

Dear Ms. Barcenes:

Enclosed is the completed arbitrator's oath together with the disclosure and compensation forms.

Both lawyers and members of their firms have appeared before me as a private neutral and as a judge. I have ongoing matters with both firms.

John Carroll is named as a witness. If it is the same person, there is a John Carroll who is a Hawaii attorney and has appeared before me. I would have no difficulty impartially evaluating his testimony.

I do anticipate travel expenses of approximately $200.00 for airfare and ground transportation between Maui and Honolulu. My hotel expenses should the matter require more than one day should be about $110.00 per night.

I have no doubt that I can impartially arbitrate this matter. Thank you for your attention to it.

Very truly yours,

E. John McConnell

MEDIATION · ARBITRATION · FACT FINDING · SPECIAL MASTER APPOINTMENTS



**ICDR International Centre for Dispute Resolution**

Thomas Ventrone
Vice President

## Notice of Compensation Arrangements

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

December 21, 2005

Re: 50 160 T 00266 05
   Bruce Schoggen
   vs
   Hawaii Aviation Contract Services

Dear Hon. McConnell,

You have been invited to serve as an arbitrator in the above matter. It is important that you understand the terms of your compensation and the role you play in ensuring that you receive payment for fees and expenses that you may incur during your service. This invitation to serve is based on our assumption that unless your panel biography states otherwise, you are willing to comply with the Association's *Billing Guidelines for International, Commercial, Construction, and Employment Neutrals*, which are enclosed. If you expect to assess charges that fall outside those guidelines and those charges are not detailed on your panel biography, you must notify the Association prior to accepting your appointment so that the parties can determine whether they still seek your services as an arbitrator.

### Your Compensation

This matter is being administered under the Employment procedures of the American Arbitration Rules. As such, you will be compensated at the following rates, per the rate you provided:

  Hearing Time:    $250.00    per hour
  Study Time:      $250.00    per hour

Inasmuch as you are agreeing to serve in this matter at the above rate, any subsequent change to your published rate after your appointment will not apply to this case.

You have agreed to serve without compensation in this matter.

### Your Expenses

On most cases, your expenses should be nominal and will be reimbursed immediately after you submit them. For any single expense over $25, please include a receipt with your request for reimbursement.

*A Division of the American Arbitration Association*

If you anticipate that you will incur significant expenses, such as airfare or hotel room costs, please advise your Case Manager in advance so that the parties can be asked to make deposits prior to you incurring the expense.

**Deposits and Payment**

Payment for your compensation is the obligation of the parties and it is understood that the American Arbitration Association has no liability, direct or indirect, for such payment. During the course of the proceeding the Case Manager will ask that you provide an estimate of the amounts needed to cover your fees. Generally this occurs immediately after the preliminary hearing, although on longer or more complex cases it can occur immediately upon appointment or after each series of hearings.

Unless you specify otherwise, the parties are advised that deposits are due 30 days prior to the first hearing. No later than two weeks prior to the hearing, the Case Manager will advise you of the total amount on deposit. Should the parties fail to make deposits in a timely manner, you must determine whether to go forward or suspend the proceedings until such time as deposits have been made. If you decide to go forward without full deposits, you may not subsequently delay the rendering of the award for lack of payment of your fees. *The time to deal with this issue is prior to the commencement of the hearings.* Should you decide to suspend the proceedings, your Case Manager can assist you in issuing an appropriate order to the parties.

If you realize that you are spending more time on this matter than you originally estimated, it is your obligation to inform the Case Manager prior to exhausting the current deposit. The Case Manager will then make arrangements with the parties for additional deposits per your instructions.

In order to receive payment, please submit bills promptly. Your bills should be submitted in a format that is presentable to the parties, should detail the dates on which the charges were incurred and must correspond with the terms of compensation outlined herein. Upon receipt, the AAA will release payment from the amounts deposited by the parties. Should there be insufficient funds on deposit, you will not receive payment until the parties have made additional deposits. Further, we will not use one party's deposit to cover another party's obligation without written permission to do so.

In the event your Award is delivered prior to payment by the parties of the agreed upon compensation, the Association is authorized but not obligated to seek to collect these monies on your behalf by all lawful means to represent you in any action or proceeding for such recovery and to file a claim in any bankruptcy or insolvency proceeding for such monies. The Association may prosecute and receive any recovery on behalf of the undersigned and has full authority to compromise or settle such claims as may be, in its discretion, appropriate. However, under no circumstances whatsoever will the Association be liable for any failure to collect any or all the monies due. The Association is authorized to subtract a reasonable amount for collection and attorney's fees.

## Failure to Disclose and Forfeiting Compensation

As an arbitrator in this matter, you have an ongoing obligation to disclose any direct or indirect relationship with the case participants. Your failure to make disclosures in a timely manner would be a serious transgression and may be grounds for your removal as arbitrator from this case and/or from the AAA's Roster of Neutrals. Should this occur, you may be required to forfeit the compensation for the time you spent on this matter after you should have made such disclosures.

