CARL H. OSAKI         4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Plaintiff
HAWAII AVIATION CONTRACT
   SERVICES, INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| HAWAII AVIATION CONTRACT SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRUCE SCHOGGEN, <br><br> Defendant. | CIVIL NO. 05-1-2233-12 (VSM) <br> (Declaratory Relief) <br><br> PLAINTIFF HAWAII AVIATION CONTRACT SERVICES, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT BRUCE SCHOGGEN |

PLAINTIFF HAWAII AVIATION CONTRACT SERVICES, INC.'S
FIRST REQUEST FOR ANSWERS TO INTERROGATORIES
TO DEFENDANT BRUCE SCHOGGEN

TO:   DAVID F. SIMONS, ESQ.
      707 Richards Street, PH-1
      Honolulu, HI  96813

      Attorney for Defendant
      BRUCE SCHOGGEN

IT IS REQUESTED that Defendant BRUCE SCHOGGEN ("Defendant") under oath, in accordance with Rule 33 of the Hawaii Rules of Civil Procedure, answer the Interrogatories served upon him.

In answering the Interrogatories, Defendant is required not only to furnish information available from his own personal

EXHIBIT 2

knowledge, but also information which is in the possession of his representatives, investigators, insurance carriers, agents or anyone else acting on his behalf or on their behalf.

In lieu of identifying or quoting particular documents, when such identification is requested, the documents may be attached to the responses to the Interrogatories.

The Interrogatories shall be deemed continuing so as to require supplemental answers if Defendant obtains or recalls further information between the time the answers are served and the time of trial. Answers may be inserted in the space provided in the Interrogatories. (If for any reason additional space is necessary in answering any Interrogatory, answers may be completed on additional sheets bearing the same respective exhibit number as the number of the Interrogatory which is being answered.)

Should Defendant or anyone representing his interest learn of any additional person or persons having knowledge relating to the matters inquired into after answering the Interrogatories and before trial, it is requested that Defendant furnish the names of the persons to the undersigned, giving timely notice thereof, allowing Plaintiff to make its discovery.

PLEASE TAKE NOTICE that a copy of the answers to these Interrogatories must be served on the undersigned within forty-five (45) days after receipt of these Interrogatories.

IT IS REQUESTED that you serve the undersigned with two (2) copies of the answers to these Interrogatories.

DATED:   Honolulu, Hawaii   DEC 2 1 2005

_____
CARL H. OSAKI
Attorney for Plaintiff
HAWAII AVIATION CONTRACT
  SERVICES, INC.

3

## DEFINITIONS AND INSTRUCTIONS

1. Each of these definitions and instructions is hereby incorporated into each of the Interrogatories to which it pertains.

2. As used herein, the terms "you," "your," and "Defendant" mean and include Defendant Bruce Schoggen and all other persons or entities acting or purporting to act on your behalf, including, without limitation, your agents, medical doctors, physicians, clinical psychologists, therapists, employees, consultants, investigators, attorneys and former attorneys.

3. As used herein, the term "person" means and includes, without limitation, any natural person, firm, company, partnership, association, joint venture, sole proprietorship, organization, business trust, corporation, public entity, governmental entity, or any other group combination acting as a unit or other form of legal business.

4. As used herein, the terms "document" and "writing" mean and include any tangible thing upon which is recorded any form of communication or representation, including letters, words, pictures, sounds, or symbols, or any combination thereof, by means of handwriting, typewriting, printing, photostating, photographing, sound and video recording, or any other method of recording, whether in your possession or under your control or not, relating to or pertaining in any manner to the subject in connection with which it is used, and includes, but is not limited to, all file copies and all drafts prepared in connection with the documents and writings, whether used or not. This definition also includes, but is not limited to:

    a. Letters, correspondence, memoranda, telegrams, telexes, facsimiles, cables, wires, and other communications;

    b. Notes, reports, minutes, interoffice communications, summaries, and outlines;

    c. Notes or summaries of conferences, meetings, discussions, interviews, or telephone conversations or messages;

    d. Agreements, contracts, offers, and proposals;

    e. Files and records;

    f. Other legal instruments or official documents;

    (1) Work papers, ledgers, and journals;

    g. Books of accounts, checks and canceled checks, deposit receipts, statements, bills, airbills, consignment notes, purchase orders, invoices, vouchers, expense accounts, receipts, orders, and billings;

    h. Studies, charts, graphs, maps, drawings, schedules, plans, blueprints, sketches, schematics, models, surveys, printouts, and cards;

