JUL. 11. 2005  2:29PM   AMERICAN ARBITRATION ASSOCIATION    NO. 1646   P. 2/3



**International Centre for Dispute Resolution**

Thomas Ventrone
Vice President

Steve Kim
Assistant Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

July 11, 2005

VIA FACSIMILE ONLY

David Simons, Esq.
The Law Offices of David F. Simons
707 Richards Street
Penthouse One, Ocean View Center
Honolulu, HI 96813-4623

Hawaii Aviation Contract Services
3660 Waialae Avenue
Suite 310
Honolulu, HI 96816

Re: 50 460 T 00266 05
  Bruce Schoggen
  vs
  Hawaii Aviation Contract Services

Dear Parties:

Upon review of the documents submitted in the above-referenced matter, the Association has determined that this dispute arises from an employer promulgated plan, and will be administered in accordance with the **National Rules for the Resolution of Employment Disputes**, a copy of which can be found on the Association's website located at www.adr.org. To obtain a printed copy, please contact the undersigned.

In cases before a single arbitrator, a non-refundable filing fee, capped in the amount of $125.00, is payable in full by the employee when a claim is filed, unless the plan provides that the employee pay less. A non-refundable fee in the amount of $625.00 is payable in full by the employer, unless the plan provides that the employer pay more.

Accordingly, at this time we request that the employee remit the balance of the filing fee in the amount of $125.00 and that the employer remit the balance of the filing fee in the amount of $625.00.

The AAA's administrative fees are based on filing and service charges. Arbitrator compensation is not included in this schedule. The AAA may require arbitrator's compensation deposits in advance of any hearings. **Unless the employee chooses to pay a portion of the arbitrator's compensation, the employer shall pay such compensation in total.**

Payment should be submitted on or before July 25, 2005. Absent receipt of the balance of the filing fee by that date, the Association will return all documents submitted and not consider this matter properly filed. Upon receipt of the balance of the filing fee, the Association will proceed with administration in accordance with the rules.

A Division of the American Arbitration Association

**EXHIBIT 10**

JUL. 11. 2005  2:29PM  AMERICAN ARBITRATION ASSOCIATION  NO. 1646  P. 3/3

Please contact the undersigned should you have a question.

Sincerely,

Jennifer Barcenes
ICDR Supervisor
212 484 4172
Barcenesj@adr.org