AUG. 30. 2005  3:09PM   AMERICAN ARBITRATION ASSOCIATION              NO. 2208   P. 2/2



**International Centre for Dispute Resolution**

Thomas Ventrone
Vice President

Steve Kim
Assistant Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

August 30, 2005

**VIA FACSIMILE ONLY**

David Simons, Esq.
The Law Offices of David F. Simons
707 Richards Street
Penthouse One, Ocean View Center
Honolulu, HI 96813-4623

Carl H. Osaki, Esq.
900 Fort Street
Pioneer Plaza
Suite 1510
Honolulu, HI 96813

Re: 50 160 T 00266 05
    Bruce Schoggen
    vs
    Hawaii Aviation Contract Services

Dear Counsel:

This acknowledges receipt of a letter dated August 29, 2005 from Carl H. Osaki, a copy of which we note was sent to David F. Simons.

Absent party agreement or a court order the Employment Rules will govern this case and we will proceed with the next administrative step in this matter.

The parties are again requested to mutually agree on one arbitrator by **close of business September 2, 2005**.

Please contact the undersigned should you have any questions.

Sincerely,

Shirley Rossman
International Case Manager
212 484 4136
RossmanS@adr.org

Jennifer Barcenes
ICDR Supervisor
212 484 4172
Barcenesj@adr.org

A Division of the American Arbitration Association

EXHIBIT 12