ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 15 2005

at \_\_ o'clock and \_\_ min \_\_ M
SUE BEITIA, CLERK

MARTIN VENTRESS
5042 WILSHIRE BLVD. #310
LOS ANGELES, CA 90036
Telephone: (323) 842-8629

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MARTIN VENTRESS

    Plaintiff / Pro Se

CIVIL CASE NO.  CV 03-451 SPK-LEK

Vs.

HAWAII AVIATION
CONTRACT SERVICES, INC.

    Defendants

RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION PURSUANT TO THE TERMS OF THE CONTRACT BETWEEN PLAINTIFF MARTIN VENTRESS AND DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC. PLAINTIFF RESPONDED TO THIS MOTION AS SOON AS PRACTICAL UPON RECOVERY FROM ILLNESS. FURTHERMORE, PLAINTIFF IS UNABLE TO APPEAR BEFORE THE DISTRICT COURT OF HAWAII DUE TO FINANCIAL BURDENS ASSOCIATED WITH TRAVEL FROM CALIFORNIA TO HAWAII. THEREFORE, PLAINTIFF REQUESTS PERMISSION TO ATTEND HEARING VIA TELE-CONFERENCE.

New Date/Time/Judge

DATE: July 25, 2005
TIME: 10:00 a.m.
JUDGE: Leslie E. Kobayashi

EXHIBIT 16

148

is stayed pending completion of service of process upon Schoggen and resolution of the issues in the Complaint.

DATED: Honolulu, Hawaii   JAN 3 0 2006

VICTORIA S. MARKS
JUDGE OF THE ABOVE ENTITLED COURT

==================
HAWAII AVIATION CONTRACT SERVICES, INC. v. MICHAEL MOORE
Civil No. 05-1-1612-09  (VSM)
Order Granting Ex Parte Motion For Stay Of Arbitration Proceedings Pending Service Of Process And Resolution Of Issues In The Complaint