----- Original Message -----
From: Chareese Blakeney
To: 'Phantoms'
Sent: Thursday, January 26, 2006 1:25 PM
Subject: here's the letter

Hi Bruce,

Here is the letter.

Take Care,
Chareese

<<...>>

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.375 / Virus Database: 267.14.23/240 - Release Date: 1/25/2006

1/26/2006

EXHIBIT 17