2- 6-06; 5:04PM;CARL OSAKI, AAL, ALC                    ;8085290764        # 1/ 1

# CARL H. OSAKI
*Attorney At Law, A Law Corporation*
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 528-4666
Facsimile: (808) 529-0764

February 6, 2006

<u>VIA Facsimile - 524-5593</u>

David F. Simons, Esq.
Ocean View Center, Suite PH-1
707 Richards Street
Honolulu, HI 96813

RE: Bruce G. Schoggen v. Hawaii Aviation Contract Services, et al.
<u>Case No. 50 160 T 00266 05</u>

Dear Mr. Simons:

Thank you for your telephone call today in which you said that you had mailed me a letter on January 25, 2006, to the effect that you would accept service of process. I do not have such a letter in my possession and did not receive such a letter. Indeed, had I received it, I would not have bothered to prepare the ex parte motion to the Court in the form that I did, which was submitted on January 27, 2006, and in which I represented that I was still trying to serve Mr. Schoggen.

If you now have authorization from Mr. Schoggen to accept service of process, then you have had possession of the complaint and written discovery requests for more than a month. Can we stipulate to January 25, 2006, as the effective date for service of process?

If, however, you require me to go through the redundant exercise of preparing a packet and serving you again, let me know that too. Also let me know if you are going to require service via a sheriff, or not.

Very truly yours,

CARL H. OSAKI

c: Hawaii Aviation Contract Services, Inc.

EXHIBIT 18