# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 2/22/2006 | TIME: | |

COURT ACTION:  EO: Plaintiff Martin Ventress' Motion to Reconsider the American Arbitration Association Rules filed on 2/21/06 will be considered by Magistrate Judge Leslie E. Kobayashi as a Non-Hearing Motion.

Memorandum in Opposition is due **3/7/06.**
Reply Memorandum is due **3/21/06.**

Plaintiff Martin Ventress' Motion to Reconsider the American Arbitration Association Rules will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all counsel and parties

Submitted by: Warren N. Nakamura, Courtroom Manager