IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>  vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>    Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following party by means of U.S. Mail on ___MAR - 7 2006___.

    MARIN M. VENTRESS
    Suite 310
    5042 Wilshire Boulevard
    Los Angeles, CA  90036

    Plaintiff Pro Se

    DATED:    Honolulu, Hawaii    ___MAR - 7 2006___.

                                  _____
                                  CARL H. OSAKI
                                  Attorney for Defendant
                                  HAWAII AVIATION CONTRACT
                                      SERVICES, INC.