U.S. SENATOR DIANNE FEINSTEIN

EXHIBIT C

DIANNE FEINSTEIN
CALIFORNIA




COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

**United States Senate**
WASHINGTON, DC 20510-0504
http://feinstein.senate.gov

February 3, 2006

Mr. Martin Ventress
5042 Wilshire Boulevard, #310
Los Angeles, California 90036

Dear Mr. Ventress:

Thank you for writing to me about the difficulties you are having with a federal agency.

I understand your concern, and my office will be very glad to do all they can to be of help. To contact an agency on your behalf, we need to have you complete and return the form on my Senate website under the title "Casework Services." It is necessary to have a signed request from you in order to start an inquiry. Be sure to include a copy of correspondence from the federal agencies in question if you have any.

Please send this information to my California office that handles the specific casework request. For your convenience, please send your request to the office handling agency casework as referenced below. This list is also available on my website. Please know that as soon as your request is received, we will go to work on your problem.

The San Francisco office handles casework with the following agencies:

    Department of Justice
     - Federal Bureau of Investigation
     - Drug Enforcement Admin.
     - Federal Bureau of Prisons
     - Immigration and Naturalization Service
    Housing & Urban Development
    Department of Transportation

    Department of State
     - U.S. Passport Agency

Department of the Treasury
- Internal Revenue Service

Health and Human Services
United States Postal Service Federal Communications
Commission
Department of Education
Department of Interior
Department of Labor
Department of Commerce
Department of Agriculture
Social Security Admin.
Small Business Admin.
Equal Employment Opportunity Commission
Department of Defense
Department of Veterans Affairs

I look forward to hearing from you again. I am glad you came to my office for help, and I hope my staff can assist you.

Sincerely,

Dianne Feinstein
United States Senator

Further information about my position on issues of concern to California and the Nation are available at my web site http://feinstein.senate.gov. You can also receive electronic e-mail updates by subscribing to my e-mail list at http://feinstein.senate.gov/issue.html.

DF:bk