# MR. OSAKI'S "UNCLAIMED" CERTIFIED MAIL

# EXHIBIT D

RESS
SHIRE BL. #310
LES, CA. 90036

U.S. POSTAGE PAID
HOUSTON, TX
77084
DEC 29, 04
AMOUNT $2.67
00097665-14

CERTIFIED MAIL
7004 1160 0003 6652 9514

REASON CHECKED
Unclaimed
Refused
Unknown
No Such Number
No Such Office in State
Do not remail in this envelope

NAME
1st Notice 1-11
2nd Notice 1-24
Return

CARL H. OSAKI, ESQ.
900 FORT STREET, PIONEER PLAZA, SUITE 1510
HONOLULU, HAWAII 96813