ORIGINAL

**Martin Ventress**
**5042 Wilshire Blvd. #310**
**Los Angeles, California 90036**
**Tel. # (323) 842-8629**
**Email: imventress@aol.com**

**Plaintiff-Appellant, Pro Se**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

## Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the <u>NINTH CIRCUIT COURT</u>

District of <u>HAWAII</u>

File Number <u>Civil NO. 03 – 00451 SPK – LEK</u>

| | | |
|---|---|---|
| Martin Ventress, Plaintiff | ) | |
| | ) | |
| v. | ) | Notice of Appeal |
| | ) | |
| JAPAN AIRLINES, | ) | |
| ET AL., Defendants | ) | |

Notice is hereby given that Martin Ventress, Plaintiff, hereby appeal to the United States Court of Appeals for the <u>NINTH</u> Circuit **ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER THE AMERICAN ARBITRATION RULES** entered in this action on the <u>19th day of April,</u> <u>2006</u>.

**RECEIVED**
CLERK, U.S. DISTRICT COURT

MAY 02 2006

DISTRICT OF HAWAII

*Martin Ventress* APR 25, 06

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was or will be duly served upon the following by:

<u>Via U.S. Mail Postage and Email</u>

TO: Carl H. Osaki, Esq.
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813

Attorney for Defendant
Hawaii Aviation Contract Services, Inc.

<u>Via Email only</u>

TO: Vikki Rogers, Esq. / Case Manager
International Centre for Dispute Resolution
International Division for the American Arbitration Association
1633 Broadway, 10th Floor
New York, NY 10019

DATED: Tuesday, April 25, 2006

*Martin Ventress*
MARTIN VENTRESS, Pro Se