ORIGINAL

MARTIN M. VENTRESS
5042 Wilshire Blvd. #310
Los Angeles, California 90036
Telephone: (323) 842-8629
E-mail: imventress@aol.com

Plaintiff-Appellant, PRO SE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD, <br><br>　　　　Plaintiff<br><br>Vs.<br><br>JAPAN AIRLINES, ET AL.,<br><br>　　　　Defendants | CIVIL NO. CV 03-451    SPK-LEK<br><br>PLAINTIFF-APPELLANT MARTIN VENTRESS MOTION TO PROCEED IN FORMA PAUPERIS |

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff, as a guideline in preparing this Motion to Proceed in Forma Pauperis used the Information Package for Pro Se Appellants/Petitioners prepared by the U.S. Court of Appeals for the Ninth Circuit (Revised 12/04). Plaintiff in this case appears without the help of an attorney, and opts to file this Informal Brief, in lieu of all the requirements of the federal rules. Plaintiff requests this court GRANT this Motion to Proceed in Forma Pauperis, for the reasons outlined in the AFFIDAVIT of MARTIN VENTRESS. Former Co-Plaintiff Jack Crawford is not a party in this case.

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

MARTIN VENTRESS,

        Plaintiff

V.

JAPAN AIRLINES, ET AL.,

        Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 03 - 00451 SPK - LEK

I, MARTIN VENTRESS, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? No    Do you receive any payment from the institution? No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    February 10, 2004, $2,500.00 per month, Facility Services & Systems, 10235 Brecksville Rd., Brecksville, OH 44141

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☑ |
    | b. | Rent payments, interest or dividends | ☐ | ☑ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
    | d. | Disability or workers compensation payments | ☐ | ☑ |
    | e. | Gifts or inheritances | ☐ | ☑ |
    | f. | Any other sources | ☑ | ☐ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

VARIOUS FAMILY MEMBER AND FRIENDS BELIEVE IN MY CAUSE AND SUPPORT ME IN SEVERAL DIFFERENT WAYS. WHAT I RECEIVE IN ASSISTANCE VARIES FROM MONTH TO MONTH.

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes   ☐ No

    If "Yes," state the total amount.  $300.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    NONE

I declare under penalty of perjury that the above information is true and correct.

APRIL 25, 2006                    Martin Ventress
Date                              Signature of Applicant