## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 8, 2006

To All Counsel of Record as Appellees:

    IN RE:   Martin Ventress vs. Japan Airlines, et al.

             CV 03-00451SPK-LEK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 2, 2006 .

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,

SUE BEITIA, CLERK

by: Anna F. Chang
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Martin Ventress w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet