APPEAL

# U.S. District Court
## District of Hawaii - CM/ECF V2.5 (11/05) (Hawaii)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00451-SPK-LEK
## Internal Use Only

Ventress, et al v. Japan Airlines, et al

Assigned to: JUDGE SAMUEL P KING

Referred to: Mag Judge Leslie E Kobayashi

Demand: $0

Case in other court: USDC CD California, 02-09762NM(SHx)

Cause: 28:1332 Diversity-Employment Discrimination

Date Filed: 08/20/2003

Jury Demand: Plaintiff

Nature of Suit: 442 Civil Rights: Jobs

Jurisdiction: Diversity

**Plaintiff**

**Jack Crawford**       represented by    **Charles H. Brower**
Pioneer Plaza
900 Fort St Ste 1210
Honolulu, HI 96813
526-2688
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric A. Seitz**
A Law Corporation
820 Mililani St Ste 714
Honolulu, HI 96813
533-7434
Email: eseitzatty@yahoo.com
*TERMINATED: 04/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence I. Kawasaki**
A Law Corporation
820 Mililani St Ste 714
Honolulu, HI 96813
533-7434
*TERMINATED: 04/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin A. Cervantes**
Law Offices of Martin A. Cervantes
3535 Inland Empire Blvd
Ontario, CA 91764
(909) 941-2525

*TERMINATED: 10/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Ventress**                    represented by   **Martin Ventress**
#310
5042 Wilshire Boulevard
Los Angeles, CA 90036
323-842-8629
PRO SE

**Eric A. Seitz**
(See above for address)
*TERMINATED: 04/21/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence I. Kawasaki**
(See above for address)
*TERMINATED: 04/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin A. Cervantes**
(See above for address)
*TERMINATED: 10/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Venetia K. Carpenter-Asui**
Haseko Building
820 Mililani St Ste 812
Honolulu, HI 96813
523-6446
*TERMINATED: 02/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Japan Airlines**                     represented by   **Albert H. Ebright**
*TERMINATED: 10/20/2004*                              Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071
213 955-1200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew L. Pepper**
Carlsmith Ball
American Savings Bank Twr
1001 Bishop St Ste 2200
Honolulu, HI 96813
523-2500
Email: apepper@carlsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle N. Degele-Mathews**
Alston Hunt Floyd & Ing
74-5620 Palani Rd. Ste 104
Kailua-Kona, HI 96740
US
808 326-7979
Fax: 808 326-4779
Email: ddm@ahfi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary G. Grimmer**
Carlsmith Ball
American Savings Bank Twr
1001 Bishop St Ste 2200
Honolulu, HI 96813
523-2500
Email: ggrimmer@carlsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer B. Lyons**
3156 Alika Ave
Honolulu, HI 96817
595-6713
Email: jlyons@rlhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jalways Co., Ltd.**      represented by   **Albert H. Ebright**
*a subsidiary of Japan Airlines*              (See above for address)
*TERMINATED: 10/20/2004*              *LEAD ATTORNEY*
                            *ATTORNEY TO BE NOTICED*

**Andrew L. Pepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle N. Degele-Mathews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary G. Grimmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer B. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hawaii Aviation Contract Services, Inc.**          represented by   **Anton N. Handal**
1200 Third Ave Ste 1321
San Diego, CA 92101-4111
(619) 544-6400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl H. Osaki**
900 Fort St Mall Ste 1510
Honolulu, HI 96813-3717
528-4666
Email: cho@hawaii.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 - 10**
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2003 | 23 | ORIGINAL file containing documents 1-22, certified copy of transfer order and docket sheet received from USDC C.D of California (afc) (Entered: 08/21/2003) |
| 08/20/2003 | 24 | ORDER by Judge David A. Ezra rule 16 conference set for 9:00 11/17/03 before Mag Judge Leslie E. Kobayashi (afc) (Entered: 08/22/2003) |
| 08/28/2003 | 25 | NOTICE OF WITHDRAWAL - attorney Martin A. Cervantes for plaintiff Jack Crawford and plaintiff Martin Ventress (letter from attorney Cervantes stating that he is not qualified to practice law in Hawaii or in district; request that court communicate with his clients who may appear in propria persona) [referred to Mag Judge Leslie E. Kobayashi on 09-09-03] (afc) Modified on 09/09/2003 (Entered: 09/03/2003) |

| | | |
|---|---|---|
| 09/09/2003 | 26 | ANSWER by defendant Japan Airlines, defendant Jalways Co., Ltd. to complaint [23-1]; certificate of service (afc) (Entered: 09/09/2003) |
| 09/15/2003 | 27 | EO :Rule 16 Scheduling Conference [Case Transferred from Central District of California, Western Division] set for 11/17/2003 09:00:00 AM before LEK is changed to a Status Conference/Trial Setting Conference. status conference set for 9:00 11/17/03 before Mag Judge Leslie E. Kobayashi ( Ct Rptr : ) JUDGE Mag Judge Leslie E. Kobayashi (fe) (Entered: 09/16/2003) |
| 09/24/2003 | 28 | EO: Re: NOTICE OF WITHDRAWAL - attorney Martin A. Cervantes for plaintiff Jack Crawford and plaintiff Martin Ventress (letter from attorney Cervantes stating that he is not qualified to practice law in Hawaii or in district; request that court communicate with his clients who may appear in propria persona) [referred to Mag Judge Leslie E. Kobayashi on 09-09-03] filed on 8/28/03 [Document # 25]. Attorney Martin A. Cervantes was informed by letter on 9/9/03 regarding complying with Local Rules, therefore counsel's above named request is moot and terminated. [25-1] () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/24/2003) |
| 09/24/2003 | 29 | NOTICE OF MOTION and motion by plaintiffs to withdraw as counsel ; memorandum of points and authorities; declaration of Martin A. Cervantes in support thereof; proof of service - set for 9:30 10/7/03 before Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/24/2003) |
| 09/24/2003 | 30 | PROPOSED Order allowing Martin A. Cervantes to withdraw as plaintiffs' attorney of record [29-1] (afc) (Entered: 09/24/2003) |
| 09/29/2003 | 31 | STATEMENT OF NO OPPOSITION to motion to withdraw as counsel [29-1]; certificate of service - by defendant Hawaii Aviation Contract Services Inc. (afc) (Entered: 09/30/2003) |
| 10/02/2003 | 32 | STATEMENT OF NO OPPOSITION by defendant Japan Airlines, defendant Jalways Co., Ltd. to motion to withdraw as counsel [29-1]; certificate of service (afc) (Entered: 10/02/2003) |
| 10/02/2003 | | Docket Modification (Utility Event) re [32-1] adding attorney Gary G. Grimmer, attorney Danielle N. Degele-Mathews of Carlsmith Ball - attorneys for defts Japan Airlines and Jalways Co., Ltd. as reflected on doc 32 (afc) (Entered: 10/02/2003) |
| 10/07/2003 | 33 | EP : Motion to Withdraw as Counsel for Plaintiffs - Martin A. Ventress and Danielle A. Degele-Matthews participated by phone. Motion Granted. Court to produce Order. Order to be served by Plaintiffs' Counsel on Plaintiffs via certified mail, return receipt requested (receipt to be filed with the Court). Counsel to also notify Plaintiffs by e-mail. Plaintiffs are directed to appear in person or make arrangements to participate telephonically at the Status Conference. Failure to appear may result in sanctions which could include dismissal of the action. Status Conference Re: Counsel; Trial Setting Conference set for 9:30 12/8/03, LEK. Status Conference set for 9:00 11/8/03, LEK is Vacated. ( Ct Rptr : C5 Tape 1178) JUDGE Mag Judge Leslie E. Kobayashi (gab) (Entered: 10/07/2003) |
| 10/08/2003 | | PHV FEE PAID in the amount of $100.00, receipt # 218558 for Albert H. Ebright (PHV application = doc 34) (afc) (Entered: 10/09/2003) |

