IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN VENTRESS, ET AL., | ) | CIVIL NO. 03-00451 SPK-LEK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAPAN AIRLINES, ET AL., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

**ORDER TO AMEND MOTION TO PROCEED IN FORMA PAUPERIS**

On May 2, 2006, *pro se* Plaintiff Martin Ventress ("Plaintiff") filed a Notice of Appeal to the Ninth Circuit Court of Appeals and a Motion to Proceed in Forma Pauperis ("Motion"). Plaintiff seeks to appeal this Court's April 19, 2006 Order Denying Plaintiff's Motion to Reconsider the American Arbitration Association Rules. The Motion is before this Court pursuant to a referral by Senior United States District Judge Samuel P. King.

A party to a district court action who seeks to file an in forma pauperis appeal to the Ninth Circuit must file a motion in the district court. See Fed. R. App. P. 24(a)(1). That motion must include an affidavit that:

      (A)   shows in the detail prescribed by Form 4 of the Appendix of Forms, the party's inability to pay or to give security for fees and costs;
      (B)   claims an entitlement to redress; and
      (C)   states the issues that the party intends to present on appeal.

Id. Plaintiff's Motion includes the application to proceed in

forma pauperis in actions before the district court, but the district court application does not comply with the requirements of Federal Rule of Appellate Procedure 24(a)(1).

    This Court therefore ORDERS that:

    1.  The Clerk of the Court is DIRECTED to send Plaintiff a copy of Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure.

    2.   Plaintiff shall have until May 24, 2006 to either file an amended motion to proceed in forma pauperis or pay the filing fee.  The Court cautions Plaintiff that the Ninth Circuit may dismiss his appeal if he fails to pay the filing fee or properly file a motion to proceed in forma pauperis.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAI`I, MAY 9, 2006.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**MARTIN VENTRESS, ET AL. V. JAPAN AIRLINES, ET AL.,** CIVIL NO. 03-00451 SPK-LEK; ORDER TO AMEND MOTION TO PROCEED IN FORMA PAUPERIS