# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Martin Ventress vs. Japan Airlines, et al.

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-15904

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CV 03-00451SPK-LEK

II. **DATE NOTICE OF APPEAL FILED:** May 2, 2006

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** IFP Pending

   **DOCKET FEE PAID ON:**            **AMOUNT:**

   **NOT PAID YET:**                  **BILLED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**             **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**       **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

   RECEIVED
   CLERK, U.S. DISTRICT COURT
   MAY 15 2006
   DISTRICT OF HAWAII

IV. **COMPANION CASES, IF ANY:**

   Appeal to 9CCA previously filed on 11/18/04: 04-17353

   *Appeal to 9CCA filed 12/28/04 by co-plaintiff Jack Crawford: 05-15044*

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Anna F. Chang

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)