AO83

# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

For Internal Use Only
Receipt   235171
Trans     139974

Received From:    JUDI VENTRESS
Case Number:
Reference Number: CV 03-451

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | Total |  | 455.00 |
|  | Tend |  | 455.00 |
|  | Due |  | 0.00 |

05/23/2006 01:19:46 PM     Deputy Clerk: bb/DAT