wESR og

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **06-15904**   U.S. District Court Case No. **03-00451-LEK**

Short Case Title **VENTRESS V. HAWAII AVIATION CONTRACT SERVICES, INC.**

Date Notice of Appeal Filed by Clerk of District Court **MAY 2, 2006**

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| **NON-HEARING MOTION** | **(N/A)** | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUN 1 3 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

(X) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **N/A**   Estimated date for completion of transcript **N/A**

PRO SE

Print Name of Attorney **MARTIN VENTRESS**   Phone Number **323) 842-8629**

Signature of Attorney **Martin Ventress**

Address **6124 HWY 6 NORTH #101, HOUSTON, TEXAS 77084**

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn   BY:
(U.S. District Court Clerk)   (date)   DEPUTY CLERK