


Office of the Clerk
UNITED STATES COURT of APPEALS for the NINTH CIRCUIT
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

# For pending cases ONLY

## CHANGE OF ADDRESS FORM
*(please print clearly or type)*

Name: **MARTIN VENTRESS**
(Counsel or pro se litigant)

| Old Address | NEW ADDRESS (please include: telephone, fax & e-mail addresses) |
|---|---|
| 5042 WILSHIRE BLVD. #310 | 6124 HWY 6 NORTH #101 |
| LOS ANGELES, CA 90036 | HOUSTON, TX 77084 |
| | (323) 842-8629 |
| | imventress@aol.com |

| Cases Pending in the Ninth Circuit Court of Appeals ||||
|---|---|---|---|
| Case Number | Case Name | Case Number | Case Name |
| 04-17353 | VENTRESS v. JAPAN AIRLINES, ET AL. | | |
| 06-15904 | VENTRESS v. HAWAII AVIATION CONTRACT SERVICES, INC. | | |

JUNE 3, 2006
Date

*Martin Ventress*
Signature

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2006
at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

*Rev. 01-24-2003*