CERTIFICATE OF SERVICE

CIVIL No. 03-00451

**MARTIN VENTRESS**
Plaintiff, Pro Se

vs.

**HAWAII AVIATION CONTRACT SERVICES**
Defendants

I hereby certify that a copy of this **Request For Status Conference** was served either in person or via U.S. Certified Mail, on the person listed below.

TO:  Carl H. Osaki, Esq.
 Pioneer Plaza, Suite 1510
 900 Fort Street
 Honolulu, Hawaii 96813

 Attorney for Defendants
 Hawaii Aviation Contract Services, Inc.

DATED: December 14, 2006

_____
MARTIN VENTRESS
Plaintiff, Pro Se