CARLSMITH BALL LLP

ANDREW L. PEPPER          5141-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
*apepper@carlsmith.com*

Attorney for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>            Plaintiffs,<br><br>     vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>            Defendants. | CIVIL NO.  CV 03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **STATEMENT OF NO POSITION** REGARDING PLAINTIFF MARTIN VENTRESS' REQUEST FOR STATUS CONFERENCE, FILED 12/15/06; CERTIFICATE OF SERVICE |

DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **STATEMENT OF NO POSITION** REGARDING PLAINTIFF MARTIN VENTRESS' REQUEST FOR STATUS CONFERENCE, FILED 12/15/06

Pursuant to the Order Severing Defendants and Granting Defendants

Japan Airlines and JALways Co., Ltd.'s (1) Motion for Judgment on the Pleadings

(Regarding Emotional Distress Claims); and (2) Motion for Judgment on the Pleadings and/or for Summary Judgment (Regarding the FCN Treaty), filed on October 20, 2004, and the Final Judgment filed and entered herein on October 25, 2004, Defendants Japan Airlines and JALways Co., Ltd. (the "JAL Defendants") are no longer parties in this action.  Accordingly, despite having been served with Plaintiff Martin Ventress' Request for Status Conference, filed December 15, 2006 ("Subject Motion"), the JAL Defendants take no position regarding the Subject Motion.

DATED:   Honolulu, Hawaii, December 19, 2006.

/s/ Andrew L. Pepper
ANDREW L. PEPPER

Attorney for Defendants
JAPAN AIRLINES and JALWAYS
CO., LTD.