IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>      Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>      Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendants Japan Airlines And JALways Co., Ltd.'s **Statement Of No Position** Regarding Plaintiff Martin Ventress' Request for Status Conference, filed December 15, 2006 will be served upon the following parties via U.S. mail, postage prepaid, at their last known address on the date indicated below:

      MARTIN VENTRESS
      5042 Wilshire Blvd., #310
      Los Angeles, California 90036

      Plaintiff *Pro Se*

4834-7272-5761.1.051729-00005

      CHARLES H. BROWER, ESQ.
      Pioneer Plaza
      900 Fort Street, Suite 1210
      Honolulu, Hawaii 96813

      Attorney for Plaintiff
      JACK CRAWFORD


      CARL H. OSAKI, ESQ.
      900 Fort Street Mall
      Pioneer Plaza, Suite 1510
      Honolulu, Hawaii 96813

      Attorney for Defendant
      HAWAII AVIATION CONTRACT
      SERVICES, INC.

DATED:  Honolulu, Hawaii, December 19, 2006.


                                          /s/ Andrew L. Pepper
                                          ANDREW L. PEPPER

                                          Attorney for Defendants
                                          JAPAN AIRLINES AND JALWAYS
                                          CO., LTD.