# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/20/2006 | TIME: | |

COURT ACTION:  EO: Plaintiff Martin Ventress' Request For Status Conference filed 12/15/06 is Granted.

Status Conference set for 9:00 1/9/07 before Magistrate Judge Leslie E. Kobayashi.

Defendant may file a Response to Plaintiff Martin Ventress' filing dated 12/15/06 by **1/2/07,** one week prior to Status Conference.

Cc: all parties and counsel

Submitted by: Warren N. Nakamura, Courtroom Manager