CARL H. OSAKI  4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN VENTRESS and JACK CRAWFORD, | ) ) ) | CIVIL NO. CV 03-451  SPK-LEK |
| Plaintiffs, | ) ) | DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S MEMORANDUM REGARDING |
| vs. | ) ) ) | PLAINTIFF MARTIN VENTRESS' REQUEST FOR STATUS |
| JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, | ) ) ) ) ) ) | CONFERENCE, FILED DECEMBER 15, 2006; CERTIFICATE OF SERVICE |
| Defendants. | ) ) ) ) ) ) ) ) ) ) | |

DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S
MEMORANDUM REGARDING PLAINTIFF MARTIN VENTRESS'
REQUEST FOR STATUS CONFERENCE, FILED DECEMBER 15, 2006

Plaintiff Martin Ventress ("Ventress") has requested a status conference in this action. See Request for Status Conference, filed December 15, 2006. The Court has set such a conference for January 9, 2007. See Minutes, filed December 20, 2006.

The basic issue the Ventress appears to want to discuss at the status conference is the application of the Commercial Rules of the American Arbitration Association ("Commercial Rules"). See Request, at 1 - 6. Ventress also wants to discuss the Pilot Record Improvement Act. Id., at 7 - 8.

None of these topics is ripe or proper for discussion. Regarding the Commercial Rules, Ventress has appealed this Court's denial of his motion for reconsideration, and that matter is currently pending before the United States Court of Appeals for the Ninth Circuit. The underlying issue there is that Ventress is disputing that the Commercial Rules apply; Ventress' position has been that the Employment Rules of the American Arbitration Association ("Employment Rules") should instead apply. If Ventress prevails in his pending appeal, this Court would have to reconsider its order applying the Commercial Rules.

It is thoroughly inconsistent for Ventress to be arguing for the application of the Employment Rules to the Ninth

Circuit and for the application of the Commercial Rules to this Court while his appeal in pending.

Query whether this Court even has jurisdiction to entertain this issue while the entirety of Ventress' case is on appeal to the Ninth Circuit.  Ventress has appealed the order in favor of Defendants Japan Airlines, Inc. And JALways, Co., Ltd. (collectively "JAL") to the Ninth Circuit where it still is pending.  Ventress has now appealed the only issue outstanding regarding his stayed action against Defendant Hawaii Aviation Contract Services, Inc. ("HACS") to the Ninth Circuit, where it also is pending.

The matter of the Pilot Record Improvement Act is also beyond the Court's present ability to address it in light of the pending appeals.  In addition, the merits of the argument should be referred to the arbitrator, since it is covered by the arbitration clause.

Therefore, there is no reason for a status conference in this matter.

DATED:    Honolulu, Hawaii    DEC 2 2 2006                        .

_____
CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT
    SERVICES, INC.

2