IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>          Plaintiffs,<br><br>     vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>          Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

MARTIN M. VENTRESS
Suite 310
5042 Wilshire Boulevard
Los Angeles, CA  90036

Plaintiff Pro Se

Served electronically through CM/ECF:

3

ANDREW PEPPER, ESQ.                    apepper@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES, INC. and
JALWAYS, CO., LTD.


         DATED:    Honolulu, Hawaii    DEC 2 2 2006                    .

                                       _____
                                       CARL H. OSAKI
                                       Attorney for Defendant
                                       HAWAII AVIATION CONTRACT
                                          SERVICES, INC.