```
CARL H. OSAKI  4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>             Plaintiffs,<br><br>   vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>             Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S MOTION TO COMPEL ARBITRATION PURSUANT TO THE TERMS OF AN AGREEMENT BETWEEN PLAINTIFF JACK CRAWFORD AND DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.; MEMORANDUM IN SUPPORT OF MOTION; AFFIDAVIT OF CARL H. OSAKI; EXHIBITS A-N; CERTIFICATE OF SERVICE<br><br>DATE:<br><br>TIME:<br><br>JUDGE:    Leslie E. Kobayashi |

DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S MOTION TO COMPEL ARBITRATION PURSUANT TO THE TERMS OF AN AGREEMENT BETWEEN PLAINTIFF JACK CRAWFORD AND DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.

Defendant Hawaii Aviation Contract Services, Inc. moves to compel the arbitration between itself and Plaintiff Jack Crawford to be conducted pursuant to the Agreement to Participate in Binding Arbitration. Both HACS and Crawford signed the arbitration agreement and agreed to arbitrate before Dispute Prevention and Resolution. Crawford has reneged on that Agreement and this motion seeks to compel his compliance with the arbitration agreement.

This motion is made pursuant to Sections 658 A-6(a) and 658 A-6(b), 658 A-1 of the Hawaii Revised Statutes, and Pre-Arbitration Order No. 6 of Dispute Prevention and Resolution, and is based on the memorandum in support, affidavit, and exhibits all of which are attached hereto and incorporated herein by this reference and the record in court.

DATED: Honolulu, Hawaii  DEC 2 9 2006  _____.

_____
CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.