IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>        Defendants. | CIVIL NO. CV 03-451 SPK-LEK<br><br>AFFIDAVIT OF CARL H. OSAKI |

AFFIDAVIT OF CARL H. OSAKI

| | |
|---|---|
| STATE OF HAWAII            )<br>                                    )<br>CITY AND COUNTY OF HONOLULU  ) | SS. |

      CARL H. OSAKI, being first duly sworn upon oath, deposes and says that:

      1.   I am the attorney for Defendant Hawaii Aviation Contract Services, Inc. ("HACS") in the above-entitled matter and am competent to testify to the matters set forth herein;

      2.   I had the authority from HACS to enter into the Agreement To Participate In Binding Arbitration before Dispute Prevention & Resolution ("DPR"). I thus had the authority to execute Exhibit A, which is a true and correct copy of the Agreement To Participate In Binding Arbitration before DPR

4. submitted their claims and counterclaims. Attached as Exhibits G is a true and correct copy of a letter from Mr. Brower to Mr. Hunter regarding Crawford's claims. Attached as Exhibit H is a true and correct copy of Respondent Hawaii Aviation Contract Services, Inc.'s Counterclaim Against Claimant Jack Crawford, submitted to DPR on March 1, 2006.

5. HACS also made the initial deposit to DPR and commenced discovery. HACS has conducted third-party document discovery upon IASCO, and has received documents from IASCO produced pursuant to subpoena duces tecum. HACS has also conducted third-party document discovery upon Middle Tennessee State University and U.S. Air. As to Middle Tennessee State University, the institution desires a written authorization to release its records, which I sent to Mr. Brower on or about October 17, 2006. That authorization is still outstanding from Crawford. My office has also paid copying costs to U.S. Air as a prerequisite to its production of documents pursuant to subpoena duces tecum, and is awaiting U.S. Air's production of documents.

2

HACS also has attempted to depose Crawford, who I understand resides in Thailand, but has had difficulty because Crawford has not made himself available for deposition.

6. Attached as Exhibit B is a true and correct copy of a letter from Charles H. Brower, Esq. to DPR, dated February 2, 2006, attaching the Agreement To Participate In Binding Arbitration, executed by Jack L. Crawford, III on February 1, 2006.

7. Attached as Exhibit C is a true and correct copy of a letter from Charles H. Brower, Esq. to myself, dated January 20, 2005.

8. Attached as Exhibit D is a true and correct copy of a letter from Charles H. Brower, Esq. to myself, dated February 16, 2005.

9. Attached as Exhibit E is a true and correct copy of correspondence dated January 23, 2006, from Ms. Evelyn K. Johnson of DPR to myself and Mr. Brower, and its enclosure.

10. Attached as Exhibit F is a true and correct copy of correspondence dated January 31, 2006, from Ms. Evelyn K. Johnson of DPR to myself and Mr. Brower, attaching the unexecuted Agreement to Participate In Binding Arbitration.

11. Attached as Exhibit I is a true and correct copy of correspondence dated October 6, 2006, from Ms. Evelyn K. Johnson of DPR to myself, Mr. Brower and Crawford.

12. Attached as Exhibit J is a true and correct copy of correspondence dated October 10, 2006, from myself to Ms. Evelyn K. Johnson of DPR.

13. Attached as Exhibit K is a true and correct copy of correspondence dated November 30, 2006, from Crawford to Mr. Keith Hunter of DPR.

14. Attached as Exhibit L is a true and correct copy of correspondence dated December 7, 2006, from myself to Mr. Keith Hunter of DPR.

15. Attached as Exhibit M is a true and correct copy of Pre-Arbitration Order Number Six, dated December 15, 2006.

16. Attached as Exhibit N is a true and correct copy of correspondence dated December 26, 2006, from myself to Mr. Keith Hunter of DPR.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CARL H. OSAKI

Subscribed and sworn to before me this 29th day of December 2006.

_____
Notary Public, State of Hawaii
Name of Notary: ALLISON M. K. OSAKI
My commission expires: 12-13-09

4