

# Charles H. Brower
## and Associates
### A Law Corporation

February 2, 2006



DISPUTE PREVENTION RESOLUTION
Attn: Evelyn Johnson, Case Manager
Suite 1155, Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

Dear Ms. Johnson:

Re: <u>Crawford v. HACS</u>
    Arb No. 06-0025-A

Enclosed is the Agreement to Participate in Binding Arbitration executed by Jack Crawford.

Very truly yours,

*Kathleen L. McRae*

CHARLES H. BROWER

CHB:klm
Fax: 523-0842
cc: Carl Osaki, Esq., w/enc.
    Fax: 529-0764

EXHIBIT B

# AGREEMENT TO PARTICIPATE IN BINDING ARBITRATION

### RE: 06-0025-A:   Arbitration of:
### Jack Crawford - and - Hawaii Aviation Contract Services

By agreement of the parties set forth below, Dispute Prevention & Resolution, Inc. (DPR)/ Keith Hunter have agreed to conduct a binding arbitration proceeding of the matters in controversy between the parties. Keith Hunter has agreed to serve in the capacity of a neutral and unbiased Arbitrator and will provide arbitration services to the parties on an impartial basis. It is understood as a neutral the Arbitrator will not act as attorney or advocate for any party. The parties, DPR, and Keith Hunter agree to follow and abide by the DPR Arbitration Rules, Procedures & Protocols, as established by DPR and by HRS §658A.

Unless the parties' agreement provides otherwise, the Arbitrator must determine all issues submitted to arbitration by the parties and may grant any and all remedies that the Arbitrator determines to be just and appropriate under the law. In the Award of Arbitrator, the Arbitrator shall issue a determination on the issue of all arbitration-related fees and costs, including: Arbitrator's compensation and expenses; DPR's fees and expenses; and, if provided for in the parties' agreement or the Submission to Arbitration, attorney's fees and costs.

The DPR/Arbitrator fee is $250.00/hour, plus GET, plus any out of pocket expenses. Initially the parties are responsible for the DPR/Arbitrator's fees and out of pocket expenses on an equal basis. DPR shall collect initial deposits from the parties in advance for the estimated fees and expenses to be incurred in this matter. DPR may also a) collect additional deposits from the parties as necessary throughout the proceeding, and/or b) issue a final invoice at the conclusion of the matter for any outstanding balance owed to DPR. DPR will issue a refund to the parties at the conclusion of the matter for any deposits not expended during the course of the proceeding.

This document may be signed in counterparts.

*/s/ Jack L. Crawford III*
Jack Crawford
Date: FEB 1, 2006

Dispute Prevention & Resolution, Inc.

By:_____
  Its:_____
Date:_____

Hawaii Aviation Contract Services

By:_____
  Its:_____
Date:_____


Keith Hunter/Arbitrator
Date:_____