

# CHARLES H. BROWER
### AND ASSOCIATES
#### A LAW CORPORATION

January 20, 2005

CARL H. OSAKI, ESQ.
Pioneer Plaza
900 Fort Street, Suite 1510
Honolulu, HI 96813
Fax:   529-0764

Dear Mr. Osaki:

Re:   <u>Crawford v. Japan Airlines et. al; Civil No. 03-00451 SPK-LEK</u>

This responds in writing to your January 10, 2005, letter. As I told you by telephone I represent only Jack Crawford. You indicated you did not know who the third parties are who are contacting JAL, Jalways. I am not aware of any contacts on behalf of Mr. Crawford, and I informed my client at the outset of my representation that contacts with JAL/Jalways are not appropriate and that any claims he wants to pursue must be done in the proper legal forum. I have received confirmation back from Mr. Crawford that neither he nor anyone on his behalf has contacted JAL/Jalways.

I have also received confirmation that Mr. Crawford has agreed to use Dispute Prevention and Resolution rather than AAA. I have drafted the request to invite arbitration for the signature of my client.

Very truly yours,

CHARLES H. BROWER

CHB:amc
cc:   Jack Crawford

EXHIBIT C