

# Charles H. Brower
## and Associates
### A Law Corporation

February 16, 2005

CARL H. OSAKI, ESQ.
900 Fort Street, Suite 1510
Honolulu, HI 96813

Dear Mr. Osaki:

Re:   Crawford v. Japan Airlines et. al: Civil No. 03-00451 SPK-LEK

I telephoned your office last week and left a message to call me to discuss selection of an arbitrator. I reviewed the list of available arbitrators from the DPR website as discussed previously.

Please call me as soon as possible. Thank you.

Very truly yours,

CHARLES H. BROWER

CHB:klm
Fax:   529-0764

cc:   Jack Crawford

EXHIBIT D