

**Dispute Prevention Resolution**

January 23, 2006

1001 Bishop Street

Suite 1155 Pauahi Tower

Honolulu, Hawaii 96813

*Telephone*
808 . 523 . 1234

*Facsimile*
808 . 537 . 1377

*President / CEO*
Keith Hunter

*Case Managers*
Kelly Bryant

Evelyn Johnson

www.dpr4adr.com

**FACSIMILE & U.S. MAIL**

Charles Brower, Esq.
Attorney at Law
900 Fort Street, Suite 1210
Honolulu, Hawaii 96813

**FACSIMILE & HAND DELIVERY**

Carl H. Osaki, Esq.
Attorney at Law
900 Fort Street, Suite 1510
Honolulu, Hawaii 96813

RE:   06-0025-A:   Arbitration of:
      Jack Crawford  -  and  -  Hawaii Aviation Contract Service

Dear Counsel:

Dispute Prevention & Resolution, Inc. ("DPR") is in receipt of a Submission for ADR Form from Jack Crawford regarding the above-referenced matter.  A copy of the Submission to ADR Form is enclosed for your convenience.  The Hawaii Revised Statutes §658A and DPR Arbitration Rules shall govern this proceeding, a copy of the DPR Arbitration Rules & Protocols may be downloaded at www.dpr4adr.com.

DPR has also been advised that the parties have selected Keith W. Hunter as Arbitrator in the above-referenced matter.  Keith W. Hunter accepts and is honored to be appointed as Arbitrator in this matter.  DPR will forward the parties a copy of Mr. Hunter's disclosure as soon as possible.

Thank you for submitting this matter to DPR and please feel free to contact me directly should you have any questions or need additional information.

Sincerely,

Evelyn K. Johnson
Case Manager

Ekj/
Enclosure

Cc:   Keith W. Hunter      (via facsimile)

*Emails*
keithhunter@dpr4adr.com       patrickyim@dpr4adr.com       evelynjohnson@dpr4adr.com
jkh@dpr4adr.com               kellybryant@dpr4adr.com      kathybryant@dpr4adr.com

Preventing Conflicts • Solving Problems • Reaching Agreements

EXHIBIT E

# SUBMISSION TO ADR FORM

We, the undersigned parties, hereby agree to submit the dispute described below to:

- ☐ Confidential Mediation
- ☒ Binding Arbitration

- ☐ Med/Arb
- ☐ Other _____

Nature of dispute: (Attach exhibits if necessary)

**Employment Termination/Breach of Employment Contract/Retaliation for Whistleblowing. U.S. District Court referred matters raised in Federal Court For arbitration in Civil No. 03-0451**

Number of Neutrals requested:          ☒ One                    ☐ Three

Hearing room location.                   ☒ DPR facilities      ☐ Other _____

Claimant: **Jack Crawford**
Address: **c/o Charles H. Brower, Esq.**
**900 Fort Street, Suite 1210**
**Honolulu, HI 96813**
Phone: **526-2688**   Fax: **526-0307**

Signature: _Jack L. Crawford_

Counsel - Claimant: _____
Address: _____
_____
Phone: _____ Fax: _____

Respondent: **Hawaii Aviation Contract Service**
Address: **c/o Carl Osaki, Esq.**
**900 Fort Street, Suite 1510**
**Honolulu, HI 96813**
Phone: **528-4666**   Fax: **529-0764**

Signature: _____

Counsel - Respondent: _____
Address: _____
_____
Phone: _____ Fax: _____

*If more than two parties are participating, please attach an additional sheet.*
*Thank you for contacting DPR.*

## Dispute Prevention & Resolution, Inc.
1155 Pauahi Tower, 1001 Bishop Street, Honolulu, Hawaii 96813
Phone: (808) 523-1234 • Fax (808) 537-1377 • Email keithhunter@dpr4adr.com