# Dispute Prevention Resolution

1001 Bishop Street
Suite 1155 Pauahi Tower
Honolulu, Hawaii 96813

Telephone
808 . 523 . 1234

Facsimile
808 . 537 . 1377

President / CEO
Keith Hunter

Case Managers
Kelly Bryant

Evelyn Johnson

www.dpr4adr.com

January 31, 2006

***FACSIMILE***

To:   Charles Brower, Esq.
      Carl Osaki, Esq.

Cc:   Keith W. Hunter
      Arbitrator

Fr:   Evelyn Johnson
      Case Manager

RE:   06-0025-A:   Arbitration of:
      Jack Crawford - and - Hawaii Aviation Contract Services

Dear Counsel:

May this memo serve to confirm the appointment of Keith W. Hunter as Arbitrator in this matter.

May this memo also serve to confirm that a pre-arbitration conference is scheduled for:

DATE:    February 8, 2006

TIME:    12:00 p.m.

VENUE:   The Office of Dispute Prevention & Resolution, Inc.; 1155 Pauahi Tower; 1001 Bishop Street; Honolulu, Hawaii 96813; Phone: (808) 523-1234

In order to document the parties' agreement to mediate, please find attached an Agreement to Participate in Private Mediation. Please return an executed copy of the Agreement (via fax or mail) to DPR by *February 24, 2006*.

Should you have any questions regarding this matter, please feel free to contact me.

Thank you.

Emails:
keithhunter@dpr4adr.com
jkh@dpr4adr.com

patrickylm@dpr4adr.com
kellybryant@dpr4adr.com

evelynjohnson@dpr4adr.com
kathybryant@dpr4adr.com

Preventing Conflicts • Solving Problems • Reaching Agreements

EXHIBIT F

# AGREEMENT TO PARTICIPATE IN BINDING ARBITRATION

RE:06-0025-A:   Arbitration of:
Jack Crawford - and - Hawaii Aviation Contract Services

By agreement of the parties set forth below, Dispute Prevention & Resolution, Inc. (DPR)/ Keith Hunter have agreed to conduct a binding arbitration proceeding of the matters in controversy between the parties. Keith Hunter has agreed to serve in the capacity of a neutral and unbiased Arbitrator and will provide arbitration services to the parties on an impartial basis. It is understood as a neutral the Arbitrator will not act as attorney or advocate for any party. The parties, DPR, and Keith Hunter agree to follow and abide by the DPR Arbitration Rules, Procedures & Protocols, as established by DPR and by HRS §658A.

Unless the parties' agreement provides otherwise, the Arbitrator must determine all issues submitted to arbitration by the parties and may grant any and all remedies that the Arbitrator determines to be just and appropriate under the law. In the Award of Arbitrator, the Arbitrator shall issue a determination on the issue of all arbitration-related fees and costs, including: Arbitrator's compensation and expenses; DPR's fees and expenses; and, if provided for in the parties' agreement or the Submission to Arbitration, attorney's fees and costs.

The DPR/Arbitrator fee is $250.00/hour, plus GET, plus any out of pocket expenses. Initially the parties are responsible for the DPR/Arbitrator's fees and out of pocket expenses on an equal basis. DPR shall collect initial deposits from the parties in advance for the estimated fees and expenses to be incurred in this matter. DPR may also a) collect additional deposits from the parties as necessary throughout the proceeding, and/or b) issue a final invoice at the conclusion of the matter for any outstanding balance owed to DPR. DPR will issue a refund to the parties at the conclusion of the matter for any deposits not expended during the course of the proceeding.

This document may be signed in counterparts.

|  |  |
|---|---|
|  | Hawaii Aviation Contract Services |
| _____ | By: _____ |
| Jack Crawford | Its: |
| Date: _____ | Date: _____ |
| Dispute Prevention & Resolution, Inc. |  |
| By: _____ | _____ |
| Its: | Keith Hunter/Arbitrator |
| Date: _____ | Date: _____ |