

# Charles H. Brower
## and Associates
### A Law Corporation

March 1, 2006

*COPY*

MR. KEITH W. HUNTER
Arbitrator
Dispute Prevention and Resolution
Suite 1155, Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

Dear Mr. Hunter:

Re:  <u>Arbitration of Jack Crawford and Hawaii Aviation Contract Service</u>
     Case No. 06-0025-A

In compliance with Pre-Arbitration Order Number One, the Statement of Claims of Jack Crawford is as follows:

Pursuant to Stipulation filed in the United States District Court, District of Hawaii, the parties had agreed pursuant to an arbitration clause in a written employment contract to submit all claims to binding arbitration.

On December 23, 2002, Jack Crawford had filed an action in the United States District Court for wrongful termination of an employment contract on December 26, 2001, by Hawaii Aviation Contract Service.

Crawford alleged causes of action including:

1. The Contract was terminated due to retaliation in violation of Public Policy for "Whistleblowing" about safety issues.
2. Harassment in terminating the Contract.
3. Violation of Government Code Sections 12940(k); 49 U.S.C. Section 40101(d)(1)-(2), and 49 U.S.C. Section 42121.

EXHIBIT G

MR. KEITH W. HUNTER
Page 2
March 1, 2006

4. Violation of the Public Policies of the United States and the State of California. Crawford had filed an employment discrimination complaint for age and national origin discrimination with the EEOC previously.
5. Knowing, willful, and intentional wrongful termination of the Contract.
6. Intentional and negligent infliction of emotional distress causing emotional and physical injuries.
7. Failure to exercise due care in terminating Crawford and a breach of the duty of due care to Crawford regarding the Contract.

Damages alleged:

1. Loss of income
2. Loss of employment benefits
3. Damages for emotional distress and physical injuries.
4. Punitive and exemplary damages

Very truly yours,

CHARLES H. BROWER

CHB:klm
Fax: 537-1377
cc:  Jack Crawford
     Carl Osaki, Esq. - Fax: 529-0764