

# Dispute Prevention and Resolution

1001 Bishop Street
Suite 1155 Pauahi Tower
Honolulu, Hawaii 96813

*Telephone*
808 . 523 . 1234

*Facsimile*
808 . 537 . 1377

*President / CEO*
Keith Hunter

*Case Managers*
Kelly Bryant

Evelyn Johnson

www.dpr4adr.com

October 6, 2006

***FACSIMILE***

To:    Charles Brower, Esq.
       Carl Osaki, Esq.
       Mr. Jack Crawford    (via e-mail)

Fr:    Evelyn K. Johnson
       Case Manager

RE:   06-0025-A:    Arbitration of:
        Jack Crawford - and - Hawaii Aviation Contract Services

Dear Counsel & Mr. Crawford:

DPR has been advised telephonically by Mr. Crawford that he no longer desires to proceed with arbitration in the above-referenced matter.

At this time, DPR request that any comment/objection to Mr. Crawford's request be filed <u>in writing</u> with DPR not later than ***October 17, 2006***. Absent an objection to Mr. Crawford's request, DPR will cancel the pending arbitration hearing and place the further administration of this arbitration proceeding in abeyance.

Thank you for your courtesies and continued cooperation.

*Emails*
keithhunter@dpr4adr.com     patrickylm@dpr4adr.com     evelynjohnson@dpr4adr.com
jkh@dpr4adr.com     kellybryant@dpr4adr.com     kathybryant@dpr4adr.com

Preventing Conflicts - Solving Problems - Reaching Agreements

EXHIBIT I