# CARL H. OSAKI
*Attorney At Law, A Law Corporation*
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 528-4666
Facsimile: (808) 529-0764

October 10, 2006

<u>VIA Facsimile - 537-1377</u>

Ms. Evelyn K. Johnson
Dispute Prevention & Resolution
Pauahi Tower, Suite 1155
1001 Bishop Street
Honolulu, HI 96813

RE: <u>Crawford v. Hawaii Aviation Contract Services, Inc.
Case Number: 06-0025-A</u>

Dear Ms. Johnson:

    I received your message that Mr. Crawford no longer desires to proceed with the arbitration referenced above.

    It is unclear to me what Mr. Crawford means or intends. If he wishes to drop the claim with prejudice, then I would have no objection. If he wishes to go back to federal court to litigate this matter, then I probably would accept his proposed modification to the contract, which would then eliminate the arbitration clause in its entirety. If he wishes do to something else (for example, initiate another arbitration before the American Arbitration Association ("AAA")), then I would decline his invitation to that contractual modification, and object to any cancellation of the above-referenced arbitration proceeding because Mr. Crawford cannot unilaterally modify the contract.

    To be clear, this arbitration was initiated pursuant to a modification to the contract between Mr. Crawford and HACS. The original contract called for an arbitration before the AAA. Mr. Crawford initially breached the contract by initiating an action in the federal courts. After Mr. Brower appeared as his attorney, Mr. Crawford accepted a proposal to modify the arbitration provision of the contract by substituting DPR in place of the AAA. That modification is the last modification to the contract at issue.

    As a matter of contract, Mr. Crawford's statement to DPR is too vague to constitute an offer to either modify the contract, or to constitute a new offer. Nevertheless, I am addressing Mr. Crawford's vague statement to you as best I can, in light of his apparent communications with others who have pending claims in various forums against my client.

Ms. Evelyn K. Johnson
October 10, 2006
Page 2

   In sum, I do not understand Mr. Crawford's vague statements to be legally significant. However, if he clarifies his intent so as to make his statement clear, then I will be in a position to definitively respond.

   Thank you for your attention to this matter.

            Very truly yours,

            CARL H. OSAKI

cho/amk

c: Hawaii Aviation Contract Services, Inc.
  Charles Brower, Esq.