

# Dispute Prevention AND Resolution

1001 Bishop Street
Suite 1155 Pauahi Tower
Honolulu, Hawaii 96813

*Telephone*
808.523.1234

*Facsimile*
808.537.1377

*President / CEO*
Keith Hunter

*Case Managers*
Kelly Bryant
Evelyn Johnson

www.dprhawaii.com

December 15, 2006

\*\*\*FACSIMILE\*\*\*

Charles Brower, Esq.
Attorney at Law
900 Fort Street, Suite 1210
Honolulu, Hawaii 96813

Carl H. Osaki, Esq.
Attorney at Law
900 Fort Street, Suite 1510
Honolulu, Hawaii 96813

RE:  06-0025-A:   Arbitration of:
Jack Crawford - and - Hawaii Aviation Contract Services

## PRE-ARBITRATION ORDER NUMBER SIX

The undersigned Arbitrator is in receipt of Mr. Crawford's letter dated November 30, 2006 and Mr. Osaki's letter of December 7, 2006 each submitted with respect Mr. Crawford's request to withdraw from DPR Case Number 06-0025-A; Arbitration of Jack Crawford –and- Hawaii Aviation Contract Services.

After careful consideration of the totality of the respective parties' positions and arguments, I have determined that pursuant to HRS §658A-6(b), the appropriate venue for the resolution of whether a binding agreement to arbitrate exists is the Court.

At this time that both parties are directed to advise DPR as to whether they will be seeking a Court determination on this issue. If a Court determination is sought, the present arbitration schedule will be cancelled pending further advise from the Court. Please notify DPR of your position in this regard by January 5, 2007.

SO ORDERED This 15th Day of December 2006.

Keith W. Hunter
Arbitrator

EXHIBIT M

*Emails*
keithhunter@dprhawaii.com
jkh@dprhawaii.com

pyim@dprhawaii.com
kellybryant@dprhawaii.com

evelynjohnson@dprhawaii.com
kathybryant@dprhawaii.com

Preventing Conflicts • Solving Problems • Reaching Agreements