# CARL H. OSAKI

*Attorney At Law, A Law Corporation*
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 528-4666
Facsimile: (808) 529-0764

December 26, 2006

<u>VIA Facsimile - 537-1377</u>

Mr. Keith Hunter
Dispute Prevention & Resolution
Pauahi Tower, Suite 1155
1001 Bishop Street
Honolulu, HI 96813

    RE:    Crawford v. Hawaii Aviation Contract Services, Inc.
             <u>Case Number:  06-0025-A</u>

Dear Mr. Hunter:

    Regarding Pre-Arbitration Order Number Six, dated December 15, 2006, Respondent Hawaii Aviation Contract Services, Inc. ("HACS") will seek judicial relief in the form of an order compelling arbitration pursuant to the Agreement To Participate In Binding Arbitration, which has been completely executed by myself, on behalf of HACS, and by Mr. Jack Crawford, the claimant in this matter.

    Thank you for your attention to this matter.

Very truly yours,

CARL H. OSAKI

c:    Hawaii Aviation Contract Services, Inc.
      Charles Brower, Esq.

