IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN VENTRESS and JACK CRAWFORD, | ) ) ) | CIVIL NO. CV 03-451  SPK-LEK |
| Plaintiffs, | ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

CHARLES H. BROWER, ESQ.  
Pioneer Plaza, Suite 1210  
900 Fort Street  
Honolulu, HI 96813

Attorney for Plaintiff  
JACK CRAWFORD

MR. MARTIN VENTRESS  
5042 Wilshire Boulevard,  
#310  
Los Angeles, CA 90036

Pro Se

Served electronically through CM/ECF:

ANDREW PEPPER, ESQ.          apepper@carlsmith.com

Attorneys for Defendants  
JAPAN AIRLINES, INC. and  
JALWAYS, CO., LTD.

DATED:   Honolulu, Hawaii   DEC 2 9 2006               .

_____  
CARL H. OSAKI  
Attorney for Defendant  
HAWAII AVIATION CONTRACT  
SERVICES, INC.