cc: LEK
1/4/07

Tuesday, January 2, 2007

<u>Via FEDEX</u>

United States District Court of Hawaii
Office of the Clerk
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii 96850

Martin Ventress
6124 HWY 6 North #101
Houston, TX 77084

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 0 3 2007
DISTRICT OF HAWAII

Re: <u>Ventress vs. HACS; Civil NO. 03-00451 SPK-LEK</u>
<u>Request Extension for Status Conference Due to Holiday Flight Schedule Availability</u>

Attention: **Office of the Clerk**

    The request for a Status Conference was filed in the U.S. District Court of Hawaii **on 12/20/06 @ 4:30 pm**, in which a copy was mailed to me postmarked on the same date. With the Christmas Holiday delivery, I physically received that mailing on **12/26/06**. The Status Conference is set **for 9:00 1/9/07** before Judge Leslie E. Kobayashi; meaning, I had **less than 2-weeks** to confirm round-trip flight reservations from the mainland to Hawaii.

    The Hawaii Holiday Flight Schedules are completely booked through the first part of January. Therefore, I am requesting an extension of at least two weeks, in order to have sufficient time to confirm a round-trip flight, and to arrive **prior** to the Status Conference.

    Thank you for your consideration in this matter.

Best regards,

*Martin Ventress*
Martin Ventress


cc: Judge Leslie E. Kobayashi (via FEDEX)
    Carl H. Osaki, ESQ. (via Certified Mail)

SCANNED

# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
12/20/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 03-00451SPK-LEK

CASE NAME:        Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 12/20/2006                    TIME:

---

COURT ACTION: EO: Plaintiff Martin Ventress' Request For Status Conference filed 12/15/06 is Granted.

Status Conference set for 9:00 1/9/07 before Magistrate Judge Leslie E. Kobayashi.

Defendant may file a Response to Plaintiff Martin Ventress' filing dated 12/15/06 by 1/2/07, one week prior to Status Conference.

Cc: all parties and counsel

Submitted by: Warren N. Nakamura, Courtroom Manager

BARBARA BOXER
CALIFORNIA

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

December 12, 2006

Thomas Ventrone, Vice President
International Centre for Dispute Resolution
American Arbitration Association
1633 Broadway, 10th Floor
New York, NY 10019

Dear Mr. Ventrone:

    I am forwarding to you a letter Senator Boxer received from one of her constituents, Martin Ventress, regarding the handling of his arbitration case with Hawaii Aviation Contract Services, Inc. by the American Arbitration Association.

    A previous letter from Mr. Ventress was forwarded to your office in July of this year. It is my understanding that Mr. Ventress has yet to receive a response. I would appreciate it if you would look into this matter and respond to my constituent directly. Please also send me a copy of your response.

    Thank you in advance for your consideration.



Sincerely,

Eric José Vizcaíno
Director of Constituent Services

EJV:cwm

1700 MONTGOMERY STREET, SUITE 240, SAN FRANCISCO, CA 94111, (415) 403-0100
312 NORTH SPRING STREET, SUITE 1748, LOS ANGELES, CA 90012, (213) 894-5000
501 'I' STREET, SUITE 7-600, SACRAMENTO, CA 95814, (916) 448-2787
2500 TULARE STREET, SUITE 5290, FRESNO, CA 93721, (559) 497-5109
600 'B' STREET, SUITE 2240, SAN DIEGO, CA 92101, (619) 239-3884
201 NORTH 'E' STREET, SUITE 210, SAN BERNARDINO, CA 92401, (909) 888-8525

PRINTED ON RECYCLED PAPER