# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | Martin Ventress (Plaintiff Pro Se) |
| ATTYS FOR DEFT: | Carl H. Osaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 01/12/2007 | TIME: | 10:10-10:25 |

COURT ACTION:  EP: Status Conference held.  Plaintiff Pro Se Martin Ventress participated by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager