**ORIGINAL**

CHARLES H. BROWER, #1980-0
900 Fort Street, Suite 1210
Honolulu, HI 96813
Telephone: (808) 526-2688
Fax: (808) 526-0307
Email: honlaw@lava.net



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2007

at 3 o'clock and 30 min P M
SUE BEITIA, CLERK

Attorney for Plaintiff
Jack Crawford

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD, <br><br> Plaintiff, <br><br> vs. <br><br> JAPAN AIRLINES; JALWAYS CO., LTD; HAWAIIAN AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | CIVIL NO. 03-00451 SPK - LEK <br><br> NOTICE OF INTENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF JACK CRAWFORD; CERTIFICATE OF SERVICE |

NOTICE OF INTENT TO WITHDRAW
AS COUNSEL FOR PLAINTIFF JACK CRAWFORD

TO:    JACK CRAWFORD
       The Regent Royal Place II, 6/179
       Soi. Mahadlex Luang II
       Lumpini, Pratumwan
       Bangkok, Thailand 10330
       Plaintiff

CARL H. OSAKI, ESQ.
900 Fort Street, Suite 1510
Honolulu, HI 96813
Attorney for Defendant
Hawaiian Aviation Contract Services

GARY G. GRIMMER, ESQ.
ANDREW L. PEPPER, ESQ.
DANIELLE N. DEGELE-MATHEWS, ESQ.
JENNIFER B. LYONS, ESQ.
Carlsmith Ball LLP
Suite 2200, American Savings Bank Tower
1001 Bishop Street
Honolulu, HI 96813
Attorneys for for Defendants
Japan Airlines and Jalways Co., Ltd.

ALBERT H. EBRIGHT, ESQ.
Carlsmith Ball LLP
444 South Flower Street, 9th Floor
Los Angeles, CA 90071
Attorney for for Defendants
Japan Airlines and Jalways Co., Ltd.

ANTON N. HANDAL
1200 Third Avenue, Suite 1321
San Diego, CA 92101-4111

MARTIN VENTRESS
6124 Highway 6 North #101
Houston, TX 77084
Plaintiff Pro Se

Based upon the circumstances in this case, I hereby give notice that I intend to withdraw as counsel for Plaintiff Jack Crawford in the above caption case.

In accordance with LR 83.6(c), this notice serves as notice to Plaintiff Jack Crawford, that upon entry of order permitting me to withdraw from this case, he will be responsible for complying with all court orders and time limitations established by any applicable rules.

DATED: Honolulu, Hawaii, _____January 26_____, 2007.

_____
CHARLES H. BROWER
Attorney for Plaintiff
Jack Crawford

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN VENTRESS and<br>JACK CRAWFORD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS<br>CO., LTD; HAWAIIAN<br>AVIATION CONTRACT<br>SERVICES, INC.; and DOES<br>1-10, inclusive,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 03-00451 SPK - LEK<br><br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Notice of Intent to Withdraw As Counsel for Plaintiff Jack Crawford was duly served on the following on January 26, 2007, by hand delivery/United States Postal Service, first class postage prepaid.

    JACK CRAWFORD                                                      Mail
    The Regent Royal Place II, 6/179
    Soi. Mahadlex Luang II
    Lumpini, Pratumwan
    Bangkok, Thailand 10330
    Plaintiff

| | |
|---|---|
| CARL H. OSAKI, ESQ.<br>900 Fort Street, Suite 1510<br>Honolulu, HI 96813<br>Attorney for Defendant<br>Hawaiian Aviation Contract Services | Hand Delivery |
| GARY G. GRIMMER, ESQ.<br>ANDREW L. PEPPER, ESQ.<br>DANIELLE N. DEGELE-MATHEWS, ESQ.<br>JENNIFER B. LYONS, ESQ.<br>Carlsmith Ball LLP<br>Suite 2200, American Savings Bank Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Attorneys for  for Defendants<br>Japan Airlines and Jalways Co., Ltd. | Hand Delivery |
| ALBERT H. EBRIGHT, ESQ.<br>Carlsmith Ball LLP<br>444 South Flower Street, 9th Floor<br>Los Angeles, CA 90071<br>Attorney for  for Defendants<br>Japan Airlines and Jalways Co., Ltd. | Mail |
| ANTON N. HANDAL<br>1200 Third Avenue, Suite 1321<br>San Diego, CA 92101-4111 | Mail |
| MARTIN VENTRESS<br>6124 Highway 6 North #101<br>Houston, TX 77084<br>Plaintiff Pro Se | Mail |

2

DATED: Honolulu, Hawaii, _____Jan 26_____, 2007.

_____
CHARLES H. BROWER
Attorney for Plaintiff
Jack Crawford