# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/05/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | Charles H. Brower |
| | Jack L. Crawford (Plaintiff) |
| ATTYS FOR DEFT: | Carl H. Osaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 02/05/2007 | TIME: | 3:03-3:10 |

COURT ACTION:  EP: Plaintiff Jack L. Crawford's Motion for Withdrawal of Counsel Charles H. Brower and For Stay of Action;

Plaintiff Jack L. Crawford's Motion for Continuance of Existing Motions filed, Until New Counsel of Record is Appointed;

Jack L. Crawford participated by phone.

Motions Granted and terminated.  Court to prepare Order.

Defendant Hawaii Aviation Contract Services, Inc.'s Motion to Compel Plaintiff Jack Crawford to Arbitrate Pursuant to Arbitration Agreement Re: Dispute Prevention & Resolution by Hawaii Aviation Contract Services, Inc. currently set for 2/13/07 at 1:30 p.m. is continued to 3/16/07 at 3:30 p.m., LEK.

Memorandum in Opposition is due 2/26/07.
Reply Memorandum is due 3/5/07.

Submitted by: Warren N. Nakamura, Courtroom Manager