# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/06/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 02/06/2007 | TIME: | |

COURT ACTION:  EO:   COURT ORDER GRANTING PLAINTIFF JACK L. CRAWFORD'S MOTION FOR THE CONTINUANCE OF EXISTING MOTIONS FILED, UNTIL NEW COUNSEL OF RECORD IS APPOINTED

    Before the Court is Plaintiff Jack L. Crawford's ("Plaintiff") Motion for the Continuance of Existing Motions Filed, Until New Counsel of Record is Appointed ("Motion"), filed January 24, 2007.  The Motion also seeks an order allowing Plaintiff's counsel, Charles, Brower, Esq., to withdraw from the case.  On January 26, 2007, Mr. Brower filed a notice of his intent to withdraw.  This matter came on for hearing on February 5, 2007.  Appearing on behalf of Plaintiff was Mr. Brower, and appearing on behalf of Defendant Hawaii Aviation Contract Services ("HACS") was Carl Osaki, Esq.  Plaintiff participated by telephone.  After careful consideration of the Motion, the relevant legal authority, and the representations of the parties and counsel, Plaintiff's Motion is hereby GRANTED.

    For the reasons set forth in the Motion, the Court finds that there are irreconcilable differences between Plaintiff and Mr. Brower and that there is good cause for Mr. Brower to withdraw.  See Local Rule LR83.6(b).  Plaintiff's request to allow Mr. Brower to withdraw is therefore GRANTED.

    The Court also GRANTS Plaintiff's request to continue the hearing on HACS's Motion to Compel Arbitration Pursuant to the Terms of an Agreement between Plaintiff Jack Crawford and Defendant Hawaii Aviation Contract Services, Inc. ("Motion to

Compel"), filed on December 29, 2006.  The hearing on the Motion to Compel, currently set for February 13, 2007, at 1:30 p.m., is continued to March 16, 2007, at 3:30 p.m.

    The Court cautions Plaintiff that, unless and until he retains new counsel, he is personally responsible for complying with all court orders and deadlines.  Should Plaintiff decide to represent himself pro se, the Court cautions him that, although pro se litigants are held to less stringent standards than those of their legal counterparts, see Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam); Jackson v. Carey, 353 F.3d 750, 757 (9th Cir. 2003), a litigant's pro se status cannot excuse him from complying with the procedural or substantive rules of the court.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."); see also United States v. Bell, 27 F. Supp. 2d 1191, 1197 (E.D. Cal. 1998).  Accordingly, Plaintiff is put on notice that, if he fails to comply with the rules of the court, he may face sanctions, including dismissal of his complaint or other appropriate sanctions.  See Fed. R. Civ. P. 11; Local Rule LR11.1.  In addition, while Plaintiff is without counsel, he must promptly notify the Clerk's Office of any changes to his mailing address, e-mail address, and telephone number.

Clerk's Office please terminate Charles H. Brower as counsel for Plaintiff Jack L. Crawford and enter the following address and phone number for:

Jack L. Crawford
The Regent Royal Place II, 6/179
Soi, Mahadlex Laung II
Lumpini, Pratumwan
Bangkok, Thailand 10330
Phone: 011-66-2-650-2307
Cellular Phone: 011-66-81-907-9236
**(Note: to place an international call from Clerk's Office dial 9 then number, not 9 - 1 - then number)**

    IT IS SO ORDERED.

Cc: all counsel and parties

Submitted by: Warren N. Nakamura, Courtroom Manager