```
CARL H. OSAKI   4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV 03-451   SPK-LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re:  Notice of Taking Deposition Upon Written Interrogatories; Exhibit A; Interrogatories) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Notice of Taking Deposition Upon Written Interrogatories; Exhibit A; Interrogatories* was duly served upon the following party by means of U.S. Mail on MAR 1 5 2007.

| | | |
|---|---|---|
| TO: | MARTIN VENTRESS<br>6124 HWY 6 North #101<br>Houston, TX  77084<br><br>Plaintiff Pro Se | SHAWN A. LUIZ, ESQ.<br>City Center, Suite 800<br>810 Richards Street<br>Honolulu, HI  96813<br><br>Attorney for Plaintiff<br>JACK CRAWFORD |

DATED:    Honolulu, Hawaii    MAR 1 5 2007.

_____
CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT
    SERVICES, INC.