```
CARL H. OSAKI   4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and<br>JACK CRAWFORD,<br><br>            Plaintiffs,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO.,<br>LTD., a subsidiary of Japan<br>Airlines; HAWAII AVIATION<br>CONTRACT SERVICES, INC.;<br>and DOES 1-10,<br><br>            Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re:  Notice of Taking<br>Deposition Upon Written<br>Interrogatories; Exhibits A-<br>D; Interrogatories) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Notice of Taking Deposition Upon Written Interrogatories; Exhibits A-D; Interrogatories* was duly served upon the following party by means of U.S. Mail on MAR 1 5 2007.

TO:   MARTIN VENTRESS          SHAWN A. LUIZ, ESQ.
      6124 HWY 6 North #101    City Center, Suite 800
      Houston, TX  77084       810 Richards Street
                               Honolulu, HI  96813
      Plaintiff Pro Se
                               Attorney for Plaintiff
                               JACK CRAWFORD

      DATED:   Honolulu, Hawaii    MAR 1 5 2007       .

                                   _____
                                   CARL H. OSAKI
                                   Attorney for Defendant
                                   HAWAII AVIATION CONTRACT
                                      SERVICES, INC.