ORIGINAL

SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 2 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Plaintiff
JACK CRAWFORD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS<br>AND JACK CRAWFORD,<br><br>     Plaintiffs,<br><br>  vs.<br><br>JAPAN AIRLINES; JALWAYS CO.,<br>LTD., A SUBSIDIARY OF JAPAN<br>AIRLINES; HAWAII AVIATION<br>CONTRACT SERVICES, INC.; AND<br>DOES 1-10,<br><br>     Defendants. | ) CIVIL NO. 03-451 SPK-LEK<br>)<br>) NOTICE OF APPEARANCE OF COUNSEL;<br>) PLAINTIFF JACK CRAWFORD'S<br>) OPPOSITION TO DEFENDANT HAWAII<br>) AVIATION CONTRACT SERVICES, INC.'S<br>) MOTION TO COMPEL ARBITRATION<br>) PURSUANT TO THE TERMS OF AN<br>) AGREEMENT BETWEEN PLAINTIFF JACK<br>) CRAWFORD AND DEFENDANT HAWAII<br>) AVIATION CONTRACT SERVICES, INC.;<br>) PLAINTIFF JACK CRAWFORD'S CROSS-<br>) MOTION FOR AN ORDER COMPELLING<br>) ARBITRATION BEFORE AAA, USING AAA<br>) EMPLOYMENT RULES RATHER THAN<br>) AAA COMMERCIAL RULES AND FOR THE<br>) IMPOSITION OF SANCTIONS FOR<br>) VIOLATION OF FEDERAL STAY PENDING<br>) AAA ARBITRATION; DECLARATION OF<br>) SHAWN A. LUIZ; EXHIBITS "1-27" ;<br>) CERTIFICATE OF SERVICE<br>)<br>) **Hearing:**<br>)<br>) Date: April 20, 2007<br>) Time: 9:30 a.m.<br>) Honorable Leslie E. Kobayashi<br>)<br>) |

APR02'07 PM11:47 US DC