# INDEX

A.  Federal Preemption                                                                                      1

B.  In light of the Federal Preemption Doctrine, Hawaii DPR does not have subject matter jurisdiction of Crawford's Arbitration; AAA has subject matter jurisdiction of Crawford's Arbitration; and subject matter jurisdiction is non-waivable                                                                                      4

C.  Neutral Decision Maker                                                                                      5

D.  Fundamental Fairness                                                                                      8

E.  Unconscionable or Adhesion Contract                                                                   9

F.  Offensive Collateral Estoppel/Judicial Estoppel                                                     12

G.  The Modification Lacks Consideration to be Enforceable                                     18

H.  The AAA is entitled to deference in deciding that AAA Employment Rules apply in CRAWFORD'S case                                                                                      18

I.  Conclusion                                                                                      19

# Table of Authorities

## Cases

Allied-Bruce Terminix Companies, Inc. v. Dobson, 513 US 265 (1995)
 3

California v. United States, 215 F.3d 1005, 1010 (9th Cir. 2000)
 5

Chevron, U.S.A., Inc. v. NRDC, Inc., 467 U.S. 837, 843 (U.S. 1984)
 18

Circuit City Stores, Inc. v. Adams, 279 F 3d 889, 892 (9th Cir. 2002), cert. denied 535 U.S. 1112 (2002)   9

Circuit City Stores, Inc. v. Mantor, 335 F. 3d 1101 (9th Cir. 2003), cert. denied, 124 S. Ct. 1169 (2004)   10

Doctor's Associates, Inc. v. Casarotto, 517 U.S. 681, 686-687 (1996)
 10

Ex parte McCardle, 74 U.S. 506, 7 Wall. 506, 514, 19 L. Ed. 264 (1869)
 4

*FEC v. Democratic Senatorial Campaign Committee*, 454 U.S. 27, 39 (1981)   18

Ferguson v. Countrywide Credit Industries, Inc., 298 F. 3d 778 (9th Cir. 2002)   10

*Great Southern Fire Proof Hotel Co. v. Jones*, 177 U.S. 449, 453, 44 L. Ed. 842, 20 S. Ct. 690 (1900)   5

Harris v. Green Tree Financial Corp., 183 F.3d 173 (3d Cir. 1999)
 9

Hernandez v. City of El Monte, 138 F.3d 393 (9th Cir. 1998)   11

Ingle v. Circuit City Stores, Inc., 328 F. 3d 1165, 1169 (9th Cir. 2003), cert. denied, 124 S. Ct. 1169 (2004)     10, 11

Mansfield, C. & L. M. R. Co. v. Swan, 111 U.S. 379, 382, 28 L. Ed. 462, 4 S. Ct. 510 (1884)     5

McNemar v. Disney Store, Inc., 91 F.3d 610, 618-20 (3d Cir. 1996)     17

Parklane Hosiery Co., Inc. v. Shore, 439 U.S. 322 (1979)     12, 14

Parklane, 439 U.S. at 326, footnote 4     14

Parklane, 439 U.S. at 326, footnote 5     14

Premier Technical Sales, Inc. v. Digital Equipment Corp., 1 F.Supp. 2d 1156 (N.D. Cal. 1998), aff'd in part, rev'd in part on other grounds, 202 F.3d 279 (9th Cir. 1999)     18

SEC v. Parklane Hosiery Co., 422 F.Supp. 477, affirmed in favor of the SEC (558 F.2d 1083, 2nd circuit)     13

State v Farm Mut. Auto. Ins. Co. v. Coviello, 233 F.3d 710 (3d Cir. 2000)     3

Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 94-95 (U.S. 1998)     4

Stone v. City and County of San Francisco, 268 F.2d 850, 855-856 (9th Cir. 1992)     16

Ticknor v. Choice Hotels Intern, Inc., 265 F.3d 931 (9th Cir 2001)     9, 10

Volt Information Sciences, Inc. v. Board of Trustees of Leland Stanford Junior University, 489 U.S. 468 (1989)     2

We Care Hair Development, Inc. v. Engen, 180 F.3d 838 (7th Cir. 1999)     9

## Federal statutes

| | |
|---|---|
| 9 U.S.C.A. Sections 1, et seq. | 1, 2 |
| 9 USCA Section 2 | 3 |
| 9 USCA Section 3 | 3 |
| 9 USCA Section 4 | 4 |
| 9 USCA Section 5 | 4 |
| 9 USCA Section 7 | 4 |
| 9 USCA Section 9 | 4 |
| 9 USCA Section 10 | 4 |

## Constitution

| | |
|---|---|
| USCA Const. Art. Section 1, Section 8, clause 3 | 3 |

## Am Jur POF 3d

| | |
|---|---|
| 83 Am Jur POF3d 1 | 2 |
| See 83 Am Jur POF3d 11 | 6 |
| See 83 Am Jur POF 3d 12 | 8 |
| See 83 Am Jur POF3d 14 | 7, 8 |
| 83 Am Jur POF 3d 71 | 10 |
| 83 Am Jur POF 3d 80 | 18 |