## NOTICE OF APPEARANCE OF COUNSEL

Shawn A. Luiz, Esq. hereby enters his appearance as counsel of record on behalf of Plaintiff Jack Crawford regarding the above referenced matter, CIVIL NO. 03-451 SPK-LEK.

DATED: Honolulu, Hawaii, April 2, 2007.

_____
SHAWN A. LUIZ
Attorney for Plaintiff
Jack L. Crawford III.