CARLSMITH BALL LLP

ANDREW L. PEPPER          5141-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 4 2004

at _____ o'clock and _____ min.) M
WALTER A.Y.H. CHINN, CLERK

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD, | CIVIL NO.  CV 03-00451 SPK-LEK |
| Plaintiffs, | DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S STATEMENT OF NO POSITION AS TO DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE |
| vs. | |
| JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive, | |
| Defendants. | DATE:  JUNE 18, 2004 TIME:  10:00 A.M. JUDGE:  SAMUEL P. KING |
| | TRIAL DATE:  APRIL 12, 2005 |

## DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S STATEMENT OF NO POSITION AS TO DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S MOTION TO DISMISS

Defendants Japan Airlines and Jalways Co., Ltd, (collectively "JAL Defendants"), hereby submits its Statement of No Position as to Defendant Hawaii

4847-3245-8752.1.051729-00005

Aviation Contract Services, Inc.'s Motion to Dismiss, filed April 5, 2004, and set for hearing on June 18, 2004 at 10:00 a.m. ("Motion to Dismiss"). Although the JAL Defendants take no position as to the Motion to Dismiss, the JAL Defendants reserve the right, should the Motion to Dismiss be granted, to bring a separate Motion to Stay this proceeding pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, until such time as all matters referable to arbitration have been finally resolved.

Dated:  Honolulu, Hawaii, May 14, 2004.


ANDREW L. PEPPER

Attorney for Defendants
JAPAN AIRLINES and JALWAYS
CO., LTD.

4847-3245-8752.1.051729-00005

2