VENETIA K. CARPENTER-ASUI
A Law Corporation

VENETIA K. CARPENTER-ASUI  6901
Haseko Center, Suite 812
820 Mililani Street
Honolulu, Hawaii 96813
Telephone: (808) 523-6446
Facsimile:  (808) 523-6727

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 5 2004

at 9 o'clock and 40 min A M
WALTER A.Y.H. CHINN, CLERK

Attorney for Plaintiff
MARTIN VENTRESS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN VENTRESS and JACK CRAWFORD, | ) ) ) | Civ No. 03-451 SPK-LEK |
| Plaintiffs, | ) ) ) | STIPULATION FOR STAY OF ACTION PENDING ARBITRATION BETWEEN |
| vs | ) ) ) | PLAINTIFFS AND DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC. AND ORDER |
| JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

STIPULATION FOR STAY OF ACTION PENDING ARBITRATION
BETWEEN PLAINTIFFS AND DEFENDANT
HAWAII AVIATION CONTRACT SERVICES, INC.

WHEREAS, Plaintiffs Martin Ventress and Jack Crawford (collectively "Plaintiffs") filed this action on December 23, 2002, in the United States District Court for the Central District of California ("Central District");

WHEREAS, Defendant Hawaii Aviation Contract Services, Inc. ("HACS") moved to dismiss based on an arbitration clause, among other relief, in the Central District on May 5, 2003;

WHEREAS, HACS the Central District transferred this case to the District of Hawaii on July 23, 2003.

WHEREAS, Plaintiffs and HACS are in agreement to stay this action while the parties arbitrate;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties hereto, through their respective attorneys, between the parties hereto, through their respective attorneys, that this action asserted by Plaintiffs against HACS, and all attendant deadlines pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Courts for the District of Hawaii ("Pretrial Deadlines"), is hereby stayed pending the completion of an arbitration between Plaintiffs and HACS before AAA Arbitrator pursuant to the contracts signed between HACS and the Plaintiffs.

The parties hereto will dismiss this action once the arbitration is completed.

DATED:    Honolulu, Hawaii _____11/10_____, 2004.


VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff
MARTIN VENTRESS

_[signature]_

CHARLES H. BROWER
Attorney for Plaintiff
JACK CRAWFORD

_[signature]_

CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

3