7

 **International Centre for Dispute Resolution**

Thomas Ventrone
Vice President

Steve Kim
Assistant Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4131 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

August 2, 2005

Michael Moore
2307B Central Dr.
Suite 2169
Bedford, TX 76021-4866

Frank Tabata
Hawaii Aviation Contract Services
3375 Koapaka Street
Suite F220-14
Honolulu, HI 96819

Re: 50 460 T 00308 05
    Michael Moore
    vs
    Hawaii Aviation Contract Services and Frank Tabata

Dear Parties:

Upon review of the documents submitted in the above-referenced matter, the Association has determined that this dispute arises from an employer promulgated agreement, and will be administered in accordance with the National Rules for the Resolution of Employment Disputes, a copy of which can be found on the Association's website located at www.adr.org. To obtain a printed copy, please contact the undersigned.

Please note that in cases before a single arbitrator, a non-refundable filing fee, capped in the amount of $125.00, is payable in full by the employee when a claim is filed, unless the plan provides that the employee pay less. A non-refundable fee in the amount of $625.00 is payable in full by the employer, unless the plan provides that the employer pay more.

Please note that in cases before three arbitrators, a non-refundable filing fee, capped in the amount of $125.00, is payable in full by the employee when a claim is filed, unless the plan provides that the employee pay less. A non-refundable fee in the amount of $1375.00 is payable in full by the employer, unless the plan provides that the employer pay more.

This acknowledges receipt of a portion of the filing fee in the amount of $125.00, from the claimant. Accordingly, at this time we request that respondent remit the balance of the filing fee in the amount of $625. However, we note that Claimant requested this matter to be heard before a tri-partite tribunal. If Respondent agrees with this, please remit the balance of the filing fee in the amount of $1375 as noted above.

The AAA's administrative fees are based on filing and service charges. Arbitrator compensation is not included in this schedule. The AAA may require arbitrator's compensation deposits in advance of any hearings. **Unless the employee chooses to pay a portion of the arbitrator's compensation, the employer shall pay such compensation in total.**

Payment should be submitted on or before August 12, 2005. Absent receipt of the balance of the filing fee by that date, the Association will return all documents submitted and not consider this matter properly

A Division of the American Arbitration Association



filed. Upon receipt of the balance of the filing fee, the Association will proceed with administration in accordance with the rules.

Please contact the undersigned should you have any questions.

Sincerely,

Steve S. Kim
Assistant Vice President
212 484 3262
kims@adr.org