8

 **International Centre for Dispute Resolution**

Thomas Ventrone
Vice President

Steve Kim
Assistant Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

April 29, 2005

VIA E-MAIL

Martin Ventress
5042 Wilshire Blvd. #310
Los Angeles, CA 90036

VIA FACSIMILE
Carl H. Osaki, Esq.
900 Fort Street
Pioneer Plaza
Suite 1510
Honolulu, HI 96813

Re: 50 160 T 00587 04
    Martin Ventress
    vs
    Hawaii Aviation Contract Services

Dear Parties:

After carefully considering the contentions of the parties, this arbitration will continue to be administered under the Employment Rules. We note that your agreement calls for the Commercial Rules. As per the policy of the Association, any employment dispute shall be administered under the Employment Rules.

The Claimant's request for hardship fee waiver had no influence on our internal policy to administer this and any employment dispute under the Employment Rules and promulgated plan.

At this time we will continue with the administration of this arbitration.

The parties are able to agree on the place of arbitration. Therefore, the ICDR will make a determination, based on the contentions of the parties. For your information and guidance, the ICDR considers the following factors among others the parties may wish to raise as significant in making a determination:

1. Location of parties;
2. Location of witnesses and documents;
3. Locations of site or place of materials;
4. Consideration of relative cost to the parties;
5. Place of performance of contract;
6. Laws applicable to the contract;
7. Place of previous court action; and
8. Necessity of an on-site inspection of the project.

The parties are hereby instructed to submit written comments, with regard to this issue, within seven (7) days from the date of this letter or on or before May 6, 2005.

Once we have made a determination on the place of arbitration, a list of arbitrators shall be submitted to the parties.

A Division of the American Arbitration Association


EXHIBIT E

Very truly yours,

William Chang
International Case Manager
212 484 4173
Changw@adr.org

Michael Namias
ICDR Team Leader
212 484 4170
namiasm@adr.org