9

I/C
D/R

International Centre
for Dispute Resolution

Thomas Ventrone
Vice President

Steve Kim
Assistant Vice President
1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

May 13, 2005

**VIA E-MAIL**
Martin Ventress
5042 Wilshire Blvd. #310
Los Angeles, CA 90036

**VIA FACSIMILE**
CARL H. OSAKI, ESQ.
900 Fort Street
Pioneer Plaza
Suite 1510
Honolulu, HI 96813

Re: 50 160 T 00587 04
    Martin Ventress
    vs
    Hawaii Aviation Contract Services

Dear Parties:

After careful consideration of the parties' contentions, the Association has determined that the hearings shall take place in Honolulu, Hawaii.

A list of arbitrators shall be forthcoming shortly.

In response to Respondent's request to have a further explanation of why we are administrating this case under the Employment Rules and the promulgated plan, please note the following:

The Association as a matter of policy, only administers cases arising from employer-promulgated plans under the Employment Rules. As such, we have determined that this employment matter should be considered a plan, and we are administering this case under the Employment Rules and the promulgated fee schedule.

We also note that the Respondent intends on filing a motion to contest the Employment Rules. We will abide by any court order, should a determination be made.

Very truly yours,

William Chang
International Case Manager
212 484 4173
Changw@adr.org

Michael Narnias
ICDR Team Leader
212 484 4170
narniasm@adr.org

A Division of the American Arbitration Association

EXHIBIT F