10



# Dispute Prevention and Resolution

1001 Bishop Street
Suite 1155 Pauahi Tower
Honolulu, Hawaii 96813

Telephone
808 . 523 . 1234

Facsimile
808 . 537 . 1377

President / CEO
Keith Hunter

Case Managers
Kelly Bryant

Evelyn Johnson

www.dpr4adr.com

Emails
keithhunter@dpr4adr.com
jkh@dpr4adr.com
patrickylm@dpr4adr.com
kellybryant@dpr4adr.com
evelynjohnson@dpr4adr.com
kathybryant@dpr4adr.com

Preventing Conflicts • Solving Problems • Reaching Agreements

---

February 24, 2006

***FACSIMILE***

Charles Brower, Esq.
Attorney at Law
900 Fort Street, Suite 1210
Honolulu, Hawaii 96813

Carl H. Osaki, Esq.
Attorney at Law
900 Fort Street, Suite 1510
Honolulu, Hawaii 96813

RE: 06-0025-A: Arbitration of:
Jack Crawford - and - Hawaii Aviation Contract Services

Dear Counsel:

DPR has not received comments and/or objections to the deposit request as indicted in Pre-Arbitration Order Number One dated February 14, 2006.

DPR requests that each party submit initial deposit of *$8,000.00* to DPR to cover the anticipated fees of the Arbitrator. Please remit payment to Dispute Prevention & Resolution, Inc. (Fed. ID No. 99-0320429) by *July 7, 2006*. Please note that any unused portion of the deposit will be refunded at the conclusion of this matter.

Should you have any questions regarding this matter, please feel free to contact me.

Thank you.

Sincerely,

Evelyn Johnson
Case Manager