12

THE LAW OFFICES OF
DAVID F. SIMONS

DAVID F. SIMONS 2179-0
Ocean View Center
707 Richards Street, PH 1
Honolulu, HI 96813
Telephone: (808) 536-3255
e-mail: dsimons@hawaii.rr.com

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

STATE OF NEW YORK

| | |
|---|---|
| BRUCE G. SCHOGGEN,<br><br>Claimant,<br><br>vs.<br><br>HAWAII AVIATION CONTRACT SERVICES, INC.,<br><br>Respondent. | CASE NO. 50-160-T-00266-05<br><br>ORDER DENYING RESPONDENT HAWAII AVIATION CONTRACT SERVICES, INC.'S MOTION TO COMPEL ARBITRATION PURSUANT TO THE EXPRESS TERMS OF THE CONTRACT BETWEEN CLAIMANT BRUCE SCHOGGEN AND RESPONDENT HAWAII AVIATION CONTRACT SERVICES, INC, FILED APRIL 21, 2006<br><br>HEARING:<br>Date:     May 12, 2006<br>Time:     1:00 P.M.<br>Arbitrator: Honorable E. John McConnell |

ORDER DENYING RESPONDENT HAWAII AVIATION CONTRACT SERVICES, INC.'S
MOTION TO COMPEL ARBITRATION PURSUANT TO THE EXPRESS TERMS OF THE
CONTRACT BETWEEN CLAIMANT BRUCE SCHOGGEN AND RESPONDENT HAWAII
AVIATION CONTRACT SERVICES, INC,
FILED APRIL 21, 2006

Respondent Hawaii Aviation Contract Services, Inc.'s Motion To Compel

Arbitration Pursuant To The Express Terms Of The Contract Between Claimant Bruce

Schoggen And Respondent Hawaii Aviation Contract Services, Inc. Filed, April 21, 2006

having come on for hearing before the Honorable E. John McConnell, Arbitrator on May 12, 2006 and David F. Simons, Esq. having appeared as counsel for Claimant and Carl H. Osaki, Esq. having appeared as counsel for Respondent; and the Arbitrator having considered the argument of counsel and the memoranda filed by the parties, the Arbitrator denies the motion.

No further motion on this issue is to be filed, but this order is issued without prejudice to Respondents' right to present evidence or argument on this issue at the time the arbitration hearing is held.

DATED: Honolulu, Hawai'i, _____.


_____
E. JOHN McCONNELL
Arbitrator


APPROVED AS TO FORM:

_____
CARL H. OSAKI, ESQ.
Attorney for Respondent

---

SCHOGGEN V. HAWAII AVIATION CONTRACT SERVICES INC., CASE NO. 50-160-T-00266-05; Order Denying Respondent Hawaii Aviation Contract Services, Inc.'S Motion To Compel Arbitration Pursuant To The Express Terms Of The Contract Between Claimant Bruce Schoggen And Respondent Hawaii Aviation Contract Services, Inc, Filed April 21, 2006