14

# CARL H. OSAKI
*Attorney At Law, A Law Corporation*
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 528-4666
Facsimile: (808) 529-0764

November 7, 2006

<u>Via Facsimile - 537-1377</u>

Ms. Evelyn Johnson
Case Manager
Dispute Prevention & Resolution
Pauahi Tower, Suite 1155
1001 Bishop Street
Honolulu, HI 96813

RE: <u>Crawford v. HACS, No. 06-0025-A</u>

Dear Ms. Johnson:

I received a copy of the communication from Peter Shuler, Esq., on behalf of Mr. Crawford. I realize that Mr. Shuler's request will most likely have to be honored; however, I will make the following comment.

Mr. Crawford has had at least four attorneys representing him at some point or another in this matter (i.e., G. Todd Withy, Esq., Martin Cervantes, Esq., Eric Seitz, Esq. and Charles Brower, Esq.). The first one dropped out after writing a letter or two on Mr. Crawford's behalf; the next two withdrew after entering appearances in the civil action; and I do not know the last one's status in light of Mr. Crawford's direct communications with DPR and Mr. Shuler's communication). If he is indeed indigent, then I question his ability to pay the deposit, which my client has done months ago. In the meantime, I have put "on hold" third-party discovery. Furthermore, my requests for medical authorizations from Mr. Crawford have lay dormant for many months. Finally, my client is not willing to modify the contract to provide for any other alternative dispute resolution forum, other than DPR, which was agreed to over two years ago.

Thank you for your attention to this matter.

Very truly yours,

CARL H. OSAKI

c: Hawaii Aviation Contract Services, Inc.
Charles H. Brower, Esq.