16

## Kathleen L. McRae, PLS, RP Paralegal

**From:** "Carl Osaki" <cho@hawaii.rr.com>
**To:** "Charles Brower (E-mail)" <honlaw@lava.net>
**Cc:** "Allison Kubo (E-mail)" <allisonk@hawaii.rr.com>; "Evelyn Johnson (E-mail)" <evelynjohnson@dpr4adr.com>
**Sent:** Wednesday, November 08, 2006 6:06 PM
**Subject:** Spammo_MEDIUM: 11/8 Crawford v. HACS: DPR pre-arb order #4

Charles:

I assume that you have Mr. Hunter's pre-arbitration order no. 4, which provides Mr. Crawford until November 30, 2006, in which to state his intentions as to the dismissal.

Mr. Hunter does say that the present discovery and arbitration schedule may need to be adjusted if this matter is to proceed forward. I agree. In light of Mr. Crawford's statements, I have put off all pending discovery. The present arbitration date in late March 2007 will not go forward in my view because of these delays.

Carl