17

Thomas Ventrone
Vice President

1633 Broadway, 10th Floor, New York, NY 10019
Telephone: 212-484-4181 Facsimile: 212-246-7274
Internet: http://www.adr.org/ICDR

December 12, 2006

**<u>Via E-Mail Only</u>**

Jack L. Crawford III
6/179 Regent Royal Place 2
Lumpini, Pratumwan
Bangkok, Thailand 10330

Charles A. Brower, Esq.
100 Fort Street
Suite 1210
Honolulu, HI 96813

Carl H. Osaki, Esq.
Pioneer Plaza
Suite 1510, 900 Fort st.
Honolulu, HI 96813

Re: 50 460 T 00507 06
    Jack L. Crawford III
    vs
    Hawaiian Aviation Contract Services

Dear Parties:

Upon review of the documents submitted in the above-referenced matter, the Association has determined that this dispute arises from an employer-promulgated plan, and will be administered in accordance with the Employment Arbitration Rules (employer-promulgated fee schedule), a copy of which can be found on the Association's website located at www.adr.org. To obtain a printed copy, please contact the undersigned.

In cases before a single arbitrator, a non-refundable filing fee, capped in the amount of $150.00, is payable in full by the employee when a claim is filed, unless the plan provides that the employee pay less. A non-refundable fee in the amount of $900.00 is payable in full by the employer, unless the plan provides that the employer pay more.

In cases before three arbitrators, a non-refundable filing fee, capped in the amount of $150.00, is payable in full by the employee when a claim is filed, unless the plan provides that the employee pay less. A non-refundable fee in the amount of $1,775.00 is payable in full by the employer, unless the plan provides that the employer pay more.

The AAA's administrative fees are based on filing and service charges. Arbitrator compensation is not included in this schedule. The AAA may require arbitrator's compensation deposits in

advance of any hearings. Unless the employee chooses to pay a portion of the arbitrator's compensation, the employer shall pay such compensation in total.

Kindly remit the necessary payment to the attention of the undersigned by no later than **December 22, 2006**.

For you convenience, I have also attached a credit card authorization form if you wish to make payment in that fashion.

Please contact the undersigned should you have a question.

Sincerely,

## Tom Simotas

Tom Simotas
ICDR Supervisor
212 484 4086
Simotasat@adr.org