19



# CARL H. OSAKI

*Attorney At Law, A Law Corporation*
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 528-4666
Facsimile: (808) 529-0764

December 30, 2006

<u>VIA Facsimile (212) 246-7274</u>

Mr. Tom Simotas
International Center for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019

RE:    <u>Jack Crawford v. Hawaii Aviation Contract Services, Inc.</u>

Dear Mr. Simotas:

On December 26, 2006, I was provided a copy of the text of an email that Mr. Crawford wrote that indicated that he had initiated an arbitration proceeding with the American Arbitration Association ("AAA"). I contacted Mr. Crawford's attorney in Hawaii, Charles Brower, Esq., and asked if he knew anything about such a proceeding being initiated. On December 28, 2006, Mr. Brower's office sent to me a copy of an e-mail that you had sent out on December 12, 2006. After looking at the addressees, I think you tried to send me that e-mail but used the wrong e-mail address. My e-mail address is "<u>cho@hawaii.rr.com,</u>" and not "<u>oho@hawaii.rr.com.</u>" Thus, I was unaware of your email until December 28, 2006.

I have now had the opportunity to review your letter of December 12, 2006, which I understand was attached to your December 12, 2006 e-mail. I do not know what "documents" Mr. Crawford submitted to you, from which you made the conclusion that the "dispute arises from an employer-promulgated plan;" however, I suspect that Mr. Crawford did not provide you with complete documentation in this matter.

On behalf of my client, Hawaii Aviation Contract Services, Inc. ("HACS"), I object to the acceptance by the AAA, through its division the International Center for Dispute Resolution ("ICDR"), of Mr. Crawford's arbitration demand. Mr. Crawford already has initiated an arbitration before Dispute Prevention & Resolution ("DPR") in Honolulu, Hawaii pursuant to a modification to the contractual provision that I presume he provided to you. Thus, the AAA arbitration is without contractual basis, and should be dismissed.

I presume that Mr. Crawford provided a copy of the relevant portion of his Pilot Contract, that provided for the resolution of certain disputes before the AAA. I suspect that he did not provide you with the DPR arbitration agreement, executed earlier this year by Mr. Crawford himself. I attach a copy of that agreement for your information and reference.

By way of background, Mr. Crawford initially attempted to litigate this matter in the federal courts. He began a civil action in the Central District of California in 2003. After the civil action was transferred to the District of Hawaii, HACS renewed its effort to obtain a dismissal based on the arbitration agreement. Before HACS' motion was decided, Mr. Brower agreed to stay the civil action and to arbitrate.

Mr. Tom Simotas
December 30, 2006
Page 2 of 2

Although the contract that contained the original arbitration clauses provided for the American Arbitration Association ("AAA") as the arbitration forum, Mr. Crawford was invited to use the services of DPR, a Honolulu-based alternative dispute resolution company.

Mr. Crawford accepted the offer to use DPR instead of the AAA.  Indeed, on or before January 20, 2005, Mr. Crawford specifically authorized his counsel, Mr. Brower, to use DPR on his behalf.  Mr. Brower wrote the following in a letter that he copied to Mr. Crawford:

I have also received confirmation that Mr. Crawford has agreed to use Dispute Prevention and Resolution rather than AAA.

By the time that Mr. Crawford himself submitted the Submission to ADR Form to DPR on or about January 23, 2006, the parties had already notified DPR that they had selected Mr. Keith Hunter as the arbitrator.  The DPR submission form was personally signed by Mr. Crawford, and a copy of that is also attached for your information and reference.

On or about January 31, 2006, DPR requested the parties to execute the Agreement To Participate In Binding Arbitration form ("DPR Arbitration Agreement") by February 24, 2006.  By February 2, 2006, the Arbitration Agreement was completely executed by the parties.  Again, Mr. Crawford signed the DPR Arbitration Agreement.

By March 1, 2006, the parties submitted the claims and counterclaims to DPR.  HACS has made the initial deposit to DPR and commenced discovery on various third-party witnesses and has tried to obtain discovery upon Mr. Crawford.

I doubt Mr. Crawford has shown you the DPR Arbitration Agreement.  Now that you have it, I request that the AAA dismiss Mr. Crawford's arbitration submission based on the most recent DPR Arbitration Agreement which modifies and supercedes the arbitration provision I suspect he provided to you.

I have filed a motion with the federal court to compel Mr. Crawford to arbitrate pursuant to the DPR Arbitration Agreement.  Therefore, please inform me as soon as practicable on whether the AAA will (1) stay the AAA arbitration and dismiss the AAA arbitration if the federal court grants the motion, or (2) proceed with the AAA arbitration so I can amend the motion before the federal court to add injunctive relief as to the AAA arbitration.

