**ORIGINAL**

SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

Attorney for Plaintiff
JACK CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10,<br><br>Defendants. | CIVIL NO. 03-451 SPK-LEK<br><br>NOTICE OF APPEARANCE OF COUNSEL; PLAINTIFF JACK CRAWFORD'S OPPOSITION TO DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S MOTION TO COMPEL ARBITRATION PURSUANT TO THE TERMS OF AN AGREEMENT BETWEEN PLAINTIFF JACK CRAWFORD AND DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.; PLAINTIFF JACK CRAWFORD'S CROSS-MOTION FOR AN ORDER COMPELLING ARBITRATION BEFORE AAA, USING AAA EMPLOYMENT RULES RATHER THAN AAA COMMERCIAL RULES AND FOR THE IMPOSITION OF SANCTIONS FOR VIOLATION OF FEDERAL STAY PENDING AAA ARBITRATION; DECLARATION OF SHAWN A. LUIZ; EXHIBITS "1-27"; CERTIFICATE OF SERVICE<br><br>**Hearing:**<br>Date: April 20, 2007<br>Time: 9:30 a.m.<br>Honorable Leslie E. Kobayashi |