21

 International Centre
for Dispute Resolution

Thomas Ventrone
Vice President

March 9, 2007

1633 Broadway, 10th Floor, New York, NY 10019
Telephone: 212-484-4181 Facsimile: 212-246-7274
Internet: http://www.adr.org/ICDR

**Via E-Mail**

Jack L. Crawford III
6/179 Regent Royal Place 2
Lumpini, Pratumwan
Bangkok, Thailand 10330

Carl H. Osaki, Esq.
Pioneer Plaza
Suite 1510, 900 Fort St.
Honolulu, HI 96813

Re: 50 460 T 00507 06
    Jack L. Crawford III
    vs
    Hawaiian Aviation Contract Services

Dear Parties:

This acknowledges receipt of a letter dated January 10, 2007 from Carl H. Osaki, a copy of which we have attached for your reference. Mr. Crawford has notified the undersigned that Mr. Luiz will now be representing him with respect to this matter; therefore, Mr. Luiz has been copied with this correspondence as well.

After reviewing the correspondence submitted by the parties to date, we have determined that this matter meets the preliminary jurisdictional requirements. Therefore, the administration of this matter will proceed under the Employer-promulgated procedures of our Employment Arbitration Rules as indicated our letter of December 12, 2006.

As of today, the requisite filing fees required for this matter have not been received. We request that the parties submit their payment. Should a party fail to cover its filing fee, it will be the requirement of the paying party to submit this payment on their behalf in order for the matter to proceed.

If we do not receive full payment of our filing fees by no later than March 30, 2007, the ICDR will close its file.

Please contact the undersigned should you have any questions.

Sincerely,

**Tom Simotas**

Tom Simotas
ICDR Supervisor
212 484 4086

Cc: Shawn Luiz, Esq. (via e-mail)                    )