26

## ATTORNEY HOURS: SHAWN A. LUIZ

| Date | Description | Hours |
|---|---|---|
| 3/19/07 | research AAA rules 3.0; review emails re evidence 0.30 | 3.30 |
| 3/19/07 | Review docs and emails AAA | 2.0 |
| 3/20/07 | Review emails AAA | 0.50 |
| 3/20/07 | review docs for Opp compel arbitration | 1.0 |
| 3/21/07 | Review emails AAA/DPR | 1.00 |
| 3/24/07 | Draft memo opp DPR | 3.00 |
| 3/25/07 | Draft memo opp DPR | 1.00 |
| 3/26/07 | draft memo opp DPR | 8.00 |
| 3/28/07 | review federal records of Schoggen, 3.0; draft memo opp DPR, 6.0 | 9.00 |
| 3/29/07 | review files, 3.0; draft letter to AAA, 6.0 | 9.0 |
| 4/1/07 | draft opp to defs motion for DPR arbitration in lieu of AAA | 4.00 |
| 4/2/07 | draft opp to defs motion for DPR arbitration in lieu of AAA | 11.00 |

Total Attorney Hours: 52.80

Subtotal (52.80 hours @ $200.00/hour): $10,560.0

### COSTS ASSOCIATED WITH MOTION

| Date | Description | Hours |
|---|---|---|
| 4/2/07 | Photocopies – 1270 copies @ .15 per copy | $177.80 |
| 4/2/07 | Postage (mail motion) | $5.00 |

Total Costs: $182.80

Subtotal of Attorney Fees & Costs: $10,742.8

Hawaii State Tax (4.712): $506.20

TOTAL OF ATTORNEY FEES & COSTS: **$11, 249.00**