27

SHAWN A. LUIZ (6855)
810 Richards Street
Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538 - 0500
Facsimile: (808) 538 - 0600
E - mail: attorneyluiz@msn.com

Attorney for Plaintiff
NICANOR E. CASUMPANG, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2005

at \_\_\_ o'clock and \_\_\_ min \_\_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NICANOR E. CASUMPANG, JR., <br><br>Plaintiff, <br><br>vs. <br><br>INTERNATIONAL LONGSHORE & WAREHOUSE UNION, LOCAL 142, et al. <br><br>Defendants. | CIVIL NO. 98-00775 ACK-KSC <br><br>DECLARATION OF MICHAEL GM OSTENDORP; DECLARATION OF STEVEN K.S. CHUNG, IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES AND COSTS FILED JUNE 7, 2005; CERTIFICATE OF SERVICE <br><br>Trial Date: May 3, 2005 <br>Honorable Alan C. Kay |

COMES NOW, Plaintiff NICANOR E. CASUMPANG, JR., by and through counsel, SHAWN A. LUIZ, and hereby files the **DECLARATION OF MICHAEL GM OSTENDORP; DECLARATION OF STEVEN K.S. CHUNG** in support of his motion for fees and costs filed June 7, 2005, against the above named Defendant

DATED: Honolulu, Hawaii, June 27, 2005.

                                      SHAWN A. LUIZ
                                      Attorney for Plaintiff
                                      NICANOR E. CASUMPANG, JR.

DATED: Honolulu, Hawaii, June 27, 2005.

Law Office of Michael G.M. Ostendorp
MICHAEL G.M. OSTENDORP #5853
333 Queen Street, Suite 803
Honolulu, Hawaii 96813
Telephone: (808) 531-5655
Facsimile:  (808) 531-1020

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NICANOR E. CASUMPANG, JR. | CIVIL. NO. 98-00778 ACK-KSC |
| Plaintiff, | DECLARATION OF MICHAEL G.M. OSTENDORP |
| vs. | |
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION, LOCAL 142, et. al. | |
| Defendants. | |

## DECLARATION OF MICHAEL G.M. OSTENDORP

I, MICHAEL G.M. OSTENDORP declare under penalty of law that the following is true and correct.

1. I am licensed to practice in all courts in the State of Hawaii, and make this declaration based on personal knowledge.

2. I understand that this declaration may be filed in the above captioned action in connection with the Plaintiff's pending motion for an award of attorney's fees and costs.

3. I have known Shawn Luiz since February 1998.

4. I have submitted fee petitions myself in this District and I have

been approved at the rate of $200.00 per hour as being reasonable.

5. I have reviewed other attorney's fee request at the rate of $200.00 to $250.00, which have been approved by the United States District Court as a reasonable rate.

6. I have discussed this case with Mr. Luiz and I have an understanding of the issues and complexity of this case.

7. Considering the results achieved the billing rate of Mr. Luiz of $200.00 per hour seems very reasonable, especially in light of the fact that the defense had to retain out of town counsel to defend this case.

8. I do not know the fees charged by the defense, but I am confident when compared to Mr. Luiz's fee, theirs is substantially higher.

I, MICHAEL G.M. OSTENDORP declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii  6/23  2005.

Michael G.M. Ostendorp

STEVEN K. S. CHUNG 1751-0
400 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 528-4200
Facsimile: (808) 531-8466

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NICANOR E. CASUMPANG, JR., | ) CIVIL NO. 98-00775 ACK-KSC |
| | ) |
| | ) DECLARATION OF |
| | ) STEVEN K. S. CHUNG |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| INTERNATIONAL LONGSHORE & | ) |
| WAREHOUSE UNION, LOCAL 142, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF STEVEN K. S. CHUNG

I, Steven K. S. Chung, declare under penalty of law that the following is true and correct.

1. I am licensed to practice in all courts in the State of Hawaii, and make this declaration based on personal knowledge.

2. I understand that this declaration may be filed in the above captioned action in connection with the Plaintiff's pending motion for an award of attorney's fees and costs.

3. I have known Shawn Luiz since 2000, when he was a staff attorney at the Hawaii Disability Rights Center.

4. Since Mr. Luiz has been admitted to practice in all courts in the State of Hawaii since 1997, based upon my understanding of the billing rates in the Honolulu legal community, it is my opinion that Mr. Luiz's rate of $200.00 per hour is reasonable.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of June, 2005, at Honolulu, Hawai'i.

_____
STEVEN K. S. CHUNG

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NICANOR E. CASUMPANG, JR., | ) CIVIL NO. 98-00775 ACK-KSC |
| | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| vs. | ) |
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION, LOCAL 142, et al. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true copy of the foregoing was served upon Defendants, by U.S. mail or hand delivery on Honolulu, Hawaii, June 27, 2005, addressed as follows:

TO: REBECCA R. COVERT
TAKAHASHI, MASUI, VASCONCELLOS, & COVERT
345 QUEEN STREET, SUITE 506
Honolulu, Hawaii 96813

LAURA JURAN
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108
**c/o local counsel REBECCA R. COVERT**

Attorneys for Defendant
ILWU LOCAL 142

DATED: Honolulu, Hawaii, June 27, 2005.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SHAWN A. LUIZ
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　NICANOR E. CASUMPANG, JR.