IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS<br>AND JACK CRAWFORD,<br><br>                Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO.,<br>LTD., A SUBSIDIARY OF JAPAN<br>AIRLINES; HAWAII AVIATION<br>CONTRACT SERVICES, INC.; AND<br>DOES 1-10,<br><br>                Defendants. | ) CIVIL NO. 03-451 SPK-LEK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2007, a copy of the foregoing was duly served on the following by the following means:

Carl Osaki, Esq.  
Pioneer Plaza  
Suite 1510  
900 Fort Street Mall  
Honolulu, Hawaii 96813  
Attorney for Defendant  
Hawaii Aviation Contract Services, Inc.

[ ] Hand Delivery

[X] U. S. Mail, postage prepaid  
[ ] Facsimile (808) 521-3566

DATED: Honolulu, Hawaii, April 2, 2007.

                                SHAWN A. LUIZ  
                                Attorney for Plaintiff  
                                Jack L. Crawford III.