# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/04/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 04/04/2007 | TIME: | |

COURT ACTION:  EO: Regarding Plaintiff Jack Crawford's Cross-Motion for an Order Compelling Arbitration before AAA, Using AAA Employment Rules Rather than AAA Commercial Rules and for the Imposition of Sanctions for Violation of Federal Stay Pending AAA Arbitration currently set for 5/8/2007 at 09:00 AM before Magistrate Judge Leslie E. Kobayashi.

Any Memorandum in Opposition and any Reply Memorandum shall be submitted in accordance with the requirements of Local Rules.

Submitted by: Warren N. Nakamura, Courtroom Manager