IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>        Defendants. | CIVIL NO. CV 03-451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

MARTIN VENTRESS
momdadventress@hotmail.com
6124 HWY 6 North #101
Houston, TX  77084

Plaintiff Pro Se

Served electronically through CM/ECF:

ANDREW PEPPER, ESQ.                          apepper@carlsmith.com
Attorney for Defendants
JAPAN AIRLINES, INC. and
JALWAYS, CO., LTD.


SHAWN A. LUIZ, ESQ.                          attorneyluiz@msn.com
Attorney for Plaintiff
JACK CRAWFORD

        DATED:    Honolulu, Hawaii     APR. 1 9 2007                        .

                                       _____
                                       CARL H. OSAKI
                                       Attorney for Defendant
                                       HAWAII AVIATION CONTRACT
                                       SERVICES, INC.

4