IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD, <br><br>                      Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10,<br><br>                      Defendants. | ) CIVIL NO. 03-451 SPK-LEK<br>)<br>) SUPPLEMENTAL DECLARATION<br>) OF SHAWN A. LUIZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SUPPLEMENTAL DECLARATION OF SHAWN A. LUIZ

I, SHAWN A. LUIZ, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I submit this supplemental declaration in support of Plaintiff Jack Crawford's CROSS-MOTION for an order compelling arbitration before AAA, using AAA Employment Rules rather than AAA Commercial Rules and in support of the request for sanctions.

10

2. The following hours were incurred by me in preparing this reply brief: 4/25/06 review HACS' Reply to Crawford's Opposition and HACS' Opposition to Cross Motion, 0.50; Draft Reply Brief in Support of Cross Motion, 5.0. Total additional Reply hours to be added to cross motion hours equals 5.5 hours.

3. Again, I respectfully request an hourly rate of $200.00, which is commensurate with my litigation experience.

4. A clear message is needed to show that judge shopping is disfavored in this jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, April 25, 2007

_____
SHAWN A. LUIZ