IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD, | ) CIVIL NO. 03-451 SPK-LEK ) ) CERTIFICATE OF SERVICE |
| Plaintiffs, | ) |
| vs. | ) ) |
| JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10, | ) ) ) ) ) ) |
| Defendants. | ) ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2007, a copy of the foregoing was duly served on the following by the following means:

Carl Osaki, Esq.  
Pioneer Plaza  
Suite 1510  
900 Fort Street Mall  
Honolulu, Hawaii 96813  
Attorney for Defendant  
Hawaii Aviation Contract Services, Inc.

[ ] Hand Delivery

[ ] U. S. Mail, postage prepaid  
[X] Facsimile (808) 521-3566

DATED: Honolulu, Hawaii, April 25, 2007.

SHAWN A. LUIZ  
Attorney for Plaintiff  
Jack L. Crawford III.