# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | Shawn A. Luiz |
| ATTYS FOR DEFT: | Carl H. Osaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 05/08/2007 | TIME: | 9:18-9:57 |

COURT ACTION:  EP: Defendant Hawaii Aviation Contract Services, Inc.'s Motion to Compel Plaintiff Jack Crawford to Arbitrate Pursuant to Arbitration Agreement Re: Dispute Prevention & Resolution by Hawaii Aviation Contract Services, Inc.;

Plaintiff Jack Crawford's Cross-Motion for an Order Compelling Arbitration before AAA, Using AAA Employment Rules Rather than AAA Commercial Rules and for the Imposition of Sanctions for Violation of Federal Stay Pending AAA Arbitration;

Arguments heard.  Motions taken under Advisement.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager