

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTIN VENTRESS,<br><br>  Plaintiff - Appellant,<br><br>And<br><br>JACK CRAWFORD,<br><br>  Plaintiff,<br><br>V.<br><br>JAPAN AIRLINES; et al.,<br><br>  Defendants - Appellees. | No. 04-17353<br>D.C. No. CV-03-00451-SPK<br><br>**JUDGMENT**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>MAY 2 1 2007<br><br>at \_\_ o'clock and \_\_ min. \_\_M<br>SUE BEITIA, CLERK |
| MARTIN VENTRESS,<br><br>  Plaintiff,<br><br>And<br><br>JACK CRAWFORD,<br><br>  Plaintiff - Appellant,<br><br>V.<br><br>JAPAN AIRLINES; et al.,<br><br>  Defendants - Appellees. | No. 05-15044<br>D.C. No. CV-03-00451-SPK/LEK<br><br>**JUDGMENT** |

| | |
|---|---|
| MARTIN VENTRESS,<br><br>　　　　Plaintiff - Appellant,<br><br>V.<br><br>HAWAII AVIATION CONTRACT SERVICES, INC.,<br><br>　　　　Defendant - Appellee. | No.   06-15904<br>D.C. No. CV-03-00451-LEK<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is , **REVERSED AND REMANDED** IN PART; AFFIRMED IN PART; DISMISSED IN PART.

Filed and entered 04/24/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 16 2007

by: _____
　　　Deputy Clerk