INTERNAL USE ONLY: Proceedings include all events.
04-17353 Ventress, et al v. Japan Airlines, et al

| | |
|---|---|
| MARTIN VENTRESS<br>    Plaintiff - Appellant | Martin Ventress<br>323-842-8629<br>[COR LD NTC prs]<br>6124 Hwy 6 North, #101<br>Houston, TX 77084 |
| JACK CRAWFORD<br>    Plaintiff | |
| v. | |
| JAPAN AIRLINES<br>    Defendant - Appellee | Joseph Kotowski, Esq.<br>808/523-2538<br>Suite 2200<br>[COR LD NTC]<br>CARLSMITH BALL LLP<br>1001 Bishop Street<br>Honolulu, HI 96813 |
| HAWAII AVIATION CONTRACT<br>SERVICES, INC.<br>    Defendant - Appellee | Carl H. Osaki, Esq.<br>FAX 808/529-0764<br>808/528-4666<br>Ste. 1510<br>[COR LD NTC ret]<br>Pioneer Plaza<br>900 Fort St., Mall<br>Honolulu, HI 96813<br><br>Anton N. Handal, Esq.<br>FAX 619/696-0323<br>619/544-6400<br>Ste. 1321<br>[COR LD NTC ret]<br>HANDAL & ASSOCIATES<br>1200 Third Ave.<br>San Diego, CA 92101 |
| DOES 1-10 INCLUSIVE<br>    Defendant - Appellee | No appearance<br>No appearance |
| JALWAYS CO, LTD., a subsidiary<br>of Japan Airlines<br>    Defendant - Appellee | Joseph Kotowski, Esq.<br>(See above)<br>[COR LD NTC ret] |

```
INTERNAL USE ONLY: Proceedings include all events.
05-15044 Crawford, et al v. Japan Airlines, et al
```

| | |
|---|---|
| MARTIN VENTRESS<br>    Plaintiff | Martin Ventress<br>323-842-8629<br>[prs]<br>6124 Hwy 6 North, #101<br>Houston, TX 77084 |
| JACK CRAWFORD<br>    Plaintiff - Appellant | Shawn A. Luiz, Esq.<br>FAX 808/538-0600<br>808/538-0500<br>Ste. 800<br>[COR LD NTC ret]<br>Law Offices<br>810 Richards Street<br>Honolulu, HI 96813 |
| v. | |
| JAPAN AIRLINES<br>    Defendant - Appellee | Andrew L. Pepper<br>808/523-2500<br>Suite 2200<br>[COR LD NTC ret]<br>CARLSMITH BALL<br>Pacific Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Joseph F. Kotowski, III, Esq.<br>FAX 808/523-0842<br>808/523-2500<br>Suite 2200<br>[COR LD NTC ret]<br>CARLSMITH BALL LLP<br>1001 Bishop Street<br>Honolulu, HI 96813 |
| HAWAII AVIATION CONTRACT<br>SERVICES, INC.<br>    Defendant - Appellee | Carl H. Osaki, Esq.<br>FAX 808/529-0764<br>808/528-4666<br>Ste. 1510<br>[COR LD NTC ret]<br>Pioneer Plaza<br>900 Fort St., Mall<br>Honolulu, HI 96813<br><br>Anton N. Handal, Esq.<br>FAX 619/696-0323<br>619/544-6400<br>Ste. 1321<br>[COR LD NTC ret]<br>HANDAL & ASSOCIATES<br>1200 Third Ave.<br>San Diego, CA 92101 |

```
INTERNAL USE ONLY: Proceedings include all events.
05-15044 Crawford, et al v. Japan Airlines, et al

DOES 1-10 INCLUSIVE                 No appearance
      Defendant - Appellee          No appearance

JALWAYS CO, LTD., a subsidiary      Andrew L. Pepper
of Japan Airlines                    (See above)
      Defendant - Appellee          [COR LD NTC ret]

                                    Joseph F. Kotowski, III, Esq.
                                     (See above)
                                    [COR LD NTC ret]
```

INTERNAL USE ONLY: Proceedings include all events.
06-15904 Ventress v. Hawaii Aviation

MARTIN VENTRESS
    Plaintiff - Appellant

Martin Ventress
323-842-8629
[COR LD NTC prs]
6124 Hwy 6 North, #101
Houston, TX 77084

v.

HAWAII AVIATION CONTRACT
SERVICES, INC.
    Defendant - Appellee

Carl H. Osaki, Esq.
FAX 808/529-0764
808/528-4666
Ste. 1510
[COR LD NTC ret]
Pioneer Plaza
900 Fort St., Mall
Honolulu, HI 96813

Anton N. Handal, Esq.
FAX 619/696-0323
619/544-6400
Ste. 1321
[COR LD NTC ret]
HANDAL & ASSOCIATES
1200 Third Ave.
San Diego, CA 92101