Form 10. Bill of Costs

UNITED STATES DISTRICT OF HAW
MAY 2 1 2007
at \_\_\_ o'clock and \_\_\_ M
_____, CLERK

FILED
MAY - 7 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Ventress, et al. v. Hawaii Aviation Contract Services, Inc.

CA No. 06-15904

The Clerk is requested to tax the following costs against: Plaintiff-Appellant MARTIN VENTRESS

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 446 | .10 | $312.20 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 20 | .10 | $ 40.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $352.20 | | | TOTAL | $352.20 |

Form 10. Bill of Costs - *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, __CARL H. OSAKI__, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _[signed]_
Date: _____

Name of Counsel (printed or typed): __CARL H. OSAKI__
Attorney for: __Defendant-Appellee HAWAII AVIATION CONTRAT SERVICES, INC.__

---

Date: __5/16/7__    Costs are taxed in the amount of $ __352.20__

Clerk of Court
By: _[signed]_ Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 16 2007

By: _[signed]_
Deputy Clerk

## CERTIFICATE OF FILING AND SERVICE

I do hereby certify that on May 4, 2007, pursuant to Fed. App. P. 25(a)(4)(B), I caused the attached **Bill of Costs** to be filed with the United States Court of Appeals for the Ninth Circuit, by submitting same to DHL Worldwide Couriers delivery service, for delivery within three calendar days, to:

>    CLERK OF THE COURT
>    United States Court of Appeals
>      For The Ninth Circuit
>    95 Seventh Street
>    San Francisco, CA  94103-1526

I further certify that on May 4, 2007, I served a true and correct copy of the **Bill of Costs** by U.S. Mail, postage prepaid, to:

>    MARTIN VENTRESS
>    6124 HWY 6 North #101
>    Houston, TX  77084
>
>    PLAINTIFF-APPELLANT, Pro Se

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
CARL H. OSAKI
Carl H. Osaki, AAL, ALC
Attorney for Defendant-Appellee
HAWAII AVIATION CONTRACT
SERVICES, INC.

May 4, 2007

5-15
M

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTIN VENTRESS, | NO. 06-15904 |
| Plaintiff-Appellant, | D.C. No. CV-03-00451 (LEK) District of Hawaii (Honolulu) |
| and | |
| JACK CRAWFORD, | |
| Plaintiff, | FILED |
| vs. | MAY 0 7 2007 |
| JAPAN AIRLINES, INC.; JALWAYS CO., LTD., a subsidiary of Japan Airlines; AND DOES 1-10, | CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS |
| Defendants, | |
| and | |
| HAWAII AVIATION CONTRACT SERVICES, INC., | |
| Defendant-Appellee, | |

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII; CIVIL NO. 03-00451 SPK/LEK
HONORABLE LESLIE E. KOBAYASHI PRESIDING

**BILL OF COSTS**

**CERTIFICATE OF FILING AND SERVICE**

CARL H. OSAKI (HI Bar No. 4008)
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 528-4666
Facsimile: (808) 529-0764
Attorney for Defendant-Appellee
HAWAII AVIATION CONTRACT SERVICES, INC.