LAW OFFICES OF
## MARTIN A. CERVANTES
1706 Plum Lane, Suite 101
Redlands, California 92374
E-Mail: mac@cervanteslaw.org

| Ontario Phone Numbers | Redlands Phone Numbers |
|---|---|
| (909) 941-2525 | (909) 307-9590 |
| FAX (909) 941-2595 | FAX (909) 307-9580 |

May 1, 2007

Carl H. Osaki, esq.
Pioneer Plaza, Suite 1410
900 Fort Street
Honolulu, Hawaii 96813

RE:   Martin Ventress vs. Hawaii Aviation Contract Services, Inc.

Dear Mr. Osaki:

I received what I believe to be a bogus subpoena duces tecum signed by an arbitrator before a dispute resolution company compelling me to appear and produce documents on May 18, 2007.

Unless you can provide me, by facsimile or e-mail, statutory authority for the validity of this supposed subpoena duces tecum, I will not appear on May 18, 2007. And, I will file an action in the State of California to recover the time I have expended in dealing with the process server and responding to this letter for a total of $550.00.

In any case, if by some chance this subpoena duces tecum is valid, you must provide me with witness fees according to statute, and you must provide me with a valid proof of service showing the claimant has received a copy of this subpoena duces tecum.

I suspect this bogus subpoena duces tecum violates various ethical and/or statutory standards. I have not decided how to proceed in that regard.

Sincerely,

MARTIN A. CERVANTES

MAC:grh
Via Facsimile Only