AMERICAN ARBITRATION ASSOCIATION
INERNATIONAL CENTRE FOR DISPUTE RESOLUTION

MARTIN VENTRESS, )
) Case No. 50116 T 00587 04
)
Claimant )  ARBITRATOR'S PREHEARING
) ORDER NO. 2 SCHEDULING
vs )
)
)
HAWAII AVIATION CONTRACT )
SERVICES, INC. )
)
Respondent )
)
)

## ARBITRATOR'S PREHEARING ORDER NO.2, SCHEDULING

This matter having been presented to the Arbitrator on February 8, 2007, via telephone conference call including Claimant, Martin Ventress, Respondent Hawaii Aviation Contract Services, Inc. (HACS) through its attorney, Carl Osaki, American Arbitration Association (AAA) case worker Bridgette Omani, and Hon. Boyd P. Mossman, Arbitrator, it is hereby ordered as follows:

1. The arbitration hearing in this case will take place during the week of March 19th, 2007.

2. Starting time will be on the 19th at 9:00 AM and the hearing will continue through the week until completed. It is estimated to take about four days.

3. The location of the hearing will be determined by AAA to include access to a speaker phone.

4. All Nature of Dispute claims have been received by the Arbitrator as well as Responses and Counterclaims from Respondent.

5. The final witness list is to be provided the Arbitrator no later than March 5th, 2007.

6. Telephone testimony from off island witnesses will be accepted.

7. The final exhibit list and exhibits are to be submitted to the Arbitrator by March 16th, 2007. Parties should make a duplicate for each other as well as another for witnesses to use.

8. The Arbitrator is requesting position statements from the parties be submitted to him no later than March 16, 2007.

9. Parties are to submit subpoenas for the Arbitrator's signature within a reasonable time.

10. Any stipulations of uncontested facts or issues should be submitted to the Arbitrator by March 5th, 2007.

11. A court reporter will be retained by Respondent.

12. The award will be a reasoned award.

13. Post hearing briefs will be due thirty days after the receipt of the hearing transcripts.

DATED:   Kahului, Hawaii _____

                                              _____
                                              Hon. Boyd P. Mossman (Ret.)
                                              Arbitrator