AMERICAN ARBITRATION ASSOCIATION
INERNATIONAL CENTRE FOR DISPUTE RESOLUTION

| | | |
|---|---|---|
| MARTIN VENTRESS, | ) | Case No. 50116 T 00587 04 |
| Claimant | ) | ARBITRATOR'S PREHEARING ORDER NO. 3, SCHEDULING |
| vs | ) | |
| HAWAII AVIATION CONTRACT SERVICES, INC. | ) | |
| Respondent | ) | |

## ARBITRATOR'S PREHEARING ORDER NO.3, SCHEDULING

Having received communication from Respondent herein re a conflict in scheduling and there being no significant or other opposition to a change in scheduling as ordered in the Arbitrator's Preheating Order No. 2, it is hereby ordered as follows:

1. The arbitration hearing in this case will take place starting April 11, 2007 through April 13th and then into April 16-17 if necessary.
2. Starting time will be on April 11th at 9:00 AM and the hearing will continue until completed. It is estimated to take about four days.
3. The location of the hearing will be determined by the Arbitrator to include access to a speaker phone.
4. All Nature of Dispute claims have been received by the Arbitrator as well as Responses and Counterclaims from Respondent.
5. The final witness list is to be provided the Arbitrator no later than April 6, 2007.
6. Telephone testimony from off island witnesses will be accepted.

7. The final exhibit list and exhibits are to be submitted to the Arbitrator by April 6, 2007. Parties should make a duplicate for each other as well as another for witnesses to use.

8. The Arbitrator is requesting position statements from the parties be submitted to him no later than April 6, 2007.

9. Parties are to submit subpoenas for the Arbitrator's signature within a reasonable time with a copy to the opposing party.

10. Any stipulations of uncontested facts or issues should be submitted to the Arbitrator by April 6th, 2007.

11. A court reporter will be retained by Respondent.

12. The award will be a reasoned award.

13. Post hearing briefs will be due thirty days after the receipt of the hearing transcripts.

DATED:   Kahului, Hawaii_____


                                    _____
                                    Hon. Boyd P. Mossman (Ret.)
                                    Arbitrator