# MINUTES

CASE NUMBER:    CIVIL NO. 03-00451SPK-LEK

CASE NAME:    Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc.

ATTYS FOR PLA:    Martin Ventress (Plaintiff Pro Se)
Shawn A. Luiz

ATTYS FOR DEFT:    Carl H. Osaki
Joseph F. Kotowski, III

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:    Courtroom 7-No Record

DATE:    06/08/2007        TIME:    10:12-10:20

COURT ACTION:  EP: Status Conference Re: Remand held.  Martin Ventress participated by phone.

Further Status Conference set for 9:30 8/20/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager