# CARL H. OSAKI
*Attorney At Law, A Law Corporation*
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 528-4666
Facsimile: (808) 529-0764

February 18, 2005

Mr. William Chang
International Case Manager
International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019

RE:   Ventress v. Hawaii Aviation Contract Services, Inc.
      Case Number:    50 116 T 00587 04

Dear Mr. Chang:

Enclosed are (1) Hawaii Aviation Contract Services, Inc.'s ("HACS") reply to the demand for arbitration and HACS' counterclaim; (2) a check for $750 to cover the initial filng fee for the counterclaim; and (3) an authorization for Mr. Ventress to sign because his medical condition has been put at issue in the arbitration.

Thank you for your attention to this matter.

Very truly yours,

CARL H. OSAKI

Enclosures

c:   Hawaii Aviation Contract Services, Inc.
     Mr. Martin Ventress

A