## WITNESS LIST
(Update: January 24, 2007)

**Linda Bicknell** – Widow of Jeff Bicknell

Mr. Ventress visited Jeff Bicknell in Tokyo, Japan when Linda Bicknell was there in May 2001, while her late husband was in training. Mr. Bicknell was taking medication, which is strictly forbidden by regulation prior to flights. Respectfully, Mrs. Bicknell knew her husband was ill prior to his emergency return home from Osaka, Japan, on June 21, 2001. <u>JALways / HACS have not disclosed ALL the details regarding her late husband's death</u>.

**Anthony Freiberg** – Former HACS Crewmember (Quit)

Mr. Freiberg made it clear that he "quit" rather than continue flying for a company that ignored Flight Safety. **Mr. Freiberg had to carry "an incapacitated" Jeff Bicknell out of the cockpit twice after he collapsed while at the flight controls.** On June 17, 2001, Captain Crawford and Mr. Ventress witnessed Mr. Freiberg engaged in a heated argument with Pilot-in-Command, Captain Hanami, in the Flight Operations Center, regarding the obvious inability of an extremely sick pilot, Jeff Bicknell, to operate the flight.

**Captain Kasuo Hanami** – Former Vice-President of JALways, Co.

Captain Hanami has personal knowledge of Mr. Bicknell's last flights as he was the Pilot-in-Command. Hanami pushed Mr. Bicknell to the brink of exhaustion, before Mr. Bicknell finally collapsed at the flight controls. Mr. Hanami disregarded flight safety, instructing Bicknell to continue to fly, after he was warned of Bicknell's illness, even after he collapsed; not once, but several flights that endangered hundreds of passengers.

**Captain Bruce Schoggen** – Former HACS Captain (Terminated)

HACS used the same excuse to terminate Mr. Schoggen, "failure to maintain flight medical qualification" 3-weeks after his 60th birthday. On November 13, 2006, AAA Neutral, E. John McConnell ruled in favor of Mr. Schoggen and against HACS in an arbitration dispute for Wrongful Termination.

**Attorney David F. Simons** is considering representing Mr. Ventress in this matter. In the event Mr. Simons does not represent Mr. Ventress, Pursuant to Commercial Rule R-24, Mr. Ventress will consider Bruce Schoggen to represent him in this arbitration.

**Captain Jack Crawford** – Former HACS Captain (Terminated):

Captain Crawford was a "passenger on duty" (during flight) that observed Mr. Freiberg physically carry an incapacitated Jeff Bicknell out of the cockpit twice after he collapsed while at the flight controls. Captain Crawford also wrote a Safety Report on this matter of safety, but he was warned by HACS not to submit the report to JALways.



**Katsudo Kamiyama** – Vice President of Flight Crews for JALways

On May 1, 2003, Mr. Kamiyama signed a declaration under penalty of perjury under the Laws of the United States he has personal knowledge of the facts stated herein and if called as a witness he could and would testify competently thereto.

**Captain Michael Moore** – Former HACS Captain (Terminated)

Captain Moore has written several Safety Reports concerning flight safety violations. Captain Moore claims JAL, JALways, nor HACS, ever responded to any of his Safety Reports during his 10-year employment. Mr. Moore also was terminated while on FMLA.

**Venetia Carpenter-Asui** – (Mr. Ventress' Former Counsel)

Mr. Ventress' former counsel wrote that the HACS contract, coupled with JALways' contract, constitute fraud upon the U.S. Legal System. Moreover, she noted that HACS' action were solely in order to appease JAL; in addition, her agreement with Mr. Osaki to use DPR, instead AAA that led to her questionable withdrawal as Mr. Ventress' counsel.

**Ian Black** – (International Journalist)

In an E-mail, Ian Black claims he spoke telephonically with former HACS President Frank Tabata, and with HACS' counsel Mr. Osaki to "monitor the conversation". According to Mr. Black, Mr. Tabata admitted that HACS was retaining their lawyer to look after Jeff Bicknell's interest. Mr. Black has agreed to discuss the remainder of the conversation.

**Francis Tabata** – (Former HACS President)

Francis ("Frank") Tabata wrote that he knew nothing of Jeff Bicknell's illness until almost eight (8) months after Mr. Bicknell's emergency brain surgery left him in a vegetative state. Mr. Tabata was responsible for placing me on Family Medical Leave during which time HACS terminated me.

**EXPERT WITNESS LIST**
(Update: January 24, 2007)

WILLIAM BRATH, M.D. **(JCAB Certified)**

GARRETT O'CONNOR, **M.D. of Psychiatry**

BRYAN K. NICHOLS, **PhD. Clinical Psychologist**

IKE OHIAERI, **M.D. of Psychiatry**

JACK H. SCAFF, Jr., M.D. **(JCAB Certified)**