ORIGINAL

CARL H. OSAKI  4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

RECEIVED

APR 2 0 2007

INTERNATIONAL CENTER

Attorney for Respondent
HAWAII AVIATION CONTRACT
SERVICES, INC.

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

STATE OF NEW YORK

| | |
|---|---|
| MARTIN VENTRESS, ) | CASE NO. 50-116-T-00587-04 |
| ) | |
| Claimant, ) | SUBPOENA DUCES TECUM |
| ) | |
| vs. ) | |
| ) | |
| HAWAII AVIATION CONTRACT ) | |
| SERVICES, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

SUBPOENA DUCES TECUM

TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF CALIFORNIA:

YOU ARE COMMANDED to subpoena **THE CUSTODIAN OF RECORDS OF THE LAW OFFICE OF MARTIN A. CERVANTES, Suite 101, 1706 Plum Lane, Redlands, CA 92374**, to personally appear at the Arrowhead Executive Suites, 198 North Arrowhead Avenue, San Bernadino, CA 92408, on Friday, May 18, 2007, at 11:00 a.m., before Atkinson-Baker Court Reporters, a notary public duly authorized by law to administer oaths, to testify on behalf of Respondent Hawaii Aviation Contract Services, Inc., in the above-captioned matter and to bring with him/her the following:



Any and all communications between Carl H. Osaki, Attorney At Law, A Law Corporation, and The Law Office of Martin A. Cervantes, regarding Martin Ventress, including, but not limited to, correspondence, electronic mail, and facsimile transmissions.

DATED: 4-18-07, Hawaii, _____.

_____
The Honorable Boyd P. Mossman
Arbitrator