**Carl Osaki**

| | |
|---|---|
| **From:** | Carl Osaki [cho@hawaii.rr.com] |
| **Sent:** | Thursday, March 15, 2007 5:22 PM |
| **To:** | Martin Ventress (E-mail) |
| **Cc:** | Judge Boyd P. Mossman (E-mail); Brigitte Omane (E-mail) |
| **Subject:** | 3/15 Ventress v. HACS - subpoenas duces tecum upon physicians |

Mr. Ventress:

I am processing subpoenas duces tecum upon the physicians you identify as witnesses. I had hoped that you would respond to your availability for oral deposition, repeated requests of which I made on February 8, 2007, and March 1, 2007. It is now March 15, 2007, and you have yet to give me any dates for your deposition. Frankly, I had hoped that you would be present at the oral argument in Pasadena on March 9, 2007, so I could personally discuss it with you, but you were not. I had thought that if I could depose you timely, then I might be able to narrow down such document discovery. Without your cooperation, I have no choice but to seek documents from all of them.

As you may know, I need your authorization in order to obtain your physicians and psychologists records. You identified five such witnesses, so I request that you download and sign five such authorizations. Without the signed authorizations, the witnesses will not release your records to me. I have attached the authorization both as a Word document and as a PDF file for your convenience.

Time is of the essence, so please inform me what you are going to do.

Thank you for your attention to this matter.

Carl H. Osaki, Esq.
900 Fort St., Ste. 1510
Honolulu, HI 96813

     

MedicalAuthorizatio     3-15auth.pdf
n2ReleaseRe...

EXHIBIT G

<u>AUTHORIZATION FOR MEDICAL INFORMATION</u>

TO WHOM IT MAY CONCERN:

      I, **MARTIN M. VENTRESS**, hereby request and authorize all physicians, hospitals, and medical attendants to furnish full and complete medical reports and medical expense information concerning the treatment of **MARTIN M. VENTRESS (DOB: March 28 , 1953; SSN: 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)**, to THE LAW OFFICES OF CARL H. OSAKI, or any of its representatives or investigators of said office.  This authorization includes permission to copy, view, or photograph all of the medical notes and information, and to receive any and all information, including information pertaining to psychological examination and treatment, psychiatric examination and treatment and laboratory tests, and receive any and all information you have concerning physical and mental condition, including histories, examinations, tests, treatment, consultations, and opinions and any and all other information available.  Should the records contain any information pertaining to alcohol and/or drug abuse treatment and/or psychiatric records and/or sexually transmitted diseases and/or AIDS/HIV tests and results, this consent [XX ] includes [  ] does not include the release of such information.  I understand that such information cannot be released without my specific consent, except in special circumstances.

      A photocopy of this authorization shall be deemed as valid and effective as an original.

      DATED: Houston, Texas,  March ___, 2007.


_____

MARTIN M. VENTRESS