## Carl Osaki

**From:**    J Ventress [momdadventress@hotmail.com]
**Sent:**    Tuesday, March 20, 2007 9:31 AM
**To:**    Boyd P. Mossman; Brigitte Omane
**Cc:**    cho@hawaii.rr.com; Alexander Blackie Bell; Haxfrank@aol.com
**Subject:** Re: Ventress v. HACS - Witness Tampering


Honorable Boyd Mossman and Brigitte Omane:

I believe the attached letter requires your immediate and undivided attention... Thank you!

Regards,

Martin Ventress


Live Search Maps – find all the local information you need, right when you need it. Find it!

EXHIBIT A

Tuesday, March 20, 2007

*Via E-mail*

Honorable Boyd P. Mossman, Arbitrator
International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019

Martin Ventress
6124 HWY 6 North #101
Houston, TX 77084

Re: Ventress vs. Hawaii Aviation Contract Services, Inc. (Case #50T46058704)

**Dear Honorable Boyd Mossman:**

This morning I received a copy of Mr. Osaki's NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES sent via U.S. Postal Service, post marked 3/15/07, a copy of which, I forwarded to your P.O. Box in Pukalani, HI, and a copy to Brigitte Omane, which should arrive tomorrow (3/21/07).

**I have noted the following regarding Mr. Osaki's Subpoenas:**

**1)** Mr. Osaki's NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES sent to Dr. William Brath, Dr. Garrett O'Connor, Dr. Bryan Nichols, and Dr. Ike Ohiaeri, and Dr. Jack Scaff, requiring said deponents will be required by Subpoenas Duces Tecum, were not pursuant to AAA arbitration procedures, but rather through the USDC of Hawaii.

**2)** Mr. Osaki's actions were taken pursuant to **Rule 31 of the Federal Rules of Civil Procedures**, and not pursuant to the AAA's jurisdiction and authority.

**3)** Mr. Osaki's Subpoenas references a **Civil Case Number** that has been DENIED in the USDC of Hawaii, and that is currently pending in the Ninth Circuit Court of Appeals.

**4)** In Mr. Osaki's exhibits A-D, you will note, Subpoenas were served referencing a Civil Case (not arbitration) that no longer exists, issued by the USDC of Central California.

**5)** Mr. Osaki's Subpoenas do not mention that this is an arbitration being administered under the authority and jurisdiction of the AAA; instead, Mr. Osaki attempts to intimidate these physicians by deceitfully misusing the Subpoenas power through the USDC system.

**6)** Mr. Osaki **did not include a Certificate of Service**, or any acknowledgement that either you or Case Manager Brigitte Omane were provided or forwarded a copy.

7) Mr. Osaki's email of **March 15th**, <u>the same date he signed the Subpoenas Duces Tecum,</u> that required said deponents for production of my medical records, he wrote, "<u>Without the signed authorizations, the witnesses will not release your records to me. I have attached the authorization both as a Word document and as a PDF file for your convenience</u>".

8) You may recall that on March 2, 2005, Mr. Osaki provided former ICDR Case Manager William Chang **authorization to obtain and use my medical information and records in this arbitration without my written consent**.

9) As I stated in my e-mail yesterday (3/19/07) that all **relevant information from the referenced physicians was forwarded to Mr. Tabata and the Japan Airlines Medical** department at his and their request, previously; in addition, I will include said medical records in the final exhibit list and exhibits to be submitted to you by April 6, 2007.

10) Mr. Osaki has gone beyond the scope of the authority and jurisdiction of AAA's procedures and protocol. Mr. Osaki continues to demonstrate a methodology and strategy that now includes Witness Tampering. I am apprising each of the physicians that they have received these Subpoenas under false pretenses, which I have not consented.

Judge Mossman, my understanding was that you had sole authority and jurisdiction to administer this arbitration, not USDC of Hawaii and/or Central District of California. Mr. Osaki's actions are the very reason that I filed an appeal in the Ninth Circuit Court;

Therefore, for the purpose of clarification, please explain to both parties, who has the legal authority and jurisdiction in this arbitration, so that we may proceed effectively, and without further delays, to the next administrative step.

Thank you for your attention and consideration in this matter.

Regards,

Martin Ventress