CARL H. OSAKI   4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Respondent
HAWAII AVIATION CONTRACT
SERVICES, INC.

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

STATE OF NEW YORK

| | |
|---|---|
| MARTIN VENTRESS,<br><br>          Claimant,<br><br>     vs.<br><br>HAWAII AVIATION CONTRACT<br>SERVICES, INC.,<br><br>          Respondent. | CASE NO. 50-116-T-00587-04<br><br>RESPONDENT HAWAII AVIATION<br>CONTRACT SERVICES, INC.'S<br>MOTION TO COMPEL ORAL<br>DEPOSITION OF CLAIMANT MARTIN<br>VENTRESS, AND FOR ORDER<br>COMPELLING CLAIMANT MARTIN<br>VENTRESS TO EXECUTE<br>AUTHORIZATIONS TO RELEASE<br>MEDICAL RECORDS; EXHIBITS "A"<br>– "C;" CERTIFICATE OF SERVICE |

RESPONDENT HAWAII AVIATION CONTRACT SERVICES, INC.'S
MOTION TO COMPEL ORAL DEPOSITION OF CLAIMANT MARTIN VENTRESS,
AND FOR ORDER COMPELLING CLAIMANT MARTIN VENTRESS
TO EXECUTE AUTHORIZATIONS TO RELEASE MEDICAL RECORDS

I.   INTRODUCTION

Respondent Hawaii Aviation Contract Services, Inc.

("HACS"), by and through its counsel, moves to:  (1) compel

Claimant Martin Ventress ("Ventress") to submit to his oral

deposition, and (2) to compel Ventress to execute medical

authorizations so his medical records can be obtained.



II.  <u>VENTRESS' ORAL DEPOSITION SHOULD BE COMPELLED</u>

At the conference on February 8, 2007, the topic of Ventress' deposition was brought up, and HACS expressed a desire to take his deposition.  That same day, HACS' counsel sent Ventress an email on various issues, including a request for available dates for his deposition.  <u>See</u> Exhibit A.  The communication noted that time was of the essence.  Ventress did not respond.

Therefore, on March 1, 2007, HACS' counsel followed up with Ventress, reminding him that 21 days had passed since the initial request for dates for his oral deposition.  <u>See</u> Exhibit B.  Ventress again failed to respond.

On March 15, 2007, however, Ventress asked for deposition dates for HACS' representatives and employees.  HACS' counsel responded that HACS had established deposition priority and stated its intention to move to compel Ventress' deposition first.  <u>See</u> Exhibit C.

Thus, HACS is constrained to request the Arbitrator to compel Ventress to appear for his oral deposition at a date convenient to HACS' counsel, prior to his being able to take any oral depositions of HACS' employees and representatives because HACS had established priority in taking oral depositions by requesting dates from Ventress immediately after the conference on February 8, 2007, and Ventress has totally ignored multiple requests in this regard.

III. VENTRESS SHOULD BE COMPELLED TO EXECUTE AUTHORIZATIONS TO RELEASE HIS MEDICAL RECORDS

Ventress has identified numerous physicians as witnesses. HACS has processed records deposition subpoenas with the federal court where this action is pending in order to insure swift and effective service of process of the subpoenas. HACS has requested Ventress to execute authorizations to release medical records because the physician witnesses, in all likelihood, will not release medical records, including psychological and psychiatric records, without such authorizations. Ventress has not responded. Therefore, HACS requests that Ventress be ordered to execute those authorizations.

IV. CONCLUSION

HACS therefore requests: (1) an order compelling Ventress to appear for his oral deposition, and (2) an order compelling Ventress to execute authorizations to release medical records.

DATED:    Honolulu, Hawaii    MAR 2 3 2007                .

CARL H. OSAKI
Attorney for Respondent
HAWAII AVIATION CONTRACT
SERVICES, INC.

3

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

STATE OF NEW YORK

MARTIN VENTRESS,                )     CASE NO. 50-116-T-00587-04
                                )
            Claimant,           )     AFFIDAVIT OF CARL H. OSAKI
                                )
        vs.                     )
                                )
HAWAII AVIATION CONTRACT        )
SERVICES, INC.,                 )
                                )
            Respondent.         )
_____ )


AFFIDAVIT OF CARL H. OSAKI


STATE OF HAWAII                 )
                                )     SS.
CITY AND COUNTY OF HONOLULU     )


        CARL H. OSAKI, being first duly sworn upon oath deposes and says that:

        1.   I am the attorney for Respondent HAWAII AVIATION CONTRACT SERVICES, INC. ("HACS") in the above-entitled matter and am competent to testify as to the matters set forth herein.

        2.   Attached as Exhibit A is a true and correct copy of my email to Mr. Ventress on February 9, 2007.  Mr. Ventress did not respond to it;

        3.   Attached as Exhibit B is a true and correct copy of my email to Mr. Ventress on March 1, 2007.  Mr. Ventress did not respond to it; and

4.    Attached as Exhibit C is a true and correct copy of Mr. Ventress' email to me on March 15, 2007, and my response to him on March 15, 2007.

FURTHER AFFIANT SAYETH NAUGHT.

CARL H. OSAKI

Subscribed and sworn to before me this 21st day of March 2007.

Notary Public, State of Hawaii
Name of Notary:  Allison M. K. Osaki
My Commission expires:  12-13-09

2