AMERICAN ARBITRATION ASSOCIATION
INTERNATIONAL CENTER FOR DISPUTE RESOLUTION

| | |
|---|---|
| MARTIN VENTRESS,<br><br>              Claimant<br><br>Vs<br><br>HAWAII AVIATION CONTRACT SERVICES, INC. | Case No. 50116 T 00587 04<br><br>ARBITRATOR'S PREHEARING ORDER NO. 4 ON RESPONDENT MOTION TO COMPEL |

## ARBITRATOR'S PREHEARING ORDER NO. 4 ON RESPONDENT'S MOTION TO COMPEL

Respondent having filed via email his Motion to Compel and Claimant having responded, upon review of the written arguments in support by each side, it is the Arbitrator's decision that the following be ordered:

1. Motion is granted to the extent that Claimant is ordered to no later than March 27, 2007, advise and insure that all those who have been noticed by Respondent be authorized by Claimant to provide medical and other records as designated in the subpoenas. These persons would be Doctors William Frank Brath, Garrett O'Connor, Bryan K. Nichols, Ikechukwu Ohiaeri and Jack H. Scaff and their Custodians of Records.

2. Claimant is ordered to make himself available for his deposition either at his location in the mainland United States prior to the depositions of Respondent's witnesses or in Hawaii after the depositions of Respondent's witnesses in Hawaii. If Mr. Osaki is able to make it to the mainland for Mr. Ventress' deposition then it should be before the depositions of the Respondent's Hawaii witnesses. If not then Mr. Ventress' deposition will take place immediately after the depositions of Respondent's noticed witnesses but no later than April 5, 2007.

EXHIBIT K

3. Mr. Osaki is ordered to make the witnesses noticed for deposition by Claimant available no later than the week beginning April 2, 2007. It is expected that both sides will cooperate in the remaining discovery in order to insure a fair and just resolution of this matter.

DATED 3-26-07 Kahului, Hawaii

Hon. Boyd P. Mossman (Ret.)
Arbitrator