## Carl Osaki

**From:** Carl Osaki [cho@hawaii.rr.com]
**Sent:** Tuesday, March 27, 2007 5:17 PM
**To:** Martin Ventress (E-mail)
**Cc:** Allison Kubo (E-mail); Judge Boyd P. Mossman (E-mail); Brigitte Omane (E-mail)
**Subject:** 3/27 -- Ventress v. HACS ---- RE: Prehearing Order No. 4

Mr. Ventress:

I am obtaining the relevant personnel's availability for April 2-3 in Honolulu. HACS personnel will be available at HACS' offices. You need to obtain the reporter for the depositions. I will depose yourself on April 4. I will notify you of the location shortly, although it will be in Honolulu.

Who is Daryl Antoniuk, and what is his connection with this matter? You identify him as an employee of JALways Co., Ltd. in your subpoena.

I trust you have signed the authorizations to the physician witnesses? Please provide PDF of faxed copies of the signed authorizations. I will send you a letter from yourself to the physician witnesses so that they can produce directly to my office.

I noticed that you subpoenaed documents related to JAL and JALways from individuals. Because JAL and JALways have an interest in these materials, as does HACS, and because JAL and JALways are still subject to claims you raised in the federal lawsuit, I will notify JAL and JALways of your actions in the event that they elect to weigh in on the issue. At the very least, HACS will argue for a protective order covering these documents as you have not seen them before, and HACS' position is that they are irrelevant to your claims and otherwise proprietary.

As to Dr. Scaff, my discovery upon him involved a records' deposition. I did not intend to take his oral deposition. If you intend to secure his oral deposition, you need to act accordingly.

I do not have the conference room at Ralph Rosenberg's reserved for the span of days you indicated. I have it reserved for April 11 - 13; and will work with that office if the arbitration goes beyond that. As of this date, I have not reserved it for any other reason, including depositions.

Otherwise, HACS wil follow Prehearing Order No. 3.

Carl H. Osaki, Esq.

>   -----Original Message-----
>   **From:** J Ventress [mailto:momdadventress@hotmail.com]
>   **Sent:** Tuesday, March 27, 2007 4:55 PM
>   **To:** Boyd P. Mossman; cho@hawaii.rr.com; 'Brigitte Omane'
>   **Cc:** boydm@oha.org
>   **Subject:** RE: Prehearing Order No. 4
>
>   Dear Mr. Osaki:
>
>   As the Arbitrator has ruled in this matter, and expects that both sides will cooperate in the remaining discovery, and in view of the shortness of time, every effort should be made to insure a fair and just resolution of this matter.

EXHIBIT L

6/15/2007

  Therefore, I am requesting a copy of the list of witnesses that you intend to depose as soon as practical. I intend to travel to Hawaii to conduct these depositions. Bear in mind that the sooner you respond with the list of names, and the time and locations you intend to depose the said witnesses, the sooner I can make travel plans to Hawaii.

  According to your subpoena, you were scheduled to depose Dr. Scaff on March 28, 2007, at 10:00 am. If you were unaware, Dr. Scaff's sudden and unexpected departure from the scene to go on vacation from March 23 – April 11, 2007, leaves no time to depose him prior to the Hearing on April 11, 2007. As you know Dr. Scaff is pivotal to this case, and one of the (4) witnesses, in which I intend to depose.

  May I suggest, since you already reserved the ASB Towers (Suite #2460) from April 11-17th for the Hearings, that we utilize that time and space to conduct the depositions?
  If not, I am open for suggestions.

Regards,

Martin Ventress

---

From: boydpm@earthlink.net
To: cho@hawaii.rr.com; Omaneb@adr.org; momdadventress@hotmail.com
CC: boydm@oha.org; boydpm@earthlink.net
Subject: Prehearing Order No. 4
Date: Mon, 26 Mar 2007 16:17:40 -1000

> In view of the shortness of time, I am forwarding my ruling on Respondent's Motion to Compel directly to parties.
>
> Judge Mossman

---

Live Search Maps – find all the local information you need, right when you need it. Find it!