# Carl Osaki

| | |
|---|---|
| **From:** | Carl Osaki [cho@hawaii.rr.com] |
| **Sent:** | Tuesday, March 27, 2007 9:08 PM |
| **To:** | Martin Ventress (E-mail) |
| **Cc:** | Allison Kubo (E-mail); Brigitte Omane (E-mail); Judge Boyd P. Mossman (E-mail) |
| **Subject:** | 3/27 Ventress v. HACS: documents from physicians and psychologist |

Mr. Ventress:

Pursuant to Arbitrator's Prehearing Order No. 4 on Respondent's Motion to Compel, I am willing to assist you in procuring the documents from the physicians and psychologist. I trust that you have already executed the authorizations for them to release those records, although I have no evidence that you have done so. In the interest of economy, I have taken the liberty of drafting a letter on your behalf to the witnesses at issue so that the documents can be obtained without unnecessary delay. You did not provide addresses for any of them, but my office's independent research indicates they are located as follows:

> Custodian of Records
> William Frank Brath, M.D.
> 8930 S. Sepulveda Soulevard, Suite 200
> Los Angeles, CA 90045
>
> Custodian of Records
> Garrett O'Connor, M.D.
> 5777 W. Century Boulevard
> Los Angeles, CA 90045
>
> Custodian of Records
> Bryan K. Nichols, Ph.D.
> 9911 W. Pico Boulevard
> Los Angeles, CA 90035
>
> Custodian of Records
> Ikechukwu Ohiaeri, M.D.
> 16519 Victor Street
> Victorville, CA 92392
>
> Custodian of Records
> Jack H. Scaff, Jr., M.D.
> Suite C211A
> 50 South Beretania Street
> Honolulu, HI 96813

I added a provision in the letter enclosed by brackets that provide for a copy to yourself, should you so desire a copy at your own expense.

Dr. Ohiaeri informs that there are no records concerning yourself in his possession. Do you know why he is named as a witness?

Please copy me on all letters and authorizations to these witnesses. As you know, time is of the essence.

Thank you for your anticipated cooperation in this matter.

Carl H. Osaki, Esq.

The text of the letter follows:



"Custodian of Records
_____, M.D.
_____
_____

Dear Dr. _____:

You are directed to immediately furnish a full copy of any and all documents and writings regarding myself, including all records relating to medical, psychiatric and psychological treatment and evaluation, to the following:

Carl H. Osaki, Esq.
Carl H. Osaki, Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, HI 96813

Phone: (808) 528-4666
Facsimile: (808) 529-0764
E-mail:  cho@hawaii.rr.com <mailto:cho@hawaii.rr.com>

I am attaching my authorization for the release of these records to Mr. Osaki. Mr. Osaki's office will pay for a copy of the records, and you may want to contact him as noted above for payment directions. I understand that Mr. Osaki may want you to courier the documents to his office, and is willing to speak with your staff to make immediate payment arrangements.

[Please also furnish me with a copy of the materials you provide to Mr. Osaki, and I will pay for my own copy.]

There is a hearing beginning on April 11, 2007, so your immediate attention to this matter is appreciated. Mr. Osaki's office may have already served you with a subpoena, but providing the documents directly to his office will suffice.

Thank you for your attention to this matter.

Very truly yours,

Martin Ventress

Enclosure [the executed authorization to release records]"

2