## Carl Osaki

**From:** Boyd Mossman [boydpm@earthlink.net]
**Sent:** Sunday, April 01, 2007 5:58 PM
**To:** cho@hawaii.rr.com; 'J Ventress'; omaneb@adr.org
**Cc:** 'Allison Kubo (E-mail)'
**Subject:** RE: 4/1 -- RE: Prehrg. Order No. 5

Mr. Osaki,

This is to confirm your availability for this Wednesday, April 4th, 9AM HST, for telephone conference per the below order. I also request Brigette to arrange for the conference. I will be at 8085941858. Mahalo.

Judge Mossman


AMERICAN ARBITRATION ASSOCIATION
INTERNATIONAL CENTER FOR DISPUTE RESOLUTION

| | |
|---|---|
| MARTIN VENTRESS, )<br>)<br>) | Case No. 50116 T 00587 04 |
| Claimant )<br>) | ARBITRATOR'S PREHEARING<br>ORDER NO. 5 MOTION TO CONTINUE |
| vs )<br>)<br>) | |
| HAWAII AVIATION CONTRACT )<br>SERVICES, INC. )<br>) | |
| Respondent ) | |

### ARBITRATOR'S PREHEARING ORDER NO.5 ON RESPONDENT'S MOTION TO CONTINUE

In consideration of the discovery procedures heretofore ordered, the shortness of time to implement same, and Claimant's difficulty in deposing Dr. Scaff, a significant witness, it is the decision of the Arbitrator that Claimant's Motion To Continue (denoted by Claimant as his Reply) shall be granted.

It is further ordered as follows:
1. All previous discovery deadlines will remain in place until further notice.
2. Claimant is to insure that the previously ordered releases for medical records be properly provided the identified doctors and their custodians of record and that Respondent have access to same.

4/3/2007


EXHIBIT N

3. Respondent is to insure the availability of Janice Murray and Francis Tabata for oral deposition beginning on or about April 11, 2007, until concluded.
4. Claimant is to depose any other properly noticed and served witnesses from April 11th to April 17th.
5. Claimant is to make himself available for deposition after the depositions of the other noticed witnesses but no later than April 17th.
6. Arrangements for times, locations, and recording of discovery are to be resolved between the parties/attorneys.
7. A telephone conference shall be held on April 3, 2007, at 10:30 AM Hawaiian Standard Time unless parties are unable to attend due to previously scheduled matters. In that case, parties are to email the Arbitrator and AAA with appropriate times.
8. The purpose of this telephone conference will be to set a new hearing date, discuss discovery deadlines, and finalize any other undetermined matters.

DATED_____

_____
Hon. Boyd P. Mossman (Ret.)  Arbitrator

---

**From:** Carl Osaki [mailto:cho@hawaii.rr.com]
**Sent:** Sunday, April 01, 2007 4:49 PM
**To:** 'Boyd Mossman'; 'J Ventress'; omaneb@adr.org
**Cc:** Allison Kubo (E-mail)
**Subject:** 4/1 -- RE: Prehrg. Order No. 5

Judge Mossman:

I apologize, but I cannot open the attachment. I believe it's created with Word 2007, which I can't open.

I am available on April 4, 2007, at 9:00 a.m. (HST), and have that calendared.

In the meantime, I have told the witnesses that HACS could have made available on April 2 and 3, that their depositions will not go forward, based on Mr. Ventress' statements. These witnesses are Janice Murry and Frank Tabata. I have also taken off my calendar the 10:30 a.m. telephone conference on April 3.

I am assuming that the deposition notice I sent out for Mr. Ventress' deposition on April 4, 2007, will not be observed by Mr. Ventress. Tomorrow morning, I will cancel the court reporter for that deposition.

I also received notice from Mr. Ventress today to two deposition subpoenas (Linda Bicknell and Dr. Jack Scaff) for April 12 and 14. I am not sure whether these subpoenas are premature or not because I am not sure whether you have, in fact, granted Mr. Ventress' motion to continue at this time.

4/3/2007

Thank you for your attention to this matter.

Carl H. Osaki, Esq.

> -----Original Message-----
> **From:** Boyd Mossman [mailto:boydpm@earthlink.net]
> **Sent:** Sunday, April 01, 2007 1:23 PM
> **To:** 'J Ventress'; omaneb@adr.org; cho@hawaii.rr.com
> **Subject:** RE: Prehrg. Order No. 5
>
> Ok, I thought you were not available only on the 2d. If Mr. Osaki is available on the 4th at 9AM HST we will try for that time.
>
> Judge Mossman
>
> **From:** J Ventress [mailto:momdadventress@hotmail.com]
> **Sent:** Sunday, April 01, 2007 4:39 AM
> **To:** Boyd Mossman; omaneb@adr.org; cho@hawaii.rr.com
> **Subject:** RE: Prehrg. Order No. 5
>
> Dear Judge Mossman:
>
> I will be <u>unavailable</u> April 2-3, 2007, in observance of The Passover. Thereafter, I will be available for the Telephone Conference Call.
>
> Thank you for your consideration of The Lord's Passover.
>
> Respectfully,
>
> Martin Ventress
>
>> From: boydpm@earthlink.net
>> To: omaneb@adr.org; cho@hawaii.rr.com; momdadventress@hotmail.com
>> Subject: Prehrg. Order No. 5
>> Date: Sat, 31 Mar 2007 11:03:35 -1000
>>
>> Aloha Brigette,
>>
>> Please arrange for a telephone conference on April 3d at 10:30AM HST. I will be at 808 5729192. Thank you.
>>
>> Judge Mossman
>
> Take a break and play crossword puzzles - FREE! Play Now!

4/3/2007