IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and<br>JACK CRAWFORD,<br><br>              Plaintiffs,<br><br>     vs.<br><br>JAPAN AIRLINES; JALWAYS CO.,<br>LTD., a subsidiary of Japan<br>Airlines; HAWAII AVIATION<br>CONTRACT SERVICES, INC.;<br>and DOES 1-10,<br><br>              Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following party:

Served electronically through CM/ECF:

    MARTIN VENTRESS
    momdadventress@hotmail.com

    Plaintiff Pro Se

DATED:   Honolulu, Hawaii   JUN. 1 5 2007   .

    _____
    CARL H. OSAKI
    Attorney for Defendant
    HAWAII AVIATION CONTRACT
      SERVICES, INC.