CARL H. OSAKI   4008-0
Attorney At Law, A Law Corporation
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.

              IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>        Plaintiffs,<br><br>  vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>        Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>AMENDED CERTIFICATE OF SERVICE<br><br>(Re: Defendant Hawaii Aviation Contract Services, Inc.'S Memorandum in Opposition to Plaintiff Martin Ventress' Motion to Quash Defendant Hawaii Aviation Contract Services, Inc.'S Subpoenas Duces Tecum, Filed May 25, 2007; Affidavit of Carl H. Osaki; Exhibits "A" Through "P;") |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of **Defendant Hawaii Aviation Contract Services, Inc.'S Memorandum in Opposition to Plaintiff Martin Ventress' Motion to Quash Defendant Hawaii Aviation Contract Services, Inc.'S Subpoenas Duces Tecum, Filed May 25, 2007; Affidavit of Carl H. Osaki; Exhibits "A" Through "P;"** was duly served upon the following party by means of U.S. Mail and pdf electronic mail on June 15, 2007.

    MARTIN VENTRESS
    6124 HWY 6 North #101
    Houston, TX  77084
    and
    momdadventress@hotmail.com

    Plaintiff Pro Se

    DATED:   Honolulu, Hawaii   JUN. 1 5 2007  .

    CARL H. OSAKI
    Attorney for Defendant
    HAWAII AVIATION CONTRACT
      SERVICES, INC.