# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | William Fenton Sink<br>Shawn A. Luiz |
| ATTYS FOR DEFT: | Carl H. Osaki<br>John F. Kotowski, III |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 07/03/2007 | TIME: | 9:40-9:49 |

COURT ACTION:  EP: Plaintiff Martin Ventress' Motion to Quash Defendant Hawaii Aviation Contract Services, Inc.'s Subpoena Duces Tecum - Arguments heard.

Submitted by: Warren N. Nakamura, Courtroom Manager