# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 07/03/2007 | TIME: | |

COURT ACTION:  EO: For the Reasons stated in the Court's Inclination of 7/2/2007 Re Plaintiff's Motion to Quash Subpoena Duces Tecum, the Motions is Denied and terminated.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager