# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc., et al. |
| ATTYS FOR PLA: | William Fenton Sink<br>Shawn A. Luiz |
| ATTYS FOR DEFT: | Carl H. Osaki<br>Andrew L. Pepper<br>Joseph F. Kotowski, III |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 08/20/2007 | TIME: | 9:34-9:55 |

COURT ACTION: EP: Further Status Conference held. Carl H. Osaki participated by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager