# MINUTES

CASE NUMBER:     CIVIL NO. 03-00451SPK-LEK

CASE NAME:     Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi     REPORTER:

DATE:     08/20/2007     TIME:

COURT ACTION: EO: Further Status Conference was held with Counsel. Appearing were William Fenton Sink, Shawn A. Luiz, Andrew L. Pepper and Joseph F. Kotowski, III in person and Carl H. Osaki appearing by telephone.

Counsel reported that:
1) William Fenton Sink will be entering an appearance as counsel for Mr. Ventress and shall do so by 8/30/2007.

2) Arbitration hearing has been held as to claims against HACS by Mr. Ventress and arbitration award is anticipated to be filed by 11/19/2007.

3) Other matters. Status Conference Re: Arbitration Setting in HACS/Crawford Case will be held on 9/4/2007 at 9:00 AM before Magistrate Judge Leslie E. Kobayashi.

Defendant JAL will not be filing for certiorari from the 9th CCA decision.

Rule 16 Scheduling Conference held in JAL/Crawford and JAL/Ventress Cases and matters set for trial for 6/24/2008. **Amended** Rule 16 Scheduling Order to be issued.

Amended Initial Disclosures to be exchanged by 9/4/2007.

Discovery Conference to be held on 10/9/2007 at 09:00 AM before Magistrate Judge Leslie E. Kobayashi.

Case has been severed by Judge Samuel P. King as of 10/20/04. Therefore, Counsel need only appear at hearings on matters involving their clients.

Submitted by: Warren N. Nakamura, Courtroom Manager