# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Japan Airlines, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/20/2007 | TIME: | |

COURT ACTION:  EO: New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on June 24, 2008 at 9:00 a.m. before SPK
2. Final Pretrial Conference on May 13, 2008 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by May 6, 2008
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **March 27, 2008**
7. File Dispositive Motions by January 23, 2008
8a. File Motions in Limine by June 3, 2008
8b. File opposition memo to a Motion in Limine by June 10, 2008
11a. Plaintiff's Expert Witness Disclosures by December 24, 2007
11b. Defendant's Expert Witness Disclosures by January 23, 2008
12. Discovery deadline April 25, 2008
13. Settlement Conference set for **on call**  before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by June 10, 2008
21. File Final witness list by June 3, 2008
24. Exchange Exhibit and Demonstrative aids by May 27, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by June 3, 2008
26. File objections to the Exhibits by June 10, 2008
28a. File Deposition Excerpt Designations by June 3, 2008
28b. File Deposition Counter Designations and Objections by June 10, 2008
29. File Trial Brief by June 10, 2008
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters**:  Discovery Conference set for 9:00 10/9/07, LEK.  Amended Initial Disclosures to be exchanged by 9/4/07. Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00451SPK-LEK;
Martin Ventress, et al. Vs. Japan Airlines, Inc.;
Rule 16 Scheduling Conference Minutes
08/20/2007