ORIGINAL

LAW OFFICES OF
WILLIAM FENTON SINK

WILLIAM FENTON SINK #3546
Dillingham Transportation Bldg.
735 Bishop Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: 531-7162

Attorney for Plaintiff
MARTIN VENTRESS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 23 2007
at 1 o'clock and __ min. P.M.
SUE BEITIA CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAI'I AVIATION CONTRACT SERVICES, INC,; DOES 1-10,<br><br>    Defendants. | CIVIL NO. CV 03-451 SPK-LEK<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**NOTICE OF APPEARANCE OF COUNSEL**

TO:   SHAWN A. LUIZ, ESQ.
      800 City Center
      810 Richards Street
      Honolulu, Hawai'i 96813

      Attorney for Plaintiff
      JACK CRAWFORD

      CARL H. OSAKI, ESQ.
      1510 Pioneer Plaza
      900 Fort Street
      Honolulu, Hawai'i 96813

      Attorney for Defendant
      HAWAI'I AVIATION CONTRACT SERVICES, INC.

ORIGINAL

ANDREW L. PEPPER, ESQ.
JOSEPH FRANCIS KOTOWSKI, III, ESQ.
*Carlsmith Ball, LLP*
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorney for Defendants

William Fenton Sink hereby enters his appearance as counsel for Plaintiff in the above captioned actions pursuant to the Federal Rules of Civil Procedure, Rule 11 and LR 83.6(a).

Dated: Honolulu, Hawai'i, _____AUG 2 3 2007_____.

_____
WILLIAM FENTON SINK
Attorney for Plaintiff
MARTIN VENTRESS