CARLSMITH BALL LLP

ANDREW L. PEPPER               5141-0
STEVEN M. EGESDAL              4511-0
JOSEPH F. KOTOWSKI, III        7973-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **INITIAL DISCLOSURES**; CERTIFICATE OF SERVICE<br><br><br><br>TRIAL DATE: June 24, 2008 |

**DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S
INITIAL DISCLOSURES**

Defendants JAPAN AIRLINES and JALWAYS CO., LTD. ("Defendants"), submit their initial disclosures in accordance with Rule 26(a) of the Federal Rules of Civil Procedure, Local Rule 26.1(a), and the Amended Rule 16 Scheduling Order, filed August 21, 2007.

The information identified herein is based on information known to Defendants and/or reasonably available to Defendants as of this date. Factual and legal investigations are continuing. By making these disclosures and identifying certain individuals and document categories, Defendants do not represent that they are identifying every document, tangible thing or witness that may be relevant to the issues in this lawsuit, or on which Defendants may rely in support of their defenses. Nor do Defendants waive their rights to object to the disclosure of any person, document or thing on the basis of any applicable privilege, the work product doctrine, relevancy, competency, materiality, undue burden, hearsay, or any other valid objection in response to any discovery request or proceeding in this case. Further, Defendants reserve all rights to present at trial additional witnesses and evidence not presently identified in or encompassed by these disclosures, and to present any rebuttal or impeachment evidence they deem appropriate. Further, Defendants reserve the right to name additional witnesses at the time, and in the sequence directed by the Court in pretrial scheduling orders.

A.    Name, Last Known Address, and Telephone Number of Individuals
       Likely to Have Discoverable Information Relevant to the Case

Pursuant to Rule 26(a)(1)(A), Defendants hereby disclose the names and, if

known, the addresses and telephone numbers of persons who may have knowledge

of facts pertinent to the claims or defenses asserted in this case.  Defendants do not

concede that the testimony of any of these individuals is relevant, would lead to the

discovery of relevant evidence, or is otherwise admissible in this action.

Defendants also do not concede that the provision of an identified person's

telephone number or address waives, diminishes, or extinguishes Rule 4.2 of the

Hawaii Rules of Professional Conduct.  Counsel for Plaintiffs are reminded of the

prohibitions contained in that rule against *ex parte* communications with a person

represented by counsel, including, but not limited to, *ex parte* communications

with persons comprising the control group of a corporate party.

| Name/Address/Telephone Number | Subject of Knowledge |
| --- | --- |
| 1.  Martin Ventress<br>c/o William F. Sink, Esq.<br>735 Bishop Street, Suite 420<br>Honolulu, Hawaii 96813 | Liability and damages |
| 2.  Jack Crawford<br>c/o Shawn A. Luiz, Esq.<br>810 Richards Street, Suite 800<br>Honolulu, Hawaii 96813 | Liability and damages |
| 3.  Katsuto Kamiyama<br>Address Presently Unknown | Liability and damages |

4.  Kazuo Hanami                                              Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

5.  Jun Shimada                                               Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

6.  Kozo Nakabayashi                                          Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

7.  Kenji Yamada                                              Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

8.  Captain Kobota                                            Liability and damages
    Address Presently Unknown

9.  Katsumi Chiyo                                             Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

10. Hiroyasu Iwai                                             Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

11. Ichiro Kadoki                                             Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

5.

| | |
|---|---|
| 12. Kiyoshi Takei<br>3-6-8, Tokyo International Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | Liability and damages |
| 13. Hideki Tokuda<br>3-6-8, Tokyo International Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | Liability and damages |
| 14. Mikio Suzuki<br>3-6-8, Tokyo International Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | Liability and damages |
| 15. Yutaka Sasaki<br>3-6-8, Tokyo International Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | Liability and damages |
| 16. Lisa Furukawa<br>3-6-8, Tokyo International Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | Liability and damages |
| 17. Ichiro Asukata, M.D.<br>3-6-8, Tokyo International Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | Liability and damages |
| 18. Hideki Ando, M.D., Ph.D.<br>3-6-8, Tokyo International Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | Liability and damages |
| 19. Masanobu Kaji, M.D., Ph.D.<br>3-6-8, Tokyo International Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | Liability and damages |

4825-7681-7153.2.051729-00005                                5.

20. Naoki Matsunaga, M.D., Ph.D.                    Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

21. Chikako Inomata                                 Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

22. Yuichiro Kito                                   Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

23. Mayumi Akihisa                                  Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

24. Masahide Ochi                                   Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

25. Isao Kaneko                                     Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

26. Yukio Ohtani                                    Liability and damages
    3-6-8, Tokyo International Airport, Haneda
    Ohta-ku, Tokyo 144
    JAPAN

7.

27. John S. Carroll                              Liability and damages
    c/o Carl Osaki
    Pioneer Plaza, Suite 1510
    900 Fort Street
    Honolulu, HI 96813

28. Francis Tabata                               Liability and damages
    c/o Carl Osaki

29. Eizo "Eddie" Kawamura                        Liability and damages
    c/o Carl Osaki

30. Keith Bertiaux                               Liability and damages
    c/o Carl Osaki

31. Michael Silva                                Liability and damages
    c/o Carl Osaki

32. Kathi Kuboyama                               Liability and damages
    c/o Carl Osaki

33. Tracy Ansai                                  Liability and damages
    c/o Carl Osaki

34. Mike Hudgins                                 Liability and damages
    c/o Carl Osaki

35. Tony Frieberg                                Liability and damages
    c/o Carl Osaki

36. Sydney Wong                                  Liability and damages
    c/o Carl Osaki

37. Robyn Kono                                   Liability and damages
    c/o Carl Osaki

38. William Tsushima, M.D., Ph.D.                Damages
    888 South King Street
    Honolulu, HI 96813

39. Henry D. Harris, M.D.                          Damages
    3756 Santa Rosalia Drive, Suite 100
    Los Angeles, CA 90008

