IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following via U.S. mail, postage prepaid, at their last known address on the date indicated below:

WILLIAM F. SINK, ESQ.
735 Bishop Street, Suite 420
Honolulu, HI 96813

Attorney for Plaintiff
MARTIN VENTRESS

SHAWN A. LUIZ, ESQ.
810 Richards Street, Suite 800
Honolulu, HI 96813

Attorney for Plaintiff
JACK CRAWFORD

4825-7681-7153.2.051729-00005

2.

DATED: Honolulu, Hawaii, September 4, 2007.

/s/ Joseph F. Kotowski, III
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.