CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD, <br><br>          Plaintiffs, <br><br>     vs. <br><br> JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive, <br><br>          Defendants. | CIVIL NO. CV 03-00451 SPK-LEK <br><br> **NOTICE OF APPEARANCE**; CERTIFICATE OF SERVICE <br><br><br><br> TRIAL DATE: June 24, 2008 |

## NOTICE OF APPEARANCE

TO:   WILLIAM F. SINK, ESQ.
       735 Bishop Street, Suite 420
       Honolulu, HI 96813

       Attorney for Plaintiff
       MARTIN VENTRESS

       SHAWN A. LUIZ, ESQ.
       810 Richards Street, Suite 800
       Honolulu, HI 96813

       Attorney for Plaintiff
       JACK CRAWFORD

PLEASE TAKE NOTICE that attorney STEVEN M. EGESDAL hereby enters his appearance as co-counsel for Defendants JAPAN AIRLINES and JALWAYS CO., LTD. ("Defendants"), pursuant to Rule 11 of the Federal Rules of Civil Procedure and LR 83.6(a), and requests that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served to:

              CARLSMITH BALL LLP
              ANDREW L. PEPPER    5141-0
              STEVEN M. EGESDAL 4511-0
              JOSEPH F. KOTOWSKI, III    7973-0
              ASB Tower, Suite 2200
              1001 Bishop Street
              Honolulu, Hawaii 96813
              Tel No. 808.523.2500
              Fax No. 808.523.0842
              apepper@carlsmith.com
              segesdal@carlsmith.com
              jkotowski@carlsmith.com

3.

DATED:  Honolulu, Hawaii, September 5, 2007.

/s/ Steven M. Egesdal
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.