# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Martin Ventress, et al. Vs. Hawaii Aviation Contract Services, Inc. |
| ATTYS FOR PLA: | Shawn A. Luiz |
| ATTYS FOR DEFT: | Carl H. Osaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/04/2007 | TIME: | 9:27-9:35 |

COURT ACTION: EP: Status Conference Re: Arbitration Setting in HACS/Crawford Case held.

Status Letter regarding HACS/Crawford arbitration to be sent by 9/18/07.

Status Letter regarding Motion to Amend issue in Ventress/Japan Airlines case to be sent by 9/18/07.

Submitted by: Warren N. Nakamura, Courtroom Manager