CARLSMITH BALL LLP

ANDREW L. PEPPER        5141-0
STEVEN M. EGESDAL       4511-0
JOSEPH F. KOTOWSKI      7973-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO. LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1 - 10, inclusive<br><br>Defendants. | CIVIL NO. 03-00451 SPK/LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **NOTICE OF AVAILABILITY OF EMBASSY DEPOSITION DATES AND JAPANESE MINISTRY OF FOREIGN AFFAIRS BAN ON TELEPHONIC DEPOSITIONS;** CERTIFICATE OF SERVICE |

2.

DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **NOTICE OF AVAILABILITY OF EMBASSY DEPOSITION DATES AND JAPANESE MINISTRY OF FOREIGN AFFAIRS <u>BAN ON TELEPHONIC DEPOSITIONS</u>**

TO: SHAWN A. LUIZ, ESQ.
800 City Center
810 Richards Street
Honolulu, Hawaii  96813

Attorney for Plaintiff
JACK CRAWFORD

WILLIAM F. SINK, ESQ.
735 Bishop Street, Suite 420
Honolulu, Hawaii  96813

Attorney for Plaintiff
MARTIN VENTRESS

NOTICE IS HEREBY GIVEN TO PLAINTIFFS THAT:

a) The United States Embassy in Tokyo, Japan ("U.S. Embassy") informed Defendants that as of the date of this notice there are no available deposition dates available for depositions at the U.S. Embassy and, thus, pursuant to Article 17 of the Consular Convention and Protocol Between the United States of America and Japan, entered into force August 1, 1964 ("Consular Convention"), no depositions may be taken in the U.S. Embassy during the remainder of calendar year 2007; and

  b) The U.S. Embassy informed Defendants that as of August 29, 2007, the currently available dates for depositions in Japan under the Consular Convention during calendar year 2008 are as follows:

   1) From January 2 to January 25;

   2) From February 14 to February 22;

   3) March 10 and onward.

  c) The U.S. Embassy informed Defendants that available deposition dates in Japan at the U.S. Embassy, to be taken under the Consular Convention, are quickly taken and that any party wishing to reserve a date should act expeditiously.

  d) The U.S. Embassy informed Defendants that the Japanese Ministry of Foreign Affairs has held that telephonic depositions of a deponent in Japan by a lawyer not physically present in Japan are not permissible under the Consular Convention, that all parties to a deposition in Japan must be physically present in Japan and, accordingly, the U.S. Embassy will not permit the taking of telephonic depositions in violation of Japan's implementation of the Consular Convention.

  e) The U.S. Embassy has stated the following:

> [D]epositions are controlled by detailed agreements between the United States and the Government of Japan, and procedures cannot be modified or circumvented. Orders by U.S. courts cannot compel the Government of

Japan to amend or overlook its judicial regulations and procedures. In addition, the Embassy cannot compel the Government of Japan to act faster, or in a way more convenient or beneficial to any party, even with a U.S. court order requesting such action.

f) Counsel for Plaintiffs are urged to act immediately to secure deposition dates in Japan at the U.S. Embassy in Tokyo, pursuant to the Consular Convention, and to begin the lengthy and complicated process of obtaining all forms of permissions and agreements and documentation, including but not limited to letters rogatory, special entry visas, commissions for Consul and Vice Consul, and the Statement of Concurrence, necessary to take depositions in Japan.

g) Counsel for Plaintiffs are urged to raise any question or issue they may have regarding depositions in Japan no later than the time of the Discovery Conference of Counsel on Friday, October 5, 2007. Counsel for Defendants hereby state their willingness to discuss any such question or issue at any time prior to the Discovery Conference of Counsel and request Plaintiffs' counsel to please contact Defendants' counsel as soon as possible regarding any such question or issue.

//

//

//

//

5.

DATED: Honolulu, Hawaii, September 6, 2007.

<u>/s/ Andrew L. Pepper</u>
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.