IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO.  CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following party via U.S. mail, postage prepaid, at their last known address on the date indicated below:

    WILLIAM F. SINK, ESQ.
    735 Bishop Street, Suite 420
    Honolulu, Hawaii  96813

    Attorney for Plaintiff
    Martin Ventress

    SHAWN A. LUIZ, ESQ.
    810 Richard Street, Suite 800
    Honolulu, Hawaii  96813

    Attorney for Plaintiff
    Jack Crawford

4826-5572-1729.1.051729-00005

2.

DATED:  Honolulu, Hawaii, September 6, 2007.

>/s/ Andrew L. Pepper
> ANDREW L. PEPPER
> STEVEN M. EGESDAL
> JOSEPH F. KOTOWSKI
>
> Attorneys for Defendants
> JAPAN AIRLINES AND JALWAYS
> CO., LTD.