CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO. LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1 - 10, inclusive<br><br>    Defendants. | CIVIL NO.  03-00451 SPK/LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **NOTICE OF DISCOVERY CONFERENCE OF COUNSEL**; CERTIFICATE OF SERVICE<br><br>DATE:  10/5/2007<br>TIME:   2:00 p.m.<br>PLACE:  Carlsmith Ball, LLP<br>             2200 ASB Tower<br>             1001 Bishop Street<br>             Honolulu, Hawaii  96813 |

4846-4349-4145.1.051729-00005

DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S
**NOTICE OF DISCOVERY CONFERENCE OF COUNSEL**

TO:   SHAWN A. LUIZ, ESQ.
      800 City Center
      810 Richards Street
      Honolulu, Hawaii  96813

      Attorney for Plaintiff
      JACK CRAWFORD

      WILLIAM F. SINK, ESQ.
      735 Bishop Street, Suite 420
      Honolulu, Hawaii  96813

      Attorney for Plaintiff
      MARTIN VENTRESS

NOTICE IS HEREBY GIVEN to counsel for the Plaintiffs that, pursuant to the instructions of Magistrate Judge Leslie E. Kobayashi, a Discovery Conference of Counsel will be held at the offices of Carlsmith Ball LLP, 2200 ASB Tower, 1001 Bishop Street, Honolulu, Hawaii, on Friday, October 5, 2007 at 2:00 p.m.

All counsel are invited and encouraged to attend the Discovery Conference of Counsel.  All counsel are requested to bring a list of proposed deponents and proposed deposition dates, times, and locations to the Discovery Conference of Counsel.  If any dispositive motions shall be pending at the time of the Discovery Conference of Counsel, counsel for parties opposing any such

motions are requested to be prepared to raise and discuss any requests for stipulations regarding Rule 56(f) continuances related to such motions.

DATED: Honolulu, Hawaii, September 6, 2007.

<u>/s/ Andrew L. Pepper</u>
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.