IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO.  CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
---

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following party via U.S. mail, postage prepaid, at their last known address on the date indicated below:

>WILLIAM F. SINK, ESQ.
>735 Bishop Street, Suite 420
>Honolulu, Hawaii  96813
>
>Attorney for Plaintiff
>Martin Ventress
>
>SHAWN A. LUIZ, ESQ.
>810 Richard Street, Suite 800
>Honolulu, Hawaii  96813
>
>Attorney for Plaintiff
>Jack Crawford

2.

DATED:  Honolulu, Hawaii, September 6, 2007.

        /s/ Andrew L. Pepper
        ANDREW L. PEPPER
        STEVEN M. EGESDAL
        JOSEPH F. KOTOWSKI

        Attorneys for Defendants
        JAPAN AIRLINES AND JALWAYS
        CO., LTD.