CARLSMITH BALL LLP

| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| MARTIN VENTRESS AND JACK CRAWFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | CIVIL NO. CV 03-00451 SPK-LEK <br><br> CERTIFICATE OF SERVICE (RE: NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS OF DESIGNATED EXPERT WITNESS; QUESTIONS; EXHIBIT "A") [CUSTODIAN OF RECORDS VENETIA CARPENTER-ASUI, ESQ.] |

2.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following party via U.S. mail, postage prepaid, at their last known address on the date indicated below:

WILLIAM FENTON SINK, ESQ.
Dillingham Transportation Bldg.
735 Bishop Street, Suite 400
Honolulu, Hawaii 96813

Attorney for Plaintiff
MARTIN VENTRESS

SHAWN A. LUIZ, ESQ.
800 City Center
810 Richards Street
Honolulu, Hawaii 96813

Attorney for Plaintiff
JACK CRAWFORD

Dated: Honolulu, Hawaii, September 10, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.