CARLSMITH BALL LLP

ANDREW L. PEPPER         5141-0
STEVEN M. EGESDAL        4511-0
JOSEPH F. KOTOWSKI, III  7973-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>  vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>NOTICE OF WITHDRAWAL OF SUBPOENA DUCES TECUM SERVED UPON THE CUSTODIAN OF RECORDS FOR VENETIA K. CARPENTER-ASUI; CERTIFICATE OF SERVICE |

## NOTICE OF WITHDRAWAL OF SUBPOENA DUCES TECUM SERVED UPON THE CUSTODIAN OF RECORDS FOR VENETIA K. CARPENTER-ASUI

TO:   WILLIAM FENTON SINK, ESQ.
       Dillingham Transportation Bldg.
       735 Bishop Street, Suite 400
       Honolulu, Hawaii 96813

       Attorney for Plaintiff
       MARTIN VENTRESS

       SHAWN A. LUIZ, ESQ.
       800 City Center
       810 Richards Street
       Honolulu, Hawaii 96813

       Attorney for Plaintiff
       JACK CRAWFORD

Defendants JAPAN AIRLINES and JALWAYS CO., LTD. ("Defendants"), by and through their undersigned counsel, Carlsmith Ball LLP, hereby withdraw, without prejudice, Defendants' Subpoena Duces Tecum served upon the Custodian of Records for Venetia Carpenter-Asui, Esq. for appearance on September 21, 2007 at 9:00 a.m.

//

//

//

//

//

4816-6894-9505.1.051729-00005

Dated: Honolulu, Hawaii, September 17, 2007.

                                            /s/ Andrew L. Pepper
                                            ANDREW L. PEPPER
                                            STEVEN M. EGESDAL
                                            JOSEPH F. KOTOWSKI, III

                                            Attorneys for Defendants
                                            JAPAN AIRLINES and
                                            JALWAYS CO., LTD.