IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following party via U.S. mail, postage prepaid, at their last known address on the date indicated below:

WILLIAM FENTON SINK, ESQ.
Dillingham Transportation Bldg.
735 Bishop Street, Suite 400
Honolulu, Hawaii 96813

Attorney for Plaintiff
MARTIN VENTRESS

SHAWN A. LUIZ, ESQ.
800 City Center
810 Richards Street
Honolulu, Hawaii 96813

Attorney for Plaintiff
JACK CRAWFORD

4816-6894-9505.1.051729-00005

2.

VENETIA K. CARPENTER-ASUI, ESQ.
820 Mililani Street, Suite 812
Honolulu, Hawaii  96813

Former Counsel for Plaintiff
MARTIN VENTRESS

Dated: Honolulu, Hawaii, September 17, 2007.

            /s/ Andrew L. Pepper
            ANDREW L. PEPPER
            STEVEN M. EGESDAL
            JOSEPH F. KOTOWSKI, III

            Attorneys for Defendants
            JAPAN AIRLINES and
            JALWAYS CO., LTD.