CARLSMITH BALL LLP

ANDREW L. PEPPER     5141-0
STEVEN M. EESDAL     4511-0
JOSEPH F. KOTOWSKI     7973-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES AND JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD, | CIVIL NO. CV 03-00451 SPK-LEK |
| Plaintiffs, | DECLARATION OF MARTIN A. CERVANTES, ESQ. |
| vs. | |
| JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, Inclusive, | |
| Defendants. | |

1
DECLARATION OF MARTIN A. CERVANTES, ESQ.

## DECLARATION OF MARTIN A. CERVANTES, ESQ.

I, Martin A. Cervantes, Esq., declare:

1. I am an attorney at law with my principal place of practice at 1706 Plum Lane, Suite 101, Redlands, California 92374. I am licensed to practice law in the State of California and in the Central District of California, United States District Court. I make this declaration of my own personal knowledge and if called as a witness I could and would competently testify to the matters stated herein.

2. I am former counsel to Plaintiff Martin Ventress in his action against Japan Airlines, et al.

3. In approximately October 10, 2003, the United States District Court, District of Hawaii, granted my petition to withdraw as counsel for Martin Ventress due to the transfer from the District Court for the Central District of California to the District Court of Hawaii.

4. On information and belief, plaintiff's current legal counsel, Willy Sink, inadvertently named me as an expert witness on behalf of plaintiff Martin Ventress. In fact, neither Mr. Willy Sink nor Mr. Martin Ventress have retained me as an expert. In fact, I cannot serve as an expert witness for plaintiff Martin Ventress since I was his former counsel in this

matter and as such all communications with Mr. Ventress are privileged and protected by the work product rule.

5.  Since I have not been retained as an expert witness on behalf of plaintiff Martin Ventress, or his counsel, Willy Sink, I have not been asked to review, analyze, or opine on any subject, fact, or issue relating to, pertaining to, or referring to the claims in these proceedings that have been asserted by plaintiff Martin Ventress and that are being currently prosecuted by his counsel, Willy Sink.

6.  I have formed no expert witness opinions in this matter.

7.  I refuse and decline to be retained or used as an expert witness in these proceedings on behalf of plaintiff Martin Ventress or his counsel, Willy Sink.

8.  This declaration is filed pursuant to 28 U.S.C. § 1742(2).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Redlands, California on September 20, 2007.

_____
MARTIN A. CERVANTES, ESQ.