CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD,<br><br>       Plaintiffs,<br><br>   vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>       Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Declaration of Martin A. Cervantes, Esq. filed on September 20, 2007 will be served upon the following parties on the date(s) and by the method(s) of service noted below:

Served Electronically through CM/ECF on September 20, 2007:

>CARL H. OSAKI, ESQ. (Email: cho@hawaii.rr.com)
>Attorney for Defendant
>HAWAII AVIATION CONTRACT SERVICES, INC.

Served by First Class Mail on September 21, 2007:

>WILLIAM FENTON SINK, ESQ.
>Dillingham Transportation Bldg.
>735 Bishop Street, Suite 420
>Honolulu, Hawaii  96813
>
>Attorney for Plaintiff
>MARTIN VENTRESS
>
>SHAWN A. LUIZ, ESQ.
>800 City Center
>810 Richards Street
>Honolulu, Hawaii  96813
>
>Attorney for Plaintiff
>JACK CRAWFORD

Dated: Honolulu, Hawaii, September 20, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.