CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO.  CV 03-00451 SPK-LEK<br><br>NOTICE OF WITHDRAWAL OF SUBPOENA DUCES TECUM SERVED UPON THE CUSTODIAN OF RECORDS FOR MARTIN A. CERVANTES, ESQ.; CERTIFICATE OF SERVICE |

## NOTICE OF WITHDRAWAL OF SUBPOENA DUCES TECUM SERVED UPON THE CUSTODIAN OF RECORDS FOR <u>MARTIN A. CERVANTES, ESQ.</u>

TO: WILLIAM FENTON SINK, ESQ.
Dillingham Transportation Bldg.
735 Bishop Street, Suite 400
Honolulu, Hawaii 96813

Attorney for Plaintiff
MARTIN VENTRESS

SHAWN A. LUIZ, ESQ.
800 City Center
810 Richards Street
Honolulu, Hawaii 96813

Attorney for Plaintiff
JACK CRAWFORD

Defendants JAPAN AIRLINES and JALWAYS CO., LTD. ("Defendants"), by and through their undersigned counsel, Carlsmith Ball LLP, hereby withdraw, without prejudice, Defendants' Subpoena Duces Tecum served upon the Custodian of Records for Martin A. Cervantes, Esq. for appearance on September 25, 2007 at 9:00 a.m.

//
//
//
//
//

Dated: Honolulu, Hawaii, September 21, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.