IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing will be served upon the following parties on the date(s) and by the method(s) of service noted below:

Served Electronically through CM/ECF on September 21, 2007:

　　CARL H. OSAKI, ESQ. (Email: cho@hawaii.rr.com)
　　Attorney for Defendant
　　HAWAII AVIATION CONTRACT SERVICES, INC.

Served by First Class Mail on September 21, 2007:

　　WILLIAM FENTON SINK, ESQ.
　　Dillingham Transportation Bldg.
　　735 Bishop Street, Suite 420
　　Honolulu, Hawaii  96813

　　Attorney for Plaintiff
　　MARTIN VENTRESS

4817-8285-1841.1.051729-00005

2.

SHAWN A. LUIZ, ESQ.
800 City Center
810 Richards Street
Honolulu, Hawaii 96813

Attorney for Plaintiff
JACK CRAWFORD

MARTIN A. CERVANTES, ESQ.
1706 Plum Lane, Suite 101
Redlands, California 92374

Former Counsel for Plaintiff
MARTIN VENTRESS

Dated: Honolulu, Hawaii, September 21, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.