# MINUTES

CASE NUMBER:   CIVIL NO. 03-00451SPK-LEK

CASE NAME:   Jack Crawford and Martin Ventress vs. Japan Airlines, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi            REPORTER:

DATE:   09/21/2007                      TIME:

---

COURT ACTION:  EO: Findings and Recommendation Regarding Plaintiff Jack Crawford's Appeal of Magistrate's Order Entered September 29, 2004, filed October 14, 2004.

On September 18, 2007, Defendants Japan Airlines and Jalways Co., Ltd. (collectively "Defendants") submitted their status letter in this matter. Plaintiff Jack Crawford ("Crawford") submitted his status letter on September 19, 2007.

At hand is the status of this Court's Order Denying Plaintiff Jack Crawford's Motion to Amend Complaint, filed September 29, 2004 ("Order") for which Crawford filed, on October 14, 2004, an appeal to the district judge ("Appeal"). Plaintiff Martin Ventress ("Ventress") filed a joinder in Crawford's Appeal on October 19, 2004. The district judge deemed the Appeal moot after he granted Defendants' motions for judgment on the pleadings. [Order Severing Defendants and Granting Defendant Japan Airlines and Jalways Co., Ltd.'s (1) Motion for Judgment on the Pleadings (Regarding Emotional Distress Claims); and (2) Motion for Judgment on the Pleadings and/or for Summary Judgment (Regarding the FCN Treaty), filed October 20, 2004.] However, on April 24, 2007, the district judge's decision was reversed on appeal by the Ninth Circuit Court of Appeals. In remanding this matter, the appellate court directed the district court to consider Crawford's Appeal of this Court's Order.

This Court therefore FINDS that the Appeal is pending before the district judge and that the district judge should determine: whether or when Crawford and/or Ventress shall be permitted to submit supplemental briefing; when Defendants are to file an opposition to the Appeal; and whether or when Crawford and/or Ventress shall be permitted to file replies. This Court RECOMMENDS that the district judge issue a

briefing schedule regarding Crawford's Appeal.

This Court declines to rule upon Defendants' request that Crawford's Appeal be dismissed for failing to file timely pursuant to Local Rule LR74.1, as this request is more appropriately raised before the district judge.

IT IS SO FOUND AND RECOMMENDED.

Submitted by: Warren N. Nakamura, Courtroom Manager