| Attorney or Party without Attorney:<br>CARLSMITH BALL LLP<br>2100 ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Telephone No: (808) 523-2500 | For Court Use Only |
|---|---|

| Attorney for: Defendant | Ref. No. or File No.:<br>051729-00005 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

United States District Court Central District Of California

Plaintiff: MARTIN VENTRESS, et al.,

Defendant: HAWAII AVIATION CONTRACT SERVICES, INC.

| **PROOF OF SERVICE**<br>**Subpoena in a Civil Case** | Hearing Date:<br>Tue, Sep. 25, 2007 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>CV 03-451 SPK-LEK |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUBPOENA IN A CIVIL CASE; ; EXHIBIT "1"

3.  a. *Party served:*      MARTIN CERVANTES, ESQ.
    b. *Person served:*   Glenda, paralegal who took documents in hand and delivered them to Martin Cervantes, Esq. in another part of the office. She returned and indicated that he accepts service.

4.  *Address where the party was served:*   1706 Plum Lane, Suite 101
                                        Redlands, CA 92374

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Sep. 12, 2007 (2) at: 1:20PM
    b. *I received this subpena for service on:*   Wednesday, September 12, 2007

6.  *Witness fees were offered or demanded, and paid:*   $40.00

7.  *Person Who Served Papers:*                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Gary Swanberg
    b. **CLSS – NationWide Service Center (NWSC)**      d.  *The Fee for Service was:*   $245.75
        2522 Lower Mason Creek Road              e.  I am: (3) registered California process server
        Bandera, TX 78003                        (i)   Owner
    c. (800) 899-2577, FAX (800) 998-2577        (ii)  Registration No.:   320
                                               (iii) County:        Riverside

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date:Thu, Sep. 13, 2007

Rule 982.9.(a)&(b) Rev January 1, 2007              **PROOF OF SERVICE**               (Gary Swanberg)
Judicial Council Form                           Subpoena in a Civil Case                      5232500.54076