ORIGINAL

SHAWN A. LUIZ     6855
810 Richards Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile: (808) 538-0600
attorneyLuiz@msn.com

Attorney for Plaintiff
JACK CRAWFORD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 25 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10,<br><br>Defendants. | CIVIL NO. 03-451 SPK-LEK<br>(Civil Rights)<br><br>CERTIFICATE OF SERVICE<br>(Re: PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY two copies of the foregoing were served upon Defendants, by and through their Counsel, by facsimile (one copy only)/U.S. Mail (2 copies) addressed as follows:

Andrew L. Pepper, Esq.
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
808.523.0842 (fax)

Attorney for JAPAN AIRLINES;
JALWAYS CO., LTD., A SUBSIDIARY
OF JAPAN AIRLINES


Carl Osaki, Esq.
Pioneer Plaza
Suite 1510
900 Fort Street Mall
Honolulu, Hawaii 96813
Facsimile (808) 521-3566

Attorney for Defendant
Hawaii Aviation Contract Services, Inc.


DATED: Honolulu, Hawaii, September 25, 2007.

SHAWN A. LUIZ
Attorney for Plaintiff
JACK CRAWFORD