IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing will be served upon the following parties on the date(s) and by the method(s) of service noted below:

**Served by First Class Mail and Facsimile on October 8, 2007:**

WILLIAM FENTON SINK, ESQ.
Dillingham Transportation Bldg.
735 Bishop Street, Suite 420
Honolulu, Hawaii  96813

Attorney for Plaintiff
MARTIN VENTRESS

SHAWN A. LUIZ, ESQ.
800 City Center
810 Richards Street
Honolulu, Hawaii  96813

Attorney for Plaintiff
Jack Crawford

4811-2710-0929.1.051729-00005

Dated: Honolulu, Hawaii, October 8, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.