# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Jack Crawford, et al. Vs. Japan Airlines, et al. |
| ATTYS FOR PLA: | William Fenton Sink<br>Shawn A. Luiz |
| ATTYS FOR DEFT: | Andrew L. Pepper<br>Joseph F. Kotowski, III |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 10/09/2007 | TIME: | 9:07-9:23 |

COURT ACTION: EP: Discovery Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager