# MINUTES

CASE NUMBER:     CIVIL NO. 03-00451SPK-LEK

CASE NAME:       Jack Crawford, et al. Vs. Japan Airlines, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Samuel P. King           REPORTER:

DATE:     10/09/2007               TIME:

COURT ACTION: EO: The September 21, 2007, Findings and Recommendation of U.S. Magistrate Judge Leslie Kobayashi is ADOPTED. The September 29, 2004, Order of Judge Kobayashi denying Plaintiff Jack Crawford's Motion to Amend is again subject to appeal to this Court. Briefing on an appeal from the September 29, 2004, Order shall begin anew. Plaintiffs appeal memorandum is due within 14 days of this Order. Defendant's Opposition is due within 11 days of filing of the appeal memorandum. Plaintiffs may file a reply within 7 days of the filing of the Opposition.

Submitted by: Warren N. Nakamura, Courtroom Manager