CARLSMITH BALL LLP

ANDREW L. PEPPER      5141-0
STEVEN M. EGESDAL     4511-0
JOSEPH F. KOTOWSKI, III   7973-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>       Plaintiffs,<br><br>  vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>       Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **MOTION FOR JUDGMENT ON THE PLEADINGS (COMPLETE FEDERAL PREEMPTION)**; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: June 24, 2008 |

4830-1224-1153.13.051729-00005

**DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**
**(COMPLETE FEDERAL PREEMPTION)**

Defendants JAPAN AIRLINES and JALWAYS CO., LTD., move for

Judgment on the Pleadings on all remaining claims based upon the fact that

Plaintiffs' aviation safety whistleblower claims are barred by complete federal

preemption under the Airline Deregulation Act, 49 U.S.C. § 41713(b)(1) ("**ADA**"),

and the Whistleblower Protection Program ("**WPP**") of the Wendell H. Ford

Aviation Investment and Reform Act for the 21st Century, 49 U.S.C. § 42121

("**Ford Act**").

This Motion is brought under Rules 7 and 12(c) of the Federal Rules of Civil

Procedure, Rules 7.2 and 7.6 of the Local Rules of the United States District Court

for the District of Hawaii, and 49 U.S.C. § 41713(b)(1) and 49 U.S.C. § 42121, and

is supported by the attached Memorandum, the entire record and pleadings of this

lawsuit, and such oral argument as may be entertained by this Court upon hearing

of this Motion.

//

//

//

//

//

DATED:  Honolulu, Hawaii, October 19, 2007.


/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.