IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF COMPLIANCE RE: MEMORANDUM IN SUPPORT OF MOTION |

## CERTIFICATE OF COMPLIANCE RE: MEMORANDUM IN SUPPORT OF MOTION

The undersigned certifies that under Local Rule 7.5(b)(i), the above Memorandum in Support of Defendants Japan Airlines and Jalways Co., Ltd.'s Motion for Judgment on the Pleadings (Complete Federal Preemption) contains 8,909 words, according to Microsoft Word's word count program.

//

//

//

//

//

4830-1224-1153.13.051729-00005

DATED: Honolulu, Hawaii, October 19, 2007.

      /s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.