IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>        Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing will be served upon the following parties on the date(s) and by the method(s) of service noted below:

**Served by First Class Mail on October 19, 2007:**

    WILLIAM FENTON SINK, ESQ.
    Dillingham Transportation Bldg.
    735 Bishop Street, Suite 420
    Honolulu, Hawaii  96813

    Attorney for Plaintiff
    MARTIN VENTRESS

    //

    //

4830-1224-1153.13.051729-00005

SHAWN A. LUIZ, ESQ.
800 City Center
810 Richards Street
Honolulu, Hawaii  96813

Attorney for Plaintiff
Jack Crawford

Dated: Honolulu, Hawaii, October 19, 2007.

        /s/ Andrew L. Pepper
        ANDREW L. PEPPER
        STEVEN M. EGESDAL
        JOSEPH F. KOTOWSKI, III

        Attorneys for Defendants
        JAPAN AIRLINES and
        JALWAYS CO., LTD.