# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Jack Crawford and Martin Ventress vs. Japan Airline, et al. |
| ATTYS FOR PLA: | William Fenton Sink<br>Shawn A. Luiz |
| ATTYS FOR DEFT: | Steven M. Egesdal<br>Joseph F. Kotowski, III |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 10/29/2007 | TIME: | 9:02-9:35 |

COURT ACTION: EP: Status Conference Re: Setting of Settlement Conference held.

Written Settlement Offer via Rule 408 by both Plaintiffs is due **11/9/2007.** (Copy to Court.).

Defendant's Response via Rule 408 is due **11/20/2007**. (Copy to Court.).

Settlement Conference as to Plaintiff **Martin Ventress only** set for **1/18/2008 at 09:00 AM to 12:00 PM** before Magistrate Judge Leslie E. Kobayashi.

Confidential Settlement Conference statements are due **1/4/2008.**

Plaintiff and decision makers are to be **physically present**. Decision makers shall have full settlement authority up to amount of Plaintiff's last settlement offer before the conference.

Submitted by: Warren N. Nakamura, Courtroom Manager