IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CIVIL NO.  03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by U.S. mail, postage prepaid, on November 2, 2007:

　　SHAWN ANTHONY LUIZ, ESQ.
　　810 Richards Street, Suite 800
　　Honolulu, Hawaii 96813

　　Attorney for Plaintiff JACK CRAWFORD, III

　　WILLIAM F. SINK, ESQ.
　　Law Offices of William Fenton Sink
　　735 Bishop St., Ste. 400
　　Honolulu, Hawaii 96813

　　Attorney for Plaintiff MARTIN VENTRESS

4849-9916-8514.4.051729-00005

2.

DATED: Honolulu, Hawaii, November 2, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.