## CERTIFICATE OF COMPLIANCE

IT IS HEREBY certified that pursuant to Local Rule 7.5 (b) and (e) that the forgoing memorandum in opposition contains no more than 4500 words.

DATED: Honolulu, Hawaii, November 12, 2007.

*[signature]*
SHAWN A. LUIZ
Attorney for Plaintiff
JACK CRAWFORD