SHAWN A. LUIZ 6855
810 Richards Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile: (808) 538-0600
attorneyLuiz@msn.com

Attorney for Plaintiff
JACK CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10,<br><br>Defendants. | ) CIVIL NO. 03-451 SPK-LEK<br>) (Civil Rights)<br>)<br>) DECLARATION OF<br>) SHAWN A. LUIZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF SHAWN A. LUIZ

I, SHAWN A. LUIZ, declare under the penalty of perjury that the following is true and correct to the best of my knowledge and is made based on personal knowledge:

1. I am counsel for Plaintiff JACK CRAWFORD in the above referenced case.

2. I declare under penalty of law that the factual allegations set forth in PLAINTIFFS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF APPEAL AND REQUEST TO THE DISTRICT COURT TO RECONSIDER A PRETRIAL MATTER DETERMINED BY THE MAGISTRATE JUDGE are true, correct and to the best of my knowledge under penalty of law after having reviewed the inherited records and files of former counsels in this matter.

DATED: Honolulu; Hawaii; November 12, 2007

_____
SHAWN A. LUIZ