SHAWN A. LUIZ 6855
810 Richards Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile: (808) 538-0600
attorneyLuiz@msn.com

Attorney for Plaintiff
JACK CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10, <br><br> Defendants. | ) CIVIL NO. 03-451 SPK-LEK <br> ) (Civil Rights) <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing were served upon Defendants, by and through their Counsel, by facsimile addressed as follows:

Andrew L. Pepper, Esq.
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
808.523.0842 (fax)
Attorney for JAPAN AIRLINES;
JALWAYS CO., LTD., A SUBSIDIARY
OF JAPAN AIRLINES

Carl Osaki, Esq.
Pioneer Plaza
Suite 1510
900 Fort Street Mall
Honolulu, Hawaii 96813
Facsimile (808) 521-3566

Attorney for Defendant
Hawaii Aviation Contract Services, Inc.

William Sink
Attorney for Martin Ventress

DATED: Honolulu, Hawaii, November 12, 2007.

_____
SHAWN A. LUIZ
Attorney for Plaintiff
JACK CRAWFORD