CARLSMITH BALL LLP

ANDREW L. PEPPER          5141-0
STEVEN M. EGESDAL         4511-0
JOSEPH F. KOTOWSKI, III   7973-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO. LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO.  03-00451 SPK/LEK<br><br>DEFENDANT JAPAN AIRLINES' **MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PIERCING THE CORPORATE VEIL**; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>DATE:  1/11/2008<br>TIME:  10:00 A.M.<br>JUDGE:  Samuel P. King<br><br>Trial Date: June 24, 2008 |

4848-2417-6129.7.051729-00005

## DEFENDANT JAPAN AIRLINES' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PIERCING THE CORPORATE VEIL

Defendant Japan Airlines ("**JAL**") moves this Court for an order granting partial summary judgment on all claims against it on the grounds that Plaintiffs Martin Ventress ("**Ventress**") and Jack Crawford ("**Crawford**") (collectively "**Plaintiffs**") cannot pierce the corporate veil of JAL's subsidiary, Jalways Co., Ltd. ("**JALways**"), to impose liability on JAL for acts allegedly attributable to JALways.

This Motion is based upon Rules 7 and 56 of the Federal Rules of Civil Procedure and Rules 7.2, 7.6, and 56.1 of the Local Rules of the United States District Court for the District of Hawaii; it is supported by the attached memorandum, the declarations and exhibits attached to the Separate Concise Statement of Facts, the records and files herein, and such oral argument as maybe entertained by this Court upon hearing of this Motion.

DATED:  Honolulu, Hawaii, November 13, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.