IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO.  03-00451 SPK/LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by U.S. mail, postage prepaid on November 13, 2007:**

SHAWN ANTHONY LUIZ, ESQ.
810 Richards Street, Suite 800
Honolulu, Hawaii  96813

Attorney for Plaintiff JACK CRAWFORD

WILLIAM F. SINK, ESQ.
Law Offices of William Fenton Sink
735 Bishop St., Ste. 400
Honolulu, Hawaii  96813

Attorney for Plaintiff MARTIN VENTRESS

4848-2417-6129.7.051729-00005

DATED: Honolulu, Hawaii, November 13, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.