CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO.  CV 03-00451 SPK-LEK<br><br>DEFENDANT JAPAN AIRLINES' **SEPARATE AND CONCISE STATEMENT** IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PIERCING THE CORPORATE VEIL; DECLARATION OF KATSUMI FUJITA; DECLARATION OF YUTAKA SASAKI; DECLARATION OF STEVEN M. EGESDAL; EXHIBITS 1-3; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: June 24, 2008 |

**DEFENDANT JAPAN AIRLINES' SEPARATE CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PIERCING THE CORPORATE VEIL**

Under Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawai'i, Defendant Japan Airlines ("**JAL**") submits this separate concise statement of facts to support its Motion for Partial Summary Judgment as to Piercing the Corporate Veil.

| | **FACTS** | **EVIDENTIARY SUPPORT** |
|---|---|---|
| 1. | Defendant JAPAN AIRLINES INTERNATIONAL CO., LTD. ("**JAL**") is a privately-held Japan airline corporation, incorporated in 1951. | Fujita Decl. ¶¶ 3, 5-7; Complaint ¶ 1 (alleging "JALWAYS CO., LTD. is a subsidiary of Defendant JAPAN AIRLINES[.]"). |
| 2. | Defendant JALWAYS CO., LTD. ("**JALways**") is a privately-held Japan corporation, incorporated in 1990. | Sasaki Decl. ¶ 4. |
| 3. | JAL's International Air Transport Association code is "**JL**"; its International Civil Aviation Organization code is "**JAL**"; and its Call sign is "**JAPANAIR**." | Fujita Decl. ¶ 8. |
| 4. | JALways' International Air Transport Association code is "**JO**"; its International Civil Aviation Organization code is "**JAZ**"; and its Call sign is "**J-Ways**." | Sasaki Decl. ¶ 5. |
| 5. | JALways is a wholly-owned subsidiary of JAL, established to focus on new business, including international destinations, charter flights, and direct flights between local airports in Japan. | Fujita Decl. ¶ 4; Sasaki Decl. ¶ 9. |

| **FACTS** | | **EVIDENTIARY SUPPORT** |
|---|---|---|
| 6. | JALways owns and operates aircraft for commercial and non-scheduled charter flight operations, carrying over 2.5 million passengers during the fiscal year ending March 31, 2007.  JALways started as a charter airline named "Japan Air Charter"; it was renamed in 1999, when it became an international scheduled airline. | Sasaki Decl. ¶¶ 6-8. |
| 7. | JALways maintains its own cabin crew base in Bangkok, Thailand, and its cockpit crew are assigned from leasing companies in the United States. | Sasaki Decl. ¶ 13. |
| 8. | JALways operates to resort locations, and its planes have the unique livery word "リゾッチャ" ("Resort Charter") on them; JALways' flight attendant uniforms also have a tropical theme that differs from the uniforms of JAL's flight attendants. | Sasaki Decl. ¶ 15. |
| 9. | JALways operates independently of JAL. | Sasaki Decl. ¶ 14. |
| 10. | JAL has 15 directors on its board, and JALways has 12 on its board; they share no common directors. | Fujita Decl. ¶¶ 10, 11; Sasaki Decl. ¶ 16. |
| 11. | There also are no common officers between JAL and JALways. | Fujita Decl. ¶ 11; Sasaki Decl. ¶ 17. |
| 12. | JAL and JALways each maintains separate corporate minute books, which are up to date. | Fujita Decl. ¶ 12; Sasaki Decl. ¶ 18. |
| 13. | Both JAL's and JALways' respective operations were adequately capitalized when each was incorporated. | Fujita Decl. ¶ 13; Sasaki Decl. ¶ 19. |

| **FACTS** | **EVIDENTIARY SUPPORT** |
|---|---|
| 14. JAL and JALways each have their own bank accounts, and all of their respective expenses are paid from those accounts. | Fujita Decl. ¶ 14; Sasaki Decl. ¶ 20. |
| 15. There are no contracts between JAL and JALways that are not arms-length contracts. | Fujita Decl. ¶ 15; Sasaki Decl. ¶ 21. |
| 16. JAL's officers and directors act in JAL's best interest, and JALways' officers and directors act in JALways' best interest. | Fujita Decl. ¶ 16; Sasaki Decl. ¶ 22. |
| 17. JAL and JALways each follow all corporate formalities as separate corporations generally and concerning their separate existence as corporate entities. | Fujita Decl. ¶ 17; Sasaki ¶ 23. |
| 18. During the fiscal year ending March 31, 2007, JAL had total revenues of **¥1,582,792,000,000** (about U.S.$13,485,490,329) and net revenues of **¥3,121,000,000** (about U.S.$26,700,000). | Fujita Decl. ¶ 19. |
| 19. During the fiscal year ending March 31, 2007, JALways had separate operating revenue exceeding **¥148.4 billion** (*i.e.* approximately U.S.$1.2 billion), and it had net assets exceeding **¥5.5 billion** (*i.e.* approximately U.S.$46.3 million). | Sasaki Decl. ¶ 24. |
| 20. JALways has substantial business and assets not conveyed to it by JAL. | Fujita Decl. ¶ 18; Sasaki Decl. ¶ 19. |

| **FACTS** | **EVIDENTIARY SUPPORT** |
|---|---|
| 21. Neither Martin Ventress nor Jack Crawford ever has had an employment relationship or any other contractual connection with JAL.  Neither Martin Ventress nor Jack Crawford has ever flown a flight operated by JAL. | Fujita Decl. ¶ 20. |
| 22. Plaintiffs' employment contracts were with HACS, not JAL or JALways, for assignment to JALways, never JAL. | Exs. 1, 2. |
| 23. JAL never has used JALways as a mere shell, instrumentality, or conduit for JAL's own business.  JAL has neither formed nor used JALways to transfer to JALways any liability of JAL. | Fujita Decl. ¶ 17. |
| 24. JAL and JALways have not concealed from Plaintiffs or misrepresented to Plaintiffs the identity of the responsible ownership, management, and financial interest of JALways. | Fujita Decl. ¶ 21; Sasaki Decl. ¶ 25. |
| 25. JALways has substantial business and assets not conveyed to it by JAL.  JAL also does not finance JALways. | Fujita Decl. ¶ 18; Sasaki Decl. ¶ 19. |
| 26. The contractual relationship whereby HACS assigned Plaintiffs to JALways was strictly between HACS and JALways, never between HACS and JAL. | Sasaki Decl. ¶ 26; Ex. 3. |

DATED: Honolulu, Hawaii, November 13, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.