IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>DECLARATION OF KATSUMI FUJITA |

## DECLARATION OF KATSUMI FUJITA

I, **Katsumi Fujita**, declare as follows:

1. I am the Deputy Vice President of Flight Crew Planning and Administration Office Flight Operations for Defendant JAPAN AIRLINES INTERNATIONAL CO., LTD. (日本航空インターナショナル, *Nippon Kōkū Intānashonaru*) ("JAL"). I have personal knowledge of the facts stated in this Declaration; if called as a witness, I could and would testify competently to those facts.

2. I am familiar with JAL's corporate structure.

3. JAL is a privately-held Japan airline corporation, incorporated in 1951.

4. JAL's subsidiaries include various *operating* airline subsidiaries, including **JALWAYS CO., LTD.** (株式会社JALウェイズ, *Kabushiki-gaisha JAL Weizu*) ("**JALways**"). JAL has never concealed from the Plaintiffs, or misrepresented to Plaintiffs, the identity of the responsible ownership, management, and financial interest of JALways.

5. JAL is Japan's largest airline, operating scheduled and non-scheduled international and domestic services. JAL is based in Tokyo, Japan; JAL's main bases are Tokyo International Airport and Narita International Airport, Narita, Japan.

6. JAL has over 16,000 employees (the actual daily employee count fluctuates).

7. JAL is the largest airline operating in Asia, with the largest fleet of Boeing 747s in the world. JAL serves more than 170 cities in some 35 countries, operating a fleet of about 275 aircraft.

8. JAL's *International Air Transport Association* (IATA) code is "**JL**"; its *International Civil Aviation Organization* (ICAO) code is "**JAL**"; and its *Callsign* is "**JAPANAIR**."

9. JAL's aircraft carry a livery that differs from JALways' livery; the uniforms and insignia of JAL's flight deck officers and flight attendants differ from the uniforms and insignia of JALways' flight deck officers and flight attendants.

10. JAL has the following members of the board of directors and executive officers:

| Name | Title | Assignments |
|---|---|---|
| Toshiyuki Shinmachi | Chairman | Chairman, Executive Management Board |
| Haruka Nishimatsu | President | JAL Group CEO |
| Katsuhiko Nawano | Executive Vice President | Assistant to the President Airport Projects |
| Kiyoshi Kishida | Sr. Managing Director | General Manager, Corporate Safety Division |
| Tetsuya Takenaka | Managing Director | General Manager, Corporate Planning General Manager, Finance |
| Kimio Hiroike | Sr. Vice President | Airport Operations Division |
| Toshio Annaka | Sr. Vice President | Human Resources Management |
| Masato Uehara | Sr. Vice President | General Manager, Customer Satisfaction Improvement Division |
| Teruo Harafuji | Sr. Vice President | General Manager, Flight Operations Division |
| Shunichi Saito | Sr. Vice President | Passenger Sales & Marketing |
| Masaaki Haga | Sr. Vice President | General Manager, Engineering & Maintenance Division |
| Takao Fukuchi | Sr. Vice President | General Manager, Cargo & Mail Division |
| Shigemi Kurusu | Sr. Vice President | Cabin Attendants Division |
| Shunji Kono | Sr. Vice President | |
| Kiyofumi Kamijo | Sr. Vice President | |

11. None of JAL's directors or executive officers are directors or officers of JALways; there is absolutely no overlap between the directors and executive officers of JAL and JALways.

12. JAL maintains separate, up-to-date corporate minute books vis-à-vis JAL's subsidiaries, including JALways.

13. JAL's operations were adequately capitalized when incorporated in 1951. As of June 26, 2007, JAL has paid-in capital of ¥100,000,000,000 (approximately U.S.$850,000,000).

14. JAL has its own bank account(s), and JAL's expenses are paid from JAL's separate account(s). There is no commingling of any funds among or between JAL and JALways.

15. There are no contracts between JAL and JALways that are not *bono fide* arms-length contracts. JAL has maintained arm's length relationships between JAL and JALways.

16. JAL's officers and directors act in JAL's best interest vis-à-vis JALways.

17. JAL follows all corporate formalities as corporations generally and concerning its separate existence as a corporate entity vis-à-vis JALways. JAL has not disregarded legal formalities between JAL and JALways. JAL neither has organized nor used JALways to transfer to JALways any liability of JAL. JAL has never used JALways as a mere shell, instrumentality, or conduit for JAL's own business.

18. JALways has substantial business and assets not conveyed to it by JAL. JAL also does not finance JALways.

19. During the fiscal year ending March 31, 2007, JAL had total revenues of ¥1,582,792,000,000 (*i.e.*, approximately U.S.$13,485,490,329) and net revenues of ¥3,121,000,000 (*i.e.*, approximately U.S.$ 26,700,000).

20. Neither Martin Ventress nor Jack Crawford ever has had any employment relationship whatsoever, or any other contractual connection, with JAL. Neither Martin Ventress nor Jack Crawford has ever flown a flight operated by JAL.

21. JAL has never concealed from Plaintiffs or misrepresented to Plaintiffs the identity of the responsible ownership, management, and financial interest of JALways.

Under 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31, 2007.

_____
KATSUMI FUJITA