IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>          Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>          Defendants. | CIVIL NO.  CV 03-00451 SPK-LEK<br><br>DECLARATION OF YUTAKA SASAKI |

## DECLARATION OF YUTAKA SASAKI

I, **Yutaka Sasaki**, declare as follows:

1.    I am the Managing Director and Vice President for Flight Operations and Flight Crew Administration for Defendant Jalways Co., Ltd. (**"JALways"**).

2.    I have personal knowledge of the facts stated in this Declaration; if called as a witness, I could and would testify competently to the facts herein.

3.    I am familiar with the corporate structure of Jalways and its relationship with its corporate parent, Japan Airlines International Co., Ltd. (**"JAL"**).

4.    Jalways is a privately-held Japan corporation, which incorporated and started operations in July 1991.

5.    Jalways operates as an airline corporation.  Its *International Air Transport Association* (IATA) code is "**JO**"; its *International Civil Aviation Organization* (ICAO) code is "**JAZ**," and its *Callsign* is "**J-Ways**."

6.    Jalways Co., Ltd. is the owner and operator of aircraft for both scheduled passenger commercial and non-scheduled, charter-flight passenger operations.

7.    Jalways Co., Ltd. carried over 2.5 million passengers during the fiscal year ending March 31, 2007.

8.    JALways originally started as a charter airline named Japan Air Charter.  It was given its current name on October 1, 1999, becoming an international scheduled airline.

9.    JALways was by JAL to focus on new business areas including international destinations, charter flights, and direct flights between local airports in Japan.

10.    JALways has approximately 2,480 employees (the exact number of employees fluctuates nearly daily).

11.    JALways's operations began with McDonnell Douglas DC-10 and Boeing 747 aircraft, but the DC-10s were retired in October 2005.

12.    JALways operates more than 200 flights each week, with daily scheduled flights from four airports in Japan to Bangkok, Sydney, Brisbane, Ho

Chi Minh City, Jakarta, Denpasar, Delhi, Guam, Honolulu, and Kona. Its main base is Narita International Airport, Narita, Japan.

13.    JALways's flight crews are based in Honolulu, Hawaii; they are predominantly American nationals assigned from leasing companies in the United States. JALways's cabin attendants are trained and based in Bangkok, Thailand; they are predominantly Asian nationals.

14.    JALways operates independently of its parent, JAL.

15.    JALways operates to resort locations, and its planes have the unique livery designation "リゾッチャ" ("Resort Charter") on them; JALways's flight attendant uniforms also have a tropical theme that differs from the uniforms of JAL's flight attendants. JALways' flight deck officers wear uniforms and insignia that differ from the uniforms and insignia of JAL's flight deck officers.

16.    JALways has the following members of the board of directors and executive officers:

| Name | Office |
|---|---|
| CHIYO, KATSUMI | President and CEO |
| SHIMOEDA, TAKASHI | Senior Executive Vice President |
| KIMURA, MICHIO | Managing Director and Senior Vice President |
| SHIMADA, TAMIO | Managing Director |
| FURUSAWA, AKIRA | Managing Director |
| HOSOKAWA, KAZUHIKO | Managing Director |
| SASAKI, YUTAKA | Managing Director |
| TAKENAKA, TETSUYA | Managing Director |
| AMANO, HIDETAKE | Auditor of the Board |

| Name | Office |
|------|--------|
| NISHI, ATSURO | Auditor of the Board |
| NAKAOKA, SUSUMU | Auditor of the Board |
| ODA, KUNIO | Executive Officer |

17.    None of JALways' directors or executive officers are directors or officers of JAL; there is absolutely no overlap between the directors and executive officers of JALways and JAL.

18.    JALways maintains separate corporate minute books vis-à-vis its corporate parent, JAL, and otherwise, and those corporate minute books are kept up to date.

19.    JALways's operations were adequately capitalized when JALways was incorporated in 1990.  JALways has paid in capital of approximately **¥3 billion** (*i.e.* approximately U.S.$25 million).  JALways has substantial business and assets not conveyed to it by JAL

20.    JALways has its own bank accounts vis-à-vis JAL, and all of JALways's expenses are paid from those accounts.  There is no commingling of any funds among or between JALways and JAL.

21.    There are no contracts between JALways and JAL that are not *bona fide*, arms-length contracts.

22.    JALways's officers and directors act in the best interest of JALways vis-à-vis JAL.

23.    JALways follows all corporate formalities as a corporation generally and concerning its separate existence as a corporate entity vis-à-vis JAL and otherwise.

24.    During the fiscal year ending March 31, 2007, JALways had operating revenue exceeding **¥148.4 billion** (*i.e.* approximately U.S.$1.2 billion), and it had net assets exceeding **¥5.5 billion** (*i.e.* approximately U.S.$46.3 million).

25.    JALways has never concealed from Plaintiffs or misrepresented to Plaintiffs the identity of the responsible ownership, management, and financial interest of JALways.

26.    Under 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2007.

YUTAKA SASAKI