IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CIVIL NO.  CV 03-00451 SPK-LEK<br><br>DECLARATION OF STEVEN M. EGESDAL; EXHIBITS 1-3 |

<u>DECLARATION OF STEVEN M. EGESDAL</u>

I, Steven M. Egesdal, declare:

1.　I am a member of Carlsmith Ball LLP, am licensed to practice law in the State of Hawaii, and have been admitted to practice law before this court.

2.　I am one of the attorneys representing Defendants Japan Airlines ("JAL") and JALways Co., Ltd. ("JALways") in this action.

3.　Attached as Exhibit "1" is a true and correct copy of the Pilot Contract between HACS and Plaintiff Martin M. Ventress ("Ventress") dated October 19, 1992.

4. Attached as Exhibit "2" is a true and correct copy of the Pilot Contract between HACS and Plaintiff Jack L. Crawford ("Crawford") dated November 1, 1992.

5. Attached under seal, pursuant to the Protective Order Governing Confidentiality of Produced Documents, filed October 17, 2007 is Exhibit "3," a true and correct copy of the Agreement between Japan Air Charter Co., Ltd. ("JAZ") and Hawaii Aviation Contract Services, Inc. ("HACS") assigning Plaintiffs Ventress and Crawford to JALways and not to JAL.

I declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

DATED:  Honolulu, Hawaii, November 13, 2007.

/s/ Steven M. Egesdal
STEVEN M. EGESDAL