# EXHIBIT 3
# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER GOVERNING CONFIDENTIALITY OF PRODUCED DOCUMENTS, FILED OCTOBER 17, 2007