IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO.  03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Defendant Japan Airlines' Separate and Concise Statement in Support of Motion for Partial Summary Judgment as to Piercing the Corporate Veil will be served upon the following parties via U.S. mail, postage prepaid, at their last known address on the date indicated below:

      SHAWN ANTHONY LUIZ, ESQ.
      810 Richards Street, Suite 800
      Honolulu, Hawaii 96813

      Attorney for Plaintiff JACK CRAWFORD

4846-1236-4033.5.051729-00005

2.

WILLIAM F. SINK, ESQ.
Law Offices of William Fenton Sink
735 Bishop St., Ste. 400
Honolulu, HI 96813

Attorney for Plaintiff MARTIN VENTRESS

DATED: Honolulu, Hawaii, November 13, 2007.


/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO. LTD.