# MINUTES

CASE NUMBER:   CV NO. 03-00451SPK-LEK

CASE NAME:   Martin Ventress Vs. Japan Airlines, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Samuel P. King            REPORTER:

DATE:   11/13/2007                 TIME:

COURT ACTION:  EO:   "Minute Order"

"Defendant Japan Airlines and Jalways Co., Ltd's oral request to file a Sur-reply to Plaintiff Jack Crawford's November 12, 2007, Reply regarding the pending appeal of the September 29, 2004, order is GRANTED.  A Sur-reply may be filed by November 16, 2007."

Submitted by Leslie L. Sai, Courtroom Manager