CARLSMITH BALL LLP

ANDREW L. PEPPER         5141-0
STEVEN M. EGESDAL        4511-0
JOSEPH F. KOTOWSKI, III  7973-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawai`i 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAI`I AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>STIPULATION FOR COMPLETE SEVERANCE UNDER FED. R. CIV. P. 21 OF PLAINTIFFS' CASES FOR ALL PURPOSES AND ORDER |

## STIPULATION FOR COMPLETE SEVERANCE UNDER
## FED. R. CIV. P. 21 OF PLAINTIFFS' CASES FOR ALL PURPOSES

Pursuant to Fed. R. Civ. P. 21, it is **STIPULATED** by and between Plaintiffs MARTIN VENTRESS and JACK CRAWFORD and Defendants JAPAN AIRLINES and JALways CO., LTD., and **SO ORDERED** by the Court, that:

1.     Severance of the claims, allegations, and averments of each Plaintiff in this matter would further the convenience of the parties and the Court, would avoid prejudice to the Defendants, would be conducive to expedition and economy, and would ensure the just, speedy, and inexpensive determination of the claims, allegations, and averments of the Plaintiffs, as mandated by Fed. R. Civ. P. 1.

2.     Accordingly, the claims, allegations, and averments of the Plaintiffs are severed from each other, pursuant to Fed. R. Civ. P. 21, for all purposes, and this matter shall hereafter proceed as two entirely discrete, independent, and separate actions, under two separate civil numbers (the "Separate Civil Actions").

3.     The Clerk of the Court immediately shall assign the claims, allegations and averments of Plaintiff Ventress a new civil number to effectuate the complete severance ordered herein and shall use the Complaint in this current civil action, (*i.e.*, CV 03-00451 SPK-LEK), as the initiating pleading for the new civil number and action.

      4.      The Clerk of the Court shall assign the new civil number and action to District Judge Samuel P. King and Magistrate Judge Leslie E. Kobayashi, such that each of the Separate Civil Actions shall be assigned to District Judge Samuel P. King and Magistrate Judge Leslie E. Kobayashi.

      5.      All dispositive motions filed by Defendants Japan Airlines and/or JALways Co., Ltd. under either Fed. R. Civ. P. 12 and/or Fed. R. Civ. P. 56 that are pending in this current action (*i.e.*, CV 03-00451 SPK-LEK) at the time this Stipulation and Order is filed ("Pending Dispositive Motions") shall be deemed filed in both Separate Civil Actions and shall be cross-filed by the Clerk of the Court in the new action under the new civil number.

      6.      Notwithstanding severance of the claims, allegations, and averments of the Plaintiffs into two separate civil actions, to the extent possible, and consonant with the hearing calendar of District Judge Samuel P. King, the Pending Dispositive Motions shall be heard and adjudicated simultaneously in each of the Separate Civil Actions via a consolidated hearing of the Pending Dispositive Motions, on the dates, and at the times, assigned to the Pending Dispositive Motions at the time of their initial filing.

      7.      The non-dispositive motion filed by Plaintiff Crawford and joined in by Plaintiff Ventress that is pending in this current action (*i.e.*, CV 03-00451 SPK-LEK) ("Pending LR74.1 Motion"), shall be deemed filed in both

Separate Civil Actions and shall be cross-filed by the Clerk of the Court in the new action under the new civil number.

8. Notwithstanding severance of the claims, allegations, and averments of the Plaintiffs into two separate civil actions, to the extent possible, and consonant with the chambers workload of District Judge Samuel P. King, the Pending LR74.1 Motion shall be considered and adjudicated simultaneously in each of the Separate Civil Actions.

9. This Stipulation and Order shall not effect or modify the various deadlines for the submission and filing of opposition and reply briefs to the Pending Dispositive Motions and the Pending LR74.1 Motion, and all such deadlines shall remain in the Separate Civil Actions as currently calendared and set by the Federal Rules of Civil Procedure and/or the Local Rules of this Court.

