ORIGINAL

LAW OFFICES OF
WILLIAM FENTON SINK

WILLIAM FENTON SINK   #3546
Dillingham Transportation Bldg.
735 Bishop Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: 531-7162

Attorney for Plaintiff
MARTIN VENTRESS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2007

at __ o'clock and __ min __
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAI'I AVIATION CONTRACT SERVICES, INC,; DOES 1-10,<br><br>Defendants. | CIVIL NO. CV 03-451 SPK-LEK<br><br>**PLAINTIFF MARTIN VENTRESS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF APPEAL AND REQUEST TO THE UNITED STATES DISTRICT COURT TO RECONSIDER A PRETRIAL MATTER DETERMINED BY THE MAGISTRATE JUDGE; CERTIFICATE OF SERVICE**<br><br>Judge: Samuel P. King |

**PLAINTIFF MARTIN VENTRESS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF APPEAL AND REQUEST TO THE UNITED STATES DISTRICT COURT TO RECONSIDER A PRETRIAL MATTER DETERMINED BY THE MAGISTRATE JUDGE**

The rationale for HRCP 15(c)(2) is to ameliorate the unfairness that would result if a party found out about a cause of action or party after the statute of limitations has run. City & County of Honolulu v. Hsiung, 109 Hawai'i 159, 138, 124 P.3d 434 (2005), citing to Hanalei, BRC, Inc. v. Porter, 7 Haw.App. 304, 309. 760 P.2d 676 (1988). The only effect of permitting the amended complaint in Ventress' case is to allow the intentional interference with prospective economic advantage claim to proceed if Ventress is found not to be an employee of JAL or JALways.

Dated: Honolulu, Hawai'i, _____NOV 1 5 2007_____.

_____
WILLIAM FENTON SINK
Attorney for Plaintiff
MARTIN VENTRESS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARTIN VENTRESS and<br>JACK CRAWFORD,<br><br>           Plaintiffs,<br><br>   vs.<br><br>JAPAN AIRLINES; JALWAYS<br>CO., LTD., A SUBSIDIARY OF<br>JAPAN AIRLINES; HAWAI'I<br>AVIATION CONTRACT<br>SERVICES, INC,; DOES 1-10,<br><br>           Defendants. | ) CIVIL NO. CV 03-451 SPK-LEK<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing document to be duly served by hand delivery upon the following parties at the addresses listed below on the date of filing.

       TO:   SHAWN A. LUIZ, ESQ.
               800 City Center
               810 Richards Street
               Honolulu, Hawai'i 96813

               Attorney for Plaintiff
               JACK CRAWFORD

               CARL H. OSAKI, ESQ.
               1510 Pioneer Plaza
               900 Fort Street

Honolulu, Hawai'i 96813

Attorney for Defendant
HAWAI'I AVIATION CONTRACT SERVICES, INC.

ANDREW L. PEPPER, ESQ.
JOSEPH FRANCIS KOTOWSKI, III, ESQ.
*Carlsmith Ball LLP*
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorney for Defendants
JAPAN AIRLINES, JALWAYS CO., LTD.
A SUBSIDIARY OF JAPAN AIRLINES

Dated: Honolulu, Hawai'i, _____NOV 1 5 2007_____.

_____
WILLIAM FENTON SINK
Attorney for Plaintiff
MARTIN VENTRESS

2