IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CIVIL NO. 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing will be served on the following at their last known addresses:

By U.S. mail, postage prepaid, on November 17, 2007:

    SHAWN ANTHONY LUIZ, ESQ.
    810 Richards Street, Suite 800
    Honolulu, Hawaii 96813

    Attorney for Plaintiff JACK CRAWFORD, III

    WILLIAM F. SINK, ESQ.
    Law Offices of William Fenton Sink
    735 Bishop St., Ste. 400
    Honolulu, Hawaii 96813

    Attorney for Plaintiff MARTIN VENTRESS

2.

DATED:  Honolulu, Hawaii, November 16, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.