CARLSMITH BALL LLP

| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>        Plaintiffs,<br><br>  vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>        Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE<br><br>[Re:  Defendants Japan Airlines and Jalways Co., Ltd.'s Responses to Plaintiffs' (Jack Crawford) First [SIC] Request for Production of Documents to Defendants, Dated September 25, 2007] |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of Defendants Japan Airlines and Jalways Co., Ltd.'s Responses to Plaintiffs' (Jack Crawford) First [SIC] Request for Production of Documents to Defendants, Dated September 25, 2007 was served on the following party in the manner and on the date indicated below:

**<u>Served by First Class Mail on November 16, 2007:</u>**

> SHAWN A. LUIZ, ESQ.
> 800 City Center
> 810 Richards Street
> Honolulu, Hawaii  96813

Further, a courtesy copy of Defendants Japan Airlines and Jalways Co., Ltd.'s Responses to Plaintiffs' (Jack Crawford) First [SIC] Request for Production of Documents to Defendants, Dated September 25, 2007 was served on the following party in the manner and on the date indicated below:

**<u>Served by First Class Mail on November 16, 2007:</u>**

> Attorney for Plaintiff
> JACK CRAWFORD
> WILLIAM FENTON SINK, ESQ.
> Dillingham Transportation Bldg.
> 735 Bishop Street, Suite 420
> Honolulu, Hawaii  96813
>
> Attorney for Plaintiff
> MARTIN VENTRESS

Dated: Honolulu, Hawaii, November 16, 2007.


/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.