# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Jack Crawford and Martin Ventress vs. Japan Airlines, et al. |
| ATTYS FOR PLA: | William Fenton Sink<br>Shawn A. Luiz |
| ATTYS FOR DEFT: | Andrew L. Pepper<br>Steven M. Egesdal |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 11/19/2007 | TIME: | 9:42-9:50 |

COURT ACTION: EP: Status Conference Re: Severance held.

Counsel William Fenton Sink indicated that he will be submitting a Motion to Withdraw as Counsel.

Stipulation for Severance to be **re-submitted** to the Court.

Court will review Stipulation, edit, modify and issue.

Submitted by: Warren N. Nakamura, Courtroom Manager