# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Jack Crawford vs. Japan Airlines |
| ATTYS FOR PLA: | Shawn A. Luiz |
| ATTYS FOR DEFT: | Andrew L. Pepper<br>Gary G. Grimmer |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 12/10/2007 | TIME: | 9:25-9:35 |

COURT ACTION: EP: Status Conference Re: Trial Date and Deadlines held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on July 8, 2008 at 9:00 a.m. before SPK
2. Final Pretrial Conference on May 27, 2008 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by May 20, 2008
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by April 9, 2008
7. File Dispositive Motions by **January 23, 2008**
8a. File Motions in Limine by June 17, 2008
8b. File opposition memo to a Motion in Limine by June 24, 2008
11a. Plaintiff's Expert Witness Disclosures by January 7, 2008
11b. Defendant's Expert Witness Disclosures by February 6, 2008
12. Discovery deadline **May 27, 2008**
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by June 24, 2008
21. File Final witness list by June 17, 2008
24. Exchange Exhibit and Demonstrative aids by June 10, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by June 17, 2008
26. File objections to the Exhibits by June 24, 2008
28a. File Deposition Excerpt Designations by June 17, 2008
28b. File Deposition Counter Designations and Objections by June 24, 2008

29. File Trial Brief by June 24, 2008
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00451SPK-LEK;
Jack Crawford vs. Japan Airlines;
Rule 16 Scheduling Conference Minutes
12/10/2007