CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>  Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>  Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>DEFENDANT JALWAYS CO., LTD.'S **MOTION FOR SUMMARY JUDGMENT THAT DEFENDANT JALWAYS CO., LTD. WAS NOT PLAINTIFF'S EMPLOYER (COUNT III)**; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5; CERTIFICATE OF SERVICE<br><br>DATE:<br>TIME:<br>JUDGE:<br><br>TRIAL DATE:  Oct. 15, 2008 |

## DEFENDANT JALWAYS CO., LTD.'S MOTION FOR SUMMARY JUDGMENT THAT DEFENDANT JALWAYS CO., LTD. WAS NOT PLAINTIFF'S EMPLOYER (COUNT III)

The remaining claim of Plaintiff Jack Crawford ("**Crawford**") against Defendant Jalways Co., Ltd. ("**JALways**") in his complaint filed December 23, 2002 ("**Complaint**") fails: the undisputed or undisputable record fails to allow even the inference that JALways was an "**employer**" of Crawford, a critical element of his tortious discharge claim. Crawford's only employer was defendant Hawaii Aviation Contract Services, Inc. ("**HACS**"). JALways therefore is entitled to summary judgment on Crawford's only remaining claim, *i.e.*, Count III.

JALways moves under Fed. R. Civ. P. 7 and 56, LR7.7 and LR56.1. It supports this motion with the attached memorandum, the declarations and exhibits attached to the Separate Concise Statement of Facts ("**CS**"), the records and files in this matter, and such oral argument as may be made at the hearing of this motion.

Dated: Honolulu, Hawaii, December 19, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.