IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10,<br><br>    Defendant. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5

I hereby certify under Local Rule 7.5(a) that the above MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT does not exceed thirty pages in length.

DATED: Honolulu, Hawaii, December 19, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorney for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.

4815-0512-1538.2.051729-00005