IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following party via U.S. mail, postage prepaid, at his last known address on December 20, 2007:

SHAWN ANTHONY LUIZ
810 Richards Street, Suite 800
Honolulu, Hawaii 96813

Attorney for Plaintiff Jack Crawford

CARL OSAKI, ESQ.
Pioneer Plaza, Suite 1510
900 Fort Street
Honolulu, Hawaii 96813

Attorney for Defendant
Hawaii Aviation Contract Services, Inc.

4815-0512-1538.2.051729-00005

2.

DATED: Honolulu, Hawaii, December 19, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorney for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.