CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **SEPARATE CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION** FOR SUMMARY JUDGMENT THAT DEFENDANT JALWAYS CO., LTD. WAS NOT PLAINTIFF'S EMPLOYER (COUNTS III); DECLARATION OF YUTAKA SASAKI; EXHIBIT 1; DECLARATION OF ANDREW L. PEPPER; EXHIBITS 2-23; CERTIFICATE OF SERVICE |

|  | DATE:<br>TIME:<br>JUDGE: Hon. Samuel P. King<br><br>Trial Date: Oct. 15, 2008 |
|---|---|

## DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S SEPARATE CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT THAT DEFENDANT JALWAYS CO., LTD. WAS NOT PLAINTIFF'S EMPLOYER (COUNT III)

Under Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawai'i, Defendant Jalways Co., Ltd. ("**JALways**") submits its separate concise statement of facts in support of its motion for summary judgment on Count III of the Complaint, which concerns Plaintiff Jack Crawford ("**Crawford**").

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. JALways never was the employer of Crawford, and Crawford never was JALways's employee. | Sasaki Decl. ¶ 6, 8; Ex. 2. |
| 2. JALways had a contractual arrangement with Hawaii Aviation Contract Services, Inc. ("**HACS**"), whereby HACS assigned HACS employees to JALways, including Plaintiffs. | Sasaki Decl. ¶ 4; Ex. 1. |
| 3. Under the arrangement between HACS and JALways, HACS assigned Crawford to JALways, to provide services for JALways, where Crawford remained a HACS employee. Crawford never was or became an employee of JALways. | Sasaki Decl. ¶ 4; Ex. 1. |

| **FACTS** | **EVIDENTIARY SUPPORT** |
|---|---|
| 4. HACS's assignment of Crawford to JALways lasted from November 1992 until December 2001. | Sasaki Decl. ¶ 7; Ex. [4, 22]; Complaint Ex. B. |
| 5. From the date of Crawford's employment with HACS (November 1992) through the date of his termination by HACS (December 2001), Crawford represented to many persons, entities, and agencies that HACS was Crawford's employer; during that same time period, Crawford never identified JALways as Crawford's employer. | Exs. [3-19]. |
| 6. HACS had and exercised the power to hire and fire Crawford. | Ex. 2; Complaint ¶ 20; Complaint Ex. B. |
| 7. JALways had no power to hire or fire Crawford. | Sasaki Decl. ¶ 9. |
| 8. JALways neither hired nor fired Crawford. | Sasaki Decl. ¶ 10. |
| 9. JALways never told or otherwise directed HACS to hire Crawford. | Sasaki Decl. ¶ 11. |
| 10. JALways never told or otherwise directed HACS to fire Crawford. | Sasaki Decl. ¶ 12. |
| 11. At most, JALways only communicated information to HACS on the status of the Plaintiffs' medical fitness, flight certification for DC-10 aircraft from the Japan Civil Aviation Board (JCAB), or both; and HACS then took whatever employment action concerning Crawford that HACS deemed advisable, without further consulting JALways on that employment action. | Sasaki Decl. ¶ 13. |

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 12. JALways's supervision of Crawford was motivated strictly by governmental and aviation-industry safety concerns. | Sasaki Decl. ¶ 14. |
| 13. JALways never issued any payroll check to Crawford. | Sasaki Decl. ¶ 15. |
| 14. JALways has never kept or had any employment records for Crawford. | Sasaki Decl. ¶ 16. |
| 15. JALways is a Japan corporation, incorporated in 1990. Its original name was Japan Air Charter Co. Ltd., changed to JALways Co., Ltd in October 1999. | Sasaki Decl. ¶ 5. |

Dated: Honolulu, Hawaii, December 19, 2007.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS
CO., LTD.