# FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# GOVERNING CONFIDENTIALITY

# OF PRODUCED DOCUMENTS FILED

# OCTOBER 17, 2007