IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>DECLARATION OF ANDREW L. PEPPER; EXHIBITS 2-23 |

## DECLARATION OF ANDREW L. PEPPER

I, Andrew L. Pepper, declare:

1. I am a member of Carlsmith Ball LLP, am licensed to practice law in the State of Hawaii, and have been admitted to practice law before this court.

2. I am one of the attorneys representing Defendants Japan Airlines ("**JAL**") and Jalway Co., Ltd. ("**JALways**") in this action.

3. All documents attached to this Declaration and referenced below were obtained through discovery from either Defendant Hawaii Aviation Contract Services, Inc. ("**HACS**") (bearing six-digit Bates numbers beginning 100) or Defendants JAL and/or Jalways (bearing Bates numbers beginning with the letter "**J**").

4836-1918-1826.2.051729-00005

4. Attached as Exhibit "2" is a true and correct copy of the Pilot Contract between HACS and Plaintiff Jack L. Crawford ("**Crawford**") dated November 1, 1992.

5. Attached as Exhibit "3" is a true and correct copy of the "Order Severing Defendants and Granting Defendants Japan Airlines and Jalways Co., Ltd.'s (1) Motion for Judgment on the Pleadings (Regarding Emotional Distress Claims); and (2) Motion for Judgment on the Pleadings and/or for Summary Judgment (Regarding the FCN Treaty), entered by this court on October 20, 2004.

6. Attached as Exhibit "4" is a true and correct copy of Crawford's Employment Application with HACS dated June 11, 1992.

7. Attached as Exhibit "5" is a true and correct copy of a Waiver of Confidentiality and Consent signed by Crawford dated June 25, 1992.

8. Attached as Exhibit "6" is a true and correct copy of a HACS Direct Deposit form signed by Crawford dated November 17, 1992.

9. Attached as Exhibit "7" is a true and correct copy of HACS's Report of New Hire(s) to the State of Hawaii Unemployment Insurance Division dated November 27, 1992.

10. Attached as Exhibit "8" is a true and correct copy of HACS's "Tokyo Ground Transportation Advance Payment" form signed by Crawford, dated December 22, 1993.

11.     Attached as Exhibit "9" is a true and correct copy of a letter from HACS to Crawford dated April 15, 1993.

12.     Attached as Exhibit "10" is a true and correct copy of an Authorization to Release Medical Information signed by Crawford, dated July 10, 1993.

13.     Attached as Exhibit "11" is a true and correct copy of a Memo from HACS to Crawford dated September 15, 1993 re: work Visa application.

14.     Attached as Exhibit "12" is a true and correct copy of Crawford's 1994 Employee's Statement Concerning Nonresidence dated March 25, 1994.

15.     Attached as Exhibit "13" is a true and correct copy of HACS's Memo to the INS re: Crawford dated October 7, 1994.

16.     Attached as Exhibit "14" is a true and correct copy of HACS's Memo dated November 15, 1994 re: Crawford.

17.     Attached as Exhibit "15" is a true and correct copy of Crawford's 1995 Employee's Statement Concerning Nonresidence dated January 8, 1995.

18.     Attached as Exhibit "16" is a true and correct copy of Crawford's 1996 Employee's Statement Concerning Nonresidence dated December 20, 1996.

19.     Attached as Exhibit "17" is a true and correct copy of HACS's letter to Crawford dated January 29, 1996.

20. Attached as Exhibit "18" is a true and correct copy of Crawford's 1997 Employee Statement Concerning Nonresidence dated December 13, 1996.

21. Attached as Exhibit "19" is a true and correct copy of a letter from Ronald G. Au to HACS dated December 19, 1996 re: Crawford.

22. Attached as Exhibit "20" is a true and correct copy of HACS's letter to Ronald G. Au dated January 17, 1997 re: Crawford.

23. Attached as Exhibit "21" is a true and correct copy of HACS's Memo to Crawford dated August 28, 2001.

24. Attached as Exhibit "22" is a true and correct copy of HACS's letter to Crawford dated December 26, 2001.

25. Attached as Exhibit "23" is a true and correct copy of the Charge of Discrimination dated October 7, 2002, filed by Crawford.

I declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, December 19, 2007.

                                                /s/ Andrew L. Pepper
                                            ANDREW L. PEPPER