HACS-104
05-16-92

# HAWAII AVIATION CONTRACT SERVICES
## EMPLOYMENT APPLICATION
PLEASE USE TYPEWRITER OR PRINT IN INK

PH: 205 365-4095   DATE: JUNE 11, [illegible]

| NAME - LAST, FIRST, MIDDLE | SOCIAL SECURITY | AIRCRAFT |
|---|---|---|
| CRAWFORD, JACK LAFAYETTE, III | REDACTED | DC-10 |

| PRESENT STREET ADDRESS, CITY, STATE, ZIP CODE | HOME PHONE | LOCALITY |
|---|---|---|
| 15529 MIAMI LAKEWAY N., MIA LKS. FL 33014 | 305-[illegible] | HI. |

| MAILING ADDRESS, CITY, STATE, ZIP CODE | BUSINESS PHONE | SALARY DESIRED |
|---|---|---|
| 1444 UPPER KINGSTON RD. PRATTVILLE AL, 36067 | 1-800-832-0127 | CONTRACT |

**CITIZENSHIP STATUS: (CHECK ONE)**
- [X] U.S. CITIZEN
- [ ] U.S. NATIONAL - COUNTRY:
- [ ] PERMANENT RESIDENT ALIEN REGISTRATION #

**WILL YOU ACCEPT:**
- PART TIME WORK? NO
- TEMPORARY WORK? NO
- RELOCATION? [blank]

**POSITION:**
- CAPTAIN: YES
- FIRST OFFICER: YES
- FLT ENGINEER: [blank]

LIST ANY PHYSICAL/MEDICAL CONDITION: NONE

HAVE YOU EVER BEEN CONVICTED OF A CRIMINAL OFFENSE INVOLVING HONESTY OR BREACH OF TRUST? NO
IF YES, EXPLAIN:

### MILITARY SERVICE RECORD
| DID YOU SERVE IN THE MILITARY? | BRANCH | DATE ENTERED | DATE DISCHARGED | FINAL GRADE/RANK |
|---|---|---|---|---|
| NO | | | | |

PRINCIPAL DUTIES: | SERVICE SCHOOL OR SPECIALTY:

### EDUCATION
CIRCLE HIGHEST GRADE COMPLETED IN EACH CATEGORY: GRADE SCHOOL 1 2 3 4 5 6 7 (8)   HIGH SCHOOL 1 2 3 (4)   COLLEGE 1 2 3 (4)

| SCHOOL | NAME OF SCHOOL | LOCATION | DID YOU GRADUATE YES OR NO | MAJOR/DEGREE |
|---|---|---|---|---|
| HIGH | KUBASKI H.S. | OKINAWA | YES | DIPLOMA |
| COLLEGE | MTSU | MURSBORO, TENN | YES | POLITICAL SCIENCE BS DEGREE |
| COLLEGE | | | | |
| GRADUATE SCHOOL | | | | |
| BUSINESS OR TRADE | MTSU FLT. SCH. | MURSBORO, TENN | YES | COMM, INST, INSTR, MSEL, AGI |
| OTHER (CORRESPONDENCE, VOCATIONAL ETC) | BOEING AIRCRAFT | SEATTLE, WASH. | YES | FLT. ENG. B-727 |

