# HAWAII AVIATION CONTRACT SERVICES, INC.

95 NAKOLO PLACE   SUITE #265
HONOLULU, HAWAII   96819

## WAIVER OF CONFIDENTIALITY AND CONSENT

I understand that before a person is offered employment by Hawaii Aviation Contract Services, Inc. to serve the company as __PILOT__, he or she must be found, after examination by a physician or qualified psychologist, to be free of any emotional or mental condition which might adversely affect his or her ability as a __PILOT__. Such examination or examinations will include, but not be limited to, a clinical interview session with a physician or qualified psychologist.

I acknowledge that the results of my physical and psychological testing may be reviewed by appropriate personnel of HACS and/or Japan Air Charter, the airline to which I understand I will be assigned for flight duty purposes. It is further understood that the examination and testing will be used to determine the suitability of my mental and emotional condition for the position of __PILOT__.

For the foregoing purposes, I do hereby consent to such testing, the disclosure of testing results by the Centinela Hospital to HACS and/or Japan Air Charter and do waive any privilege of confidentiality of "physician-patient relationship" or "psychotherapist-patient relationship" to the extent that the results of the examination or testing herein described is hereinafter released to HACS and/or Japan Air Charter, or their officers, employees or assigns, for the purposes of assessing my emotional and mental suitability for the job for which I have applied.

I understand that I have the right to receive a copy of this consent form. It is further understood that this consent shall become effective __JUNE 25__, 199_2_ and shall not expire for a period of six (6) months.

Dated this __25__ day of __JUNE__, 1992, in the County of _____, State of California.

_____
(Signature)

__JACK L. CRAWFORD, III__
(Print Full Name)

EXHIBIT 5

100347