## HAWAII AVIATION CONTRACT SERVICES, INC.
3660 Waialae Avenue, Suite 310
Honolulu, Hawaii 96816

### DIRECT DEPOSIT FORM

If you would like to have your paycheck directly deposited into your bank account, please fill out the information requested below. Note that we cannot process this form unless all the information is completed.

NAME  JACK LAFAYETTE CRAWFORD, III

BANK  FIRST ALABAMA BANK

BANK ROUTING NUMBER  REDACTED

ACCOUNT NO. _____

CHECKING   X   OR SAVINGS _____

BRANCH TELEPHONE NO.  (205) 832-8512

SIGNATURE  Jack L Crawford   DATE  11/17/93

NOTE: It takes approximately two weeks to process this form.

*(Copy)*

**EXHIBIT 6**

100537