UC-BP-5(A) (Rev. 9/87)

**STATE OF HAWAII**
**Unemployment Insurance Division**
**REPORT OF NEW HIRE(S)**

TYPE OR PRIN
INFORMATIO

The Hawaii Employment Security Law requires that employers report all hires to the Unemployment Insurance Division on Form UC-B REPORT OF NEW HIRE(S). This information enables the Division to detect fraud in cases where applicants continue to file for benefits after employment. Therefore, it is important for employers to properly complete and file timely reports as required below.

## INSTRUCTIONS

Prepare each form in duplicate. Submit the original to the Division and retain a copy for your file.
Under the appropriate columns, enter the employee's name, social security number, type of work performed, status (either fulltime (F) or p (P) ), the number of hours the individual is employed per week, and the date started.
At the bottom of the form, in the appropriate spaces, enter your signature, title, date, telephone number, ten-digit Unemployment Insurance A Number, company name and address.
After completing the form, fold and staple it with the address side up. Place the proper amount of postage on the form and drop it in the mail. A that is returned to you for completion and/or for insufficient postage may be considered untimely so be sure that all items are complete and th properly stamped before mailing.

## WHEN TO FILE FORMS

To report the hire of a single employee, the REPORT OF NEW HIRE(S) must be completed and submitted within five (5) working days from th the employee began work. To report a list of hires, the form must be completed and submitted within five (5) working days from the earliest date of h Failure to submit a timely report will result in assessment of $10.00 for each hire that is reported late unless the department determines that the f to file was excusable.

## WHERE TO GET FORMS

If you have questions, or require an additional supply of forms, contact the nearest Unemployment Insurance Office whose address and telep number is listed below:

| OAHU | HAWAII | MAUI | KAUAI | MOLOKAI |
|---|---|---|---|---|
| P.O. Box 1200 | P.O. Box 652 | P.O. Box E | P.O. Box 911 | P.O. Box 806 |
| Hon., HI 96807 | Hilo, HI 96720 | Wailuku, HI 96793 | Lihue, HI 96766 | Kaunakakai, HI 96748 |
| Phone: 548-8750 | Phone: 961-7461 | Phone: 244-4377 | Phone: 245-4485 | Phone: 553-3281 |

| EMPLOYEE'S NAME | | | SOCIAL SECURITY NO. | TYPE OF WORK PERFORMED | FULL (F) TIME PART (P) TIME | HOURS PER WEEK | DATE START |
|---|---|---|---|---|---|---|---|
| LAST | FIRST | MI | | | | | |
| FEIS | Richard | A | | PILOT | F | On call | 11/21 |
| THIELE | Reinhold | M | | PILOT | F | " | 11/21 |
| BEARD | Ronald | E | | PILOT | F | " | 11/21 |
| CRAWFORD | Jack | L | | PILOT | F | " | 11/21 |
| GERVAIS | Edward | A | | PILOT | F | " | 11/21 |
| ELL | Rick | L | | PILOT | F | " | 11/21 |
| VANDERKAMP | James | E | | PILOT | F | " | 11/21 |
| McMILLEN | Dennis | C | | PILOT | F | " | 11/21 |
| EFFLER | Van Steven | | | PILOT | F | " | 11/21 |
| CROUSORE | Richard | T | | PILOT | F | " | 11/21/9 |
| VENTRESS | Martin | M | | PILOT | F | " | 11/21/9 |
| PAYNE | John | T | | PILOT | F | " | 11/21/9 |
| MOUNT | Bruce | A | | PILOT | F | " | 11/21/9 |

I certify that the above information is true and correct to the best of my knowledge and belief.

EMPLOYER REPRESENTATIVE
TITLE: Office Manager
DATE: 11/27/92
TELEPHONE: (808) 737-5122
EMPLOYER NAME: Hawaii Aviation Contract Services, Inc.
EMPLOYER ADDRESS: 3660 Waialae Ave, Suite 310
Honolulu, HI 96816

EMPLOYER ACCOUNT NUMBER

**EXHIBIT 7**

100592

SUBMIT THIS FORM WITHIN FIVE (5) WORKING DAYS FROM DATE EMPLOYE