**HAWAII AVIATION CONTRACT SERVICES, INC.**
P.O. Box 30606
Honolulu, Hawaii 96820
Telephone: (808) 836-1066
Facsimile: (808) 836-1266

## TOKYO GROUND TRANSPORTATION ADVANCE PAYMENT

TO WHOM IT MAY CONCERN:

I hereby certify that I accept payment of $200.00, paid to me by Hawaii Aviation Contract Services, Inc.(HACS) as an advance for ground transportation expenses incurred by me in the course of my employment with HACS.

I agree to pay back the $200.00 upon completion of my contract or termination of my employment with HACS. I hereby authorize a deduction of $200.00 to be made from my final pay upon the completion of my contract or termination of my employment with HACS, whichever may occur first.

Signed by: _Jack L Crawford_
Date: 12/22/93

Witnessed by: _Kathi Iubiyama_
Date: 12/22/93

100368

**EXHIBIT 8**