**HAWAII AVIATION CONTRACT SERVICES, INC.**
3660 Waialae Avenue, Suite 310
Honolulu, Hawaii 96816
Telephone: (808) 737-5122
Facsimile: (808) 737-0155

15 April, 1993

Capt. Jack Crawford
C/- New Takanawa Prince Hotel
13-1 Takanawa, 3 - Chome
Minato-ku, Tokyo 108
JAPAN

Dear Capt. Crawford:

RE: LICENSE REVOCATION

We are in receipt of the following information from the FAA stating that all your licenses have been revoked. You must reply to me in writing as to how you intend to deal with this problem. I require a response within the next 24 hours of your intentions with respect to the following:

1. Emergency Revocation
2. Date of hearing with respect to Emergency Revocation
3. Response from your legal council to HACS.

I have spoken with the FAA council and she is willing to make some accommodation with respect to hearing dates and further action.

If I do not receive any response from you within the next 24 hours I will assume that you are going to allow permanent revocation of your licenses. If this is the case we will have to terminate your training.

Very truly yours,

John S. Carroll
President

EXHIBIT 9

100430