HAWAII AVIATION CONTRACT SERVICES, INC.
P.O. BOX 30606
HONOLULU, HAWAII 96820
Telephone: (808)836-1066
Facsimile: (808)836-1266

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION

Date: 7/10/93

TO WHOM IT MAY CONCERN:

I hereby authorize you to release to my employer, HAWAII AVIATION CONTRACT SERVICES, INC., or any individual that it may nominate in writing, any and all medical reports, records and information you have concerning illnesses, of injuries I have suffered or may suffer while an employee of HAWAII AVIATION CONTRACT SERVICES, INC., as well as any and all treatment in connection therewith. The above-named and /or nominee(s) is (are) hereby authorized to use a valid copy or this authorization which is to be accorded the same effect and recognition as the original hereof signed by me.

Signed: *Jack L. Crawford*

Address:

We hereby certify that the foregoing authorization is a true and valid copy of the original authorization signed by the party involved which is on file in our office and that our authority thereunder to make this request for medical information has not been revoked.

HAWAII AVIATION CONTRACT SERVICES, INC.   RECEIVED JUL 27 1993
P.O. Box 30606
Honolulu, Hawaii  96820                    RECEIVED ... 27 1993
Telephone: (808)836-1066
Facsimile: (808)836-1266                   RECEIVED .... 27 1993

100321

EXHIBIT 10