**HAWAII AVIATION CONTRACT SERVICES, INC.**
P.O. Box 30606
Honolulu, Hawaii 96820
Telephone: (808) 836-1066
Facsimile: (808) 836-1266

DATE:  ~~25 August~~ 15 September 1993  VL
TO:    Mr. John Crawford
RE:    Valerie Lum HACS/HNL

RE:    **JAPANESE WORKING VISA APPLICATION**

---

Mr. Crawford:

This memo is to confirm that I am in possession of your passport for the purpose of obtaining a Japanese Working Visa for you as an employee of Hawaii Aviation Contract Services, Inc..

The process is expected to last approximately 2-3 working days. Your passport should be ready for you to pick-up from our Honolulu office within 4 working days from the day your passport was dropped off at HACS/HNL. Please contact the HACS/HNL office by phone to make sure your visa and passport are ready for pick-up at that time.

Thank you.

*[signature]*

100454

**EXHIBIT 11**