FORM HW-6
(REV. 1993)

STATE OF HAWAII — DEPARTMENT OF TAXATION
**EMPLOYEE'S STATEMENT CONCERNING NONRESIDENCE
IN THE STATE OF HAWAII**
(Please Type or Print. To be completed in TRIPLICATE.)
(ALL lines must be completed, unless otherwise instructed.)

Year 1994

REDACTED

1. Full Name: **JACK L. CRAWFORD**
2. Present Home Address (Street, city, state, ZIP Code): **14110 LAKE CHILDS, MIAMI LAKES, FL, 33014**
3. Name of Employer and Employer's Address (Street, city, state, and ZIP Code): **HACS, PO. 30606 HONOLULU HI, 96820**
4. Are the services for the above employer being performed in Hawaii? ........ Yes ☐ No ☒
   If no, where is the service performed? **OUTSIDE OF US, IN JAPAN & SE ASIA**
5. State the approximate number of days in the aggregate you expect to perform services in the State of Hawaii during the calendar year 1994. **0**
6. Are you now a resident of the State of Hawaii? (See Instructions on back for a discussion of a "Resident.") ...... Yes ☐ No ☒
7. Have you ever been a resident of the State of Hawaii? ...... Yes ☐ No ☒
   If so, state for what years you were a resident in the State.
8. Have you established a new domicile outside the State of Hawaii such as opening bank accounts, registering to vote, and joining social, business, and church groups? ...... Yes ☒ No ☐
9. Have you ever been in the State of Hawaii at any time during the calendar years 1983 through 1993? ...... Yes ☒ No ☐

**IF YOUR ANSWER TO QUESTION 6 OR 7 IS "YES," COMPLETE
QUESTIONS 10 THROUGH 14; OTHERWISE, COMPLETE QUESTIONS 13 AND 14.**

10. State approximately how many days, in the aggregate, you spent outside the State of Hawaii during each of the following years; otherwise, enter "-0-" for each of the applicable year(s).    1989 ____ 1990 ____ 1991 ____ 1992 ____ 1993 ____
11. Have you ever registered to vote in the State of Hawaii? (Except in Presidential Elections as provided under Chapter 14, Hawaii Revised Statutes .......... Yes ☐ No ☐
    If you have registered to vote in the State of Hawaii, state year in which you last voted: ____
12. Do you own real property in the State of Hawaii? ...... Yes ☐ No ☐
    If so, Residential ☐ Street Address ____
    Other ☐ Street Address (or Property Location) ____

13. If you are married or have dependents, show relationships to you and state their present address; otherwise, enter "Not applicable" on line 13.(a).

    | | Relationship to You | Present Address |
    |---|---|---|
    | (a) | N/A | |
    | (b) | | |
    | (c) | | |
    | (d) | | |

14. If you claim that you are not now a resident of the State of Hawaii, furnish the following information:
    (a) Address of your domicile which is your true, fixed, permanent home and principal establishment and to which place you intend to return whenever you are absent. **14110 LAKE Childs, MIAMI LAKES, FL 33014**
    (b) Enclose a true copy of your military or naval orders, if you are a member of the military or naval forces of the United States; otherwise, enter "Not applicable" here. **NOT Applicable**
    (c) Enclose a true copy of a letter from your employer describing your services performed as an officer or member of the crew of a ship engaged in aviation or navigation; otherwise, enter "Not applicable" here. ____
    (d) Enclose a true copy of an appropriate document certified by the officials of the school, college, or university evidencing your enrollment in their class or course; otherwise, enter "Not applicable" here. ____

RECEIVED '94 APR 20 INCOME TAX BRANCH

APR 27 1994
AUDIT BRANCH-OAHU
DEPT. OF TAXATION

I declare under the penalties of section 231-34 of the Hawaii Revised Statutes, that I have answered all the above questions which I am required to answer, and that my answers are true and correct.

Employee's Signature: **Jack Y. Crawford**        Date: **3/25/94**

| NOTE: THE FOLLOWING IS TO BE COMPLETED AND TRANSMITTED BY THE EMPLOYER. (See the Instructions.) | FOR TAX OFFICE USE ONLY |
|---|---|
| Employer's Name and Applicable dba: **Hawaii Aviation Contract Services, Inc.** | Withholding of income tax is:<br>☐ Required for services performed in Hawaii for 60 or more days in the aggregate<br>☒ Not required. |
| Contact Person: **Sydney Wong** / Phone Number: **836-1066** | Income Tax Assessor/Assistant Assessor |
| Employer's Hawaii Withholding I.D. No. **10421001** / Date **22 April 1994** | Date **4/29/94** |

100527

**EXHIBIT 12**