**HAWAII AVIATION CONTRACT SERVICES, INC.**
**PO BOX 31348**
**Honolulu, Hawaii   96820**
**Telephone: (808) 836-1066**
**Facsimile: (808) 836-1266**

07 October 1994

Immigration & Naturalization Service
595 Ala Moana Blvd
Honolulu, Hi. 96813

To Whom It May Concern:

This letter was requested by one of our employees, Captain Jack Crawford to verify his employment with this company and other pertinent data. I hope the following information fulfills your needs.

Captain Crawford has been an employee of this company since 21 November 1992, and is contracted with us until 20 September 1998. Barring any unforeseen problems, Captain Crawford may continue working here until his 60th birthday, 10 March 2003. His annual base gross salary is approximately $9,240.00. This figure does not include any overtime pay, bonus or per-diem he may receive.

If you have any further questions regarding this employee, please don't hesitate to call.

Sincerely,

Captain Michael A. Silva
V.P. HACS

100526

JC1007MS                                EXHIBIT 13