HAWAII AVIATION CONTRACT SERVICES, INC.
PO BOX 31348
Honolulu, Hawaii  96820
Telephone: (808) 836-1066
Facsimile: (808) 836-1266

15 November 1994

From: Captain Mike Silva

Regards: Captain Jack Crawford

To Whom It May Concern:

Hawaii aviation is a flight crew leasing company which employs Captain Jack Crawford. Captain Crawford is currently under contract flying DC-10 aircraft for Japan Air Charter, a division of Japan Airlines. He has been employed by us since 21, November 1992.

I have given Captain Crawford a line monitor (line check) this past summer. The check ride went well, Captain Crawford received a "satisfactory" grade. Captain Crawford displayed good judgment and commanded his crew with a calm and friendly demeanor.

Captain Crawford has a high work ethic, he as not been late, nor missed a trip to this date. He seems to be a "Company Man". I do not know Jack on a personal level however, he appears to be well adjusted and lives a quite normal life.

I am currently the Chief Pilot for our contract with Japan Air Charter, and the former DC-8 Chief Pilot and Check Airman for Hawaiian Airlines. If I can be of any further assistance to you, please don't hesitate to write me.

Sincerely,

Captain Mike Silva
Vice President
Chief Pilot


cc: file


jc1115ms                          EXHIBIT 14                          100448