FORM HW-6
(REV. 1993)

**STATE OF HAWAII — DEPARTMENT OF TAXATION**
**EMPLOYEE'S STATEMENT CONCERNING NONRESIDENCE IN THE STATE OF HAWAII**

**Year 1995**

(Please Type or Print. To be completed in TRIPLICATE.)
(ALL lines must be completed, unless otherwise instructed.)

1. Full Name: JACK L. CRAWFORD
   Social Security Number: REDACTED
2. Present Home Address (Street, city, state, ZIP Code): 14110 LAKE CHILDS, MIAMI LAKES, FL. 33014
3. Name of Employer and Employer's Address (Street, city, state, and ZIP Code): HACS P.O. BOX 31348 HONOLULU, HI 96820
4. Are the services for the above employer being performed in Hawaii? ... No ☒
   If no, where is the service performed? OUTSIDE OF US, IN JAPAN & S.E. ASIA
5. State the approximate number of days in the aggregate you expect to perform services in the State of Hawaii during the calendar year: 0
6. Are you now a resident of the State of Hawaii? ... No ☒
7. Have you ever been a resident of the State of Hawaii? ... No ☒
   If so, state for what years you were a resident in the State.
8. Have you established a new domicile outside the State of Hawaii such as opening bank accounts, registering to vote, and joining social, business, and church groups? ... Yes ☒
9. Have you ever been in the State of Hawaii at any time during the calendar years 1984 through 1994? ... Yes ☒

**IF YOUR ANSWER TO QUESTION 6 OR 7 IS "YES," COMPLETE QUESTIONS 10 THROUGH 14; OTHERWISE, COMPLETE QUESTIONS 13 AND 14.**

10. State approximately how many days, in the aggregate, you spent outside the State of Hawaii during each of the following years; otherwise, enter "-0-" for each of the applicable year(s).  1990 ____ 1991 ____ 1992 ____ 1993 ____ 1994 ____
11. Have you ever registered to vote in the State of Hawaii? (Except in Presidential Elections as provided under Chapter 14, Hawaii Revised Statutes)
    If you have registered to vote in the State of Hawaii, state year in which you last voted:
12. Do you own real property in the State of Hawaii?
    If so, Residential ☐ Street Address ____
    Other ☐ Street Address (or Property Location) ____
13. If you are married or have dependents, show relationships to you and state their present address; otherwise, enter "Not applicable" on line 13.(a).

    | Relationship to You | Present Address |
    |---|---|
    | (a) | |
    | (b) N/A | |
    | (c) | |
    | (d) | |

14. If you claim that you are not now a resident of the State of Hawaii, furnish the following information:
    (a) Address of your domicile which is your true, fixed, permanent home and principal establishment and to which place you intend to return whenever you are absent. 14110 LAKE CHILDS, MIAMI LAKES, FL., 33014
    (b) Enclose a true copy of your military or naval orders, if you are a member of the military or naval forces of the United States; otherwise, enter "Not applicable" here. Not Applicable
    (c) Enclose a true copy of a letter from your employer describing your services performed as an officer or member of the crew or the like engaged in aviation or navigation; otherwise, enter "Not applicable" here.
    (d) Enclose a true copy of an appropriate document certified by the officials of the school, college, or university, evidencing your enrollment in their class or course; otherwise, enter "Not applicable" here.

I declare under the penalties of section 231-34 of the Hawaii Revised Statutes, that I have answered all the above questions which I am required to answer, and that my answers are true and correct.

Employee's Signature: Jack L. Crawford    Date: 1/8/95

**NOTE: THE FOLLOWING IS TO BE COMPLETED AND TRANSMITTED BY THE EMPLOYER.**
(See the Instructions.)

**FOR TAX OFFICE USE ONLY**
Withholding of income tax is:
☐ Required for services performed in Hawaii for 60 or more days in the aggregate.
☒ Not required.

Employer's Name and Applicable dba: Hawaii Aviation Contract Svc, Inc.
Contact Person: Sydney Wong
Phone Number: 836-1066
Income Tax Assessor/Assistant Assessor: [signature]
Employer's Hawaii Withholding I.D. No.: 10421001
Date: 11 January 95
Date: 1/13/95

**EXHIBIT 15**

ORIGINAL & DUPLICATE: To be filed with the taxation district office.   TRIPLICATE: For Employee