

**HAWAIIAVIATION**
PO Box 31348 · Honolulu, Hawaii 96820
Bus (808)836-1085 · Fax (808)836-1288

Captain Jack Crawford
1777 Ala Moana Blvd   #525
Honolulu HI 96815

January 29, 1996,

Dear Captain Crawford,

While performing Copilot Duty aboard JL 728 on December 13, 1995 enroute from BKK-KIX, you were involved in a lost communications incident. As the designated Copilot for this flight, one of your primary duties was to maintain proper communications throughout the flight. However, you failed to maintain radio contact with Naha Control for a distance of nearly 500 NM while operating in radar contact in controlled airspace.

As a Captain who has received a Line Check over the route, you should have been well aware of the frequency changes to be expected. When you are performing Copilot Duty, the designated Pilot in Command of the flight should have every right to expect you to perform your duties as would any fully qualified Copilot. For you to perform these Copilot duties in a negligent manner is unacceptable.

Moreover, this is the second time a Lost Communications incident has occurred while you were an operating Crew Member. Communications play an important part in the safety of line operations and your obvious negligence in this area is of serious concern.

This letter of reprimand will remain as a permanent part of your personnel file. Should there be any future incidents requiring administrative action you can expect to be penalized. There will be no further warnings.

Sincerely,

Keith Bertiaux
Chief Pilot, HACS


cc: JAZ
    File

**EXHIBIT 17**