FORM HW-6 (REV. 1995)

**STATE OF HAWAII — DEPARTMENT OF TAXATION**
**EMPLOYEE'S STATEMENT CONCERNING NONRESIDENCE IN THE STATE OF HAWAII**

Year 1996 ~~1996~~ 1997

(Please Type or Print. To be completed in TRIPLICATE.)
(ALL lines must be completed, unless otherwise instructed.)

REDACTED

1. Full Name: JACK L. CRAWFORD III
2. Present Home Address (Street, city, state, ZIP Code): 14110 LAKECHILDS, MIAMI LAKES Fl, 33014
3. Name of Employer and Employer's Address (Street, city, state, and ZIP Code): HACS P.O. BOX 31348 HONOLULU H.I., 96820
4. Are the services for the above employer being performed in Hawaii? ..... Yes ☐ No ☒
   If no, where is the service performed? OUTSIDE OF US IN JAPAN & SE ASIA
5. State the approximate number of days in the aggregate you expect to perform services in the State of Hawaii during the calendar year 1996. 0
6. Are you now a resident of the State of Hawaii? (See instructions on back for a discussion of a "Resident.") ..... Yes ☐ No ☒
7. Have you ever been a resident of the State of Hawaii? ..... Yes ☐ No ☒
   If so, state for what years you were a resident in the State.
8. Have you established a new domicile outside the State of Hawaii such as opening bank accounts, registering to vote, and joining social, business, and church groups? ..... Yes ☒ No ☐
9. Have you ever been in the State of Hawaii at any time during the calendar years 1985 through 1995? ..... Yes ☒ No ☐

IF YOUR ANSWER TO QUESTION 6 OR 7 IS "YES," COMPLETE QUESTIONS 10 THROUGH 14; OTHERWISE, COMPLETE QUESTIONS 13 AND 14.

10. State approximately how many days, in the aggregate, you spent outside the State of Hawaii during each of the following years; otherwise, enter "-0-" for each of the applicable year(s).   1991_____ 1992_____ 1993_____ 1994_____ 1995_____
11. Have you ever registered to vote in the State of Hawaii? (Except in Presidential Elections as provided under Chapter 14, Hawaii Revised Statutes) ..... Yes ☒ No ☐
    If you have registered to vote in the State of Hawaii, state year in which you last voted: _____
12. Do you own real property in the State of Hawaii? ..... Yes ☐ No ☐
    If so: ☐ Residential  ☐ Street Address  ☐ Other
    Street Address (or Property Location): _____

RECEIVED JAN 17 1997 AUDIT BRANCH - OAHU DEPT OF TAXATION

13. If you are married or have dependents, show relationships to you and state their present address; otherwise, enter "Not applicable" on line 13.(a).
    Relationship to You    Present Address
    (a) _____
    (b) _____
    (c) _____
    (d) _____

14. If you claim that you are not now a resident of the State of Hawaii, furnish the following information:
    (a) Address of your domicile which is your true, fixed, permanent home and principal establishment and to which place you intend to return whenever you are absent. 14110 LAKECHILDS MIAMI LAKES Fl., 33014
    (b) Enclose a true copy of your military or naval orders, if you are a member of the military or naval forces of the United States; otherwise, enter "Not applicable" here. NOT APPICABLE
    (c) Enclose a true copy of a letter from your employer describing your services performed as an officer or member of the crew or the like engaged in aviation or navigation; otherwise, enter "Not applicable" here. _____
    (d) Enclose a true copy of an appropriate document certified by the officials of the school, college, or university, evidencing your enrollment in their class or course; otherwise, enter "Not applicable" here. N/A

I declare under the penalties of section 231-36 of the Hawaii Revised Statutes, that I have answered all the above questions which I am required to answer, and that my answers are true and correct.

**EXHIBIT 18**

Employee's Signature: Jack L Crawford III    Date: 12/13/9_

**NOTE: THE FOLLOWING IS TO BE COMPLETED AND TRANSMITTED BY THE EMPLOYER.**
(See the Instructions.)

Employer's Name and Applicable dba: Hawaii Aviation Contract Services, Inc.
Contact Person: Kathi Kuboyama    Phone Number: 833-4190
Employer's Hawaii Withholding I.D. No.: 1642001    Date: 1/2/97

FOR TAX OFFICE USE ONLY
Withholding of income tax is:
☐ Required because employee is a Hawaii Resident.
☐ Required for services performed in Hawaii for 60 or more days in the aggregate.
☒ Not required.

Income Tax Assessor/Assistant Assessor: [signature] Sugimura    Date: 1/17/97

100505

ORIGINAL & DUPLICATE: To be filed with the taxation district office    TRIPLICATE: For Employer    RECEIVED DEC 18 1996    FORM HW-6