## Ronald G. S. Au
ATTORNEYS AT LAW
SUITE 1120, PACIFIC TOWER
BISHOP SQUARE
1001 BISHOP STREET
HONOLULU, HAWAII 96813-3520
TELEPHONE (808) 533-7431

RONALD G. S. AU
CONNIE G. W. MEREDITH, A LAW CORP
GERALD H KURASHIMA

FAX (808) 521-4384

December 19, 1996

Mr. Frank Tabata
Senior Vice-President of Operations
Hawaii Aviation
P.O. Box 31348
Honolulu, Hawaii 96820

Re:  **Captain Jack Crawford**
     **Letter of November 13, 1996**

Dear Mr. Tabata:

My office has been retained by Captain Jack Crawford with respect to the correspondence dated November 13, 1996. The letter of November 13, 1996, suspended interline privileges, JAL Points Travel and Employee Discount Travel for one year and revoked permanently all interline benefits on United Air Lines.

It is the opinion of this office based upon the correspondence we have reviewed, that the suspension and revocation of travel benefits is a severe and unjustified sanction. Moreover, the suspension and revocation violates Section 2-7-1 of the Company Works Rules and Disciplinary Action. The Section provides, under Step 1, for a written warning and/or Step 2, a written reprimand. Neither course of action as provided in the Company Rules were pursued or followed.

The suspension and revocation of airline benefits is a severe sanction without prior notice or the benefit of a cause hearing.

We are requesting that you reconsider the sanctions or that a hearing be scheduled to determine whether the sanctions should be imposed.

Captain Crawford, as a senior flight captain, enjoys his employment with Hawaii Aviation, and he would like to continue his status and employee relationship with the company. We are open to any reasonable suggestion to alleviate the present condition.

EXHIBIT 19

RECEIVED DEC 23

RONALD G. S. AU
ATTORNEYS AT LAW

**Mr. Frank Tabata**
**December 19, 1996**

Please advise me whether you are prepared to reconsider the sanctions imposed or in the alternative, whether you are amenable to an informal hearing before an arbitrator.

Your earliest reply would be appreciated.

Sincerely,

RONALD G. S. AU

RGSAjlk

cc:   Keith Bertiaux

2