# HAWAII AVIATION

3375 Koapaka Street, Ste. F220-14, Honolulu, HI 96819
Ph: (808) 833-4190     Fax: (808) 836-1266

Date:   August 28, 2001

To:     Captain Jack Crawford
From:   Mike Hudgins
Re:     Warning Letter

Dear Captain Crawford:

As I promised during our talk on the night of August 7th in Bangkok, I am issuing you this letter which contains a warning from both JALways and HACS.

On August 1, 2001, I received information of your check flight with Captain Shimada of July 23rd. I subsequently talked to Captain Shimada and Captain Hanami about it, and Captain Hanami gave me your letter to him describing your side of events.

In accordance with Captain Hanami's request, you are notified: First, that in the course of the next year, you will receive a Line Monitor flight, and an extra check flight in addition to your regular annual check flight. All three flights will be at unannounced times. Second, that you have had two warnings about the unsatisfactory condition of your issued and required charts. There will be no third warning. Instead, you will be removed from captain status.

Additionally, I must warn you that you are potentially in violation of the contract, namely Article XI, <u>Unsatisfactory Crewmembers</u>, which states: If HACS decides that Employee is not performing satisfactorily..., or if employee violates the terms of any statute, law, or regulation, ... HACS will remove Employee immediately from assignment to HACS. The issue here is your manuals, which are required by regulation as a matter of flight safety.

Besides your statements in Bangkok that your manuals were out of date, I only have a copy of your letter to Captain Hanami for your version of events. If you do not wish me to keep that account, please write me an account of what happened and your explanation of the events as you see them. I will include that document in your file with this letter. You may deliver this to me by any means.

Captain, it is imperative that you solve your bookkeeping problems as they have to potential of affecting the safety of your flights. I also hope you conscientiously apply yourself to solving any other problems mentioned by your checkers. If you wish, you can call me or talk personally any time.

Sincerely,


Mike Hudgins

Chief Pilot

EXHIBIT 21

100419