# HAWAII AVIATION

3375 Koapaka St., Ste. F-220-14, Honolulu, HI 96819
Ph: (808) 833-4190    Fax: (808) 836-1266

December 26, 2001

Captain Jack Crawford
1777 Ala Moana Boulevard
Honolulu, HI 96815

Dear Captain Crawford,

Your employment contract with HACS requires that you maintain certain qualifications in order to be assigned to a customer airline. These qualifications are subject to review on a regular basis and can be renewed or revoked at the discretion of the JCAB and JALways.

More than 60 days ago you were given a checkride by JALways from which several points arose regarding your technical knowledge and preparedness. You were notified at that time that you would receive another check at a later date and that these discrepancies would be reviewed. On December 13th and 15th JALways again reviewed your performance. The results were unsatisfactory.

Our contractual relationship with JALways and other customers does not allow for any review of their technical analysis of your performance. We must accept their decisions as final. Indeed, the checker that reviewed your performance is in fact a designated checker for the JCAB. Therefore, his unsatisfactory grade of your performance not only affects your standing with JALways, it technically voids your JCAB type rating on Japanese registered and owned DC-10 aircraft. You no longer have a JCAB DC-10 rating.

As a result of this license cancellation HACS has no choice but to cancel your assignment to JALways effective today. This decision cannot be reversed.

Please contact Robyn in the office for a briefing of the benefits that you are entitled to as a result of this action.

*[signature]*
Frank Tabata
President, HACS

EXHIBIT 22