# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

- [ ] FEPA
- [x] EEOC

CHARGE NUMBER: 378-A3-00045

_____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Jack L. Crawford
**HOME TELEPHONE** (Include Area Code): (909) 941-2525
**STREET ADDRESS / CITY, STATE AND ZIP CODE:** 3535 Inland Empire Blvd., Ontario, CA 91764

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME:** Hawaiian Aviation Contract Services
**NUMBER OF EMPLOYEES, MEMBERS:** Cat D (501+)
**TELEPHONE:** (808) 833-4190
**STREET ADDRESS / CITY, STATE AND ZIP CODE:** 3375 Koapaka St. Ste F-220-14, Honolulu, HI 96819
**COUNTY:** 003

**NAME:** Jalways Co. Ltd. Jal Bldg Tyo Japan
**STREET ADDRESS / CITY, STATE AND ZIP CODE:** 4-11 Higashi-Shinagawa (2) Crome Shinagawa-Ku, 140

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
- [ ] RACE
- [ ] COLOR
- [ ] SEX
- [ ] RELIGION
- [x] NATIONAL ORIGIN
- [ ] RETALIATION
- [x] AGE
- [ ] DISABILITY
- [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 06/17/2001   LATEST: 12/26/2001
- [ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I.
I was hired on November 22, 1992 and discharged on December 26, 2001. On July 27, 2001, I wrote up a situation that I believed was a safety violation against Captain Shamada, Chief Checker for Jalways Airlines and Japanese Civil Aeronautical Board. I was immediately subjected to different terms and conditions in the form of unprecedented evaluations that have never before been required by pilots passed or present.

I was failed by Captain Shamada on a Checkride (evaluation), which caused Hawaiian Aviation Contract Services (HACS) to send me a letter disqualifying me as a DC-10 Captain. This cancelled my Airline Transport Pilot License on a DC-10.

II.
I was told by HACS that my license was cancelled by the Government of Japan for no reason. No reason given for the Checkride fail

III.
I believe that I have been discriminated against because of my National Origin, American in violation of Title VII of the Civil Rights Act of 1964, as amended and due to my age, 60, in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED OCT 24 2002

RECEIVED OCT 07 2002

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements) EEOC/LADO

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/07/02
Charging Party (Signature): Jack L. Crawford, III

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EXHIBIT 23

EEOC FORM 5 (Rev. 07/99)