CARLSMITH BALL LLP

ANDREW L. PEPPER      5141-0
STEVEN M. EGESDAL     4511-0
JOSEPH F. KOTOWSKI    7973-0
GARY G. GRIMMER      1769-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com
ggrimmer@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | CIVIL NO. CV 03-00451 SPK-LEK <br><br> **CERTIFICATE OF SERVICE** <br><br> [RE: DEFENDANT JALWAYS CO., LTD.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION--DEPONENT: PLAINTIFF JACK CRAWFORD] |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of

Deposition Upon Oral Examination (Deponent:  Jack Crawford) was duly served

upon the parties listed below at their last known address by placing the same in the

United States mail, first class postage prepaid, on the date set forth below.

SHAWN A. LUIZ, ESQ.
810 Richards Street, Suite 800
Honolulu, Hawaii 96813

Attorney for Plaintiff
JACK CRAWFORD

CARL H. OSAKI, ESQ.
Town Tower, #17G
225 Queen Street
Honolulu, Hawaii  96813

Attorney for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.

DATED:  Honolulu, Hawaii, December 28, 2007.

/s/ Joseph F. Kotowski, III
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III
GARY G. GRIMMER

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.