CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI | 7973-0 |
| GARY G. GRIMMER | 1769-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com
ggrimmer@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>  Plaintiffs,<br><br>  vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>  Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: DEFENDANT JALWAYS CO., LTD.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JACK CRAWFORD] |

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, the original and one copy of Defendant Jalways Co., Ltd.'s First Request for Production of Documents to Plaintiff Jack Crawford was served on the following at their last known addresses:

**Served by First Class Mail on January 2, 2008**:

SHAWN A. LUIZ, ESQ.
800 City Center
810 Richards Street
Honolulu, Hawaii  96813

Attorney for Plaintiff
JACK CRAWFORD

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of Defendant Jalways Co., Ltd.'s First Request for Production of Documents to Plaintiff Jack Crawford was served on the following at their last known addresses

**Served by First Class Mail on January 2, 2008**:

CARL H. OSAKI, ESQ.
Town Tower, #17G
225 Queen Street
Honolulu, Hawaii  96813

Attorney for Defendant
HAWAII AVIATION CONTRACT
 SERVICES, INC.

3.

Dated: Honolulu, Hawaii, January 2, 2008.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI
GARY G. GRIMMER

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.