SHAWN A. LUIZ 6855
810 Richards Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile: (808) 538-0600
attorneyLuiz@msn.com

Attorney for Plaintiff
JACK CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10,<br><br>Defendants. | ) CIVIL NO. 03-451 SPK-LEK<br>) (Civil Rights)<br>)<br>)<br>) MOTION TO WITHDRAW AS COUNSEL<br>) AND CERTIFICATE OF SERVICE;<br>) DECLARATION OF SHAWN A. LUIZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW SHAWN A. LUIZ, counsel for Plaintiff, and hereby moves this court for an order to WITHDRAW AS COUNSEL.

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 83.6 and Hawaii Rules of Professional Conduct, Rule 1.16. It is based upon the attached Declaration of Counsel, and upon such further evidence and argument as may be presented prior to or during a hearing on this motion.

**Client contact information:**
Jack Crawford
Email: captjack1943@yahoo.com
Address: SOI MATTAD LEX LAUNG 2, BAGKOK THAILAND
Telephone: 011-66-81-907-9236

**WARNING: Crawford is personally responsible for complying with all court orders and time limitations established by any applicable rules.**

DATED: Honolulu, Hawaii, January 7, 2008.

SHAWN A. LUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10,<br><br>Defendants.<br>_____ | ) CIVIL NO. 03-451 SPK-LEK<br>) (Civil Rights)<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true copy of the foregoing was served upon the following on Honolulu, Hawaii, January 7, 2008, addressed as follows:

Jack Crawford
Email: captjack1943@yahoo.com
**WARNING: Crawford is personally responsible for complying with all court orders and time limitations established by any applicable rules.**

Andrew Pepper

Email: apepper@Carlsmith.com

1

Carl Osaki
Email: carl@chosaki.com

DATED: Honolulu, Hawaii, January 7, 2008.

                                                                                      SHAWN A. LUIZ