IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10,<br><br>Defendants. | ) CIVIL NO. 03-451 SPK-LEK<br>) (Civil Rights)<br>)<br>)<br>) DECLARATION OF SHAWN A. LUIZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF SHAWN A. LUIZ

I, SHAWN A. LUIZ, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

    1.    I am counsel for Plaintiff in the above captioned matter.

    2.    Crawford signed a retainer with Declarant. Crawford failed to substantially fulfill an obligation to the Declarant regarding Declarant's services and has been given reasonable warning that Declarant will withdraw unless the obligation is fulfilled.

1

3. The representation will result in an unreasonable financial burden to Declarant. Should the court require specifics, Declarant respectfully requests that he be allowed to disclose the specifics in camera rather than compromising the client's right to confidentiality of the attorney client relationship.

DATED: Honolulu, Hawaii, January 7, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　SHAWN A. LUIZ