# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Jack Crawford vs. Japan Airlines |
| ATTYS FOR PLA: | Shawn A. Luiz |
| ATTYS FOR DEFT: | Gary G. Grimmer<br>Andrew L. Pepper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 01/08/2008 | TIME: | 9:28-9:40 |

COURT ACTION: Status Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager