# MINUTES

CASE NUMBER:     CIVIL NO. 03-00451SPK-LEK

CASE NAME:       Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     01/08/2008                   TIME:

COURT ACTION:  EO: Atty Shawn A. Luiz to submit declaration under seal with copy only to Plaintiff regarding his reasons to seek withdrawal. Said declaration to be filed by 1/15/2008.

The Court finds there is good cause for filing under seal as the information contained is likely to involve attorney client communication and/or personal information which would subject Plaintiff to embarrassment or annoyance.

Atty Shawn A. Luiz to confer with his client regarding Plaintiff's availability for deposition and report to the Court by 1/15/2008.

Submitted by: Warren N. Nakamura, Courtroom Manager