CARLSMITH BALL LLP

ANDREW L. PEPPER          5141-0
STEVEN M. EGESDAL          4511-0
JOSEPH F. KOTOWSKI        7973-0
GARY G. GRIMMER            1769-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com
ggrimmer@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO.  03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES' AND JALWAYS CO., LTD.'S *CONDITIONAL* STATEMENT OF NO OPPOSITION TO SHAWN A. LUIZ'S MOTION TO WITHDRAW AS COUNSEL, FILED ON JANUARY 7, 2008; CERTIFICATE OF SERVICE<br><br>Trial Date:  July 8, 2008 |

4836-7280-1282.1.051729-00005

**DEFENDANTS JAPAN AIRLINES' AND JALWAYS CO., LTD.'S**
***CONDITIONAL* STATEMENT OF NO OPPOSITION TO**
**SHAWN A. LUIZ'S MOTION TO WITHDRAW**
<u>**AS COUNSEL, FILED ON JANUARY 7, 2008**</u>

Pursuant to Rule 7.4 of the Local Rules of Practice for the United States

District Court for the District of Hawaii, Defendants Japan Airlines and Jalways

Co., Ltd. hereby state that they do not oppose the withdrawal of Shawn A. Luiz as

counsel for Plaintiff Jack Crawford, upon the condition that Mr. Luiz's withdrawal

does not interfere with the present dispositive motions hearing schedule of the

Court, including the various dispositive motions hearings currently scheduled for

March 14, 2008 before the Honorable District Judge Samuel P. King.

DATED:  Honolulu, Hawaii, January 9, 2008.


/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III
GARY G. GRIMMER

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.

4836-7280-1282.1.051729-00005