IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD, | CIVIL NO.  03-00451 SPK-LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below,

a true and correct copy of the foregoing will be served on the following at their last

known addresses:

**<u>Served by First Class Mail on January 9, 2008</u>**:

SHAWN ANTHONY LUIZ, ESQ.
810 Richards Street, Suite 800
Honolulu, Hawaii 96813

Attorney for Plaintiff
JACK CRAWFORD, III

//

//

//

**Served Electronically through CM/ECF on January 9, 2008**:

CARL H. OSAKI, ESQ.  (carl@chosaki.com)
Town Tower, #17G
225 Queen Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.

DATED:  Honolulu, Hawaii, January 9, 2008.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III
GARY G. GRIMMER

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.