# MINUTES

CASE NUMBER:        CIVIL NO. 03-00451SPK-LEK

CASE NAME:        Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:    01/16/2008        TIME:

COURT ACTION:  EO: Motion to Withdraw as Counsel for Plaintiff Jack Crawford will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

**Any Memorandum in Opposition or Position Statement by Defendant Japan Airlines or Plaintiff Jack Crawford is due 1/29/2008.**

Magistrate Judge Leslie E. Kobayashi will take the Motion to Withdraw as Counsel for Plaintiff Jack Crawford under Advisement thereafter.

Submitted by: Warren N. Nakamura, Courtroom Manager