CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| GARY G. GRIMMER | 1769-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
ggrimmer@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE JUDGMENT ON THE PLEADINGS (COUNT III)**; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: July 8, 2008 |

## DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE JUDGMENT ON THE PLEADINGS (COUNT III)

This motion addresses the only remaining claim of Plaintiff Jack Crawford ("**Crawford**"): Count III for tortious employment discharge against Defendants Japan Airlines and Jalways Co., Ltd. (the "**JAL Defendants**"). The record fails to allow even the inference that (1) Crawford's termination of employment was in retaliation for reporting violations of a public policy; and (2) Crawford's purported reporting on an internal sick leave policy interpretation caused his termination by his actual employer, defendant Hawaii Aviation Contract Services, Inc. ("**HACS**"). The JAL Defendants therefore are entitled to summary judgment on Count III.

The JAL Defendants move under Fed. R. Civ. P. 7, 12(c) and 56, LR7.7 and LR56.1. They support this motion with the attached memorandum, separate concise statement of facts ("**CS**") filed contemporaneously, the records and files in this matter, and such oral argument as may be made at the hearing of this motion.

3.

Dated: Honolulu, Hawaii, January 16, 2008.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
GARY G. GRIMMER
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.