IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>      Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10,<br><br>      Defendant. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5**

I hereby certify under Local Rule 7.5(a) that the above MOTION FOR PARTIAL SUMMARY JUDGMENT does not exceed thirty (30) pages in length.

DATED: Honolulu, Hawaii, January 16, 2008.

                                  /s/ Andrew L. Pepper
                                  ANDREW L. PEPPER
                                  STEVEN M. EGESDAL
                                  GARY G. GRIMMER
                                  JOSEPH F. KOTOWSKI, III

                                  Attorneys for Defendants
                                  JAPAN AIRLINES and
                                  JALWAYS CO., LTD.