IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing will be served on the following at their last known addresses:

Served by U.S. mail, postage prepaid on January 16, 2008.

SHAWN ANTHONY LUIZ
810 Richards Street, Suite 800
Honolulu, Hawaii 96813

Attorney for Plaintiff
JACK CRAWFORD, III

Served Electronically through CM/ECF on January 16, 2008:

CARL H. OSAKI, ESQ.
Email: cho@hawaii.rr.com
Attorney for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.

4835-9707-6481.9.051729-00005

3.

    DATED: Honolulu, Hawaii, January 16, 2008.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
STEVEN M. EGESDAL
GARY G. GRIMMER
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.