# EXHIBIT 1

# FILED UNDER SEAL

# PURSUANT TO THE

# PROTECTIVE ORDER

# GOVERNING

# CONFIDENTIALITY OF

# PRODUCED DOCUMENTS,

# FILED OCTOBER 17, 2007