SHAWN A. LUIZ        6855
810 Richards Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile: (808) 538-0600
attorneyLuiz@msn.com

Attorney for Plaintiff
JACK CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD, | ) CIVIL NO. 03-451 SPK-LEK<br>) (Civil Rights)<br>)<br>) |
| Plaintiffs, | ) ORDER GRANTING EX PARTE<br>) APPLICATION FOR LEAVE TO FILE |
| vs. | ) UNDER SEAL ADDITIONAL<br>) INFORMATION IN SUPPORT OF MOTION |
| JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10, | ) TO WITHDRAW AS COUNSEL<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

**ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL ADDITIONAL INFORMATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

Shawn A. Luiz, Esq., current counsel of record for plaintiff Jack Crawford, having moved for LEAVE TO FILE UNDER SEAL ADDITIONAL INFORMATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL, <u>without service on Plaintiff</u>, and good cause appearing therefore,

IT IS HEREBY ORDERED that said Ex Parte Application is granted and Shawn A. Luiz, Esq., current counsel of record for plaintiff Jack Crawford, is hereby granted leave to file under seal, without service on plaintiff, further information regarding the motion to withdraw as counsel of record.

DATED:  Honolulu, Hawaii, January 17, 2008.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge