CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI | 7973-0 |
| GARY G. GRIMMER | 1769-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com
ggrimmer@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>   Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>   Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: DEFENDANT JALWAYS CO., LTD.'S AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION--DEPONENT:  PLAINTIFF JACK CRAWFORD] |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Amended Notice of Deposition Upon Oral Examination (Deponent: Jack Crawford) was duly served upon the parties listed below at their last known address by placing the same in the United States mail, first class postage prepaid, on the date set forth below.

SHAWN A. LUIZ, ESQ.
810 Richards Street, Suite 800
Honolulu, Hawaii 96813

Withdrawing Attorney for Plaintiff
JACK CRAWFORD

JACK CRAWFORD
SOI MATTAD LEX LAUNG 2
Bangkok, Thailand
Email: captjack1943@yahoo.com

Plaintiff

CARL H. OSAKI, ESQ.
Town Tower, #17G
225 Queen Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.

DATED: Honolulu, Hawaii, January 23, 2008.

/s/ Gary G. Grimmer
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III
GARY G. GRIMMER

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.