# MINUTES

CASE NUMBER:      CIVIL NO. 03-00451SPK-LEK

CASE NAME:        Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     01/29/2008                    TIME:

COURT ACTION:  EO: Plaintiff Jack Crawford ("Plaintiff") submitted a Position Statement and Opposition to Withdrawal of Shawn Luiz, Attorney as Counsel for the Plaintiff ("Position Statement").  The Position Statement was received by the Clerk's Office on January 28, 2008.  The Clerk's Office, however, did not file the Position Statement because it lacked Plaintiff's original signature.

The Court will treat the Position Statement as a pro se filing.  Pro se litigants are generally held to less stringent standards than those of their legal counterparts.  See Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam); Jackson v. Carey, 353 F.3d 750, 757 (9th Cir. 2003).  The Court therefore DIRECTS the Clerk's Office to file the Position Statement and ORDERS Plaintiff to submit an original signature page to the Court by **February 15, 2008**.

The Court cautions Plaintiff that pro se litigants must still comply with the procedural and substantive rules of the court, see King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."); see also United States v. Bell, 27 F. Supp. 2d 1191, 1197 (E.D. Cal. 1998).  Plaintiff is therefore on notice that any further filings in connection with Mr. Luiz's motion to withdraw must comply with the rules of the court.  Failure to comply with the rules may result in sanctions.  See Fed. R. Civ. P. 11; Local Rule LR11.1.

Submitted by: Warren N. Nakamura, Courtroom Manager