# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Jack Crawford vs. Japan Airlines |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 01/29/2008 | TIME: | |

COURT ACTION:  EO:     COURT ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO WITHDRAW

  On January 7, 2008, Shawn A. Luiz, Esq., filed a motion to withdraw as counsel for Plaintiff Jack Crawford ("Motion to Withdraw").  On January 16, 2008, this Court issued an order stated that any memorandum in opposition or position statement was due on January 29, 2008.  On January 29, 2008, Plaintiff Jack Crawford ("Plaintiff") filed his Position Statement and Opposition to Withdrawal of Shawn Luiz, Attorney as Counsel for the Plaintiff ("Position Statement").  On January 29, 2008, this Court received a letter from Plaintiff via facsimile requesting an extension of time to file supplemental documentation to his Position Statement.  Plaintiff requested that the deadline be extended until February 5, 2008.

  Although the district court generally does not permit the filing of documents via facsimile, see Local Rule LR10.2(k) ("No document may be filed by faxing to the Clerk's Office unless the filing party has first obtained leave to do so from the judge to whom the filing is addressed . . . .  Leave will be granted only for good cause."), in light of Plaintiff's pro se status, the Court will construes the letter as a motion for extension of time to respond to the Motion to Withdraw and allow its submission by facsimile.  The Court DIRECTS the Clerk's Office to file Plaintiff's letter and HEREBY GRANTS the motion.  Plaintiff shall have until **February 5, 2008** to respond to Mr. Luiz's Motion to Withdraw.

  The Court notes that, although Plaintiff sent a copy of the letter to Mr. Luiz, he did not send copies to the defendants.  The Court cautions Plaintiff that he must send copies of all filings to all parties in this action.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager