**(See Exhibit 1)**

The Hourly Fee / Contingency Fee Attorney Client Agreement drawn by Attorney Shawn Luiz and presented to his client, Jack L. Crawford III, addresses costs. Payment of costs are the focus of Luiz's Motion to Witdraw and are reviewed within item #3 of his Agreement with Crawford.

**EXHIBIT 1**

Yahoo!   My Yahoo!   Mail   Tutorials   More                          Welcome, captjack1943 Sign Out   All-New Mail   Help

# YAHOO! MAIL

Search:                          **Web Search**

**Contacts    Calendar    Notepad**                          **Mail Upgrades - Options**

**Check Mail**    **Compose**                          **Search Mail**    **Search the Web**

**Folders**    [Add - Edit]        Previous | Next | Back to Messages

**Inbox**                          **Delete**    **Reply**    **Forward**    **Spam**    **Move...**

Draft

Sent                          This message is not flagged. [ Flag Message - Mark as Unread ]                    Printable Vie

Bulk    [Empty]        **Date:**    Thu, 26 Apr 2007 19:44:17 -0700 (PDT)

Trash   [Empty]        **From:**    "glenn matthews" <pacthai1@yahoo.com>    View Contact Details    Add Mobile Alert

**My Folders**    [Hide]                 Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

ASA                    **Subject:**    Fwd: FW: Invoice from Shawn A. Luiz Attorney at Law

CHARLES
                       **To:**    "Jack Crawford" <captjack1943@yahoo.com>
GLENN

JACK

KATHLEEN               Note: forwarded message attached.

MARTIN_VENTRESS        Ahhh...imagining that irresistible "new car" smell?
                       Check out new cars at Yahoo! Autos.
PETER
                       **Forwarded Message** [ Download File ]
SHAWN
                       **From:**    "Shawn Luiz" <attorneyluiz@msn.com>
untitled
                       **To:**    pacthai1@yahoo.com

**Search Shortcuts**       **Subject:**    FW: Invoice from Shawn A. Luiz Attorney at Law

My Photos              **Date:**    Thu, 26 Apr 2007 14:19:03 -1000

My Attachments         **Plain Text Attachment** [ Scan and Save to Computer ]

Dear Glenn:

My attorney's fees amount to $35,944.14.  Jack can disregard paying a

attorney fees over 25K per retainer until case is won.

I think it is good to see how much it takes to win a case; I have not won a
trial where the fees were not over 100K yet

I am also sending invoice on costs in next email.  Please check with Jack on
progress with his mom depositing funds to cover Jack's 3K check I am still
holding and have not deposited yet.  Costs are over 5K so we need to see
what Jack can do for now and later on as we proceed.  Maybe now that 9th
Circuit was a victory his family may support him financially.  It now
appears any financial loans will be less risky for his family.

Thanks, Shawn


>From: "Shawn A. Luiz Attorney at Law" <attorneyluiz@msn.com>
>Reply-To: attorneyluiz@msn.com
>To: attorneyluiz@msn.com

Shawn A. Luiz
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500  Fax (808) 538-0600  E-mail: attorneyluiz@msn.com

February 27, 2007

## HOURLY FEE/ CONTINGENCY FEE
## ATTORNEY/CLIENT AGREEMENT

Client: _____

Address: _____

Telephone: _____

Retainer:  See, Paragraph 1 below.

Hourly rate:     $200.00.  See, Paragraph 2 below

Billing cycle:    For costs on an as needed basis.

      For consideration of legal services to be rendered, the Client retains Shawn A. Luiz, Esq. ("the Attorney"), on the following basis for wrongful employment discharge:

      1. Retainer. The Client will pay an initial retainer of $25,000.00 to be earned on an hourly basis. In addition to the initial retainer of $25,000.00 the Client will pay an additional one-third percentages of any amounts ultimately recovered. In some cases, the Attorney may apply to the Court for a judicial award of attorney's fees at the conclusion of trial. The parties understand, and hereby agree, that all statutory fees belong exclusively to the Attorney.

      2. Attorney fees. The Attorney's customary fee is $200 per hour. Although the Client may terminate this Agreement with regard to future services, this Agreement shall apply to all services performed up to and including the date of termination.

      3. Costs. The Client alone is obligated to pay costs[1] for items such as air fare, parking, long-distance phone calls, transcripts, duplication expenses, postage, filing fees, recording fees and any other charges or fees connected to his

---

[1]     Costs are further defined as, "all monies expended or debts incurred in any manner to do with any third parties which are required or are deemed necessary by the Attorney for the investigation, preparation, arbitration and/or trial of the case."

legal matter, chargeable to the Client's account and billed monthly. If anticipated costs are substantial, the Attorney may, at his option, bill the Client before the associated expenditure. Substantial anticipated expenses include depositions, related travel and expert witnesses.

### I HAVE READ AND UNDERSTAND THIS AGREEMENT.

_____          _____
CLIENT                                      DATE

### I AGREE TO AND ACCEPT THE TERMS AND CONDITIONS OF THIS

AGREEMENT.

_____          _____
CLIENT                                      ATTORNEY

_____          _____
DATE                                        DATE