**(See exhibit 3 )**

"Practicing" for a 5-minute presentation did not have to take place 2,000 miles from Hawaii in a 5-star Hotel in Los Angeles with all expenses billed to Crawford.

EXHIBIT 3

# Shawn A. Luiz Attorney at Law

Shawn A. Luiz Attorney at Law
Tel. (808) 538-0500
City Center, Suite 800
810 Richards Street
Honolulu, HI 96813

attorneyluiz@msn.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 12/22/2007 | 3261 |
| TERMS | DUE DATE |
| Due on receipt | 12/22/2007 |

**BILL TO**

Jack L. Crawford
1777 Ala Moana Blvd. #1009
Honolulu, HI 96815

| Date | Legal Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/23/2007 | Faxes | 100 | 0.25 | 25.00T |
| 10/23/2007 | Faxes | 22 | 0.25 | 5.50T |
| 10/23/2007 | Copies notice of appearance, 3pp. and 5 page fax (2 sets) | 10 | 0.25 | 2.50T |
| 10/23/2007 | Airline transportation - Honolulu to LAX, RT | 1 | 1,985.20 | 1,985.20T |
| 10/23/2007 | Meals pasadena 3/9/07 | 1 | 766.17 | 766.17T |
| 10/23/2007 | Transportation to and from airport includes gratutity | 2 | 135.50 | 271.00T |
| 10/23/2007 | Taxi Pasadena | 1 | 55.00 | 55.00T |
| 10/23/2007 | Parking HNL airport | 1 | 75.00 | 75.00T |
| 10/23/2007 | Hotel | 1 | 1,397.43 | 1,397.43T |
| 10/23/2007 | Copies memo opp motion compel DPR 5 sets @ 254 pp each set | 1270 | 0.25 | 317.50T |
| 10/23/2007 | Postage memo opp motion compel DPR osaki | 1 | 5.00 | 5.00T |
| 10/23/2007 | District Ct. Copy fee: Federal docs | 1 | 5.00 | 5.00T |
| 10/23/2007 | Out source copies: 387 copies originals provided by US District Court ( Professional Image) | 1 | 101.31 | 101.31T |
| 10/23/2007 | Copies reply memo motion compel AAA 6 sets @ 12 pp each set | 72 | 0.25 | 18.00T |
| 10/23/2007 | copies discovery request 14pp @4 sets | 56 | 0.25 | 14.00T |
| 10/23/2007 | mail D discovery | 1 | 1.48 | 1.48T |
| 10/23/2007 | copies memo re amend complaint 8pp @ 5 sets | 40 | 0.25 | 10.00T |

| | |
|---|---|
| SUBTOTAL | $5,055.09 |
| TAX (4.712%) | $238.20 |
| TOTAL | $5,293.29 |

Shawn A. Luiz Attorney at Law
Tel. (808) 538-0500
City Center, Suite 800
810 Richards Street
Honolulu, HI 96813

attorneyluiz@msn.com

# Shawn A. Luiz Attorney at Law
## Invoice

| DATE | INVOICE # |
|---|---|
| 12/22/2007 | 3215 |
| TERMS | DUE DATE |
| Due on receipt | 12/22/2007 |

