**(See exhibit 4 )**

Luiz further advised Crawford the name of the hotel was: Pasadena hotel, yet, no such hotel name can be found on the internet.

EXHIBIT 4

Yahoo! Mail Tutorials More    Make Y! your home page  Welcome, captjack1943 Sign Out  All-New Mail  Help

YAHOO! MAIL                          Search:                                    Web Search

Contacts   Calendar   Notepad                                  Mail Upgrades - Options

Check Mail | Compose                                Search Mail | Search the Web

**Folders**        [Add - Edit]
  Inbox (9)
  Draft
  Sent
  Bulk           [Empty]
  Trash          [Empty]
**My Folders**     [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

**Search Shortcuts**
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

**From:** "Shawn Luiz" <attorneyluiz@msn.com>   View Contact Details   Add Mobile Alert
**To:** captjack1943@yahoo.com
**CC:** pacthai1@yahoo.com
**Subject:** p.s. Jack
**Date:** Sat, 12 Jan 2008 17:35:21 -1000

1/12/08

Dear Jack:

I gave you itemized costs soon after the Pasadena 9th Circuit oral argument trip and several times thereafter for commercial airline fare to Pasadena; Pasadena Hotel charges; and meals while there; I will locate the receipts and forward those as well

Very truly yours

/s/ Shawn A. Luiz

Watch "Cause Effect," a show about real people making a real difference. Learn more

Delete | Reply | Forward | Spam | Move...
Previous | Next | Back to Messages                    Save Message Text | Full Headers

Check Mail | Compose                                Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# Shawn A. Luiz Attorney at Law

Shawn A. Luiz Attorney at Law
Tel. (808) 538-0500
City Center, Suite 800
810 Richards Street
Honolulu, HI 96813

attorneyluiz@msn.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 04/10/2007 | 3216 |
| TERMS | DUE DATE |
| Due on receipt | 04/10/2007 |

**BILL TO**
Jack L. Crawford
1777 Ala Moana Blvd. #1009
Honolulu, HI 96815

| | CASE |
|---|---|
| | Fed. No. 03-451 |

| Date | Legal Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/10/2007 | Faxes | 100 | 0.25 | 25.00T |
| 04/10/2007 | Faxes | 22 | 0.25 | 5.50T |
| 04/10/2007 | Copies notice of appearance, 3pp. and 5 page fax (2 sets) | 10 | 0.25 | 2.50T |
| 04/10/2007 | Airline transportation - Honolulu to LAX, RT | 1 | 1,985.20 | 1,985.20T |
| 04/10/2007 | Meals pasadena 3/9/07 | 1 | 766.17 | 766.17T |
| 04/10/2007 | Transportation to and from airport includes gratuity | 2 | 135.50 | 271.00T |
| 04/10/2007 | Taxi Pasadena | 1 | 55.00 | 55.00T |
| 04/10/2007 | Parking HNL airport | 1 | 75.00 | 75.00T |
| 04/10/2007 | Hotel | 1 | 1,397.43 | 1,397.43T |
| 04/10/2007 | Copies memo opp motion compel DPR 5 sets @ 254 pp each set | 1270 | 0.25 | 317.50T |
| 04/10/2007 | Postage memo opp motion compel DPR osaki | 1 | 5.00 | 5.00T |
| 04/10/2007 | District Ct. Copy fee: Federal docs | 1 | 5.00 | 5.00T |
| 04/10/2007 | Out source copies: 387 copies originals provided by US District Court ( Professional Image) | 1 | 101.31 | 101.31T |

Client expenses: Fed. No. 03-451
Arb. No. 50-460T 00 507 06
Court of Appeals 05-15044

| | |
|---|---|
| SUBTOTAL | $5,011.61 |
| TAX (4.712%) | $236.15 |
| TOTAL | $5,247.76 |

Web   Images   Video   Local   Shopping   more

pasadena hotels                               **Search**   Options

1-10 of 10,900,000 for **pasadena hotels** (About) - 0.20 sec

**Also try: pasadena california hotels, pasadena ca, pasadena california, More...**

## Hotels in Pasadena, CA - Travel Results

| Price | Hotel Class | Most Popular |
|---|---|---|
| $65 - $70 (4) | 5 Stars (1) | The Ritz-Carlton... - from $345 |
| $75 - $95 (5) | 3 Stars (6) | Westin **Pasadena** - from $159 |
| $105 - $130 (4) | 2 Stars (9) | Hilton **Pasadena** - from $146 |
| $145 - $350 (4) | 1 Star (1) | Holiday Inn Express... - from $110 |

Yahoo! Shortcut - About

### Sheraton **Pasadena Hotel**
Book a **hotel** room at Sheraton **Pasadena Hotel**. Make Sheraton **hotel** reservations in **Pasadena**, CA. Find info on vacation packages and deals
starwoodhotels.com/sheraton/property/overview/index.html?...

