**(See exhibit 5)**

Crawford had made his limited financial condition quite clear to Luiz,

EXHIBIT 5



Yahoo    My Yahoo    Mail    Tutorials    More                    Welcome, captjack1943 Sign Out    All-New Mail

# YAHOO! MAIL

Search:                                    Web Search

| Contacts | Calendar | Notepad |                Mail Upgrades - Option

Check Mail | Compose                                    Search Mail | Search the Web

**Folders** [Add - Edit]

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

Inbox (3)
Draft
Sent
Bulk [Empty]
Trash [Empty]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Date:** Sun, 4 Mar 2007 00:52:29 -0800 (PST)

**From:** "glenn matthews" <pacthai1@yahoo.com>    View Contact Details    Add Mobile Alert

**My Folders** [Hide]

ASA
CHARLES
GLENN
JACK
KATHLEEN
MARTIN_VENTRESS
PETER
SHAWN
untitled

**Subject:** Oral Argument/Pasedena Expenses

**To:** "Shawn Luiz" <attorneyluiz@msn.com>

**CC:** "Jack Crawford" <captjack1943@yahoo.com>

March 4, 2007
4:00PM Bangkok

Dear Shawn,

I am writing you this email, after several phone conversations with Jack, concerning the expenses for the Pasedena trip.

In your email of Tuesday February 27, you stated that your expenses would be for flying to Pasedena and stayig in a hotel. That Jack could deposit 3K in your account when ready.
Then in your email of Friday March 2, you stated that Debra, will be there assisting you with preparations. Needless, to say Jack became very concerned about the expense issue and if he was also paying for Debra's flight.

**Search Shortcuts**
My Photos
My Attachments

The issue here Shawn, is Jack knows that he is "out of money" and yet there are expenses still yet unforseen, but nevertheless, have to be paid, when that time comes. Jack is afraid that when needed he may not have the funds available to meet the expenses, especially anything requiring a large payment of cash. The 3K that he just sent, was actually a loan from his Mother and she may not be willing to do it again. A Jack wants you to understand is that expenses must be held down, as much as possible. Jack will pay as the expenses occure, but there is the possibility that if it's a large amount, he just may not have the funds available. If that does happen, hopefully they (the expenses) can be paid when the case is finished and funds are then made available.

Shawn, Jack doesn't mind you having Debra with you if there is that need, but he keep saying "for a five mintues oral argument, how much assisting with preparation does on need". I am not an attorney, so I cannot answer that question. However, I do know, tha it is not always the lenght of time you have to do a task, but how prepared you are to get the task done in the alloted time.

Please Shawn, take a minute and address this issue, for Jack, so we never have to go here again.

Regards,

Yahoo   My Yahoo   Mail   Tutorials   More                                    Welcome, captjack1943 Sign Out   All-New Mail

YAHOO! MAIL                                             Search:                            Web Search

              Contacts   Calendar   Notepad                                        Mail Upgrades - Options

Check Mail   Compose                                               Search Mail       Search the Web

Folders      [Add - Edit]
  Inbox (3)
  Draft
  Sent
  Bulk         [Empty]
  Trash        [Empty]
My Folders   [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

Search Shortcuts
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete   Reply   Forward   Spam   Move...

This message is not flagged. [ Flag Message - Mark as Unread ]              Printable View

**Date:** Thu, 18 Oct 2007 23:30:32 -0700 (PDT)

**From:** "glenn matthews" <pacthai1@yahoo.com>   View Contact Details   Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Mrs. Crawford's Letter and Details

**To:** "Shawn Luiz" <attorneyluiz@msn.com>

**CC:** "Jack Crawford" <captjack1943@yahoo.com>

October 19, 2007
12:30PM Bangkok

Hi Shawn,

I just had a rather lengthy discussion with Jack on the money issue and what we needed to defined and spelled out, so that we, the team, know and understand the process and restraints we are under.

The letter that you draft will be addressed in the heading to Mrs. Crawford, it will be sent via email to Mrs. Crawford's Grandson as follows: "Brett Crawford"bcc@knology.n and Brett will then handle it with Mrs. Crawford, this is the arrangement reach last evening between Jack and his Mother. Once, Mrs. Crawford receives your letter, she will then instruct Brett to send the $30,000.00. Jack has agreed for the money to be sent directly to you, so you must indicate in your letter how you wish to receive the funds that will be deposited in your Trust Account. Shawn, you will then provide Jack monthly statement on the account, showing any expenditures drawn against the accou and the detailed nature of each expenditure.

Now, this is most important for all of us, on the team, to know, understand and obey. These funds are the absolute fact that no other funds will be available, not one penny from any source from now until the end of this whole process. So, we must make ever penny count toward winning at every level that we take. Travel, lodging, food, transportation (rental car), making copies, telephone, faxes and etc. must be kept to a minimum and used only when the need requires it. When any of us travel, we travel via the lowest fares available in the economy class, when we choose a hotel we stay at a discount hotel, but one that is clean and convientient, when we eat, we choose a place that serves a good meal at a reasonable price, no fancy places or expensive meals. These things must be a mind set for all of us, so as to maximise each penny spent. W think in terms of making each penny in the $30,000.00 expense fund, produce millions in return.

Shawn, I have said these thing with much conviction on my part. I have told Jack whe in Hawaii, if your office had a spare room for a cot and a shower, that's all I needed. Please understand we can make do with most anything, if it means saving money for the important things. Too, Jack feels very strong that the trip to Pasadena for the

Appeal, was excessive on your part as far as expenses. I don't have an opinion, right now, as I do not have the facts, but if they were this we cannot and will not allow. We are on a buget and a very tight budget at that, so let's all agree that we will make this budget work and produce the BIG WIN we are working, so hard for. Then, we CELEBRATE, in Five Star Fashion, because collectively we have all bit the bullet, worked hard and won.

Regards,
Glenn

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text | Full Header

Check Mail | Compose                                   Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy