## (See exhibit 6)

It is correct that Crawford experienced a funding shortfall and sought to discuss the matter with his attorney while he verified a loan commitment from Japan

EXHIBIT 6

01-06-08
Sunday

Shawn:

<u>Here is the current situation</u>. As you review this memorandum, I would hope you would keep an open mind and work with me to find creative solutions to our current challenges. We are just a few months away from a win -- we have all invested significant amounts of time and money. To lose our respective investments would be a terrible loss.

<u>Recapitulation of recent events:</u>

- As you know, Glenn has quit. I have advised him in several memos that I would like to continue to work with him and want to move forward with his assistance. (I would be pleased to share copies of my correspondence)

- Glenn will not start to discuss how we might continue working together until you and I work to resolve our funding issues.

- In that Glenn has quit, I presume that your contact with him ceased when he quit. -- Upon our resolving funding issues, and then after my resolving issues with Glenn, I will then advise when contact with him is permissible.

- Your last two e-mails have indicated the issue to continue forward is money; therefore, I presume that money is the only roadblock that we now have to moving forward.

- I acknowledge that you have incurred unpaid expenses in the amount of about $5,200. Several times, I have asked for receipts and received no response. Pending receipt of simple documentation, I acknowledge this debt to you.

- Please note that I had never indicated that, in prior memos, that I expected you "to bank my case." <u>I was simply presenting ideas for your review</u>. I have been trying to think of methods to continue my legal actions with very limited funding. ---

1

Also, at the time of that email, I had also hoped we might delay the Federal Case and first resolve the arbitration case which would have lower costs. Then, take the funds from an arbitration win and properly fund the Federal Case. Now, with the dates in such proximity, this does not appear to be an option.

Funding Recapitulation:

At the time we commenced working together, I was most clear. When I gave you $25,000, I was taking the last $25,000 that I had to invest in this case. There was no question about this and Glenn, (I am certain and even in spite of our current issues), would acknowledge this statement as correct.

I recall that you advised that you would, "... see my actions to their end being with me every step of the way." My trust and the last of my funds were then placed in your hands. We have come a long way and I thank you for your efforts.

I did advise you that I would attempt to obtain additional funding. As you know, my mother had promised to send $30,000. As you also know, my brothers blocked her stated desire to assist and prevented her from keeping her promise to me. There will be no funds coming from my family.

Kindly note -- I have made other attempts to raise funds with limited success. Based upon receipt the expected receipt of funds from my family, I had obtained limited commitments for about $10,000. With Glenn quitting and no family funding, these funds are probably not available. Obviously, it is quite a different situation when parties are placing a second layer of funding on top of a first layer of funding in the amount of $30,000 that was expected but that did not materialize. If they only invest this small amount, ($10,000), they have no assurance that the case will continue its forward movement. The legal actions could close down a week after they deposit funds. – And, $5,000 +/- of this small projected funding has already been spent and

is now due you -- the balance will not be sufficient to complete our actions.

I have one or two leads for funding, (one from Japan), on which I am now working but can assure nothing. One may be promising; however, I will not know more until the week of the 14th.   I will keep you advised.

You have invested considerable hours in my case – you are months away from a major win that will not only enhance your reputation but will also pay you tremendous financial rewards.

Bottom Line – Current Funding Situation as of today:

I do not have the funds available in an amount which you have indicated as required to carry my case forward to its conclusion.

Ideas For Consideration:

Shawn at this point I would hope that you would work with me towards finding solutions to the problem rather than just promptly dropping my legal actions. I am not demanding nor telling you anything that you must do – I am just trying to establish an open environment for discussion that will allow us all to generate ideas for consideration and / or stimulate some thinking that might help get us past this current challenge and move us forward to a win.

The only obstacle in our path appears to be about $30,000. With the rewards at stake, I would hope you would help us work towards a solution. I cannot imagine that for this small amount of money that all our work over the past years will now be lost.

As a first option:  -- Might this now be a time to bring my case to a colleague of yours, with financial resources, who can invest $30,000 in expense money who would share in the rewards of a win. This

colleague would only be months away from knowing the outcome of arbitration. I am certainly prepared to negotiate a mutually favorable arrangement. If we can negotiate an arrangement favorable to all parties -- we can get paid. -- This seems to be a "win-win" for all. -- There must be other attorneys whom have recently joined "the million dollar settlement club" whom would have both the financial capacity and an interest in participating.

<u>As a second option</u>: -- Might you continue representing me through the JAL settlement hearing? Together, we would, (prior to that meeting), agree on a most reasonable target settlement amount that I will commit to accepting. JAL hits the target – we get paid. As you might recall, Mr. Pepper is in a most precarious ethical situation that would certainly involve the bar association. It is apparent that Pepper never reported my first settlement offer to his client during a period when I was acting as my own counsel -- Pepper then continued to bill hundreds of thousands of dollars and later generating <u>what he has stated to be an additional million in legal expenses for his client.</u> I would suggest that he might be the person most interested to "clear this case" at a reasonable figure. I am certain that there are ways to effectively employ this data.

<u>A third option</u>: Involves your now assisting with funding. With our legal actions facing closure, all possible options must again be reviewed. Obviously, I would make significant additional payments to you upon settlement.

There must be other creative solutions that would give us option #4, #5, #6 and #7 to the question of how we can move forward? I ask you to think about presenting any ideas that you might have or wish me to consider.

I look forward to hearing from you at the earliest. Writing takes time. If you prefer, advise me of a time to call and we can have a discussion.

Regards

Jack

4