## (See exhibit 7)

However, Luiz knows full well that this obligation was only $200 based upon a decision and compromise established by the Honorable Magistrate Judge Leslie E. Kobayashi.

EXHIBIT 2

Yahoo!   My Yahoo!   Mail   Tutorials   More              Welcome, captjack1943 Sign Out   All-New Mail   Help

**YAHOO! MAIL**                    Search:                              Web Search

Contacts   Calendar   Notepad                    Mail Upgrades - Options

Check Mail | Compose                           Search Mail | Search the Web

Folders   [Add - Edit]     Previous | Next | Back to Messages
  Inbox (3)                Delete | Reply | Forward | Spam | Move...
  Draft
  Sent                     This message is not flagged. [ Flag Message - Mark as Unread  Printable View ]
  Bulk       [Empty]
  Trash      [Empty]       From:    "Shawn Luiz" <attorneyluiz@msn.com>   Add Mobile Alert
My Folders    [Hide]       To:      "Kelly M. Bryant" <kellybryant@dprhawaii.com>, carl@chosaki.com
  ASA                      CC:      captjack1943@yahoo.com
  CHARLES                  Subject: My Notice of Withdrawal
  GLENN                    Date:    Tue, 15 Jan 2008 19:00:02 -1000
  JACK
  KATHLEEN
MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

Search Shortcuts
  My Photos
  My Attachments

January 15, 2008

Dear Kelly M. Bryant:

Please be advised that effective immediately I will no longer be representing plaintiff Jack Crawford with his DPR matters.

In light of the forgoing, I am courtesy copying plaintiff Jack Crawford.

It will be up to plaintiff Jack Crawford from this point forward to resolve the current dispute which is once more at issue: whether or not plaintiff Jack Crawford is required to deposit $8,000 in order to proceed with his arbitration, or rather plaintiff Jack Crawford is alternatively only required to deposit the less than $200 that he would have had to deposit to proceed with AAA employment arbitration based on judge Kobayashi's prior orders in the federal court case.

Regards

/s/ Shawn A. Luiz

YAHOO! MAIL
Welcome, captjack1943
Search: Web Search
Contacts  Calendar  Notepad       Mail Upgrades - Options
Check Mail | Compose                    Search Mail | Search the Web

Folders [Add - Edit]
Inbox (3)
Draft
Sent
Bulk [Empty]
Trash [Empty]
My Folders [Hide]
ASA
CHARLES
GLENN
JACK
KATHLEEN
MARTIN_VENTRESS
PETER
SHAWN
untitled

Search Shortcuts
My Photos
My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

Printable View

**Date:** Sat, 14 Jul 2007 04:35:58 -0700 (PDT)
**From:** "glenn matthews" <pacthai1@yahoo.com>  View Contact Details  Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more
**Subject:** Fwd: RE: Kobayashi's Decision
**To:** "Jack Crawford" <captjack1943@yahoo.com>

Jack this came in from Shawn, read it and think about it and then we will talk the first of the week. Glenn

Note: forwarded message attached.

Sucker-punch spam with award-winning protection.
Try the free Yahoo! Mail Beta.

**Forwarded Message** [ Download File ]
**From:** "Shawn Luiz" <attorneyluiz@msn.com>
**To:** pacthai1@yahoo.com
**Subject:** RE: Kobayashi's Decision
**Date:** Fri, 13 Jul 2007 22:46:33 -1000

