**(See exhibit 8)**

Crawford questions this behavior. At other times Luiz takes a contradictory position and advises Crawford as his counsel. —

Crawford advised Luiz that that he was to have no contact with this party. Yet, Luiz continued to share confidential lawyer client communication with the same party with whom Luiz had entered into the I quit/ you quit relationship

EXHIBIT 8



Yahoo! Mail   Tutorials   More   **Make Y! your home page** Welcome, captjack1943 Sign Out  All-New Mail  Help

# HOO! MAIL

Search:                                              Web Search

Contacts   Calendar   Notepad                           **Mail Upgrades** - Options

Check Mail   Compose                              Search Mail   Search the Web

**Folders**   [Add - Edit]   Previous | Next | Back to Messages

Inbox (9)            Delete | Reply | Forward | Spam | Move...
Draft
Sent                 This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View
Bulk      [Empty]   **From:**  "Shawn Luiz" <attorneyluiz@msn.com>   View Contact Details   Add Mobile Alert
Trash     [Empty]   **To:**    captjack1943@yahoo.com
**My Folders**  [Hide]   **CC:**    pacthai1@yahoo.com
ASA                 **Subject:** your response to the following due by 1/14/08
CHARLES             **Date:**  Sat, 12 Jan 2008 17:18:58 -1000
GLENN
JACK                1/12/08
KATHLEEN
MARTIN_VENTRESS     Dear Jack:
PETER
SHAWN               1. On 1/8/08 Judge Kobayashi ordered me to file the reasons
untitled            for my withdrawal under seal so that Judge Kobayashi will
                    know the reason for my withdrawal but not Pepper or Osaki; I
**Search Shortcuts** have included Dr. Matthews in this e-mail as well as you
My Photos           have threatened Dr. Matthews (and others) and I intend to
My Attachments      keep Dr. Matthews in the loop so long as these threats of
                    violence against Dr. Matthews (and others) have yet to be
                    addressed/resolved;

2. Judge Kobayashi also ordered you to tell me what date you are able to fly to Honolulu to attend your deposition with Pepper. Osaki also wants to depose you in Honolulu. You can let Pepper depose you for a day followed by Osaki deposing you for a day in the same trip; Osaki wanted to depose you in February and Pepper in January; <u>what are the earliest dates of availability that you are able to fly to Honolulu for your depositions?? Please advice</u>??

NOTE: A failure to provide me with a date you are going to fly to Honolulu for your deposition with Pepper will result in the court most likely selecting the date for you to fly to Honolulu;