## (See exhibit 9)

Luiz had entered into an arrangement / agreement with a consultant retained by Crawford. The agreement was: <u>If the consultant quit, Luiz would quit.</u>

The agreement then expanded and became mutual – <u>If Luiz quit the consultant will quit.</u>

EXHIBIT 9

Yahoo! | My Yahoo! | Mail | Tutorials | More    **Make Y! your home page** Welcome, captjack1943 Sign Out | All-New Mail | Help

# YAHOO! MAIL

Search:    Web Search



Contacts   Calendar   Notepad                                 **Mail Upgrades** - **Options**

Check Mail | Compose                              Search Mail | Search the Web

Yahoo! Small Business
news & resources

**Folders** [Add - Edit]

**Inbox (117)**
Draft
Sent
Bulk                 [Empty]
Trash                [Empty]

**My Folders**       [Hide]
ASA
CHARLES
GLENN
JACK
KATHLEEN

MARTIN_VENTRESS
PETER
SHAWN
untitled

**Search Shortcuts**
My Photos
My Attachments

HD  Watch HD movie
    trailers & clips

HD  Watch HD movie
    trailers & clips

    Play Games
    on Yahoo!

    Get the top 100
    music videos

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]       Printable View

**Date:**    Mon, 29 Oct 2007 20:16:52 -0700 (PDT)

**From:**    "glenn matthews" <pacthai1@yahoo.com>    View Contact Details   Add Mobile Alert
             Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Fwd: RE: Need case #'s / dates / name of cases...

**To:**      "Jack Crawford" <captjack1943@yahoo.com>

This came in this morning from Shawn. Glenn

Note: forwarded message attached.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

**Forwarded Message** [ Download File ]

**From:**    "Shawn Luiz" <attorneyluiz@msn.com>
**To:**      "glenn matthews" <pacthai1@yahoo.com>
**Subject:** RE: Need case #'s / dates / name of cases...
**Date:**    Mon, 29 Oct 2007 11:19:31 -1000

**HTML Attachment** [ Scan and Save to Computer ]

You need to tell Jack that I already said I am not willing to work with Asa based on his past behavior which I witnessed first hand; If you go Glenn I would withdraw as well from the cases because I would not join forces with Asa; If he really wanted to help Jack he would just help him get a loan; if he knows so much about how great case is then put up or shut up; whatever loans Jack secures has nothing to do with me; he is free to get loans from any source he wants but should rely on you for prudence of any loan; we do not want to get loans from shady characters it will only bring trouble upon us

I have been tolerate of Jack not keeping his mouth shut i.e still blabbing to Ventress and Asa, te him he may tank his own case by not keeping a type lip; he is just not listening


Date: Sun, 28 Oct 2007 18:35:22 -0700
From: pacthai1@yahoo.com
Subject: Fwd: Re: Fwd: Need case #'s / dates / name of cases...
To: attorneyluiz@msn.com





Yahoo! My Yahoo! Mail Tutorials More

Welcome, captjack1943 Sign Out All-New Mail Help

YAHOO! MAIL    Search:    Web Search

Contacts  Calendar  Notepad    Mail Upgrades - Options

Check Mail | Compose    Search Mail | Search the Web

Yahoo! Tech
Tech made easy

Folders [Add - Edit]
Inbox (117)
Draft
Sent
Bulk [Empty]
Trash [Empty]

My Folders [Hide]
ASA
CHARLES
GLENN
JACK
KATHLEEN
MARTIN_VENTRESS
PETER
SHAWN
untitled

Search Shortcuts
My Photos
My Attachments

 Watch HD movie trailers & clips
 Play Games on Yahoo!
See top video game trailers
 Listen to Radio On Yahoo! Music

Previous | Next | Back to Messages
Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** "Shawn Luiz" <attorneyluiz@msn.com>  View Contact Details  Add Mobile Alert
**To:** captjack1943@yahoo.com, pacthai1@yahoo.com
**Subject:** Last chance Jack!
**Date:** Sun, 23 Dec 2007 01:05:37 -1000

12/23/07

Okay Jack time to grow up...

1. Bank confirmed today that you had sufficient funds to cover the 3K check dated 3/07 this morning (BOH), however they would not cash check because more than 6 months old; please reissue a new check immediately within the guidelines set forth in item # 3. BOH tried to get your permission to cash despite 6 month rule but a Thai girl at the telephone number on the retainer you signed (your girlfriend?) hung up on the BOH manager when she asked for Jack Crawford; I know because I was there and gave the manager the telephone number to call you. Oh yes; you said hold check till you had funds and today BOH confirmed you have sufficient funds; I have wasted more than enough time on getting reimbursed for my out of pocket costs I advanced on your behalf to attend oral argument before the 9th circuit in Pasadena, plus current remand proceedings; So the way I see it is I have a claim of right to try and cash that check as you only said to hold it until you have funds so it would not bounce and we are there now; trying to avoid reimbursing me is unwise on your part and is just going to make me withdraw despite being the only attorney who has ever gotten any positive results on your case; you are not being respectful of my efforts in turning your case around. If you still insist that you have no money in light of this development, then tell BOH in writing (signed and dated) that they have your express permission to give me copies of your monthly bank statements from March of 07 till today.

2. Your treatment of Glenn is inexcusable period. He has been my most valuable asset in keeping you from causing substantial time lost towards the merits of your case with your senseless rants and raves. You never even answered the discovery from HACS I told you to answer. You tell

Glenn that he is not an expert witness after we agreed he was an expert; after I disclosed him as an expert; and after I spent significant time preparing instructions for Glenn to prepare his expert report; Get this all straight ASAP. If Glenn goes; I go too.

3. I told you from day one that I would not litigate your case for $25,000 without costs in addition to the $25,000 attorney's fees portion; I told you that we needed $30,000.00 to litigate this case conservatively; telling me to take 40% is not what we agreed to, nor will I ever agree to such terms; You owe me $5,293.29 in out of pocket costs (see attached); My attorney's fees are currently $58,513.07 (see attached) and by the time trial is done will exceed $150,000.00 at a minimum. Thus, I have already worked double what you gave me towards attorney's fees and you have made no effort to pay costs since March till today (9 months). I advanced out of pocket costs in good faith; you on the other hand are not acting in good faith with me, i.e. BOH reserves. So either you pay me $5,293.29 in costs within 14 days plus deposit an additional $5,000.00 minimum towards future costs or you will leave me with no choice but to withdraw in order to preserve my principles which are non negotiable.

4. Finally, in light of your last inquiry as to whether I would talk to my father this way: my father would not try to cheat me or anyone out of what they have earned;

In sum, if you desire to keep me as your counsel, then see to the foregoing Jack or you cannot blame anyone but yourself for my withdrawing as counsel of record from your case ...

SAL

Share life as it happens with the new Windows Live. Share now!

**Attachments**   Attachment scanning provided by: AntiVirus

Billing_for_Jack_Crawford_12.22.07.pdf (354k)   Scan and Save to Computer

Delete   Reply   Forward   Spam   Move...

Previous | Next | Back to Messages   Save Message Text | Full Headers

Check Mail   Compose   Search Mail   Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy