## (See Exhibit 10)

A second factor: Andrew Pepper, attorney for JAL supports Luiz in any attempt to Withdraw. (This appears to be interference in Crawford's relationship with his attorney.) Pepper advises Luiz to withdraw,

EXHIBIT 10




Welcome, captjack1943 Sign Out  All-New Mail

# YAHOO! MAIL

Search:   Web Search

## Save up to 75% on Last-Minute Cruises
Click here for a complete list of deeply-discounted cruises departing in the next 90 days.

Contacts  Calendar  Notepad                                                Mail Upgrades - Options

Check Mail | Compose                                     Search Mail | Search the Web

- Yahoo! Small Business news & resources

**Folders** [Add - Edit]
- Inbox (117)
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]

**My Folders** [Hide]
- ASA
- CHARLES
- GLENN
- JACK
- KATHLEEN
- MARTIN_VENTRESS
- PETER
- SHAWN
- untitled

**Search Shortcuts**
- My Photos
- My Attachments

- Watch HD movie trailers & clips
- Watch HD movie trailers & clips
- Hot celeb news & photos on omg!
- Watch Videos On Yahoo! Music

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]      Printable View

**Date:** Mon, 12 Nov 2007 21:01:13 -0800 (PST)

**From:** "glenn matthews" <pacthai1@yahoo.com>   View Contact Details   Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Fwd: FW: Jack Crawford v Jalways et al

**To:** "Jack Crawford" <captjack1943@yahoo.com>

From Shawn, FYI, you see what Shawn says a little dog yapping!!!! Glenn

Note: forwarded message attached.

Be a better pen pal. Text or chat with friends inside Yahoo! Mail. See how.

**Forwarded Message** [ Download File ]

**From:** "Shawn Luiz" <attorneyluiz@msn.com>

**To:** pacthai1@yahoo.com

**Subject:** FW: Jack Crawford v Jalways et al

**Date:** Mon, 12 Nov 2007 16:34:15 -1000

**HTML Attachment** [ Scan and Save to Computer ]

fyi little dog yapping

> Subject: RE: Jack Crawford v Jalways et al
> Date: Thu, 8 Nov 2007 19:10:17 -1000
> From: apepper@Carlsmith.com
> To: attorneyluiz@msn.com; warren_nakamura@hid.uscourts.gov
>
> Dear Shawn:
>
> I was under the firm impression that Magistrate Judge Kobayashi had instructed you and Mr. Crawford to make a "good faith" demand. I do not think that a demand for five million dollars is compliant with MJ Kobayashi's order, seems facially and aggressively contumacious, and I hope that MJ Kobayashi acts *sua sponte* to sanction this misconduct in some fashion. Did you forget that we are litigating in *federal* court where

this sort of thing is not tolerated?

I will pass along your client's demand to my clients as I am required to do by the ethical rules. But I do not think you should anticipate an acceptance.

If you decide to withdraw due to your lack of client control (as have your four predecessor counsel), I will not contest your motion in that regard.

Andrew L. Pepper, Esq.
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
✆808.523.2500
7 808.523.0842 (fax)
✉ apepper@carlsmith.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of Carlsmith Ball LLP contains information which may be confidential, privileged, and/or exempt from disclosure under applicable law. If you are not the addressee (or authorized to receive for the addressee), you are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you received this message in error, please immediately notify me (the sender) by replying to this email, then promptly destroy the original message. Thank you.


**From:** Shawn Luiz [mailto:attorneyluiz@msn.com]
**Sent:** Thursday, November 08, 2007 6:19 PM
**To:** Andrew L. Pepper; warren_nakamura@hid.uscourts.gov
**Subject:** Jack Crawford v Jalways et al

11/08/07

*pursuant to FRE 408*

Dear Mr. Pepper

After extensive conversations with my client via telephone, the lowest he says he will currently accept in full settlement of all his claims is five million U.S. Dollars; I passed along all of your comments; he is adamant; I believe settlement is futile at this point in time. I am flying to San Fran for arbitration tonight so I wanted to get this to you a day ahead of Order as I will not return to HNL till late Friday night.

/s/ Shawn A. Luiz

cc: Honorable Leslie E. Kobayashi
    Warren Nakamura


Climb to the top of the charts! Play Star Shuffle: the word scramble challenge with star power. Play Now!

Peek-a-boo FREE Tricks & Treats for You! Get 'em!