**(See exhibt 11)**

Luiz's actions could endanger Crawford, yet, Luiz continues in his inappropriate course of action.

EXHIBIT 11



My Yahoo!  Mail  Tutorials  More    Make Y! your home page  ack1943  Sign Out  All-New Mail  Help

YAHOO! MAIL

Search:  _____    **Web Search**

**Save up to 75%**
**on Last-Minute Cruises**
Click here for a complete list of deeply-discounted cruises
departing in the next 90 days.

Contacts    Calendar    Notepad                    **Mail Upgrades - Options**

**Check Mail** | **Compose**      . . . . . . . . . .    Search Mail | **Search the Web**

Yahoo! Small
Business
news & resources

**Folders**   [Add - Edit]

**Inbox (117)**
Draft
Sent
Bulk         [Empty]
Trash        [Empty]

**My Folders**   [Hide]

ASA
CHARLES
GLENN
JACK
KATHLEEN

MARTIN_VENTRESS
PETER
SHAWN
untitled

**Search Shortcuts**

My Photos
My Attachments



Star Wars:
Watch videos

Simpsons game
tricks & videos.

---

Previous | **Next** | Back to Messages

**Delete** | **Reply** | **Forward** | **Spam** | **Move...**

This message is not flagged. [ Flag Message - Mark as Unread    Printable View ]

| | |
|---|---|
| **From:** | "Shawn Luiz" <attorneyluiz@msn.com>   View Contact Details<br>Add Mobile Alert |
| **To:** | momdadventress@hotmail.com, captjack1943@yahoo.com,<br>pacthai1@yahoo.com |
| **Subject:** | I propose working together as a 4 man team; see below |
| **Date:** | Thu, 20 Dec 2007 22:58:29 -1000 |

12/20/07

Dear Jack, Martin and Glenn:

I wanted to rep Jack and Martin; however I wanted to keep low key unti
official and Martin when you started talking with Jack rather than me, it
made it look like I was keeping things from Jack and Glenn and caused
distrust among a three man team which I had hoped to make a four ma
team;

Jack and Martin if you really wish to win your respective cases, then:
1. Martin retains me too;
2. I am team leader;
3. Dr. Matthews is second in command as he is Jack's expert and has
helped me understand my opponents from a psychological viewpoint; I
would also like him to be Martin's expert if Martin and Glenn agree;
4. Jack and Martin follow orders of team leader and Glenn (like it or no
if we have four leaders we get no where;

I never boast but I have defeated dirty cops and dirty unions; it is up to
everyone to decide whether JAL is brought to justice; or Martin and Ja
allow them to get away with everthing they have done

celeb news
photos on omg!

Get the top 100
music videos

I leave it up to all three of you; I have made it well known that I follow a higher calling and never leave any man behind in enemy territory but unless we all pool resources and cooperate as a team with no outside interference Jack and Martin may I say to both of you that you have let them win already; I have worked hard to get the case this far and I am willing to take it all the way; I need funds for fees and costs; I have never dropped my gun and deserted in the face of battle; but I have a family to feed; an office overhead; get serious and get financing; you will see once I scan in discovery from Pepper; LEK forced Pepper to give me (over 1000 pp of discovery) which he tried to hide; she threatened him with sanctions and I got it; I waited till we were in court on another matter (Sink's Motion to withdraw) and I caught him by suprise by just throwing out there that Pepper's discovery was overdue; LEK was not amused I must say and Pepper is not quick on his feet so he was tongue tied;

so get serious and get financing so David can stand in the gap and take on Goliath; this would not be my first time as everyone is already aware

I have been silent considering options through prayer and my legal expertise

everything is in your hands; please gentlemen for the sake of justice; you three discuss amongst yourselves and then approach me with your decision as to this four man team proposal

regards SAL

Get the power of Windows + Web with the new Windows Live. Get it now!

| Delete | Reply | Forward | Spam | Move... |

Previous | Next | Back to Messages                    Save Message Text | Full Headers

Check Mail   Compose                    Search Mail   Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

WE ARE NOT IN A Normal
SITUATION And there fore can
NOT Finance Anything - ONL

Yahoo!  My Yahoo!  Mail  Tutorials  More    **Make Y! your home page** Welcome,  captjack1943 Sign Out  All-New Mail  Help

# YAHOO! MAIL

Search:                                                              **Web Search**

**Contacts    Calendar    Notepad**                        **Mail Upgrades** - **Option**

**Check Mail    Compose**                    **Search Mail    Search the Web**

**Folders**  [Add - Edit]

**Inbox (3)**

Draft

Sent

Bulk            [ Empty ]

Trash           [ Empty ]

**My Folders**    [Hide ]

ASA

CHARLES

GLENN

JACK

KATHLEEN

MARTIN_VENTRESS

PETER

SHAWN

untitled

**Search Shortcuts**

My Photos

My Attachments

Previous | Next | Back to Messages

**Delete    Reply    Forward    Spam    Move...**

This message is not flagged. [ Flag Message - Mark as Unread ]        Printable View

