**(See Exhibit 12)**

Crawford states he paid the retainer as part of a contingency agreement for initial and ongoing legal services to the conclusion of the case. In accepting the retainer, Luiz promised to continue Crawford actions to their conclusion.

EXHIBIT 12

Yahoo!  My Yahoo!  Mail  Tutorials  More   **Make Y! your home page**   Welcome, **captjack1943** Sign Out  All-New Mail  Help



Search:                                                                    Web Search

WATCH THE LATEST MOVIE TRAILERS.  REPLAY   YAHOO! MOVIES  Pick A Flick

Mail | Contacts | Calendar | Notepad                             Mail Upgrades - Options

Check Mail | Compose

Watch exclusive Christina show!

Folders  [Add - Edit]
Inbox (119)
Draft
Sent
Bulk  [Empty]
Trash [Empty]
My Folders [Hide]
 ASA
 CHARLES
 GLENN
 JACK
 KATHLEEN
 MARTIN_VENTRESS
 PETER
 SHAWN
 untitled

Search Shortcuts
 My Photos
 My Attachments

Fall TV Season: Watch previews
Watch HD movie trailers & clips
Hot celeb news & photos on omg!
Watch Videos On Yahoo! Music

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

**From:**  "Shawn Luiz" <attorneyluiz@msn.com>   View Contact Details   Add Mobile Alert
**To:**    bcc@knology.net, captjack1943@yahoo.com, pacthai1@yahoo.com
**Subject:** Jack Crawford and his attorney, SHAWN A. LUIZ, ESQ.
**Date:**   Tue, 30 Oct 2007 11:52:03 -1000

October 30, 2007

Dear Mrs. Crawford,

I am Jack's current attorney, who argued the 9th Circuit appeal in California , whereby the improper dismissal of his lawsuit was reversed and remanded back to the Federal District Court for Jury Trial.

Having already personally invested almost $50,000.00, based on my $200.00 hourly rate to date, of my own time (to reverse the dismissal of his lawsuit and in the trial preparation, that I am currently engaged in). I am willing to continue investing my time, in the form of my hourly rate of attorney manpower, because I believe in and feel very positive about Jack's case.

Now, that we have successfully won the 9th Circuit appeal, I have been putting together a strategy to proceed to jury trial, scheduled to begin on June 24, 2008.

The three judges in the 9th Circuit Court of Appeals, in Pasadena, California, saw the merits in Jack's claims, the same as I. Based on national statistics we have a 70% chance or greater in winning a jury trial.

Our opponents have spent over $500,000.00 to date and have expressed their expectation to expend at least three times that amount as the case proceeds through trial. If our opponents were not afraid of having a jury decide their fate, they would not be talking settlement. The Japanese Corporation has used legal technicalities in attempts to keep this case away from a jury, but now that a trial is imminent, they see the hand writing on the wall.

Our opponents unilaterally have already expressed a desire to settle at least five times in recent weeks. However, without a multimillion dollar verdict looming over their heads, they will continue their attempts to get Jack to settle for pennies on the dollar. That is why Jack needs your help now, in order to acquire a just verdict or have a position of strength to negotiate a settlement, that brings justice and that Jack deserves.

With a fraction of the budget our opponents will spend, we can achieve a favorable verdict. That is why I am willing to invest many man hours, up to $200,000.00 worth on this case. If Jack receives your help now, we will have what we need to adequately prepare and maximize Jack's financial

recovery in this matter.

I have no doubt that Jack has been through quite a horrendous and very difficult ordeal. However, without your financial support now for Jack, another wealthy foreign corporation is raping our country's citizens, including your son, and they will get away with their duplicitous behavior, by just having more money to deprive Jack, another downtrodden citizen of his due process and justice.

Mrs. Crawford, you will have a lien on any financial recovery, meaning that you will have to be repaid prior to any disbursement to Jack as Jack has given me that authority.

You may email or confer via telephone with any questions you may have and I will be more than happy to offer any clarification you may need or desire.

Regards,


/s/Shawn A. Luiz, ESQ.

SHAWN A. LUIZ    6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
Email: attorneyluiz@msn.com

---

Help yourself to FREE treats served up daily at the Messenger Café. Stop by today!

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text | Full Headers

Yahoo!  My Yahoo!  Mail  Tutorials  More       Welcome, captjack1943 Sign Out  All-New Mail  Help

# YAHOO! MAIL

Search:                              Web Search

Contacts    Calendar    Notepad              Mail Upgrades - Options

Check Mail    Compose                Search Mail    Search the Web

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]                    Printable View

**Date:** Thu, 26 Apr 2007 19:44:17 -0700 (PDT)

**From:** "glenn matthews" <pacthai1@yahoo.com>    View Contact Details    Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Fwd: FW: Invoice from Shawn A. Luiz Attorney at Law

**To:** "Jack Crawford" <captjack1943@yahoo.com>

Note: forwarded message attached.

Ahhh...imagining that irresistible "new car" smell?
Check out new cars at Yahoo! Autos.

**Forwarded Message** [ Download File ]

**From:** "Shawn Luiz" <attorneyluiz@msn.com>

**To:** pacthai1@yahoo.com

**Subject:** FW: Invoice from Shawn A. Luiz Attorney at Law

**Date:** Thu, 26 Apr 2007 14:19:03 -1000

**Plain Text Attachment** [ Scan and Save to Computer ]

Dear Glenn:

My attorney's fees amount to $35,944.14.  Jack can disregard paying any
attorney fees over 25K per retainer until case is won.

I think it is good to see how much it takes to win a case; I have not won a
trial where the fees were not over 100K yet

I am also sending invoice on costs in next email.  Please check with Jack on
progress with his mom depositing funds to cover Jack's 3K check I am still
holding and have not deposited yet.  Costs are over 5K so we need to see
what Jack can do for now and later on as we proceed.  Maybe now that 9th
Circuit was a victory his family may support him financially.  It now
appears any financial loans will be less risky for his family.

Thanks, Shawn


>From: "Shawn A. Luiz Attorney at Law" <attorneyluiz@msn.com>
>Reply-To: attorneyluiz@msn.com
>To: attorneyluiz@msn.com

```
>Subject: Invoice from Shawn A. Luiz Attorney at Law
>Date: Tue, 10 Apr 2007 17:43:18 -0700 (PDT)
>
>Dear Jack L. Crawford,
>
>Your invoice is attached.  Please remit payment at your earliest
>convenience.
>Thank you for your business - we appreciate it very much.
>
>Sincerely,
>Shawn A. Luiz Attorney at Law
>
>
>
>------------------------  Invoice Summary  --------------------------
>Invoice #: 3215
>Invoice Date: 04/10/2007
>Due Date: 04/10/2007
>Terms: Due on receipt
>Amount Due: $35,944.14
>
>The complete version has been provided as an attachment to this email.
>---------------------------------------------------------------------
>
>
>To view your invoice open the attached PDF file.
>You must have Adobe Reader installed to view the attachment.
>To download the reader, go to this page:
>        http://www.adobe.com/products/acrobat/readstep2.html
>
>delivered by QuickBooks Online
>http://oe.quickbooks.com/learn?sc=OOE-COM-REFINV
>
>
>
```

Get a FREE Web site, company branded e-mail and more from Microsoft Office
Live! http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/

**Attachments**                                             Attachment scanning provided by: **Norton AntiVirus**

Invoice_3215_from_Shawn_A_Luiz_Attorney_at_Law.pdf (18k)   Scan and Save to Computer

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                          Save Message Text | Full Header

Check Mail    Compose                                       Search Mail    Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy