**(See Exhibit 13)**

Further, Luiz estimated that concluding work would requirean additional $150,000 to $200,000 of his time.

EXHIBIT 13

Now, that we have successfully won the 9th Circuit appeal, I have been putting together a strategy to proceed to jury trial, scheduled to begin on June 24, 2008.

The three judges in the 9th Circuit Court of Appeals, in Pasadena, California, saw the merits in Jack's claims, the same as I. Based on national statistics we have a 70% chance or greater in winning a jury trial.

Our opponents have spent over $500,000.00 to date and have expressed their expectation to expend at least three times that amount as the case proceeds through trial. If our opponents were not afraid of having a jury decide their fate, they would not be talking settlement. The Japanese Corporation has used legal technicalities in attempts to keep this case away from a jury, but now that a trial is imminent, they see the hand writing on the wall.

Our opponents unilaterally have already expressed a desire to settle at least five times in recent weeks. However, without a multimillion dollar verdict looming over their heads, they will continue their attempts to get Jack to settle for pennies on the dollar. That is why Jack needs your help now, in order to acquire a just verdict or have a position of strength to negotiate a settlement, that brings justice and that Jack deserves.

With a fraction of the budget our opponents will spend, we can achieve a favorable verdict. That is why I am willing to invest many man hours, up to $200,000.00 worth on this case. If Jack receives your help now, we will have what we need to adequately prepare and maximize Jack's financial

Yahoo! Mail interface chrome: Make Y! your home page — Welcome, captjack1943 — Sign Out — All-New Mail — Help

YAHOO! MAIL — Search: — Web Search

Mail | Contacts | Calendar | Notepad — Mail Upgrades - Options

Check Mail | Compose — Search Mail | Search the Web

Yahoo! Tech — Tech made easy

Folders [Add - Edit]
Inbox (116)
Draft
Sent
Bulk [Empty]
Trash [Empty]

My Folders [Hide]
ASA
CHARLES
GLENN
JACK
KATHLEEN
MARTIN_VENTRESS
PETER
SHAWN
untitled

Search Shortcuts
My Photos
My Attachments

Get Yahoo! Mail on your phone!
Find $100K Jobs TheLadders.com
Get Yahoo! Mail for your phone!
Watch Videos On Yahoo! Music

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** "Shawn Luiz" <attorneyluiz@msn.com>    View Contact Details    Add Mobile Alert
**To:** captjack1943@yahoo.com, pacthai1@yahoo.com
**Subject:** costs for case
**Date:** Tue, 16 Oct 2007 17:15:32 -1000

Dear Jack:

Now that we have successfully won the 9th Circuit, I have been putting together a strategy to proceed to jury trial;

our opponents have spent over $500,000.00 to date and expect to expend at least three times that amount as the case proceeds. Our costs to win the 9th Circuit were less than $5,000.00 and to take this case to trial will require the following:

flight to Japan and lodging; court reporter; deposition transcripts @ approx. 1,000.00 per witness for a maximum of 10 witnesses without further court order

your min. of 3 flights here for pretrial matters, arbitration and trial $5,000.00

your psychiatrist's flights and lodging here for depositions and trial $2,500.00

your psychologist's flights and lodging here for depositions and trial $2,500.00

economist expert for wage loss ($5,000.00)

written discovery reproduction costs $5,000.00

trial books and exhibits approx $2000.00

as the three judges in Pasedena saw it our way, it is likely a jury will as well; with a fraction of the budget our opponents will spend we can achieve a favorable verdict; I am willing to invest many man hours, up to $200,000.00 worth but ethically a client must advance the costs of litigation; if you can acquire approximately $30,000.00 towards cost we will have what we need to adequately prepare to maximize your recovery in this matter

regards Shawn