**(See exhibit 14)**

Luiz in his motion states he advised Crawford with regard to deposition dates. The first time Luiz mentioned deposition dates was on the 12th of January – just three days before the scheduled deposition, making attendance impossible. No deadlines or dates prior to 12th of Janury were provided by Luiz. On the 9th of December, Luiz only mentioned depositions but no dates were given.

EXHIBIT 14

Make Y! your home page  Welcome, captjack1943 Sign Out  All-New Mail  Help

# YAHOO! MAIL

Search:                                    Web Search

Contacts    Calendar    Notepad                          Mail Upgrades - Options

Check Mail    Compose                         Search Mail    Search the Web

**Folders** [Add - Edit]
- Inbox (2)
- Draft
- Sent
- Bulk  [Empty]
- Trash [Empty]

**My Folders** [Hide]
- ASA
- CHARLES
- GLENN
- JACK
- KATHLEEN
- MARTIN_VENTRESS
- PETER
- SHAWN
- untitled

**Search Shortcuts**
- My Photos
- My Attachments

Previous | Next | Back to Messages

Delete  Reply  Forward  Spam  Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** "Shawn Luiz" <attorneyluiz@msn.com>    View Contact Details    Add Mobile Alert
**To:** "Andrew L. Pepper" <apepper@carlsmith.com>
**CC:** "Renee K. Hatchie" <rhatchie@carlsmith.com>, "Carl H. Osaki" <carl@chosaki.com>, captjack1943@yahoo.com, pacthai1@yahoo.com
**Subject:** RE: Crawford
**Date:** Tue, 15 Jan 2008 17:13:45 -1000

Mr. Pepper:

I informed plaintiff to advice me of his availability for deposition in Honolulu by January 15, 2008. To date, January 15, 2008 at 5:13 p.m. Honolulu time, plaintiff Jack Crawford has failed to respond.

SAL

---

Subject: Crawford
Date: Tue, 15 Jan 2008 17:06:50 -1000
From: apepper@Carlsmith.com
To: attorneyluiz@msn.com
CC: rhatchie@carlsmith.com; carl@chosaki.com

Shawn:

It is now after 5:00 p.m., the traditional time for "close of business." As yet, we have not received your court-mandated information regarding Mr. Crawford's deposition. Do you plan to provide that information or default on the court's order. Please advise so we can decide whether we must stay tonight to work on drafting the pleadings a default will generate or whether we can go home to our families.

I look forward to hearing from you *shortly*. Please show us the professional courtesy of letting us know your plans, one way or the other.

Andy Pepper

Andrew L. Pepper, Esq.
ASB Tower, Suite 2200

14. As for the expert reports we have to get past the preemption first anyway; the trial date is likely to get reset because of the preemption motion; we may even be back up in the ninth circuit next year because of preemption motion; so I have not talked to Ray Downing yet as preemption is first order of business; LEK split cases under 2 separate numbers; the quirks are still being sorted out because sometimes the numbers get transposed. Jack has original 03 number. Ventress now has a 07 number.

15. The preemption motion has nothing to do with evidentiary matters; it's an issue of law having nothing to do with any evidence; it's a motion decided purely as a matter of law; there is zero evidentiary presentations in the court in deciding the motion; the motion is based on the pleadings and not on evidence; we need to get past the preemption as it's our first order of business;

16. Osaki dropped off discovery on November 30, 2007; I will scan and email it on Monday to you; Osaki mentioned HACS is still waiting for Jack Crawford's response to his request for answers to interrogatories; I still have not gotten anything back from Jack to work or edit; also need some dates that Jack would be available to fly out to Hawaii for his deposition with HACS; also there is some authorizations to obtain medical records and I still have not seen those come back as well; Please get Jack to get moving on getting back interrogatories and consents to me and a deposition date in Hawaii. I held off on asking for a date in light of Jack not securing costs yet but maybe this will light a fire to get Jack moving.

17. As for the expert report due December 24, 2007, I am attaching info to this email; I tried to find some of the samples from conferences I attended in DC over the years however I was unable to locate the floppy disks I obtained in the conferences; no matter as I've done several of them with experts; in the meantime take a look at attachments start filling out and ask me anything you need me to explain and I would be glad to assist you; the bottom line is most important thing is what ever opinions you offer as an expert at trial we need to make sure that they are included in your expert report; if you have 10 opinions in your expert report you cannot testify to 11 or more in trial; you will also need the underlying facts for each opinion; that way there's a foundation as to each expert opinion; for example you'll need to explain from a psychological standpoint how it is that Jack's current mental state is a direct result of defendants' actions; explain the exact diagnosis from the date of being terminated until today; you'll need to explain exactly what the level of injury is year by year though Jack's life expectancy;

18. King is holding motion to amend probably to after preemption motion I suspect as he will do nothing to help our side and motion to amend is not relevant to preemption only case merits. But at least record preserved if case goes up on appeal. That is why I worked four days straight on the lengthy reply brief I emailed you hitting every point possible. I am working on preemption in the meantime. I do not think that Congress had authority to preempt state law as the reasoning is not proportionate nor congruent to the harm alleged. More later...

19. Without costs from Jack's mother or another source, I would be forced to withdraw. Please get Jack moving on getting funds from his mother or elsewhere to prevent this from happening. Otherwise I am pretty sure I could get $150,000.00-$300,000.00 from Pepper if we settle prior to preemption motion.

20. Conference call Monday, Tuesday, or Wednesday at 4 pm HNL time (9 am your time next day); please advise which day best.

p.s. Since I have been attorney of record let me remind you both that I'm doing my job; under my watch we have won 9th circuit; Hunter recused himself; HACS is paying entire $16,000.00 deposit for arbitration; etc.; I am still fighting for Jack despite Jack not coming through with costs. But I do not really appreciate this last email exchange.

Yahoo! - My Yahoo! - Mail - Tutorials - More    Make Y! your home page  Welcome, captjack1943 Sign Out - All-New Mail - Help

# YAHOO! MAIL

Search:                                          Web Search

Contacts    Calendar    Notepad                              Mail Upgrades - Options

Check Mail | Compose                             Search Mail | Search the Web

**Folders** [Add - Edit]
- Inbox (1)
- Draft
- Sent
- Bulk  [Empty]
- Trash [Empty]

**My Folders** [Hide]
- ASA
- CHARLES
- GLENN
- JACK
- KATHLEEN
- MARTIN_VENTRESS
- PETER
- SHAWN
- untitled

**Search Shortcuts**
- My Photos
- My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** "Shawn Luiz" <attorneyluiz@msn.com>    View Contact Details    Add Mobile Alert
**To:** captjack1943@yahoo.com, pacthai1@yahoo.com
**Subject:** FW: 1/15 Crawford v. HACS (DPR)
**Date:** Tue, 15 Jan 2008 17:33:27 -1000

From: carl@chosaki.com
To: attorneyluiz@msn.com
CC: allisonk@chosaki.com; apepper@Carlsmith.com; kellybryant@dprhawaii.com
Subject: 1/15 Crawford v. HACS (DPR)
Date: Tue, 15 Jan 2008 17:19:51 -0800

Shawn:

Thanks for the information. Please consider my previously served deposition notice for Mr. Crawford for February 5, 2008, in Honolulu, to be a standing and effective notice in the arbitration. It will not be withdrawn.

Carl

From: Shawn Luiz [mailto:attorneyluiz@msn.com]
Sent: Tuesday, January 15, 2008 7:14 PM
To: Andrew L. Pepper
Cc: Renee K. Hatchie; Carl H. Osaki; captjack1943@yahoo.com; pacthai1@yahoo.com
Subject: RE: Crawford

Mr. Pepper:

I informed plaintiff to advice me of his availability