

Medical Certificate (Employment)

Name: Mr. JACK LAFAYETTE CRAWFORD
HN: 100968369 Date: 28 Jan 2008 11:07
Birth Date: 10 Mar 1943 Age: 64 yrs
Room: Behavioral Health Sex: Male
Physician: Dr. Kavi Suvarnakich (53126)

73491475

ตรวจเมื่อวันที่ 28 เดือน January พ.ศ. 2008 เวลา
Date of Examination Time

ผลการตรวจชันสูตร (Findings) This is to certify that Mr. Jack Lafayette Crawford has been seen by me for psychiatric evaluation, including psychological assessment + psychological testings.

The result of the evaluation could be concluded that Mr. Jack Lafayette Crawford is suffering from Depression with anxious mood. No psychotic symptoms were found. He is able to control his emotion well. No suicide or homicide tendency. His reasoning and judgement seemed to be good.

ความเห็น (Summary)

ขอรับรองว่าข้อความข้างต้นเป็นความจริง (The above statements are true.)

(ลงชื่อ) Kavi Suvarnakich แพทย์ผู้ตรวจ
Physician Signature
Professor DR. Kavi Suvarnakich

ใบประกอบวิชาชีพเวชกรรม เลขที่ ม. 3841
License No.

(ลงชื่อ) Jack L Crawford ผู้รับการตรวจ
Patient's Signature

หมายเหตุ (Remark)

☐ สำหรับผู้ป่วย (For Patient) ☐ สำหรับวางบิลบริษัทคู่สัญญา (For Contract Company)

HN: 100968369, AN/VN: 10264986
Mr. JACK LAFAYETTE CRAWFORD

(Translation)

Certified to be correct copy
Pol.Cpt --Signed
Kaweepong Saengruerng
Lumpini Police Station
21 January 2008

# Royal Thai Police Department

074

## Acknowledgement of Daily Case Report for Evidence

Police Station : Lumpini , Division/ Provincial Police Nor 5, Bureau /Region : Metropolitan

| Serial No. | Date, Month Yr., time | Particular<br>21 January 2008 |
|---|---|---|
| 3 | 15.45 hrs. | Pol.Capt. Kaweepong Saengruerng, Investigation Officer, Lumpini Police Station notified that as per Daily Case Report, Clause 5, time: 15.30 hrs., dated 18 January 2008.<br>Today Miss BENYA KAMPONWIN, aged 34 years old, staying at 6/179, The Regent Royal Place 2, Mahardlek Luang 2 Lane, Ratchadamri Road, Lumpini Sub-district, Pathumwan District, Bangkok, came to Lumpini Police station to add the daily case report that the telephone number used to receive the threatening call is 081-2551028 which is the telephone of the informant. Record has then been made as evidence.<br>Signature -Signed- Informant<br>(Benya Kamponwin)<br>Signature Pol. Capt. –Signed- Investigating Officer<br>(Kaweepong Saengruerng)<br>Signature -Signed- Writer<br>(Illegible) |

No. 110605 28 JAN 2008
BANGKOK
SEEN AT THE MINISTRY OF FOREIGN AFFAIRS

(Auny-aree Gajaseni Tongbor)
Diplomatic Officer 6
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand

Siam Translation
Tel. 0-22545582

Translator ... primarily take responsibility for erroneous translation/

ร.ต.อ. [illegible] สน.ลุมพินี
21 ม.ค. 2551 [illegible]

สำนักงานตำรวจแห่งชาติ

รายงานประจำวันรับแจ้งเป็นหลักฐาน

สถานีตำรวจ ลุมพินี กองบังคับการ/ตำรวจภูธรจังหวัด น.5 กองบัญชาการ/ภาค นครบาล

| ลำดับ | วัน เดือน ปี เวลา | รายการ |
|---|---|---|
| | | 21 ม.ค. 2551 |
| 3. | 15.45 | ร.ต.อ. [illegible] แสงเรือง พงส.สน.ลุมพินี แจ้งว่า ตาม ปจว. ข้อ 5 เวลา 15.30 น. ลง 18 ม.ค.51 นั้น วันนี้ น.ส.เบญจมา [illegible] อายุ 34 ปี ที่อยู่ 6/149 [illegible] แขวงลุมพินี เขตปทุมวัน กรุงเทพฯ [illegible] ขอลงบันทึกประจำวันเพิ่มเติมว่า [illegible] 081-8551028 [illegible] จึงบันทึกไว้เป็นหลักฐาน |
| | | ลงชื่อ [signature] ร.ต.อ. [illegible] พงส. |
| | | ด.ต. [signature] เสมียน |

No. 110606 28 JAN 2008
BANGKOK
SEEN AT THE MINISTRY OF
FOREIGN AFFAIRS

[signature]
(Ranuy-aree Gajaseni Tongbo)
Diplomatic Officer 5
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand

[Seal: กระทรวงการต่างประเทศ / MINISTRY OF FOREIGN AFFAIRS]

ตปน. 12 - 2 / 2537



(Translation)

Certified to be correct copy
Pol.Cpt –Signed
Kaweepong Saengruerng
Lumpini Police Station
18 January 2008

# Royal Thai Police Department

017

## Acknowledgement of Daily Case Report for Evidence

Police Station : Lumpini , Division/ Provincial Police : 5, Bureau /Region : Metropolitan

| Serial No. | Date. Month | Particular<br>18 January 2008 |
|---|---|---|
| 5 | 15.30 hrs. | Miss BENYA KAMPOLWIN, aged 34 (wife), and Mr. JACK LAFAYETTE CRAWFORD III, aged 65, holding Passport No. 711852680, staying at 6/149, The Royal Place 2, Mahardlek Luang 2 Lane, Ratchadamri Road, Lumpini Sub-district, Pathumwan District, Bangkok, Tel. 081-9079236 came to Lumpini Police station to report that :<br>Today (18 January 08) at approximately 14.14 hrs., there was Khun Surapol (his real name and surname are unknown), claiming himself as a police officer and was a friend of Mr. GLENN GAVIN MATTHEWS and Mr. LAURENCE T. HUDDON, phoning to talk to the informant (from 087-3302530). This was most likely about the Informant having once hired Mr. GLENN to coordinate in hiring a lawyer for filing the lawsuit against JAL and claimed for compensation as he was dismissed thereby. Mr. GLENN took the job and the money from the Informant but abandoned work in the middle, and lied to the lawyer against the Informant that the Informant was trying to kill him. That damaged the Informant and caused the resentment between the two. Mr. GLENN and his colleagues have been calling to threat the Informant and maliciously talking about him all the times. As a matter of fact, the Informant is under treatment for his tension at Bamrungrard Hospital, but Mr. GLENN spreads the rumor with no ground of the truth that the Informant is mentally sick and becomes crazy. The Informant therefore came to report the incident to the Investigator as evidence so that the Investigator may take action against Mr. GLENN in related matter. In making this case report, the Informant has Miss BENYA KAMPOLWIN as his interpreter.<br>Police Captain Kaweepong Saengruerng, Investing Officer of Lumipini Police Station acknowledged the report accordingly and had it recorded .<br><br>Signature -Signed- Informant<br>(Jack Lafayette Crawford III)<br><br>Signature -Signed- Informant/Interpreter<br>(Benya Kampolwin)<br><br>Signature Pol. Capt. –Signed- Investigating Officer<br>(Kaweepong Saengruerng)<br><br>Signature -Signed- Writer |

Certified Correct Translation
รับรองคำแปลถูกต้อง
M Mh
นางเมลานี เรือง...
Mrs. Melanie Mu...
Siam Trans...
สยาม ทรานส์...
21 / 01 / 2008
Tel. 0-22545582, ...

No. 110603 28 JAN 2008
BANGKOK

SEEN AT THE MINISTRY OF
FOREIGN AFFAIRS

(Auuy-aree Gajasani Tongbor)
Diplomatic Officer 5
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand

Translator [illegible] document will
primarily take [illegible] for erroneous
translation / ผู้แปล [illegible] เอกสารเป็น
[illegible]

[illegible stamp] ส.ทจ. 18 ม.ค. 2551 017

สำนักงานตำรวจแห่งชาติ

รายงานประจำวันรับแจ้งเป็นหลักฐาน

สถานีตำรวจ ลุมพินี กองบังคับการ/ตำรวจภูธรจังหวัด น.5 กองบัญชาการ/ภาค นครบาล

| ลำดับ | วัน เดือน ปี เวลา | รายการ |
|---|---|---|
| 5 | 18 ม.ค. 2551 15.30 | น.ส.เบญญา ทิพพสุวรรณ อายุ 34 ปี (ล่ามแปล) และ MR. JACK LAFAYETTE CRAWFORD III อายุ 65 ปี หนังสือเดินทาง เลขที่ 711852680 พักที่ 6/149 เดอะ [illegible] เพลส 2 ซอยมหาดเล็กหลวง 2 ถนนราชดำริ แขวงลุมพินี เขตปทุมวัน กรุงเทพฯ โทร.081-9079236 มา สน.ลุมพินี แจ้งว่า |
| | | วันนี้ (18 ม.ค. 51) เวลาประมาณ 14.14 น. ได้มี คุณสุรพล (ไม่ทราบชื่อ-สกุล จริง) ซึ่งอ้างตัวว่าเป็นเจ้าหน้าที่ห้อง[illegible] และเป็นเพื่อนกับ MR. Glenn Gavin Matthews [crossed out] และ MR. Laurence T. Huddon โทรศัพท์มาพูดขู่ผู้แจ้ง ซึ่งสาเหตุจะมาจากเรื่องที่ผู้แจ้งเคยว่าจ้าง MR. Glenn ให้ทำงาน ตามสัญญาจ้าง[illegible] สายการบิน JAL เป็น[illegible] ผู้แจ้งออกจากงาน. ซึ่ง MR. Glenn รับงานและรับเงินค่าจ้างไปจากผู้แจ้งแล้ว ได้ทิ้งงานกลางคัน และ[illegible] ผู้แจ้ง[illegible] ผู้แจ้งพยายามจะ[illegible] เป็นเหตุให้[illegible] ความเสียหาย และ MR Glenn กับผู้แจ้ง[illegible] ฟ้องร้องกัน ซึ่ง MR Glenn กับพวกได้พยายาม[illegible] และ[illegible] ผู้แจ้ง[illegible] ตามความเป็นจริงแล้ว [illegible] แต่ MR. Glenn กลับปล่อยข่าว[illegible] ว่าผู้แจ้งเป็นโรค[illegible] ผู้แจ้งจึงแจ้งความ[illegible] ไว้เป็นหลักฐาน เพื่อจะได้ดำเนิน[illegible] โดยมี น.ส. เบญญา ทิพพสุวรรณ เป็นล่ามแปล. |
| | | ร.ต.อ. [illegible] แสงทอง พงส. สน.ลุมพินี ได้รับแจ้งไว้ เพื่อตามความประสงค์ของผู้แจ้ง จึงบันทึกไว้. |
| | | ลงชื่อ [signature] ผู้แจ้ง. |
| | | ลงชื่อ [signature] ผู้แจ้ง/ล่ามแปล. |
| | | ร.ต.อ. [signature] พงส. |
| | | ตรว. [signature] [illegible] |

No. 110604      28 JAN 2008
BANGKOK

SEEN AT THE MINISTRY OF
FOREIGN AFFAIRS

(Aeuy-aree Gajaseni Tongbai)
Diplomatic Officer 5
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand



**(Translation)**

Royal Thai Police
Daily Case Report

127

Police Station: Inquiring work, Division/ Provincial Police: Crime Suppression Division, Bureau/ Region: Central Investigation Bureau.

| Item | Date: Time: | Descriptions January 27, 2008 |
|---|---|---|
| 2 | 15.30 hrs. | Pol. Lt.Col. Man Rattanamora, Inquiring officer ( Commanding officer 3), Inquiring work, Crime Suppression Division, reported that, in the event incurred on 25 January 2008, personal appeared Miss Benya Kamponwin, aged 34, residing at the house No. 6/179, The Regent Royal Place 2, Mahatlek Luang Lane 2, Ratdamri Road, Lumpini Sub-District, Pathumwant District, Bangkok Metropolis and Mr. Jack Lafayette Crawford, aged 65 years, an American Citizen, the husband and wife, came to the police station for asking the assistance regarding Mr. Crawford has had the dispute issue with Mr. Glenn Gavin Matthews and Mr. Laurence T. Huddon, in connection with Mr. Crawford had employed Mr. Matthews to coordinate and help to find a lawyer for Mr. Crawford in relation to file a case for the damage against the Japanese Airlines. In this regard Mr. Matthews has received the wage for such service, thereafter Mr. Matthews turned to leave the work and made a false charge on Mr. Crawford , later on Mr. Crawford's attorney criticized that Mr. Crawford had a mental problem and tried to kill Mr. Matthews, this affected Mr. Crawford when he felt harmed by on 18 January 2008, time about 14.14 hrs. There was a man who called Miss Benya and claimed that he is a police officer namely Surapol and he is also a friend of Mr. Matthews and Mr Huddon, he talked in nature of threaten Miss Benya and Mr. Crawford, this made both of them to fear that something harmful may happen to them, so that they make a report at Lumpini Police Station according to the Dairy Report of Case, item 5 dated 18 January 2008, time at 15.30 hrs. and Miss Benya saw the name card of the police officer of Taling Chan Police Station namely Pol.Capt. Surapol Luanprasert that Mr. Matthews shown to Thai friends and claimed that he is a close friend of Thai police officer, so that she suspected that the person who called to threaten her was a real police officer, therefore both of them came to ask assistance from the crime suppression police, for checking the Taling Chan Police Station |

SorNorPhor. 12-1/2537 -Signed- -Signed-

Correct Copy
Pol.Lt.Col. -Signed-
(Man Rattanamora)
Inquiring officer

**(Translation)**

128

Royal Thai Police
Daily Case Report

Police Station: Inquiring work, Division/ Provincial Police: Crime Suppression Division, Bureau/ Region: Central Investigation Bureau.

| Item | Date: Time: | Descriptions<br>January 27, 2008 |
|---|---|---|
| | Continued | whether or not they have a police officer namely Pol.Capt. Surapol Luanprasert and if he was a person who called to threaten her, if so both complainants asked the officer to contact Pol.Capt. Surapol to stop telephone threaten them, the officer seemed to be harmful, so he contacted the high<br>commander officer of Taling Chan Police Station in order to check this, and the result appeared that there is an existence an officer namely Pol.Lt.Col. Suraphon Luanprasert, an Inquiry officer ( commanding officer 3) Taling Chan Police Station. Also Pol.Lt.Col.Suraphon admitted to his high commanding officer that he called to Miss Benya and Pol.Lt.Col. Suraphon said he apologized that he made both complainants to fear and concern as well as he promised that he will not call to the complainants anymore. However both complainants needed to have this statement to be recorded for the details of the incident that has happened in order to use this as a supporting evidence for filing the case against Mr. Glenn Gavin Matthews and Mr. Laurence T. Huddon in that they caused Mr. Jack Crawford to be damaged. Both complainants therefore came to see the officer for requesting a record and statement on the dairy report of case as evidence. This recorded evidence is made at the request of both complainants, here there are required to sign their name as evidence.<br><br>(Signature) -Signed- Complainant / Interpreter<br>(Signature) -Signed- Complainant<br>(Signature ) Illegible -Signed- Inquiring Officer<br>Illegible -Signed- Recorder |

Correct Copy
Pol.Lt.Col. -Signed-
(Man Rattanamora)
Inquiring officer

รับรองคำแปลถูกต้อง
Certified Correct Translation
(Miss Nittaya Kanbanwong)
Full Translation Center
Fax:

No. 110601 28 JAN 2008

BANGKOK

SEEN AT THE MINISTRY OF FOREIGN AFFAIRS

(Aeny-area Gajaseni Tongbor)

Diplomatic Officer 5

Department of Consular Affairs

Ministry of Foreign Affairs of Thailand

*Translator a[illegible] primarily take responsibility for erroneous translation/ [illegible]

สำนักงานตำรวจแห่งชาติ

รายงานประจำวันเกี่ยวกับคดี

127

สถานีตำรวจ [illegible] กองบังคับการ/ตำรวจภูธรจังหวัด [illegible] กองบัญชาการ/ภาค [illegible]

| ลำดับ | วัน เดือน ปี เวลา | รายการ 29 ม.ค. 51 |
| --- | --- | --- |
| 2 | 15.30 น. | พ.ต.ท. แสน [illegible] พงส.(สบ 3) กลุ่มงานสอบสวน บก.ป. [illegible] |
| | | หลังจาก กรณีเมื่อวันที่ 25 มกราคม 2551 ได้มี นส. เบญญา [illegible] |
| | | อายุ 34 ปี อยู่บ้านเลขที่ 6/179 [illegible] |
| | | [illegible] กรุงเทพฯ |
| | | และมิสเตอร์ แจ็ค [illegible] อายุ 65 ปี สัญชาติ[illegible] |
| | | ซึ่งเป็นสามีภรรยากัน ได้มาขอความช่วยเหลือ จากเรื่องที่มิสเตอร์ |
| | | แจ็ค ได้มีเรื่อง มีปัญหากับ มิสเตอร์ เกร็ก [illegible] และมิสเตอร์ |
| | | [illegible] ในเรื่องที่มิสเตอร์แจ็ค ได้[illegible] มิสเตอร์เกร็ก |
| | | ให้ประสานงาน[illegible] ให้มิสเตอร์แจ็ค [illegible] |
| | | [illegible] มิสเตอร์เกร็ก [illegible] |
| | | [illegible] มิสเตอร์เกร็ก [illegible] |
| | | และ[illegible] มิสเตอร์แจ็ค [illegible] มิสเตอร์แจ็ค [illegible] มิสเตอร์ |
| | | แจ็ค [illegible] มิสเตอร์เกร็ก [illegible] มิสเตอร์แจ็ค [illegible] |
| | | [illegible] เมื่อวันที่ 18 มกราคม 2551 [illegible] |
| | | [illegible] นส. เบญญา [illegible] |
| | | [illegible] มิสเตอร์เกร็ก และมิส |
| | | เตอร์ [illegible] นส. เบญญา และมิสเตอร์ |
| | | แจ็ค [illegible] |
| | | [illegible] 15.30 น. |
| | | ของวันที่ 18 มกราคม 2551 [illegible] นส. เบญญา [illegible] |
| | | [illegible] |
| | | [illegible] มิสเตอร์เกร็ก [illegible] |
| | | [illegible] |

[illegible]

สนพ. 12-1/2537

Benya. [illegible]

**สำนักงานตำรวจแห่งชาติ**

**รายงานประจำวันเกี่ยวกับคดี** 128

สถานีตำรวจ [illegible] กองบังคับการ/ตำรวจภูธรจังหวัด [illegible] กองบัญชาการ/ภาค [illegible]

| ลำดับ | วัน เดือน ปี เวลา | รายการ 27 ม.ค. 51 |
| --- | --- | --- |
| | [illegible] | [illegible handwritten text] |

(ลงชื่อ) Benya [illegible]

[illegible signatures]

[illegible]

(แผน [illegible])

[illegible]

No. 110602 28 JAN 2008
BANGKOK

SEEN AT THE MINISTRY OF
FOREIGN AFFAIRS

(Aeuy-aree Gajaseni Tongbor)
Diplomatic Officer 5
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand