(Translation)

Certified to be correct copy
Pol.Cpt –Signed
Kaweepong Saengruerng
Lumpini Police Station
18 January 2008

# Royal Thai Police Department
## Acknowledgement of Daily Case Report for Evidence

017

Police Station : Lumpini ,   Division/ Provincial Police : 5,   Bureau /Region : Metropolitan

| Serial No. | Date, Month | Particular |
|---|---|---|
|  |  | 18 January 2008 |
| 5 | 15.30 hrs. | Miss BENYA KAMPOLWIN, aged 34 (wife), and Mr. JACK LAFAYETTE CRAWFORD III, aged 65, holding Passport No. 711852680, staying at 6/149, The Royal Place 2, Mahardlek Luang 2 Lane, Ratchadamri Road, Lumpini Sub-district, Pathumwan District, Bangkok, Tel. 081-9079236 came to Lumpini Police station to report that : Today (18 January 08) at approximately 14.14 hrs., there was Khun Surapol (his real name and surname are unknown), claiming himself as a police officer and was a friend of Mr. GLENN GAVIN MATTHEWS and Mr. LAURENCE T. HUDDON, phoning to talk to the informant (from 087-3302530). This was most likely about the Informant having once hired Mr. GLENN to coordinate in hiring a lawyer for filing the lawsuit against JAL and claimed for compensation as he was dismissed thereby. Mr. GLENN took the job and the money from the Informant but abandoned work in the middle, and lied to the lawyer against the Informant that the Informant was trying to kill him. That damaged the Informant and caused the resentment between the two. Mr. GLENN and his colleagues have been calling to threat the Informant and maliciously talking about him all the times. As a matter of fact, the Informant is under treatment for his tension at Bamrungrard Hospital, but Mr. GLENN spreads the rumor with no ground of the truth that the Informant is mentally sick and becomes crazy. The Informant therefore came to report the incident to the Investigator as evidence so that the Investigator may take action against Mr. GLENN in related matter. In making this case report, the Informant has Miss BENYA KAMPOLWIN as his interpreter.<br>Police Captain Kaweepong Saengruerng, Investing Officer of Lumipini Police Station acknowledged the report accordingly and had it recorded . |

Certified Correct Translation
รับรองคำแปลถูกต้อง



นางเมลานี เมืองสมบัติ
Mrs. Melanie Muangsombut
Siam Translation
สยาม ทรานสเลชั่น
21 / 01 / 2008
Tel. 0-22545582, 0-2

Signature        -Signed-        Informant
(Jack Lafayette Crawford III)

Signature        -Signed-        Informant/Interpreter
(Benya Kampolwin)

Signature  Pol. Capt.  –Signed–    Investigating Officer
(Kaweepong Saengruerng)

Signature        -Signed-        Writer
(Illegible)

EXHIBIT 6

No.   110603       28 JAN 2008
BANGKOK

    SEEN AT THE MINISTRY OF
       FOREIGN AFFAIRS

(Aeuy-aree Gajaseni Tongbor)
Diplomatic Officer 5
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand

สำนักงานตำรวจแห่งชาติ
รายงานประจำวันรับแจ้งเป็นหลักฐาน

สถานีตำรวจ ................ ทุ่งพญาไท ................ กองบังคับการ/ตำรวจภูธรจังหวัด ....น.๕.... กองบัญชาการ/ภาค ....นครบาล....

| ลำดับ | วัน เดือน ปี เวลา | รายการ |
|---|---|---|
| 5 | 18 ม.ค. 2551 15.30 | น.ส. เบญญา ก๊กพลอินทร์ อายุ 32 ปี (อาชีพ) และ MR. JACK LAFAYETTE CRAWFORD III อายุ 65 ปี หนังสือเดินทาง เลขที่ 711852680 พักที่ 6/1 ตึก วิลันดา คอนโด เพลส 2 ซอยมหาดเล็กหลวง 2 ถนนราชดำริ แขวงลุมพินี เขตปทุมวัน กรุงเทพฯ โทร. 081-9079236 มาสน.ลุมพินี แจ้งว่า วันนี้ (18 ม.ค. 51) เวลาประมาณ 14.14 น. ปรากฏ คุณสุรพล (ไม่ทราบชื่อ-สกุล จริง) ซึ่งอ้างตัวว่าเป็นเจ้าหน้าที่ตำรวจ และเป็นเพื่อนกับ MR. Glenn Gavin Matthews และ MR. Laurence T. Huddon โทรศัพท์มาพูดคุยกับผู้แจ้ง ซึ่งสาเหตุจะมาจากเรื่องที่ผู้แจ้งเคยว่าจ้าง MR. Glenn มารับฟ้าน งานว่าจ้างการเคลื่อนย้ายรถยนต์ JAL เรียกร้องค่าจ้างเพิ่ม ภายหลังแจ้งออกจากงาน ซึ่ง MR. Glenn รับงานและรับเงิน ค่าจ้างไปถูกต้องแล้ว ได้ทำงานกลางคืน และได้รับฟ้าแจ้ง ในทางลับฟังว่าผู้แจ้งพยายามจะฆาตกรรม เป็นเหตุให้ผู้แจ้งได้รับ ความเสียหาย และ MR. Glenn กลับผู้แจ้งจึงเกิดเรื่องโกรธกัน จึง MR. Glenn ก็ภายหลังได้พยายามโทรติดต่อขายของแก่ และพูดจาผู้แจ้งเพื่อรังเกียจโดยตลอด ตามความเป็นจริงแล้ว ผู้แจ้งจำโทรมาปิดเครียดกับแพทย์โรงพยาบาลบำรุงราษฎร์ แต่ MR. Glenn ก็ยังไม่ยอมปล่อยข่าวพูดให้ผู้อื่นฟังว่า ผู้แจ้ง เป็นโรค ประสาทและจ้ำ โดยไม่มีความจริงแต่อย่างใด ผู้แจ้งจึงมา- แจ้งความจากทั้งนี้เสียกล่าวให้เป็นหลักฐาน ดังกล่าวข้างต้น ก่อนจะดำเนินการส่วนของต่อไป โดยมี น.ส. เบญญา ก๊กพลอินทร์ เป็นล่ามแปล ร.ต.อ. .............. แล้วจดข้อง พงศ์ สน.ลุมพินี ได้รับแจ้งไว้เสนอทางความประสงค์ของผู้แจ้ง ซึ่งเป็นจากได้ ลงชื่อ .......Jack Crawford....... ผู้แจ้ง ลงชื่อ .....Benya..... ผู้แจ้ง/ล่ามแปล ร.ต.อ. ........................ พงส. .................... |

สนผ. 12-2/2537

No. 110604    28 JAN 2008
BANGKOK

SEEN AT THE MINISTRY OF
FOREIGN AFFAIRS

(Aeuy-areé Gajaseni Tongbor)
Diplomatic Officer 5
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand