(Translation)

Certified to be correct copy
Pol.Cpt –Signed
Kaweepong Saengruerng
Lumpini Police Station
21 January 2008

# Royal Thai Police Department
## Acknowledgement of Daily Case Report for Evidence

074

Police Station : Lumpini ,    Division/ Provincial Police Nor 5,    Bureau /Region : Metropolitan

| Serial No. | Date, Month Yr., time | Particular |
|---|---|---|
|  |  | 21 January 2008 |
| 3 | 15.45 hrs. | Pol.Capt. Kaweepong Saengruerng, Investigation Officer, Lumpini Police Station notified that as per Daily Case Report, Clause 5, time: 15.30 hrs., dated 18 January 2008.<br><br>Today Miss BENYA KAMPONWIN, aged 34 years old, staying at 6/179, The Regent Royal Place 2, Mahardlek Luang 2 Lane, Ratchadamri Road, Lumpini Sub-district, Pathumwan District, Bangkok, came to Lumpini Police station to add the daily case report that the telephone number used to receive the threatening call is 081-2551028 which is the telephone of the informant. Record has then been made as evidence.<br><br>Signature    -Signed-    Informant<br>(Benya Kamponwin)<br><br>Signature Pol. Capt. –Signed-  Investigating Officer<br>(Kaweepong Saengruerng)<br><br>Signature    -Signed-    Writer<br>(Illegible) |

Certified Correct Translation
รับรองคำแปลถูกต้อง

Mrs. Melanie Muangsombut
Siam Translation
สยาม ทรานสเลชั่น
21/01/2008
Tel. 0-22545582, 0-2?

No. 110605    28 JAN 2008
BANGKOK
SEEN AT THE MINISTRY OF
FOREIGN AFFAIRS

(Aeny-aree Gajaseni Tongbor)
Diplomatic Officer 5
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand

031019

*Translator and owner of the document will primarily take responsibility for erroneous translation./ ผู้แปลและเจ้าของเอกสารเป็น ผู้รับผิดชอบหลักต่อการแปลที่ผิดพลาด

EXHIBIT 7

สำนักงานตำรวจแห่งชาติ
รายงานประจำวันรับแจ้งเป็นหลักฐาน

074
21 ม.ค. 2551

ณ ที่ตำรวจ ................ กองบังคับการ/ตำรวจภูธรจังหวัด ........ น.5 ........ กองบัญชาการ/ภาค ........ นครบาล ........

| ลำดับ | วัน เดือน ปี เวลา | รายการ |
|---|---|---|
| 3. | 15.45 | 21 ม.ค. 2551 [handwritten report in Thai] |

No. 110606        28 JAN 2008
BANGKOK
SEEN AT THE MINISTRY OF
FOREIGN AFFAIRS

(Aeuy-aree Gajaseni Tongbor)
Diplomatic Officer 5
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand