MINISTRY OF FOREIGN AFFAIRS

**(Translation)**

Royal Thai Police
Daily Case Report

127

Police Station: Inquiring work, Division/ Provincial Police: Crime Suppression Division, Bureau/ Region: Central Investigation Bureau.

| Item | Date: Time: | Descriptions<br>January 27, 2008 |
|---|---|---|
| 2 | 15.30 hrs. | Pol. Lt.Col. Man Rattanamora, Inquiring officer ( Commanding officer 3), Inquiring work, Crime Suppression Division, reported that, in the event incurred on 25 January 2008, personal appeared Miss Benya Kamponwin, aged 34, residing at the house No. 6/179, The Regent Royal Place 2, Mahatlek Luang Lane 2, Ratdamri Road, Lumpini Sub-District, Pathumwant District, Bangkok Metropolis and Mr. Jack Lafayette Crawford, aged 65 years, an American Citizen, the husband and wife, came to the police station for asking the assistance regarding Mr. Crawford has had the dispute issue with Mr. Glenn Gavin Matthews and Mr. Laurence T. Huddon, in connection with Mr. Crawford had employed Mr. Matthews to coordinate and help to find a lawyer for Mr. Crawford in relation to file a case for the damage against the Japanese Airlines. In this regard Mr. Matthews has received the wage for such service, thereafter Mr. Matthews turned to leave the work and made a false charge on Mr. Crawford , later on Mr. Crawford's attorney criticized that Mr. Crawford had a mental problem and tried to kill Mr. Matthews, this affected Mr. Crawford when he felt harmed by on 18 January 2008, time about 14.14 hrs. There was a man who called Miss Benya and claimed that he is a police officer namely Surapol and he is also a friend of Mr. Matthews and Mr Huddon, he talked in nature of threaten Miss Benya and Mr. Crawford, this made both of them to fear that something harmful may happen to them, so that they make a report at Lumpini Police Station according to the Dairy Report of Case, item 5 dated 18 January 2008, time at 15.30 hrs. and Miss Benya saw the name card of the police officer of Taling Chan Police Station namely Pol.Capt. Surapol Luanprasert that Mr. Matthews shown to Thai friends and claimed that he is a close friend of Thai police officer, so that she suspected that the person who called to threaten her was a real police officer, therefore both of them came to ask assistance from the crime suppression police, for checking the Taling Chan Police Station |

SorNorPhor. 12-1/2537 -Signed- -Signed-

Correct Copy
Pol.Lt.Col. -Signed-
(Man Rattanamora)
Inquiring officer

EXHIBIT 8

ใบรองการแปลถูกต้อง
Certified Correct Translation
นางสาวณัฐญา กาญจนะ
(Miss Nattaya Kanbanchong)
ศูนย์การแปลฟูจิ, Fuji Translation Center

**(Translation)**

Royal Thai Police
Daily Case Report

128

Police Station: Inquiring work, Division/ Provincial Police: Crime Suppression Division, Bureau/ Region: Central Investigation Bureau.

| Item | Date:<br>Time: | Descriptions<br>January 27, 2008 |
|---|---|---|
| | Continued | whether or not they have a police officer namely Pol.Capt. Surapol Luanprasert and if he was a person who called to threaten her, if so both complainants asked the officer to contact Pol.Capt. Surapol to stop telephone threaten them, the officer seemed to be harmful, so he contacted the high<br>commander officer of Taling Chan Police Station in order to check this, and the result appeared that there is an existence an officer namely Pol.Lt.Col. Suraphon Luanprasert, an Inquiry officer ( commanding officer 3) Taling Chan Police Station. Also Pol.Lt.Col.Suraphon admitted to his high commanding officer that he called to Miss Benya and Pol.Lt.Col. Suraphon said he apologized that he made both complainants to fear and concern as well as he promised that he will not call to the complainants anymore. However both complainants needed to have this statement to be recorded for the details of the incident that has happened in order to use this as a supporting evidence for filing the case against Mr. Glenn Gavin Matthews and Mr. Laurence T. Huddon in that they caused Mr. Jack Crawford to be damaged. Both complainants therefore came to see the officer for requesting a record and statement on the dairy report of case as evidence. This recorded evidence is made at the request of both complainants, here there are required to sign their name as evidence.<br><br>(Signature) -Signed- Complainant / Interpreter<br>(Signature) -Signed- Complainant<br>(Signature ) Illegible -Signed- Inquiring Officer<br>Illegible -Signed- Recorder |

Correct Copy
Pol.Lt.Col. -Signed-
(Man Rattanamora)
Inquiring officer

รับรองการแปลถูกต้อง
Certified Correct Translation
นางสาวณัฐญา การบรรจง
(Miss Nattaya Kanbanchong)
ศูนย์การแปลฟูจิ, Fuji Translation Cent

No. 110601 28 JAN 2008

BANGKOK

SEEN AT THE MINISTRY OF

FOREIGN AFFAIRS

(Aeuy-aree Gajaseni Tongbor)

Diplomatic Officer 5

Department of Consular Affairs

Ministry of Foreign Affairs of Thailand

"Translator and [illegible]

primarily take responsibility for correctness [illegible]

translation/ [illegible]

[illegible]

# สำนักงานตำรวจแห่งชาติ

## รายงานประจำวันเกี่ยวกับคดี

127

สถานีตำรวจ กลุ่มงานสอบสวน กองบังคับการ/ตำรวจภูธรจังหวัด บก.ป. กองบัญชาการ/ภาค บช.ก.

| ลำดับ | วัน เดือน ปี เวลา | รายการ 27 ม.ค. 51 |
|---|---|---|

สำเนาถูกต้อง

พ.ต.ท. [illegible] (แมน รัตน์[illegible])

ทาน

| ลำดับ | วัน เดือน ปี เวลา | รายการ |
|---|---|---|
| 2 | 15.30 น. | พ.ต.ท. แมน รัตน์(ม.ร.) พ.ต.ส. (สบ 3) กลุ่มงานสอบสวน บก.ป. แจ้งว่า กรณีเมื่อวันที่ 25 มกราคม 2551 ได้มี นส. เบญญา ศรีเหลาวัญ อายุ 34 ปี อยู่บ้านเลขที่ 6/179 เดอะ วิเวนท์ รอยัล เพลส 2 ซอยมหาดเล็กหลวง 2 ถนนราชดำริ แขวงลุมพินี เขตปทุมวัน กรุงเทพฯ และ มิสเตอร์ แจ็ค [illegible] ครอว์ฟอร์ด อายุ 65 ปี ชาวอเมริกัน ซึ่งเป็นสามีภรรยากัน ได้มาขอความช่วยเหลือ จากเรื่องที่มิสเตอร์แจ็ค ได้มีเรื่องพิพาทกับ มิสเตอร์ เกล็น กาวิน แม็กกาว และมิสเตอร์ คาล ที [illegible] ในเรื่องที่มิสเตอร์แจ็ค ได้ว่าจ้างมิสเตอร์เกล็น ให้ประสานงานว่าจ้างทนายความให้มิสเตอร์แจ็ค ในการฟ้องเรียกค่าเสียหาย จากสายการบินนอร์ทเวสต์ แอร์ไลน์ โดยมิสเตอร์เกล็น ได้รับเงินค่าจ้างไปเรียบร้อยแล้ว แต่ต่อมา มิสเตอร์เกล็น กลับทำงาน และได้[illegible]มิสเตอร์แจ็ค ต่อศาล[illegible]ของมิสเตอร์แจ็ค ว่ามิสเตอร์แจ็ค [illegible] และพยายามฆ่ามิสเตอร์เกล็น เป็นให้มิสเตอร์แจ็ค ได้รับความเสียหาย และโดยเมื่อวันที่ 18 มกราคม 2551 เวลาประมาณ 14.14 น. ได้มีบุคคลโทรศัพท์มาหา นส. เบญญา อ้างตัวว่าเป็นเจ้าหน้าที่ตำรวจ ชื่อ สรพงษ์ โดยเป็นเพื่อนกับ มิสเตอร์เกล็น และมิสเตอร์ คาล แล้ว พูดจาในลักษณะข่มขู่ นส. เบญญา และ มิสเตอร์แจ็ค [illegible] หรือจะมีอันตรายเกิดขึ้น จึงได้ไปแจ้งความที่ สภ. ลุมพินี ตาม ปจว. ข้อ 5 ลงเวลา 15.30 น. ของวันที่ 18 มกราคม 2551 ซึ่ง นส. เบญญา โดยแนบ[illegible]บัตรของเจ้าหน้าที่ตำรวจ ของ สภ. [illegible] ชื่อ ร.ต.อ. สรพงษ์ [illegible] ที่มิสเตอร์เกล็น เคย นำมา[illegible]กับเพื่อนชาวไทย อ้างว่ามีเพื่อนเป็นตำรวจประเทศไทย ซึ่งเชื่อว่าเป็นผู้ที่โทรศัพท์มาข่มขู่เป็นเจ้าหน้าที่ |

สนผ. 12-1/2537

Benya.L Jack L. Crawford

# สำนักงานตำรวจแห่งชาติ

128

## รายงานประจำวันเกี่ยวกับคดี

สถานีตำรวจ [illegible] กองบังคับการ/ตำรวจภูธรจังหวัด [illegible] กองบัญชาการ/ภาค [illegible]

| ลำดับ | วัน เดือน ปี เวลา | รายการ 27 ม.ค. 51 |
|---|---|---|
| | [illegible] | ตามที่ [illegible] ผู้เสียหาย [illegible] ขอความช่วยเหลือ [illegible] ให้ช่วยไปตรวจสอบ [illegible] สภ.อ. [illegible] ว่ามีเจ้าหน้าที่ตำรวจชื่อ ร.ต.อ. สุรพล [illegible] และ [illegible] โทรศัพท์ [illegible] ผู้เสียหาย [illegible] หากพบ [illegible] โทรศัพท์ [illegible] ร.ต.อ. สุรพล [illegible] โทรศัพท์ [illegible] ผู้เสียหาย [illegible] เพื่อ [illegible] ผู้บังคับบัญชา ระดับสูง ของ สภ.อ. [illegible] เพื่อช่วยตรวจสอบ ผลการตรวจสอบพบว่า มีเจ้าหน้าที่ตำรวจชื่อ พ.ต.ท. สุรพล [illegible] ตำแหน่ง พงส.(สบ 3) สภ.อ. [illegible] อยู่จริง และ พ.ต.ท. สุรพล [illegible] ได้โทรศัพท์ [illegible] พ.ต.ท. สุรพล [illegible] ให้ผู้เสียหาย [illegible] และ [illegible] โทรศัพท์ [illegible] ผู้เสียหาย [illegible] รายละเอียด [illegible] ที่เกิดขึ้น เพื่อ [illegible] ประกอบ [illegible] มิสเตอร์ [illegible] และ มิสเตอร์ [illegible] ที่ให้มิสเตอร์แจ็ค ได้รับความเสียหาย [illegible] ประจำวัน [illegible] ไว้เป็นหลักฐาน ตามความประสงค์ของผู้แจ้ง [illegible] และให้ผู้แจ้ง [illegible] ลงชื่อไว้เป็นหลักฐาน |

(ลงชื่อ) Benya ผู้แจ้ง/ล่าม

( " ) Jack Crawford ผู้แจ้ง

( " ) พ.ต.ท. [signature] พงส.

[signature] เขียน

สำเนาถูกต้อง

พ.ต.ท. [signature]

([illegible])

พงส.

No. 110602  28 JAN 2008
BANGKOK

SEEN AT THE MINISTRY OF
FOREIGN AFFAIRS

(Aeuy-aree Gajaseni Tongbor)
Diplomatic Officer 5
Department of Consular Affairs
Ministry of Foreign Affairs of Thailand