Jack L. Crawford III
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini, Patumwan,
Bangkok, Thailand 10330

Mobile Telephone: 001-66-81-907-9236
Land Line Telephone: 001-66-2-650-2307
Facsimile: 001-66-2-650-2307
E-mail: captjack1943@yahoo.com

Plaintiff, PRO SE

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 04 2008
at 10 o'clock and 05 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK L. CRAWFORD, | CIVIL NO. 03-00451 – SPK – LEK |
| Plaintiff, | PLAINTIFF JACK L. CRAWFORD'S MOTION FOR A NINTY DAY CONTINUANCE |
| vs. | |
| JAPAN AIRLINES AND JALWAYS CO., LTD. | CERTIFICATE OF SERVICE |
| Defendants. | |

1

# PLAINTIFF JACK L. CRAWFORD'S
# MOTION FOR CONTINUANCE

29-01-08

The Honorable Judge Magistrate Leslie E. Kobayashi
Clerk's Office
United States District Court

This motion is a request for continuance of ninety days because:

1. My attorney filed a motion to withdraw. I must now secure new counsel -- this will take time.

2. I live in Thailand -- I will need time to prepare my finances and arrange travel to Hawaii in order to secure proper legal counsel.

3. Since this is one of the oldest, if not the oldest, case in Federal Court in Hawaii I must have counsel to continue.

4. In making this motion, I request that all deadlines, scheduled hearings or dockets concerning actions on Motions be postponed until such time as I secure new counsel and can be properly represented.

5. It will take time to acquaint new counsel with the current situation and status of the case in order for new counsel to prepare and proceed.

6. It has come to my attention that my current attorney, Shawn Luiz, has filed a sealed protective order that I believe violated a standard of professional conduct related to client / attorney relationships.

   My new attorney will need to respond to this situation.

7. Even though my attorney has not advised me; I understand from Warren in Judge Kobayashi's office that a variety of new motions have been filed and submitted to the court.

   None of these motions have been sent to me by Luiz. I will need to have my new attorney review and respond to these motions.

8. I am also including an exhibit indicating that I should not travel nor, at this time, should I participate in legal proceedings until my doctor provides a medical release.

   I have already advised attorneys Luiz, A. Pepper and C. Osaki, that I cannot participate in legal proceedings (depositions) or, travel as stated within Dr. Kavi's exhibit, emailed to the attorneys on January 16, 2008 and as an exhibit within my position statement to the court.

I respectfully submit these points as reasons for requesting the court to grant me a continuance for a minimum of 90-days or, until I have advised the court I have new counsel.

Respectfully Submitted,

*Jack L. Crawford, III*

Jack L. Crawford, III.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 03-00451 – SPK – LEK

JACK L. CRAWFORD
Plaintiff, PRO SE

vs.

JAPAN AIRLINES AND JALWAYS CO., LTD.
Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion For Continuance was served via U.S. Certified Mail and/or FEDEX on the person(s) listed below:

TO:  ANDREW PEPPER, ESQ.
     Carlsmith Ball LLP
     2200 American Savings Bank Tower
     1001 Bishop Street
     Honolulu, Hawaii 96813
     Attorney for Defendants
     Japan Airlines and JALways, Co., Ltd.

TO:  CARL H. OSAKI, ESQ.
     Town Tower #17G
     225 Queen Street
     Honolulu, Hawaii 96813
     Attorney for Defendants
     Hawaii Aviation Contract Services, Inc.

DATED: January 29, 2008

SIGNED: _Jack L. Crawford_
JACK L. CRAWFORD, III.

4