## "EXHIBIS"

1. Faxed letter to the Honorable Judge Magistrate Leslie E. Kobayashi on 28 January, 2008.

2. Mr. Asa Voak Statement

3. Ms. Benya Kamponwin Statement

4. Dr. Kavi Suvarnakich Medical Certificate on January 16, 2008 from Bumrungrad International Hospital

5. Dr. Kavi Suvarnakich Medical Certificate on January 28, 2008 from Bumrungrad International Hospital

6. Case Report of Royal Thai Police Department, Lumpini Station on January 18, 2008

7. Case Report of Royal Thai Police Department, Lumpini Station on January 21, 2008

8. Case Report of Royal Thai Police Department, Crime Suppression Division, Central Investigation Bureau on 27, 2008

EXHIBIT

1