28-01-08

The Honorable Judge Magistrate Leslie E. Kobayashi
Clerk's Office
United States District Court
District of Hawaii
300 Ala Mona Blvd Room C-338
Honolulu HI 96850
Tel: 808-541-3089
Fax: 808-541-1303

Case number: CIVIL NO. 03-00451SPK-LEK

I respectfully request that the deadline for the receipt of: Position / Opposition Statement <u>be extended from the 29th of January to February 5TH, 2008</u> so that I can add supplementary and essential original documents to my Position / Opposition Statement.

One original document is a summary of an investigation from: Police Station: Inquiring Work, Division/ Provincial Police: **Crime Suppression Division**, Bureau/ Region: Central Investigation Bureau. The Criminal Suppression Division of Thailand is the division of the Royal Thai Police that investigates corrupt police officers. This division is similar to a police "internal affairs" division in the United States. This document, <u>now in my possession</u>, is a follow-up summary of action and results obtained after I made my initial police report. The initial police report, (on the day of the incident with Glenn Matthews), was included in my position statement.

This summary document from the Royal Thai Police unequivocally states that Matthews and Huddon retained a Royal Thai Police Officer as a surrogate to make threats to both Benya Kamponwin, (my wife and an innocent bystander), and me. The threats included physical harm -- when coming from a senior police officer in Thailand this means death.

The police officer, (a friend of Matthews), within the summary report, has specifically acknowledged to his superior officers that he made these threats and that they were done so at the instigation and request of Matthews and Huddon. The report fully documents these threats.

EXHIBIT 1

<u>In view of the serious nature of these threats, I suggest it is essential for the Court to have this documentation.</u>  I am making these statements to the court under penalty of perjury and swear that the forthcoming documents will document my statement.

This information could not be sent earlier until the investigation was completed on background information related to a Glenn Matthews and the police officer who made these threats on behalf of Matthews and Huddon. An official translation from Thai to English was then required – this translation then needed to be completed and certified by the Military Department within the Royal Thai Ministry of Foreign Affairs.

<u>These original documents from the Royal Thai Police are now in my possession</u>.

A second document, is a psychological and psychiatric evaluation and report from Dr. Kavi Suvamakich, a psychiatrist and his staff, at the Marriage and Family Counseling Service (family health care center) of Bumrungrad International Hospital. This report was completed today on the 28th of January 2008 and is now also in my possession.

Additional statements from Benya Kamponwin and other parties will "round out" and fill in any possible "blank spaces" to provide an alternative view of events which Luiz, Matthews, and Huddon are now trying to present to the Court.

I understand that Fax Copies of documents cannot be considered -- only original documents. -- Therefore, the best that I can do is to advise that the original documents will be sent by either Fed X or DHL tomorrow, Tuesday, the 29th of January 2008 along with required copies for the other party, Shawn Luiz.

Again, I consider the extension to the 5th of February 2008 essential. I would characterize the information from the Royal Thai Police as bordering on sensational.

<u>I will be also submitting a formal Motion for a (90) ninety day continuance later this week to secure proper counsel</u>

I beg the Court to take an extra few days so that a complete picture of events will be in the hands of the court so that a ruling which will be both just and reflect a broader picture of events can made.

Respectfully Submitted

*/s/ Jack L. Crawford, III*

Jack L. Crawford., III
Signed

cc'd Shawn Luiz Attorney

Documentation to be sent:

1. The summary report from the Royal Thai police, Crime Suppression Division, dated 25 Jan. 2008.

2. A report from the psychiatrist, Dr. Kavi, with his evaluation concerning my current mental status and health.

3. Statements by parties to the effect that Glenn Matthew's threatened me and was making attempts to sabotage both my Federal Lawsuit and my relationship with attorney.

*Post Script:*

Note: In that personal safety of Benya Kamponwin and myself is at stake, I am compelled to make the following commentary to do my best to protect both Benya and myself from an further possible threats in Thailand of bodily injury.

I do not know if this request is within the bounds of what I can say to the court; however, I feel that I must do everything in my power to protect ourselves. This is Asia and life is cheap. Upon review of the police reports, I was advised by the U.S. Embassy to move from my residence until both legal actions, (civil and criminal) along with police actions against Matthews and Huddon could proceed.

My own attorney, unwittingly or knowingly, has in effect become a party to Matthew's and Huddon's civil and criminal actions by continuing to share

3

confidential and privileged lawyer client communication. Luiz endangers his own client.

I will later request that Luiz be reprimanded and sanctioned and be required by the court to cease all contact with Matthews.

To get some immediate relief, I beg the court to immediately consider an urgent <u>verbal warning</u> to Luiz or at least to suggest that he consider ceasing sharing my privileged communication with Matthews.

<u>Luiz against repeated requests and warnings about the threats I received from Matthews continues to ignore my directions to him.</u>

Luiz has only responded to and only acted upon statements by Matthews and Huddon -- they are not his client. <u>Luiz has never even made a simple call to his own client to get the facts!</u>

Unfortunately, Luiz was blinded by his own anger at me for not wanting to pay his billings without challenge and appears to have made a most serious error in judgment by violating our privilege relationship and listening only to Matthews and Huddon.

Luiz was advised that both Matthews and Huddon had been implicated in the threats against me yet continued to ignore my pleas not to be in communication with Matthews.

Against my multiple warnings that both Matthews and Huddon were now subject to arrest, imprisonment, and both civil and criminal action, Luiz continued his contact with Matthews.

Against my warnings about these threats and without a call to his own client, I believe that Luiz has sent information from these parties to the Court. Documents which I believe will liable and defame my character.

I have made innumerable attempts to Luiz to cease this violation of my privileged relationship and stop taking punitive actions because I have challenged him.

All my requests are documented, but Luiz continues to share privileged communication.

4

Luiz may have some fuzzy thinking about why this violation was required; however, a quick call to his client or review of the police report would have quickly cleared his mind.

Luiz appears to be now taking a variety of punitive actions because I will not pay his billing without challenge. One is to share privileged information. The second punitive action is to submit documents under seal which, I believe will come from Matthews and Huddon.

Rather than deal with his anger about my challenge to him on his billings Luiz, my own attorney, attempts to punish me. I suggest that the report from Police Station: Inquiring Work, Division/ Provincial Police: Crime Suppression Division, Bureau/ Region: Central Investigation Bureau will completely discredit all parties and quickly show Luiz the true nature of events in Thailand.

Luiz I would hope would respond by now finally ceasing any contact with Matthew's and Huddon.

5