27-01-08

Statement of Asa Voak:

I am making this statement of my own free will. I, herewith, make the following statement:

On or about the 21st of December 2007, I received two urgent phone calls.

One urgent call was from a Glenn Matthews whom was Jack L. Crawford's psychologist. Matthews had also been retained by Crawford to work help in a variety of areas related to his case against Japan Airlines and Hawaiian Aviation Contract Services, HACS, – one of those areas being FAA regulations. Matthews was not only a psychologist but had become a friend of Jack's --- they regularly shared meals and social activities. I now understand that in establishing a social relationship and dual roles that some professional boundary lines may have been crossed.

I had helped Jack Crawford on his legal actions with JAL for about 3 years starting in 2002 and ending in about 2005. I helped Jack edit his memos and thoughts and type his memos.

In about 2005, I had moved to the beach and away from Bangkok to a location to the South on the Gulf of Thailand about 3 hours from where Jack resided. At about the time of my move, Jack had just met Glenn Matthews who, upon my departure, as stated, not only became Jack's friend but also his psychologist --- Matthews also filled a void that took place when I moved away. Matthews, being Jack's psychologist became close with Jack.

The second urgent call, on the same, day was from a Larry Huddon, a close personal friend of Jack's. Larry's call was not only urgent but almost hysterical. Jack and Larry had, I think been friends for more than 6-years. Larry is an expert jewelry designer and Jack has an interest in jewelry design. They frequently went to the movies and shared meals.

Once in a great while, I would say hello to Jack Crawford and he would tell me how his case was progressing... It was nice to hear from Jack that things were moving along well. I would estimate I did not talk to Jack more than 4 or 5 times in a period of almost two or more years.

All seemed very well and good -- Matthews was helping Jack keep "the case" moving forward. I had only heard positive things about Glenn Matthews and was pleased that Jack had found the help on the case that he needed. I was only a writer and editor for Crawford while Matthews had a wide variety of skills – he was a trained psychologist, he knew FAA regulations, and he was a good writer. Matthew's seemed like a very sound

EXHIBIT 2

1

person. Matthew's help seemed to be just what Jack needed at the time. And, I take nothing away from Matthew's work up until the point of recent incidents.

Crawford has recently told me that he, in fact, had problems with Matthews and his work; however, I was not previously aware of these issues.

I cared about Jack and wanted him to win his case.. he was severely wronged by JAL and Hawaiian Aviation Contract services. Jack had, over the years, become a friend --- we were not particularly close but we were friends. My help to Jack was tiring – so when Matthews appeared just at the time I was moving, I felt a sense of relief that Jack was "in good hands."

<u>Moving to the two urgent calls:</u>

The nature of these two urgent calls, both from people whom had known Jack for years was quite simple and the content of the calls was almost identical:

1. Jack had "lost it."

2. He may be suicidal. – He could not get out of bed – he was sleeping all day and would not respond to calls or actions required to keep his case moving forward.

3. His legal case was rapidly falling apart and Jack was not doing anything about it.

4. Larry Huddon stated he was afraid and concerned about Jack. Larry Huddon made no mention of threats of harm by Jack to him. Larry only mentioned "feelings" which made him feel afraid, uneasy, and concerned – I would characterize his general statements as "feelings of foreboding."

    In that Jack or Larry were friends I could not believe what I was hearing. I was really worried about Jack. I was prepared to act to help my friend, Jack.

    I would point out that even on the same day of the incident with Matthews, Huddon and Crawford were making dinner and movie plans for that night; therefore, I do not understand how Huddon could have ever felt serious concerns for his personal safety.

5. Larry Huddon, in his call to me, talked to me about Jack either having or getting poisonous snakes and either having a gun or getting a gun. I cannot confirm the exact details; however, I was really concerned when I Larry mention these "supposed facts"…..

    In that Larry Huddon was Jack's friend for many years, I presumed everything I was hearing was factual. -- I am now certain that Matthews played on Huddon's feelings so that Matthews could protect his own interests.

Larry's presentations of events made Jack seem like a guy who might be some "high school crazy" that we see on TV that goes out on a killing spree.... nobody does anything to deter the person who is in psychological distress and then there is a terrible incident. I was not going to let that happen to my friend Jack.

**As my investigation later indicates all Larry's histrionics in his phone call along with Mattthew's phone call were determined to be so very far from an accurate portrayal of Crawford's situation**

**Key events were never reported to me by Matthews and Matthews call and report about Crawford turned out to be solely self serving as I will later recount.**

6. Glenn Matthews made no statements in his phone call to me that he was afraid nor concerned that Jack Crawford's behavior was in any way personally threatening to him. Matthews had advised that Crawford "had lost it" and was basically irrational and had called him, (Matthew's) names. He told me Jack's case was going down the drain because Jack would not respond to requests from his attorney or complete needed work – he suggested I had better see what I could do to help. I am certain no mention was made about personal threats.

7. Again, Huddon also never said Jack had threatened him but he had more of a "feeling of fear" that came about from talking to Jack.

8. The bottom line of these messages was that: Jack needed help and he needed it now – he may be on the verge of a major breakdown – he may be suicidal and was certainly irrational needing some type of intervention.

9. Upon hearing this information from Jack's psychologist, Glenn Matthews, a person who had worked for Jack for 3 years and then followed up by a second call from Larry Huddon -- I panicked.

   Based on these calls, I was preparing myself for an emergency trip from where I l lived to go to Bangkok to try to get my friend, Crawford, into a hospital.

10. Based on the emergency nature of the calls from Matthews and Huddon, I thought it might take myself and Jack's other friends, (Larry and Glenn), to all come together in Bangkok to try to help get Jack out of his house and get him to a hospital.

11. In error, and in retrospect, I just should have called Jack; however, I would note that the situation sounded so dire in the phone reports from Glenn and Larry, I saw little point in making this call. I thought we would walk into Crawford's

3

<u>condominium and, perhaps, find him on the floor with us having to use our collective wills to get him to an emergency room.</u>

12. I was prepared to go into action and help my friend.

13. I searched my mind to try to provide help to Glenn and Larry as to what in the world could have caused Crawford's complete breakdown. Jack is a "big man" about 6'5" – a former college quarterback who works out regularly. Even now I think he can lift 300 lbs. --- Jack is not only large but also muscular. I had thought about 6 years ago that Jack may have been taking steroids to keep his muscle mass….. with so many articles in the newspapers about wrestlers, track and baseball stars and others recently appearing, I thought maybe this is what had happened. Jack is so strong that I thought that for a guy his age, he may have tried options that were not safe for him. I also know that Jack takes a number of vitamins --- he thinks more is better. I had thought that maybe he did this with him medications for depression.

   I offered the steroid thought or "overmedication" as an idea to Matthews and Huddon of what may have caused Jack to completely deteriorate and need immediate medical attention. Perhaps, this thought on my part, could help Matthews and Huddon with what I believed was going to be Crawford's emergency treatment that I was certain was going to take place.

   I tossed out any ideas that I had that might help Larry and Glenn get Jack to a safe place.

   <u>To recap</u>: I was panicked by these calls from both Larry and Glenn. I thought my friend needed help. Again, I should have called Jack but the Jack's condition as related to me by both Glenn and Larry seemed beyond that… I envisioned an emergency medical intervention with Jack being taken to a hospital on a stretcher…. Jack, my friend, needed help and I was going to be there for him.

   My thoughts about steroids were 100% incorrect. -- Jack had only taken vitamin and protein supplements… Jack is a vitamin enthusiast taking many daily along with protein drink supplements. Jack at one point years ago had, in fact, overmedicated himself, when his depression was severe he had taken extra medication in an attempt to obtain relief… but this was not a factor in recent events.

   Jack at 65 is in great shape.. better than Jack LaLane was when he was 50!!

14. **<u>The next day I got a call from Jack --- Jack was furious with his psychologist but he certainly seemed normal to me.</u>**

4

15. Jack explained his position to me. After spending a great deal of time to learn the facts, I totally believe in Jack's explanation. – There was no emergency – there was no breakdown.

16. <u>My own investigation and now having a complete picture shows that:</u>

    a. Glenn Matthews does not have medical license to practice in Thailand as a psychologist.

    b. Glenn Matthews does not have a work permit. Any work he does would be illegal.

    c. Working without a permit Matthews is subject to deportation and serious legal action.

    d. Glenn Matthews was retained for three functions by Jack L. Crawford. Without having a license or work permit he never could have fulfilled the functions for which he was retained. – i.e. Psychologist to write reports and to be an expert witness at trial.

    e. **<u>Glenn Matthews was soon going to be exposed when he had to complete an expert witness form. His licensing status would have been revealed.</u>**

    f. Glenn Matthews credentialing as an expert witness would also have been exposed. One of his Phd's, in "Christian Counseling is from what appears to be a "store front" operation with 5 employees.

    g. Upon being deposed by the defendants, all information about Matthews would have been revealed. Matthews wanted to avoid exposure.

    h. Matthews stated to Crawford that he changed his name. No information about his licensing status or licensing actions against him in the United States has yet been received but should be forthcoming.

    i. Glenn Matthews, in an attempt to avoid exposure, quit.

    j. In quitting Matthews told Jack's attorney but never advised Crawford.

    k. Matthews had also entered into an agreement with Crawford's attorney which stated that if Matthews quit the attorney would quit and vice versa.

    This agreement outside Matthew's primary relationship with his client was highly inappropriate to say the least. It was also inappropriate for Luiz, Crawford's attorney to participate in an arrangement with Matthews that could be laden with possibilities for serious conflicts of interest.

l.  Crawford found out that Matthews quit from his friend Larry Huddon. Matthews had quit and told Crawford's friend while sharing confidential patient information with Huddon ... BUT Matthews never had told Crawford he quit.

m.  Matthews sent email to Crawford's attorney stating that he, (Matthews), quit but never sent these same emails to Crawford until days later.

Crawford, after hearing from Larry Huddon that Matthews quit, Crawford had to call Matthews to learn that, in fact, what Huddon said was true – Matthews was quitting.

n.  For Crawford, (and due to the "I quit relationship that had been established between Matthews and Crawford's attorney Luiz), Crawford knew his case was going down the drain and Crawford would lose his $25,000 retainer. Having funding issues, Crawford could lose his entire action.

o.  **Crawford did call Matthews and "read him the riot act" --- both sides of the page and in great detail...**

p.  The situation for Matthews, now in his own panic, gets worse. First he knew that without a license in Thailand he could not perform any work on the case. He knows his situation will be revealed when he has to complete the expert witness form. Matthews if exposed is subject to severe penalties in Thailand.

Matthews also knows that he shared Crawford's patient client information with Huddon that was highly confidential and that he could be sued. If Matthews does have a license in the U.S. that license could be revoked either for sharing confidential information or entering into a primary relationship with Crawford's attorney outside the primary patient / client relationship.

q.  Matthews to protect himself then called me and presented this picture of Crawford needing emergency medical intervention. Having the second call from Larry – Jack's friend, I then bought into the grave picture being painted by both Matthews and Huddon. Painting this grave picture and Crawford being crazy shifted all issues and the focus of the problem from Matthews to Crawford. It meant that Matthew's personal licensing, work permit, and credentialing issues would never be exposed.

**Mattews was able to quit... to get out.. and the problem was all Crawford. Matthews was never exposed.**

r. Now, I have determined that all Matthew's actions were an attempt to paint Crawford in need of emergency help to protect Matthews from his own mess which Matthews alone had created. Larry Huddon was a friend of Matthews and had received services from Matthews. Huddon is involved by Matthews to give some support to Matthew's story.

s. <u>Now, after looking at events, the only person, in my opinion, who needed help for irrational and errant behavior that bordered on being insane for a professional psychologist was Matthews.</u>

t. <u>Yes, Jack Crawford was one "pissed off" guy but Crawford's scathing commentary to Matthews was nothing but deserved. Matthews had made grave mistakes.</u>

u. Matthew's was panicked --- if his situation before was bad --- it is hard to believe that he could even create larger problems for himself. His most recent actions now making him subject to arrest, deportation, and both civil and criminal actions in Thailand and, I would think, the United States. --

v. Again, Matthews to compound his own mess, then still in his panic about his situation, called a friend of his – a Police Colonel in Bangkok. I was at Crawford's residence when the call was made to Crawford's wife. The Colonel stated he was calling at the behest of Matthews and Huddon. Threats of arrest and bodily harm were made to both Crawford's wife and Crawford.

w. **The officer has now acknowledged and Crawford has a statement in his possession with the officer acknowledging**:

   i. Making the call to Crawford's wife.

   ii. Making the threats of both arrest and bodily injury to Crawford's wife and Crawford.

   iii. Making these threats at the behest of Matthews and Huddon.

   iv. Upon a call to this officer from his superior and personnel within the Crime Suppression division, (Internal Affairs), the officer now states he will not cause bodily injury to Crawford or his wife or have anything to do with Matthews or Huddon. A statement to this effect is now in the hands of both the Royal Thai Police Department and Crawford.

  x. Since these events, Crawford has made multiple offers to these parties all who so severely wronged him to shake hands and get back to work. Crawford did expect both a sincere apology along with actions on the part of both Matthews and Huddon to correct the situation.

  These parties never accepted the hand of friendship that was offered if they would only work to correct the serious problems they had caused.

  If Matthews is or was a true professional, I believe he could have easily admitted his errors – this never happened.

This concludes my statement of events all being true and to the best of my knowledge.

X_____
Asa Voak