January 29, 2008

Statement of Benya;

I am telling this story to court and judge.

My name is Benya Kamponwin, Jack's wife. I live in Bangkok with Jack about 7 years. (I know him the last year before JAL fired him on 2001). I am help him on the lawsuit since the first day until now. I'm the one who open/send all the Jack's emails and typing from his though by hand write (very hardly each page) and then sent email to Glenn and Asa, after discussed with Jack, they will review and rewrite focus again. I saw many thing unfair with Jack but I don't want to be involve on his argument between Glenn, Asa, and Shawn Luiz included Larry (Mr. Laurence T. Huddon)

(Larry is Jack friend but Glenn's client because he charged money with Larry for be his Psychologist and General advised about 100 dollar per hours, without pay tax and license, Also Glenn, told everything about Jack's lawsuit case and his private story, He should not tell Larry because Larry is slander by sent email to tell his friends and misunderstand many thing without asking Jack, He listen Glenn like God)

Larry is fear Jack so much because Jack find down he should not know about his case from Glenn, he know about Jack's attorney quick before Jack know from Glenn. And compliant Jack many thing why he don't listen Glenn….. Last conversation on the cell phone Jack told Larry " Larry this is not your business" and then Larry never contact Jack any more, he contact only Glenn and still know Jack's lawsuit from Glenn until know.

Larry told me " If Jack don't listen Glenn, Jack will Loss", "Jack very dangerous will kill everybody" "You should leave him or send him to crazy hospital" or " Jack want to have snake and gun for kill everybody" I told him this is no reason and don't worry he don't do anything with you, It's not make sense for me because Jack doesn't crazy or could not work, he live normal everyday, only when he have argument with Glenn on seriously situation he is very weak, could not think and then go to sleep all day with his dogs, (Yorkshire Terries) after he wake up he feeling better. We live normal like go to workout at fitness 2-3 time per week, see movie, eat dinner outside house, take our dogs to grooming, sit at the coffee shop and working together everyday.

Jack very upset make him weak, i.e. Shawn tell Jack, he want Glenn to be the leader on the team work, but Jack disagree because Jack pay Glenn working for him in Thailand why Shawn Luiz want Glenn to be the leader, Glenn very upset and make many against Jack, Like  don't tell Jack what going on with Shawn Luiz, don't tell Jack when he contact Shawn Luiz, or don't answer email and cell phone etc.,

Shawn Luiz sent email to Jack "If Glenn doesn't be the leader or quick he will quick too" Jack very disappointed his attorney so much.

Shawn Luiz wants Jack pay expense when he went to CA about 5,000 dollars without show Jack receive bills about hotel, restaurant, etc., make Jack very upset because Shawn Luiz know, Jack have only limited money. He will pay if not over change him too much

EXHIBIT 3

1

because when Jack's case won, (and already won at Federal Court he will have 40%) why he pay intention only 5,000 dollars, and can quick because 5,000 dollars. It's seem something wrong.

After he see something between Shawn Luiz and Glenn is not principle, Jack asked Glenn and Shawn Luiz, send the emails the one the contact and work on his case, both of them don't copy to Jack. Jack know this is not fair for him.

Both of them don't answers any question with Jack, Glenn said only "nothing to do with me anymore" Jack is very weakness and upset.

Jack told me, Shawn Luiz wants the money about 30,000 dollars for his case continue urgent!! He called his mother many time,(Shawn Luiz, send the email to his family " Jack need help for lawsuit". His mother promise to help him with money, but waiting from his brother deposit money, and then his brother don't deposit money to him, he said his mother depend on his brother many things) after that he tried to discuss with Shawn Luiz many options but Shawn Luiz never answer Jack. Jack told him he will ask some friends help him.

I understand his situation very well. I want to help him so, I ask my friend from Hawaii, she loaned Jack 30,000 dollars for spend on his lawsuit, but Shawn Luiz already, QUICK QUICKLY. Without discuss before with Jack.

After that Shawn Luiz, sent the email to me to two times. He said about money still waiting from Jack.

I wish my email will have some more information for you.

Best Regards,

*Benya.k*

Benya Kamponwin

6/179 The Regent Royal Place2,
Soi. Mahadlekluang2, Lumpini,
Pratumwan. Bangkok 10330

Mobile phone: 66-81-255-1028
Phone/Fax: 66-2-650-2307
Email: benya259@yahoo.com

I have already sent this to Shawn Luiz on 21 Jan, 2008 in email. He sends to me first and then I reply with his email)

Dear Shawn Luiz,

Thank you for email. Please open mind listen me. I don't need to lie you or Jack. You are professional on the Attorney with knowledge and experience. I'm sorry my English is not

2

so good. I was understand you situation between you, Glenn and Jack because I working with Jack everyday almost 7 years.

The problem is not about money $5,000 you can look at the agreement contact again. This is excuse for nothing, you know. Or listen Glenn lies about Jack sick without prove.

Do you know Glenn working for Gay in Thailand acting like doctor and consultant many company without pay tax in Thailand. It's illegal person. He said "he is not Gay but why he have many Gay around him, he doesn't any wife or Thai girl.

What do you know about him in Thailand?

Please looking back at the first time, you are agree with Jack and Glenn. You will work like "Blue Dog" like action anywhere you can until finish Jack's lawsuit that is his last money, he was trust you like faith attorney. Jack always told you about his situation with money. And you understand very well.

I think, the attorney working by right and wrong, be fair and by the law. And tried to solve the problem with clients and be proud on action in the Court. The money is not issue on your right decision" this is mistake by your emotion not facts….. $5,000 Jack can pay later when the lawsuit finish (See in the contact). Last time, you tried to take his money without asking before this is crimping. I never picked up the telephone from BOH bank. I don't who lie but Jack can prove with his bank that time.

You are done many thing wrong not only tried to take money $5,000 from Jack. You should be shame on that.

I disagree with you if you decision to withdraw because by you emotion and feeling like "fool" or "Shame" It's not by the law, I think, it the wrong decision.

If you want to be the good attorney and high quality people please concerning many faction and information ant then you decides the right and best way for you and your clients.

I could not decided for you but you are response if you decision wrong in the future.

I'm very appreciate your time I don't thing I can changing you mine about Jack case but I have to tell you because this is wrong and not fair for you and Jack..

Do you want is fair both of you. if you WIN Jack WIN but if You Loss Jack still WIN because he didn't do anything wrong and he still proud because he do the best he can by his limited money and helpful.

But if YOU Loss because EGO/ not on the fact afraid only "FOOL" or "SHAME" like Japanese you should do like them punish themselves when Shame!!

3

You do whatever you want by you feeling and shaming!! Nothing to do with me..

Do you know when the problem come Glenn always say " Nothing to do with me"

And then he quit!!!

Regards,

Benya

4