

Yahoo! My Yahoo! Mail Tutorials More    Welcome, captjack1943 Sign Out · All-New Mail Help

YAHOO! MAIL  Classic

Search: [ ]  Web Search

6

Contacts   Calendar   Notepad                Mail Upgrades - Options

Check Mail   Compose                         Search Mail | Search the Web

Folders  [Add - Edit]
  Inbox (8)
  Draft
  Sent
  Bulk  [Empty]
  Trash [Empty]
My Folders  [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

Search Shortcuts
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Subject:** RE: My Notice of Withdrawal
**Date:** Wed, 16 Jan 2008 08:53:49 -1000
**From:** "Kelly M. Bryant" <kellybryant@dprhawaii.com>   Add to Address Book   Add Mobile Alert
**To:** "Shawn Luiz" <attorneyluiz@msn.com>, carl@chosaki.com
**CC:** captjack1943@yahoo.com

Dear Shawn:
Thank you for confirming your withdrawal as counsel for Mr. Crawford in this matter. I will notify the Arbitrator of your withdrawal.
After this email, I will not communicate with you regarding this case, and direct all correspondence to Mr. Crawford at this email address.
Aloha,
Kelly Bryant
DPR Case Manager
(808) 523-1234

**From:** Shawn Luiz [mailto:attorneyluiz@msn.com]
**Sent:** Tuesday, January 15, 2008 7:00 PM
**To:** Kelly M. Bryant; carl@chosaki.com
**Cc:** captjack1943@yahoo.com
**Subject:** My Notice of Withdrawal

January 15, 2008

Dear Kelly M. Bryant:

Please be advised that effective immediately I will no longer be representing plaintiff Jack Crawford with his DPR matters.

In light of the forgoing, I am courtesy copying plaintiff Jack Crawford.

It will be up to plaintiff Jack Crawford from this point forward to resolve the current dispute which is once more at issue: whether or not plaintiff Jack Crawford is required to deposit $8,000 in order to proceed with his arbitration, or rather plaintiff Jack Crawford is alternatively only required to deposit the less than $200 that he would have had to deposit to proceed with AAA employment arbitration based on judge Kobayashi's prior orders in the federal court case.

EXHIBIT 1

Regards

/s/ Shawn A. Luiz

Put your friends on the big screen with Windows Vista® + Windows Live™. Start now!

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text | Full Headers

Check Mail | Compose                                    Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy