Yahoo! My Yahoo! Mail Tutorials More                    Welcome, captjack1943 Sign Out All-New Mail Help

YAHOO! MAIL Classic                          Search: [_____] Web Search

       Contacts    Calendar    Notepad                       Mail Upgrades - Options

Check Mail | Compose                              Search Mail | Search the Web

Folders  [Add - Edit]
  Inbox (8)
  Draft
  Sent
  Bulk      [Empty]
  Trash     [Empty]
My Folders  [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

Search Shortcuts
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** "Shawn Luiz" <attorneyluiz@msn.com>   View Contact Details   Add Mobile Alert
**To:** captjack1943@yahoo.com
**CC:** pacthai1@yahoo.com
**Subject:** your response to the following due by 1/14/08
**Date:** Sat, 12 Jan 2008 17:18:58 -1000

1/12/08

Dear Jack:

1. On 1/8/08 Judge Kobayashi ordered me to file the reasons for my withdrawal under seal so that Judge Kobayashi will know the reason for my withdrawal but not Pepper or Osaki; I have included Dr. Matthews in this e-mail as well as you have threatened Dr. Matthews (and others) and I intend to keep Dr. Matthews in the loop so long as these threats of violence against Dr. Matthews (and others) have yet to be addressed/resolved;

2. Judge Kobayashi also ordered you to tell me what date you are able to fly to Honolulu to attend your deposition with Pepper. Osaki also wants to depose you in Honolulu. You can let Pepper depose you for a day followed by Osaki deposing you for a day in the same trip; Osaki wanted to depose you in February and Pepper in January; <u>what are the earliest dates of availability that you are able to fly to Honolulu for your depositions?? Please advice</u>??

<u>NOTE</u>: A failure to provide me with a date you are going to fly to Honolulu for your deposition with Pepper will result in the court most likely selecting the date for you to fly to Honolulu;

EXHIBIT 2

if you choose not to fly to Honolulu the court may decide to dismiss your case or impose other sanctions against you; If you have secured any funding to date, flying to Honolulu should not be a problem for you;

3. It is in your best interest to reimburse me for the costs I advanced to date; please show some integrity and reimburse me for the itemized costs I submitted to you. I gave you two weeks and it has been three weeks to date. You cannot seriously dispute that I traveled on a commercial airline to Pasadena; or stayed in a Pasadena Hotel; or had to eat while there; and won the 9th Circuit oral argument; most other costs are in house copies and postage for which there is no receipts; you have not paid one penny of the in-house copies or postage to date either and you have no excuse as there will never be a receipt for in house copies and postage. Please send me a check immediately.

Very truly yours

/s/ Shawn A. Luiz

Put your friends on the big screen with Windows Vista□ + Windows Live. Start now!

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text | Full Headers

Check Mail | Compose                                   Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy