# YAHOO! MAIL

Welcome, captjack1943 Sign Out | All-New Mail | Help

Contacts | Calendar | Notepad

Mail Upgrades - Options

Check Mail | Compose

Search Mail | Search the Web

**Folders** [Add - Edit]
- Inbox (8)
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]

**My Folders** [Hide]
- ASA
- CHARLES
- GLENN
- JACK
- KATHLEEN
- MARTIN_VENTRESS
- PETER
- SHAWN
- untitled

**Search Shortcuts**
- My Photos
- My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** "Shawn Luiz" <attorneyluiz@msn.com>    View Contact Details    Add Mobile Alert
**To:** captjack1943@yahoo.com
**CC:** pacthai1@yahoo.com
**Subject:** DECLARATION OF SHAWN A. LUIZ SUBMITTED UNDER SEAL WITH COPY ONLY TO PLAINTIFF REGARDING HIS REASONS
**Date:** Tue, 15 Jan 2008 16:53:56 -1000

1/15/08

4:54 pm HNL

Again Jack, no resolvement of threats issue to date so Dr. Matthews is cc'd with this attachment

SAL

Make distant family not so distant with Windows Vista® + Windows Live. Start now!

Attachments

Declaration_of_Shawn_A._Luiz.PDF (106k)    Scan and Save to Computer

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages    Save Message Text | Full Headers

Check Mail | Compose    Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

**EXHIBIT 3**

SHAWN A. LUIZ          6855
810 Richards Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile: (808) 538-0600
attorneyLuiz@msn.com

Attorney for Plaintiff
JACK CRAWFORD

**FILE UNDER SEAL PURSUANT TO MINUTE ORDER (DOCUMENT 289), FILED ON JANUARY 8, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS AND JACK CRAWFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES; JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES; HAWAII AVIATION CONTRACT SERVICES, INC.; AND DOES 1-10, <br><br> Defendants. | CIVIL NO. 03-451 SPK-LEK <br> (Civil Rights) <br><br><br> DECLARATION OF SHAWN A. LUIZ SUBMITTED UNDER SEAL WITH COPY ONLY TO PLAINTIFF REGARDING HIS REASONS TO SEEK WITHDRAWAL |

**DECLARATION OF SHAWN A. LUIZ SUBMITTED UNDER SEAL WITH COPY ONLY TO PLAINTIFF REGARDING HIS REASONS TO SEEK WITHDRAWAL**

1

I, SHAWN A. LUIZ, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I am counsel for Plaintiff JACK CRAWFORD in the above captioned matter.

2. This Declaration is FILED UNDER SEAL PURSUANT TO MINUTE ORDER (DOCUMENT 289), FILED ON JANUARY 8, 2008.

3. On February 27, 2007, plaintiff Jack Crawford signed a retainer with Declarant including the terms that the client alone was obligated to pay all costs of the case in addition to paying a portion of attorney fees to be earned on an hourly basis.

4. Plaintiff Jack Crawford paid the initial retainer of attorney fees to be earned on an hourly basis. Declarant has earned the retainer of attorney fees to be earned on an hourly basis by more than double of what the retainer required.

5. Declarant additionally in good faith advanced over $5,000 in costs to which plaintiff Jack Crawford was unable and/or unwilling to pay in full or any portion thereof since Declarant attended oral argument before the Ninth Circuit Court in Pasadena, California.

6. Defense counsel for JAPAN AIRLINES and JALWAYS CO., LTD., A SUBSIDIARY OF JAPAN AIRLINES, Andrew Pepper, Esq., as well as defense counsel for HAWAII AVIATION CONTRACT SERVICES, INC., Carl Ozaki, Esq., noticed depositions in Japan for the month of May of 2008.

7. In addition defense counsel for HAWAII AVIATION CONTRACT SERVICES, INC., Carl Ozaki, Esq., within the last 30 days specifically requested that plaintiff Jack Crawford pays an equal share of DPR deposit in the amount of $8,000.

8. Since Declarant has not been paid any portion to date of the >$5000 of costs he advanced in good faith on behalf of plaintiff Jack Crawford he is no longer willing to advance any more costs in this case.

9. Declarant gave plaintiff Jack Crawford more than two weeks notice and informed him that he would seek to withdraw if the advanced costs were not paid in full by January 7, 2008. Declarant first requested reimbursement of costs for attending oral argument before the Ninth Circuit Court in Pasadena, California in March of 2007 initially. As of today, no portion of the >$5000 in costs I advanced in good faith from my own account has been reimbursed by plaintiff Jack Crawford. Therefore I request that the Court consider this information in deciding my motion to withdraw and discharge Shawn A. Luiz as Council of record accordingly.

10. Declarant additionally informed plaintiff to advice Declarant of his availability for deposition in Honolulu by January 15, 2008. To date January 15, 2008 at 3:20 p.m. Honolulu time plaintiff Jack Crawford has failed to respond.

I declare a penalty of law that the forgoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, January 15, 2008.

SHAWN A. LUIZ

3