

**withdrawal and costs issues**

From: **Shawn Luiz** (attorneyluiz@msn.com)
You may not know this sender.   Mark as safe | Mark as unsafe
Sent: Tue 1/22/08 7:31 PM
To: captjack1943@yahoo.com; Jack L. Crawford (captjack43@hotmail.com)
Cc: pacthai1@yahoo.com; Asa Voak (asavoak@yahoo.com); benya kamponwin (benya259@yahoo.com)

1/22/08 HNL

Jack; as my email of 1/19/08 to everyone said: I am not willing to discuss/reconsider the motion to withdraw until a cashiers check is at my office for $5,290.00 to cover costs advanced on your behalf in good faith to date; I demonstrated over $5,290.00 of good faith; the ball is in your court to reciprocate; otherwise as the saying goes, fool me once shame on you; fool me twice, shame on me...issuing reimbursement of my out of pocket costs advanced on your behalf, with pre-conditions (strings) attached is decidedly 100% unacceptable to me and just convinces me more that my decision to withdraw is the right decision;

the court issued an order that any comments to my withdrawing are due by 1/29/08; the court will then decide the motion without oral argument;

SAL

Helping your favorite cause is as easy as instant messaging. You IM, we give. Learn more.

EXHIBIT 4