01-23-08
Thursday

Re: Reconciliation / or return to a neutral position

Glenn:

I have suggested that we renegotiate the terms of our work together. You have advised that under current circumstance that you do not wish to continue working for me as my psychologist / consultant. This is not a problem for me. If, we have gone as far as we can in these past discussions, let us both move on, each taking our separate paths.

After our initial issue, I think it best that you not continue as my psychologist or become an expert witness – this is just common sense and there are other reasons, (which I am certain you are aware), as to why being my psychologist or expert witness could be problematic. I do want you to know that I have appreciated and acknowledged your past efforts on my behalf. Should I have success in my legal actions and should we be able to resolve current issues, I want you to know that I do not hold any "grudge" and intend to make appropriate recognition of your contributions.

Recently, I also suggested that there are a variety of areas in which you could still help me. I have advised that I would work to meet your requirements by establishing a new agreement that would meet our mutual needs. You have stated, "….under current circumstances that this option is not of interest." You have not defined what current circumstances have eliminated this possibility. I am still interested in learning under what circumstances you might feel comfortable. If, however, we have also gone as far as we can in these discussions to reformat the work relationship, let us both move on not maintaining any negative entanglements.

You have also been most clear about your negative feelings about Asa. He, in response to your criticisms, has not personalized any of your commentaries. He has consistently recognized your work and, in spite of these comments, continues to remind me of your past efforts to help. Should you ever wish to work with me in the future, he has offered to you / me to return to the beach where he lived for three years while you worked for me. -- Let me assure, that he has little interest, (other than getting some reward and acknowledgment for his past years of help), in continuing spending his time on the case. He has consistently advised that he gave his three years to the case and he is most happy to have: you; my attorney; or others "now carry the ball forward to the goal line." He will, however, help me get over current challenges and, if required, work to retain a new attorney.

Reconciliation might also mean that we would not work together nor have any contact but that we would, at a minimum, return to a mutual neutral position. -- This, too, is another option which could work for both of us. I am open to exploring any option.

EXHIBIT 7

I am certainly not interested in maintaining an open wound without closure that can fester and later require serious intervention. I would like to think you feel the same.

I would note that you have not accepted any of my offers, suggestions, or ideas nor have you presented any options that might work for you.

Your response to my efforts to reconcile or, at least return the situation to a neutral position, was to have a Police Colonel in Bangkok call my residence and speak with Benya. He stated that he was calling on your and Larry Huddon's behalf. He then threatened Benya and myself with arrest or bodily injury. --
Why?

I have no idea as to why your surrogate would make this threat to Benya -- a person not even a part of our issues. These threats were all coming while I have been consistently attempting to return the situation to a more normal and neutral situation. This recent action is incomprehensible to me.

Larry Huddon, a bystander to your actions, was included in these threats. -- I wonder if you ever advised Larry of my many attempts to reconcile with you before you included him as a party to making these threats. I find it hard to believe that Larry Huddon would ever have wanted to be a part of such action. And, frankly, I find your participation in these threats incomprehensible. I am certainly willing to show Larry my many attempts to reconcile with you which commenced just a day after your actions.

I have repeatedly advised that I would only act to protect my interests if threatened and my response to any type of threat, (including violence), would only take place in legal actions and the courts.

Now, at this time, and after I have made repeated efforts to deescalate, you have again escalated the situation. Again, -- Why? -- What is your motivation?

I need to advise you that I have:

1. Retained counsel.
2. Am preparing a pending legal action --both civiland criminal.
3. Have commenced initial preliminary investigations.

I do not know how many times I must advise you that I am not eager to act in any way that would create increased tensions -- the sole focus of my efforts, to this point, has been to resolve issues while assembling information that can be a part of protecting my interests.

In spite of your escalation, I have not filed any legal action. I still seek resolution without having to take legal action.

I do not want to open and then proceed in legal action that can I believe can only work to our mutual detriment and which would become a serious peripheral distraction for me. I see legal action as an event which will certainly make closure of our situation more difficult for each of us -- an action which should be avoided. --

There is still an opportunity to return to a neutral position which I would hope you would accept. Soon, it would appear, this option will not be available.

I now, again, offer you and others an opportunity to: deescalate; discuss past issues seeking closure; reconcile; or, in the alternative, just return to a neutral position without further mutual contact.

However, I need to advise that the incorrect impression that you have may have left with my attorney and several others may have damaged me, my reputation, and my interests. I must now set the record straight with a variety of parties.

As an experienced licensed psychologist with years of experience working with patients in both Thailand and the United States, I believe that you had a variety of options that you could have selected to deal with any issues of conflict in our relationship. Based upon your extensive training and personal knowledge of my situation, I reject finding the course of action which you selected as appropriate to the situation.

To set the record straight and move forward, I request that you prepare a brief letter, (without having to acknowledge any of what I believe to be your specific negligence or wrongdoing), that will accomplish this objective. I am also open as to your suggestion of
what might best accomplish this objective -- I certainly am not asking that you make compromising statements that would damage you or your reputation; however, I do need something from you that will be highly effective to present a more accurate picture of events than what may have been initially presented to others. I am certain you can draft a solution to this challenge that will be mutually acceptable.

In turn, I will exchange a letter with you and other parties indicating that if all further threats against Benya and myself cease -- I will also drop any pending legal actions / investigation. I would expect this exchange to be mutual and conclude all mutual issues. I do realize the wording is mutually sensitive and I would not state you ever had a person call me to make threats.

My objective: I still seek to rapidly deescalate the situation with each of us moving on without carrying any past problems into the future.

Perhaps, your attorney and my attorney can create the document that can accomplish this

objective. Or, should you wish, I will have my attorney create the document for your review, editing, and our mutual signatures.

Glenn, someday this situation will be but a small blip in our respective life histories – let us now move forward tackling more productive challenges. We do not need to continue on a negative path. At every turn, I have been trying to find a new path for us. Yet, it takes two of us to agree to change the current direction of events and find a new path.

The situation is now in your hands – Under the circumstances that have taken place, I do not know how to be more conciliatory.

I certainly look forward to mutual resolution of issues; however, lacking some type direct response from you that will clearly help us find a new path and lead us out of this potential quagmire, I will proceed with pending legal actions.


Jack L. Crawford III


cc: Lawrence Huddon
    Surat Kodkaew/ attorney