January 18, 2008

Shawn,

I am writing to you under conditions of your maintaining strictest confidence.

Be again advised:  No threats were made to Glenn… no action to cause him bodily injury was ever contemplated.   I was very upset yes, -- angry yes, -- furious yes, ---- but certainly no untoward s action was ever considered.

I would hope that my recent memo to Glenn might have given you some indication of what took place  to cause my distress.  And yes, I was also upset with the I quit / you quit relationship between  you and Glenn… yet, in so many ways, none of this is important.

Should you feel compelled to call or discuss this memorandum with Glenn, **stop reading and advise me you were not able to process the balance of this information in this document**.

Recapitulation  of recent events:

1.  Funding commitments have now been made in the amount of $40,000 and can be deposited at any time I secure my relationship with you or other new attorney.  I am still working to get additional amounts … some of these additional funding situations also look highly promising but no guarantees.

2.  I have frankly presented all the issues that I have had with both you and Glenn… you have seen what I have written.   My memorandums have been nothing but both frank and also **very conciliatory.**   I needed to advise you of each issue that I had.

    To move forward you needed to know my concerns – I believe that I understand your issues with me --- we would both need to clear the past and get back to work.

3.  Should we work together,  I would still want to have a conference call and review outstanding questions and concerns from past emails.. I have a variety of open items which have not been responded to.

4.  I certainly needed to express my concerns;  however , I see no reason that past problems cannot be resolved.  I do not carry grudges. I only want  to achieve  our mutual objective  of winning the case.

5.  I am neutral if Martin Ventress comes on board or not…. I like Martin and think we might be able to help each other.   All up to you.. if I can help and you think it is a good idea, I will talk to Martin and try to get him to come and work with us.  I understand Martin also now has funding.

EXHIBIT 8

6. I can let go of the issue of receipts on your past expenses; however, I must ask that future expenses be moderated to meet my budget.

7. Should we work together again, I need to know that the new funding I give to you will complete the work on my cases... I cannot put any more cash into my case. Any expense in excess of funding I provide and paid by you would be returned 2:1 upon settlement.

8. I do wish to point out that the issue with Glenn arose almost immediately after the request arose to complete the expert witness form. I am now checking credentials... I do not have all the information; however, it appears that Glenn may be working without a work permit and is unlicensed to practice in Thailand. This is quite serious.

   There may be other academic questions.. It appears that Glenn would never have been able to be an expert witness.... After recent events, I could not work with him as my psychologist. That does not mean that he might not be invaluable to help with FAA regulations and continue, should you wish, as a consultant. I am still open to a professional relationship with him if we can clearly establish our boundaries and conditions of our working relationship – we all want changes.

9. I only have one objective-- to win my case. If I have been off track, I can get back on track. If you need to reformat our relationship, it can be done.

10. Today, the situation escalated again. Glenn had a police friend, a Colonel in Bangkok, called my girlfriend and a threat was made. .... Again, I have no interest in these petty distractions or getting into a "pissing" contest. I have other things to complete that are much more important. However, I will take any required legal action in to protect myself and personal interests. Should Glenn wish to escalate in legal matters I certainly can do the same.... yet, so unproductive for both of us. I too would hope Glenn would pursue any issues he has with me only in the courts.. This recent escalation is of concern to me.

11. I have pointed out that we all have a "window of opportunity" to continue our work together.... Shawn, if you have any interest in discussion of working together, I need a rapid phone call or memo to start the process.. ...it can be done. You and I can work together or Glenn could be included to work in specific areas. We have some work to do to reformat our relationships.

   Jack L. Crawford