## Bumrungrad International

**Medical Certificate (Employment)**

Name: Mr. JACK LAFAYETTE CRAWFORD
HN: 100968369
Birth Date: 10 Mar 1943
Room:
Physician: Dr. Kavi Suvarnakich (53126)
Date: 28 Jan 2008 11:07
Age: 64 yrs
Sex: Male

73533036

ตรวจเมื่อวันที่ 28 เดือน January พ.ศ. 2008 เวลา
Date of Examination                                Time

ผลการตรวจชันสูตร (Findings) This is to certify that Mr. Jack Lafayette Crawford has been seen by me for psychiatric evaluation, including psychological assessment and phychological testings.

The result of the evaluation could be concluded that Mr. Jack Lafayette Crawford is suffered from depression with anxious mood. No psychotic symptoms were found. He is able to control his emotion well. No suicide or homicide tendency were found. His reasoning and judgment seemed to be good.

ความเห็น (Summary)

ขอรับรองว่าข้อความข้างต้นเป็นความจริง (The above statements are true.)



(ลงชื่อ) _Kavi Suvarnakich_ แพทย์ผู้ตรวจ
Physician Signature
Professor DR. Kavi Suvarnakich
ใบประกอบวิชาชีพเวชกรรม เลขที่ M.3841
License No.

(ลงชื่อ) _Jack L Crawford_ ผู้มารับการตรวจ
Patient's Signature

EXHIBIT 10

หมายเหตุ (Remark)

☐ สำหรับผู้ป่วย (For Patient)   ☐ สำหรับวางบิลบริษัทคู่สัญญา (For Contract Company)

bi-00060.wmf                              WC11IMC0004.bmc.bumrungrad.com                              29 Jan 2008 09:33