# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

ASB TOWER, SUITE 2200
1001 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE 808.523.2500   FAX 808.523.0842
WWW.CARLSMITH.COM

DIRECT DIAL NO.              APEPPER@CARLSMITH.COM              OUR REFERENCE NO.:
808.523.2572                                                    051729-00005

May 13, 2004

**VIA E-MAIL CAPTJACK43@HOTMAIL.COM**

Mr. Jack Crawford, III
The Regent Royal Place II 6/179
Soi Mahadlekluang 2, Rajadamri Road
Lumpini, Patumwan, Bangkok 10330

Re:   Ventress/Crawford v. Japan Airlines, et al.
      Civil No. 03-00451 SPK-LEK (U.S.D.C., Dist. of Hawaii)

Dear Mr. Crawford:

As you know, on April 21, 2004, Judge Kobayashi released Mr. Seitz as your counsel, placed you in *pro se* status, and ordered you to appear physically in Honolulu on June 16, 2004 (or through replacement counsel) for a status conference. As of the writing of this letter, I have received no indication that you have obtained replacement counsel and, thus, I am writing to you directly. If, however, you have retained replacement counsel, please let me know immediately so that I may redirect my inquiries and communications to such counsel.

The purpose of this letter is to give you one last opportunity to end your harassment of JAL and JALWAYS before this matter proceeds to a point of no return and JAL and JALWAYS become irrevocably committed to counter-suing you for malicious prosecution, abuse of process, etc. Given that your claims are wholly unmeritorious factually and are legally barred (such defects including the bar to your lawsuit posed by Article VIII(1) of the Treaty of Friendship, Commerce and Navigation that exists between the United States and Japan) and given that filing "employment" claims against non-employers is facially malicious and improper, JAL and JALWAYS has a current intent to sue you for your conduct in bringing and maintaining this lawsuit. That said, and as I noted to Mr. Seitz in my letter of February 17, 2004, if we can end this matter *now*, JAL and JALWAYS is willing to forgive and forget and would be willing to release their claims against you as part of a mutual agreement to end this case. Absent such an agreement by June 8, 2004, 3:00 p.m. H.S.T., I think you should anticipate that you will face the full legal resources of two large corporations with substantial financial support. As this is not an

**EXHIBIT 12**

HONOLULU    KAPOLEI    HILO    KONA    MAUI    GUAM    SAIPAN    LOS ANGELES
4850-1531-2128.1.051729-00005

Mr. Jack Crawford, III
May 13, 2004
Page 2

outcome that would serve your interests, I encourage you to seriously consider JAL and JALWAYS reasonable offer in this regard and agree to end this matter *immediately*.

I look forward to hearing from you prior to the deadline above-described.

Very truly yours,

Andrew L. Pepper

ALP/pji