96. 2005, 4:33PM    Charles H Brower, Esq.                    No.4220   P. 5
;808 5230842

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

ASB TOWER, SUITE 2200
1001 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE 808.523.2500   FAX 808.523.0842
WWW.CARLSMITH.COM

DIRECT DIAL NO.
808.523.2500

APEPPER@CARLSMITH.COM

OUR REFERENCE NO.:
051729-00005

December 29, 2004

<u>VIA FACSIMILE (526-0307)</u>

Charles H. Brower, Esq.
Pioneer Plaza
900 Fort Street, Suite 1210
Honolulu, Hawaii 96813

Re:   Ventress, et al. v. Japan Airlines, et al.
      <u>Civil No. 03-00451 SPK-LEK</u>

Dear Mr. Brower:

Thank you for your letter of December 29, 2004, responding to my letter of October 28, 2004.

As regards the research you commissioned from a legal research company regarding the ICN Treaty—research that you believe somehow exonerates you from my client's inchoate malicious prosecution claims—if you will send a copy of that research to me I will be happy to review it and advise my clients accordingly before they finalize their malicious prosecution lawsuit.

In a related vein, I ask that you voluntarily (and immediately) withdraw as Mr. Crawford's appellate counsel. Given that you may be a co-defendant of Mr. Crawford in a matter arising directly out of the matters on appeal, I think the conflict of you continuing to represent Mr. Crawford is rather obvious: For example, if JAL/Jalways proposes to settle with Mr. Crawford but continue to pursue you and your insurance carrier, you cannot both represent Mr. Crawford in those negotiations and represent your own personal interests without trammelling both your ethical duties and your representational duties to Mr. Crawford. As a professional courtesy, I will give you until Tuesday, January 18, 2005, to effectuate your withdrawal. If you have not acted by that time, I will be compelled to file the necessary motion(s) to force your withdrawal. I sincerely hope this will be unnecessary and this matter can be handled discreetly

EXHIBIT 14

Charles H. Brower, Esq.
December 29, 2004
Page 2

I look forward to hearing from you soon. As I do not expect to speak with you until next week, please let me take this opportunity to wish you, your family, and your office ohana, a safe and happy New Year's celebration.

Sincerely,

Andrew L. Pepper

ALP/bn
4812-1482-7776.1