**YAHOO! MAIL**

Welcome, captjack1943  Sign Out  All-New Mail  Help

Search: [          ]  Web Search

Contacts | Calendar | Notepad

Mail Upgrades - Options

Check Mail | Compose

Search Mail | Search the Web

**Folders** [Add - Edit]
- Inbox (8)
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]

**My Folders** [Hide]
- ASA
- CHARLES
- GLENN
- JACK
- KATHLEEN
- MARTIN_VENTRESS
- PETER
- SHAWN
- untitled

**Search Shortcuts**
- My Photos
- My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

Printable View

**Date:** Sun, 6 Jan 2008 17:58:09 -0800 (PST)
**From:** "Asa Voak" <asavoak@yahoo.com>  View Contact Details  Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more
**Subject:** Voak: to Jack: re: retainer
**To:** "Jack Crawford" <captjack1943@yahoo.com>

At your convenience let's take a look at this.. seems pretty clear... but I do have a question / concern.

asa

*Jack Crawford <captjack1943@yahoo.com>* wrote:

> Note: forwarded message attached.
>
> _____
>
> Looking for last minute shopping deals?
> Find them fast with Yahoo! Search. http://tools.search.yahoo.com/newsearch/category.php?category=shopping From: "Shawn Luiz" <attorneyluiz@msn.com>
> To: pacthai1@yahoo.com
> CC: captjack1943@yahoo.com
> Subject: retainer
> Date: Tue, 27 Feb 2007 19:05:28 -1000
>
> please have Capt. Jack fill out retainer and mail back original signature;
> Since I am flying to Pasdena and will incure hotel and airfare, when Jack is
> ready he could deposit maybe 3K towards Costs, and then additional as we
> need costs. After this initial expense it will be mainly copies, postage,
> trial books w/ tabs things of that nature
>
> regards Shawn
>
> _____
> Win a Zune—make MSN your homepage for your chance to win!
> http://homepage.msn.com/zune?icid=hmetagline

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages

Save Message Text | Full Headers

Check Mail | Compose

Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

EXHIBIT 15