YAHOO! MAIL

Welcome, captjack1943 Sign Out  All-New Mail  Help

My Yahoo!  Mail  Tutorials  More

Search:                Web Search

Contacts  Calendar  Notepad                    Mail Upgrades - Options

Check Mail | Compose                    Search Mail | Search the Web

Folders  [Add - Edit]
Inbox (8)
Draft
Sent
Bulk     [Empty]
Trash    [Empty]
My Folders [Hide]
ASA
CHARLES
GLENN
JACK
KATHLEEN
MARTIN_VENTRESS
PETER
SHAWN
untitled

Search Shortcuts
My Photos
My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** "J Ventress" <momdadventress@hotmail.com>  View Contact Details  Add Mobile Alert

**To:** "CaptJack43@hotmail.com" <captjack43@hotmail.com>, "jack crawford" <captjack1943@yahoo.com>

**CC:** pacthai1@yahoo.com

**Subject:** From Los Angeles

**Date:** Thu, 13 Dec 2007 16:42:28 -0500

Dear Jack:

I have been in Los Angeles for about a week. The info I promised you is on the "**desk top computer**" in Houston, TX. Sorry about that; however, I did bring a laptop computer to take care of my business.

I have attached a copy of the Arbitration Appeal to the U.S. District Court of Hawaii I filed this past week.
Hopefully, this will give you some insight on the ongoing discrimination we face in Hawaii.

By the way, Shawn Luiz has determined that <u>he will not represent me</u>.
No reason was given?

I will now move forward to update the NAACP, who told me that IF my case continues
to meet discriminatory results, they would then, consider assisting me in a legal defense.

That's it for now... from Los Angeles,

Take Care!

EXHIBIT 16

The best games are on Xbox 360. Click here for a special offer on an Xbox 360 Console. Get it now!

Attachments

APPEAL_TO_USDC_of_HAWAII.doc (98k) [Preview]    Scan and Save to Computer

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text | Full Headers

Check Mail | Compose                                  Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy