Yahoo!  My Yahoo!  Mail  Tutorials  More                   Welcome, captjack1943 Sign Out  All-New Mail  Help

YAHOO! MAIL
Classic

Search:                                    Web Search

Contacts   Calendar   Notepad                              Mail Upgrades - Options

Check Mail | Compose                           Search Mail | Search the Web

Folders   [Add - Edit]   Previous | Next | Back to Messages

Inbox (8)          Delete | Reply | Forward | Spam | Move...
Draft
Sent               This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View
Bulk   [Empty]     From:    "Shawn Luiz" <attorneyluiz@msn.com>   View Contact Details   Add Mobile Alert
Trash  [Empty]     To:      momdadventress@hotmail.com

My Folders [Hide]  CC:      pacthai1@yahoo.com, captjack1943@yahoo.com

ASA                Subject: Your request to retain my services
CHARLES            Date:    Sun, 9 Dec 2007 02:23:41 -1000
GLENN
JACK               December 9, 2007
KATHLEEN           Honolulu, Hawaii
MARTIN_VENTRESS
PETER              momdadventress@hotmail.com
SHAWN
untitled           Dear Mr. Ventress I will be unable to represent you. You should consider
                   finding another attorney, or alternatively, ask Mr. Sink to reconsider his
                   withdrawal.

Search Shortcuts   SAL
My Photos
My Attachments     Connect and share in new ways with Windows Live. Connect now!

                   Delete | Reply | Forward | Spam | Move...
                   Previous | Next | Back to Messages             Save Message Text | Full Headers

Check Mail | Compose                               Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

EXHIBIT 17