Yahoo!  My Yahoo!  Mail  Tutorials  More         Welcome, captjack1943 Sign Out  All-New Mail  Help

YAHOO! MAIL
Classic

Search: [                    ]  Web Search

Contacts   Calendar   Notepad                    Mail Upgrades - Options

Check Mail | Compose |                Search Mail | Search the Web |

Folders    [Add - Edit]
  Inbox (8)
  Draft
  Sent
  Bulk       [Empty]
  Trash      [Empty]
My Folders   [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

Search Shortcuts
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** "Shawn Luiz" <attorneyluiz@msn.com>   View Contact Details   Add Mobile Alert
**To:** momdadventress@hotmail.com, captjack1943@yahoo.com, pacthai1@yahoo.com
**Subject:** I propose working together as a 4 man team; see below
**Date:** Thu, 20 Dec 2007 22:58:29 -1000

12/20/07

Dear Jack, Martin and Glenn:

I wanted to rep Jack and Martin; however I wanted to keep low key until official and Martin when you started talking with Jack rather than me, it made it look like I was keeping things from Jack and Glenn and caused distrust among a three man team which I had hoped to make a four man team;

Jack and Martin if you really wish to win your respective cases, then:
1. Martin retains me too;
2. I am team leader;
3. Dr. Matthews is second in command as he is Jack's expert and has helped me understand my opponents from a psychological viewpoint; I would also like him to be Martin's expert if Martin and Glenn agree;
4. Jack and Martin follow orders of team leader and Glenn (like it or not); if we have four leaders we get no where;

I never boast but I have defeated dirty cops and dirty unions; it is up to everyone to decide whether JAL is brought to justice; or Martin and Jack allow them to get away with everthing they have done

I leave it up to all three of you; I have made it well known that I follow a higher calling and never leave any man behind in enemy territory but unless we all pool resources and cooperate as a team with no outside interference Jack and Martin may I say to both of you that you have let them win already; I have worked hard to get the case this far and I am willing to take it all the way; I need funds for fees and costs; I have never dropped my gun and deserted in the face of battle; but I have a family to feed; an office overhead; get serious and get financing; you will see once I scan in discovery from Pepper; LEK forced Pepper to give me (over 1000 pp of discovery) which he tried to hide; she threatened him with sanctions and I got it; I waited till we were in court on another matter (Sink's Motion to withdraw) and I caught him by suprise by just throwing out there that Pepper's discovery was overdue; LEK was not amused I must say and Pepper is not quick on his feet so he was tongue tied;

so get serious and get financing so David can stand in the gap and take on Goliath; this would not be my first time as everyone is already aware

I have been silent considering options through prayer and my legal expertise

EXHIBIT 18

everything is in your hands; please gentlemen for the sake of justice; you three discuss amongst yourselves and then approach me with your decision as to this four man team proposal

regards SAL

Get the power of Windows + Web with the new Windows Live. Get it now!

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                                   Save Message Text | Full Headers

Check Mail | Compose                                                        Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy