Yahoo!  My Yahoo!  Mail  Tutorials  More                    Welcome, captjack1943 Sign Out  All-New Mail  Help

YAHOO! MAIL Classic                              Search: [          ]  Web Search

[        ]  Contacts   Calendar   Notepad                    Mail Upgrades - Options

Check Mail | Compose                                 Search Mail | Search the Web

Folders         [Add - Edit]
  Inbox (8)
  Draft
  Sent
  Bulk          [Empty]
  Trash         [Empty]
My Folders      [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

Search Shortcuts
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

**Date:** Tue, 4 Dec 2007 08:29:38 -0800 (PST)

**From:** "glenn matthews" <pacthai1@yahoo.com>   View Contact Details   Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Need Information/Update

**To:** "Shawn Luiz" <attorneyluiz@msn.com>

**CC:** "Jack Crawford" <captjack1943@yahoo.com>

December 4, 2007
11:30PM Bangkok

Attention Attorney Luiz,

Well, as I suspected, Jack called Martin Ventress a few nights ago to find out the story on his arbitration and the decision handed down. As you already know, Ventress lost his arbitration and he is going to appeal due to the arbitrator being biased for HACS. But then you knew all of this because Ventress has been talking to you and you have even called Ventress, about the possibility of taking over his case, since Sink is withdrawing. Too, Jack found out that Bruce Schoggins has also been talking to you about taking over his case since Simons, now won't talk to Bruce and too Simons doesn't want to go up against Pepper. What I don't understand is why you told me in your last email that you did not know anything about the Ventress arbitration, when you have been talking to him and to Bruce. Do you really expect me to believe you? Do you really think it is wise for you to take on Ventress, if he gets the money, when you were so set to sever Ventress from Jack. When you have repeated time and time again about how bad Ventress is and what a danger he is, why would even consider taking him on?  By the way, where does the sever motion stand right now? Can you really do JUSTICE to so many clients, going up against the same big
company or companies? You are a one man operation, so things will get tight especially with your other clients or maybe you will do like Sink, just fold. I really question your judgement at this point in time, if Ventress was telling Jack the truth.

When do you expect the ruling by Judge King? Motion to Amend Complaint

When do you expect the ruling by LEK?
1. Motion by Pepper for Dismissal
2. Ruling that the Japanese have to come to Hawaii, for Depositions and as Witnesses at
   Arbitration and Trial

EXHIBIT 19

Where are the Manuals and Documents that Pepper told you he would produce within 30 days. Checking my calendar he is very late, way past 30 days, in giving you the material. I sure hope that you are not sitting on that material, when we could be working with it.

Where are the "Expert" documents and all the directions and examples that you were going to send? They may have left Honolulu, but they never arrived in Bangkok. Or maybe you are
going to use just the local "expert" Ray Downing. By the way, did you ever contact Ray Downing by email or phone, like you said you would?

Jack Crawford, wants a Conference Call with you, if possible later this week or next week. Please advise the date and time that is good for you, of course we would hope to have it like last time, your late afternoon 4PM or later, which is our morning 9AM or later.

Dr. Glenn G. Matthews
PACTHAI

---

Be a better sports nut! Let your teams follow you with Yahoo Mobile. Try it now.

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text | Full Headers

Check Mail | Compose                                  Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy