Yahoo!  My Yahoo!  Mail  Tutorials  More                Welcome, captjack1943 Sign Out  All-New Mail  Help

YAHOO! MAIL
Classic

Search: [                    ]  Web Search

Contacts   Calendar   Notepad                               Mail Upgrades - Options

Check Mail | Compose                              Search Mail | Search the Web

Folders      [Add - Edit]
Inbox (8)
Draft
Sent
Bulk         [Empty]
Trash        [Empty]
My Folders   [Hide]
ASA
CHARLES
GLENN
JACK
KATHLEEN
MARTIN_VENTRESS
PETER
SHAWN
untitled

Search Shortcuts
My Photos
My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

From: "J Ventress" <momdadventress@hotmail.com>  View Contact Details  Add Mobile Alert

To: "Shawn Luiz" <attorneyluiz@msn.com>, captjack1943@yahoo.com, pacthai1@yahoo.com

CC: "CaptJack43@hotmail.com" <captjack43@hotmail.com>

Subject: RE: Teamwork

Date: Mon, 31 Dec 2007 16:14:17 -0500

Dear Shawn,

Thank you for your email (12/21/07) and the proposals included. Notwithstanding that the holidays are now behind us, I hope that yours were joyous and the New Year is a good one for you and your family.

Nonetheless, I will take this opportunity to respond to your email. Initially, I was encouraged by your suggestion to represent me in the litigation against JAL et al currently before the USDC of Hawaii. However, I am compelled to address a few areas of concern growing out of your email.

To begin, I am somewhat dismayed at the reversals regarding representing me which you have reflected since our initial conversation of December 7, 2007. I came away from that conversation with the understanding that based on your statements; you could and would work with me to arrive at a mutually acceptable financial arrangement. Subsequently, on December 9, 2007, I received an email from you stating: "I will be unable to represent you" which, I believe that you would agree, is a somewhat dramatic reversal, only to be followed up on December 21, 2007 with what appears to me to be yet another reversal of perspective.

EXHIBIT 20

Please understand the above is not a criticism but rather a respectful review of my thoughts regarding these recent developments. While I am very appreciative of your latest perspective, in all fairness I would like to respond to a few of the notions which you raised in your email.

I do "question" employing Dr. Matthews as an "expert" in litigating my claims. I am not comfortable with this if it serves to exclude any and all other persons who in my opinion can and will be of significant value in perfecting my case. Admittedly, I very much respect Dr. Matthews and personally I think highly of him.

Furthermore, I must confess that I do not feel that a rigid structure of command, obedience and regimentation is conducive to a healthy and productive attorney client relationship. Nor do I satisfactorily understand the basis/inference of cooperating as a team "with no outside interference". I would sincerely appreciate your taking a moment to specifically explain what you have in mind by that notion.

I am of the belief that to fortify and mount a strong team effort, why don't we include Mike Moore and certainly Bruce Schoggen, someone who has already penetrated their pocketbook?

Certainly, representing Schoggen in the prosecution of the balance of his claims against HACS/JAL before Judge Ezra would have a tremendous impact on the rest of the "team". As I assume you know, while Mr. Schoggen's termination was set aside, the disposition of the remainder of his employment contract was not addressed in that JAL, in a punitive act, and under the advice of Mr. Andrew Pepper, refused to return Mr. Schoggen to his former position even though the basis for his termination as set forth by HACS was rejected as was the termination itself.

The value and relevance to our cases (Jack, Moore and me) of what the Schoggen case accomplished can not be over emphasized in that your stated position of "never leave any man behind in enemy territory" is unquestionably applicable here. As you will recall, Bruce has consistently been there for me and apprised you personally of his desire to assist you in any and all ways possible. Why Bruce's former attorney steadfastly refuses to represent him in the completion of his case remains a mystery, but I hope and that you will.

I look forward to your response as soon as practical... Thank you!

Yours truly,

Martin Ventress

From: attorneyluiz@msn.com
To: momdadventress@hotmail.com; captjack1943@yahoo.com; pacthai1@yahoo.com
Subject: I propose working together as a 4 man team; see below