21

Welcome, captjack1943 Sign Out All-New Mail Help

YAHOO! MAIL

Search:                                                     Web Search

Contacts   Calendar   Notepad                    Mail Upgrades - Options

Check Mail   Compose                        Search Mail   Search the Web

Folders  [Add - Edit]
Inbox (8)
Draft
Sent
Bulk    [Empty]
Trash   [Empty]
My Folders  [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

Search Shortcuts
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete  Reply  Forward  Spam  Move...

This message is not flagged. [ Flag Message - Mark as Unread ]       Printable View

**Date:** Wed, 21 Nov 2007 22:38:14 -0800 (PST)

**From:** "glenn matthews" <pacthai1@yahoo.com>   View Contact Details   Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Fwd:

**To:** "Jack Crawford" <captjack1943@yahoo.com>

November 22, 2007
1:30PM Bangkok

Jack, this came in from Shawn and he wanted me to pass it on to you. Glenn
Note: forwarded message attached.

*Be a better pen pal. Text or chat with friends inside Yahoo! Mail. See how.*

**Forwarded Message** [ Download File ]

**From:** "Shawn Luiz" <attorneyluiz@msn.com>

**To:** pacthai1@yahoo.com

**Subject:**

**Date:** Wed, 21 Nov 2007 19:17:55 -1000

**HTML Attachment** [ Scan and Save to Computer ]

Pepper sent a counter offer to Jack for $30,000.00 and will not sue him for malicious prosecution. Please pass onto Jack as incentive to talk to his mother ASAP

Connect and share in new ways with Windows Live. Connect now!

Delete  Reply  Forward  Spam  Move...

Previous | Next | Back to Messages              Save Message Text | Full Header

Check Mail   Compose                        Search Mail   Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

EXHIBIT 21