Yahoo!  My Yahoo!  Mail  Tutorials  More                Welcome, captjack1943 Sign Out  All-New Mail  Help

YAHOO! MAIL                                        Search: [                    ] Web Search
Classic

            Contacts  Calendar  Notepad                                    Mail Upgrades - Options

Check Mail | Compose                                       Search Mail | Search the Web

Folders        [Add - Edit]
  Inbox (8)
  Draft
  Sent
  Bulk    [Empty]
  Trash   [Empty]
My Folders     [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

Search Shortcuts
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]        Printable View

From:    "Shawn Luiz" <attorneyluiz@msn.com>   View Contact Details   Add Mobile Alert
To:      captjack1943@yahoo.com
CC:      pacthai1@yahoo.com
Subject: p.s. Jack
Date:    Sat, 12 Jan 2008 17:35:21 -1000

1/12/08

Dear Jack:

I gave you itemized costs soon after the Pasadena 9th Circuit oral argument trip and several times thereafter for commercial airline fare to Pasadena; Pasadena Hotel charges; and meals while there; I will locate the receipts and forward those as well

Very truly yours

/s/ Shawn A. Luiz

Watch "Cause Effect," a show about real people making a real difference. Learn more

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                        Save Message Text | Full Headers

Check Mail | Compose                                       Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

EXHIBIT 23