Yahoo! Mail — captjack1943@yahoo.com

YAHOO! MAIL

Welcome, captjack1943  Sign Out  All-New Mail  Help

Search    Web Search

Contacts   Calendar   Notepad                                Mail Upgrades - Options

[Check Mail]  [Compose]                          Search Mail    Search the Web

Folders    [Add - Edit]
  Inbox (8)
  Draft
  Sent
  Bulk           [Empty]
  Trash          [Empty]
My Folders       [Hide]
  ASA
  CHARLES
  GLENN
  JACK
  KATHLEEN
  MARTIN_VENTRESS
  PETER
  SHAWN
  untitled

Search Shortcuts
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete   Reply   Forward   Spam   Move...

This message is not flagged. [ Flag Message - Mark as Unread ]              Printable View

Date:    Mon, 12 Nov 2007 21:06:41 -0800 (PST)

From:    "glenn matthews" <pacthai1@yahoo.com>    View Contact Details    Add Mobile Alert
         Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

Subject: Fwd: fyi

To:      "Jack Crawford" <captjack1943@yahoo.com>

From Shawn FYI, Glenn

Note: forwarded message attached.

Be a better pen pal. Text or chat with friends inside Yahoo! Mail. See how.

**Forwarded Message** [ Download File ]

From:    "Shawn Luiz" <attorneyluiz@msn.com>
To:      pacthai1@yahoo.com
Subject: fyi
Date:    Mon, 12 Nov 2007 16:36:04 -1000

**HTML Attachment** [ Scan and Save to Computer ]

Help yourself to FREE treats served up daily at the Messenger Caf. Stop by today!
 Attachments

  ltr_jack_peppy_le_peu.doc (34k) [Preview]   Scan and Save to Computer
  ltr_jack_LEK.doc (38k) [Preview]            Scan and Save to Computer

Delete   Reply   Forward   Spam   Move...

Previous | Next | Back to Messages                       Save Message Text | Full Header

EXHIBIT 24

[Check Mail]  [Compose]                          Search Mail    Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Shawn A. Luiz
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500  Fax (808) 538-0600  E-mail: attorneyluiz@msn.com

November 12, 2007

**Pursuant to FRE 408**

(Via facsimile only 523.0842)

Andrew L. Pepper, Esq.
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813

Re: MARTIN VENTRESS AND JACK CRAWFORD v. JAPAN AIRLINES, et al;
CIVIL NO. 03-451 SPK-LEK

Dear Mr. Pepper:

Please find enclosed settlement demand email of November 8, 2007, resubmitted via letterhead. After extensive conversations with my client via telephone, the lowest he says he will currently accept in full settlement of all his claims is five million U.S. Dollars; I passed along all of your comments; he is adamant; I believe settlement is futile at this point in time.

Very truly yours,

Shawn A. Luiz

cc: Honorable Leslie E. Kobayashi, Via facsimile only 541-1386

Shawn A. Luiz
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500  Fax (808) 538-0600  E-mail: attorneyluiz@msn.com

November 12, 2007

**Pursuant to FRE 408**

(Via facsimile only 541-1386)

Honorable Leslie E. Kobayashi
United States Magistrate Judge
U.S. District Court for the District of Hawaii
U.S. Courthouse, Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850

    Re:    MARTIN VENTRESS AND JACK CRAWFORD v. JAPAN AIRLINES, et al;
             CIVIL NO. 03-451 SPK-LEK

Dear Judge Kobayashi:

Pursuant to FRCP, Rule 6, I respectfully request an extension of the minute order regarding letter deadline regarding settlement demand and to construe this letter as an *ex parte* motion to extend time. I was unable to complete the task until today other than email on the 8th as I was flying to San Francisco and was unsure if I would return prior to midnight on the evening of the 9th (see attached United Airlines ticket information). I managed to transmit the demand to Mr. Pepper on the evening of the 8th so he could forward it to his clients. I was flying to San Fran for arbitration the night of the 8th and wanted to get this to Mr. Pepper a day ahead of the minute Order as I was not to return to HNL till late Friday night at the earliest.

Please be aware that I have in good faith engaged in extensive conversations with my client via telephone to insure his demand is – with full knowledge of the pros and cons of the 5 million number he has selected. I especially explained how employment verdicts are usually reduced back to something in line with 42 USC 1981a. Irrespective, he maintains the lowest he says he will currently accept in full settlement of all his claims is five million U.S. Dollars; I passed along all of Mr. Pepper's comments; he was adamant; I believe settlement is futile at this point in time unless Mr. Pepper's client accepts the demand or has a counter-offer that my client feels is too good to pass up based on all of Mr. Pepper's points I have passed along to my client. I have found that there are often lots of emotional pain in these types of cases but once the numbers get going there is often room for negotiation. As Mr. Pepper's client has yet to move above

$0.00, I will eagerly await his client's acceptance or counteroffer.

Very truly yours,

Shawn A. Luiz

cc:  Andrew L. Pepper, Esq., via fax 523.0842

Enc: emailed settlement demand dated 11/8/07
     email of November 8, 2007, resubmitted via letterhead
     Ticket itinerary