CARLSMITH BALL LLP

ANDREW L. PEPPER          5141-0
STEVEN M. EGESDAL         4511-0
JOSEPH F. KOTOWSKI        7973-0
GARY G. GRIMMER           1769-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com
ggrimmer@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>              Plaintiffs,<br><br>      vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>              Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>DEFENDANT JALWAYS CO., LTD.'S **AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION;** CERTIFICATE OF SERVICE<br><br>(DEPONENT: JACK CRAWFORD-- PLAINTIFF) |

EXHIBIT 25

## DEFENDANT JALWAYS CO., LTD.'S AMENDED NOTICE
## OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO:  SHAWN A. LUIZ, ESQ.        JACK CRAWFORD
       810 Richards Street, Suite 800   SOI MATTAD LEX LAUNG 2
       Honolulu, Hawaii 96813      Bangkok, Thailand
                                    Email: captjack1943@yahoo.com
       Withdrawing Attorney for Plaintiff
       JACK CRAWFORD            Plaintiff

       CARL H. OSAKI, ESQ.
       Town Tower, #17G
       225 Queen Street
       Honolulu, Hawaii 96813

       Attorney for Defendant
       HAWAII AVIATION CONTRACT SERVICES, INC.

       PLEASE TAKE NOTICE that on behalf of Defendant JALWAYS CO.,

LTD. the following deposition will be taken pursuant to Rule 30 of the Federal Rules of

Civil Procedure, on the date, time and address listed below.

| NAME/ADDRESS | DATE/TIME/PLACE |
|---|---|
| JACK CRAWFORD--Plaintiff<br>c/o Shawn A. Luiz, Esq.<br>810 Richards Street, #800<br>Honolulu, Hawaii 96813 | February 20, 2008[1]<br>9:00 a.m.<br>Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 |
| JACK CRAWFORD -- Plaintiff<br>SOI MATTAD LEX LAUNG 2<br>Bangkok, Thailand<br>Email: captjack1943@yahoo.com | |

---

[1]      Or on some other date as may be mutually agreed upon by counsel.

The deposition will commence as listed above and shall continue from day to day until completed.

The deposition shall be taken upon oral examination, and such cross, redirect and recross questions as may be duly served herein pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a notary public or officer duly authorized to administer oaths. You are invited to attend and cross-examine.

DATED: Honolulu, Hawaii, January _23_, 2008.


ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III
GARY G. GRIMMER

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.



CARLSMITH BALL LLP
Post Office Box 656
Honolulu, Hawaii 96809-0656

JACK CRAWFORD
SOI MATTAD LEX LAUNG 2
**Bangkok, Thailand**