CARLSMITH BALL LLP

| | |
|---|---|
| GARY G. GRIMMER | 1769-0 |
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
ggrimmer@carlsmith.com
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., DESIGNATION OF EXPERT WITNESSES; CERTIFICATE OF SERVICE<br><br><br>TRIAL DATE: July 8, 2008 |

## DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S DESIGNATION OF EXPERT WITNESSES

Defendants Japan Airlines and Jalways Co., Ltd. ("JAL Defendants") hereby designate the following expert witnesses to testify at the trial herein:

| **WITNESS** | **ANTICIPATED TESTIMONY** |
|---|---|
| Captain Kazuo Hanami<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot.  Captain Hanami further will testify regarding Mr. Crawford's line checks (see attached report). |
| Captain Kozo Nakabayashi<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Captain Kenji Yamada<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Captain Jun Shimada<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Keith Bertiaux<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |

| **WITNESS** | **ANTICIPATED TESTIMONY** |
|---|---|
| Phillip Bonasera<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI 96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Rick Rees<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI 96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Gary Brill<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI 96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Eric Holck<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI 96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Anthony Frieberg<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI 96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Michael Hudgins<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI 96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |

| **WITNESS** | **ANTICIPATED TESTIMONY** |
|---|---|
| Bob Lewis<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Rick Ell<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Jim Van der Kamp<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Robert Botnick<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Mark Moss<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Mike Silva<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |

| **WITNESS** | **ANTICIPATED TESTIMONY** |
|---|---|
| Ron Mohan<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Sonny Thiele<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Nick Lucas<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Donald Lowry<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Paul Devlin<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Rob Pullman<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |

| WITNESS | ANTICIPATED TESTIMONY |
|---|---|
| Eric Bate<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Delmar Patrick<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Rick Eagle<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| John Payne<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Ray Downing<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Bruce Schoggen<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |

| WITNESS | ANTICIPATED TESTIMONY |
|---|---|
| Martin Ventress<br>6124 Highway 6 North # 101<br>Houston, TX  77084 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Ron Varley<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Chris Van Voorhis<br>c/o Carlsmith Ball LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813 | This witness will provide percipient testimony which is expert in nature about the exercise of piloting skills by Jack Crawford, as well as his observations and expertise as a pilot. |
| Representative(s) of the International Air Service Company, Ltd.<br>220 Twin Dolphin Drive, Suite C<br>Redwood City, CA 94065<br><br>or<br><br>2000 Airport Road<br>Napa, CA 94558 | This witness will provide testimony relating to Mr. Crawford and his employment with IASCO. |
| Representative(s) of U.S. Airways<br>Corporate Headquarters Location<br>111 W. Rio Salado Parkway<br>Tempe, AZ 85281 | This witness will provide testimony relating to Mr. Crawford and his employment with U.S. Airways |

The JAL Defendants reserve the right to name and call an economic expert, as well as an expert on mitigation of damages. The JAL Defendants also reserve the right to supplement these expert designations for purposes of rebuttal.

DATED: Honolulu, Hawaii, February 5, 2008.

/s/ Gary G. Grimmer
GARY G. GRIMMER
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.