IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>        Defendants. | CIVIL NO. CV 03-00451 SPK-LEK<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., DESIGNATION OF EXPERT WITNESSES was duly served upon the parties listed below at their last known address on the date set forth below.

Served Electronically through CM/ECF:

SHAWN A. LUIZ, ESQ.
810 Richards Street, Suite 800
Honolulu, HI 96813
Email:  attorneyluiz@msn.com

Withdrawing Attorney for Plaintiff
JACK CRAWFORD

Served via Email & U.S. Mail:

JACK CRAWFORD
SOI MATTAD LEX LAUNG 2
Bangkok, Thailand
Email:  captjack1943@yahoo.com

Plaintiff *Pro Se*

Served Electronically through CM/ECF:

CARL H. OSAKI, ESQ.
Town Tower, #17G
225 Queen Street
Honolulu, Hawaii  96813
Email: cho@hawaii.rr.com

Attorney for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.

DATED:  Honolulu, Hawaii, February 5, 2008.

/s/ Gary G. Grimmer
GARY G. GRIMMER
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.