# MINUTES

CASE NUMBER:       CIVIL NO. 03-00451SPK-LEK

CASE NAME:         Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     02/05/2008                   TIME:

COURT ACTION:  EO: Plaintiff Jack L. Crawford's Motion for a Ninety Day Continuance filed 2/4/2008 will be considered by Magistrate Judge Leslie E. Kobayashi as a **Non Hearing Motion.**

Any memorandum in opposition or response is due **2/19/2008.**
Any reply memorandum is due **3/4/2008.**

Plaintiff Jack L. Crawford's Motion for a Ninety Day Continuance filed 2/4/2008 will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi **thereafter**.

Submitted by: Warren N. Nakamura, Courtroom Manager