ORIGINAL

Jack L. Crawford III
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini, Patumwan,
Bangkok, Thailand 10330

Mobile Telephone: 001-66-81-907-9236
Land Line Telephone: 001-66-2-650-2307
Facsimile: 001-66-2-650-2307
E-mail: captjack1943@yahoo.com

Plaintiff, PRO SE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 05 2008

at 4 o'clock and 5 min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK L. CRAWFORD, | CIVIL NO. 03-00451 – SPK – LEK |
| Plaintiff, | ADDENDUM TO PLAINTIFF JACK L. CRAWFORD'S |
| vs. | MOTION FOR A NINTY DAY CONTINUANCE |
| JAPAN AIRLINES AND JALWAYS CO., LTD. | ADDITIONAL DOCUMENTATION ATTACHED |
| Defendants. | CERTIFICATE OF SERVICE |

1

## PLAINTIFF JACK L. CRAWFORD'S
## MOTION FOR CONTINUANCE

02-02-08

The Honorable Judge Magistrate Leslie E. Kobayashi
Clerk's Office
United States District Court
District of Hawaii
300 Ala Mona Blvd Room C-338
Honolulu HI 96850
Tel: 808-541-3089
Fax: 808-541-1303

Re:  Addendum to Crawford's Request for 90-day continuance

Case number: CIVIL NO. 03-00451SPK-LEK

In addition to prior rationale for my request for a for a continuance of ninety days I have just, today, received four motions for the first time from Shawn Luiz.

Luiz indicates in that I have the unmitigated gall to not pay his billing, unsupported by any detailed receipts, that he has no intention of investing any of his time to respond to these motions.  (See exhibit)

Therefore, in addition to the previous reasons presented to the court seeking a 90-day continuance, I now also add the requirement that my new counsel must now respond to the 4 motions just sent to me.  Kindly note that the motions I now have were referred to only obliquely in item #6 or my original motion seeking a 90 day continuance.  I now have these motions from Luiz. While I still believe Mr. Luiz is the current attorney of record. Mr. Luiz is ignoring the litigation that he agreed to perform unconditionally in the retainer agreement for $25,000 and a (33 1/3%) contingency.

I now respectfully submit these additional points as reasons for requesting the court to grant me a continuance for a minimum of 90-days or, until I have advised the court I have new counsel.

2