## EXHIBIT 1:

## EMAIL FROM LUIZ -- "MOTION TO WITHDRAW"

(Luiz dropping case without a ruling from the court calling Crawford's non payment of billing which has no receipts "unmitigated gall" while Crawford suggest it is, in fact, unmitigated call for Luiz to demand Crawford pay for a billing without a receipt and in which no due date was established in the Lawyer / Client Agreement and when no monthly billing statements were ever sent by Luiz )

## EXHIBT 2:

## EMAIL FROM LUIZ – STATES DOCUMENTS ARE PUBLIC RECORD

Statement from Crawford related to Exhibit 2:

Luiz submitted documents both "in camera" and under seal: therefore, Crawford believed that in that this was a private hearing with no oral arguments that any documents which he sent should be treated in the same confidential manner with the same expectations as enjoyed by Luiz. Yet, Luiz advises Crawford that the documents are public -- is Luiz advising Crawford as his counsel or in another capacity.

Crawford in sending any material to either the Court or others was, to the best of his ability as while believing he might be acting pro se, attempting to keep all parities advised of his general undertakings with the Court, (as he had been directed to copy all parties), but without sharing confidential documents that were a part of his case or between Crawford and his attorney.

Upon a ruling by the court, that Luiz is really not his counsel, and after the request for a 90-day continuance is ruled upon, Crawford soon hopes to have a licensed attorney provide legal services in exact accordance with the rules of the court. Crawford has some confusion until the court rules that Luiz is not his attorney and under what conditions, if any), that Luiz may withdraw as to who should be responding to incoming Motions.