YAHOO! MAIL

Make Y! your home page   Welcome,

Web Search

Mail Upgrades - Options

Contacts   Calendar   Notepad

Search Mail   Search the Web

Check Mail   Compose

Folders   [Add - Edit]
Previous | Next | Back to Messages

Inbox (10)
Draft
Sent
Bulk   [Empty]
Trash   [Empty]

Delete   Reply   Forward   Spam   Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

Printable View

My Folders   [Hide]
ASA
CHARLES
GLENN
JACK
KATHLEEN
MARTIN_VENTRESS
PETER
SHAWN
untitled

Search Shortcuts
My Photos
My Attachments

From:   "Shawn Luiz" <attorneyluiz@msn.com>   Add Mobile Alert
To:     captjack1943@yahoo.com
Subject: motion to withdraw; four motions by JAL and Discovery Request
Date:   Fri, 1 Feb 2008 14:39:05 -1000

**Shawn A. Luiz**
**Attorney at Law**
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500  Fax (808) 538-0600  E-mail: attorneyluiz@msn.com

February 1, 2008

JACK CRAWFORD

Re:   Motion to Withdraw

Dear Mr. Crawford:

In light of my pending motion to withdraw, and additionally your unmitigated gall in failing to honor the terms of the agreement you signed on February 27, 2007, I am forwarding you four separate JAL motions for summary judgment in order that you may make other arrangements to file oppositions should you wish to do so. As you have failed to reimburse me for over $5,000 in costs alone to date, I no intention of incurring further costs by no means. I have also attached JAL's first request for production of documents.

Very truly yours,

EXHIBIT 1

Shawn A. Luiz

Helping your favorite cause is as easy as instant messaging. You IM, we give. Learn

more.

Attachments

| | |
|---|---|
| JAL_MSJ_No_1.PDF (1.6MB) | Scan and Save to Computer |
| JAL_MSJ_No._2.PDF (1.5MB) | Scan and Save to Computer |
| JAL_MSJ_No._3.PDF (1.6MB) | Scan and Save to Computer |
| JAL_MSJ_No._4.PDF (1.3MB) | Scan and Save to Computer |
| JAL_PODR_to_JC.PDF (502k) | Scan and Save to Computer |

Delete    Reply    Forward    Spam    Move...

Previous | Next | Back to Messages         Save Message Text | Full Headers

Check Mail    Compose                      Search Mail    Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy


EXHIBIT