**YAHOO! MAIL**

Welcome,

Web Search

Contacts   Calendar   Notepad

Mail Upgrades - Options

Check Mail   Compose

Search Mail   Search the Web

Folders   [Add - Edit]
- Inbox (8)
- Draft
- Sent
- Bulk   [Empty]
- Trash   [Empty]

My Folders   [Hide]
- ASA
- CHARLES
- GLENN
- JACK
- KATHLEEN
- MARTIN_VENTRESS
- PETER
- SHAWN
- untitled

Search Shortcuts
- My Photos
- My Attachments

Previous | Next | Back to Messages

Delete   Reply   Forward   Spam   Move...

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

From: "Shawn Luiz" <attorneyluiz@msn.com>   Add Mobile Alert
To: captjack1943@yahoo.com
Subject: minute orders 300 and 301
Date: Fri, 1 Feb 2008 16:34:43 -1000

February 1, 2008

JACK CRAWFORD

Re:   Motion to Withdraw

Dear Mr. Crawford:

Please find enclosed court's minute orders 300 and 301;

The court filed your position statement and the accompanying exhibits so they are public record.

Very truly yours,

Shawn A. Luiz

Need to know the score, the latest news, or you need your Hotmail®-get your "fix" Check it out.

Attachments

minute_orders_300_and_301.PDF (86k)   Scan and Save to Computer

Delete   Reply   Forward   Spam   Move...

Previous | Next | Back to Messages   Save Message Text | Full Headers

Check Mail   Compose   Search Mail   Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy