ORIGINAL

Jack L. Crawford III
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini, Patumwan,
Bangkok, Thailand 10330

Mobile Telephone: 001-66-81-907-9236
Land Line Telephone: 001-66-2-650-2307
Facsimile: 001-66-2-650-2307
E-mail: captjack1943@yahoo.com

Plaintiff, PRO SE



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 05 2008

at __ o'clock and 5' min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK L. CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES AND JALWAYS CO., LTD.<br><br>Defendants. | CIVIL NO. 03-00451 – SPK – LEK<br>(Civil Rights)<br><br>ADDENDUM TO CRAWFORD'S POSTION STATEMENT AND OPPOSITION TO WITHDRAWL OF SHAWN LUIZ, ATTORNEY AS COUNSEL FOR THE PLAINTIFF. |

1

<u>ADDENDUM #2</u>
<u>TO CRAWFORD'S POSITION / OPPOSITION STATEMENT TO THE
LUIZ MOTION TO WITHDRAW WITHOUT CONDITIONS OR
PENALTY</u>

Today, the 2nd of February, Luiz has just sent 4 motions to me. In spite of prior promises to keep me advised of actions in front of the court, he now just sends these motions to me as indicated in his email of 02-01-01 which I have attached.

Further, without a ruling by the court, Luiz indicates, "….in that I, (Crawford), has the unmitigated gall to not pay his billing* that he, (Luiz), has no intention of investing any of his time to respond to these motions." (See exhibit) In that Luiz has not been removed by the Court as counsel, Crawford wonders if the statements by Luiz may be premature. Would it not be up to the Court to first determine the correct position of Shawn Luiz to his client and to determine under what conditions Luiz may withdraw.

Crawford suggests that acting to abandon his client without a ruling from the Court may be appropriate, especially, in view of the fact that all billings from Luiz remain unsupported by detailed receipts.

---

*To date, all charges from Luiz to Crawford remain unsupported by any detailed receipts showing room, food and beverage, and airfare charges. Crawford does not think a request for detailed receipts exhibits unmitigated gall.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 03-00451 – SPK – LEK

<u>JACK L. CRAWFORD</u>
Plaintiff, PRO SE

vs.

JAPAN AIRLINES AND JALWAYS CO., LTD.
Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion For Continuance was served via U.S. Certified Mail and/or FEDEX on the person(s) listed below:

TO: ANDREW PEPPER, ESQ.
Carl Smith Ball LLP
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Attorney for Defendants
Japan Airlines and JALways, Co., Ltd.

TO: CARL H. OSAKI, ESQ.
Town Tower #17G
225 Queen Street
Honolulu, Hawaii 96813
Attorney for Defendants
Hawaii Aviation Contract Services, Inc.

DATED: <u>February 2nd, 2008</u>

SIGNED: _____
JACK L. CRAWFORD

3