# MINUTES

CASE NUMBER:   CV NO. 03-00451SPK-LEK

CASE NAME:   Jack Crawford Vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Samuel P. King          REPORTER:

DATE:   2/7/2008                 TIME:

COURT ACTION:   EP:   "MINUTE ORDER"

The hearings on motions now scheduled for March 14, 2008, are continued to May 14, 2008 @l0:00 a.m.  This applies to both Crawford (Civ. No. 03-451) and Ventress (Civ. No. 07-581). The due dates for any remaining briefing shall be calculated from the new hearing date.

As indicated earlier, the Court will consider whether the pending Motion for Judgment on the Pleadings (regarding preemption) [doc. 255 in Crawford, and doc. 4 in Ventress] should be decided without an oral hearing pursuant to LR 7.2(d).  Such consideration will take place after proceedings regarding the pending Motion to Withdraw as Counsel in Crawford have been resolved.

Submitted by Leslie L. Sai, Courtroom Manager