# MINUTES

CASE NUMBER:        CIVIL NO. 03-00451SPK-LEK

CASE NAME:        Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:    02/08/2008        TIME:

---

COURT ACTION:   EO: New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1.    Jury trial on October 7, 2008 at 9:00 a.m. before SPK
2.    Final Pretrial Conference on August 26, 2008 at 9:00 a.m. before LEK
3.    Final Pretrial Conference before District Judge N/A
4.    Final Pretrial Statement by August 19, 2008
5.    File motions to Join/Add Parties/Amend Pleadings by **N/A**
6.    File other Non-Dispositive Motions by July 9, 2008
7.    File Dispositive Motions by **N/A**
8a.    File Motions in Limine by September 16, 2008
8b.    File opposition memo to a Motion in Limine by September 23, 2008
11a.    Plaintiff's Expert Witness Disclosures by **N/A**
11b.    Defendant's Expert Witness Disclosures by **N/A**
12.    Discovery deadline August 8, 2008
13.    Settlement Conference set for **on call**  before LEK
14.    Settlement Conference statements by **N/A**
20.    Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by September 23, 2008
21.    File Final witness list by September 16, 2008
24.    Exchange Exhibit and Demonstrative aids by September 9, 2008
25.    Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 16, 2008
26.    File objections to the Exhibits by September 23, 2008
28a.    File Deposition Excerpt Designations by September 16, 2008
28b.    File Deposition Counter Designations and Objections by September 23, 2008
29.    File Trial Brief by September 23, 2008

30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00451SPK-LEK;
Jack Crawford vs. Japan Airlines;
Rule 16 Scheduling Conference Minutes
02/08/2008