# MINUTES

CASE NUMBER:     CIVIL NO. 03-00451SPK-LEK

CASE NAME:     Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi          REPORTER:

DATE:     02/11/2008                    TIME:

COURT ACTION:  EO: Motion to Withdraw as Counsel is GRANTED and terminated. The Court will issue a written order.

Submitted by: Warren N. Nakamura, Courtroom Manager