IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| JACK CRAWFORD, | CIVIL NO. CV 03-00451 SPK-LEK |
| Plaintiff, | ORDER GRANTING *EX PARTE* APPLICATION FOR ISSUANCE OF COMMISSION TO TAKE DEPOSITIONS IN JAPAN; COMMISSION |
| vs. | |
| JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAI`I AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

### ORDER GRANTING *EX PARTE* APPLICATION FOR ISSUANCE OF COMMISSION TO TAKE DEPOSITIONS IN JAPAN

An *Ex Parte* Application for Issuance of Commission to Take Depositions in Japan having been made by Defendants Japan Airlines and Jalways Co., Ltd. ("JAL Defendants"), and having been duly considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

The JAL Defendants' *Ex Parte* Application for Issuance of Commission to Take Depositions in Japan is hereby GRANTED;

A Commission is issued to any Consul or Vice Consul of the United States, United States Embassy, Toyko, Japan, for the taking of the oral depositions of the following persons on the date, time and location as indicated below or at any other noticed date, time and location:

| NAME AND ADDRESS | DATE/TIME/PLACE |
|---|---|
| Captain Kazuo Hanami<br>3-6-8, Tokyo Int'l Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | May 7 - 9, 2008<br>9:00 o'clock a.m.<br>U.S. Embassy Tokyo<br>10-5 Akasaka, 1-chrome,<br>Minato-ku, Tokyo, Japan 107-8420 |
| Captain Kozo Nakabayashi<br>55-7-D Granze Jyosui 201<br>Jyosuidori Chuo-ku Fukuoka 810-0028<br>JAPAN | May 7 - 9, 2008<br>9:00 o'clock a.m.<br>U.S. Embassy Tokyo<br>10-5 Akasaka, 1-chrome,<br>Minato-ku, Tokyo, Japan 107-8420 |
| Captain Kenji Yamada<br>1739-34 Basania Club 202<br>Atami Atami-shi Shizuoka 413-0033<br>JAPAN | May 7 - 9, 2008<br>9:00 o'clock a.m.<br>U.S. Embassy Tokyo<br>10-5 Akasaka, 1-chrome,<br>Minato-ku, Tokyo, Japan 107-8420 |
| Captain Jun Shimada<br>3-6-8, Tokyo Int'l Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | May 7 - 9, 2008<br>9:00 o'clock a.m.<br>U.S. Embassy Tokyo<br>10-5 Akasaka, 1-chrome,<br>Minato-ku, Tokyo, Japan 107-8420 |

a.      [1]The Consul or Vice Consul is to certify the depositions and place the original transcribed depositions and the Commission in a sealed envelope, with the title of each deposition, the caption and docket number of the above-entitled case endorsed on the envelope.  The Consul or Vice Consul is then to forward the sealed envelope(s) in a separate envelope, by certified or registered mail, to Gary G. Grimmer, Esq., Carlsmith Ball LLP, 1001 Bishop Street, ASB Tower, Suite 2200, Honolulu Hawai`i, 96813.

---

[1]      The deponents have agreed to appear voluntarily thus the specific dates and times will be agreed upon by the parties and the deponents will be advised accordingly.

DATED:  Honolulu, Hawai`i, February 15, 2008.



        /S/ Leslie E. Kobayashi
        Leslie E. Kobayashi
        United States Magistrate Judge

_____
Jack Crawford v. Japan Airlines, et al.; Civil No. CV 03-00451 SPK-LEK
*ORDER GRANTING EX PARTE APPLICATION FOR ISSUANCE OF*
*COMMISSION TO TAKE DEPOSITIONS IN JAPAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JACK CRAWFORD, | CIVIL NO. CV 03-00451 SPK-LEK |
| Plaintiff, | COMMISSION |
| vs. | |
| JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAIʻI AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

**COMMISSION**

TO: **ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**
United States Embassy, Tokyo, Japan

Upon the Application of Defendants JAPAN AIRLINES and JALWAYS CO., LTD. ("JAL Defendants"), and pursuant to Article 17 of the United States - Japan Consular Convention,

You have been duly appointed and you are hereby authorized to take the oral deposition at the United States Embassy in Tokyo, Japan, of the following witness who will appear voluntarily on or about the dates and times set forth below and to mark any documentary exhibits in connection therewith.

| NAME AND ADDRESS | DATE/TIME/PLACE |
|---|---|
| Captain Kazuo Hanami<br>3-6-8, Tokyo Int'l Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | May 7 - 9, 2008<br>9:00 o'clock a.m.<br>U.S. Embassy Tokyo<br>10-5 Akasaka, 1-chrome,<br>Minato-ku, Tokyo, Japan 107-8420 |

| NAME AND ADDRESS | DATE/TIME/PLACE |
|---|---|
| Captain Kozo Nakabayashi<br>55-7-D Granze Jyosui 201<br>Jyosuidori Chuo-ku Fukuoka 810-0028<br>JAPAN | May 7 - 9, 2008<br>9:00 o'clock a.m.<br>U.S. Embassy Tokyo<br>10-5 Akasaka, 1-chrome,<br>Minato-ku, Tokyo, Japan 107-8420 |
| Captain Kenji Yamada<br>1739-34 Basania Club 202<br>Atami Atami-shi Shizuoka 413-0033<br>JAPAN | May 7 - 9, 2008<br>9:00 o'clock a.m.<br>U.S. Embassy Tokyo<br>10-5 Akasaka, 1-chrome,<br>Minato-ku, Tokyo, Japan 107-8420 |
| Captain Jun Shimada<br>3-6-8, Tokyo Int'l Airport, Haneda<br>Ohta-ku, Tokyo 144<br>JAPAN | May 7 - 9, 2008<br>9:00 o'clock a.m.<br>U.S. Embassy Tokyo<br>10-5 Akasaka, 1-chrome,<br>Minato-ku, Tokyo, Japan 107-8420 |

[2]

Counsel for the JAL Defendants who will participate in said deposition is:  Gary G. Grimmer, Esq., Carlsmith Ball, LLP, ASB Tower, Suite 2200, 1001 Bishop Street, Honolulu, HI  96813, (808) 523-2500.  Counsel for defendant Hawai`i Aviation Contract Services, Inc. ("HACS") who will participate in said deposition is:  Carl Osaki, Esq., Town Tower #17G, 225 Queen Street, Honolulu, Hawai`i  96813, (808) 528-4666.

Please cause the testimony of said witness(es) to be reduced to writing and the deposition(s) signed by said witness(es) and annex the deposition testimony to your commission and close the same under your seal and make return thereof to Gary G. Grimmer, Esq., Carlsmith Ball LLP, 1001 Bishop Street, ASB Tower, Suite 2200, Honolulu Hawai`i, 96813.

---

[2]    The deponents have agreed to appear voluntarily thus the specific dates and times will be agreed upon by the parties and the deponents will be advised accordingly.

DATED:  Honolulu, Hawaii, February 14, 2008.



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

---

Jack Crawford v. Japan Airlines, et al.; Civil No. CV 03-00451 SPK-LEK
*COMMISSION TO TAKE DEPOSITIONS IN JAPAN*