CARL H. OSAKI   4008-0
Attorney At Law, A Law Corporation
Town Tower, No. 17G
225 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>         Plaintiff,<br><br>     vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>         Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S POSITION RE PLAINTIFF'S REQUEST FOR NINETY DAY CONTINUANCE; CERTIFICATE OF SERVICE |

DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S
POSITION RE PLAINTIFF'S REQUEST FOR NINETY DAY CONTINUANCE

Defendant Hawaii Aviation Contract Services, Inc. does not object to Plaintiff's request for a continuance, as long as it does not interfere with already noticed depositions in Japan.

DATED:   Honolulu, Hawaii   FEB 1 9 2008   .

CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.