IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACK CRAWFORD, | ) | CIVIL NO. CV 03-451 SPK-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAPAN AIRLINES; JALWAYS CO., | ) | |
| LTD., a subsidiary of Japan | ) | |
| Airlines; HAWAII AVIATION | ) | |
| CONTRACT SERVICES, INC.; | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

JACK CRAWFORD
captjack1943@yahoo.com

DATED:   Honolulu, Hawaii   FEB 1 9 2008                        .

_____
CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.