CARL H. OSAKI   4008-0
Attorney At Law, A Law Corporation
Town Tower #17G
225 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>          Plaintiffs,<br><br>     vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>          Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S EX PARTE MOTION FOR ISSUANCE OF LETTER OF REQUEST; AFFIDAVIT OF CARL H. OSAKI |

DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S
EX PARTE MOTION FOR ISSUANCE OF LETTER OF REQUEST

Defendant HAWAII AVIATION CONTRACT SERVICES, INC. ("HACS"), by and through its attorney, hereby moves this Honorable Court for issuance, pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, and Article 17 of the United States-Japan Consular Convention, of a Letter of Request to any Consul or Vice Consul of the United States having jurisdiction of civil causes at the city of Tokyo, in the Country of Japan, to take the depositions upon oral examination of:  1) Captain Kazuo Hanami; 2) Captain Kozo Nakabayashi; 3) Captain Kenji Yamada; and 4) Captain Jun Shimada, all who reside in the Country of Japan.

This motion is brought pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, and Article 17 of the United States-Japan Consular convention, and is based upon the affidavit of Carl H. Osaki, attached hereto, and all the records and files in this case.

DATED:   Honolulu, Hawaii   FEB 2 9 2008                    .

                                            CARL H. OSAKI
                                            Attorney for Defendant
                                            HAWAII AVIATION CONTRACT
                                                SERVICES, INC.