IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS and JACK CRAWFORD,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>    Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>AFFIDAVIT OF CARL H. OSAKI |

## AFFIDAVIT OF CARL H. OSAKI

STATE OF HAWAII            )
                           ) SS.
CITY AND COUNTY OF HONOLULU )

CARL H. OSAKI, being first duly sworn upon oath deposes and says that:

1. I am the attorney for Defendant HAWAII AVIATION CONTRACT SERVICES, INC. ("HACS") in the above-entitled matter and am competent to testify as to the matters set forth herein;

2. This action involves Plaintiff Jack Crawford's ("Crawford") allegations that he was terminated from his job because he reported safety issues. Crawford's allegations are completely false and comprise an after-the-fact fabrication to mask the undisputable fact that his termination arose from his sub-par performance as a crew-member of a multi-engine passenger

airliner, flying under the flag of the independent nation of Japan. Crawford has had no less than four attorneys represent him in this action, all of whom have presently withdrawn. These depositions are the result of negotiations between HACS and the attorneys for Defendants Japan Airlines and JALways Co., Ltd. (collectively, "JAL") of witnesses otherwise not within the subpoena power of any United States court of law;

   3. Pursuant to the employment contract executed by Crawford with HACS, this matter has been stayed (between Crawford and HACS only) by the United States District Court for the District of Hawaii, pending the resolution of an arbitration proceeding, currently under the auspices of a Honolulu, Hawaii, alternative dispute resolution company called, Dispute Prevention and Resolution;

   4. Due to the requirements of the Embassy of The United States, Tokyo, Japan, and pursuant to the Hague Evidence Convention and Article 17 of the United States - Japan Consular Convention, a certified order from this Court is required to take the noticed depositions of Japanese nationals;

   5. HACS, upon approval of this Court, will also seek the additional approval from Dispute Prevention and Resolution to proceed with securing the testimony of these material witnesses;

   6. It is material and necessary that HACS have the testimony of the following named witnesses, all who reside in the country of Japan, to support and prove HACS' defenses:

```
CAPTAIN KAZUO HANAMI
3-6-8, Tokyo International Airport, Haneda
Ohta-ku, Tokyo   144
JAPAN


CAPTAIN KOZO NAKABAYASHI
55-7-D Granze Jyosui 201
Jyosuidori Chuo-ku, Fukuoka   810-0028
JAPAN


CAPTAIN KENJI YAMADA
1739-34 Basania Club 202
Atami, Atami-shi, Shizuoka   413-0033
JAPAN


CAPTAIN JUN SHIMADA
3-6-8, Tokyo International Airport, Haneda
Ohta-ku, Tokyo   144
JAPAN
```

7.  The deponents have agreed to appear for their depositions at the Embassy of The United States Embassy, Tokyo, Japan, during the already-paid-for days of May 7-9, 2008; the exact dates and times of their depositions have not yet been arranged with JAL, which is in the better position to determine that matter;

8.  Although the deponents have agreed to appear, it is not possible to secure the testimony of these witnesses for purposes of this action, as well as the action under the auspices of Dispute Prevention and Resolution, without the issuance of a Letter of Request;

9.  HACS desires to examine the witnesses concerning their knowledge of the following matters:

   Each witness' experience and knowledge of Crawford's skill and reputation as an airline pilot of a multi-engine passenger plain, including but not limited to, his performance in the cockpit of such an airplane.

   10. Pursuant to the foregoing, HACS respectfully requests that an order be made that a Letter of Request be issued to any Consul or Vice Consul of the United States having jurisdiction of civil causes at the City of Tokyo, Country of Japan, to take the testimony of the aforementioned witnesses upon oral examination at the Embassy of the United States, Tokyo, Japan, 10-5, Akasaka, 1-chome, Minato-ku, Tokyo, Japan, 107-8420, during the days of May 7-9, 2008, and for such other and further relief as may be proper under the circumstances.

   FURTHER AFFIANT SAYETH NAUGHT.

_____
CARL H. OSAKI

Subscribed and sworn to before me this 29th day of February 2008.

_____
Notary Public, State of Hawaii
Name of Notary: Allison M. K. Osaki
My Commission expires: 12-13-09