Jack L. Crawford III
The Regent Royal Place II 6/179
Soi Mahadlekluang 2, Rachadamri Road
Lumpini, Patumwan,
Bangkok, Thailand 10330

Mobile Telephone: 001-66-81-907-9236
Land Line Telephone: 001-66-2-650-2307
Facsimile: 001-66-2-650-2307
E-mail: captjack1943@yahoo.com

Plaintiff, PRO SE

*ORIGINAL*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 03 2008
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK L. CRAWFORD, <br><br> Plaintiff, PRO SE <br><br> vs. <br><br> JAPAN AIRLINES AND JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES INC., <br><br> Defendants. | CIVIL NO. 03-00451 – SPK – LEK <br><br> RE: CRAWFORD REQUESTS THAT THE COURT CLERK / ADMINISTRATIVE ASSISTANT ACCEPT CRAWFORD'S ELECTRIC MAIL, AS CRAWFORD FILES MOTIONS, PLEADINGS AND OTHER LEGAL DOCUMENTS (MEMORANDUMS) WITH THE COURT CLERK AND THAT THESE ELECTROIC DOCUMENTS BE CONSIDERED NOTIFICATION TO ALL PARTIES RECOGNIZED IN THE LAWSUIT. <br><br> TRIAL DATE: October 7th, 2008 |

1

## PLANTIFF CRAWFORD'S, (PRO SE) MOTION TO PROCESS AND SERVE THE COURT AND DEFENDANTS BY ELECTRONIC MAILING

### DECLARATION OF CRAWFORD, PRO SE

Crawford requests the court allow Crawford to complete the service of process, contact the court/ the clerk and the defendants JAL, JAZ and HACS via electronic mailing (email) up until the time he appoints new counsel.

Carl Osaki served Crawford by electronic mail and now Crawford wishes to also serve defendants HACS/JAL their motions, pleadings and other legal court documents (memorandums) by electronic mail.

Crawford lives in Thailand and can not access the court's deadlines as easily as the defendant's attorneys who live and work in Hawaii. It is prudent therefore, for Crawford to process these documents via email.

4. Crawford cannot depend on Thailand's erratic postal service to meet court deadline. – In that the Thai Language uses writing based upon Indian Sanskrit and not the Roman alphabet, mail is frequently lost and there are delays in service. Therefore, Crawford must rely on employing DHL and/or Fed Ex to meet court deadlines. This expense is a burden.

5. Crawford cannot afford to pay the costs associated with express mail, Fed Ex, DHL; however, he does have access to electronic mailing.

6. Crawford request, the same privileges, as the defendant to access them and the court by electronic mail.

2

## CONCLUDING STATEMENT

It is respectfully requested that the court allow Crawford the same opportunities enjoyed by the defendants to serve and process documents with the court, the clerk of the court and the defendants via electronic mailings. Crawford states that processing regular mail from Thailand will not allow him to meet deadlines and involves excessive cost and compels the use of an unreliable postal service.

Air courier service is cost prohibitive. Crawford cannot afford this expense. Email is a satisfactory alternative until the time that Crawford appoints new counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 03-00451 – SPK – LEK

<u>JACK L. CRAWFORD</u>
Plaintiff, PRO SE

vs.

JAPAN AIRLINES AND JALWAYS CO., LTD.
Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion For Continuance was served via U.S. Certified Mail and/or FEDEX on the person(s) listed below:


TO:   ANDREW PEPPER, ESQ.
      Carlsmith Ball LLP
      2200 American Savings Bank Tower
      1001 Bishop Street
      Honolulu, Hawaii 96813
      Attorney for Defendants
      Japan Airlines and JALways, Co., Ltd.
      e-mail: apepper@carlsmith.com

TO:   CARL H. OSAKI, ESQ.
      Town Tower #17G
      225 Queen Street
      Honolulu, Hawaii 96813
      Attorney for Defendants
      Hawaii Aviation Contract Services, Inc.
      carl@chosaki.com

To: "warren" <warren_nakmura@hid.uscourts.gov>


DATED: <u>February 29nd, 2008</u>

SIGNED: _____
        JACK L. CRAWFORD

4