# MINUTES

CASE NUMBER:     CIVIL NO. 03-00451SPK-LEK

CASE NAME:       Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     03/10/2008                   TIME:

COURT ACTION:   EO:  COURT ORDER DENYING DEFENDANT'S REQUEST FOR STATUS CONFERENCE

On March 3, 2008, this Court received Defendants Japan Airlines' and Jalways Company Limited's ("Defendants") letter of the same date in which Defendants request "that the court set a status conference as soon as possible, with Mr. Crawford participating via telephone from Thailand."  [03/03/08 Letter.]  Defendants complain of Plaintiff Jack Crawford's ("Plaintiff") continued insistence in filing pleadings with the court, and sending numerous correspondence to counsel and others.  In addition, Defendants state: "One concern is whether Mr. Crawford is medically disabled or not."  [Id.]

Defendants do not provide any reasons which would support the scheduling of a status conference, nor do they provide any basis that such a conference would be helpful or productive.  For these reasons, Defendants' request is DENIED.

This Court has, on several prior occasions, reminded Plaintiff of his obligations to follow court rules and that he may face sanctions if he fails to do so.   If Defendants seek reprimand, sanctions or other action against Plaintiff, then it is incumbent upon Defendants to file the appropriate motion.  Plaintiff is likewise obligated.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager