ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 07 2008
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

CARL H. OSAKI   4008-0
Attorney At Law, A Law Corporation
Town Tower, No. 17G
225 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>             Plaintiff,<br><br>       vs.<br><br>JAPAN AIRLINES; JALWAYS CO.,<br>LTD., a subsidiary of Japan<br>Airlines; HAWAII AVIATION<br>CONTRACT SERVICES, INC.;<br>and DOES 1-10,<br><br>             Defendants. | CIVIL NO. CV 03-451  SPK-LEK<br><br>CERTIFICATE OF SERVICE<br>(Order Branting ex Parte<br>Motion For Issuance Of Letter<br>Of Request; Document 339) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

    JACK CRAWFORD
    The Regent Royal Place II 6/179
    Soi Mahadlekuang 2, Rajadamri Road
    Lumpini Patumwan
    Bangkok, Thailand 10330

    captjack1943@yahoo.com

    Plaintiff, pro se

DATED: Honolulu, Hawaii    MAR - 7 2008

_____
CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.