# MINUTES

CASE NUMBER:    CIVIL NO. 03-00451SPK-LEK

CASE NAME:    Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi            REPORTER:

DATE:    03/12/2008                TIME:

COURT ACTION:  EO: Plaintiff Jack Crawford's Counter Motion to Postpone Depositions in Japan with Japan Airlines, Jalways and HACS Until New Counsel has Been Appointed and 90 Day Continuance Has Expired will be considered by Magistrate Judge Leslie E. Kobayashi as a **Non Hearing Motion.**

Memorandum in Opposition is due **3/26/2008.**
Reply Memorandum is due **4/9/2008**.

Motion will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager