CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |
| GARY G. GRIMMER | 1769-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
jkotowski@carlsmith.com
ggrimmer@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>         Plaintiff,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>         Defendants. | CIVIL NO.  03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES' AND JALWAYS CO., LTD.'S MOTION FOR RELIEF FROM ORDER GRANTING PLAINTIFF JACK L. CRAWFORD'S MOTION FOR A NINETY DAY CONTINUANCE, ENTERED ON FEBRUARY 8, 2008, AND REQUEST TO ENTER STATEMENT OF CONCURRENCE ON BEHALF OF PLAINTIFF JACK CRAWFORD; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JOSEPH F. KOTOWSKI, III;<br><br>[Caption Continued] |

DECLARATION OF LESA DOUGLAS-WONG; EXHIBITS "A" - "F"; CERTIFICATE OF SERVICE

TRIAL DATE:  October 7, 2008

**DEFENDANTS JAPAN AIRLINES' AND JALWAYS CO., LTD.'S MOTION FOR RELIEF FROM ORDER GRANTING PLAINTIFF JACK L. CRAWFORD'S MOTION FOR A NINETY DAY CONTINUANCE, ENTERED ON FEBRUARY 8, 2008, AND REQUEST TO ENTER STATEMENT OF CONCURRENCE ON <u>BEHALF OF PLAINTIFF JACK CRAWFORD</u>**

Defendants Japan Airlines and Jalways Co., Ltd. ("JAL Defendants") respectfully move this Court for relief from its *Order Granting Plaintiff Jack L. Crawford's Motion for a Ninety Day Continuance*, entered on February 8, 2008, for the purpose of taking depositions in Tokyo, Japan from May 7, 2008 to May 9, 2008, as permitted under this Court's *Order Granting Ex Parte Application For Issuance of Commission to Take Depositions in Japan*, dated and filed on February 15, 2008.  Additionally, the JAL Defendants, in furtherance of the Court's *Order Granting Ex Parte Application For Issuance of Commission to Take Depositions in Japan*, respectfully request that the Court enter a statement of concurrence on behalf of Plaintiff Jack Crawford, as required by the United States Embassy in Tokyo.

This Motion is brought under Rule 7 of the Federal Rules of Civil Procedure, this Court's *Order Granting Ex Parte Application For Issuance of*

*Commission to Take Depositions in Japan*, dated and filed on February 15, 2008, and is supported by the attached Memorandum in Support, declarations, and exhibits, and the entire record and pleadings of this lawsuit.

DATED: Honolulu, Hawaii, March 19, 2008.

/s/ Gary G. Grimmer
ANDREW L. PEPPER
STEVEN M. EGESDAL
JOSEPH F. KOTOWSKI, III
GARY G. GRIMMER

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.