IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>       Plaintiff,<br><br>  vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>       Defendants. | CIVIL NO. 03-00451 SPK-LEK<br><br>DECLARATION OF<br>JOSEPH F. KOTOWSKI, III |

### DECLARATION OF JOSEPH F. KOTOWSKI, III

I, Joseph F. Kotowski, III, declare as follows:

1.    I am an associate with Carlsmith Ball LLP, attorneys for Defendants Japan Airlines and Jalways Co., Ltd. (collectively, the "JAL Defendants") in this lawsuit. I am familiar with the documents and events described below.

2.    Attached hereto as Exhibit "A" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on February 8, 2008, notifying the parties in this case of the Court's decision to grant Plaintiff Jack L. Crawford's Motion for a Ninety Day Continuance.

2.

    3.    Attached hereto as Exhibit "B" is a true and correct copy of this Court's *Order Granting Ex Parte Application For Issuance of Commission to Take Depositions in Japan*, dated and filed on February 15, 2008.

    4.    Attached hereto as Exhibit "C" is a true and correct copy of this Court's *Order Granting Ex Parte Motion for Issuance of Letter of Request*, issued on March 5, 2008.

    5.    Attached hereto as Exhibit "D" is a true and correct copy of a document entitled "Detailed Information on Deposition Taking in Tokyo," obtained from the website http://tokyo.usembassy.gov/e/acs/tacs-deposition_detail.html on March 18, 2008.

    This Declaration is filed pursuant to 28 U.S.C. § 1742(2). I declare under penalty of perjury that the foregoing is true and correct.

    DATED: Honolulu, Hawaii, March 19, 2008.

    /s/ Joseph F. Kotowski, III
JOSEPH F. KOTOWSKI, III