IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO.  03-00451 SPK-LEK<br><br>DECLARATION OF<br>LESA DOUGLAS-WONG |

## DECLARATION OF LESA DOUGLAS-WONG

I, Lesa Douglas-Wong, declare as follows:

1.    I am a paralegal with Carlsmith Ball LLP, attorneys for Defendants Japan Airlines and Jalways Co., Ltd. (collectively, the "JAL Defendants") in this lawsuit.  I am familiar with the documents and events described below.

2.    Attached hereto as Exhibit "E" is a true and correct copy of an e-mail I sent to Plaintiff Jack Crawford on March 5, 2008, requesting that Mr. Crawford sign and return a Statement of Concurrence form included as an attachment to that e-mail.

2.

This Declaration is filed pursuant to 28 U.S.C. § 1742(2).  I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, March 19, 2008.

/s/ Lesa Douglas-Wong
LESA DOUGLAS-WONG