Joseph F. Kotowski

**From:** hid_resp@hid.uscourts.gov
**Sent:** Friday, February 08, 2008 4:50 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Terminate Motions

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 2/8/2008 at 4:49 PM HST and filed on 2/8/2008
**Case Name:** Crawford v. Japan Airlines, et al
**Case Number:** 1:03-cv-451
**Filer:**
**Document Number:** No document attached

**Docket Text:**
EO: The Briefing Schedule Regarding Plaintiff Jack L. Crawfords Motion for a Ninety Day Continuance is Vacated.Plaintiff Jack L. Crawfords Motion for a Ninety Day Continuance is Granted and terminated.The Various Motions currently set for 5/14/2008 at 10:00 AM before Judge Samuel P. King are continued to 6/18/2008 at 10:00 AM.Jury Selection/Trial currently set for 7/8/2008 at 09:00 AM is continued to 10/7/2008 at 09:00 AM before Judge Samuel P. King.An Amended Rule 16 Scheduling Order will be issued. Motions terminated: [308] MOTION to Continue filed by Jack Crawford. (JUDGE LESLIE E KOBAYASHI)(wnn, )

**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer  ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal  segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper  apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki  carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews  ddm@ahfi.com

Shawn A. Luiz  attorneyluiz@msn.com

Joseph F. Kotowski, III  jkotowski@Carlsmith.com, rhatchie@carlsmith.com

3/19/2008

EXHIBIT A

Jennifer B. Lyons jlyons@rlhlaw.com

**1:03-cv-451 Notice will not be electronically mailed to:**

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

3/19/2008