```
CARL H. OSAKI  4008-0
Attorney At Law, A Law Corporation
Town Tower #17G
225 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>             Plaintiff,<br><br>     vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10,<br><br>             Defendants. | CIVIL NO. CV 03-451 SPK-LEK<br><br>ORDER GRANTING EX PARTE MOTION FOR ISSUANCE OF LETTER OF REQUEST; LETTER OF REQUEST |

ORDER GRANTING EX PARTE MOTION
FOR ISSUANCE OF LETTER OF REQUEST

Upon consideration of Defendant Hawaii Aviation Contract Services, Inc.'s ("HACS") Ex Parte Motion for Issuance of Letter of Request and finding good cause therefor,

IT IS HEREBY ORDERED that a Letter of Request issue out of this Court in the above-entitled matter directed to **ANY CONSUL OR VICE CONSUL HAVING JURISDICTION OF CIVIL CAUSES AT THE CITY OF TOKYO, IN THE COUNTRY OF JAPAN; Embassy of the United States, Tokyo, Japan, 10-5, Akasaka, 1-chome, Minato-ku, Tokyo, Japan, 107-8420** and Elsie Terada, Ralph Rosenberg Court Reporters, ABS

**EXHIBIT C**

Tower, Suite 2460, 1001 Bishop Street, Honolulu, HI 96813, certified shorthand reporters and notary publics authorized to administer oaths in the State of Hawaii, to take the testimony of the following parties:  1) Captain Kazuo Hanami; 2) Captain Kozo Nakabayashi; 3) Captain Kenji Yamada; and 4) Captain Jun Shimada, and to appear before Ralph Rosenberg Court Reporters, certified shorthand reporter and notary public, to testify on behalf of HACS, that said certified reporter and notary public shall promptly forward said transcripts to Carl H. Osaki, by delivering same addressed to:  "Carl H. Osaki, Town Tower #17G, 225 Queen Street, Honolulu, Hawaii 96813" for later use in the trial of the above-entitled matter.

DATED:  Honolulu, Hawai`i, March 5, 2008.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

------------------
JACK CRAWFORD v. JAPAN AIRLINES; et al.
CIVIL NO. CV 03-451  SPK-LEK
Order Granting Ex Parte Motion For Issuance of Letter of Request

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAPAN AIRLINES; JALWAYS CO.,<br>LTD., a subsidiary of Japan<br>Airlines; HAWAII AVIATION<br>CONTRACT SERVICES, INC.;<br>and DOES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV 03-451   SPK-LEK<br><br>LETTER OF REQUEST |

LETTER OF REQUEST

TO:    **ANY COUNSUL OR VICE CONSUL OF THE UNITED STATES**
       **Embassy of the United States**
       **Tokyo, Japan**
       **10-5, Akasaka, 1-chome, Minato-ku,**
       **Tokyo, Japan   107-8420**

　　　　The above-entitled action is pending in the United States District Court, for the District of Hawaii, between the above-entitled parties, and it has been suggested to us that there are witnesses residing within your jurisdiction without whose testimony justice cannot completely be done between the parties.

IT IS HEREBY ORDERED that the depositions on notice of the following witnesses be taken at the United States Embassy in Tokyo, Japan, commencing on May 7, 2008, at or about 9:00 a.m. and terminating on or about May 9, 2008, at or about 4:30 p.m.

CAPTAIN KAZUO HANAMI
3-6-8, Tokyo International Airport, Haneda
Ohta-ku, Tokyo   144
JAPAN


CAPTAIN KOZO NAKABAYASHI
55-7-D Granze Jyosui 201
Jyosuidori Chuo-ku, Fukuoka   810-0028
JAPAN


CAPTAIN KENJI YAMADA
1739-34 Basania Club 202
Atami, Atami-shi, Shizuoka   413-0033
JAPAN


CAPTAIN JUN SHIMADA
3-6-8, Tokyo International Airport, Haneda
Ohta-ku, Tokyo   144
JAPAN


Counsel for Defendants who will participate in said depositions are:

CARL H. OSAKI
Town Tower #17G
225 Queen Street
Honolulu, HI   96813

Counsel for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.


GARY G. GRIMMER
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI   96813

Counsel for Defendant
JAPAN AIRLINES and JALWAYS CO., LTD.

3

Counsel for Plaintiff, and/or Plaintiff, pro se, who will be participating is currently unknown.

The proceedings will be reported by:

> ELSIE TERADA
> Ralph Rosenberg Court Reporters
> ASB Tower, Suite 1460
> 1001 Bishop Street
> Honolulu, HI  96813

Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimonies to your Letter of Request and close the same under your seal and make return thereof to: CARL H. OSAKI, Town Tower #17G, 225 Queen Street, Honolulu, HI 96813, with all convenient speed.

DATED:  Honolulu, Hawaii, March 5, 2008.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

---

JACK CRAWFORD v. JAPAN AIRLINES; et al.
CIVIL NO. CV 03-451  SPK-LEK
Order Granting Ex Parte Motion For Issuance of Letter of Request

4