**Lesa G. Douglas-Wong**

| | |
|---|---|
| **From:** | Lesa G. Douglas-Wong |
| **Sent:** | Wednesday, March 05, 2008 11:15 AM |
| **To:** | 'captjack1943@yahoo.com' |
| **Cc:** | 'momdadventress@hotmail.com' |
| **Subject:** | Crawford v. Japan Airlines |
| **Attachments:** | Crawford Transmittal re Statement of Concurrence.pdf; Ventress Transmittal re Statement of Concurrence.pdf |

Please see attached. Thank you.

*Lesa G. Douglas-Wong*
Paralegal - Litigation/Bankruptcy
CARLSMITH BALL LLP
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813
Tel: (808) 523-2749
Fax: (808) 523-0842
Email: ldouglas-wong@carlsmith.com
Website: www.carlsmith.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of Carlsmith Ball LLP contains information which may be confidential, privileged, and/or exempt from disclosure under applicable law. If you are not the addressee (or authorized to receive for the addressee), you are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you received this message in error, please immediately notify me (the sender) by replying to this email, then promptly destroy the original message. Thank you.



EXHIBIT E

3/5/2008

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

ASB TOWER, SUITE 2200
1001 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE 808.523.2500   FAX 808.523.0842
WWW.CARLSMITH.COM

## LETTER OF TRANSMITTAL

**TO:** Jack Crawford
The Regent Royal Place II  6 / 179
Soi Mahadlekuang 2,
Ratchadamri Road
Lumpini, Prathumwan
Bangkok, Thailand  10330

**DATE:** March 5, 2008

**RE:** *Jack Crawford v. Japan Airlines, et al.*; Civil No. 03-00451

☐ Mailed    ☐ Hand Delivered    ☒ Via Email: captjack1943@yahoo.com

THE FOLLOWING IS (ARE) TRANSMITTED HEREWITH:

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 1 | 3/4/08 | Statement of Concurrence |

☐ For Your Information      ☐ For Review and Comment
☐ For Your Files             ☒ For Necessary Action
☐ Per Your Request           ☒ For Signature and Return (Black Ink)
☐ Per Our Conversation       ☐ See Remarks Below

**REMARKS:** The enclosed document is self-explanatory. Please sign and return the original to our office in the envelope provided. If you have any questions, please contact me.

By  /s/ Gary G. Grimmer
Gary G. Grimmer

Enclosure(s)
cc:   Carl Osaki , Esq.
      Martin Ventress

4845-5433-3186.1.051729-00004

## STATEMENT OF CONCURRENCE

TO: CONSULATE GENERAL OF JAPAN IN HONOLULU

RE:  *Jack Crawford v. Japan Airlines, et al.*; Civil No. 03-00451,
U.S. District Court for the District of Hawaii; and
*Martin Ventress v. Japan Airlines, et al.*; Civil No. 07-00581,
U.S. District Court for the District of Hawaii


This statement is provided in support of the Visa Application of Gary G. Grimmer for entry into Japan to take oral depositions for use in the above-referenced matter. I am aware of the following depositions which are scheduled to be taken at the United States Embassy in Tokyo, Japan:

1. Captain Kazuo Hanami - May 7-9, 2008 (pilot for JAL/Jalways);
2. [Retired] Captain Kozo Nakabayashi - May 7-9, 2009;
3. [Retired] Captain Kenji Yamada - May 7-9, 2008; and
4. Captain Jun Shimada - May 7-9, 2008 (pilot for JAL/Jalways).

I understand that I have the right to attend the depositions provided that I, too, obtain a special deposition visa.

DATED: Honolulu, Hawaii, _____.


_____
JACK CRAWFORD

Plaintiff *pro se*