## STATEMENT OF CONCURRENCE

TO:   ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO, JAPAN

RE:   *Jack Crawford v. Japan Airlines, et al.*; Civil No. 03-00451,
U.S. District Court for the District of Hawaii; and
*Martin Ventress v. Japan Airlines, et al.*; Civil No. 07-00581,
U.S. District Court for the District of Hawaii


This statement is provided in support of the request of Gary G. Grimmer to take oral

depositions at the United States Embassy in Tokyo, Japan, for use in the above-referenced

matter.  I am aware of the following depositions which are scheduled to be taken at the United

States Embassy in Tokyo, Japan:

1.  Captain Kazuo Hanami - May 7-9, 2008 (pilot for JAL/Jalways);
2.  [Retired] Captain Kozo Nakabayashi - May 7-9, 2009;
3.  [Retired] Captain Kenji Yamada - May 7-9, 2008; and
4.  Captain Jun Shimada - May 7-9, 2008  (pilot for JAL/Jalways).

I understand that I have the right to attend the depositions provided that I, too, obtain a

special deposition visa.

DATED:  Honolulu, Hawaii, _____.


_____

JACK CRAWFORD

Plaintiff *pro se*

EXHIBIT