# MINUTES

CASE NUMBER:    CIVIL NO. 03-00451SPK-LEK

CASE NAME:    Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi    REPORTER:

DATE:    03/20/2008    TIME:

COURT ACTION:  EO: Defendants Japan Airlines' and Jalways Co., Ltd.'s Motion for Relief from Order Granting Plaintiff Jack L. Crawford's Motion for a Ninety Day Continuance, Entered on February 8, 2008, and Request to Enter Statement of Concurrence on Behalf of Plaintiff Jack Crawford will be considered by Magistrate Judge Leslie E. Kobayashi as a **Non Hearing Motion.**

Memorandum in Opposition is due **4/2/2008.**
Reply Memorandum is due **4/16/2008**.

Defendants Japan Airlines' and Jalways Co., Ltd.'s Motion for Relief from Order Granting Plaintiff Jack L. Crawford's Motion for a Ninety Day Continuance, Entered on February 8, 2008, and Request to Enter Statement of Concurrence on Behalf of Plaintiff Jack Crawford will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

CASE NUMBER: CIVIL NO. 03-00451SPK-LEK

CASE NAME: Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 03/20/2008                    TIME:

COURT ACTION: EO: Defendants Japan Airlines' and Jalways Co., Ltd.'s Motion for Relief from Order Granting Plaintiff Jack L. Crawford's Motion for a Ninety Day Continuance, Entered on February 8, 2008, and Request to Enter Statement of Concurrence on Behalf of Plaintiff Jack Crawford will be considered by Magistrate Judge Leslie E. Kobayashi as a **Non Hearing Motion.**

Memorandum in Opposition is due **4/2/2008.**
Reply Memorandum is due **4/16/2008**.

Defendants Japan Airlines' and Jalways Co., Ltd.'s Motion for Relief from Order Granting Plaintiff Jack L. Crawford's Motion for a Ninety Day Continuance, Entered on February 8, 2008, and Request to Enter Statement of Concurrence on Behalf of Plaintiff Jack Crawford will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager