ORIGINAL

Jack L. Crawford III
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini, Patumwan,
Bangkok, Thailand 10330

Mobile Telephone: 001-66-81-907-9236
Land Line Telephone: 001-66-2-650-2307
Facsimile: 001-66-2-650-2307
E-mail: captjack1943@yahoo.com

Plaintiff, PRO SE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

at 10 o'clock and 15 min  MAR 24 2008
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK L. CRAWFORD, (Pro Se)<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES AND JALWAYS CO., LTD.<br><br>Defendants. | CIVIL NO. 03-00451 – SPK – LEK<br><br>CRAWFORD REQUEST OPPOSITION/ RESPONSE TO JAPAN AIRLINES; JALWAYS COURT ACTION DATED 3/14/08 FOR CRAWFORD'S NEW COUNSEL TO ENTER APPEARANCE BY 4/8/08 BE EXTENDED UNTIL 5/14/08 |

1

<u>REQUEST/ OPPOSITION / RESPONSE TO COURTS DECISION DATED 3/14/08 FOR CRAWFORD'S COUNSEL TO ENTER APPEARANCE BY 4/8/08 BE EXTENDED UNTIL 5/14/08.</u>

1) Crawford was under the impression that there was a 90 day continuance to retain new competent counsel, until the 90 day continuance expired.

2) Crawford believes new counsel will need proper time to appear on the record and address responses before the scheduled dates or, either will OPT postponement, until new counsel is prepared to appear and respond.

3) This late decision by the court to now changes the bar for selection and retention of new counsel from 90 days to 45 days (six weeks) This prejudices the plaintiff by advising a new date with less than three weeks.

4) Why was the court assuming that "if", plaintiff is successful in finding new counsel. This is with a negative response rather, "than a positive response, when Crawford finds new counsel"

Crawford request the 90 day continuance be honored until the expiration date expires, on May 14, 2008. Crawford request the full 90 days, which is appropriate, time to finalize arrangements with competent counsel. There should be no decisions granted by the court that would prejudice Crawford before Crawford has counsel and can respond by the deadlines, either before or after the end of the 90 day continuance.

### Summary

Crawford request that the date of the court action in the court minutes dated 3/4/08 and for foresaid reasons Crawford be given additional time be continued retention of counsel until April 14, 2008.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 03-00451 – SPK – LEK

<u>JACK L. CRAWFORD</u>
Plaintiff, PRO SE

vs.

JAPAN AIRLINES AND JALWAYS CO., LTD.
Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion For Continuance was served via U.S. Certified Mail and/or FEDEX on the person(s) listed below:

TO:   ANDREW PEPPER, ESQ.
      Carl Smith Ball LLP
      2200 American Savings Bank Tower
      1001 Bishop Street
      Honolulu, Hawaii 96813
      Attorney for Defendants
      Japan Airlines and JALways, Co., Ltd.

TO:   CARL H. OSAKI, ESQ.
      Town Tower #17G
      225 Queen Street
      Honolulu, Hawaii 96813
      Attorney for Defendants
      Hawaii Aviation Contract Services, Inc.

DATED: March 19, 2008

SIGNED: _____
        JACK L. CRAWFORD