# MINUTES

CASE NUMBER:     CV NO. 03-00451SPK-LEK

CASE NAME:       Jack Crawford Vs. Japan Airlines, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     03/25/2008                   TIME:

COURT ACTION: EO: COURT ORDER:

On March 21, 2008, the Court received a letter from Plaintiff Jack Crawford ("Plaintiff"), which is attached hereto as Exhibit "A". In his letter, Plaintiff asks the Court to mail him a copy of the "Court Rules". The Court, however, cannot act on this request.

The Court is not free to accept any direct communication from Plaintiff. To date, there is no indication that Plaintiff has served any other party with a copy of his letter. See Exhibit A. Such communications are deemed ex parte, and are generally prohibited. An ex parte communication is a communication about a case which a party makes to the Judge, without giving notice to the opposing party. Ex parte communications foreclose an opposing party's opportunity to respond, and are in most cases a violation of due process. Accordingly, the Court generally refrains from ex parte communications with parties.

Although pro se litigants are held to less stringent standards than those of their legal counterparts, see Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam); Jackson v. Carey, 353 F.3d 750, 757 (9th Cir. 2003), a litigant's pro se status cannot excuse him from complying with the procedural or substantive rules of the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."); see also United States v. Bell, 27 F. Supp. 2d 1191, 1197 (E.D. Cal. 1998). Accordingly, Plaintiff is specifically instructed to consult the Federal Rules of Civil Procedure, the Local Rules for the District of Hawaii ("Local Rules"), and the Federal Rules of Evidence, and to conduct himself according to these rules. The Court is

sympathetic to the fact that Plaintiff lives abroad and does not have a computer.  However, insofar as Plaintiff has an email address and has previously requested leave to file documents electronically, he should be able to print copies of the applicable rules.  Pro se parties can access these rules through links found on the website for the United States District Court for the District of Hawaii (www.hid.uscourts.gov).

    Plaintiff is also put on notice that future failure to comply with the rules of the court may result in the imposition of sanctions, including dismissal of his complaint or other appropriate sanctions.  See Fed. R. Civ. P. 11; Local Rule LR11.1. Plaintiff is specifically instructed to refrain from any further ex parte communications, that is, any communication about this case to the Judge without giving notice to the opposing parties.

    IT IS SO ORDERED.


Submitted by Leslie L. Sai, Courtroom Manager