## Carl H. Osaki

**From:** Andrew L. Pepper [apepper@Carlsmith.com]
**Sent:** Wednesday, November 14, 2007 8:06 PM
**To:** carl@chosaki.com; Shawn Luiz
**Cc:** Allison Osaki; paralegalars@aol.com
**Subject:** RE: 11/14 Crawford v. HACS: depositions in Japan

Shawn:

We will be cross-noticing depositions of the same deponents at the same times in Tokyo in the civil case(s). As in the arbitration matter, you (and Willy Sink) will be invited to attend and cross-examine.

Andy Pepper

---

**From:** Carl Osaki [mailto:carl@chosaki.com]
**Sent:** Wednesday, November 14, 2007 2:59 PM
**To:** 'Shawn Luiz'
**Cc:** 'Allison Osaki'; Andrew L. Pepper
**Subject:** 11/14 Crawford v. HACS: depositions in Japan

Shawn:

I have reserved the U.S. Embassy in Tokyo for depositions in this matter which I plan to take from May 7-9, 2008. You are, of course, invited to attend and cross-examine. Please be aware of the particulars you must attend to regarding such depositions.

Carl

EXHIBIT A