## Carl H. Osaki

**From:** Carl H. Osaki [carl@chosaki.com]
**Sent:** Thursday, March 06, 2008 4:57 PM
**To:** Jack Crawford (captjack1943@yahoo.com)
**Cc:** Allison Kubo
**Subject:** 3/6/08 Crawford v. HACS (DPR): follow up on Statement of Concurrence (email of 3/4/08)

Mr. Crawford:

I take it that you are not interested in communicating on this matter. Therefore, I will not keep bothering you for something which you obviously are not willing to communicate about.

I will nevertheless keep you apprised of the status of the May 7-9, 2008 oral depositions, which will occur at the American Embassy in Tokyo, Japan. You are, of course, invited to attend and cross-examine the witnesses. You will need to comply with the requirements of the embassy and other visa requirements, should you choose to attend.

Carl H. Osaki, Esq.
Town Tower, No. 17G
225 Queen Street
Honolulu, HI 96813

---

**From:** Carl H. Osaki [mailto:carl@chosaki.com]
**Sent:** Wednesday, March 05, 2008 5:06 PM
**To:** Jack Crawford (captjack1943@yahoo.com)
**Cc:** Allison Kubo; 'Kelly M. Bryant'
**Subject:** 3/5/08 Crawford v. HACS (DPR): follow up on Statement of Concurrence (email of 3/4/08)

Mr. Crawford:

I am following up on the email I sent to you yesterday, regarding the Statement of Concurrence with regard to the oral depositions in Tokyo, Japan on May 7-9, 2008. May I inquire whether you will acknowledge the information contained in my email of March 4, 2008?

Thank you for your attention to this matter.

Carl H. Osaki, Esq.
Town Tower, No. 17G
225 Queen Street
Honolulu, HI 96813

---

**From:** Carl H. Osaki [mailto:carl@chosaki.com]
**Sent:** Tuesday, March 04, 2008 6:22 PM
**To:** Jack Crawford (captjack1943@yahoo.com)
**Cc:** 'Allison Kubo'; 'Andrew L. Pepper'; 'Gary G. Grimmer'; 'Kelly M. Bryant'
**Subject:** 3/4/08 Crawford v. HACS (DPR): Statement of Concurrence

Mr. Crawford:

As you know, and as your former counsel knew as far back as November 2007, HACS intends to take the oral depositions of several witnesses at the United States Embassy in Tokyo Japan. JAL and JALways also intend to be present.

On November 14, 2007, I notified Shawn Luiz, Esq., your former counsel, that these depositions would take place from May 7-9, 2008. I invited him to attend and cross-examine. I notified him to be aware of the particulars that

3/26/2008     EXHIBIT B

he would have to attend to regarding the depositions.

Mr. Luiz never responded. Pursuant to his obligations to you as your withdrawing counsel, I can only assume that he made you aware of these depositions. In fact, I know that you are aware of all of the details of these depositions from the substance of your recent communications and filings.

I need to provide the embassy with a statement of concurrence from you, and that is the purpose of this communication. You understand the timing (May 7-9, 2008) and venue (the United States Embassy in Tokyo Japan) of the depositions, and also understand that you can attend those depositions if you so choose to do so and have the requisite deposition visa. I would appreciate an acknowledgment from you of these understandings.

However, whether or not you choose to acknowledge, this communication will be used to evidence to the Embassy that you, in fact, are aware of the foregoing. Thank you for your attention to this matter.

Carl H. Osaki, Esq.
Town Tower, No. 17G
225 Queen Street
Honolulu, HI 96813

3/26/2008