## Carl H. Osaki

| | |
|---|---|
| **From:** | Carl H. Osaki [carl@chosaki.com] |
| **Sent:** | Tuesday, March 04, 2008 3:13 PM |
| **To:** | Jack Crawford (captjack1943@yahoo.com) |
| **Cc:** | 'Allison Kubo'; 'Andrew L. Pepper'; 'Gary G. Grimmer' |
| **Subject:** | 3/4/08 Crawford v. HACS (DPR): Japan depositions |
| **Attachments:** | 3-04-08 LtRog dpr.pdf; 3-04-08 LtRog fc.pdf; 3-04-08 LtRog fc ord.pdf |

Mr. Crawford:

As JAL has done, HACS is seeking the requisite documents to take the Japan depositions. You may or may not know that your former attorney was apprised of these depositions last year. These depositions were very difficult to arrange, and I am not agreeable to postponing them because you and Mr. Luiz parted company. I discount your stated medical reasons, because you have demonstrated an ability to participate in litigation when you want to, despite your medical condition. I do not believe that you can assure me that the deponents will appear at a later time, and absent such a guarantee, I am not willing to forego the collection of evidence that these depositions will provide.

I am providing you with PDF files of the documents submitted to court and the arbitral forum. Frankly, I am not certain that an arbitration order will be sufficient for the embassy's purposes, so I am seeking a court order too, just to be sure.

Carl H. Osaki, Esq.
Town Tower, No. 17G
225 Queen Street
Honolulu, HI 96813

EXHIBIT C

3/26/2008