## Carl H. Osaki

| | |
|---|---|
| **From:** | Carl H. Osaki [carl@chosaki.com] |
| **Sent:** | Thursday, March 06, 2008 6:08 PM |
| **To:** | Jack Crawford (captjack1943@yahoo.com) |
| **Cc:** | Allison Kubo |
| **Subject:** | 3/6/08 Crawford v. JAL ( PDF of Order Granting Ex Parte Motion for Issuance of Letter of Request) |

**Attachments:** 3-6-08 order.pdf; 3-06-08 COS ord.pdf

Mr. Crawford:

As a courtesy, attached is a PDF file of the Order Granting Ex Parte Motion For Issuance Of Letter Of Request (filed March 5, 2008). Also attached is the Certificate Of Service regarding the same, a copy of which will be filed in court.

Please let me know if you want additional copies of the following mailed to you in Thailand (you already have PDF files of them):

    Defendant Hawaii Aviaiton Contract Services, Inc.'s Position Re Plaintiff's Request For Ninety Day Continuance (Document 334) (sent as a pdf file to you on February 19, 2008)'; and

    Defendant Hawaii Aviaiton contract Services, Inc.'s ex Parte Motion for Issuance of Letter of Request (Document 335) (sent as a pdf file to you on March 4, 2008).

Carl H. Osaki, Esq.

EXHIBIT D

3/26/2008