IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACK CRAWFORD, | ) | CIVIL NO. CV 03-451 SPK-LEK |
| | ) | |
| Plaintiffs, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

GARY GRIMMER, ESQ.                ggrimmer@carlsmith.com
ANDREW PEPPER, ESQ.               apepper@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES, INC. and
JALWAYS, CO., LTD.

JACK CRAWFORD                     captjack1943@yahoo.com
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand 10330

Plaintiff Pro Se

DATED:   Honolulu, Hawaii   MAR 2 6 2008

CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.