IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACK CRAWFORD, | ) | CIVIL NO. CV 03-451 SPK-LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF CARL H. OSAKI |
| | ) | |
| vs. | ) | |
| | ) | |
| JAPAN AIRLINES; JALWAYS CO., LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF CARL H. OSAKI

CARL H. OSAKI hereby declares:

1. On November 2, 2007, and in response to my request to take the depositions of five witnesses in Japan, Andrew Pepper, Esq., informed me that four of the five witnesses would be willing to appear at the United States Embassy to be deposed. HACS had and has no control over these witnesses.

2. Once arrangements were made with the United States Embassy in Tokyo, Japan, to take the depositions on May 7-9, 2008, and the required $475 fee was paid on November 1, 2007, I informed Crawford's then-attorney, Shawn A. Luiz, Esq., of the depositions and invited him to attend. Attached as Exhibit A is a true and correct copy of my email to Mr. Luiz, dated November 14, 2007. Mr. Luiz did not respond to my notice and invitation, nor did he object to the depositions in Japan.

3. HACS has expended considerable time and resources to take the May 7-9, 2008 depositions in Tokyo. For example,

HACS has secured the services of a court reporter; has made airline reservations for counsel and the reporter; has made hotel reservations to lodge counsel and the reporter; and is processing necessary paperwork with the embassy and consulate regarding proper visas and other procedural requirements and securing the services of an interpreter.

    4.   After Plaintiff Jack Crawford ("Crawford") objected to the May 2008 depositions in Tokyo, I informed him of both the difficulty in arranging for the depositions, and the lack of any assurance from him that the witnesses would appear at a later date if the May 2008 depositions were continued. Attached as Exhibit B is a true and correct copy of my email to Crawford, dated March 4, 2008.

    5.   Crawford has not assured me that the witnesses will voluntarily appear at any time after May 7-9-, 2008, and I do not believe that he can provide any such assurance.

    I, CARL H. OSAKI, do declare under penalty of law that the foregoing is true and correct.

    DATED:   Honolulu, Hawaii   MAR 2 6 2008   _____.

                                    _____
                                    CARL H. OSAKI