IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL NO. 03-00451 SPK-LEK<br><br>DECLARATION OF JOSEPH F. KOTOWSKI, III |

## DECLARATION OF JOSEPH F. KOTOWSKI, III

I, Joseph F. Kotowski, III, declare as follows:

1. I am an attorney with Carlsmith Ball LLP, attorneys for Defendants Japan Airlines and Jalways Co., Ltd. (collectively, the "JAL Defendants") in this lawsuit. I am familiar with the documents and events described below.

2. Attached hereto as Exhibit "A" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on February 8, 2008, notifying the parties in this case of the Court's decision to grant Plaintiff Jack L. Crawford's Motion for a Ninety-day Continuance.

2.

    3.    Attached hereto as Exhibit "B" is a true and correct copy of this Court's *Order Granting Ex Parte Application For Issuance of Commission to Take Depositions in Japan*, dated and filed on February 15, 2008.

    4.    Attached hereto as Exhibit "C" is a true and correct copy of this Court's *Order Granting Ex Parte Application For Issuance of Commission to Take Depositions in Japan*, dated February 15, 2008 and filed in *Ventress v. Japan Airlines, et al.*, Civ. No. 07-00581 SPK-LEK, on February 19, 2008.

    5.    Attached hereto as Exhibit "D" is a true and correct copy of Defendant Hawaii Aviation Contract Services, Inc.'s Ex Parte Motion for Issuance of Letter of Request, filed on March 3, 2008.

    6.    Attached hereto as Exhibit "E" is a true and correct copy of this Court's March 5, 2008 *Order Granting Ex Parte Motion for Issuance of Letter of Request*.

    7.    Attached hereto as Exhibit "F" is a true and correct copy of Defendant Hawaii Aviation Contract Services, Inc.'s Position Re Plaintiff's Request for Ninety Day Continuance, filed on February 19, 2008.

    8.    Attached hereto as Exhibit "G" is a true and correct copy of this Court's Minute Order, filed on March 14, 2008, that instructs Plaintiff Crawford to retain counsel by April 8, 2008 (if he is going to do so).

2.

3.

9. Attached hereto as Exhibit "H" is a true and correct copy of the Court's Amended Rule 16 Scheduling Order, entered on February 12, 2008.

This Declaration is filed pursuant to 28 U.S.C. § 1742(2). I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 26, 2008.

/s/ Joseph F. Kotowski, III
JOSEPH F. KOTOWSKI, III