# EXHIBIT "F"

CARL H. OSAKI  4008-0
Attorney At Law, A Law Corporation
Town Tower, No. 17G
225 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666

Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACK CRAWFORD, | ) | CIVIL NO. CV 03-451  SPK-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT HAWAII AVIATION |
| | ) | CONTRACT SERVICES, INC.'S |
| vs. | ) | POSITION RE PLAINTIFF'S |
| | ) | REQUEST FOR NINETY DAY |
| JAPAN AIRLINES; JALWAYS CO., | ) | CONTINUANCE; CERTIFICATE OF |
| LTD., a subsidiary of Japan | ) | SERVICE |
| Airlines; HAWAII AVIATION | ) | |
| CONTRACT SERVICES, INC.; | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

# Exhibit "F"

## DEFENDANT HAWAII AVIATION CONTRACT SERVICES, INC.'S
## POSITION RE PLAINTIFF'S REQUEST FOR NINETY DAY CONTINUANCE

Defendant Hawaii Aviation Contract Services, Inc. does not object to Plaintiff's request for a continuance, as long as it does not interfere with already noticed depositions in Japan.

DATED:   Honolulu, Hawaii   FEB 1 9 2008   .

Case 1:03-cv-00451-SPK-LEK   Document 334   Filed 02/19/2008   Page 2 of

_____
CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT
SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACK CRAWFORD, | ) | CIVIL NO. CV 03-451 SPK-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAPAN AIRLINES; JALWAYS CO. LTD., a subsidiary of Japan Airlines; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Case 1:03-cv-00451-SPK-LEK   Document 334-2   Filed 02/19/2008   Page 1 of

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

JACK CRAWFORD
captjack1943@yahoo.com

Case 1:03-cv-00451-SPK-LEK   Document 334-2   Filed 02/19/2008   Page 2 of

DATED: Honolulu, Hawaii  FEB 1 9 2008

CARL H. OSAKI
Attorney for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.