# EXHIBIT "G"

# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Jack Crawford vs. Japan Airlines |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 03/14/2008 | TIME: | |

COURT ACTION: EO: Plaintiff Jack Crawford indicated that he is seeking new counsel to represent him in the above entitled action.

If Plaintiff Jack Crawford is successful in finding new counsel to represent him, that **new counsel is directed to enter an Appearance in the above entitled action by 4/8/2008. The Court sets the 4/8/2008 deadline in order that new counsel may familiarize his or herself with the pending motions currently set for hearing before the Court.**

All parties are reminded that the following are currently set for hearing on **6/18/2008 at 10:00 AM before Judge Samuel P. King:**

[255] Motion for Judgment on the Pleadings (Complete Federal Preemption) filed on behalf of the Jalways Co., Ltd., Japan Airlines;

[263] Motion for Partial Summary Judgment Defendant Japan Airlines' Motion for Partial Summary Judgment as to Piercing the Corporate Veil;

[294] Motion for Summary Judgment Defendants Japan Airlines and Jalways Co., Ltd's or in the Alternative Judgment on the Pleadings;

[280] Defendant Jalways Co., Ltd.'s Motion for Summary Judgment that Defendant Jalways Co., Ltd. Was Not Plaintiff's Employer (Count III).

Plaintiff Jack Crawford and all counsel are reminded that **all parties are responsible for meeting all deadlines** and complying with the procedural and substantive rules of the Court, including the Federal Rules of Civil Procedure and the Local Rules of Practice of the United States District Court for the District of Hawaii.

# Exhibit "G"

Submitted by: Warren N. Nakamura, Courtroom Manager