# MINUTES

CASE NUMBER:   CV NO. 07-00581SPK-LEK

CASE NAME:   Martin Ventress Vs. Japan Airlines, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi       REPORTER:

DATE:   03/28/2008              TIME:

COURT ACTION: EO:  COURT ORDER DENYING PLAINTIFF'S MOTION

On March 7, 2008, Plaintiff Martin Ventress filed the instant Motion to Expunge from the Public Record Any and All Further Reference to Ventress including but not limited to Hawaii Aviation Contract Services, Inc., by and thru its Counsel, Carl Osaki, Ex Parte Motion for the Issuance of a Letter of Request and Issuance of Sanctions as the Court May Determine Appropriate for HACS' Abuse of Procedures, Filed on March 3, 2008 ("Motion"). Defendants Japan Airlines and Jalways Co., Ltd. (collectively "JAL Defendants") and Defendant Hawaii Aviation Contract Services, Inc. ("HACS") filed memoranda in opposition to the Motion on March 18, 2008 and March 21, 2008, respectively.  The Court finds this matter suitable for disposition without a hearing pursuant to Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rules").

Ventress and Jack Crawford originally filed the instant action as co-plaintiffs in the Central District of California. The action was subsequently transferred to the District of Hawaii and assigned the Civil Number 03-00451 SPK-LEK.  On November 26, 2007, this Court approved the parties' stipulation for complete severance of Ventress' and Crawford's cases.  Civil Number 03-00451 now only refers to Crawford's case; Ventress' case was assigned Civil Number 07-00581 SPK-LEK.

On March 3, 2008, HACS filed it Ex Parte Motion for Discovery and Issuance of Letters of Request in Civil Number 03-00451 ("Discovery Motion").  The caption of the Discovery Motion listed both Ventress and Crawford as the plaintiffs in the

action.  Ventress now moves to expunge this reference to him from the record, as well as all further references to him in Civil Number 03-00451.  Ventress also moves for the imposition of sanctions.

    Other than the captions of the Discovery Motion and its accompanying declaration of counsel, the Discovery Motion makes no reference to Ventress.  HACS states that the inclusion of Ventress' name in the caption was inadvertent and that counsel will make the necessary adjustments to their office network files to prevent future errors.  HACS also notes the Discovery Motion was not the only filing which mistakenly included Ventress in the caption of Civil Number 03-00451.  See, e.g., Crawford's Position Statement and Opposition to Withdrawal of Shawn Luiz, Attorney as Counsel for the Plaintiff, filed January 29, 2008.

    There is no indication that any post-severance references to Ventress in the captions of filings in Civil Number 03-00451 were in bad faith or constituted an abuse of process.  Ventress' Motion is therefore DENIED.

    The Court, however, instructs the Clerk's Office to also file this order in Civil Number 03-00451 and the Court cautions the parties in Civil Number 03-00451 that all filings therein should reflect the fact that Crawford is the only plaintiff in that action.

    IT IS SO ORDERED.

Submitted by Leslie L. Sai, Courtroom Manager