# MINUTES

CASE NUMBER:   CIVIL NO. 03-00451SPK-LEK

CASE NAME:   Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:   04/07/2008                    TIME:

COURT ACTION:   EO: COURT ORDER REGARDING PLAINTIFF'S REQUEST OPPOSITION/RESPONSE TO JAPAN AIRLINES; JALWAYS COURT ACTION DATED 3/14/08 FOR CRAWFORD'S NEW COUNSEL TO ENTER APPEARANCE BY 4/8/08 BE EXTENDED UNTIL 5/14/08

     On March 24, 2008, pro se Plaintiff Jack L. Crawford ("Plaintiff") filed a document titled "Crawford Request Opposition/Response to Japan Airlines; Jalways Court Action Dated 3/14/08 for Crawford's New Counsel to Enter Appearance by 4/8/08 be Extended Until 5/14/08" ("3/24/08 Request"). On February 8, 2008, this Court granted Plaintiff's February 4, 2008 Motion for a Ninety Day Continuance. The Court continued the trial date from July 8, 2008 to October 7, 2008. The Court also continued the hearing date for various dispositive motions set before the district judge from May 14, 2008 to June 18, 2008.

     On March 14, 2008, this Court issued an EO noting that Plaintiff was seeking new counsel and directing new counsel to enter an appearance by April 8, 2008 so that he or she may familiarize himself or herself with the case and prepare for the June 18, 2008 hearing. In the 3/24/08 Request, Plaintiff states that he believed that there was a ninety day continuance in place to allow him to find new counsel and he argues that requiring him to have new counsel by April 8, 2008 would be prejudicial to him.

     The ninety day continuance granted on February 8, 2008 applied to the trial date. The Court did not continue all deadlines ninety days. The dispositive motions currently pending before the district judge are set for June 18, 2008. Plaintiff's memoranda in opposition to the motions are due eighteen days before the hearing. See Local Rule LR7.4. This Court instructed Plaintiff to have new counsel file an appearance by April 8, 2008 so that new counsel can become familiar with the case in time to prepare the

memoranda in opposition before the deadline.

The Court clarifies that nothing in this Court's prior orders prohibits Plaintiff from retaining new counsel after April 8, 2008. If Plaintiff retains new counsel after April 8, 2008 and new counsel believes he or she does not have sufficient time to respond to the pending dispositive motions, counsel must either file a motion for an extension of time to file the memoranda in opposition or file motion to continue the June 18, 2008 hearing.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager