EXHIBIT A

A) DR. KAVI'S UPDATED MEDICAL REPORT DATED APRIL 2, 2008.


Bumrungrad International

Ref. 08:568/IMCO:rc

April 2, 2008

The Honorable Leslie Kobayashi
Magistrate Judge, U.S. District Court
for the District of Hawaii
300 Ala Moana Blvd., Rm. C-461
Honolulu, HI 96813

Re: Mr. Jack Crawford vs. Japan Airline; et al;
   Civil No. 03-00451 SPK LEK

Dear Judge Kobayashi:

Report and Medical Findings: Examination of Mr. Jack Crawford.

Benya K., wife of Jack L. Crawford III, called and reported to Dr. Spain (psychiatrist on duty) that on March 27, 2008 that Mr. Crawford had intentionally overdosed by taking Prozac 30 tablets and had become comatose in an apparent suicide attempt.

Dr. Spain immediately suggested that an ambulance bring Mr. Crawford to the hospital for examination and psychiatric observation. Dr. Spain understands that soon after he made this recommendation that Mr. Crawford became somewhat coherent and confirmed to his wife that he had taken 30 Prozac 20 mg tablets.

Mr. Crawford, as reported by Benya K., then remained bedridden and slept for 2-3 days.

The patient advised his wife that he was not suicidal although very depressed about his life and current legal issues in America. He misunderstood that taking this amount of Prozac might help relieve his depression. This is the second time that Mr. Crawford has taken a significant Prozac overdose in Thailand since the termination.

…/2

Thailand's First JCI Accredited Hospital
33 Sukhumvit 3, Bangkok, 10110, Thailand Tel +66 (0) 2667 1000 Fax +66 (0) 2667 2525
www.bumrungrad.com



Based upon this report from his wife and current examination I have:

1. Fully acquainted Mr. Crawford with the dangers involved in overmedicating with Prozac. Mr. Crawford while bedridden missed two appointments with my office. Calls from my office to his wife, she reported that he remained asleep in his room not eating or bathing for several days while telling her to just go away.
2. I have requested that his wife now maintain and monitor his medications in a secure location.
3. Requested he consider hospitalization for monitoring of his medication levels and current psychiatric condition. Mr. Crawford has refused this option stating he must try to maintain his legal work which he sees as essential to his mental well being.
4. Requested he now come for weekly or bi-monthly appointments so that I can better monitor his condition.
5. Advised him to immediately cease any activity that causes stress in his life, including his lawsuit litigation until he apparently in better state and frame of mind mentally.
6. My recommendation that he not travel, drive cars, engage in any stress related activity or participate in any activity that requires a coherent thought process and physical coordination remains in effect. It remains my advice that he admit himself to our facility for further observation.

Mr. Crawford continues to have significant psychiatric impairment and his diagnosis of severe depression remains. Which is not conductive to improving his mental well-being.

Sincerely yours,

Kavi Suvarnakich, M.D.

แผนกลับในประเทศไทย
ที่ได้รับการรับรองคุณภาพโรงพยาบาลระดับสากล JCI

Thailand's First JCI Accredited Hospital
33 สุขุมวิท ซอย 3 กรุงเทพฯ 10110 โทรศัพท์ 0 2667 1000 โทรสาร 0 2667 2525
www.bumrungrad.com

## OPD Receipt


Bumrungrad International

| | | |
|---|---|---|
| HN : | 100968369 | Receipt No : RCT-2008-218180 |
| Patient | Mr. JACK LAFAYETTE CRAWFORD | Receipt Date : 31-Mar-2008 20:23 |
| | | Visit No: 10440470 |
| Payor : | Mr. JACK LAFAYETTE CRAWFORD | Visit Date: 31-Mar-2008 18:02 |

*Original*

75485334

| Code | Description | Amount | Amount |
|---|---|---|---|
| 925 | Doctor's Fee / ค่าแพทย์ | 2,000.00 | 2,000.00 |
| 910 | Facility / ค่าบริการผู้ป่วย | 120.00 | 120.00 |
| 06 | Medicine / ยา | 1,064.00 | 1,064.00 |

เพื่อความปลอดภัยของผู้ป่วย โรงพยาบาลฯขอสงวนสิทธิ์ในการรับคืนยาและเวชภัณฑ์
For patient safety purposes, there will be no refund for pharmacy & medical supplies.

**Payments**
Cash                    3,184.00

สามพันหนึ่งร้อยแปดสิบสี่บาทถ้วน
Three thousand one hundred and eighty-four THB only

Cashier Signature.....................................
Miss Duangporn Puuseekeiw

| | |
|---|---|
| Total Charge Amount: | 3,184.00 |
| Gross Amount: | 3,184.00 |
| Discount: | 0.00 |
| Base Amount: | 3,184.00 |
| Covered by other parties/Co-Payors: | 0.00 |
| Outstanding Amount: | 0.00 |
| Rounding: | 0.00 |
| **Total Amount:** | **3,184.00** |

Thank you for using Bumrungrad International.
Your satisfaction is our primary concern.

Appointments and Information : www.bumrungrad.com

Billing Questions:
Weekdays 9.00 am - 5.30 pm
Phone: +66 (0) 2667 2019 Fax: +66 (0) 2667 2121
Email: billing@bumrungrad.com

Thailand's First JCI Accredited Hospital
บริษัทโรงพยาบาลบำรุงราษฎร์ จำกัด(มหาชน)
Bumrungrad Hospital Public Company Limited.
เลขประจำตัวผู้เสียภาษี (Tax ID) 3101047899