EXHIBIT C

C) GARY GRIMMER'S LETTER DATED MARCH 3, 2008.

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

ASB TOWER, SUITE 2200
1001 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE 808.523.2500   FAX 808.523.0842
WWW.CARLSMITH.COM

DIRECT DIAL NO.
808.523.2544

GGRIMMER@CARLSMITH.COM

OUR REFERENCE NO.
051729-00004

March 3, 2008

**VIA HAND DELIVERY**

The Honorable Leslie Kobayashi
Magistrate Judge, U.S. District Court
  for the District of Hawaii
300 Ala Moana Blvd., Rm. C-461
Honolulu, HI 96813

Re:   *Jack Crawford vs. Japan Airlines; et al;*
      Civil No. 03-00451 SPK LEK

Dear Judge Kobayashi:

We are attorneys for the JAL Defendants in the above-referenced matter. We write to respectfully request that the court set a status conference as soon as possible, with Mr. Crawford participating via telephone from Thailand. Thailand is 14 hours ahead of Hawaii, therefore, 3:00 p.m. Thursday in Hawaii is 5:00 a.m. Friday in Thailand.

Although Mr. Crawford requested, and was granted, a 90-day continuance in this matter, he continues to file pleadings with this court, as well as send letters and emails regarding his case to counsel and other third-parties. A brief summary of Mr. Crawford's most recent activity is attached for the court's review and consideration. One concern is whether Mr. Crawford is medically disabled or not.

If you have any questions or if any additional information is needed, please feel free to contact the undersigned. Otherwise, please set a status conference at the court's earliest convenience.

Very truly yours,

Gary G. Grimmer

Enclosures
cc:   Mr. Jack Crawford (*via email*)
      Carl H. Osaki, Esq. (*via email*)

HONOLULU  ·  KAPOLEI  ·  HILO  ·  KONA  ·  MAUI  ·  GUAM  ·  SAIPAN  ·  LOS ANGELES