EXHIBIT  ▷

D) CRAWFORD'S LETTER TO PEPPER DATED APRIL 1, 2008.

April 1, 2008

Mr. Andrew Pepper, Attorney
CARLSMITH BALL LLP
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842

Email: appeper@carlsmith.com
Attorneys for Defendants
JAPAN AIRLINES AND JALWAYS CO., LTD.

Re:  Jack Crawford versus Japan Airlines: et al
     Civil No 03-00451 SPK

**Andrew, you are at the very least consistent:**

- You continue to attempt to attempt to present artificial blocks to settlement.

- You appear to continue to attempt to demonstrate to your client that it is impossible to rapidly finalize a settlement.

- You continue to attempt to "Put the Cart before the horse" seemingly to continue to generate more issues that must be resolved before settlement can be reached.   Any blocks to settlement only reside and remain with yourself and Carlsmith Ball.

- You continue to avoid responding to a simple question.  Will you or will you not accept my last settlement offer of $1,600,000?

- You continue to suggest we cannot deal with contingencies or hypothetical situations; yet, as you advised me under rule Rule 408 – we can discuss and resolve situations – even hypothetical situations.

I believe that it is apparent that it is in your personal best interest, (but not JAL's best interest) to avoid moving forward with discussion which could lead to settlement -- the reasons are rather obvious.  It is also rather obvious  --- that you are now making the "de facto" decision for your client to continue these legal proceeding without achieving a settlement by presenting artificial hurdles.

Hurdles which you will not confirm that if they could be resolved would lead to settlement at $1,600,000.

1

Therefore, by your "stretching" out the issue or resolving this matter without a settlement, you make it impossible for your client to make a decision if settlement is in their interest to settle versus continuing legal actions.

Should you deny the simple fact that you wish to continue these matters for your client by making a "de facto" decision for them to only litigate, let us mutually agree to put all legal matters on hold until the medical issue you raised of mental disability is resolved; and a medically certificate certifies my psychiatric capacity to continue.   This would allow us to mutually resolve any of the ethereal blocks or hurdles you attempt to present to settlement at $1,600,000.

According to you, I am now in a position that I cannot proceed with litigation – only you have the extended ability to agree to open the window  by either accepting, otherwise a settlement, is impossible until after I have recovered from my mental disability.

Your agreement would remove pressure and stress on me. Any delay would not leave a window open for settlement.  Your refusal to consider this option would only confirm my commentary and observations that you are making a decision for your client to litigate and not effect a mutually beneficial settlement for them.

Is further legal action and litigation the option your client's have selected or the option you have selected for them?

My offer to settle conditions remains firm at: $1,600,000; however, if I am required to retain new counsel, I am certain would be increased by the inclusion of punitive damages and attorney cost.

The only question; Will your clients except for $1,600,000?  I have offered to extend courtesies to you and, as a courtesy to me, would you please respond to the court if we can or cannot settle at this reasonable amount. A very reasonable amount down from (5mn)

 I understand that JAL had allocated ($1.5 million) for future litigation expenses to your office. This amount is almost the amount needed to settle our actions with a known outcome.

----------------------------------

**I do have an alternative opportunity for you.**

A condition that I am prepared to back up by action and provide all the economic documentation you would require to resolve this matter with your client. A matter which you could have, perhaps, easily resolved years ago for your clients and is at the core of our dispute.  Your clients should have also been easily able to produce what I seek -- the alleged document from the JCAB which states that my JCAB pilots license was cancelled, terminated, or revoked along with the resulting loss of my DC-10 type rating, as the bases for the termination.

## ALTERNATIVE CONDITIONS

This opportunity would simply end all legal actions immediately. This is a straight forward settlement opportunity "that no one at JAL should refuse" and is based upon the assumption that JAL's termination was, as you and JAL allege, the result of having my JCAB license to fly Japanese Registered Aircraft "lost", cancelled or revoked or, any other licensing action ever took place.

The alternative opportunity is open for inspection by all parties concerned especially the court -- I do not make the Alternative Settlement condition subject to the protection of Rule 408. Frankly, never having received the rules and laws as "Pro Se" from the court, which I requested, I am not familiar with Rule 408 and ramifications of this Rule; however, I cannot see how I could object to showing my willingness to simply settle this action other than equitable for both parties.

### The tenants of this Alternative opportunity are simple

JAL will disclose to the Court and myself the letter from the JCAB, referred to in HACS letter of termination, the EEOC response, many other legal and court documents which states my "JCAB pilot's license" was either cancelled, revoked or lost along with my DC-10 type rating by JAL. An allegation in the letter that was the sole basis for my termination for the alleged JCAB licensing action. The HACS/JAZ/PILOT contract clearly allowed me to continue as a "Crewmember" if, as alleged, I was unqualified as PIC on the pertinent route that I failed. And according to Japanese air law article "72" became "invalid" to fly with unsatisfactory grade, which requires a mandatory "Recheck". This opportunity will save JAL even the $30,000 you offered.

I will then settle for an amount of $1 USD. A virtually free settlement.

This will then end all legal actions with no further expense to your client, myself or the court.

My challenge to effect this "no cost" settlement is clear and simple. Just produce this critical document from the JCAB, which I was never sent, or provided to me. A document which should have been presented years ago and which JAL and HACS alleges was the sole basis for JAL and HACS termination. An action, that had it been taken years ago, would have easily resolved this matter saving all of us so many current issues, problems, and cost of a lawsuit.

For your file notes, I do not have an attorney of record in Hawaii or other State. I do not have an Attorney of Record in Thailand or on retainer. I have, in the past, had one friend in Thailand with a legal background help me submit documents to DPR in 2007 when I had Dengue Fever – this party has no license to practice in Thailand but is a practicing attorney and member of the Bar in the U.S.

I thought I had been rather obvious in explaining that while "Pro Se" we had an opportunity to settle at a favorable amount for both myself and your client. Obviously, I would not have the burden of paying a contingency. As is also obvious, my current situation presented a mutual opportunity, which you are now losing for your client, and your firm to settle under mutually

3

favorable conditions if you are willing to consider my "one" dollar offer to settle after I have been medically certified, as "Recovered", as you have requested.

I can only surmise that you maybe taking another gamble for your client. It is hard for me to understand your decision for your client. You now have a second settlement condition as an opportunity to end the lawsuit, both reasonable and fair.

I have clearly advised you at the appropriate time I still have to retain new counsel when I am medically determined competent to meet all of your requirements and issues purposed, such as, *the medical and legal concerns you have for my mental disabilities, but not until then. And, I too, retain counsel. But we both have lose this opportunity – Unless of course, you are willing, as mentioned to except my most recent proposal. Whereby, JAL offers me a ($1.00) settlement in return for the proof that my JCAB pilot license, infact was cancelled in December of 2001, ten days after my failed "Route" check.*

And, if you wish to settle for $1,600,000 based upon my Alternative conditions please advise the court, not me. In turn, I will continue to be seen by my psychiatrist, as I have for the past 5 years and reply on his professional judgment who knows my medical situation better than I do, to determine when it is prudent for me to sign agreements.

I will keep the opportunity of $1,600,000, as an alternative condition if you just provide the "one" document I seek until I am considered medically competent. Then we will continue with all related legal matters, litigation, pretrial and trial schedules. If, you chose my $1 dollar settlement, you will obviously save the court future cost as well and your client.

Everyone, including the court (Judge Kobayashi) can determine themselves, the validity of the lawsuit, the truth, untruths, and the responsible party who caused the litigation that has continued for 6-years.

I personally believe you may have ethically failed your clients as their attorney, if you again choose to ignore this opportunity to settle for $1 – by just producing one document that supports the alleged cancellation, which is the bases for the termination and lawsuit filed.

*However, since reading your letter dated March 18, 2008, I am curious why the court too, did not recognize, as you have, the same medical issues and legal problems resulting from a medial and mental liability until my recovery. And, the court continued actions and proceedings after my medical declaration and my doctor's mental disability evaluation. Obviously, I have a lack certain mental capacity to understand and participate fully in legal proceeding(s), understanding legal term(s), condition(s) and consequence (s) as you remarked with statements concerning my psychological infirmities in your letters dated March 18 and March 20, 2008.*

4

*These medical infirmities are truly a valid concern, which you raise that the court also should have addressed and "Stopped" the legal proceedings until "Recovery".*

*My psychological infirmities were always a serious disability tendered to the court as my sworn declaration with supporting medical certificates. Which has now resulted in my psychiatric conditions which has caused serious mental detoriation. I agree with your assessment that, I should be certified with a full capacity before engaging in all legal matters and proceedings but only after "I have recovered". I now stipulate should you chose the alternative conditions I proposed that you do so with the court in writing  as  a court approved and advised settlement, which I stipulate I am mentally disabled, "due to the depth of my psychological infirmities and lack of mentally capacity to understand an participate in legal proceedings", which you so often expounded on in your letters, regarding my multiply mental incapacties as legal grounds not to negoiate and/or settle.*

I would welcome either your visit in Thailand or other members of your team to complete all required documents.  Frankly, Andrew I really believe your only desire is to continue this matter and litigate.  Let's see.


Regards,


Jack L. Crawford

5