# MINUTES

CASE NUMBER:   CIVIL NO. 03-00451SPK-LEK

CASE NAME:   Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:   04/07/2008                    TIME:

COURT ACTION:  EO: Plaintiff Jack Crawford's Request That The Court Suspend and Postpone Action on All Motions and Schedules During the 90 Day Continuance and Beyond Until Crawford, Acting "Pro Se," is Judged Mentally Competent By His Psychiatrist to Proceed With Legal Matters and Proceedings and Crawford is Mentally Competent to Retain Counsel to Move Crawford's Case forward **filed on 4/4/2008** will be considered by Magistrate Judge Leslie E. Kobayashi as a **Non Hearing Motion**.

Memorandum in Opposition is due **4/21/2008**.
Reply Memorandum is due **5/5/2008.**

Plaintiff Jack Crawford's Request will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

CASE NUMBER:     CIVIL NO. 03-00451SPK-LEK

CASE NAME:     Jack Crawford vs. Japan Airlines

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    04/07/2008                   TIME:

COURT ACTION:  EO: Plaintiff Jack Crawford's Request That The Court Suspend and Postpone Action on All Motions and Schedules During the 90 Day Continuance and Beyond Until Crawford, Acting "Pro Se," is Judged Mentally Competent By His Psychiatrist to Proceed With Legal Matters and Proceedings and Crawford is Mentally Competent to Retain Counsel to Move Crawford's Case forward **filed on 4/4/2008** will be considered by Magistrate Judge Leslie E. Kobayashi as a **Non Hearing Motion**.

Memorandum in Opposition is due **4/21/2008**.
Reply Memorandum is due **5/5/2008.**

Plaintiff Jack Crawford's Request will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Submitted by: Warren N. Nakamura, Courtroom Manager