CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| GARY G. GRIMMER | 1769-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
ggrimmer@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO. 03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S **APPEAL OF NON-DISPOSITIVE ORDER PURSUANT TO LOCAL RULE 74.1**; MEMORANDUM IN SUPPORT; DECLARATION OF GARY G. GRIMMER; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>[Non-Hearing Motion]<br><br>TRIAL DATE:  October 7, 2008 |

**DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S APPEAL OF NON-DISPOSITIVE ORDER PURSUANT TO LOCAL RULE 74.1**

Defendants Japan Airlines and Jalways Co., Ltd. ("JAL Defendants"), pursuant to Local Rule ("LR") 74.1, appeal from the Magistrate's *Order Granting Plaintiff's Motion for Reconsideration*, entered on April 7, 2008 as Document 362 ("April 7 Order"). A true and correct copy of the April 7 Order is attached hereto as Exhibit "A" for the Court's convenience. The JAL Defendants appeal from that Order on the ground that it was clearly erroneous for Magistrate Kobayashi to withdraw the *Order Granting Ex Parte Application For Issuance Of Commission To Take Depositions In Japan* [Document 332], dated February 15, 2008, on the basis that the underlying Motion should not have been filed *ex parte*. The April 7 Order is clearly erroneous and contrary to law because it (a) failed to note that Crawford has had notice of the depositions since November 2007; and (b) totally omitted reference to the fact that the depositions will go forward in both the arbitration between Crawford and Hawaii Aviation Contract Services, Inc. ("HACS"), and in the related case of *Ventress v. Japan Airlines, et al*.

Additionally, the JAL Defendants respectfully submit that it was clearly erroneous and contrary to law for the Magistrate to terminate their *Motion for Relief From Order Granting Plaintiff Jack Crawford's Motion for a Ninety Day Continuance, Entered on February 8, 2008, and Request to Enter Statement of Concurrence on Behalf of Plaintiff Jack Crawford*, filed on March 19, 2008.

DATED: Honolulu, Hawaii, April 11, 2008.

/s/ Gary G. Grimmer
ANDREW L. PEPPER
STEVEN M. EGESDAL
GARY G. GRIMMER
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.

3.