IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAPAN AIRLINES; JALWAYS CO.,<br>LTD.; HAWAII AVIATION<br>CONTRACT SERVICES, INC.; and<br>DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CIVIL NO. 03-00451 SPK-LEK<br><br>DECLARATION OF<br>GARY G. GRIMMER |

## DECLARATION OF GARY G. GRIMMER

I, Gary G. Grimmer, declare as follows:

1.　　I am a partner with Carlsmith Ball LLP, attorneys for Defendants

Japan Airlines and Jalways Co., Ltd. (collectively, the "JAL Defendants") in this

lawsuit.  I am familiar with the documents and events described below.

2.　　Attached hereto as Exhibit "A" is a true and correct copy of

Magistrate Kobayashi's Order Granting Plaintiff's Motion for Reconsideration,

dated April 7, 2008.

This Declaration is filed pursuant to 28 U.S.C. § 1746(2).  I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, April 11, 2008.

/s/ Gary G. Grimmer
GARY G. GRIMMER