IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO.  03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing will be served on the following at their last known addresses:

**Served by Email and First Class Mail**:

JACK L. CRAWFORD III
The Regent Royal Place II 6/179
Soi Mahadlekluang 2, Rachadamri Road
Lumpini, Patumwan,
Bangkok, Thailand 10330

Plaintiff *Pro Se*

**Served by Hand Delivery**:

Magistrate Leslie Kobayashi
U.S. District Court
300 Ala Moana Boulevard
Honolulu, HI 96813

4813-5585-7410.2.051729-00003

2.

**Served Electronically through CM/ECF**:

CARL H. OSAKI, ESQ.  (carl@chosaki.com)
Town Tower, #17G
225 Queen Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.

DATED:  Honolulu, Hawaii, April 11, 2008.

/s/ Gary G. Grimmer
ANDREW L. PEPPER
STEVEN M. EGESDAL
GARY G. GRIMMER
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.