CARLSMITH BALL LLP

| | |
|---|---|
| ANDREW L. PEPPER | 5141-0 |
| STEVEN M. EGESDAL | 4511-0 |
| GARY G. GRIMMER | 1769-0 |
| JOSEPH F. KOTOWSKI, III | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, Hawaii 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
apepper@carlsmith.com
segesdal@carlsmith.com
ggrimmer@carlsmith.com
jkotowski@carlsmith.com

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL NO. 03-00451 SPK-LEK<br><br>DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S *EX PARTE* **MOTION TO SHORTEN TIME** FOR RULING ON DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S APPEAL OF NON-DISPOSITIVE ORDER PURSUANT TO LOCAL RULE 74.1; DECLARATION OF GARY G. GRIMMER; CERTIFICATE OF SERVICE<br><br>[Non-Hearing Motion]<br><br>TRIAL DATE: October 7, 2008 |

4819-5452-8770.1.051729-00003

**DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S**
***EX PARTE* MOTION TO SHORTEN TIME FOR RULING ON DEFENDANTS JAPAN AIRLINES AND JALWAYS CO., LTD.'S APPEAL OF NON-DISPOSITIVE ORDER PURSUANT TO LOCAL RULE 74.1**

Defendants Japan Airlines and Jalways Co., Ltd. ("JAL Defendants"), through counsel, hereby move this Court, *ex parte*, to expedite its ruling on Defendants Japan Airlines and Jalways Co., Ltd.'s Appeal of Non-Dispositive Order Pursuant to Local Rule 74.1, filed concurrently with this *ex parte* motion. The reason the Court's ruling should be advanced is that depositions were scheduled in this matter from May 7, 2008 to May 9, 2008 in Tokyo, Japan based in part on Magistrate Judge Kobayashi's *Order Granting Ex Parte Application For Issuance Of Commission To Take Depositions In Japan*, dated February 15, 2008. However, Magistrate Judge Kobayashi, in her *Order Granting Plaintiff's Motion for Reconsideration*, dated April 7, 2008, subsequently withdrew her commission order of February 15, 2008. Because the JAL Defendants had relied on the February 15, 2008 commission order to satisfy the requirements for obtaining a deposition visa, the JAL Defendants respectfully request that the Court rule on its Appeal as soon as possible.

This *ex parte* motion is made pursuant to LR6.2 and is based upon the accompanying motion and declaration submitted.

DATED:  Honolulu, Hawaii, April 11, 2008.

/s/ Gary G. Grimmer
ANDREW L. PEPPER
STEVEN M. EGESDAL
GARY G. GRIMMER
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.

4819-5452-8770.1.051729-00003                  3.