IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CIVIL NO. 03-00451 SPK-LEK<br><br>DECLARATION OF<br>GARY G. GRIMMER |

## **DECLARATION OF GARY G. GRIMMER**

I, Gary G. Grimmer, declare as follows:

1.　　I am a partner with Carlsmith Ball LLP, am licensed to practice law in the State of Hawaii, and have been admitted to practice law before this Court. I am one of the attorneys for Defendants Japan Airlines and Jalways Co., Ltd. (collectively, the "JAL Defendants") in this lawsuit.

2.　　This declaration is based on my personal knowledge and information and I am competent to testify to these matters if called and sworn as a witness. I am familiar with the records and files in this case.

3.　　Depositions were scheduled in this matter from May 7, 2008 to May 9, 2008 in Tokyo, Japan based in part on Magistrate Judge Kobayashi's *Order*

*Granting Ex Parte Application For Issuance Of Commission To Take Depositions In Japan*, dated February 15, 2008.

4.  However, Magistrate Judge Kobayashi, in her *Order Granting Plaintiff's Motion for Reconsideration*, dated April 7, 2008, subsequently withdrew her commission order of February 15, 2008.

5.  The JAL Defendants relied on the February 15, 2008 commission order to satisfy consular requirements for obtaining a deposition visa.

6.  Because the depositions will take place in both a related arbitration proceeding and in a related case, counsel for the JAL Defendants will attend the depositions to represent the deponents, and in the interests of efficiency and economy, should also be allowed to ask questions that can be used as evidence in the present matter.

7.  Due to time constraints, and based upon the history of this case, the JAL Defendants believe that it will be futile to attempt to timely secure a stipulation from the Plaintiff for an expedited ruling on its Appeal.

8.  Pursuant to LR6.2(e), this *ex parte* motion to shorten time is made in the interest of justice, to save resources, and to expedite litigation, and not for the purpose of unfair advantage or delay.

3.

This Declaration is filed pursuant to 28 U.S.C. § 1746(2). I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 11, 2008.

/s/ Gary G. Grimmer
GARY G. GRIMMER