IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD, | ) Civ. No. 03-00451 SPK-LEK |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAPAN AIRLINES, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER GRANTING JAL DEFENDANTS' MOTION TO SHORTEN TIME
AND AFFIRMING DECISION OF U.S. MAGISTRATE JUDGE

The JAL Defendants have filed an appeal, pursuant to Local Rule 74.1, of an April 7, 2008 Order of U.S. Magistrate Judge Leslie E. Kobayashi.  The April 7, 2008 Order granted Plaintiff's Motion for Reconsideration regarding a commission order concerning depositions that are scheduled to take place in Japan, and rendered two other motions moot.  The depositions apparently concern not only this case (Crawford v. Japan Airlines, Civ. No. 03-00451SPK-LEK) but also a related arbitration and the related case (Ventress v. Japan Airlines, Civ. No. 07-00581SPK-LEK).  Defendants have also moved ex parte for an expedited ruling, given that the depositions are scheduled to begin May 7, 2008.

The Court GRANTS Defendants' Motion to Shorten Time for Ruling on

their Rule 74.1 appeal. The Court will decide the motion without further briefing.

The Court has reviewed the Rule 74.1 appeal, as well as the records and files in this case concerning the proceedings regarding the issuance (and subsequent reconsideration) of the February 15, 2008, commission. The Court cannot say that Judge Kobayashi's order was clearly erroneous or contrary to law. It was well-reasoned and logical, especially given the confused state of proceedings in this case. Any complications or duplication resulting from differing paths (as between Crawford and Ventress) are a consequence of the parties's stipulated bifurcation of the cases. Crawford and Ventress are separate matters; that some complications or duplication could result does not mean Judge Kobayashi's order was clearly erroneous or contrary to law.

The April 7, 2008 Order [doc. 362] is AFFIRMED.

IT IS SO ORDERED.

DATED: April 17, 2008.



_____
Samuel P. King
Senior United States District Judge