IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>  Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>  Defendants. | CIVIL NO. 03-00451 SPK-LEK<br><br>DECLARATION OF<br>JOSEPH F. KOTOWSKI, III |

## **DECLARATION OF JOSEPH F. KOTOWSKI, III**

I, Joseph F. Kotowski, III, declare as follows:

1. I am an attorney with Carlsmith Ball LLP, attorneys for Defendants Japan Airlines and Jalways Co., Ltd. (collectively, the "JAL Defendants") in this lawsuit. I am familiar with the documents and events described below.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Court's *Order Regarding Plaintiff's Request Opposition/Response to Japan Airlines; Jalways Court Action Dated 3/14/08 For Crawford's New Counsel to Enter Appearance by 4/8/08 be Extended Until 5/14/08*, entered on April 7, 2008.

3. Attached hereto as Exhibit "B" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on

4848-0934-2722.1.051729-00003

January 7, 2008, notifying the parties in this case of the filing of Shawn Luiz's Motion to Withdraw as Counsel for Plaintiff Jack Crawford.

4. Attached hereto as Exhibit "C" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on January 30, 2008, notifying the parties in this case of the filing of Plaintiff's Motion for Extension of Time, and Plaintiff's Motion [Docket Document 303].

5. Attached hereto as Exhibit "D" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on February 5, 2008, notifying the parties in this case of the filing of Crawford's Motion for a Ninety-day Continuance.

6. Attached hereto as Exhibit "E" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on February 13, 2008, notifying the parties in this case of the filing of the JAL Defendants' *Ex Parte* Motion to Take Foreign Deposition.

7. Attached hereto as Exhibit "F" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on March 3, 2008, notifying the parties in this case of the filing of Hawaii Aviation Contract Services, Inc.'s *Ex Parte* Motion for Discovery and Issuance of Letters Rogatory.

8. Attached hereto as Exhibit "G" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on March 19, 2008, notifying the parties in this case of the filing of the JAL Defendants' Motion for Relief.

9. Attached hereto as Exhibit "H" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on February 7, 2008, notifying the parties in this case of the filing of Crawford's Addendum to his Opposition to the Withdraw of Shawn Luiz.

10. Attached hereto as Exhibit "I" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on March 4, 2008, notifying the parties in this case of the filing of Crawford's Request that the Court Accept Crawford's Electronic Mail.

11. Attached hereto as Exhibit "J" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on March 4, 2008, notifying the parties in this case of the filing of Plaintiff's Opposition and Response Statement.

12. Attached hereto as Exhibit "K" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on March 4, 2008, notifying the parties in this case of the filing of Crawford's Counter Motion to Postpone Depositions in Japan.

13. Attached hereto as Exhibit "L" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on March 17, 2008, notifying the parties in this case of the filing of Crawford's Position, Opposition and Response Statement.

14. Attached hereto as Exhibit "M" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on March 25, 2008, notifying the parties in this case of the filing of Crawford's Request Opposition/Response to Court Action.

15. Attached hereto as Exhibit "N" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on March 25, 2008, notifying the parties in this case of the receipt by the Court of a letter from Crawford to Magistrate Judge Kobayashi on March 21, 2008 and instructions to Crawford that he must comply with the procedural and substantive rules of the Court.

16. Attached hereto as Exhibit "O" is a true and correct copy of the Court's *Order Vacating Hearing Date and Denying Plaintiff's Motion to Stay Proceedings Pending Appeal*, entered on April 15, 2008.

17. Attached hereto as Exhibit "P" is a true and correct copy of the Court's *Order Denying Plaintiff's Request to File Via Electronic Filing*, entered on March 6, 2008.

18. Attached hereto as Exhibit "Q" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on January 30, 2008, notifying the parties in this case of the filing of Crawford's Position Statement and Opposition to Shawn Luiz's Motion to Withdraw as Counsel.

19. Attached hereto as Exhibit "R" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on February 5, 2008, notifying the parties in this case of the filing of an Addendum to Crawford's Position/Opposition Statement to the Luiz Motion to Withdraw, which contained approximately 24 exhibits.

20. Attached hereto as Exhibit "S" is a true and correct copy of an e-mail I received from the United States District Court for the District of Hawaii on February 7, 2008, notifying the parties in this case of the filing of an Addendum to Crawford's Motion for a Ninety Day Continuance.

21. Attached hereto as Exhibit "T" is a true and correct copy of an e-mail I received from Jack Crawford on February 27, 2008.

22. Attached hereto as Exhibit "U" is a true and correct copy of an e-mail I received from Jack Crawford on February 29, 2008.

23. Attached hereto as Exhibit "V" is a true and correct copy of an e-mail I received from Jack Crawford on March 6, 2008.

24.     Attached hereto as Exhibit "W" is a true and correct copy of an e-mail I received from Jack Crawford on March 6, 2008.

25.     Attached hereto as Exhibit "X" is a true and correct copy of an e-mail I received from Jack Crawford on March 19, 2008.

26.     Attached hereto as Exhibit "Y" is a true and correct copy of an e-mail I received from Jack Crawford on March 31, 2008.

27.     Attached hereto as Exhibit "Z" is a true and correct copy of an e-mail I received from Jack Crawford on April 15, 2008.

This Declaration is filed pursuant to 28 U.S.C. § 1746(2). I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 21, 2008.

/s/ Joseph F. Kotowski, III
JOSEPH F. KOTOWSKI, III