Joseph F. Kotowski

**From:** hid_resp@hid.uscourts.gov
**Sent:** Monday, January 07, 2008 7:41 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Motion to Withdraw as Attorney

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered by Luiz, Shawn on 1/7/2008 at 7:40 PM HST and filed on 1/7/2008
**Case Name:** Crawford v. Japan Airlines, et al
**Case Number:** 1:03-cv-451
**Filer:** Jack Crawford
**Document Number:** 287

**Docket Text:**
**MOTION to Withdraw as Attorney Shawn A. Luiz appearing for Plaintiff Jack Crawford (Attachments: # (1) Declaration of Shawn A. Luiz)(Luiz, Shawn)**


**1:03-cv-451 Notice has been electronically mailed to:**

Danielle N. Degele-Mathews    ddm@ahfi.com

Steven M. Egesdal    segesdal@carlsmith.com, lgd@carlsmith.com

Gary G. Grimmer    ggrimmer@carlsmith.com, eleming@carlsmith.com

Joseph F. Kotowski , III    jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Shawn A. Luiz    attorneyluiz@msn.com

Jennifer B. Lyons    jlyons@rlhlaw.com

Carl H. Osaki    carl@chosaki.com, cho@hawaii.rr.com

Andrew L. Pepper    apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

**1:03-cv-451 Notice will not be electronically mailed to:**

4/14/2008

**EXHIBIT B**

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/7/2008] [FileNumber=413786-0]
[115d31cfb0ae3de0f68a12d99a3ee548907b341ab3eb475fa3831cf4aed5dd46e9cf1
cfc955037388baeb25beef34e4fe1de7c7395f47ec7a25b0ae42a1a9372]]
**Document description:** Declaration of Shawn A. Luiz
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/7/2008] [FileNumber=413786-1]
[3cadfa1b5eb304c129eb29a99090ab7505a213503da6b7d5989d77809e5b4ae6be5cb
8781645d6487495b7df185ae26d21a81f1c559883933950bfe1a18df7d3]]

4/14/2008