Joseph F. Kotowski

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, February 05, 2008 9:45 AM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Motion to Continue |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 2/5/2008 at 9:45 AM HST and filed on 2/4/2008
**Case Name:**        Crawford v. Japan Airlines, et al
**Case Number:**    1:03-cv-451
**Filer:**                    Jack Crawford
**Document Number:** 308

**Docket Text:**
**Plaintiff Jack L. Crawford's MOTION for a Ninty Day Continuance; Certificate of Service -by Plaintiff Jack Crawford (Attachments: # (1) Exhibis (sic), # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, (5) Exhibit 4 ( Sealed - viewing restricted to case participants/court), # (6) Exhibit 5 (Sealed - viewing restricted to case participants/court), # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8)(ecs, )(cc: WN)**

**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews ddm@ahfi.com

Shawn A. Luiz attorneyluiz@msn.com

Joseph F. Kotowski, III jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons jlyons@rlhlaw.com

4/14/2008                                                                                       **EXHIBIT D**

**1:03-cv-451 Notice will not be electronically mailed to:**

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-0]
[025a2bc220f15d9d17902167a6bac4986a1d8338f97b045933a012a6cabe4ca636f94
0bbb48e82ef1867820b47415f1e857d68a4f4e936cf422c40f31baf62e9]]
**Document description:** Exhibis
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-1]
[526eb193a9fc1f0381255507fb91226c8e3820a12723887f18d56a3652f1e6d4b90bc
f31598fb0ebf8615de1fec101839d4b178b306a527bf192e95eb00a08a7]]
**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-2]
[30e5271e0cea8c2482aae7ff2ba61c7bc9dced1592fdaf0932b7259d3e6760dea83b9
3fd5f85e2a4eae1c45a50ba4aad78bb74dabcb756ecf422ddd5a251cf5d]]
**Document description:** Exhibit 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-3]
[3328cf29d04a3a36e740336320edcd943ac33302ec7e79a1d57d5c8cc8069250a5ac3
43bcc670c56cf8dbf93bf618e69b3736ee8da6e5e4630fbad6c68eaf7f4]]
**Document description:** Exhibit 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-4]
[900d989caf6f8209eb5baebf48cbe1ea0be22fd7278d3857053b5f9226923b70b80bb
68b0fee713cd5cbf3c45e3b034eab72d3a8758c6594aed3c54af29792e2]]
**Document description:** Exhibit 4 ( Sealed - viewing restricted to case participants/court)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-5]
[624ee18346a0a0137c9383c6284d85ee81acd3cd527991535d266efaec0ea17c30735
441629ffbf1e4e870f0103804898160eb75fc019eb10aae91df35d26171]]
**Document description:** Exhibit 5 (Sealed - viewing restricted to case participants/court)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-6]
[bf7328be6fd1b9e4986d8a0e82698e3c8ed6e66e55a996b2b256b66d0644a5d3e9425

4/14/2008

031c75dbbe8c1684de3a75b9548593b55930d434c44a2cc617c1dc61fc6]]
**Document description:** Exhibit 6
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-7]
[50611090ae81c20d4532634ce07863c3dc823097d033affc2e8af30337b742ee934e0
a27937bd14063b6c0988944970b9d00c7575c1a668616ff712a1858eb8e]]
**Document description:** Exhibit 7
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-8]
[92466c8e8abf51c1558abba189f57541909d1ad6bbd729c4c613530624ebf908753f9
7d39f823580371b414654e0fa455200a47cf101c3a6dc007922e3d3c726]]
**Document description:** Exhibit 8
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431299-9]
[9e7ecd58f35aed6a9bd0cbc45665e5544f4d6092cdeac44684a04c71f819eb298bcc2
0adfc3b1cfd5a962c9944cfc8f5d629b9893cd157a407daa8989f0ff64a]]

4/14/2008