Joseph F. Kotowski

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Wednesday, February 13, 2008 10:09 AM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Exparte |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered by Grimmer, Gary on 2/13/2008 at 10:09 AM HST and filed on 2/13/2008
**Case Name:** Crawford v. Japan Airlines, et al
**Case Number:** 1:03-cv-451
**Filer:** Japan Airlines
Jalways Co., Ltd.
**Document Number:** 331

**Docket Text:**
**Ex Parte MOTION to Take Foreign Deposition from Captain Kazuo Hanami; Captain Kozo Nakabayashi; Captain Kenji Yamada** *and for Issuance of Commission to Take Depositions in Japan* **Gary G. Grimmer appearing for Defendants Japan Airlines, Jalways Co., Ltd. (Attachments: # (1) Declaration of Counsel, # (2) Certificate of Service)(Grimmer, Gary)**

**1:03-cv-451 Notice has been electronically mailed to:**

Danielle N. Degele-Mathews    ddm@ahfi.com

Steven M. Egesdal    segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Gary G. Grimmer    ggrimmer@carlsmith.com, eleming@carlsmith.com

Joseph F. Kotowski , III    jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Shawn A. Luiz    attorneyluiz@msn.com

Jennifer B. Lyons    jlyons@rlhlaw.com

Carl H. Osaki    carl@chosaki.com, cho@hawaii.rr.com

Andrew L. Pepper    apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

4/14/2008                                                                                            **EXHIBIT E**

**1:03-cv-451 Notice will not be electronically mailed to:**

Jack Crawford
The Regent Royal Place II 6/149
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Banglpl, 10330
Thailand

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/13/2008] [FileNumber=436375-0]
[52ce23f7f5c7efb20e9f3225fd45e5dc7795fedab848ca5a5e8803649a8ed09961f1
6fcf528d457de64bf016b4585678288346be914540d1b219e4c9fd525721]]
**Document description:** Declaration of Counsel
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/13/2008] [FileNumber=436375-1]
[68b547bdf51c600928f6fa632139fe64041a109a9f5642031b278b186bac8014ebfd
9aa9cad6cf50f61b3af61c2b8a8970645814a79bc137d0a2d2f00ac5d538]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/13/2008] [FileNumber=436375-2]
[78974233c804fdeff403910684a99fafd72310189f56d0f6951e8a33c070a6208ec3
e482b2f46a8c80212c5b8ca1a1d7d93325401c63366a853fad31c3215d0d]]

4/14/2008