Joseph F. Kotowski

| | |
|---|---|
| From: | hid_resp@hid.uscourts.gov |
| Sent: | Monday, March 03, 2008 6:13 PM |
| To: | hawaii_cmecf@hid.uscourts.gov |
| Subject: | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Motion for Discovery |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered by Osaki, Carl on 3/3/2008 at 6:13 PM HST and filed on 3/3/2008
**Case Name:**       Crawford v. Japan Airlines, et al
**Case Number:**     1:03-cv-451
**Filer:**           Hawaii Aviation Contract Services, Inc.
**Document Number:** 335

**Docket Text:**
Ex Parte MOTION for Discovery *And Issuance of Letters Rogatory by Defendant Hawaii Aviation Contract Services, Inc.,* Carl H. Osaki appearing for Defendant Hawaii Aviation Contract Services, Inc. (Attachments: # (1) Affidavit of Carl H. Osaki)(Osaki, Carl)

**1:03-cv-451 Notice has been electronically mailed to:**

Danielle N. Degele-Mathews    ddm@ahfi.com

Steven M. Egesdal     segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Gary G. Grimmer     ggrimmer@carlsmith.com, eleming@carlsmith.com

Joseph F. Kotowski , III    jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons    jlyons@rlhlaw.com

Carl H. Osaki    carl@chosaki.com, cho@hawaii.rr.com

Andrew L. Pepper    apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

**1:03-cv-451 Notice will not be electronically mailed to:**

Jack Crawford

4/14/2008                                                **EXHIBIT F**

The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand, 10330

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/3/2008] [FileNumber=447707-0]
[c05de1f83663100cf71f6cdca9a7a0d13052ae5c29dda92b6462634c4e5a8883117bc
dd14d7b959cd4cddcfee7d4a8bff1a158633e8b5cbb732d2d5e76ceab3b]]
**Document description:** Affidavit of Carl H. Osaki
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/3/2008] [FileNumber=447707-1]
[67c7ccb84787800956cb28261e6c00346f9d74ce53c92c46066938f4794b2913827eb
c31d49f3aae48de64e3549be52c072c7e3f9ce3fc0e92ee230700733a07]]

4/14/2008