Joseph F. Kotowski

| | |
|---|---|
| From: | hid_resp@hid.uscourts.gov |
| Sent: | Wednesday, March 19, 2008 4:58 PM |
| To: | hawaii_cmecf@hid.uscourts.gov |
| Subject: | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Motion for Miscellaneous Relief |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered by Grimmer, Gary on 3/19/2008 at 4:58 PM HST and filed on 3/19/2008
**Case Name:**       Crawford v. Japan Airlines, et al
**Case Number:**     1:03-cv-451
**Filer:**           Japan Airlines
                     Jalways Co., Ltd.
**Document Number:** 349

**Docket Text:**
MOTION For Relief From Order Granting Plaintiff Jack L. Crawford's Motion For A Ninety Day Continuance, Entered On February 8, 2008, And Request To Enter Statement Of Concurrence On Behalf Of Plaintiff Jack Crawford Gary G. Grimmer appearing for Defendants Japan Airlines, Jalways Co., Ltd. (Attachments: # (1) Memorandum In Support Of Motion, # (2) Declaration Of Joseph F. Kotowski, III, # (3) Declaration Of Lesa Douglas-Wong, # (4) Exhibit A, # (5) Exhibit B, # (6) Exhibit C, # (7) Exhibit D, # (8) Exhibit E, # (9) Exhibit F, # (10) Certificate Of Service)(Grimmer, Gary)

**1:03-cv-451 Notice has been electronically mailed to:**

Danielle N. Degele-Mathews     ddm@ahfi.com

Steven M. Egesdal     segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Gary G. Grimmer     ggrimmer@carlsmith.com, eleming@carlsmith.com

Joseph F. Kotowski , III     jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons     jlyons@rlhlaw.com

Carl H. Osaki     carl@chosaki.com, cho@hawaii.rr.com

Andrew L. Pepper     apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

4/14/2008                                **EXHIBIT G**

**1:03-cv-451 Notice will not be electronically mailed to:**

Jack Crawford
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand, 10330

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-0]
[2edc25f116e8aceaf56c6c2fbb340658fbd881a2bff3b3c511390a130b892886ee8a
674060ef18bf24ee59416b048d80d0592d823b20be56a8afb4d2ec4e3acd]]
**Document description:** Memorandum In Support Of Motion
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-1]
[c0aaf29922ad0a6fd3cb5c647bd187e594d22d17236fb8942489c126bd5f6192cca2
43f7abe032f666d7fb420ed1c967f34066901876775f2db82b25939c66d3]]
**Document description:** Declaration Of Joseph F. Kotowski, III
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-2]
[bfc32bf005062c99ba90eaa40c60fc63b20413b6ca7db067022e86aec8e82272e147
e868de6657295c9ae3dea376ee729c6ee9bab54acc57c182486fa26eb952]]
**Document description:** Declaration Of Lesa Douglas-Wong
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-3]
[2d03d0b541b16278aa68d6b3e895b325a2c7f8d4b7bef5b36619aef2b1acb6fae978
87edf32a2d6f8b882658328e1d720b3805560dec36140962aadc8986b1c5]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-4]
[4348348946b576c09c69a4360acc0e109509ce1f1989e3ffc790893e2db0e823b93e
f357f2d3db7a24f40a51dce779bbc9212f7551cc3b9c5ac6dad84343c5c0]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-5]

4/14/2008

[be5c9902d55b09a7657f7a08aceb26711ec484c0813731a45bcb1ddb0a340a3f1acb
ebfd9c1401c1d2e7fde92291f8c40d1350ddfcc94c9a0dc8d09fe3368e92]]

**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-6]
[079cfbf98d069d3a8b4cbec4f39406bc6c9c262915245bcad682ec8cb66f9047d287
dc1a859b33efbc35a3650f1d97be2e4035de06ff339ec694e566c58a7553]]

**Document description:** Exhibit D
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-7]
[34a681597b2df43a597dfc0f0504f3ff1a103c759c5b60993e81194a8f60baff93af
29f8b041230ee38502683e1bfd9086e72b31b4b5b79f2cab5732e626d4ee]]

**Document description:** Exhibit E
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-8]
[4fabdbcdc83ca89ba95b723d48d3a5f0fc64986210b8c0570428c32c0941024f6544
100b0b325f26bde9d184fac71375918a12498ce50eda4dc8261eef08113c]]

**Document description:** Exhibit F
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-9]
[37fb23c65ff2022c1e24b164e0e4104b18b2e58a8c7110e0f51b4b1fc5ea1395e4be
6749fdac5999adc462b69eecb41ab994902dc3c202139447d558e9d96186]]

**Document description:** Certificate Of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/19/2008] [FileNumber=457881-10
] [64248cb1ffce890429643f84859f6badeb3eeabed6b0586d3e54edf04567b64e5eb
d013800b6fa76e08b9de6c94ee31fc0afdee03f5e7c89e477466de2436b22]]

4/14/2008