Joseph F. Kotowski

| | |
|---|---|
| From: | hid_resp@hid.uscourts.gov |
| Sent: | Thursday, February 07, 2008 2:45 PM |
| To: | hawaii_cmecf@hid.uscourts.gov |
| Subject: | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Errata |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 2/7/2008 at 2:45 PM HST and filed on 2/5/2008
**Case Name:**       Crawford v. Japan Airlines, et al
**Case Number:**     1:03-cv-451
**Filer:**
**Document Number:** 317

**Docket Text:**
ADDENDUM TO CRAWFORD'S [309] POSTION (sic) AND OPPOSITION TO WITHDRAWL (sic) OF SHAWN LUIZ, ATTORNEY AS COUNSEL FOR THE PLAINTIFF (ecs, )(cc:LEK)


**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer  ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal  segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper  apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki  carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews  ddm@ahfi.com

Shawn A. Luiz  attorneyluiz@msn.com

Joseph F. Kotowski, III  jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons  jlyons@rlhlaw.com

**1:03-cv-451 Notice will not be electronically mailed to:**

4/14/2008                                                          **EXHIBIT H**

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/7/2008] [FileNumber=433646-0]
[9c4cdf474cd0d388b35a8b72762905ea7fb3eac089e4740d5cace07a2d1002b567bb4
c52a38b1e5e3368d6d490251f4f7c2c5a4c2dea591dc45cb19ec7296439]]

4/14/2008