**Joseph F. Kotowski**

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, March 04, 2008 4:23 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Request |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 3/4/2008 at 4:22 PM HST and filed on 3/3/2008
**Case Name:** Crawford v. Japan Airlines, et al
**Case Number:** 1:03-cv-451
**Filer:** Jack Crawford
**Document Number:** 336

**Docket Text:**
Re: Crawford REQUESTS that the Court Clerk/Administrative Assistant Accept Crawford's Electric Mail, as Crawford Files Motions, Pleadings and Other Legal Documents (Memorandums) With the Court Clerk and That These Electroic (sic) Documents be considered Notification to All Parties Recognized in the Lawsuit - by Jack Crawford. (cc: Lek) (ecs, )


**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer   ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal   segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper   apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki   carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews   ddm@ahfi.com

Joseph F. Kotowski, III   jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons   jlyons@rlhlaw.com

**1:03-cv-451 Notice will not be electronically mailed to:**

4/14/2008                                   **EXHIBIT I**

Jack Crawford
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand, 10330

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/4/2008] [FileNumber=448570-0]

[5c02a425b92aefcd06a08e94fc368f56a1f992a884f092e4f940119dfe27cfffb50d3
a3f687f937211f8795fd710a8137827065a3ee4c95064a077a6a06158e0]]

4/14/2008