**Joseph F. Kotowski**

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, March 04, 2008 4:58 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Response |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 3/4/2008 at 4:58 PM HST and filed on 3/3/2008
**Case Name:** Crawford v. Japan Airlines, et al
**Case Number:** 1:03-cv-451
**Filer:** Jack Crawford
**Document Number:** 337

**Docket Text:**
**Plaintiffs Opposition and Response Statement Re: Defendants Japan Airlines, Jalways, and Hawaiian Aviation Contact Services Inc's Position Statement to the Court Not to Intefer (sic) with Depositions Now Scheduled and Japan Airlines Ex Parte Application for Issuance of Commission to Take Depositions in Japan [331] [335] - filed by Jack Crawford. (cc: lek) (ecs, )**

**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer    ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal    segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper    apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki    carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews    ddm@ahfi.com

Joseph F. Kotowski, III    jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons    jlyons@rlhlaw.com

**1:03-cv-451 Notice will not be electronically mailed to:**

4/14/2008                              **EXHIBIT J**

Jack Crawford
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand, 10330

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/4/2008] [FileNumber=448619-0]
[bde1c10319b8e85c7cb345eaacad0f40075fcc1149295a0ee8086f28b967c28fa2e49
2d200df85423b3347aec0e2a73a18879ebe42a80c6d4f03ddb8528d2a3f]]

4/14/2008