**Joseph F. Kotowski**

**From:** hid_resp@hid.uscourts.gov
**Sent:** Tuesday, March 04, 2008 5:08 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Motion for Miscellaneous Relief

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 3/4/2008 at 5:07 PM HST and filed on 3/3/2008
**Case Name:**     Crawford v. Japan Airlines, et al
**Case Number:**   1:03-cv-451
**Filer:**         Jack Crawford
**Document Number:** 338

**Docket Text:**
**Crawford's Counter-MOTION to Postpone Depositions in Japan with Japan Airlines, Jalways, and HACS Until New Counsel Has Been Appointed and 90 Day Countinuance (sic)Has Expired [332] - by Plaintiff Jack Crawford (cc: Lek) [Note: Counter-Motion has been docketed as a separate entry from [337] Plaintiffs Opposition and Response Statement] (ecs, )**

**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer  ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal  segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper  apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki  carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews  ddm@ahfi.com

Joseph F. Kotowski, III  jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons  jlyons@rlhlaw.com

**1:03-cv-451 Notice will not be electronically mailed to:**

4/14/2008                               **EXHIBIT K**

Jack Crawford
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand, 10330

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/4/2008] [FileNumber=448629-0]
[bf9d2294c4c089692dc0baac3a73262cad8437f743156a345c040168685c662999040
07ad49cf8927c493a1dbef0404033cf63e26e1a70eda93e9e2c6634e86f]]

4/14/2008