**Joseph F. Kotowski**

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Monday, March 17, 2008 4:40 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Statement |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Hawaii - CM/ECF V3.1.2 (12/07)**

## Notice of Electronic Filing

The following transaction was entered on 3/17/2008 at 4:40 PM HST and filed on 3/13/2008

| | |
|---|---|
| **Case Name:** | Crawford v. Japan Airlines, et al |
| **Case Number:** | 1:03-cv-451 |
| **Filer:** | Jack Crawford |
| **Document Number:** | 348 |

**Docket Text:**
**Plaintiff's Position, Opposition and Response STATEMENT Requesting Rescinding and/or Reversal of Court Orders Granting Depositions in Japan May 7th/9th, 2008. Re: Defendants Japan Airlines, Jalways, and Hawaiian Aviation Contract Services, Inc. "Ex Parte Application for Assurance and Commission to Take Depositions in Japan. Re: Affidavit of Carl H. Osaki and Gary Grimmer dated February 13th and 29th of 2008. [331]- filed by Jack Crawford. (Attachments: # (1) EXHIBITS (1 and 2))(ecs, )**


**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer  ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal  segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper  apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki  carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews  ddm@ahfi.com

Joseph F. Kotowski, III  jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons  jlyons@rlhlaw.com

**EXHIBIT L**

4/14/2008

**1:03-cv-451 Notice will not be electronically mailed to:**

Jack Crawford
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand, 10330

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/17/2008] [FileNumber=456142-0]
[9ad5a9020289e366629f6123f6f30e845921abe9c2f3dc860a9a8353a279eb80305e
af274a666095918d4f6d801260b2299c2d3cde3ae2db30252e570c1bb434]]
**Document description:** EXHIBITS (1 and 2)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/17/2008] [FileNumber=456142-1]
[7c34e5c0f951e94f67ca5ce4dff189c54516b39de41dfb05bdd12ee2286d0c9b58cc
a483f3aebf1bdbf4f70d4557d63141bf7036a58bd335fd8fbabfbfdc14d3]]

4/14/2008