Joseph F. Kotowski

**From:** hid_resp@hid.uscourts.gov
**Sent:** Tuesday, March 25, 2008 3:15 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Link

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 3/25/2008 at 3:15 PM HST and filed on 3/25/2008
**Case Name:**      Crawford v. Japan Airlines, et al
**Case Number:**    1:03-cv-451
**Filer:**
**Document Number:** 357

**Docket Text:**
EO:Re [356]-Letter to Magistrate Judge Leslie Kobayashi from Jack Crawford-On March 21, 2008, the Court received a letter from Plaintiff Jack Crawford (Plaintiff) Docket No. [356], In his letter, Plaintiff asks the Court to mail him a copy of the Court Rules. The Court, however, cannot act on this request. The Court is not free to accept any direct communication from Plaintiff. To date, there is no indication that Plaintiff has served any other party with a copy of his letter. See Document No. [356] Such communications are deemed ex parte, and are generally prohibited. An ex parte communication is a communication about a case which a party makes to the Judge, without giving notice to the opposing party. Ex parte communications foreclose an opposing partys opportunity to respond, and are in most cases a violation of due process. Accordingly, the Court generally refrains from ex parte communications with parties. Although pro se litigants are held to less stringent standards than those of their legal counterparts, see Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam); Jackson v. Carey, 353 F.3d 750, 757 (9th Cir. 2003), a litigants pro se status cannot excuse him from complying with the procedural or substantive rules of the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) (Pro se litigants must follow the same rules of procedure that govern other litigants.); see also United States v. Bell, 27 F. Supp. 2d 1191, 1197 (E.D. Cal. 1998). Accordingly, Plaintiff is specifically instructed to consult the Federal Rules of Civil Procedure, the Local Rules for the District of Hawaii (Local Rules), and the Federal Rules of Evidence, and to conduct himself according to these rules. The Court is sympathetic to the fact that Plaintiff lives abroad and does not have a computer. However, insofar as Plaintiff has an email address and has previously requested leave to file documents electronically, he should be able to print copies of the applicable rules. Pro se parties can access these rules through links found on the website for the United States District Court for the District of Hawaii (www.hid.uscourts.gov).Plaintiff is also put on notice that future failure to comply with the rules of the court may result in the imposition of sanctions, including dismissal of his complaint or other appropriate sanctions. See Fed. R. Civ. P. 11; Local Rule LR11.1. Plaintiff is specifically instructed to refrain from any further ex parte

4/14/2008                                **EXHIBIT N**

communications, that is, any communication about this case to the Judge without giving notice to the opposing parties. (JUDGE LESLIE E KOBAYASHI)(lls, )

**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer  ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal  segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper  apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki  carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews  ddm@ahfi.com

Joseph F. Kotowski, III  jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons  jlyons@rlhlaw.com

**1:03-cv-451 Notice will not be electronically mailed to:**

Jack Crawford
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand, 10330

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/25/2008] [FileNumber=461035-0]
[5982fb5445e627d4038ad3c0ff235d8e8ccdff073a04eda25344dbac82c5d0f594aa
32c834222b313e4ab7170d819e06783a69f90cf4e9223df6e2a48f706df2]]

4/14/2008