IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN VENTRESS, | ) Civ. No. 07-00581 SPK-LEK |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAPAN AIRLINES, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### ORDER VACATING HEARING DATE AND DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING APPEAL

Upon initial review of the pending motions, the May 14, 2008, hearing is VACATED. Under Local Rule 7.2(d), the following motions will be submitted without an oral hearing and will be considered based upon the pleadings and records on file: Motion for Judgment on the Pleadings [4], Motion for Partial Summary Judgment [7], Motion for Summary Judgment [36], and Motion for Summary Judgment [56].

The dates for any remaining briefing remain the same. For example, any remaining memoranda in opposition may be filed on or before April 25, 2008 (19 days prior to May 14, 2008) and any corresponding reply memoranda would be

1

**EXHIBIT O**

due 7 days thereafter.

Also currently set for hearing on May 14, 2008, is Plaintiff's Motion to Stay Proceedings Pending Appeal [102]. A oral hearing on that motion is also unnecessary. The Motion to Stay Proceedings is DENIED. An order on a Motion to Change Venue is not an appealable collateral order and any such appeal is not proper under the current record. See Pacific Car and Foundry Co. v. Pence, 403 F.2d 949, 951 & n.5 (9th Cir. 1968); United States v. Snipes, 512 F.3d 1301 (11th Cir. 2008) (ruling on a venue motion in a criminal case). A Rule 54(b) partial judgment as to Defendant HACS has been entered, and the appeal as to HACS appears procedurally proper. Those proceedings, however, are based upon an arbitration award and are sufficiently collateral to the proceedings pending before this Court so that a stay of all other proceedings is unnecessary.

The May 14, 2008, hearing date is VACATED. The Motion to Stay Proceedings is DENIED.

IT IS SO ORDERED.

DATED: April 15, 2008.

Samuel P. King
Senior United States District Judge