**Joseph F. Kotowski**

**From:**     hid_resp@hid.uscourts.gov
**Sent:**     Wednesday, January 30, 2008 3:00 PM
**To:**       hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Statement in Opposition to Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Hawaii - CM/ECF V3.1.2 (12/07)**

**Notice of Electronic Filing**

The following transaction was entered on 1/30/2008 at 2:59 PM HST and filed on 1/29/2008
**Case Name:**        Crawford v. Japan Airlines, et al
**Case Number:**      1:03-cv-451
**Filer:**            Jack Crawford
**Document Number:** 302

**Docket Text:**
**POSITION STATEMENT AND OPPOSITION TO WITHDRAWAL OF SHAN LUIZ, ATTORNEY AS COUNSEL FOR THE PLAINTIFF [287] filed by Jack Crawford. (Attachments: # (1) Exhibit (titled "EXHIBIS", # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit A)(ecs, )(cc: LEK) [CLERK'S OFFICE NOTE: Filed date on file stamp is January 29, 2008 - image may be unclear. Document does not bear the Original Signature of Jack Crawford. Document title caption did not articulate the Exhibits attached. ]**

**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal segesdal@carlsmith.com, lgd@carlsmith.com

Andrew L. Pepper apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews ddm@ahfi.com

Shawn A. Luiz attorneyluiz@msn.com

Joseph F. Kotowski, III jkotowski@Carlsmith.com, rhatchie@carlsmith.com

4/14/2008                                    **EXHIBIT Q**

Jennifer B. Lyons jlyons@rlhlaw.com

**1:03-cv-451 Notice will not be electronically mailed to:**

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-0]
[7d8a3085fed46ee14a12e58da12e4dce40ee09b27c29bb4b97289f33ff21974a7e1c
9b91badac093ab03ed87a8b990133c555f78ce04515aaea75adc32aa4d63]]
**Document description:**Exhibit (titled "EXHIBIS"
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-1]
[42a5c30d6194e373d288676c1fcbb8f16f3846d8292274f47db4151b2af8e15e6d0b
1b82b08e319e78bec1e79f0780a560f9759e668151a57dec195b4a025cf3]]
**Document description:**Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-2]
[8e6be23d29ff4b3c0d092bf52b649692c7635954c870863f7e6f3875da35b3ada643
0b8e66f884f80d6ffca6a1379afe2acb38a07f4691e7940ea11ba32989f4]]
**Document description:**Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-3]
[1218e3109322370330e29e73d3bb3b48caedbf68eb527e4dc62aa130fd373cf6b84c
61fb84389c1fc935293ee7c07cbef65aca7493790e1ad0cec2952086d7ba]]
**Document description:**Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-4]
[a1ae567c78eb901d64516934b4f089fdf98548735e1b5edf9a8b5855ff0c954db29b
de6cea67c8be1174096ccc166cb25698e01da04e3fdb403e2d64ff169324]]
**Document description:**Exhibit 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-5]
[79b726f7c678103a0def4c664d97f5d16a4662f38b515198f3b43d029c38bf7891de
0f328538d57c70e7fd0e1a5dfaf785667a506603e7d6910827be0e81b609]]
**Document description:**Exhibit 5
**Original filename:**n/a

4/14/2008

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-6]
[5e927fc7e534acbff4d2a3d65d578d6ef862a13d57cc5682631d151231066f9a07c6
e9c4927a909e16ae39991d160919e63ab0b52315a8409961d410c11c43b5]]
**Document description:**Exhibit 6
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-7]
[bd32f2cef9140de8b1800fe81ce69d7cd9c5d3aff305439f74573df525af8c800d8b
0e30aea531d49e4a0a50359e02d61242e32e63d0505ec770a434f54652d7]]
**Document description:**Exhibit 7
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-8]
[3c88a7829fc86fb6d3dd3e50371353a6c5ad218742c6f51364bafd228f758186a4b5
c2447e23a40e295b0af7ac054e603d86220253fd5203bc46646141445188]]
**Document description:**Exhibit 8
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-9]
[b83526d29c4232cdc74e70756b46e1cf43579d7ab6403c888e39c4d40073abf05466
aaf9bb99bef3e76a7b029040f6994da3fb1ad300d0c361e914113e0d37e3]]
**Document description:**Exhibit 9
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-10
] [1fff3cec9c21495ea071b263c946fca5417a726ae2461eec99944a1ab99b3ab0754
95f6149ba5a10dd2af272b5bba10e3245934e31f06c31443a01bdda95f5ce]]
**Document description:**Exhibit 10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-11
] [3c9d0cd57d728c95eee12a04474d43290d0f862f13ec335826391e4078f34bba9a1
6f99213f96b865b3fb27ef16b8142980cbefb14a3b0a922b300c3b66e21ea]]
**Document description:**Exhibit 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-12
] [bb6cd07e73034fff8d0394461c1fc3c755c3310dfdaa14bcfa643ca6332d743a574
8bc8ab3a1321906b0b1c53833003194afc861198c95ab06a4b9ee33e8a550]]
**Document description:**Exhibit 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-13
] [a68b90ef7651e4de13f6e35ec1ec16a965d3d7616f1789ac0d1725bb9643afbf131
8011bc4d7e609ed577214aaa9404184af9027b9e999be2cd7961a5682736c]]
**Document description:**Exhibit 13
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-14
] [5bcaac831c0f1a5ba2d9c0f8b898b05da4723e8a3a2652cde5e6544ae3c8852b7b1
64566cd089af35e6b6dcdd84153569c2866263ad39581028035a2dc1161a7]]
**Document description:**Exhibit 14
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-15
] [366165555c26e1df9a22752a64f66ea6066db4bb2a94c48054d34065cf9191925aa
885e8614a75aae55c27a2197d42f2d95fa053a19b1941069f94dbf4283011]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2008] [FileNumber=427669-16
] [2866a06a1ba1a17e051f5dc0b286de528c213b81354a211754250fa96b5a67c263a
c0ff327d56655d6d36e6534481da3c721edc81fd342908f9c822006231e8d]]

4/14/2008