Joseph F. Kotowski

**From:** hid_resp@hid.uscourts.gov
**Sent:** Tuesday, February 05, 2008 1:10 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Statement in Opposition to Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 2/5/2008 at 1:09 PM HST and filed on 2/4/2008
**Case Name:** Crawford v. Japan Airlines, et al
**Case Number:** 1:03-cv-451
**Filer:** Jack Crawford
**Document Number:** 309

**Docket Text:**
ADDENDUM TO CRAWFORD'S POSITION/OPPOSITION STATEMENT TO THE LUIZ MOTION TO WITHDRAW WITHOUT CONDITIONS OR PENALTY re [287]- filed by Jack Crawford. (Attachments: # (1) "EXHIBIS", # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13)(ecs, ) [Note: Additional Exhibits 14 - 25 will be filed in a separate entry]

**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews ddm@ahfi.com

Shawn A. Luiz attorneyluiz@msn.com

Joseph F. Kotowski, III jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons jlyons@rlhlaw.com

4/14/2008

**EXHIBIT R**

**1:03-cv-451 Notice will not be electronically mailed to:**

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-0]
[1e0db8e69234797752ea6ac47f8dad2b8d23c5e561dd56e3f4534c27e09a94b2a907a
a6225adaa3dc16b0b1a62df2204689d8d90f93bdf3d631d2527c08083c6]]
**Document description:** "EXHIBIS"
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-1]
[54446820e9ba33c5a3b8dcde98611f6865d27d7ada904efd5ffea441993cdb6ce392a
b65544e584ffd035773d845b41857eaeca5bbcba221fcb682337f547ed3]]
**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-2]
[7bd156bec843a568300aff6d8d8b51563be81b028d21760cd4f767398acae3b702e57
f03598f0e73800ae25d9bc19a68a09dc7baf7aec72bf1d82f2be0b61880]]
**Document description:** Exhibit 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-3]
[19b51baefb4466a44026c52f989767d0d1c486b4e63bdad6daba7186a1a79d562f7af
91ae1f7ccb2eb45664d8141ac5de20df5e8f455333dcddb870ed7e0c2f3]]
**Document description:** Exhibit 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-4]
[3d5a911c2daed628fba4ad9d2d7c5ae88ed00c0763ec522c91e3a5600939ff80a911f
e026ca3df7da0e3667ddad98cb3038cee5cb73806b8ce824da23ff6d768]]
**Document description:** Exhibit 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-5]
[8d80dfff52d72324012b9051052a021c90db3c2f068f2a543827299020361cef3cfa4
89c79f869f83f1a462860c64e88a6f6c03b195bef9d082c6bc60a52db22]]
**Document description:** Exhibit 5
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-6]

4/14/2008

[7fbf74dbb570f78f2fd1d08637625ed9685c457cc47bb0b23a4f9031bcbeea0f27818
4c49a2020552f854505a9ac30c62ae11836bd460723dfcbee1cb7cd8993]]

**Document description:**Exhibit 6
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-7]
[3fb03c48d34d76c179061617c05d75d9dfc7a679d766d0a46477197ea82ecc8f52d9b
a96a3f7f5cc96cb82e89ce770c64bb825c52ff02477981733583d7a1523]]

**Document description:**Exhibit 7
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-8]
[5fafbde6134cbfc930e422e783f02650dd055880456a0d0bc9704e1471f9231bad94a
07f6160e243ff9baf4cd4c3c82cc891100e708bd406e34317b046e4b4a6]]

**Document description:**Exhibit 8
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-9]
[5e31b526fa42fb6ab5978751e56d59e3ce03bd492e1b3ddafa306ded9265122281755
2072e1184db86d36cdf2d953fb6f248cf1a65d296be4dca455cedcf5e59]]

**Document description:**Exhibit 9
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-10]
[43436ea943ef1a3e15263393208a19aee2a623a0f946b22cff22120ff34d79da1081
4ce4a86bb916d943ebac1f3d435cd699800b49da61f2ca71982e9e4652ac]]

**Document description:**Exhibit 10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-11]
[66ef93b78c2b9c8e02978d694ea82f60f30169d6db872f77c3c8e3471bdc04cc21d1
a6bc3c08788d0ddc9a3620c997eea08b6ee63fc8cf2aa3c7cb0b1b8dc0da]]

**Document description:**Exhibit 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-12]
[7e609b7203b0137009b7c3fdb5657e909fed87a51b77439ecce845776044a709750d
6dc9a8b88f077413da6776ae00bf7dbe8e26231ebdb82011e542dc77d360]]

**Document description:**Exhibit 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-13]
[9addda18573e8e8c7d71225dc2d58da0e5f2e2ac01efd19aa3e88f2cf55b5242c23b
4aec4a89b8db59718f0b363fd99780a0d07fc703fbf64bc8dc2c93ffa105]]

**Document description:**Exhibit 13
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431634-14]
[6363ce0246031a18841fc0bc38c46cf8a1190dd0dcdc26ee0a91613bd35e96346d8c
2b3f762381cfc478517cdf9251430adc8cb9172608a0d3e938aa9091f1f2]]

**Joseph F. Kotowski**

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, February 05, 2008 2:57 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Additional Exhibits |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 2/5/2008 at 2:56 PM HST and filed on 2/4/2008
**Case Name:**         Crawford v. Japan Airlines, et al
**Case Number:**    1:03-cv-451
**Filer:**                    Jack Crawford
**Document Number:** 310

**Docket Text:**
Additional Exhibits [309] ADDENDUM TO CRAWFORD'S POSITION/OPPOSITION STATEMENT TO THE LUIZ MOTION TO WITHDRAW WITHOUT CONDITIONS OF PENALTY filed by Jack Crawford. (Attachments: # (1) Exhibit 14, # (2) Exhibit 15, # (3) Exhibit 16, # (4) Exhibit 17, # (5) Exhibit 18, # (6) Exhibit 19, # (7) Exhibit 20, # (8) Exhibit 21, # (9) Exhibit 22, # (10) Exhibit 23, # (11) Exhibit 24)(ecs, ) [RETAINED IN CASE FILE ]


**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer   ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal   segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper   apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki   carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews   ddm@ahfi.com

Shawn A. Luiz   attorneyluiz@msn.com

Joseph F. Kotowski, III   jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons   jlyons@rlhlaw.com

4/14/2008

**1:03-cv-451 Notice will not be electronically mailed to:**

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-0]
[153feedd37e5353ff4641007a95817703c273055c6392cfdbf7a7faf42e3bd8fbd60e
79b0cc52521ffbefcb6a913b5f9d7479b641a7e13ef292546fbcca1fcb1]]
**Document description:**Exhibit 14
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-1]
[07b7ef550732409f4c43f413adf71ffd88dba56199a17840167189e758fb5061e71a7
48bb15d5a4cc1bf670a43be78327ad9aa04749a5702ff103775408fc530]]
**Document description:**Exhibit 15
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-2]
[85aae5756cfb3714635d45f6ca8e5f888167c702a7e123ac62d8e5e0630b28b315c85
dee2fe8aa8a447649eb54481f31e0f31b2a877478fa3b020fd50c219d4e]]
**Document description:**Exhibit 16
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-3]
[4030f26b663e73dfa40f66b16b7571dfa7d1069e810830cad13b8163034ce37c3b344
4a5bdb971f173fa99eb47703a3aeb0ef3df9c227a148f8915cf71f74889]]
**Document description:**Exhibit 17
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-4]
[c042c0a4319ea7510c999689b944f5afbd71e9ab740e47715b4ac81458cf742f47b90
b7b50dfe4d8346110b4dd44538a03a3bff9ab89e62e326bd0485b0e2bc7]]
**Document description:**Exhibit 18
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-5]
[24f1fc17f156dbdf684a6f274e92e4441661d0b9f494e5cd3b35e6fef87348a473b8b
bec9f88ce722a803e75ad36a91965494cc85d0cceaaabeb4b3ec02f1924]]
**Document description:**Exhibit 19
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-6]

4/14/2008

[b99e4f6487815941d23e1c9e0f88978312be5e383fe5c7448f9f543acd6f9961b4a88
e3d8af3b87c44d7493b3cfa9cdcd2c3ecae919904a0e689c3eef2005fd8]]

**Document description:** Exhibit 20
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-7]
[7e6edc89b191eaad836a8659810d9b1d73f48c92af0b55e773fa926612f7311ae0214
f8ead9c3c6849e886e491cda5a34458ec380a0337fdc911e9ae32735248]]

**Document description:** Exhibit 21
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-8]
[400e6e371fe8e4ad32bec7e9ddc832b1532a64efbaf4a860e9f693c2ff83421c26c14
f72ae43b3802941ffcaf6c3d371c9ab25aede38566b3bb0f8a3a5aea73d]]

**Document description:** Exhibit 22
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-9]
[6e3652e2f0afa7483a82a843d6a7d81f5d92240e67f197fc2c829a0d863d49eb36ec3
a24bc8ea9ff4682304ab9b6f3e394b0e8500172e89b105b26e5bef18c6d]]

**Document description:** Exhibit 23
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-10]
[55e866bbc05d3a0d170725a858ca970174d2d7d9d9faebf81649183e2a8492660d9e
f9f1c35cdcadb98dd2e3f29bd29abffa1a45dd26231f4c0eeb623ffba19a]]

**Document description:** Exhibit 24
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/5/2008] [FileNumber=431771-11]
[992a5551dcac316984c939f3b837aa453ad8fe9b19884ffb11ab2f35e2419e08d886
d709076aa812b9f73e7a26c7ceda20deae88c1adeda7c0957c121fa89eae]]

4/14/2008