## Joseph F. Kotowski

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Thursday, February 07, 2008 12:51 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al Errata |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 2/7/2008 at 12:50 PM HST and filed on 2/5/2008
**Case Name:**    Crawford v. Japan Airlines, et al
**Case Number:**    1:03-cv-451
**Filer:**
**Document Number:** 314

**Docket Text:**
ADDENDUM TO PLAINTIFF JACK L. CRAWFORD'S MOTION FOR A NINTY (sic) CONTINUANCE; Additional Documentation Attached [308] (Attachments: # (1) Certificate of Service, # (2) EXHIBIT *(red rubber stamp on bottom right corner)*, # (3) Exhibit 1 *(red rubber stamped - EXHIBIT with 1 penned in with blue ink) Second page - red rubber stamp EXHIBIT* , # (4) Exhibit 2 *(red rubber stamp EXHIBIT with 2 penned in blue ink)* ) (cc: LEK)(ecs, )

**1:03-cv-451 Notice has been electronically mailed to:**

Gary G. Grimmer  ggrimmer@carlsmith.com, eleming@carlsmith.com

Steven M. Egesdal  segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

Andrew L. Pepper  apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

Carl H. Osaki  carl@chosaki.com, cho@hawaii.rr.com

Danielle N. Degele-Mathews  ddm@ahfi.com

Shawn A. Luiz  attorneyluiz@msn.com

Joseph F. Kotowski, III  jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons  jlyons@rlhlaw.com

4/14/2008                                    **EXHIBIT S**

Page 2 of 2

**1:03-cv-451 Notice will not be electronically mailed to:**

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/7/2008] [FileNumber=433441-0]
[5f86b5d8f0d25f82aaa503c2f3305781443fa5af649d6f321aaad3af307b5a707583b
d477a72d63ab1c045f8e6b92039de9eed65bacf89e41e3b247e854f4db2]]
**Document description:** Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/7/2008] [FileNumber=433441-1]
[3da5f7cc34f75171dd097a4cb86e0ee606f3e20dd3e4d595e3b5a4ef4ec79fa6eca3e
5dfb9ac84718f873e62cfbc9a40109a238a10dff879d5c7830ca559f0ec]]
**Document description:** EXHIBIT (red rubber stamp on bottom right corner)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/7/2008] [FileNumber=433441-2]
[49c0e1540732701936f8163eb640d7f39b2599356d2e76e47ed7576a15127c82af831
870dbfd40c8e9997ef635bd2b08cdb99bbd3eb390961e84f679448e030c]]
**Document description:**Exhibit 1 (red rubber stamped - EXHIBIT with 1 penned in with blue ink) Second page - red
rubber stamp EXHIBIT
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/7/2008] [FileNumber=433441-3]
[382d5ea5d59bd411c6dfc464b5a088601b5ef12d02ec46b0ce01e487805b2a94fbd09
410c6a183479539b15bdb68ce8198e3f6b923ce1c50795b22a39e16b57e]]
**Document description:**Exhibit 2 (red rubber stamp EXHIBIT with 2 penned in blue ink)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/7/2008] [FileNumber=433441-4]
[32667291f3ba9aaead89a9f70256d4dd243b03b218776ca6c2785171ce4de11b7b011
e1cc9539a175e1640ef88587cccf2e24c10adb447714277ca2d8e920d2d]]

4/14/2008