**Joseph F. Kotowski**

| | |
|---|---|
| **From:** | Jack Crawford [captjack1943@yahoo.com] |
| **Sent:** | Wednesday, February 27, 2008 6:35 AM |
| **To:** | Andrew L. Pepper; Steven M. Egesdal; Gary G. Grimmer; Joseph F. Kotowski; Lawrence S. Okinaga; Lesa G. Douglas-Wong; Bebe H. Saunders; Susan O. Asato; Elvira P. Leming; Paul H. Davis; Renee K. Hatchie |
| **Cc:** | mej@carlsmith.com; ddm@ahfi.com; Albert Ebright; anh@handal-law.com; Nancy M. Beckner |
| **Subject:** | SETTLEMENT OFFER TO JAL |
| **Attachments:** | 3528160797-Damages_Feb27_08.doc; 3314239839-FINAL_SETTLEMENT_FEB28_08.doc; 1061912550-Glenn_Nov21_07; 635857933-Pepper_May17_04.doc; 809336128-Pepper_Nov8_07; 1048696455-STRICTLY_PERSONAL_FEB18_08 |

    

Damages_Feb27_0    FINAL_SETTLEMEN    Glenn_Nov21_07    Pepper_May17_04.    Pepper_Nov8_07    STRICTLY_PERSON
8.doc (40 KB)       T_FEB28_08.doc ...   (29 KB)          doc (34 KB)        (26 KB)          AL_FEB18_08 (38...

CONCERNED PARTIES:

SEE ATTACHED FILES

**EXHIBIT T**