**Joseph F. Kotowski**

| | |
|---|---|
| **From:** | Jack Crawford [captjack1943@yahoo.com] |
| **Sent:** | Friday, February 29, 2008 12:23 AM |
| **To:** | Andrew L. Pepper; Steven M. Egesdal; Gary G. Grimmer; Joseph F. Kotowski; Lawrence S. Okinaga; Lesa G. Douglas-Wong; Bebe H. Saunders; Susan O. Asato; Elvira P. Leming; Paul H. Davis; Renee K. Hatchie |
| **Cc:** | Michelle C. Imata; ddm@ahfi.com; Albert Ebright; anh@handal-law.com; Nancy M. Beckner |
| **Subject:** | JAPANESE AWARENESS |

February 29th, 2008

Michelle C. Imata: mci@carlsmith.com
Gary G. Grimmer: ggrimmer@carlsmith.com, Elvira P. Leming: eleming@carlsmith.com Lawrence S. Okinaga: lokinaga@carlsmith.com Lesa G. Douuglas-Wong: ldouglas-wong@carlsmith.com Bebe H. Saunders: bsaunders@carlsmith.com Susan O. Asato: sasato@carlsmith.com Steven M. Egesdal: segesdal@carlsmith.com Paul H. Davis: pdavis@carlsmith.com Andrew L. Pepper: apepper@carlsmith.com Renee K. Hatchie: rhatchie@carlsmith.com Carl H. Osaki: carl@chosaki.com Danielle N. Degele-Mathews: ddm@ahfi.com Joseph F. Kotowski III: jkotowski@carlsmith.com Jennifer B. Lyons: jlyons@rlhlaw.com Albert H. Ebrigt: ahe@carlsmith.com Anton N. Handal: anh@handal-law.com Nancy M. Beckner: nmb@carlsmith.com
Chairman: Toshiyuki Shinmachi
President/CEO: Haruka Nishimatsu
Executive Vice president: Nawano Katsuhiko Senior Vice President: Human Resoures / Toshio Annaka Finance Director: Tetsuya Takenaka Senior Corporate Auditor of the Board: Teruhisa Ishizawa Senior Director: Hidenkasu Omura Safety Director: Kiyoshi Kishida Majority Shareholder, Hidenkasu Omura

Concerned Parties;

Kindly note, the decision and, and I would suggest, the implications of the decision rendered by by the Federal 9th Circuit, court has finally reached overseas to Japan and their media. Friends in Japan referred me to:
http://www7a.biglobe.ne.jp/~ando/JAL.pdf sending me the attached information.

As I have indicated in prior correspondence, the losses for myself and all parties continue; however, this need not be the case.


Regards,

Jack L. Crawford

The Regent Royal Place II  6 / 179
Soi Mahadlekuang 2, Ratchadamri Road
Lumpini, Prathumwan
Bangkok, Thailand  10330
e-mail:  captjack1943@yahoo.com


cc:

Japan Airline Executive Offices
4-11 Higashi-Shinagawa
2-chome, Shinagawa-ku
Tokyo, Japan 140-8605

Carlsmith Ball LLP: Hawaii
Pacific Tower
1001 Bishop St., suite 2200
Post Office Box 656
Honolulu, Hi 96813

Carlsmith Ball LLP: CA

1

**EXHIBIT U**

444 S. Flower Street
Los Angeles, California
90071-2901

Carlsmith Ball LLP: Washington D.C.
1201 Pennsylvania Avenue, N.W.
Suite300 Washington, D.C. 20004-2401