# Joseph F. Kotowski

| | |
|---|---|
| **From:** | Jack Crawford [captjack1943@yahoo.com] |
| **Sent:** | Thursday, March 06, 2008 3:50 AM |
| **To:** | Gary G. Grimmer; Carl Osaki |
| **Cc:** | Andrew L. Pepper; Steven M. Egesdal; Joseph F. Kotowski; Lawrence S. Okinaga; Lesa G. Douglas-Wong; Bebe H. Saunders; Susan O. Asato; Elvira P. Leming; Paul H. Davis; Renee K. Hatchie; jlyons@rlhlaw.com; Albert Ebright; anh@handal-law.com; Nancy M. Beckner; Michelle C. Imata |
| **Subject:** | JAPANESE SETTLEMENT OFFER |
| **Attachments:** | 928072962-Gary_Carl_Mar06_08_B.doc; 3478696325-FINAL JAL_COV_Mar5_08.doc; 3831420406-FINAL_JAL_COVER_MAR5_08_JAPANESE.doc; 3314239839-FINAL_SETTLEMENT_FEB28_08.doc; 1807746554-FINAL_SETTLEMENT_FEB28_08_JAPANESE.doc; 4200062552-LIST OF EXHIBITS.doc; 3301437591-LIST_EXHIBIT_JAPANESE.doc |

      

Gary_Carl_Mar06_08_B.doc (44 K...    FINAL_COV_Mar5_08.doc (...    FINAL_JAL_COVER_MAR5_08_JAPANE...    FINAL_SETTLEMENT_FEB28_08.doc ...    FINAL_SETTLEMENT_FEB28_08_JAPAN...    LIST OF EXHIBITS.doc (20 KE...    LIST_EXHIBIT_JAPANESE.doc (26 ...

See attach files

1

**EXHIBIT V**