## Joseph F. Kotowski

| | |
|---|---|
| From: | Jack Crawford [captjack1943@yahoo.com] |
| Sent: | Thursday, March 06, 2008 4:04 AM |
| To: | Gary G. Grimmer; Carl Osaki |
| Cc: | Andrew L. Pepper; Steven M. Egesdal; Joseph F. Kotowski; Lawrence S. Okinaga; Lesa G. Douglas-Wong; Bebe H. Saunders; Susan O. Asato; Elvira P. Leming; Paul H. Davis; Renee K. Hatchie; jlyons@rlhlaw.com; Albert Ebright; anh@handal-law.com; Nancy M. Beckner; Michelle C. Imata |
| Subject: | Fwd: JAPANESE SETTLEMENT OFFER |
| Attachments: | JAPANESE SETTLEMENT OFFER; 3358407001-STRICTLY_CONFIDENTIAL_JAPANESE.doc |



JAPANESE            STRICTLY_CONFID
SETTLEMENT OFFER    ENTIAL_JAPANESE..

Note: forwarded message attached.

1

**EXHIBIT W**