**Joseph F. Kotowski**

| | |
|---|---|
| **From:** | Jack Crawford [captjack1943@yahoo.com] |
| **Sent:** | Monday, March 31, 2008 10:17 AM |
| **To:** | Andrew L. Pepper |
| **Cc:** | Toshiyuki.Shinmachi@jal.com; Haruka.Nishimatsu@jal.com; Nawano.Katsuhiko@jal.com; Toshio.Annaka@jal.com; Tetsuya.Takenaka@jal.com; Teruhisa.Ishizawa@jal.com; Kiyoshi.Kishida@jal.com; patrick.furrow@jal.com; koichi.hayashi@jal.com; info@itoyama.org; Renee K. Hatchie; Steven M. Egesdal; Gary G. Grimmer; Lawrence S. Okinaga; Joseph F. Kotowski; Lesa G. Douglas-Wong; jlyons@rlhlaw.com; Albert Ebright; anh@handal-law.com; Nancy M. Beckner; Michelle C. Imata; Elvira P. Leming; Paul H. Davis; Bebe H. Saunders; Susan O. Asato |
| **Subject:** | FINAL OPPORTUNITY |
| **Attachments:** | 148378696-ANDREW_Apr1_08.pdf |

ANDREW_Apr1_08.pdf (28 KB)

SEE ATTACH FILE

1

**EXHIBIT Y**