**Joseph F. Kotowski**

| | |
|---|---|
| **From:** | Jack Crawford [captjack1943@yahoo.com] |
| **Sent:** | Tuesday, April 15, 2008 9:15 AM |
| **To:** | Steven M. Egesdal; Andrew L. Pepper |
| **Cc:** | Toshiyuki.Shinmachi@jal.com; Haruka.Nishimatsu@jal.com; Nawano.Katsuhiko@jal.com; Toshio.Annaka@jal.com; Tetsuya.Takenaka@jal.com; Teruhisa.Ishizawa@jal.com; Kiyoshi.Kishida@jal.com; patrick.furrow@jal.com; koichi.hayashi@jal.com; info@itoyama.org; Renee K. Hatchie; Gary G. Grimmer; Lawrence S. Okinaga; Joseph F. Kotowski; Lesa G. Douglas-Wong; jlyons@rlhlaw.com; Albert Ebright; anh@handal-law.com; Nancy M. Beckner; Michelle C. Imata; Elvira P. Leming; Paul H. Davis; Bebe H. Saunders; Susan O. Asato |
| **Subject:** | Re: 4-10-08 letter to Mr. Jack Crawford |
| **Attachments:** | 1494145753-Andrew_Apr15_08 |



Andrew_Apr15_08
(43 KB)

Please see attached.

```
--- "Steven M. Egesdal" <segesdal@carlsmith.com>
wrote:

> Please see attached.
>
>
>
> -------------------
> Paul H. Davis
> Legal Secretary to
> Steven M. Egesdal
> and Avis K. Poai
> Carlsmith Ball LLP
> ASB Tower, Suite 2200
> 1001 Bishop Street
> Honolulu, Hawaii   96813
> Direct Line: (808) 523-2604
> Facsimile:  (808) 523-0842
>
>
***********************************************************
> IMPORTANT/CONFIDENTIAL: This message from the law firm of Carlsmith
> Ball LLP contains information which may be confidential, privileged,
> and/or exempt from disclosure under applicable law. If you are not the
> addressee (or authorized to receive for the addressee), you are hereby
> notified that the copying, use or distribution of any information or
> materials transmitted in or with this message is strictly prohibited.
> If you received this message in error, please immediately notify me
> (the
> sender) by replying to this email, then promptly destroy the original
> message. Thank you.
>
>
```

**EXHIBIT Z**