IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD,<br><br>  Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES; JALWAYS CO., LTD.; HAWAII AVIATION CONTRACT SERVICES, INC.; and DOES 1-10, inclusive,<br><br>  Defendants. | CIVIL NO. 03-00451 SPK-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing will be served on the following at their last known addresses:

**Served by First Class Mail on April 21, 2008**:

JACK L. CRAWFORD III
The Regent Royal Place II 6/179
Soi Mahadlekluang 2, Rachadamri Road
Lumpini, Patumwan,
Bangkok, Thailand 10330

Plaintiff *Pro Se*

//

//

4848-0934-2722.1.051729-00003

2.

**Served Electronically through CM/ECF on April 21, 2008:**

CARL H. OSAKI, ESQ.  (carl@chosaki.com)
Town Tower, #17G
225 Queen Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII AVIATION CONTRACT SERVICES, INC.

DATED:  Honolulu, Hawaii, April 21, 2008.

/s/ Joseph F. Kotowski, III
ANDREW L. PEPPER
STEVEN M. EGESDAL
GARY G. GRIMMER
JOSEPH F. KOTOWSKI, III

Attorneys for Defendants
JAPAN AIRLINES and
JALWAYS CO., LTD.