IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD, | ) Civ. No. 03-00451 SPK-LEK |
|       Plaintiff, | ) |
| v. | ) |
| JAPAN AIRLINES, ET AL., | ) |
|       Defendants. | ) |

ORDER VACATING HEARING DATE AND REQUESTING MEMORANDUM
ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Upon review of the docket and pleadings on file in this case, the Court VACATES the oral hearing now scheduled for June 18, 2008. The Court will address the matters now set for that date without an oral hearing pursuant to Local Rule 7.2(d). These are Defendants' (1) Motion for Judgment on the Pleadings (Complete Federal Preemption) [docket 255]; (2) Motion for Partial Summary Judgment as to Piercing the Corporate Veil [263]; (3) Motion for Summary Judgment [294]; and (4) Motion for Summary Judgment that Defendant Jalways., Ltd. Was not Plaintiff's Employer (Count III) [280].

In particular, the Court has reviewed Defendant's Motion for Judgment on the Pleadings regarding Complete Federal Preemption [docket 255] and notes that

this identical Motion was granted in the related case <u>Ventress v. Japan Airlines</u>, Civ. No. 07-00581 SPK-LEK.  Plaintiff Crawford, however, has not had a full opportunity to file an opposition to this motion.  The Court will therefore give Plaintiff an opportunity to show cause why the Motion for Judgment on the Pleadings should not be granted.  The Court will give Plaintiff eighteen days within which to file an opposition to the motion for judgment on the pleadings.  **<u>An opposition is due on or before May 30, 2008.</u>**  The motion will be submitted for decision upon filing of an opposition, or on May 30, 2008, whichever is sooner.

    IT IS SO ORDERED.

    DATED:  May 12, 2008.



_____
Samuel P. King
Senior United States District Judge