If you are willing to serve on this matter per the compensation terms detailed above, please complete and sign the following section and return it, along with your Notice of Appointment, to your Case Manager.

---

### ARBITRATOR MUST COMPLETE THE FOLLOWING SECTION

Compensation payments, and the corresponding IRS reporting, will be made to either to you individually (attributed to your Social Security Number) or to your employer (attributed to the Employer Identification Number), based on the preference you indicated and as recorded in your panel record. If you are unsure of your current payment preference, you may view this information by logging in to the AAA's Neutrals eCenter. You may also contact your Case Manager or the AAA Department of Neutrals' Services. Promptly inform the AAA if this information is incorrect or changes during the case, or if an address correction is necessary.

If the AAA does not have the payee's tax information on record, we must withhold 31% of compensation payments, as required by the IRS. Reimbursements of expenses are not subject to withholding and are not reported to the IRS.

I am willing to accept appointment on this matter under the compensation terms detailed above.

Signed: _____    Date: 15 JAN 06

## Billing Guidelines for ICDR Arbitrators

One of the objectives of arbitration is to provide disputants with an affordable dispute resolution procedure. Parties view the cost of an arbitration to include both the administrative fees of the International Centre for Dispute Resolution (ICDR) and your fees and expenses. Nobody should be precluded by cost from using the arbitration process, which we all support as a valuable resolution technique.

Arbitrators should keep in mind the need for simplicity in their fee structure, but rates are at the complete discretion of the arbitrator in most of our case types, as long as they are included in the resume.

The following guidelines have been developed, after careful consideration of post-Award feedback from parties, to assist in the presentation of the fees included in your resumes and billing statements:

### Per Diem/Hourly Fees

- Your fees should be all inclusive. Per diem fees are expected to include a full day's hearing time (7 hours).
- If you intend to be compensated for *non-hearing* time, that expectation should be detailed on your panel biography.
- With either per diem or hourly fees, no further billing should be submitted for time spent (a) discussing the case with AAA staff; (b) writing, telephoning, faxing, or Emailing case management staff. If you intend to charge for any of the fees identified in (a) or (b), you should include that information on your ICDR panel biography.
- Unless otherwise stated on your panel biography, no billing should be made for time spent by personal administrative assistants.

### Cancellation Fees

- Most ICDR arbitrators do not charge a cancellation fee for postponements of hearing dates or cancellation because of settlement. Cancellation fees are not favored. However, if you require a cancellation fee, it should be listed as a separate fee on your panel biography. The fee should be for unusual circumstances, and it should require no more than 72 hours notice. Notice of postponements or cancellations may be received from a case manager by telephone or by e-mail. A statement that you were unable to reschedule or make professional use of the billed time should accompany all cancellation fees.

### Expenses

- In many cases, no additional expenses will be incurred, as hearings will be held locally. If you serve as an arbitrator on a case outside your locale, clarify before the hearing that reasonable, necessary air travel, hotel room accommodations and meals will be reimbursed.
- Costs incurred for stamps, local telephone calls, local travel, copying of materials or other incidental expenses are not typically reimbursed. Expectations to the contrary should be detailed on your panel biography.
- Entertainment costs and personal expenses are not reimbursable.

### Post-Award Activity

- If a request or remand by the court to modify an award is necessitated by an error on your part, you should dispose of the request or remand without additional compensation.
- If a request or remand for modification does not require a great deal of effort, such as the omission of a word in a company name, you should dispose of the request or remand without additional compensation.
- If the case in which a request or remand for modification is one in which you served for a flat fee, we recommend that you not charge additional sums to dispose of such requests. On flat fee cases it may be difficult to collect additional compensation. Every effort will be made but this should not prevent you from dealing with these requests.

If a request or remand for modification is not the result of your error or requires significant effort on your part, then it is appropriate to be compensated for such activity. ICDR will attempt to collect such compensation in advance. You should dispose of the request or remand expeditiously, even if such compensation has not been deposited in advance.

### Billing Language

- The language used in describing fees and expenses should be clear and detailed, not summarized, as for example, "for services rendered". It should include the amount of time spent and a description of the work performed.
- All billing should be completed prior to the issuance of the award. Invoices may not be accepted if submitted after a matter is closed.

Every effort will be made to collect arbitrator compensation before the hearing date. If the compensation has not been deposited, you will be given the option not to go forward with the hearing. Periodic invoices, as opposed to a single, final invoice at the conclusion of the case, are encouraged. Occasional communications with the case manager regarding compensation are also encouraged.

In keeping with our goal of providing parties with an affordable dispute resolution process, the ICDR routinely reviews arbitrator billings.