    I. Electronic mail;

    j. Investigation and incident reports;

    k. Bulletins, books, periodicals, newsletters, articles, brochures, advertisements, reports, logs, agenda, minutes, pamphlets, and other published material;

    l. Diaries, calendars, desk calendars, and appointment books;

    m. Travel reports and vouchers;

    n. Photographs, slides, films, notes, drafts, worksheets, transcripts, tapes, microtapes, microfilm, movies, records, tape recordings, video tape recordings and other recordings (mechanical, electronic, typed, or written);

    o. Data compilations from which information can be obtained and translated, if necessary, through detection devices into reasonably usable formed as defined in Rule 34 of the Hawaii Rules of Civil Procedure;

p. Any other instrument or device which contains any information or from which any information can be derived or retrieved.

q. Medical records, medical insurance claim forms, pharmacy and medical invoices.

5. As used herein, the term "conversation" includes, without limitation, any discussion, conversation, conference, meeting, interview, telephone call, and any statement or representation made therein.

6. As used herein, the term "communication" means any verbal or written exchange of information, whether telephonic, telegraphic, printed, recorded, graphic, photographic, or otherwise, and therefore, includes "documents" and "conversations" as defined above.

7. As used herein, the term "Complaint" means the complaint in the action filed in December 2005, and entitled <u>Hawaii Aviation Contract Services, Inc. v. Schoggen</u>, Circuit Court of the First Circuit, State of Hawaii.

8. As used herein, the term "Defendant" refers to Defendant Bruce Schoggen.

9. As used herein, the term "Plaintiff" refers to Plaintiff Hawaii Aviation Contract Services, Inc.

10. "Identify" when used with respect to any writing, means to describe the writing in such a manner that all the following information is provided:

a. Its nature (<u>e.g.</u>, letter, memorandum, contract, report, statement, recording, photograph, etc.);

b. Its title, if any;

c. The date the writing was prepared, drafted or recorded;

3

d. The identity of the person or persons who prepared, drafted, or recorded the writing or participated therein;

e. The dates the writing was sent and received (if applicable) and the identity of the person sending and the person receiving the writing;

f. A summary or description of the contents of the writing; and

g. The identity of the person who presently has custody or control of the writing.

11. "Identify" when used with respect to any conversation, means to describe the conversation in such a manner that all the following information is provided:

a. Whether the conversation took place in person, by telephone or otherwise;

b. If by telephone, the identity of the party originating the call, the identity of the person receiving the call, the identity of any other person participating in the conversation, and the location of each of these parties at the time of the conversation;

c. If by telephone, the identity of any other person present within hearing of any party to the conversation;

d. If in person, the identity of all persons present during the conversation and the location of the conversation;

e. The date and time of the conversation; and

f. To the best of your recollection, what was said by each party to the conversation.

12. "Identify" when used with respect to any person means to state the person's name, residence address, residence telephone number, employment position, employer, business address and business telephone number.

4

13. Whenever you are asked to identify a writing/document, you are requested to attach a copy of it to your answers to these Interrogatories. Whenever a writing/document is so attached, you need not include any information in your identification which is apparent from the face of the writing/document.

14. As to each person mentioned or referred to in an answer to an Interrogatory, state the person's name, residence address, residence telephone number, employment position, employer, business address and business telephone number.

15. If any of the Interrogatories cannot be answered in full, after discussion with your attorney concerning whatever information he may have obtained in the preparation of this case, please answer to the extent possible, specifying the reason for your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portion.

## INTERROGATORIES

1. Do you claim that the arbitration provision on page 6, paragraph 5.d., of the Pilot Contract, dated January 27, 1993, between you and Hawaii Aviation Contract Services, Inc. ("HACS") was amended or modified in any way.

   ANSWER:

2. If your answer to Interrogatory No. 1, above, is anything but an unequivocal "no," please set forth each and every fact upon which you claim that paragraph 5.d. of the Pilot Contract, dated January 27, 1993, was amended or modified.

   ANSWER:

## VERIFICATION

STATE OF NEVADA      )
                     ) SS.
COUNTY OF _____ )

      BRUCE SCHOGGEN, being first duly sworn on oath, deposes and says that the foregoing answers to interrogatories are true and correct to the best of his knowledge and belief.

_____
BRUCE SCHOGGEN

Subscribed and sworn to before me
this ___ day of _____ 2005.


_____
Notary Public, State of Nevada
Name of Notary: _____
My commission expires: _____

2