| 10/09/2003 | 34 | EX PARTE APPLICATION by defendant Japan Airlines, defendant Jalways Co., Ltd. for attorney Albert H. Ebright to be admitted pro hac vice for defendants Japan Airlines and Jalways Co., Ltd. ; affidavit of Albert H. Ebright; affidavit of Danielle N. Degele-Mathews; ORDER by Mag Judge Leslie E. Kobayashi granting application; certificate of service [local counsel: Danielle N. Degele-Mathews/Carlsmith Ball LLP] (afc) (Entered: 10/09/2003) |
| 10/10/2003 | 35 | ORDER granting Martin A. Cervantes' withdrawal as plaintiffs' attorney of record by Mag Judge Leslie E. Kobayashi [29-1] (cc: all counsel) (afc) (Entered: 10/14/2003) |
| 10/14/2003 | 36 | AMENDED CERTIFICATE of service by defendant Japan Airlines, defendant Jalways Co., Ltd. (afc) (Entered: 10/15/2003) |
| 11/24/2003 | 37 | DECLARATION of Martin A. Cervantes re [35-1] - Status conference set for 12/8/03 @9:30 am, LEK (fe) (Entered: 11/25/2003) |
| 11/25/2003 | 38 | EO: Continued : [Status Conference Re: Counsel; Trial Setting Conference] from 12/08/2003 09:30:00 AM to 01/05/2004 09:30:00 AM before LEK. Eric Seitz, appearing counsel for plaintiffs to notify all parties. () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 11/26/2003) |
| 12/01/2003 | 39 | Notice of ATTORNEY APPEARANCE for plaintiffs Martin Ventress, and Jack Crawford by Eric A. Seitz, Lawrence I. Kawasaki; certificate of service (fe) (Entered: 12/02/2003) |
| 12/23/2003 | 40 | REPORT OF PARTIES PLANNING MEETING; certificate of service - by plaintiffs (afc) (Entered: 12/30/2003) |
| 12/30/2003 | 41 | SCHEDULING CONFERENCE STATEMENT; certifice of service - by defendant Japan Airlines, defendant Jalways Co., Ltd. (afc) (Entered: 12/31/2003) |
| 12/30/2003 | 42 | SCHEDULING CONFERENCE STATEMENT; certificate of service - by plaintiffs (afc) (Entered: 12/31/2003) |
| 12/31/2003 | 43 | SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Hawaii Aviation Co (afc) (Entered: 01/03/2004) |
| 01/05/2004 | 44 | EP : Status Conference Re: Counsel; Trial Re-Setting Conference held. 1. Jury trial on April 12, 2005 at 9:00 a.m. before SPK 2. Final Pretrial Conference on March 1, 2005 at 9:00 a.m. before LEK 3. Final Pretrial Conference before District Judge N/A 4. Final Pretrial Statement by February 22, 2005 5. File motions to Join/Add Parties/Amend Pleadings by September 10, 2004 6. File other Non-Dispositive Motions by January 12, 2005 7. File Dispositive Motions by November 10, 2004 8a. File Motions in Limine by March 22, 2005 8b. File opposition memo to a Motion in Limine by March 29, 2005 11a. Plaintiff's Expert Witness Disclosures by October 11, 2004 11b. Defendant's Expert Witness Disclosures by November 10, 2004 12. Discovery deadline February 11, 2005 13. Settlement Conference set for November 8, 2004 at 1:30 p.m. before LEK 14. Settlement Conference statements by November 1, 2004 20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by March 29, 2005 21. File Final witness list by March 22, 2005 24. Exchange Exhibit and Demonstrative aids by March 15, 2005 25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by March 22, 2005 26. File |

objections to the Exhibits by March 29, 2005 28a. File Deposition Excerpt Designations by March 22, 2005 28b. File Deposition Counter Designations and Objections by March 29, 2005 29. File Trial Brief by March 29, 2005 30. File Findings of Fact & Conclusions of Law by N/A Other Matters: LR 56.1 Memorandum given to parties. A copy of the Rule 16 Scheduling Order mailed to all parties. status conference held 1/5/04 before Mag Judge Leslie E. Kobayashi , Jury Trial set for 9:00 4/12/05 before Judge Samuel P. King , final pretrial conference set for 9:00 3/1/05; Discovery ddl set for 2/11/05; Motion filing ddl set for 11/10/05 ; settlement conference set for 1:30 11/8/04 before Mag Judge Leslie E. Kobayashi ( Ct Rptr : no JUDGE Mag Judge Leslie E. Kobayashi (fe) (Entered: 01/05/2004)

| | | |
|---|---|---|
| 01/06/2004 | 45 | Rule 16 SCHEDULING ORDER Mag Judge Leslie E. Kobayashi (cc: all counsel) (fe) (Entered: 01/06/2004) |
| 01/07/2004 | 46 | NOTICE of change for firm affiliation; certificate of service - by Anna M. Elento-Sneed and Jessica M. Horiuchi who are no longer with the firm Carlsmith Ball LLP and no longer represent defendants Japan Airlines and Jalways Co., Ltd. effective October 1, 2003; defts Japan Airlines and Jalways Co., Ltd are still represented by Gary Grimmer, Andrew Pepper and Danielle Degele-Mathews of the law firm of Carlsmith Ball LLP and phv counsel Albert H. Ebright of the law firm of Carlsmith Ball LLP in Los Angeles (fe) (Entered: 01/09/2004) |
| 02/27/2004 | 47 | CERTIFICATE of service by plaintiffs Martin Ventress, and Jack Crawford (fe) (Entered: 03/01/2004) |
| 03/26/2004 | 48 | CERTIFICATE of service by defendants Japan Airlines, and Jalways Co., Ltd. (fe) (Entered: 03/29/2004) |
| 04/01/2004 | 49 | CERTIFICATE of service by defendant Hawaii Aviation Co (afc) (Entered: 04/02/2004) |
| 04/05/2004 | 50 | NOTICE OF MOTION and motion by defendant Hawaii Aviation Co to dismiss action ; memorandum in support of motion; affidavit of Carl H Osaki; exhibits a&b; certificate of service - set for 10:00 6/18/04 before Judge Samuel P. King (eps) (Entered: 04/06/2004) |
| 04/09/2004 | 51 | NOTICE OF MOTION and motion by Eric A. Seitz, Attorney at Law, A Law Corporation, and attorneys Eric A. Seitz and Lawrence I. Kawasaki to withdraw as counsel for plaintiffs ; affidavit of Eric A. Seitz; certificate of service - set for 10:30 4/21/04 before Mag Judge Leslie E. Kobayashi (afc) (Entered: 04/09/2004) |
| 04/12/2004 | 52 | STATEMENT OF NO POSITION by defendant Japan Airlines, defendant Jalways Co., Ltd. to attorney Eric Seitz's motion to withdraw as counsel for plaintiffs [51-1]; certificate of service (afc) (Entered: 04/14/2004) |
| 04/12/2004 | 53 | STATEMENT OF NO POSITION by defendant Hawaii Aviation Co to motion to withdraw as counsel for plaintiffs [51-1]; certificate of service (afc) (Entered: 04/14/2004) |
| 04/21/2004 | 54 | EP: Motion to Withdraw as Counsel for Plaintiffs - Carl H. Osaki participated by phone. Motion Granted. Seitz to prepare Order. In the Order Plaintiffs' counsel to provide the Plaintiffs last know addresses and last known phone numbers, so that the Clerk's Office can enter the information into the docket. Also, in the Order |

Plaintiffs' counsel to include language notifying Plaintiffs that they are now proceeding pro se, that Plaintiffs are to familiarize themselves with the Federal Rules of Civil Procedure and the Court's local rules. Also, in the Order Plaintiffs' counsel to inform the Plaintiffs of the upcoming Motion to Dismiss set for 10:00 6/18/04 before Judge Samuel P. King. Also, in the Order Plaintiffs' counsel to inform the Plaintiffs of the Status Conference set for 9:00 6/16/04, LEK, also that Plaintiffs physical presence is required at the Status Conference, unless substitute counsel has been retained and will be making an appearance for Plaintiffs. Also, in the Order Plaintiffs' counsel to inform the Plaintiffs that failure to appear at the Status Conference or failure to retain counsel to appear on their behalf may result in sanctions being imposed which may include dismissal of the action. Clerk's Office is directed to send a copy of the Order Granting Motion to Withdraw as Counsel for Plaintiffs to each of the Plaintiffs at their last known home addresses via certified mail, RRR [51-1] attorney Eric A. Seitz for Martin Ventress ( Ct Rptr : C7;CD19 10:34-10:40) by Mag Judge Leslie E. Kobayashi (gs) (Entered: 04/21/2004)

| | | |
|---|---|---|
| 04/27/2004 | 55 | ORDER by Mag Judge Leslie E. Kobayashi granting motion to withdraw as counsel for plaintiffs [51-1] - filed by attorney for plaintiffs - [terminating attorneys Eric A. Seitz and Lawrence I. Kawasaki for plaintiffs Jack Crawford and Martin Ventress] (cc: Jack L. Crawford via registered mail; cc: Martin Ventress via certified mail) (afc) (Entered: 04/27/2004) |
| 04/27/2004 | 56 | Return Receipt for MARTIN VENTRESS signed by "J. OH" on 4/29/04 re: service via certified mail of the Order granting M/withdraw as counsel for plaintiffs (afc) Modified on 05/05/2004 (Entered: 05/05/2004) |
| 05/14/2004 | 57 | STATEMENT OF NO POSITION as to defendant Hawaii Aviation Contract Services, Inc.'s motion to dismiss; certificate of service - by defendant Japan Airlines, defendant Jalways Co., Ltd. [50-1] (afc) (Entered: 05/14/2004) |
| 05/24/2004 | 58 | Return Receipt for International Mail for JACK L. CRAWFORD, III; signed by "Achrra" (not dated) re: service via registered mail of the Order granting M/withdraw as counsel for plaintiffs (afc) (Entered: 05/24/2004) |
| 06/01/2004 | 59 | MEMORANDUM by plaintiff Martin Ventress in opposition to defendant Hawaii Aviation Contract Service's motion to dismiss action [50-1]; declaration of counsel; exhibit a; certificate of service (eps) (Entered: 06/02/2004) |
| 06/02/2004 | | Docket Modification (Utility Event) re [59-1] adding attorney Venetia K. Carpenter-Asui (eps) (Entered: 06/02/2004) |
| 06/02/2004 | 60 | plaintiff Martin Ventress' notice of APPEARANCE of counsel; certificate of service [attorney Venetia K. Carpenter-Asui enters appearance as counsel for plaintiff Martin Ventress] (bbb) Modified on 02/15/2005 (Entered: 06/02/2004) |
| 06/02/2004 | 61 | NOTICE OF MOTION; plaintiff Martin Ventress' MOTION to amend complaint ; memorandum in support of motion; declaration of counsel; exhibit a; certificate of service; motion set for 9:30 7/7/04 before Mag Judge Leslie E. Kobayashi (bbb) (Entered: 06/02/2004) |
| 06/02/2004 | 62 | defendant Hawaii Aviation Contract Services, Inc.'s MEMORANDUM in support of motion to dismiss action [50-1] filed april 5, 2004; certificate of service (bbb) (Entered: 06/04/2004) |

| 06/04/2004 | 63 | NOTICE OF Hearing of motion; defendant Japan Airlines, defendant Jalways Co., Ltd.'s motion pursuant to Fed. R. Civ. P. 12(C) for partial judgment on the pleadings ; memorandum in support of motion; certificate of compliance with Local Rule 7.5; certificate of service set for 10:00 8/13/04 before Judge Samuel P. King (sm) (Entered: 06/04/2004) |
|---|---|---|
| 06/04/2004 | 64 | Amended CERTIFICATE of service by defendant Japan Airlines, defendant Jalways Co., Ltd. (sm) (Entered: 06/04/2004) |
| 06/07/2004 | 65 | EO: Status Conference set for 06/16/2004 at 9:00 AM is moved to 06/15/2004 09:00:00 AM before LEK. cc: all parties and counsel [55-1] () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 06/08/2004) |
| 06/08/2004 | 66 | REPLY MEMORANDUM by defendant Hawaii Aviation Contract Services in support of its motion to dismiss action [50-1]; certificate of service (afc) (Entered: 06/08/2004) |
| 06/08/2004 | 67 | Second amended CERTIFICATE of service by defendant (lmg) (Entered: 06/09/2004) |
| 06/15/2004 | 68 | EP: Status Conference held. Atty Charles H. Brower appeared for Plaintiff Jack Crawford, Notice of Appearance to be filed. Possible bifurcation of case, possible motions to stay or dismiss to be submitted. (Ct Rptr : Courtroom 7 - No Record) JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 06/16/2004) |
| 06/15/2004 | 69 | NOTICE OF APPEARANCE OF COUNSEL for plaintiff Jack Crawford; certificate of service - by attorney Charles H. Brower (afc) (Entered: 06/16/2004) |
| 06/15/2004 | 70 | MEMORANDUM by plaintiff Jack Crawford in opposition to deft Hawaii Aviation's motion to dismiss action [50-1]; certificate of service (afc) (Entered: 06/16/2004) |
| 06/16/2004 | 71 | WITHDRAWAL OF MOTION by plaintiff Martin Ventress withdrawing motion to amend complaint [61-1]; certificate of service (afc) (Entered: 06/17/2004) |
| 06/17/2004 | | Docket Modification (Utility Event) terminating [50-1] motion to dismiss action; refer to 06/17/04 minute order re: stipulation to stay; stay filed on 11/16/04 (afc) (Entered: 11/18/2004) |
| 06/17/2004 | 72 | EO: Hawaii Aviation Contract Services Motion to Dismiss Action set for June 18, 2004 before Judge S. King has been vacated. A Stipulation to Stay this Action pending arbitration will be submitted for Court Approval. [50-1] () JUDGE Judge Samuel P. King (afc) (Entered: 06/18/2004) |
| 07/26/2004 | 73 | Plaintiff Martin Ventress MEMORANDUM in opposition to motion pursuant to Fed. R. Civ. P. 12(C) for partial judgment on the pleadings [63-1]; Certificate of Service (gs) (Entered: 07/28/2004) |
| 07/26/2004 | 74 | Plaintiff Jack Crawford's MEMORANDUM in opposition to motion pursuant to Fed. R. Civ. P. 12(C) for partial judgment on the pleadings [63-1] filed June 4, 2004; Certificate of service (gs) (Entered: 07/28/2004) |
| 07/29/2004 | 76 | STATEMENT OF NO OPPOSITION by defendant Hawaii Aviation Contract Services, Inc. to defendants Japan Airlines and Jalways Co., Ltd.'s MOTION pursuant to Fed.R.Civ.P. 12(C) for partial judgment on the pleadings, filed June |

|            |    | 4, 2004; affidavit of Carl H. Osaki; exhibits A-D; certificate of service [63-1] (afc) (Entered: 08/02/2004) |
|------------|----|---|
| 07/30/2004 | 75 | AMENDED CERTIFICATE of service by defendant Hawaii Aviation Co (afc) (Entered: 08/02/2004) |
| 07/30/2004 | 77 | REPLY by defendant Japan Airlines, defendant Jalways Co., Ltd. to plaintiffs' opposition to motion pursuant to Fed. R. Civ. P. 12(C) for partial judgment on the pleadings [63-1]; certificate of service (afc) (Entered: 08/02/2004) |
| 08/11/2004 | 78 | NOTICE OF MOTION and motion by defendant Japan Airlines, defendant Jalways Co., Ltd. for judgment on the pleadings and/or summary judgment on all claims ; memorandum in support of motion; certificate of service - hearing set for 10:00 09/29/04 before Judge Samuel P. King (afc) (Entered: 08/12/2004) |
| 08/11/2004 | 79 | SEPARATE CONCISE STATEMENT of facts by defendant Japan Airlines, defendant Jalways Co., Ltd. in support of its motion for judgment on the pleadings and/or summary judgment on all claims [78-1]; declaration of Katsuto Kamiyama; declaration of Andrew L. Pepper; exhibits A-B; certificate of service (afc) (Entered: 08/12/2004) |
| 08/12/2004 | 80 | SUBMISSION by defendant Japan Airlines, defendant Jalways Co., Ltd. of ORIGINAL DECLARATION of Katsuto Kamiyama; certificate of service [79-1] [78-1] (afc) (Entered: 08/13/2004) |
| 08/13/2004 | 81 | EP: Defendant's Japan Airlines and Jalways Co., Ltd.'s Motion Pursuant to FED. R. Civ. P 12(C) for Partial Judgment on the Pleadings: Arguments made. Defendant's Japan Airlines and Jalways Co., Ltd.'s Motion Pursuant to FED. R. Civ. P 12(C) for Partial Judgment on the Pleadings continued until moved on [63-1] (Ct Rptr: ESR (LG)) JUDGE Judge Samuel P. King (afc) (Entered: 08/13/2004) |
| 08/13/2004 | 82 | NOTICE OF MOTION and motion by plaintiff Jack Crawford to amend complaint ; memorandum in support; exhibit 1; certificate of service - set for 11:00 9/16/04 before Mag Judge Leslie E. Kobayashi (afc) (Entered: 08/16/2004) |
| 08/19/2004 | 84 | EO: Continued : [Settlement Conference] from 11/08/2004 01:30:00 PM to 11/23/2004 02:00:00 PM before LEK. cc: all counsel () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 08/23/2004) |
| 08/20/2004 | 83 | NO OPPOSITION by defendant Hawaii Aviation Contract Services to defendants Japan Airlines and Jalways Co., Ltd.'s MOTION for judgment on the pleadings and/or summary judgment on all claims; certificate of service [78-1] [63-1] (afc) (Entered: 08/23/2004) |
| 08/25/2004 | 85 | JOINDER by plaintiff Martin Ventress re joining plaintiff Jack Crawford's motion to amend complaint [82-1]; certificate of service (afc) (Entered: 08/29/2004) |
| 08/27/2004 | 86 | OPPOSITION by defendant Japan Airlines, defendant Jalways Co., Ltd. to plaintiff Jack Crawford's motion to amend complaint [82-1] filed December 23, 2002; declaration of Jennifer B Lyons; exhibits a-b; certificate of service (eps) (Entered: 08/31/2004) |

08/31/2004     Docket Modification (Utility Event) re [86-1] adding attorney Jennifer B. Lyons (eps) (Entered: 08/31/2004)

08/31/2004  87 EO: Defendants' Japan Airlines and Jalways Co. Ltd's Motion for Judgment on the Pleadings or in the Alternative for Motion for Summary Judgment set for September 29, 2004 is hereby continued to October 13, 2004 @10:00 a.m. before Judge S. King. Judge S. King is not available on September 29, 2004. cc: All Counsel of Record by Fax [78-1][63-1] () JUDGE Judge Samuel P. King (afc) (Entered: 09/02/2004)

09/01/2004  88 AFFIDAVIT of Allison M.K. Osaki re defendant Hawaii Aviation Contract Services, Inc.'s memorandum in opposition to plaintiff Jack Crawford's motion to amend complaint, lodged August 13, 2004; declaration of Carl H. Osaki; exhibits A-G; certificate of service; exhibit 1 [82-1] (afc) (Entered: 09/02/2004)

09/03/2004  89 REPLY by plaintiff Jack Crawford to defendants Japan Airlines and Jalways Co., Ltd.'s opposition to plaintiff Jack Crawford's motion to amend complaint [82-1]; certificate of service (afc) (Entered: 09/03/2004)

09/07/2004  90 EO: COURT'S INCLINATION:Before the Court is Plaintiff Jack Crawford's Motion to Amend Complaint, filed August 13, 2004, and Plaintiff Martin Ventress' joinder therein, filed August 25, 2004, set to come on for hearing before this Court on September 16, 2004. Under Federal Rule of Civil Procedure 15(a), after a responsive pleading has been filed, "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The Ninth Circuit follows the Supreme Court's instruction that the "lower federal courts heed carefully the command of rule 15(a), Fed. R. Civ. P., by freely granting leave to amend when justice so requires." DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 186 (9th Cir. 1987) (citing Gabrielson v. Montgomery Ward & Co., 785 F.2d 762, 765 (9th Cir. 1986)). Although the Ninth Circuit has held that the rule should be interpreted with "extreme liberality," United States v. Webb, 655 F.2d 977, 979 (9th Cir. 1981), a plaintiff's right to amend his complaint is not unlimited. "A trial court may deny such a motion if permitting an amendment would prejudice the opposing party, produce an undue delay in the litigation, or result in futility for lack of merit." Jackson v. Bank of Haw., 902 F.2d 1385, 1387 (9th Cir. 1990). Further, a plaintiff may not freely amend a complaint to forestall the grant of summary judgment. See M/V Am. Queen v. San Diego Marine Constr. Corp., 708 F.2d 1483, 1492 (9th Cir. 1983); Cowen v. Bank United of Tex., FSB, 70 F.3d 937, 944 (7th Cir. 1995) (observing that because a plaintiff may be maneuvering to "stave off" termination of his case, a trial judge may require a showing of substantial and convincing evidence before allowing leave to amend). In cases where the motion to amend comes after a defendant has moved for summary judgment, the trial judge may consider whether the proposed amendment has substantial merit and is supported by substantial and convincing evidence. See, e.g., Cowen, 70 F.3d at 944; Resolution Trust Corp. v. Gold, 30 F.3d 251, 253 (1st Cir. 1994) ("As the Rule 15 motion in the present case was not filed until after [defendant] moved for summary judgment, [plaintiff] was required to demonstrate to the district court that the proposed amendments were supported by substantial and convincing evidence.'") (citation omitted); Maldonado v. City of Oakland, C 01 1970 MEJ, 2002 WL 826801, at *4 (N.D. Cal. Apr. 29, 2002) ("[I]n cases in which there is a summary

judgment motion pending, leave to amend may be denied unless the plaintiff can make a substantial showing to support the amendment.") (citations omitted); Carey v. Beans, 500 F. Supp. 580, 582 (E.D. Pa. 1980), aff'd, 659 F.2d 1065 (3d Cir. 1981). This heightened standard prevents a plaintiff from having "the unfettered right to alter his cause of action every time it appeared that the defendant might be able to beat it." Cowen v. Bank United of Tex. FSB, No. 94 C 3838, 1995 WL 38987, at *9 (N.D. Ill. Jan. 25, 1995) (citing Carey, 500 F. Supp. at 582). Defendants Japan Airlines and Jalways Co., Ltd.'s, Motion for Judgment on the Pleadings and/or Summary Judgment on all Claims is currently set to come on for hearing before Senior District Judge Samuel P. King on September 29, 2004. Accordingly, and based on the case law and/or rules cited herein, the Court informs the parties that it is inclined to deny Plaintiff's Motion on the basis that amendment has been sought while a summary judgment motion is pending. Specifically, the Court is inclined to find that Plaintiff's proposed amendments are not sufficiently supported by "substantial and convincing evidence." See Resolution Trust, 30 F.3d at 253; Cowen, 70 F.3d at 944. The parties should appear at the September 16, 2004 hearing prepared to discuss whether the above standard can be met and/or to direct the Court to controlling case law that either supports or contradicts this matter. The Court notes, this inclination is intended only to help the parties prepare for oral argument and is not the Court's final decision in the matter. Rather, the parties are encouraged to raise relevant case law and/or facts to show the Court why its inclination is mistaken or correct. cc: all counsel [M/Amend = doc [82-1]; Joinder = doc [85-1]; Motions for Judgment on the Pleadings and/or SJ = docs [63-1],[78-1]] () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/09/2004)

| | | |
|---|---|---|
| 09/16/2004 | 91 | EP: Plaintiff Jack Crawford's Motion to Amend Complaint; Plaintiff Martin Ventress' Motion to Join in Plaintiff Jack Crawford's Motion to Amend Complaint filed on August 13, 2004 - Arguments heard. Motion taken under Advisement. Court to issue Order. [82-1] (Ct Rptr: C7; Time: 11:11-11:25) JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 09/18/2004) |
| 09/17/2004 | 92 | PROTECTIVE ORDER governing confidentiality of produced documents by Mag Judge Leslie E. Kobayashi - filed by defendants Japan Airlines and JALways Co., Ltd. (afc) (Entered: 09/18/2004) |
| 09/24/2004 | 93 | MEMORANDUM by plaintiff Martin Ventress in opposition to defendants Japan Airlines and JALways Co., Ltd.'s motion for judgment on the pleadings and/or summary judgment on all claims [78-1]; certificate of service (afc) (Entered: 09/27/2004) |
| 09/24/2004 | 94 | CONCISE STATEMENT of facts by plaintiff Martin Ventress; declaration of Martin Ventress (noted as "signature forthcoming"); declaration of counsel; exhibits A-B; certificate of service [93-1] [78-1] (afc) (Entered: 09/27/2004) |
| 09/24/2004 | 96 | RESPONSIVE CONCISE STATEMENT by and of plaintiff Jack Crawford in opposition to defendants Japan Airlines and JALways Co., Ltd.'s motion for judgment on the pleadings and/or summary judgment on all claims [78-1]; declaration of Charles H. Brower; exhibit A; certificate of service (afc) (Entered: 09/27/2004) |

| 09/27/2004 | 95 | MEMORANDUM by plaintiff Jack Crawford in opposition to defendants Japan Airlines and JALways Co., Ltd.'s motion for judgment on the pleadings and/or summary judgment on the claims [78-1]; certificate of service (afc) (Entered: 09/27/2004) |
|---|---|---|
| 09/29/2004 | 97 | ORDER denying plaintiff Jack Crawford's motion to amend complaint [82-1] - by Mag Judge Leslie E. Kobayashi (cc: all counsel) (afc) (Entered: 10/01/2004) |
| 10/01/2004 | 98 | REPLY by defendant Japan Airlines, defendant Jalways Co., Ltd. to plaintiff Jack Crawford's memorandum in opposition to defendants' motion for judgment on the pleadings and/or summary judgment on all claims [78-1]; certificate of service (afc) (Entered: 10/04/2004) |
| 10/01/2004 | 99 | REPLY by defendant Japan Airlines, defendant Jalways Co., Ltd. to plaintiff Martin Ventress' memorandum in opposition to defendants' motion for judgment on the pleadings and/or summary judgment on all claims [78-1]; certificate of service (afc) (Entered: 10/04/2004) |
| 10/01/2004 | 100 | NOTICE by defendant Japan Airlines, defendant Jalways Co., Ltd. of hearing; certificate of service - re: hearing on motion for judgment on the pleadings and/or summary judgment on all claims [78-1] is set for October 13, 2004 at 10:00 a.m. before Judge Samuel P. King (afc) Modified on 10/04/2004 (Entered: 10/04/2004) |
| 10/05/2004 | 101 | SUPPLEMENT by plaintiff Martin Ventress to the concise statement of facts, filed on 09/24/04; faxed signed declaration of Martin Ventress; certificate of service [94-1], [78-1] (afc) (Entered: 10/06/2004) |
| 10/08/2004 | 102 | EXPERT DISCLOSURES; certificate of service - filed by plaintiff Martin Ventress (afc) (Entered: 10/12/2004) |
| 10/12/2004 | 103 | DISCLOSURE made pursuant to FRCVP 26; certificate of service - by plaintiff Jack Crawford (afc) (Entered: 10/12/2004) |
| 10/13/2004 | 104 | EP: Defendants' Japan Airlines and Jalways Co. Ltd.'s Motion for Judgment on the Pleadings or in the Alternative for Motion for Summary Judgment; Defendant Japan Airlines and Jalways Co. Ltd.'s Motion Pursuant to FRCP 12(C) for Partial Judgment on the Pleadings - Arguments. Defendants' Japan Airlines and Jalways Co. Ltd.'s Motion for Judgment on the Pleadings or in the Alternative for Motion for Summary Judgment - taken under advisement [78-1]. Defendant Japan Airlines and Jalways Co. Ltd.'s Motion Pursuant to FRCP 12(C) for Partial Judgment on the Pleadings - taken under advisement [63-1]. Court to issue a written ruling. Parties to discuss severance of plaintiffs and defendants and to prepare the appropriate stipulation. (Ct Rptr: Debra Chun) JUDGE Judge Samuel P. King (afc) (Entered: 10/14/2004) |
| 10/14/2004 | 105 | EO: Status Conference Re: Trial Date and Deadlines set for 10/18/2004 09:00:00 AM before LEK. Blanche of Andrew L. Pepper's Office to notify all parties. () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 10/15/2004) |
| 10/14/2004 | 106 | MOTION by plaintiff Jack Crawford for reconsideration of order denying plaintiff Jack Crawford's motion to amend complaint filed August 13, 2004 ; memorandum in support; certificate of service - referred to Mag Judge Leslie E. Kobayashi (afc) (Entered: 10/15/2004) |

| 10/14/2004 | 107 | Plaintiff Jack Crawford's APPEAL OF MAGISTRATE'S ORDER entered September 29, 2004 [appeal from the Order denying plaintiff Jack Crawford's Motion to Amend Complaint filed September 29, 2004] [97-2] ; memorandum in support; exhibit 1; certificate of service - referred to Judge Samuel P. King (afc) (Entered: 10/15/2004) |
|---|---|---|
| 10/18/2004 | 108 | EP: Status Conference Re: Trial Date and Deadlines held. New trial date and deadlines given. Amended Rule 16 Scheduling Order to be issued. 1. Jury trial on September 13, 2005 at 9:00 a.m. before SPK 2. Final Pretrial Conference on August 2, 2005 at 9:00 a.m. before LEK 3. Final Pretrial Conference before District Judge N/A 4. Final Pretrial Statement by July 26, 2005 5. File motions to Join/Add Parties/Amend Pleadings by N/A 6. File other Non-Dispositive Motions by June 15, 2005 7. File Dispositive Motions by April 13, 2005 8a. File Motions in Limine by August 23, 2005 8b. File opposition memo to a Motion in Limine by August 30, 2005 11a. Plaintiff's Expert Witness Disclosures by N/A 11b. Defendant's Expert Witness Disclosures by April 13, 2005 12. Discovery deadline July 15, 2005 13. Settlement Conference set for February 17, 2005 at 2:00 p.m. before LEK 14. Settlement Conference statements by February 10, 2005 20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 30, 2005 21. File Final witness list by August 23, 2005 24. Exchange Exhibit and Demonstrative aids by August 16, 2005 25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 23, 2005 26. File objections to the Exhibits by August 30, 2005 28a. File Deposition Excerpt Designations by August 23, 2005 28b. File Deposition Counter Designations and Objections by August 30, 2005 29. File Trial Brief by August 30, 2005 30. File Findings of Fact & Conclusions of Law by N/A Other Matters: A copy of the Amended Rule 16 Scheduling Order mailed to all parties. [status conference held 10/18/04 before Mag Judge Leslie E. Kobayashi ; Jury Trial set for 9:00 9/13/05 before Judge Samuel P. King ; final pretrial conference set for 9:00 8/2/05 before Mag Judge Leslie E. Kobayashi ; Discovery ddl set for 7/15/05; Motion ddl set for 4/13/05; settlement conference set for 2:00 2/17/05 before Mag Judge Leslie E. Kobayashi] (Ct Rptr: C7-No Record) JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 10/18/2004) |
| 10/19/2004 | 109 | Plaintiff Martin Ventress' NOTICE OF JOINDER to plaintiff Jack Crawford's APPEAL OF MAGISTRATE'S ORDER entered September 29, 2004 [appeal from the Order denying plaintiff Jack Crawford's Motion to Amend Complaint filed September 29, 2004]; certificate of service [97-2] [107-1] (afc) (Entered: 10/20/2004) |
| 10/19/2004 | 110 | Plaintiff Martin Ventress' NOTICE OF JOINDER to plaintiff Jack Crawford's motion for reconsideration of order denying plaintiff Jack Crawford's motion to amend complaint filed August 13, 2004 [106-1]; certificate of service (afc) (Entered: 10/20/2004) |
| 10/19/2004 | 111 | SUPPLEMENT by plaintiff Martin Ventress to the concise statement of facts filed on September 24, 2004, ORIGINAL SIGNED DECLARATION of Martin Ventress; certificate of service [94-1] [78-1] (afc) (Entered: 10/21/2004) |
| 10/20/2004 | 112 | ORDER SEVERING Defendants and GRANTING defendants Japan Airlines and JALWAYS Co., Ltd.'s (1) MOTION for judgment on the pleadings (regarding emotional distress claims); and (2) MOTION for judgment on the pleadings |

| | | |
|---|---|---|
| | | and/or for summary judgment (regarding the FCN Treaty) by JUDGE SAMUEL P. KING [this ruling moots pending matters by plaintiffs (1) to reconsider the order denying plaintiffs' motion to amend and (2) to appeal to this District Judge under 28 USC 636(b)(1) from the ruling denying pltfs' motion to amend. Those pending matters are denied as moot. JUDGMENT shall enter in favor of the JAL defendants and against plaintiffs purs to Fed.R.Civ.P.54(b)] [107-1] [97-2] [106-1] [78-1] [63-1] terminating party Jalways Co., Ltd., party Japan Airlines (cc: all counsel) (afc) (Entered: 10/21/2004) |
| 10/21/2004 | 113 | AMENDED RULE 16 SCHEDULING ORDER Mag Judge Leslie E. Kobayashi (cc: all counsel) (afc) (Entered: 10/24/2004) |
| 10/25/2004 | 114 | JUDGMENT IN A CIVIL CASE - by Walter A.Y.H. Chinn, Clerk/A.F. Chang, Deputy Clerk - IT IS ORDERED AND ADJUDGED that defendants Japan Airlines and Jalways Co., Ltd.s (1) Motion for Judgment on the Pleadings (regarding Emotional Distress Claims); and (2) Motion for Judgment on the Pleadings and/or for Summary Judgment [regarding the "Treaty of Friendship, Commerce and Navigation between the United States and Japan of April 2, 1953" ("FCN" Treaty)] are GRANTED, pursuant to the "Order Severing Defendants and Granting Defendants Japan Airlines and Jalways Co., Ltd.s (1) Motion for Judgment on the Pleadings (regarding Emotional Distress Claims); and (2) Motion for Judgment on the Pleadings and/or for Summary Judgment (regarding the FCN Treaty)" filed on October 20, 2004. Pursuant to said order and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, JUDGMENT is entered in favor of defendants Japan Airlines and Jalways Co., Ltd. and against plaintiffs Martin Ventress and Jack Crawford. [112-1] (cc: all counsel) (afc) (Entered: 10/25/2004) |
| 11/04/2004 | 115 | Plaintiff Martin Ventress' MOTION for Relief from Judgment or Order (FRCP 60(b)), or in the alternative, to alter judgment (FRCP 59(e)) [114-1] ; Declaration of Counsel; Declaration of Marting Ventress; Exhibits A-J; Certificate of Service before Judge Samuel P. King (sealed) (Entered: 11/04/2004) |
| 11/08/2004 | 116 | MOTION by plaintiff Jack Crawford to reconsider and alter or amend judgment entered on October 25, 2004, on order severing defendants and granting defendants Japan Airlines and Jalways Co., Ltd.'s (1) motion for judgment on the pleadings (regarding emotional distress claims); and (2) motion for judgment on the pleadings and/or for summary judgment (regarding the FCN Treaty) filed October 20, 2004 ; memorandum in support; declaration of counsel; exhibits 1-6; certificate of service - referred to Judge Samuel P. King (afc) (Entered: 11/09/2004) |
| 11/10/2004 | 117 | STATEMENT OF NO POSITION by defendant Hawaii Aviation Co to plaintiff Jack Crawford's motion to reconsider and alter or amend judmgnet entered on 10/25/04, on order severing defendants and granting Japan Airlines and Jalways Co., Ltd.'s (1) motion for judgment on the pleadings (regarding emotional distress claims); and (2) motion for judgment on the pleadings and/or for summary judgment (regarding the FCN Treaty); certificate of service [116-1] (afc) (Entered: 11/12/2004) |
| 11/10/2004 | 118 | STATEMENT OF NO POSITION by defendant Hawaii Aviation Co to plaintiff Martin Ventress' motion for relief from judgment or order (FRCP 60(b)), or in the alternative, to alter or amend judgment (FRCP 59(e)); certificate of service |

[115-1] (afc) (Entered: 11/12/2004)

| | | |
|---|---|---|
| 11/12/2004 | 119 | NOTICE OF MOTION and motion by defendant Japan Airlines, defendant Jalways Co., Ltd. for order to compel plaintiff Martin Ventress to file designated materials under seal pursuant to Protective Order dated September 17, 2004 ; memorandum in support of motion; declaration of Andrew L. Pepper; exhibits A - B; certificate of service - set for 9:30 1/10/05 before Mag Judge Leslie E. Kobayashi (afc) (Entered: 11/15/2004) |
| 11/15/2004 | 121 | MEMORANDUM by defendant Japan Airlines, defendant Jalways Co., Ltd. in opposition to plaintiff Martin Ventress' motion for Relief from Judgment or Order (FRCP 60(b)), or in the alternative, to alter judgment (FRCP 59(e)) [114-1] [115-1]; certificate of service (afc) (Entered: 11/16/2004) |
| 11/15/2004 | 120 | EO: Defendants Japan Airlines and Jalways Co., Ltd's Motion for an Order to Compel Plaintiff Martin Ventress to File Designated Materials Under Seal Pursuant to Protective Order Dated September 17, 2004 set for 01/10/2005 09:30:00 AM is moved to 10:30:00 AM before LEK. cc: all counsel [119-1] () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 11/15/2004) |
| 11/16/2004 | 122 | STIPULATION for stay of action pending arbitration between plaintiffs and defendant Hawaii Aviation Contract Services, Inc. and ORDER by Mag Judge Leslie E. Kobayashi - filed by plaintiff Martin Ventress CASE STAYED (cc: SPK, LEK, respective CRM's) (afc) (Entered: 11/16/2004) |
| 11/17/2004 | 123 | AMENDED CERTIFICATE of service by defendant Japan Airlines, defendant Jalways Co., Ltd. (afc) (Entered: 11/18/2004) |
| 11/17/2004 | 124 | EO: Pursuant to the Stipulation for Stay of Action Pending Arbitration Between Plaintiffs and Defendant Hawaii Aviation Contract Services, Inc. And Order filed on November 16, 2004: Jury Selection/Trial set for 9:00 9/13/06, SPK. Final Pretrial Conference set for 9:00 8/2/05, LEK. Settlement Conference set for 2:00 2/17/05, LEK are Vacated. Status Conference Re: Arbitration set for 9:30 5/9/05, LEK. cc: all counsel [122-1] [122-2] () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 11/18/2004) |
| 11/18/2004 | 125 | NOTICE OF APPEAL by plaintiff Martin Ventress; exhibit A; certificate of service [114-1] (cc: all counsel) [9CCA No. 04-17353] (afc) Modified on 12/07/2004 (Entered: 11/18/2004) |
| 11/18/2004 | | RECEIVED re [125-1] fee in amount of $ 255.00 (Receipt # 226397) (afc) (Entered: 11/18/2004) |
| 11/18/2004 | 126 | TRANSCRIPT DESIGNATION and Ordering Form for dates: 10/13/04 Ct Rptr: Debra Chun [125-1] (afc) (Entered: 11/18/2004) |
| 11/19/2004 | 127 | MEMORANDUM by defendant Japan Airlines, defendant Jalways Co., Ltd. in opposition to plaintiff Jack Crawford's motion to reconsider and alter or amend judgment entered on October 25, 2004, on order severing defendants and granting defendants Japan Airlines and Jalways Co., Ltd.'s (1) motion for judgment on the pleadings (regarding emotional distress claims); and (2) motion for judgment on the pleadings and/or for summary judgment (regarding the FCN Treaty) filed October 20, 2004 [116-1]; certificate of service (afc) (Entered: 11/22/2004) |

| | | |
|---|---|---|
| 11/23/2004 | | NOTICE OF APPEAL and copy of docket sheet sent to 9th CCA [125-1] (cc: all counsel) (afc) (Entered: 11/23/2004) |
| 11/23/2004 | 128 | STATEMENT OF NO POSITION by defendant Hawaii Aviation Co to defendants Japan Airlines and JALways Co., Ltd.'s motion for order to compel plaintiff Martin Ventress to file designated materials under seal pursuant to protective order; certificate of service [119-1] (afc) (Entered: 11/26/2004) |
| 11/29/2004 | 129 | ORDER DENYING MOTIONS FOR RECONSIDERATION by Judge Samuel P. King [denying motion for Relief from Judgment or Order (FRCP 60(b)), or in the alternative, to alter judgment (FRCP 59(e)) [114-1] [115-1]; denying motion to reconsider and alter or amend judgment entered on October 25, 2004, on order severing defendants and granting defendants Japan Airlines and Jalways Co., Ltd.'s (1) for judgment on the pleadings (regarding emotional distress claims); and (2) motion for judgment on the pleadings for summary judgment (regarding the FCN Treaty) filed October 20, 2004 [116-1]] (cc: all counsel) (afc) (Entered: 12/01/2004) |
| 12/06/2004 | 130 | APPEAL number 04-17353 received from 9CCA regarding [125-1] (afc) (Entered: 12/07/2004) |
| 12/22/2004 | 131 | Notice of WITHDRAWAL OF MOTION by defendant Japan Airlines, defendant Jalways Co., Ltd. [119-1] motion for order to compel plaintiff Martin Ventress to file designated materials under seal pursuant to Protective Order dated September 17, 2004; certificate of service (sm) (Entered: 12/23/2004) |
| 12/28/2004 | 132 | NOTICE OF APPEAL by plaintiff Jack Crawford; exhibits A-D; certificate of service [appeal from Dist. Court decision [129-1] (cc: all counsel) [9CCA no. 05-15044] (afc) Modified on 01/18/2005 (Entered: 01/03/2005) |
| 12/28/2004 | | RECEIVED re [132-1] fee in amount of $ 255.00 (Receipt # 226965) (afc) (Entered: 01/03/2005) |
| 01/03/2005 | | NOTICE OF APPEAL and copy of docket sheet sent to 9th CCA [132-1] - appeal by plaintiff Jack Crawford (cc: all counsel) (afc) (Entered: 01/03/2005) |
| 01/03/2005 | | ORIGINAL TRANSCRIPT filed ( Ct Rptr Debra Kekuna Chun) taken on 10/13/2004 (eps) (Entered: 01/04/2005) |
| 01/04/2005 | 133 | CERTIFICATE of Record Transmitted to 9th CCA (re: appeal filed 11/18/04 by pltf Martin Ventress) (afc) (Entered: 01/05/2005) |
| 01/13/2005 | 134 | TRANSCRIPT DESIGNATION and Ordering Form for dates: 10/07/03 reporter: C5 Tape 1178; 04/21/04 C7-CD19; 08/13/04: ESR (LG) 09/16/04: C7; and 10/13/04: Debra Chun. [132-1] - filed by Charles H. Brower, Esq., attorney for appellant Jack Crawford (afc) Modified on 01/20/2005 (Entered: 01/14/2005) |
| 01/14/2005 | 135 | APPEAL number 05-15044 received from 9CCA regarding appeal friled 12/28/04 by plaintiff Jack Crawford [132-1] (afc) (Entered: 01/18/2005) |
| 01/28/2005 | 136 | FIRST AMENDED CERTIFICATE of service by plaintiff Martin Ventress (afc) (Entered: 01/29/2005) |
| 01/28/2005 | 137 | NOTICE OF MOTION and motion by Venetia K. Carpenter-Asui, Esq., attorney for plaintiff Martin Ventress to withdraw as counsel for plaintiff Martin Ventress |

| | | |
|---|---|---|
| | | ; declaration of Venetia K. Carpenter-Asui; certificate of service - set for 2:30 2/11/05 before Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/29/2005) |
| 01/28/2005 | 138 | STATMENT OF NO POSITION by defendant Hawaii Aviation Contract Services, Inc. re: Venetia K. Carpenter-Asui's MOTION to withdraw as counsel for plaintiff Marti Ventress [137-1]; certificate of service (afc) (Entered: 01/29/2005) |
| 02/02/2005 | 139 | ORDER granting motion withdraw as counsel for plaintiff Martin Ventress [137-1] - by Mag Judge Leslie E. Kobayashi (Venetia K. Carpenter-Asui withdrawing for Martin Ventress)[Martin Ventress shall proceed pro se unless he elects to retain new counsel; plaintiff ordered to provide the Clerk's Office with his mailing address, e-mail address, and telephone number by 02-23-05...] (cc: all counsel) (afc) (Entered: 02/04/2005) |
| 02/07/2005 | | ORIGINAL TRANSCRIPT filed (ESR; Transcription Service by Jessica B. Cahill) taken on April 21, 2004 (afc) (Entered: 02/08/2005) |
| 02/07/2005 | | ORIGINAL TRANSCRIPT filed (ESR; Transcription Service by Jessica B. Cahill) taken on September 16, 2004 (afc) (Entered: 02/08/2005) |
| 02/07/2005 | | ORIGINAL TRANSCRIPT filed (ESR; Transcription Service by Jessica B. Cahill) taken on October 7, 2003 (afc) (Entered: 02/08/2005) |
| 02/07/2005 | | ORIGINAL TRANSCRIPT filed (ESR; Transcription Service by Jessica B. Cahill) taken on August 13, 2004 (afc) (Entered: 02/08/2005) |
| 02/09/2005 | 140 | CERTIFICATE of Record Transmitted to 9th CCA (gab) (Entered: 02/10/2005) |
| 02/14/2005 | 141 | ORDER by Mag Judge Leslie E. Kobayashi [re: letter received 02/11/05 from plaintiff Martin Ventress; this letter is attached to the order; order re: ex parte communication to court; plaintiff instructed to refrain from further ex parte communications, that is, any communication about this case to the Judge without giving notice to the opposing parties] (cc: all counsel and/or parties of record) (afc) (Entered: 02/15/2005) |
| 02/18/2005 | | REMARK - removing attorneys Anna M. Elento-Sneed and Jessica M. Horiuchi from the distribution list. Letter received from Andrew L. Pepper, Esq./Carlsmith Ball LLP; attorney for defendants Japan Airlines and JALways Co., Ltd. re: attorneys Anna M. Elento-Senned and Jessica M. Horiuchi, formerly with the law firm of Carlsmith Ball and now with the law firm of Alston Hunt Floyd & Ing. Attorneys were terminated 10/20/04 & now wish to be removed from court's distribution list. (afc) (Entered: 02/22/2005) |
| 05/09/2005 | 142 | EP: Status Conference Re: Arbitration held. Parties have agreed to arbitration, arbitration to be scheduled. Letter informing the Court of the details to be submitted by Counsel. (Ct Rptr: C7 - No Record) JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 05/10/2005) |
| 05/18/2005 | 143 | NOTICE OF MOTION and motion by defendant Hawaii Aviation Co to compel arbitration pursuant to the terms of the contract between Plaintiff Martin Ventress and Defendant Hawaii Aviation Contract Services, Inc.; memorandum in support of motion; affidavit of Carl H. Osaki; exhibits A-Q; exhibit 1; certificate of service; set for 10:30 7/11/05 before Mag Judge Leslie E. Kobayashi (gab) (Entered: 05/19/2005) |

| | | |
|---|---|---|
| 05/19/2005 | 144 | EO: Continued : [Defendant Hawaii Aviation Contract Services, Inc.'s Motion to Compel Arbitration Pursuant to the Terms of the Contract Between Plaintiff Martin Ventress and Defendant Hawaii Aviation Contract Services, Inc. ] from 07/11/2005 10:30:00 AM to 07/25/2005 10:00:00 AM before LEK. Amended Notice of Hearing to be submitted. [143-1] 10:00 7/25/05 () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 05/19/2005) |
| 05/19/2005 | 145 | AMENDED NOTICE of hearing by defendant Hawaii Aviation Co re: M/Compel Arbitration; certificate of service [143-1] [hearing previously set for 10:30 07/11/05 LEK is continued to 10:00 07/25/05; LEK] (afc) (Entered: 05/19/2005) |
| 06/02/2005 | 146 | ORDER re: ex parte communication by Mag Judge Leslie E. Kobayashi [ex parte communication by plaintiff Martin Ventress] (cc: all counsel and/or parties of record) (afc) (Entered: 06/03/2005) |
| 06/03/2005 | 147 | STATEMENT OF NO POSITION by defendants Japan Airlines and Jalways Co. Ltd re: deft Hawaii Aviation Contract Services, Inc.'s MOTION to compel arbitration pursuant to the terms of the contract between plaintiff Martin Ventress and defendant Hawaii Aviation Contract Services, Inc., filed 5/18/05 [143-1]; certificate of service (afc) (Entered: 06/06/2005) |
| 07/15/2005 | 148 | RESPONSE by plaintiff Martin Ventress to defendant's motion to compel arbitration [143-1]; request to appear telephonically (afc) (Entered: 07/18/2005) |
| 07/20/2005 | 149 | REPLY MEMORANDUM by defendant Hawaii Aviation Co in support of its motion to compel arbitration pursuant to the terms of the contract between Plaintiff Martin Ventress and Defendant Hawaii Aviation Contract Services, Inc.; [143-1]; affidavit of Carl H. Osaki; exhibits A & B; certificate of service (afc) (Entered: 07/21/2005) |
| 07/25/2005 | 150 | EP: Defendant Hawaii Aviation Contract Services, Inc.'s Motion to Compel Arbitration Pursuant to the Terms of the Contract Between Plaintiff Martin Ventress and Defendant Hawaii Aviation Contract Services, Inc. - Plaintiff Pro Se Martin Ventress participated by phone. Arguments heard. Motion Granted and terminated. Court to issue Order. [143-1] (Ct Rptr: FTR-C7; Time: 10:13-10:33) JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 07/27/2005) |
| 07/25/2005 | 151 | EO: Status Conference Re: Arbitration [Martin Ventress by phone] set for 01/30/2006 09:30:00 AM before LEK. cc: all parties and counsel () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 07/27/2005) |
| 07/28/2005 | 152 | ORDER granting defendant Hawai'i Aviation Contract Services, Inc.'s motion to compel arbitration pursuant to the terms of the contract between Plaintiff Martin Ventress and Defendant Hawaii Aviation Contract Services, Inc.; [143-1] by Mag Judge Leslie E. Kobayashi (cc: all counsel and/or parties of record) (afc) (Entered: 07/28/2005) |
| 08/02/2005 | 153 | CERTIFICATE of service by defendant Hawaii Aviation Contract Services, Inc. (emt) (Entered: 08/04/2005) |
| 01/30/2006 | 154 | EP: Status Conference Re: Arbitration held on 1/30/2006. (Court Reporter Courtroom 7-No Record.) (Judge LESLIE E KOBAYASHI )(wnn, ) (Entered: 01/30/2006) |

| | | |
|---|---|---|
| 02/21/2006 | 155 | MOTION to RECONSIDER the American Arbitration Association Rules - by Martin Ventress. (Attachments: # 1 Supplement 1 # 2 Supplement 2 # 3 Supplement 3 # 4 Supplement 4)(afc) MODIFIED on 2/21/2006 to note that this document will be placed in the case file. Portions of some of the "Supplements" are highlighted, but are not discernable in the scanned image. (afc) (Entered: 02/21/2006) |
| 02/21/2006 | 156 | ADDENDUM by plaintiff Martin Ventress to his Motion: re 155 MOTION to Reconsider the American Arbitration Association Rules (Attachments: # 1 Attachment : Copy of M/Dismiss or M/SJ, etc. - filed by Bruce G. Schoggen in First Circuit Court State of Hawaii# 2 Exhibit 1 to the Attachment # 3 Exhibit 2 to the Attachment # 4 Exhibit 3 to Attachment # 5 Exhibit 4 to attachment # 6 Exhibit 5 to Attachment # 7 Exhibit 6 to Attachment # 8 Exhibit 7 to Attachment # 9 Exhibit 8 to Attachment # 10 Exhibit 9 to Attachment # 11 Exhibit 10 to Attachment # 12 Exhibit 11 to Attachment # 13 Exhibit 12 to Attachment # 14 Exhibit 13 to Attachment # 15 Exhibit 14 to Attachment # 16 Exhibit 15 to Attachment # 17 Exhibit 16 to Attachment # 18 Exhibit 17 to Attachment # 19 Exhibit 18 to Attachment # 20 Exhibit 19 to Attachment)(afc) (Entered: 02/22/2006) |
| 02/22/2006 | 157 | MOTION-155-MOTION for Reconsideration re [143] Motion to Compel REFERRED to Judge Leslie Kobayashi. (lls, ) (Entered: 02/22/2006) |
| 02/22/2006 | 158 | EO: Court Order Setting Deadlines as to 155 MOTION for Reconsider the American Arbitration Association Rules [143] : (Judge LESLIE E KOBAYASHI )(wnn ) (Entered: 02/22/2006) |
| 02/22/2006 | | Motions Taken Under Advisement: 155 MOTION for Reconsideration re [143] Motion to Compel (wnn) (Entered: 02/22/2006) |
| 02/23/2006 | 159 | Left Side Document - FAX transmittal/letter from Martin M. Ventress with M/Reconsider (afc) (Entered: 02/23/2006) |
| 02/23/2006 | 160 | Left Side Document - letter dated 1/31/06 with attachments - from Martin Ventress to Mag Judge Kobayashi (afc) (Entered: 02/23/2006) |
| 03/07/2006 | 161 | MEMORANDUM IN OPPOSITION to plaintiff Martin Ventress Motion: re 155 MOTION to Reconsider the American Arbitration Association Rules; TABLE of Contents; TABLE of Authorities - filed by Hawaii Aviation Contract Services, Inc.. (Attachments: # 1 Affidavit of Carl H. Osaki # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Certificate of Service)(afc) (Entered: 03/12/2006) |
| 03/20/2006 | 162 | REPLY BRIEF to defendant's Memorandum in Opposition of plaintiff's MOTION: re 155 MOTION to Reconsider American Association Rules - filed by Martin Ventress. (Attachments: # 1 Exhibit A - Schoggen's Reply Brief # 2 Exhibit C - U.S. Senator Dianne Feinstein # 3 Exhibit D - Mr. Osaki's "Unclaimed" Certified Mail # 4 Exhibit E - Document by Ms. Venetia Carpenter-Asui) *[This document will be placed in the case file]* (afc) (Entered: 03/21/2006) |
| 03/28/2006 | 163 | Exhibit to Reply Brief submitted by Martin Ventress - TRANSCRIPT of Proceedings held on 3/13/2006 before Judge Honorable Karen Ahn in the Circuit Court of the First Circuit State of Hawaii (CV No 05-1-2233-12). Court Reporter: |

| | | |
|---|---|---|
| | | Mari-Jo Davidson. (gab, ) (Entered: 03/29/2006) |
| 03/28/2006 | 164 | re: Letter from Martin Ventress. (gab, ) (Entered: 03/29/2006) |
| 04/19/2006 | 165 | ORDER denying 155 Plaintiff's Motion to Reconsider the American Arbitration Association Rules . Signed by Judge LESLIE E KOBAYASHI on 4/19/06. (ecs, ) (Entered: 04/19/2006) |
| 04/19/2006 | | COURT'S CERTIFICATE of Service - a copy of 165 Order DENYING Plaintiff's Motion to Reconsider the American Arbitration Association Rules has been served by First Class Mail to the addresses of record on 4/19/06. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (ecs, ) (Entered: 04/19/2006) |
| 05/02/2006 | 166 | NOTICE OF APPEAL; certificate of service - filed by plaintiff Martin Ventress. appeal of 165 Order denying 155 Plaintiff's Motion to Reconsider the American Arbitration Association Ruleson Motion for Reconsideration (afc) (Entered: 05/03/2006) |
| 05/02/2006 | 167 | MOTION for Leave to Appeal in forma pauperis by Martin Ventress (cc: SPK) (afc) (Entered: 05/03/2006) |
| 05/05/2006 | | MOTION 167 MOTION for Leave to Appeal in forma pauperis REFERRED to Judge Leslie Kobayashi. (lls, ) (Entered: 05/05/2006) |
| 05/08/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 166 Notice of Appeal filed by Martin Ventress (afc) (Entered: 05/08/2006) |