Very truly yours,

CARL H. OSAKI

Attachments

c:      Hawaii Aviation Contract Services, Inc.
        Charles H. Brower, Esq.

# AGREEMENT TO PARTICIPATE IN BINDING ARBITRATION

### RE:06-0025-A:    Arbitration of:
### Jack Crawford  -  and  -  Hawaii Aviation Contract Services

By agreement of the parties set forth below, Dispute Prevention & Resolution, Inc. (DPR)/ Keith Hunter have agreed to conduct a binding arbitration proceeding of the matters in controversy between the parties.  Keith Hunter has agreed to serve in the capacity of a neutral and unbiased Arbitrator and will provide arbitration services to the parties on an impartial basis.  It is understood as a neutral the Arbitrator will not act as attorney or advocate for any party.  The parties, DPR, and Keith Hunter agree to follow and abide by the DPR Arbitration Rules, Procedures & Protocols, as established by DPR and by HRS §658A.

Unless the parties' agreement provides otherwise, the Arbitrator must determine all issues submitted to arbitration by the parties and may grant any and all remedies that the Arbitrator determines to be just and appropriate under the law.  In the Award of Arbitrator, the Arbitrator shall issue a determination on the issue of all arbitration-related fees and costs, including: Arbitrator's compensation and expenses; DPR's fees and expenses; and, if provided for in the parties' agreement or the Submission to Arbitration, attorney's fees and costs.

The DPR/Arbitrator fee is $250.00/hour, plus GET, plus any out of pocket expenses.  Initially the parties are responsible for the DPR/Arbitrator's fees and out of pocket expenses on an equal basis.  DPR shall collect initial deposits from the parties in advance for the estimated fees and expenses to be incurred in this matter.  DPR may also  a) collect additional deposits from the parties as necessary throughout the proceeding, and/or  b) issue a final invoice at the conclusion of the matter for any outstanding balance owed to DPR.  DPR will issue a refund to the parties at the conclusion of the matter for any deposits not expended during the course of the proceeding.

This document may be signed in counterparts.


 

Hawaii Aviation Contract Services

_____      By: _____
Jack Crawford                                              Its: Attorney
Date: _____                              Date: _February 1, 2006_

Dispute Prevention & Resolution, Inc.

By:_____      _____
   Its:                                                        Keith Hunter/Arbitrator
Date: _____                              Date: _____

EXHIBIT A



# CHARLES H. BROWER

### AND ASSOCIATES

## A LAW CORPORATION

February 2, 2006

COPY

DISPUTE PREVENTION RESOLUTION
Attn: Evelyn Johnson, Case Manager
Suite 1155, Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

Dear Ms. Johnson:

Re:   Crawford v. HACS
      Arb No. 06-0025-A

Enclosed is the Agreement to Participate in Binding Arbitration executed by Jack Crawford.

Very truly yours,

CHARLES H. BROWER

CHB:klm
Fax:   523-0842
cc:    Carl Osaki, Esq., w/enc.
       Fax: 529-0764

EXHIBIT B

# AGREEMENT TO PARTICIPATE IN BINDING ARBITRATION

## RE:06-0025-A:   Arbitration of:
## Jack Crawford - and - Hawaii Aviation Contract Services

By agreement of the parties set forth below, Dispute Prevention & Resolution, Inc. (DPR)/ Keith Hunter have agreed to conduct a binding arbitration proceeding of the matters in controversy between the parties. Keith Hunter has agreed to serve in the capacity of a neutral and unbiased Arbitrator and will provide arbitration services to the parties on an impartial basis. It is understood as a neutral the Arbitrator will not act as attorney or advocate for any party. The parties, DPR, and Keith Hunter agree to follow and abide by the DPR Arbitration Rules, Procedures & Protocols, as established by DPR and by HRS §658A.

Unless the parties' agreement provides otherwise, the Arbitrator must determine all issues submitted to arbitration by the parties and may grant any and all remedies that the Arbitrator determines to be just and appropriate under the law. In the Award of Arbitrator, the Arbitrator shall issue a determination on the issue of all arbitration-related fees and costs, including: Arbitrator's compensation and expenses; DPR's fees and expenses; and, if provided for in the parties' agreement or the Submission to Arbitration, attorney's fees and costs.

The DPR/Arbitrator fee is $250.00/hour, plus any out of pocket expenses. Initially the parties are responsible for the DPR/Arbitrator's fees and out of pocket expenses on an equal basis. DPR shall collect initial deposits from the parties in advance for the estimated fees and expenses to be incurred in this matter. DPR may also a) collect additional deposits from the parties as necessary throughout the proceeding, and/or b) issue a final invoice at the conclusion of the matter for any outstanding balance owed to DPR. DPR will issue a refund to the parties at the conclusion of the matter for any deposits not expended during the course of the proceeding.

This document may be signed in counterparts.

Jack L. Crawford
Jack Crawford                                    Hawaii Aviation Contract Services
Date: FEB. 1, 2006                               By: _____
                                                 Its: _____
                                                 Date: _____

Dispute Prevention & Resolution, Inc.

By: _____
Its: _____
Date: _____                     Keith Hunter/Arbitrator
                                                 Date: _____



**Dispute Prevention Resolution**

1001 Bishop Street
Suite 1155 Pauahi Tower
Honolulu, Hawaii 96813

*Telephone*
808 . 523 . 1234

*Facsimile*
808 . 537 . 1377

*President / CEO*
Keith Hunter

*Case Managers*
Kelly Bryant

Evelyn Johnson

www.dpr4adr.com

January 23, 2006

**FACSIMILE & U.S. MAIL**

Charles Brower, Esq.
Attorney at Law
900 Fort Street, Suite 1210
Honolulu, Hawaii 96813

**FACSIMILE & HAND DELIVERY**

Carl H. Osaki, Esq.
Attorney at Law
900 Fort Street, Suite 1510
Honolulu, Hawaii 96813

RE:   06-0025-A:   Arbitration of:
Jack Crawford - and - Hawaii Aviation Contract Service

Dear Counsel:

Dispute Prevention & Resolution, Inc. ("DPR") is in receipt of a Submission for ADR Form from Jack Crawford regarding the above-referenced matter. A copy of the Submission to ADR Form is enclosed for your convenience. The Hawaii Revised Statutes §658A and DPR Arbitration Rules shall govern this proceeding, a copy of the DPR Arbitration Rules & Protocols may be downloaded at www.dpr4adr.com.

DPR has also been advised that the parties have selected Keith W. Hunter as Arbitrator in the above-referenced matter. Keith W. Hunter accepts and is honored to be appointed as Arbitrator in this matter. DPR will forward the parties a copy of Mr. Hunter's disclosure as soon as possible.

Thank you for submitting this matter to DPR and please feel free to contact me directly should you have any questions or need additional information.

Sincerely,

Evelyn K. Johnson
Case Manager

Ekj/
Enclosure

Cc:   Keith W. Hunter       (via facsimile)

*ils*
tlahunter@dpr4adr.com
@dpr4adr.com

patrickyim@dpr4adr.com
kellybryant@dpr4adr.com

evelynjohnson@dpr4adr.com
kathybryant@dpr4adr.com

Preventing Conflicts • Solving Problems • Reaching Agreements

# SUBMISSION TO ADR FORM

We, the undersigned parties, hereby agree to submit the dispute described below to:

- ☐ Confidential Mediation
- ☒ Binding Arbitration
- ☐ Med/Arb
- ☐ Other _____

Nature of dispute: (Attach exhibits if necessary)

**Employment Termination/Breach of Enployment Contract/Retaliation for Whistleblowing. U.S. District Court referred matters raised in Federal Court For arbitration in Civil No. 03-0451**

Number of Neutrals requested:   ☒ One      ☐ Three

Hearing room location.   ☒ DPR facilities   ☐ Other _____

Claimant: **Jack Crawford**
Address: **c/o Charles H. Brower, Esq.**
**900 Fort Streer, Suite 1210**
**Honolulu, HI 96813**
Phone: **526-2688**   Fax. **526-0307**

Signature: *Jack L. Crawford*

Counsel - Claimant: _____
Address: _____
_____
Phone: _____   Fax. _____

Respondent: **Hawaii Aviation Contract Service**
Address: **c/o Carl Osaki, Esq.**
**900 Fort Street, Suite 1510**
**Honolulu, HI 96813**
Phone: **528-4666**   Fax: **529-0764**

Signature: _____

Counsel - Respondent: _____
Address: _____
_____
Phone: _____   Fax: _____

*If more than two parties are participating, please attach an additional sheet.*
*Thank you for contacting DPR.*

## Dispute Prevention & Resolution, Inc.

1155 Pauahi Tower, 1001 Bishop Street, Honolulu, Hawaii 96813
Phone: (808) 523-1234 • Fax (808) 537-1377 • Email keithhunter@dpr4adr.com