40. Dr. Noguchi                                     Damages
    Address Presently Unknown

41. James N. Butcher, Ph.D.                         Damages
    9601 S. Sepulveda Blvd.
    Los Angeles, CA 90045
    (310) 215-6020

42. Deborah A. Agles, M.D., MPH                     Damages
    839 South Beretania Street
    Honolulu, Hawaii 96813

43. Dawit Mamo, M.D.                                Damages
    18523 Corwin Road, Suite I
    Apple Valley, CA 92307
    (760) 242-4000

44. Jack H. Scaff, Jr., M.D.                        Damages
    50 South Beretania Street, C-211A
    Honolulu, HI 96813
    (808) 533-1882

45. Garrett O. Connor, M.D.                         Damages
    9100 S. Sepulveda Blvd., Suite 123
    Los Angeles, CA 90045

46. Jeffrey Tash, M.D.                              Damages
    120 Kaiulani Avenue
    Honolulu, HI 96815

47. Bryan K. Nichols, Ph.D.                         Damages
    9911 Pico Blvd., Suite 1550
    Los Angeles, CA 90035
    (310) 284-8060

48. Ike Ohiaeri, M.D.                                    Damages
    16519 Victor Street, Suite 403
    Victorville, CA 92392
    (760) 843-0506

49. Lawrence Marinelli, M.D.                             Damages
    9601 S. Sepulveda Blvd.
    Los Angeles, CA 90045
    (310) 215-6020

50. William F. Brath, M.D.                               Damages
    9601 S. Sepulveda Blvd.
    Los Angeles, CA 90045
    (310) 215-6020

51. Kenneth Karotkin, Ph.D.                              Damages
    9601 S. Sepulveda Blvd.
    Los Angeles, CA 90045
    (310) 215-6020

52. Kiyoshi Moue                                         Liability and damages
    2-1-3 Kasumigaseki
    Chiyoda-ku, Tokyo 100-8989 Japan

53. Robert A. Edwards                                    Liability and damages
    831 Mitten Road, Room 105
    Burlingame, CA 94010
    (650) 876-2771

54. Christopher Lee                                      Liability and damages
    Address Presently Unknown

    Defendants recognize their duty to supplement this list as appropriate under

Rule 26(e)(1), and reserve the right to supplement this list and to call rebuttal and

impeachment witnesses if needed.

B.      Documents, Data Compilations, and Tangible Things in the
        <u>Possession, Custody, or Control of Defendant</u>

In compliance with Rule 26(a)(1)(B), Defendants hereby identify the

following documents, data compilations and/or tangible things that Defendants

may rely on to support their claims or defenses, unless solely for impeachment.

Defendants do not concede that any of these documents, data compilations and/or

tangible things are relevant, would lead to the discovery of relevant evidence, or

are otherwise admissible in this action.  Likewise, Defendants do not intend to

waive any applicable privilege or protection for these documents or any other

documents as a result of any production of these documents, data compilations

and/or tangible things.

1.      Pilot Contract between Hawaii Aviation Contract Services, Inc.
        and Martin Ventress, dated October 19, 1992;

2.      Pilot Contract between Hawaii Aviation Contract Services, Inc.
        and Jack Crawford, dated November 1, 1992;

3.      Letter of Acknowledgement Re: Pilot Contract, initialed and
        signed by Martin Ventress on October 19, 1992;

4.      Letter of Acknowledgement Re: Pilot Contract, initialed and
        signed by Jack Crawford on November 1, 1992;

5.      Letter from Frank Tabata to Martin Ventress, dated
        February 18, 2003;

6.      Letter from Frank Tabata to Jack Crawford, dated
        December 26, 2001;

7.      Available medical records for Martin Ventress and/or Jack
        Crawford;

8.    Available correspondence regarding Martin Ventress and/or Jack Crawford;

9.    Available employment-related documents and records for Martin Ventress and/or Jack Crawford, including, but not limited to, documents from the Japan Civil Aviation Bureau;

10.    Available documents and records for Martin Ventress and/or Jack Crawford regarding training, testing, safety, skill, and psychiatric and/or psychological competency to operate passenger airliners;

11.    Documents produced in discovery.

Defendants reserve the right to supplement this list and to disclose rebuttal and impeachment documents if needed. Documents available for inspection and copying do not include privileged and/or otherwise protected documents and/or confidential and/or proprietary documents that may otherwise be produced later subject to an appropriate protective order and/or confidentiality agreement (including, but not limited to, protective orders and/or confidentiality agreements previously entered into by Plaintiffs' prior legal counsel).

C.    Computation of any Category of Damages Claimed

Defendants claim no damages in this matter at the present time, but have incurred and will continue to incur attorneys' fees and costs in the defense of this action. Accordingly, Defendants reserve the right to claim damages for torts relating to malicious litigation, including, but not limited to, the torts of malicious prosecution and abuse of process.

D.    <u>Insurance Agreement</u>

Not Applicable.

E.    <u>Disclosure of Expert Testimony</u>

Defendants have not yet retained an expert for the purpose of giving

testimony at trial.  Defendants reserve the right to name such witness(es) at the

time and in the sequence directed by the Court in pretrial scheduling orders.

DATED:  Honolulu, Hawaii, September 4, 2007.


/s/ Joseph F. Kotowski, III
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.