10. The Clerk of the Court shall cross-file the Protective Order Governing Confidentiality of Produced Documents, filed on October 17, 2007 (*i.e.*, Document # 254) in the new action under the new civil number and the restrictions and requirements of that Protective Order shall carry over and continue, both retrospectively and prospectively, in the new civil action under the new civil number.

11. The current Amended Rule 16 Scheduling Order dated August 21, 2007, and the current trial date of June 24, 2008 in this civil action (*i.e.*,

CV 03-00451 SPK-LEK) are hereby vacated.  Following the filing of this Stipulation and Order, the Court shall hold status conferences in each of the Separate Civil Actions to determine new pretrial and trial dates.  Any and all dates and events that have already expired under the current Amended Rule 16 Scheduling Order shall remain expired upon the resetting of the new pretrial and trial dates in each of the Separate Civil Actions.  This Stipulation and Order, and the issuance of a new civil number to the claims, allegations, and averments of Plaintiff Ventress, shall not cause any expired pretrial date to be revisited, reconsidered, or reset in either of the Separate Civil Actions.  [**Plaintiff Jack Crawford objects to no modification of prior Rule 16 orders for good cause shown. Crawford intends to modify prior orders setting pre-trial deadlines based on good cause.*  /s/ Shawn A. Luiz 11/8/07]

      12.    All adjudications, decisions, and determinations of the Court, shall be entirely discrete, independent, and separate actions in each of the Separate Civil Actions and, accordingly, shall be considered separately for purposes of finality and appealability in each of the Separate Civil Actions notwithstanding the pendency of remaining claims in the other Separate Civil Action.

      13.    Upon assignment by the Clerk of the Court of a new civil number to the claims, allegations, and averments of Plaintiff Ventress, a Settlement Conference, before Magistrate Judge Leslie E. Kobayashi, shall be scheduled

under that new civil number for January 18, 2008. *At this time,* no corresponding Settlement Conference shall be scheduled in the existing civil number (*i.e.*, CV 03-00451 SPK-LEK) regarding the claims, allegations, and averments of Plaintiff Crawford.

14. The Court may from time to time, either *sua sponte* or upon the request or suggestion of a party, require further documents from the existing civil action and civil number (*i.e.*, CV 03-00451 SPK-LEK) to be cross-filed by the Clerk of the Court in the new civil action under the new civil number.

**SO STIPULATED**:


DATED:   11/1/07                /s/ William F. Sink
                                WILLIAM F. SINK, ESQ.
                                Attorney for Plaintiff
                                MARTIN VENTRESS


DATED:   11/8/07                /s/ Shawn A. Luiz [with objections*]
                                SHAWN A. LUIZ, ESQ.
                                Attorney for Plaintiff
                                JACK CRAWFORD

[*Please note Plaintiff Jack Crawford's objection to no modifications of prior Rule 16 Orders for good cause shown @ p. 5, paragraph No. 11.]

_____
*Martin Ventress; et al. v. Japan Airlines; et al.*; (Civil No. 03-00451 SPK/LEK), Stipulation for Complete Severance Under Fed. R. Civ. P. 21 of Plaintiffs' Cases for All Purposes

DATED:   11/8/07                    /s/ Andrew L. Pepper
                                                      ANDREW L. PEPPER, ESQ.
                                                      STEVEN M. EGESDAL, ESQ.
                                                      JOSEPH F. KOTOWSKI, ESQ.
                                                      Attorneys for Defendants
                                                      JAPAN AIRLINES and
                                                      JALWAYS CO., LTD.

## DENIED BY THE COURT:



                                                      /S/ Leslie E. Kobayashi
                                                     **Leslie E. Kobayashi**
                                                     **United States Magistrate Judge**

---

*Martin Ventress; et al. v. Japan Airlines; et al*.; (Civil No. 03-00451 SPK/LEK), Stipulation for Complete Severance Under Fed. R. Civ. P. 21 of Plaintiffs' Cases for All Purposes