LIST HIGH SCHOOL AND COLLEGE EXTRA-CURRICULAR ACTIVITIES: FOOTBALL, BASKETBALL, BASEBALL, SWIMMING

LIST CURRENT HOBBIES, INTERESTS, ORGANIZATION, ETC.: PHYSICAL FITNESS, TENNIS, WATERSPORTS

OMIT ACTIVITIES/ORGANIZATIONS WHICH WOULD INDICATE YOUR RACE, COLOR, SEX, AGE, NATIONAL ORIGIN OR RELIGION

LANGUAGES SPOKEN: ENGLISH, LITTLE JAPANESE

100349

### EMPLOYMENT RECORD (MOST RECENT EMPLOYMENT FIRST)
| YRS/MOS | EMPLOYER | CITY, STATE | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| 10 MOS | EMERY WW AIRL. | DAYTON, OHIO | CAPT. | CUTBACKS/FURLOUGH |
| 4 MOS | ARROW AIR | MIAMI, FL. | CAPT. | FURLOUGHED |
| 1 YR | KOREAN AIR | SEOUL, KOREA | CAPT/FO | CONTRACT EXP./PERSONAL |
| 1 YR | TOWER AIR | JAMAICA, N.Y. | F/O | UPGRADE W/ KOREAN |
| 1/6 MOS | AI NIPPON | HANADA, JAPAN | F/E | CONTRACT EXP. |
| 20 YRS | US AIR | | CAPT. | RESIGNED EARLY RET. |
| 6 MOS | OZARK | EXHIBIT 4 | F/O | FURLOUGHED |

01-23-92

# HAWAII AVIATION CONTRACT SERVICES
## AERONAUTICAL EXPERIENCE

**NAME:** JACK L. CRAWFORD, III   **DATE:** JUNE 11, 1992

### OCCUPATIONS

| FROM | TO | EMPLOYER | AIRCRAFT TYPE | FLIGHT TIME PILOT | F/E |
|---|---|---|---|---|---|
| SEPT 90 | PRESENT | EMERY WW AIRLINE | DC-8 | 800(+) | — |
| MAY 91 | AUG 91 | ARROW AIR | DC-8 | 150 | — |
| MAR 90 | MAR 91 | KOREAN AIR | B-747 | 900 | — |
| FEB 89 | MAR 90 | TOWER AIR | B-747 | 1100 | — |
| AUG 87 | FEB 89 | AI NIPPON | B-747 | — | 1300 |
| JUL 67 | JUL 87 | USAIR | B-727 | 5500 | 600 |
| " | " | " | DC-9, BAC111, DC-3, FH-227, F-27, CV580, N762 | 10,000 | — |

### CLASSIFICATION OF FLIGHT TIME

| ITEMS | AIRPLANE | OTHER | ITEMS | AIRPLANE | OTHER |
|---|---|---|---|---|---|
| TOTAL FLIGHT TIME | 18,000 | — | NIGHT | 5500 | |
| PILOT IN COMMAND | 7,400(+) | — | P.I.C. | 1100(+) | DC-8 |
| SOLO FLIGHT | 11,000 | | COP OR DUAL | | |
| DUAL INSTRUCTION | 500 | | OTHER | | |
| CO-PILOT | 10,000 | | CROSS COUNTRY | 16500 | |
| FLIGHT ENGINEER | 1,900 | | P.I.C. | 3900 | B-727 |
| FLT INSTRUCTOR (PILOT) | 800 | | COP OR DUAL | | |
| FLT INSTRUCTOR (F/E) | 300 | | OTHER | 450 | B-747 |
| INSTRUMENT | 1900 | | SIM TIM | 220 | |

**LIST FOREIGN OR OVERSEAS EXPERIENCE:** AFRICA, EUROPE, MID-EAST, FAR EAST, S. PACIFIC, ASIA, S. AMERICA

**LATEST MEDICAL CERTIFICATE:** CLASS, DATE OF EXAMINATION, LIMITATIONS:
1ST CLASS JUNE 16, 1992, NO LIMITATIONS

**AIRMAN CERTIFICATES AND RATINGS HELD** (LIST NUMBERS, STATE ISSUING AUTHORITY, DATES OF ISSUE, EXPIRATION AND LIMITATION.)

FAA ATP; NO: 1637870; ISSUE DATE 1/4/83; NO EXP. OR LIMITATIONS B-727, D

FAA FLT ENG; NO: 2011666; ISSUE DATE: 5/18/70; NO EXP.; Lim: TURBO JET

KOREAN ATP NO: 1374; ISSUE DATE: 4/10/90; EXP. AUG 27, 1998; Lim: B-747

PLEASE ENCLOSE PHOTOCOPIES OF ALL LICENSES AND LATEST MEDICAL CERTIFICATES.

100350