**BILL TO**
Jack L. Crawford
1777 Ala Moana Blvd. #1009
Honolulu, HI 96815

**CASE**
Fed. No. 03-451

| Date | Legal Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/05/2007 | Initial review of documents | 2:00 | 200.00 | 400.00T |
| 01/07/2007 | Initial review of documents | 6:00 | 200.00 | 1,200.00T |
| 02/02/2007 | Review e-mails from client and respond | 0:48 | 200.00 | 160.00T |
| 02/06/2007 | Review e-mails from Dr. Matthers and respond | 0:30 | 200.00 | 100.00T |
| 02/07/2007 | Review e-mails from client and respond. | 0:12 | 200.00 | 40.00T |
| 02/08/2007 | Call from client re: appeal | 0:24 | 200.00 | 80.00T |
| 02/11/2007 | Review documents | 1:00 | 200.00 | 200.00T |
| 02/12/2007 | Review documents | 3:30 | 200.00 | 700.00T |
| 02/14/2007 | Review Documents | 6:00 | 200.00 | 1,200.00T |
| 02/16/2007 | Review documents | 2:00 | 200.00 | 400.00T |
| 02/17/2007 | Review documents | 2:00 | 200.00 | 400.00T |
| 02/19/2007 | Review documents | 2:30 | 200.00 | 500.00T |
| 02/21/2007 | Research | 1:00 | 200.00 | 200.00T |
| 02/21/2007 | Research arbitration and treaty and preemption issues | 8:00 | 200.00 | 1,600.00T |
| 02/22/2007 | Research arbitration and treaty issues | 7:00 | 200.00 | 1,400.00T |
| 02/23/2007 | Legal research | 8:30 | 200.00 | 1,700.00T |
| 02/24/2007 | Draft Memos to oppose 9th Circuit DPR Arbitration | 5:00 | 200.00 | 1,000.00T |
| 02/28/2007 | 2/27/07 email client updates of 9th cir. and AAA arb | 0:42 | 200.00 | 140.00T |
| 02/28/2007 | Meet with Brower re case status | 1:00 | 200.00 | 200.00T |
| 02/28/2007 | TCT 9th Circuit re: faxing notice of appearance and acknowledgement of 3/9/07 oral argument; | 0:12 | 200.00 | 40.00T |
| 02/28/2007 | Prepare 9th circuit documents | 1:30 | 200.00 | 300.00T |
| 02/28/2007 | Draft emails w/instuctions Dr. Matthew and Jack 2/26/07 | 0:30 | 200.00 | 100.00T |
| 02/28/2007 | Draft intructions re oral argument rules | 0:30 | 200.00 | 100.00T |
| 03/01/2007 | Review emails from Dr. Matthews and Jack and listen to 2 detailed messages re oral argument | 0:18 | 200.00 | 60.00T |
| 03/01/2007 | TCT Ninth Cir. to re-check 10 min. time lmt. as three cases; draft email to Jack confirming same | 0:30 | 200.00 | 100.00T |

Continue to the next page..

Page 2 of 5

| Date | Legal Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/02/2007 | Review emails from client and Dr. Matthews and telephone message from client and draft further strategy for oral argument and instructions | 2:00 | 200.00 | 400.00T |
| 03/05/2007 | Review appeal files 3/3/07 | 1:00 | 200.00 | 200.00T |
| 03/05/2007 | Review appeal files 3/4/07 | 3:00 | 200.00 | 600.00T |
| 03/05/2007 | Review emails and respond to each | 1:00 | 200.00 | 200.00T |
| 03/06/2007 | Review emails from Dr. Matthews and respond | 0:42 | 200.00 | 140.00T |
| 03/12/2007 | 3/7/07 0.20 TCF Osaki re 9th Cir; 0.50 email jack re 9th cir; 1.0 review docs for 9th cir. argument | 1:42 | 200.00 | 340.00T |
| 03/12/2007 | Travel to 9th cir. 10.0 on 3/7/07 | 10:00 | 200.00 | 2,000.00T |
| 03/12/2007 | Review docs DPR; email Matthew and atty Simons; draft outline to oppose DPR | 2:00 | 200.00 | 400.00T |
| 03/12/2007 | Travel return from 9th circuit 3/11/07 | 9:00 | 200.00 | 1,800.00T |
| 03/13/2007 | Review emails from Glenn and jack re DPR/AAA and draft responses with stategy | 0:42 | 200.00 | 140.00T |
| 03/13/2007 | 3/9/07- crawford prepare for oral argument 9th cir. 3.0 and attend 9th cir. oral argument 3.0 | 6:00 | 200.00 | 1,200.00T |
| 03/13/2007 | 3/8/07 - 5.0 prepare for oral argument 9th cir. | 5:00 | 200.00 | 1,000.00T |
| 03/13/2007 | 3/8/07- Jack 3.0 prepare for 9th cir. oral argument | 3:00 | 200.00 | 600.00T |
| 03/13/2007 | 3/8/07 prepare for 9th cir. oral argument | 2:00 | 200.00 | 400.00T |
| 03/14/2007 | Review emails from Dr. Matthews and respond; forward Moores email; draft summary Ventress message | 1:00 | 200.00 | 200.00T |
| 03/14/2007 | 3/13/07 email Brower re DPR/AAA and transfer of remaining files | 0:24 | 200.00 | 80.00T |
| 03/15/2007 | Review emails from Glenn, Moore and draft responses | 2:00 | 200.00 | 400.00T |
| 03/16/2007 | Review emails re: DPR/AAA/co-Ps and respond | 1:00 | 200.00 | 200.00T |
| 03/16/2007 | Meet with Broward re lower court proceedings | 1:30 | 200.00 | 300.00T |
| 03/19/2007 | 3/17/07 review emails re evidence and reply; 3/18/07 research AAA 3.0; 3/18/07 review emails re evidence and reply 0.30 | 6:20 | 200.00 | 1,266.67T |
| 03/19/2007 | Review docs and emails re AAA | 2:00 | 200.00 | 400.00T |
| 03/20/2007 | review emails re AAA and respond | 0:30 | 200.00 | 100.00T |
| 03/20/2007 | Review docs for Opp compel arbitration | 1:00 | 200.00 | 200.00T |
| 03/21/2007 | Review emails re DPR/AAA | 1:00 | 200.00 | 200.00T |
| 03/23/2007 | Review docs for opposing DPR | 0:30 | 200.00 | 100.00T |
| 03/30/2007 | 3/24/07, draft memo opp DPR, 3.0; 3/25/07, draft memo opp DPR, 1.0; 3/26/07, draft memo opp DPR, 8.0 | 12:00 | 200.00 | 2,400.00T |
| 03/30/2007 | 3/28/07 review federal records of Schoggen, 3.0; draft memo opp DPR, 6.0; | 9:00 | 200.00 | 1,800.00T |
| 03/30/2007 | 3/29/07 review files, 3.0; draft letter to AAA, 6.0 | 9:00 | 200.00 | 1,800.00T |
| 03/30/2007 | Respond to Osaki's email re DPR and AAA | 0:24 | 200.00 | 80.00T |
| 04/03/2007 | 4/1/07 draft opp to defs motion for DPR arbitration in lieu of AAA, 4.0; 4/2/07 draft opp to defs motion for DPR arbitration in lieu of AAA, 11.0 | 15:00 | 200.00 | 3,000.00T |
| 04/05/2007 | 4/3/07 Review emails dpr motion | 0:18 | 200.00 | 60.00T |
| 04/10/2007 | 4/9/07, Review email from client and respond | 0:18 | 200.00 | 60.00T |
| 04/16/2007 | Review documents from client | 0:30 | 200.00 | 100.00T |
| 04/25/2007 | Review defs reply, .50; draft reply to defs' opp to p's cross motion, 5.0 | 5:30 | 200.00 | 1,100.00T |
| 04/26/2007 | Review 9th Circuit decision | 0:30 | 200.00 | 100.00T |
| 05/01/2007 | research re sanctions; amending complaint | 0:30 | 200.00 | 100.00T |

Continue to the next page..

Page 3 of 5

| Date | Legal Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/01/2007 | 5/7/07 review motions/cross motions re DPR/AAA, 1.0<br>5/8/07 prepare and attend oral argument re Motion/cross motions DPR/AAA, 2.0<br>5/8/07 Bruce Schoggen volunteered information re defendants after hearing, 1.0 | 4:00 | 200.00 | 800.00T |
| 05/02/2007 | review emails from P re strategy | 0:24 | 200.00 | 80.00T |
| 05/04/2007 | 5/3/07 research bill of costs, .50<br>5/4/07 TCT Charles Brower re 9th cir opinion, .50<br>5/4/07 email P re status, .10 | 1:10 | 200.00 | 233.33T |
| 05/10/2007 | 5/7/07 prepare for Motion/X-motion re DPR/AAA, 1.0<br>5/8/07 prepare and attend oral argument | 4:00 | 200.00 | 800.00T |
| 05/10/2007 | 5/9/07 email P re oral argument re DPR/AAA | 0:18 | 200.00 | 60.00T |
| 05/10/2007 | email Jack strategy and review news articles | 0:30 | 200.00 | 100.00T |
| 05/18/2007 | 5/18/07 draft answers to P's questions | 0:30 | 200.00 | 100.00T |
| 05/21/2007 | 5/21/07 Email P answers to questions of related cases | 0:18 | 200.00 | 60.00T |
| 05/25/2007 | 5/25/07 answer Jack's email questions re next steps | 0:48 | 200.00 | 160.00T |
| 06/07/2007 | 6/7/07 review email from P re status | 0:06 | 200.00 | 20.00T |
| 06/08/2007 | 6/8/07 attend status conference LEK re remand | 0:42 | 200.00 | 140.00T |
| 06/11/2007 | 6/11/07 review Kobayashi's decision and respond to P's questions | 1:30 | 200.00 | 300.00T |
| 06/13/2007 | 6/13/07 review P's questions re decision by LEK and respond | 0:06 | 200.00 | 20.00T |
| 06/15/2007 | 6/14/7 review emails and respond to P | 0:18 | 200.00 | 60.00T |
| 06/29/2007 | 6/29/07 update p re status | 0:12 | 200.00 | 40.00T |
| 07/03/2007 | 7/3/07 status conf w/LEK; meet with Willie Sink (atty for Ventress) re case strategy | 1:18 | 200.00 | 260.00T |
| 07/04/2007 | 7/5/07 email P answers to questions re updates | 0:30 | 200.00 | 100.00T |
| 07/10/2007 | 7/10/07<br>research out of country depos | 0:30 | 200.00 | 100.00T |
| 07/10/2007 | 7/10/07 email P status report | 0:24 | 200.00 | 80.00T |
| 07/13/2007 | 7/13/07 email P re thoughts arb costs | 0:12 | 200.00 | 40.00T |
| 07/14/2007 | 7/14/07<br>review emails from P and give instructions | 0:18 | 200.00 | 60.00T |
| 07/16/2007 | 7/15/07 research re discovery | 0:30 | 200.00 | 100.00T |
| 07/16/2007 | 7/16/07 review emails from P and answer questions | 0:42 | 200.00 | 140.00T |
| 07/16/2007 | 7/16/07 review emails re Ps ques and answer | 1:00 | 200.00 | 200.00T |
| 07/17/2007 | 7/17/07 ANSWER P'S QUESTIONS RE DISCOVERY | 0:24 | 200.00 | 80.00T |
| 08/08/2007 | 8/8/07 review P's emails re questions and respond .40; review Pepper's ltr re discovery .10 | 0:30 | 200.00 | 100.00T |
| 08/09/2007 | 8/9/07 answer P's questions re Japan Def .60<br>email non profit group's offer for help with Writ .20 | 0:48 | 200.00 | 160.00T |
| 08/16/2007 | 8/14/07 email DC firm assisting oppose Writ | 0:18 | 200.00 | 60.00T |
| 08/17/2007 | 8/17/07 review email from pepper re writ and discovery and forward to P with instructions | 0:18 | 200.00 | 60.00T |
| 08/20/2007 | 8/18/07 Answer P's questions re status conf and trial setting .70<br>8/19/07 Answer P's questions re status conf and arb .70 | 1:24 | 200.00 | 280.00T |
| 08/20/2007 | 8/20/07 attend status conf LEK; strategize with co-P's counsel re discovery plan | 1:30 | 200.00 | 300.00T |
| 08/20/2007 | 8/20/07 draft stategy email to P | 0:12 | 200.00 | 40.00T |
| 08/22/2007 | 8/21/07 review P's emails and respond | 0:12 | 200.00 | 40.00T |
| 08/25/2007 | 8/24/07 email P strategy .70; review ct orders .50; TCT DPR re selection arb .20 | 1:12 | 200.00 | 240.00T |

Continue to the next page..

Page 4 of 5

| Date | Legal Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/25/2007 | 8/25/07 draft answers to P's questions | 0:24 | 200.00 | 80.00T |
| 08/27/2007 | 8/27/07 review emails and answer P's questions; notify public group no writ to be filed | 0:12 | 200.00 | 40.00T |
| 08/28/2007 | 8/27/07 conference call with P and expert witness | 1:18 | 200.00 | 260.00T |
| 08/28/2007 | 8/28/07 email P re future conf calls | 0:12 | 200.00 | 40.00T |
| 09/02/2007 | 9/1/07 review documents for 26a disclosures | 2:00 | 200.00 | 400.00T |
| 09/04/2007 | 9/3/07 review docs to prepare 26a disclosures | 3:00 | 200.00 | 600.00T |
| 09/04/2007 | 9/4/07 attend status conf LEK | 0:42 | 200.00 | 140.00T |
| 09/05/2007 | review docs | 2:00 | 200.00 | 400.00T |
| 09/05/2007 | 9/4/07 review email from Osaki re selection of arb | 0:06 | 200.00 | 20.00T |
| 09/08/2007 | 9/8/07 review initial disclosures of other parties | 0:18 | 200.00 | 60.00T |
| 09/08/2007 | 9/8/07 Review minute order re ltr amend complaint; notice of discovery conf.; notice of availability of depo dates Toyko | 0:18 | 200.00 | 60.00T |
| 09/14/2007 | 9/14/07 update status P | 0:06 | 200.00 | 20.00T |
| 09/14/2007 | 9/14/07 review disclosure of DPR | 0:06 | 200.00 | 20.00T |
| 09/14/2007 | 9/14/07 review discovery | 1:00 | 200.00 | 200.00T |
| 09/25/2007 | 9/22/07 draft discovery | 3:00 | 200.00 | 600.00T |
| 09/28/2007 | 9/28/07 TCF Jack and Dr. Matthews re strategy | 0:42 | 200.00 | 140.00T |
| 10/02/2007 | 10/2/07 email answers to P's questions re arbitration differences with that of trial | 0:12 | 200.00 | 40.00T |
| 10/05/2007 | 10/5/07 meeting of the parties re discovery | 2:00 | 200.00 | 400.00T |
| 10/10/2007 | 10/9/07 attend status conf re discovery, .70<br>10/9/07 review records for completeness of rule 26a disclosures and email Pepper, 1.0 | 1:42 | 200.00 | 340.00T |
| 10/11/2007 | conf call with arb v HACS .80<br>email Jack re case update .50<br>email Pepper re discovery and settlement .50 | 1:48 | 200.00 | 360.00T |
| 10/11/2007 | 10/12/07 review emails from opposing counsel re discovery and settlement and respond; update P | 1:30 | 200.00 | 300.00T |
| 10/15/2007 | 10/15/07 review emails from P; 1.0; conf call with P and Dr. Matthews 1.30; TCF Jack .30 | 2:36 | 200.00 | 520.00T |
| 10/16/2007 | 10/16/07 draft emails to Pepper re discovery/settlement and review response .50; to Carl re DPR scheduling/discovery and review responses .50; to Jack re costs of case 1.0 | 2:00 | 200.00 | 400.00T |
| 10/18/2007 | 10/18/07 draft strategy | 0:30 | 200.00 | 100.00T |
| 10/22/2007 | 10/20/07 email Jack strategy re costs for case | 1:00 | 200.00 | 200.00T |
| 10/23/2007 | 10/22/07 draft amended complaint memo to Judge King | 4:00 | 200.00 | 800.00T |
| 10/23/2007 | 10/23/07 review JAZ/HACS contract; emails from Pepper | 1:30 | 200.00 | 300.00T |
| 10/24/2007 | 10/24/07 draft email to P re severance of Ps | 0:30 | 200.00 | 100.00T |
| 10/25/2007 | 10/25/07 review email from expert re sever motion and reply | 0:18 | 200.00 | 60.00T |
| 10/27/2007 | 10/27/07 draft letter to Jack re strategy | 1:30 | 200.00 | 300.00T |
| 10/27/2007 | 10/27/07 review Def's preemption motion | 1:00 | 200.00 | 200.00T |
| 10/29/2007 | 10/29/07 attend status conf w/ LEK re settlement | 1:00 | 200.00 | 200.00T |
| 10/29/2007 | 10/29/07 draft emails to Jack re DPR discovery; Asa; financing costs | 1:00 | 200.00 | 200.00T |
| 10/29/2007 | 10/29/07 review emails from Pepper re severance and respond | 0:18 | 200.00 | 60.00T |
| 10/30/2007 | 10/30/07 review documents to prepare strategy for 408 discussions | 3:00 | 200.00 | 600.00T |
| 10/31/2007 | 10/31/07 review draft stip of sever by Pepper and email objections | 0:48 | 200.00 | 160.00T |
| 11/01/2007 | 11/1/07 Review emails from Jack re strategy w/settlement | 0:18 | 200.00 | 60.00T |
| 11/01/2007 | 11/1/07 TCF Jack and Dr. Matthews re strategy and settlement | 1:30 | 200.00 | 300.00T |
| 11/06/2007 | 11/7/07 Review ROA to determine what deadlines passed | 1:00 | 200.00 | 200.00T |

Continue to the next page..

Page 5 of 5

| Date | Legal Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/17/2007 | 11/9/07 draft reply brief re appeal to district judge in support of reversing denial of motion to amend complaint 2.0<br>11/10/07 draft reply brief re appeal to district judge in support of reversing denial of motion to amend complaint 6.0<br>11/11/07 draft reply brief re appeal to district judge in support of reversing denial of motion to amend complaint 5.0<br>11/12/07 draft reply brief re appeal to district judge in support of reversing denial of motion to amend complaint 4.0 | 17:00 | 200.00 | 3,400.00T |
| 11/19/2007 | 11/19/07 attend status conf re severance | 1:30 | 200.00 | 300.00T |
| 12/09/2007 | 12/9/07 draft reponse to Dr. Matthews 12/4 email; expert report instructions | 6:00 | 200.00 | 1,200.00T |
| 12/10/2007 | 12/10/07 Prepare and attend status conference | 1:30 | 200.00 | 300.00T |
| 12/20/2007 | draft email to Jack, Ventress and Glenn re strategy | 1:00 | 200.00 | 200.00T |

Trial Level Federal Case No. 03-451
ARB No. w/ AAA: 50-460 T 00507 06
Court of Appeals: 05-15044

| | |
|---|---|
| SUBTOTAL | $55,880.00 |
| TAX (4.712%) | $2,633.07 |
| TOTAL | $58,513.07 |