### **Pasadena Hotels**: The Westin **Pasadena** Reservations at westin.com
Close to historic old town **Pasadena**, museums, and restaurants. ... A representative is currently available to tell you more about this **hotel** in English. ...
www.starwoodhotels.com/westin/property/overview?propertyID=1453 - 48k - Cached

### Hilton **Pasadena Hotel**
The Hilton **Pasadena** offers modern luxury with a retro flair. ... Sheraton **Pasadena Hotel**. Old **Pasadena** Courtyard by Marriott. **Hotels** & Motels with Map ...
www.pasadenacal.com/hilton.htm - 21k - Cached

### PASADENA.COM -**Pasadena** California,CA-**Hotels**,Real Estate,Restaurants ...
... **Hotels**,Real Estate,Restaurants,City Guide and **hotels** in **Pasadena** CA ... Holiday Inn Express **Hotel** & Suites **Pasadena**, Ca-Colorado Blvd. 3500 East Colorado Blvd.
...
www.pasadena.com - 50k - Cached

### **Pasadena Hotels**: Read **Pasadena Hotel** Reviews and Compare Prices ...
**Pasadena**, TX **hotels**: Use TripAdvisor's 13 traveler reviews, candid photos, and great deals to find the **Pasadena hotel** that's best for you.
www.tripadvisor.com/Hotels-g56427-Pasadena_Texas-Hotels.html - 54k - Cached

### **Pasadena Hotels, CA - Hotel** Reviews & Rates - TripAdvisor
**Pasadena hotels**: Visit TripAdvisor for the most unbiased, fresh traveler reviews, photos, articles, and deals regarding **hotels** in **Pasadena**, CA.
www.tripadvisor.com/Hotels-g32859-oa20-Pasadena_California-Hotels.html

### **Pasadena** Visitors and Convention Bureau - **Hotels** & Special Event Facilities
**Pasadena** offers a host of lodging, meeting and special event facilities. ... Sheraton **Pasadena Hotel**. Old **Pasadena** Courtyard by Marriott. **Hotels** & Motels with Map ...
www.pasadenacal.com/hotel.htm - 26k - Cached

### Hilton **Pasadena Hotel**
All non-smoking **hotel** located in **Pasadena**, CA. ... My Favorite **Hotels**. Hilton **Pasadena** ... your mind, the Hilton **Pasadena hotel** is perfectly located near ...
hilton.com/en_US/hi/hotel/PASPHHF-Hilton-Pasadena-California/index.do - 85k - Cached

### Courtyard Los Angeles Old Pasadena: Rooms designed for business
...
... Marriott® **Pasadena** Old Town is an upscale full service 314 unit **hotel** featuring ...
DC **hotels**. San Francisco **hotels**. Orlando **hotels**. Anaheim **hotels**. London ...
marriott.com/hotels/.../laxot-courtyard-los-angeles-**pasadena**-old-town - 64k -
Cached

### PASADENA CALIFORNIA HOTELS
**Pasadena** California CA ... selection of **hotels**, motels and other lodging in
**Pasadena**, CA. ... **Pasadena Hotel** is ideally located in beautiful **Pasadena** on ...
www.pasadena.com/hotels - 45k - Cached

**Also try:** pasadena california hotels, pasadena ca, pasadena california, More...

**1**  2  3  4  5  6  7  8  9  10  11    Next >

---

pasadena hotels                                        Search

Test drive mobile search optimized for your phone with Y! oneSearch.

© 2008 Yahoo!  Privacy / Legal - Submit Your Site

# YAHOO! TRAVEL

Welcome, captjack1943

Search: [ ] Web Search

Overview | Hotels | Things to do | Restaurants | Map | Flights | Cars | Deals | FareChase | MyTravel

Search Travel

Travel > Guides > North America > United States > California > Pasadena > Hotels

## Luxury Pasadena Hotels (1)

| TYPE | PRICE | HOTEL CLASS | NEIGHBORHOOD | LOCATED NEAR | CHECK AVAILABILITY |
|---|---|---|---|---|---|
| Hotel (1) | $345 - $350 | ★★★★★ | Pasadena and Po... (1) | UPD JOLIET PARK<br>Norton Simon Museum<br>SPA 180<br>Gamble House, The | Check-in [ ]<br>Check-out [ ]<br>Search dozens of sites for the best hotel rates<br>Search |

**NARROW RESULTS TO:** $345 - $350, ★★★★★

### The Ritz-Carlton, Huntington Hotel & Spa — $345

Hotel Class: ★★★★★
Neighborhood: Pasadena and Points East
★★★★★ (Rated #1)

captjack1943
Edit your profile to set travel preferences

RECENTLY VIEWED

Have a suggestion for Yahoo! Travel Guides?

Discounts up to 70% on Pasadena Hotels.

**Pasadena Hotels**
A1 Pasadena hotels. Low rates, great customer service. Try us.

**Pasadena Hotel**
Helpful reviews and research on hotels and all things travel.

**Hotels Pasadena Hotel**
Visiting California & Need a Hotel.

Visiting California & Need a Hotel.

Access to articles, maps, photos

---

**Holiday Inn Express Hotel**
www.HIEXPRESS.com — Hotels in Pasadena. Free Internet & breakfast bar.

**Pasadena Hotels**
— Save on Pasadena Hotels. Sort by price, location and star rating.

**Save on Pasadena Hotels**
travel-hotels-and-discounts.com — Discounts up to 70% on Pasadena Hotels.

**Pasadena Hotels**
— A1 Pasadena hotels. Low rates, great customer service. Try us.

Pasadena CA hotel deals

Nearby Cities: (2.3 miles) | (2.9 miles) | (3.1 miles) | (7.0 miles)