**Plain Text Attachment** [ Scan and Save to Computer ]

```
7/13/07
Yes, I completely agree that it is inappropriate for Ventress playing
 games
with people's emotions on serious matters such as this case.

Update on the plan of attack: please ponder this thought with Jack;
Kobayashi wrote that Jack cannot pay more than he would with
 AAA=$160.00 b/c
that is how AAA interprets employee's deposit amount????also she wrote
 that
arbitrator could shift costs of arbitrator=make HACS pay?? Let's
 brainstorm
this loophole....

also talk about a slap in the face as Mollway's decision re Bruce says
 Fed
Arb Act is the applicable law

Regards,
Shawn



>From: glenn matthews <pacthai1@yahoo.com>
>To: Shawn Luiz <attorneyluiz@msn.com>
>Subject: RE: Kobayashi's Decision
>Date: Fri, 13 Jul 2007 11:10:21 -0700 (PDT)
>
>July 14, 2007
>   1:00AM Bangkok
>
>   Dear Shawn,
>
>   I had a long meeting yesterday with Jack and we discussed the
 Kobayashi
>Decision, as you instructed and Jack made many notes, so when you
 throw an
>idea at us we are ready to respond, so hopefully you can not only deal
 with
>Osaki, but Kobayashi as well. Shawn, Jack and I, support your decision

>whichever way you decide to proceed, all Jack said, "was he hoped that
 you
>could put the light on both Osaki and Kobayashi and expose them for
```

Yahoo!  My Yahoo!  Mail  Tutorials  More        Welcome, captjack1943 Sign Out  All-New Mail  Help

**YAHOO! MAIL**

Search:                                    Web Search

Contacts  Calendar  Notepad              **Mail Upgrades** - **Options**

Check Mail | Compose                     Search Mail | Search the Web

**Folders**  [Add - Edit]
  Inbox (3)
  Draft
  Sent
  Bulk      [Empty]
  Trash     [Empty]
**My Folders**  [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

**Search Shortcuts**
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread  Printable View ]

**Date:** Tue, 21 Aug 2007 03:45:41 -0700 (PDT)

**From:** "glenn matthews" <pacthai1@yahoo.com>   View Contact Details  Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Paraphrased version of Shawn's email.

**To:** "Jack Crawford" <captjack1943@yahoo.com>

August 21, 2007
5:30PM Bangkok

Ok Jack, here it is!!!! Don't call me, I'll see you tomorrow at 2PM Nana Square.

I want to set up a tel conf with you and Jack; what would be a good time on Thurs or Fri this week. LEK set deadline for DPR because this is 04 case; details on tel conf. We should try to max breach K and Whistleblower prep she said Jack cannot pay more then AAA; ques remains what would be AAA price ie employment or commerical; she is receptive that DPR cannot be more onerous than AAA.
Pepper put in place big time by LEK; details on tel conf; she is willing to stop Pepper from acting stupid by trying to set depos in Japan; maybe by phone or they come here, we visit later.
We will go over details b/c I want prepare discovery requests; expert report of Glenn Matthews; Jack's testimony; yours, etc.
Please advise availability; this is where merit prep finally begins; we been slowed by procedure hurtles but they finally came to end.

regards,
Shawn


Need a vacation? Get great deals to amazing places on Yahoo! Travel.

Delete | Reply | Forward | Spam | Move...

YAHOO! MAIL

Welcome, captjack1943 Sign Out All-New Mail Help

Search:                    Web Search

Contacts  Calendar  Notepad              Mail Upgrades - Options

Check Mail | Compose |              Search Mail | Search the Web |

Folders     [Add - Edit]
Inbox (4)
Draft
Sent
Bulk        [Empty]
Trash       [Empty]
My Folders  [Hide]
ASA
CHARLES
GLENN
JACK
KATHLEEN

MARTIN_VENTRESS
PETER
SHAWN
untitled

Search Shortcuts
My Photos
My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]                    Printable View

**Date:** Mon, 16 Jul 2007 17:18:37 -0700 (PDT)

**From:** "glenn matthews" <pacthai1@yahoo.com>    View Contact Details    Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Fwd: RE: Fwd: Thoughts and questions.

**To:** "Jack Crawford" <captjack1943@yahoo.com>

Read, re-read and digest this message, it is for you.

Note: forwarded message attached.

Looking for a deal? Find great prices on flights and hotels with Yahoo! FareChase.

**Forwarded Message** [ Download File ]

**From:** "Shawn Luiz" <attorneyluiz@msn.com>

**To:** pacthai1@yahoo.com

**Subject:** RE: Fwd: Thoughts and questions.

**Date:** Sun, 15 Jul 2007 22:01:05 -1000

**Plain Text Attachment** [ Scan and Save to Computer ]

July 15, 2007

Glenn, I am not pleased; I am not going to sugar coat; TO BE BLUNT AND TO
THE POINT tell Jack stop talking to Ventress OR ANYONE BUT YOU!!!!!!!!PLEASE
MAKE THAT REAL CLEAR TO JACK AS IT APPEARS MY ASKING NICELY GOT ME
NOWHERE

1. Regarding DPR: Osaki will tell HACS to pay b/c Osaki gets paid by the
hour; no DPR=no $ for Osaki to line his pockets with


2. Regarding the reconsideration motion: Ventress blew that for us;
read 9th
cir. decision re arbitration and you will understand; if case not final
we
cannot do; we could file a motion w/Kobayahi for interlocutory appeal
but it
is premature until I see if Jack is limited to $160 with DPR like AAA;
= MY
REASON for not filing recon or telling you as premature not ripe!

3. Regarding Martin: He NEVER BROUGHT the documents; HE IS A LIAR; He
met me
under false pretenses; read my last email; he called me; said he had
docs to
help Jack and wanted to give them to me; I asked for ODC attachments
when he
came; he said he left them on mainland but would send then and he did
not!


4. Regarding if we are truly a team... Jack is not allowed to know
Shawn's
strategies b/c he will not keep his mouth shut and blabs everything we
talk

about..Jack is not being a team... I told him stop giving info to Ventress
and this proves he is not listening to me or you; now he is even taking

Ventress' word over mine; I told him get info w/o giving squat

5. Regarding Mollway: yes, her decision actually supports Shawn's FAA arguments which Kobayashi ignored

6. Regarding Shawn not sending the decisions timely
via email attachments in a couple of days, rather than
waiting 10 days to two weeks after...I will try to be more prompt...I have
been out sick several times in the last weeks

7. Regarding Kobayashi's additional decision that Jack
could pay $160.00 dollars...No I asked you both if you saw same thing as I
do in a loophole; I said in an earlier email right after the hearing that
she made a comment at oral argument that could indicate DPR w/o higher costs
to Jack

8. Regarding Jack's financial situation: I have considered it which I why I
have been patient and not pestered Jack about costs

9. Regarding using DPR over appealing the AAA decision:
allowing emotions, i.e, "it is certainly not a cure for the judicial corruption and
Kobayashi's bogus one-sided decision, which should be
appealed just on principle, but clearly b/c I cannot
pay for DPR and AAA is the only way we can arbitrate."=not a way to win


10. Regarding: "Now, the only timely avenue is a Federal court date
and this I believe will immediately effect the
settlement in our favor and will, not waste time with
DPR and HACS, since JAL pays anyway." JACK MISSED WHOLE POINT; WE NEED TO
WIN ARB FIRST AGAINST HACSTO GET JAPANESE TO PAY!!!!!. They need to save
face HACS needs to be fall guy for them to pay

Please tell Jack making me waste time on emails like this is taking away
from merits of case




>From: glenn matthews <pacthail@yahoo.com>
>To: Shawn Luiz <attorneyluiz@msn.com>
>Subject: Fwd: Thoughts and questions. Date: Sun, 15 Jul 2007 18:51:16 -0700
>(PDT)
>
>Shawn, I received this from Jack and I felt you needed to know what he is
>thinking and feeling.  Glenn
>Note: forwarded message attached.
>
>-------------------------------
>Moody friends. Drama queens. Your life? Nope! - their life, your story.
>   Play Sims Stories at Yahoo! Games.



>From: Jack Crawford <captjack1943@yahoo.com>
>To: glenn matthews <pacthail@yahoo.com>
>Subject: Thoughts and questions. Date: Sun, 15 Jul 2007 10:31:32 -0700

>(PDT)