**From:**    "Shawn Luiz" <attorneyluiz@msn.com>    View Contact Details    Add Mobile Alert

**To:**      captjack1943@yahoo.com

**CC:**      pacthai1@yahoo.com

**Subject:**  DECLARATION OF SHAWN A. LUIZ SUBMITTED UNDER SEAL WITH COPY ONLY TO PLAINTIFF REGARDING HIS REASONS

**Date:**     Tue, 15 Jan 2008 16:53:56 -1000

1/15/08

4:54 pm HNL

Again Jack, no resolvement of threats issue to date so Dr. Matthews is cc'd with this attachment

SAL

Make distant family not so distant with Windows Vista® + Windows Live. Start now!

**Attachments**                    Attachment scanning provided by:    Norton
AntiVirus

**Declaration_of_Shawn_A._Luiz.PDF** (106k)    Scan and Save to Computer

**Delete    Reply    Forward    Spam    Move...**

Previous | Next | Back to Messages                    Save Message Text | Full Header

**Check Mail    Compose**                    **Search Mail    Search the Web**

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

01-23-08

The Honorable Judge Magistrate Leslie E. Kobayashi
Clerk's Office
United States District Court
District of Hawaii
300 Ala Mona Blvd Room C-338
Honolulu HI 96850
Tel: 808-541-3089
Fax: 808-541-1303

Attorney Surat Kodkeaw
Socrates law Office Co., Ltd.
34 Phayachai Building 5th flr., Sriayudhaya Rd,
Thongphayathai, Ratchathewi Bangkok 10400
Email: kodkaewlaw@hotmail.com
www.socrateslaw.com
Tel: 66-2644-4163
Fax: 66-2644-4166
Mobile phone: 66-8947-6009-5

Re: Jack L. Crawford Plaintiff
    Versus Japan Airlines et al.

Case number: CIVIL NO. 03-00451SPK-LEK

My name is Mr. Surat Kodkaew and my license number to practice  as an attorney in
Thailand is: 841/2543

Kindly be advised you may have noted comments from a Shawn  A. Luiz, Attorney in
court related correspondence related to alleged threats by Jack L. Crawford against Glenn
Matthews. Matthews states that he is a psychologist in Thailand.

I am now representing Jack L. Crawford in possible pending actions against Glenn
Matthews and others.

To date I have determined:

    1.  Matthews is working in Thailand without a work permit.

    2.  Matthews has no license to practice psychology in Thailand.

I am now in the process of preparing possible actions for liable, slander, and defamation
of character against Matthew and others – Thai Criminal Law(Section  326,  Section
309).

1

Any statements by Matthews or others that Crawford is crazy, mentally ill, suicidal, a dangerous person, or threatening are not correct. We understand Matthews also made statements of this nature to Crawford's attorney in the United States and may have been a part of Crawford's attorney's rationale for his filing a Motion to Withdraw. I further understand statements were made to the effect that Crawford had gun or poisonous snakes – all false. *Statements made by Matthews or others are unsupported.*.

A complete psychiatric evaluation has been completed only indicating Crawford is depressed.

Threats against Crawford and his wife were made by Glenn's friend, claiming himself as a police officer, who stated specifically he was calling on behalf of Matthews and Laurence T. Huddon. Reports have been filed with the National Police in charge of investigating matters of this nature.

Actions may take place in both criminal and civil court. We hope this brief memorandum may add balance to any prior comments that may have been made on either a casual or more formal basis. Should you require updates or other information, do not hesitate to make contact with my office.

Sincerely,

Surat Kodkaew
Attorney

(Translation)

Certified to be correct copy
Pol.Cpt –Signed
Kaweepong Saengruerng
Lumpini Police Station
18 January 2008

## Royal Thai Police Department                    017
## Acknowledgement of Daily Case Report for Evidence

Police Station : Lumpini ,    Division/ Provincial Police : 5,    Bureau /Region : Metropolitan

| Serial No. | Date, Month | Particular |
|---|---|---|
| | | 18 January 2008 |
| 5 | 15.30 hrs. | Miss BENYA KAMPOLWIN, aged 34 (wife), and Mr. JACK LAFAYETTE CRAWFORD III, aged 65, holding Passport No. 711852680, staying at 6/149, The Royal Place 2, Mahardlek Luang 2 Lane, Ratchadamri Road, Lumpini Sub-district, Pathumwan District, Bangkok, Tel. 081-9079236 came to Lumpini Police station to report that :

Today (18 January 08) at approximately 14.14 hrs., there was Khun Surapol (his real name and surname are unknown), claiming himself as a police officer and was a friend of Mr. GLENN GAVIN MATTHEWS and Mr. LAURENCE T. HUDDON, phoning to talk to the informant (from 087-3302530). This was most likely about the Informant having once hired Mr. GLENN to coordinate in hiring a lawyer for filing the lawsuit against JAL and claimed for compensation as he was dismissed thereby. Mr. GLENN took the job and the money from the Informant but abandoned work in the middle, and lied to the lawyer against the Informant that the Informant was trying to kill him. That damaged the Informant and caused the resentment between the two. Mr. GLENN and his colleagues have been calling to threat the Informant and maliciously talking about him all the times. As a matter of fact, the Informant is under treatment for his tension at Bamrungrard Hospital, but Mr. GLENN spreads the rumor with no ground of the truth that the Informant is mentally sick and becomes crazy. The Informant therefore came to report the incident to the Investigator as evidence so that the Investigator may take action against Mr. GLENN in related matter. In making this case report, the Informant has Miss BENYA KAMPOLWIN as his interpreter.

Police Captain Kaweepong Saengruerng, Investing Officer of Lumipini Police Station acknowledged the report accordingly and had it recorded . |

Certified Correct
รับรองคำแปลถูกต้อง

นางเมลานี เมืองสมบัติ
Mrs. Melanie Muangsombut
Siam Trans...
สยาม ทราน...
๔๑ / ๐๑ / ๒๐๐๘
Tel. 0-22545582, ...

Signature        -Signed-        Informant
(Jack Lafayette Crawford III)

Signature            -Signed-        Informant/Interpreter
(Benya Kampolwin)

Signature  Pol. Capt.  –Signed-        Investigating Officer
(Kaweepong Saengruerng)

Signature            -Signed-        Writer

สำนักงานตำรวจแห่งชาติ

รายงานประจำวันรับแจ้งเป็นหลักฐาน

18 ม.ค. 2551 017

สถานีตำรวจ _ลุมพินี_ กองบังคับการ/ตำรวจภูธรจังหวัด _น.๕_ กองบัญชาการ/ภาค _นครบาล_

| ลำดับ | วัน เดือน ปี เวลา | รายการ |
|---|---|---|
| 5 | 15.30 | 18 ม.ค. 2551 น.ส.เบญญา กำพลอัมพร อายุ 31 ปี (ผู้แจ้ง) และ MR. JACK LAFAYETTE CRAWFORD III อายุ 65 ปี ตามหนังสือเดินทาง เลขที่ 711852680 พักที่ 6/149 เลขที่ วิลล่า รัชโย เฟสที่ 2 ซอยลาดพร้าว เขตลาดพร้าว กรุงเทพฯ โทร 081-9079236 มา ... ลุมพินี แจ้งว่า ... |

*(เนื้อหารายละเอียดเขียนด้วยลายมือ ส่วนใหญ่อ่านได้ยาก)*

ลงชื่อ ................................. ผู้แจ้ง

ลงชื่อ ................................. ผู้แปลความแจ้ง

ร.ต.อ. ................................. พงส.

(Translation)

> Certified to be correct copy
> Pol.Cpt –Signed
> Kaweepong Saengruerng
> Lumpini Police Station
> 21 January 2008

# Royal Thai Police Department

074

## Acknowledgement of Daily Case Report for Evidence

Police Station : Lumpini ,    Division/ Provincial Police Nor 5,    Bureau /Region :  Metropolitan

| Serial No. | Date, Month Yr., time | Particular |
|---|---|---|
| | | 21 January 2008 |
| 3 | 15.45 hrs. | Pol.Capt. Kaweepong Saengruerng, Investigation Officer, Lumpini Police Station notified that as per Daily Case Report, Clause 5, time: 15.30 hrs., dated 18 January 2008. Today Miss BENYA KAMPONWIN, aged 34 years old, staying at 6/179, The Regent Royal Place 2, Mahardlek Luang 2 Lane, Ratchadamri Road, Lumpini Sub-district, Pathumwan District, Bangkok,  came to Lumpini Police station to add the daily case report that the telephone number used to receive the threatening call is  081-2551028 which is the telephone of the informant. Record has then been made as evidence. <br><br> Signature    -Signed-        Informant <br> (Benya Kamponwin) <br><br> Signature  Pol. Capt.   –Signed-      Investigating Officer <br> (Kaweepong Saengruerng) <br><br> Signature            -Signed-        Writer <br> (Illegible) |

Certified Correct Translation.
รับรองคำแปลถูกต้อง

Mrs. Melanie Muangsombu
Siam Translation
สยาม ทรานสเลชั่น
21 / 01 / 2008
Tel. 0-22545582, 0-

สำนักงานตำรวจแห่งชาติ
รายงานประจำวันรับแจ้งเป็นหลักฐาน

21 ม.ค. 2554

สถานีตำรวจ .......... กองบังคับการ/ตำรวจภูธรจังหวัด ...... น. 5 ...... กองบัญชาการ/ภาค ... นครบาล .

| ลำดับ | วัน เดือน ปี เวลา | รายการ |
|---|---|---|
| | 21 ม.ค. 2551 | |
| 3. | 15.45 | ร.ต.อ. กฤษณ์ ..... แสงบันจึง เพชร.ฯ ส.น.ลุมพินี แจ้งว่า ตาม ปจว. ข้อ 5 เวลา 15.30 น. คง 18 ม.ค.51 นั้น วันนี้ น.ส. เฉลยา ทิพลรวมณ์ อายุ 34 ปี พักอยู่ 6/149 เธอะเวิร์จวเว โซโล เพชร 2 ซอยมนตรีเสรีกลาง 2 ถนนรามอินทรา แขวงลุมพินี เขตปทุมวัน กรุงเทพฯ ผู้แจ้งได้ก .......................................... ..... โทรศัพท์หมายเลข 081-2551026 .......................... จึงบันทึกไว้เป็นหลักฐาน |
| | | ลงชื่อ .......... ผู้แจ้ง |
| | | ร.ต.อ. .......... เพชร.ฯ |
| | | ต.ท. .......... เวรฯ |

# Glenn G. Matthews, Ph.D.

UNTIL AUGUST 16

Central Place, Pinklao, Suite 1412 • 7/3 Boromratchaonnee Road • Bangkok Noi, Bangkok 10700 Thailand
Tel: 02-884-9280 ext. 1412 • Fax: 02-884-6915 ATTN: Dr. Glenn G. Matthews

---

## Glenn Gavin Matthews
## Lake Green Suite 2202
## 199/58 Sukhumvit Soi 8
## Klong Toey Bangkok 10110

# Thailand

| Issued | Expires | Passport No |
|---|---|---|
| 12-01-99 | 07-05-15 | 71172659 |

Glenn G. Matthews, Ph.D.

**Federal Aviation Administration: Department of Transportation**
Washington D.C.
April 1968 – January 1991.
Consulting Social Psychologist and Psychological Profiler

Advised the U.S. Government on matters regarding public safety while flying. Formulated a psychological profile for the Federal Aviation Administration, Justice Department and the Department of State to visually screen and alert authorities to a possible terrorist, hijacker and/or person or persons whose intent was to disrupt, harm or injure the public. Counseled air traffic controllers during and after the 1981 PATCO Air Traffic Control strike, who were suffering from job stress and fatigue. Sessions were geared towards preventing "controller burnout" to circumvent a major in-flight disaster.

## EDUCATION

| | | |
|---|---|---|
| Ph.D. Christian Psychology<br>M.A. Christian Psychology | **Jacksonville Theological Seminary, Florida** | 1997 |
| Ph. D. Social Psychology<br>M.A. Counseling Psychology | **American University, Washington D.C.** | 1978 |
| B.A. General Psychology | **University of South Florida** | 1962 |

## COMMUNITY SERVICE

**City Rescue Mission of Jacksonville, Florida**                    1990 – 1998
Volunteer helping homeless people with their daily needs. Provided counseling, assessments and evaluations to determine the best course of action needed to best serve the client.

**Lutheran Social Services of Northeast Florida**                    1992 – 1998
Volunteer counseling psychologist on an as-needed basis for Refugee and Immigrant Service Program. Offered comfort and prescribed methods to assist refugees and immigrants from all over the world, each one carrying a multitude of problems and frustrations.

**Asian-American Chamber of Commerce International**                    1985 – 1998
Founding member. Served on the Board of Directors. Helped build bridges for trade, tourism, friendship, educational exchange and dialogue across the Asia-Pacific region to the State of Florida and particularly to the city of Jacksonville. Organized an annual "World of Nations" celebration, a three-day event of cultural activities and exchanges that attracts over one million visitors annually, including many officials from Washington D.C. and New York. Now serving as Director Emeritus to the Chamber.

**Community Services of Bangkok**                    2000 to closing
Volunteer Telephone Helpline operator.

# Glenn G. Matthews, Ph.D.

## OBJECTIVE

To make a difference in people's lives by utilizing my training, experiences and skills. To help each client work through and survive all their trials and crisis moments, and see them develop and grow in confidence and hope for their future.

## QUALIFICATIONS & ACHIEVEMENTS

Psychologist who has spent 36 years working with patients suffering from clinical depression, addiction to (illegal, prescription and non-prescription) drugs, suicidal tendencies, eating disorders (anorexia and bulimia); issues of sexual orientation, family crises, adolescence, relationship problems, midlife changes, HIV/AIDS, and sexual-related behavioral addictions.

Top-flight administrator who has designed, implemented and supervised treatment programs carried out by teams of doctors and specialists.

Experienced businessman who co-founded and managed a mental health and detoxification center. Involved in all aspects of running the business from marketing and personnel to insurance matters and financial management.

Established "The Buddy System," a network of community volunteers who provided care, support and comfort on a one-to-one basis to hundreds of people living with HIV/AIDS.

Ability to make decisions and motivate staff and colleagues. Compassionate, caring and committed.

## PROFESSIONAL EXPERIENCE

**Mental Health Care and Detoxification Center, Inc.**
Jacksonville and Tampa, Florida.
January 1975 – January 1997.
Founding Partner – Psychologist and President.

Met with each client in a psychotherapy session to observe, assess, evaluate and recommend a course of action(s) needed to help return them to a state of wellness. The center treated the full spectrum, from the mildest to the severest cases of drug dependency and addictions, psychiatric breakdowns and other behavioral and psychological dysfunctions. Supervised teams of specialist, who offered treatments based on understanding, compassion and fairness. Handled patients who were aggressive, subversive and actively damaging to those around them including our staff. Managed the operational functions of the center, including staff, physical plant and financial matters.

(continued)

## Medication Schedule



Bumrungrad
International

Date of Birth: 10 มี.ค. 1943    Age: 64 ปี
Room:                           Sex: ชาย
Physician:
Diagnosis:
Allergies: เท่าที่ทราบยังไม่เคยแพ้อะไร

73054897

| | Morning | | Noon | | Evening | | Bedtime |
|---|---|---|---|---|---|---|---|
| | Before Meal | After Meal | Before Meal | After Meal | Before Meal | After Meal | |
| Efexor XR 75 mg cap | | 1 Capsule(s) | | | | | |
| Take 1 Capsule Once a Day | | | | | | | |

**Bumrungrad International**

Medical Certificate

(Employment)

| | |
|---|---|
| Name: | Mr. JACK LAFAYETTE CRAWFORD |
| HN: | 100968369 |
| Birth Date: | 10 Mar 1943 |
| Room: | Behavioral Health |
| Physician: | Dr. Kavi Suvarnakich (53126) |

Date: 16 Jan 2008 20:58
Age: 64 yrs
Sex: Male

73054650

ตรวจเมื่อวันที่ 16 เดือน January พ.ศ. 2008 เวลา

Date of Examination                                    Time

ผลการตรวจชันสูตร (Findings)  This is to certify that Mr. JACK LAFAYETTE CRAWFORD has been in treatment with me for his "Anxiety Disorder with depression". However at the present time his condition is getting worse due to stress from legal and personal challenges. So he is now not fit for taking any deposition and travelling. This situation is compounder our doctor~client relationship. Since I have been treating Mr. Crawford for the past 5 years.

ความเห็น (Summary)

ขอรับรองว่าข้อความข้างต้นเป็นความจริง (The above statements are true.)

(ลงชื่อ) Kavi Suvarnakich แพทย์ผู้ตรวจ

Physician Signature

ใบประกอบวิชาชีพเวชกรรม เลขที่ M.3841

License No.

(ลงชื่อ) Joel Crawford ผู้รับการตรวจ

Patient's Signature

หมายเหตุ (Remark)

☐ สำหรับผู้ป่วย (For Patient)          ☐ สำหรับวางบิลบริษัทคู่สัญญา (For Contract Company)

# YAHOO! MAIL

Search:                                                    **Web Search**

Contacts    Calendar    Notepad                    **Mail Upgrades - Options**

**Check Mail**    **Compose**                        Search Mail    Search the Web

**Folders**    [Add - Edit]        Previous | Next | Back to Messages

**Inbox (6)**            **Delete**    **Reply**    **Forward**    **Spam**    **Move...**

Draft                                                                    Printable View
Sent
Bulk        [Empty]    This message is not flagged. [ Flag Message - Mark as Unread ]
Trash       [Empty]    **Subject:**  Out of Office AutoReply: Report-- Glenn Gavin Matthews

**My Folders**    [Hide]    **Date:**  Tue, 22 Jan 2008 03:37:47 +0700

ASA                    **From:**  "Bangkok ACS" <acsbkk@state.gov>    View Contact Details    Add Mobile Alert
CHARLES
GLENN                  **To:**  "Jack Crawford" <captjack1943@yahoo.com>
JACK
KATHLEEN
                        Dear Sir/Madam:
MARTIN_VENTRESS
PETER                   US Embassy Bangkok will be closed for Martin Luther King Day on Monday
SHAWN                   January 21, 2008.  It will reopen on Tuesday January 22.  If your
untitled                e-mail concerns the death, serious illness, or arrest of an American
                        citizen, please call the Embassy operator at +662-205-4000.  After duty hours
**Search Shortcuts**    the Embassy's duty officer can be reached 24-hours a day at
                        02-205-4000.  This number should be used for dire emergencies only.  Non-emergenc
My Photos               requests will be deferred until the next business day.
My Attachments
                        General information regarding our services and a list of frequently
                        asked questions (FAQ) can be found at:
                        http://bangkok.usembassy.gov/services/visa/acs/acs_faq.htm

                        If the information you require is not contained in the FAQ above, the
                        ACS Unit will make every effort possible to answer your e-mail inquiry
                        within three business days.

                        Inquiries regarding visa issues are handled by the Visa Unit and will
                        not receive a response from this address.  Please consult the following
                        websites, which contain answers to most visa related questions:

                        (1) http://www.travel.state.gov/;
                        (2) http://uscis.gov/graphics/index.htm;
                        (3) http://bangkok.usembassy.gov/services/visa/index.htm.

                        If you still have a question regarding a case currently pending with
                        the U.S. Embassy Bangkok Visa Unit, you should contact them by sending an
                        email to visasbkk@state.gov.

                        Sincerely,

                        American Citizen Services
                        US Embassy Bangkok


                        **Delete**    **Reply**    **Forward**    **Spam**    **Move...**

                        Previous | Next | Back to Messages            Save Message Text | Full Header

**Check Mail**    **Compose**                        Search Mail    Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

**United States Embassy**
**American Citizen Services**
**(Passports, Notarial Services, Reports of Birth,**
**Emergency Service, etc.)**
In Bangkok: _American Citizen Services (ACS)
Address: 95 Wireless Road, Bangkok 10330,
Thailand_Tel: [66](2) 205-4049
E-mail: acsbkk@state.gov
Home Page: http://bangkok.usembassy.gov/embassy/acs.htm

January 21st, 2008

Attention: Duty Officer -- Ken

Re: Report – Glenn Gavin Matthews

As you may recall, I called you to advise you on the 18th of an incident and complaint involving a Glenn Gavin Matthews, who states he is a a U.S. Citizen residing in Thailand.

The purpose of my writing at this time is to document the incident. I am now in discussion with my legal representatives in Thailand. I seek immediate action on the part of the U.S. Embassy, I may at a later date request further assistance of the Embassy and other U.S. and Royal Thai Government agencies.

Kindly note the following details:

1. Glenn Gavin Matthews has stated he holds a U.S. Passport. He presents the attached (exhibit 1) as his identification with a picture. You will note that on this "personally created ID card", it appears the passport dates would not be accurate. I do not know about if the passport # is valid.

2. Matthews further states he has a PhD. in psychology from American University in Washington, D.C. I have not been able to verify this or, if there is a Glenn Gavin Matthews who graduated and that this is, in fact, the same person. Matthews had told me one time he had changed the spelling of his name, after the death of his father, because he did not like its spelling.

3. Matthews works in Thailand and charges fees for psychological services. It appears he does not have a work permit. Further, it appears he does not have professional credentials within Thailand to legally provide these services. I have personally paid him fees for psychological services .

4. Matthews has advised he worked for the FAA in Washington D.C. for a period of about 23 years between 1968 and 1991, as a consultant.

5. Matthew advised me he owned 13 companies in the United States and is a millionaire. Although he states he does not have a credit card.

1

6. Matthews liabeled and slandered me indicating I was taking steroid and other muscle building drugs. His information is incorrect. I do take a variety of vitamins and protein drinks and work out regularly at California fitness.

7. About a month ago, he broke client confidentiality and shared personal information with two people – Larry Huddon and Asa Voak telling of them both personal and incorrect information. Obviously, this was upsetting and we had a verbal altercation. He claimed threats were made – this is not accurate although I did state I would take any required legal action to protect my position.

8. It appeared the situation was over; however, in the past he had made statements to the effect that if anyone ever caused a problem for him, he would have his police friend, Colonel Surapol Luanprasert, resolve the problem.

9. On Friday, January 18, 2008 at 2:14pm, Colonel Luanprasert called and, in a discussion with my wife threatened both of us, – she felt threatened with bodily harm and that she was worried he could kill us or arrest us, stating, if you or your husband think you are bigger than me, come and see me now" or "do you want me to come see you and where do you want to meet me" She is not involved in this incident in any way; therefore, I do not know why she was called and threatened.

   **During the conversation, Surapol said, "I'm calling for Glenn and Larry" and then she asked, who are you? He said "I am Glenn's police friend, don't you know" …… (in broken English)**

10. It appears that the situation will not go further; however, I had been advised to report the incident to U.S. Embassy and file a police report. The police report has been filed. Others, with knowledge of Thai culture have advised it would be best if I left my apartment for safety reasons for the weeken.

11. The first thing that jumped out is that the U.S. passport number is (8) digits and not (9). I believe passports beginning with 711 need 6 more numbers. Issuing date and expiration date are normally for ten years not sixteen years. He says, he filed no personal income tax return, his business partner only files for both of them.

Thank you for recording this report and please advise if further action should be required; and I can provide further cooperation or assistance.

Regards,

Jack L. Crawford III

CC: Royal Thai Police Department
www.jaray.police.go.th  email: jaray@police.go.th

**Additional : Name/Address/Contact**

**Capt. Jack L. Crawford, III**
6/179 The Royal Place2, Mahardlek Luang2 Lane, Ratchadamri Road, Lumpini Sub-district, Pathumwan District, Bangkok

Phone: 02-6502307
Mobile phone: 081-9079236

Email: captjack1943@yahoo.com, captjack43@hotmail.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Miss Benya Kamponwin**
6/179 The Royal Place2, Mahardlek Luang2 Lane, Ratchadamri Road, Lumpini Sub-district, Pathumwan District, Bangkok

Phone: 02-6502307
Mobile phone: 081-2551028

Email: benya259@yahoo.com, benya259@hotmail.com

**Mr. Glenn Gavin Matthew** (his own name card)
Lake Green Suite 2202
199/58 Sukhumvit Soi8
Klong Toey Bangkok 10110 Thailand

Passport No. 71172659
Issued: 12-01-99
Expires: 07-05-15

Email: pacthai1@yahoo.com
Email: drggavinmatthews@hotmail.com

Phone: 02-653-4260-1
Mobile phone: 089-054-9353

**Col. Surapol Luanprasert** (Thai police)
Ta-ling Chan Police Station.

Office: 02-448-6621, 02-448-6360, 02-448-6480
Mobile phone: 087-330-2530, 086-893-6988

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Mr. Laurence T. Huddon**
764 Ladya Rd., River house Condo  Suite 6B

3

Klongsan, Bangkok
Thailand 10600

Tel. 081-778-5047
Email: lthuddon@loxinfo.co.th
URL: web.mac.com/lthuddon

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Manoon Somyanpol (witness)**
764 Ladya Rd., River house Condo Suite 6B
Klongsan, Bangkok
Thailand 10600

Mobile phone: 081-494-3806
Email: eckoart@hotmail.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Asa Voak  (witness)**
Jomtien, Pattapa Thailand
Mobile phone: 081-982-1550
Email: asavoak@yahoo.com

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Mr. Sam – Thai friend (witness)**
California fitness
Mobile phone: 0819403116

4

Yahoo!   My Yahoo!   Mail   Tutorials   More   Welcome, captjack1943 Sign Out   All-New Mail   Help

# YAHOO! MAIL

Search:                          **Web Search**

**Contacts    Calendar    Notepad    Mail Upgrades - Options**

| Check Mail | Compose | | | Search Mail | Search the Web |

**Folders**  [Add - Edit]     Previous | Next | Back to Messages

**Inbox (6)**           | Delete | Reply | Forward | Move... |
Draft
**Sent**                    This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View
Bulk        [Empty]
Trash       [Empty]    **Date:**    Mon, 21 Jan 2008 12:25:26 -0800 (PST)
**My Folders**   [Hide]   **From:**    "Jack Crawford" <captjack1943@yahoo.com>   ...View Contact Details   ...Add
                                              Mobile Alert
ASA
CHARLES                **Subject:**   Report-- Glenn Gavin Matthews
GLENN                  **To:**      acsbkk@state.gov
JACK                   **CC:**      jaray@police.go.th
KATHLEEN

MARTIN_VENTRESS        United States Embassy
PETER                  American Citizen Services
SHAWN                  (Passports, Notarial Services, Reports of Birth,
untitled               Emergency Service, etc.)
                       In Bangkok: _American Citizen Services (ACS)
**Search Shortcuts**     Address: 95 Wireless Road, Bangkok 10330,
                       Thailand_Tel: [66](2) 205-4049
My Photos              E-mail: acsbkk@state.gov
My Attachments         Home Page:
                       http://bangkok.usembassy.gov/embassy/acs.htm

                       January 21st, 2008

                       Attention:  Duty Officer -- Ken

                       Re:  Report — Glenn Gavin Matthews

                       As you may recall, I called you to advise you on the
                       18th of an incident and complaint involving  a Glenn
                       Gavin Matthews, who states he is a  a U.S. Citizen
                       residing in Thailand.

                       The purpose of my writing at this time is to document
                       the incident.  I am now in discussion with my legal
                       representatives in Thailand.  I seek immediate action
                       on the part of the U.S. Embassy,  I may at a later
                       date request further assistance of the Embassy and
                       other U.S. and Royal Thai Government agencies.

                       Kindly note the following details:

1. Glenn Gavin Matthews has stated he holds a U.S. Passport. He presents the attached (exhibit 1) as his identification with a picture. You will note that on this "personally created ID card", it appears the passport dates would not be accurate. I do not know about if the passport # is valid.

2. Matthews further states he has a PhD. in psychology from American University in Washington, D.C. I have not been able to verify this or, if there is a Glenn Gavin Matthews who graduated and that this is, in fact, the same person. Matthews had told me one time he had changed the spelling of his name, after the death of his father, because he did not like its spelling.

3. Matthews works in Thailand and charges fees for psychological services. It appears he does not have a work permit. Further, it appears he does not have professional credentials within Thailand to legally provide these services. I have personally paid him fees for psychological services .

4. Matthews has advised he worked for the FAA in Washington D.C. for a period of about 23 years between 1968 and 1991, as a consultant.

5. Matthew advised me he owned 13 companies in the United States and is a millionaire. Although he states he does not have a credit card.

6. Matthews liabeled and slandered me indicating I was taking steroid and other muscle building drugs. His information is incorrect. I do take a variety of vitamins and protein drinks and work out regularly at California fitness.

7. About a month ago, he broke client confidentiality and shared personal information with two people — Larry Huddon and Asa Voak telling of them both personal and incorrect information. Obviously, this was upsetting and we had a verbal altercation. He claimed threats were made — this is not accurate although I did state I would take any required legal action to protect my position.

8. It appeared the situation was over; however, in the past he had made statements to the effect that if anyone ever caused a problem for him, he would have his police friend, Colonel Surapol Luanprasert, resolve the problem.

9. On Friday, January 18, 2008 at 2:14pm, Colonel Luanprasert called and, in a discussion with my wife threatened both of us, — she felt threatened with

bodily harm and that she was worried he could kill us
or arrest us, stating, if you or your husband think
you are bigger than me, come and see me now" or "do
you want me to come see you and where do you want to
meet me" She is not involved in this incident in any
way; therefore, I do not know why she was called and
threatened.

During the conversation, Surapol said, "I'm calling
for Glenn and Larry" and then she asked, who are you?
He said "I am Glenn's police friend, don't you know"
...... (in broken English)

10.  It appears that the situation will not go
further; however, I had been advised to report the
incident to U.S. Embassy and file a police report.
The police report has been filed.  Others, with
knowledge of Thai culture have advised it would be
best if I left my apartment for safety reasons for the
weeken.

11. The first thing that jumped out is that the U.S.
passport number is (8) digits and not (9). I believe
passports beginning with 711 need 6 more numbers.
Issuing date and expiration date are normally for ten
years not sixteen years. He says, he filed no personal
income tax return, his business partner only files for
both of them.

Thank you for recording this report and please advise
if further action should be required; and I can
provide further cooperation or assistance.

Regards,

Jack L. Crawford III

Additional : Name/Address/Contact

Capt. Jack L. Crawford, III
6/179 The Royal Place2, Mahardlek Luang2 Lane,
Ratchadamri Road, Lumpini Sub-district, Pathumwan
District, Bangkok

Phone: 02-6502307
Mobile phone: 081-9079236

Email: captjack1943@yahoo.com, captjack43@hotmail.com

*************************************
Miss Benya Kamponwin
6/179 The Royal Place2, Mahardlek Luang2 Lane,
Ratchadamri Road, Lumpini Sub-district, Pathumwan
District, Bangkok

Phone: 02-6502307
Mobile phone: 081-2551028

Email: benya259@yahoo.com, benya259@hotmail.com


Mr. Glenn Gavin Matthew (his own name card)
Lake Green Suite 2202
199/58 Sukhumvit Soi8
Klong Toey Bangkok 10110 Thailand

Passport No. 71172659
Issued: 12-01-99
Expires: 07-05-15

Email: pacthai1@yahoo.com
Email: drggavinmatthews@hotmail.com

Phone: 02-653-4260-1
Mobile phone: 089-054-9353


Col. Surapol Luanprasert (Thai police)
Ta-ling Chan Police Station.

Office: 02-448-6621, 02-448-6360, 02-448-6480
Mobile phone: 087-330-2530, 086-893-6988

*****************************************
Mr. Laurence T. Huddon
764 Ladya Rd., River house Condo  Suite 6B
Klongsan, Bangkok
Thailand 10600

Tel. 081-778-5047
Email: lthuddon@loxinfo.co.th
URL: web.mac.com/lthuddon

*****************************************

Manoon Somyanpol (witness)
764 Ladya Rd., River house Condo Suite 6B
Klongsan, Bangkok
Thailand 10600

Mobile phone: 081-494-3806
Email: eckoart@hotmail.com

*****************************************
Asa Voak   (witness)
Jomtien, Pattapa Thailand
Mobile phone: 081-982-1550
Email: asavoak@yahoo.com

Mr. Sam — Thai friend (witness)
California fitness
Mobile phone: 0819403116

**Attachments**

Attachment scanning provided by: Norton AntiVirus

**Daily_Case_Report_Jack_p1** (117k)                Scan and Save to Computer

**Daily_Case_Report_Jack_p2** (117k)                Scan and Save to Computer

**Daily_Case_Report_Thai_p2** (99k)                 Scan and Save to Computer

**Glenn_namecard.png** (32k)                        Scan and Save to Computer

**Glenn_received_payment_p1** (882k)                Scan and Save to Computer

**Glenn_received_payment_p2** (367k)                Scan and Save to Computer

**Glenn_resume_P1** (240k)                          Scan and Save to Computer

**Glenn_resume_p2** (713k)                          Scan and Save to Computer

**Glenn_resume_p3** (762k)                          Scan and Save to Computer

**Glenn_work_for_Jack** (1010k)                     Scan and Save to Computer

**Ken_Jan21_08.doc** (38k) [Preview]                Scan and Save to Computer

Scan and Save to Computer



Scan and Save to Computer



**Daily_case_report_Thai_p1.jpg** (508k) [View]      **Police_Surapol_Luanprasert1.jpg** (51k) [View]

**Delete**    **Reply**    **Forward**    **Move...**

Previous | Next | Back to Messages                  Save Message Text | Full Header

**Check Mail**    **Compose**                        **Search Mail**    **Search the Web**

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy