UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 19 2008
1:10 pm
DISTRICT OF HAWAII

CV 03-451 SPK

MATHEWS      RETURN TO SENDER
    MOVED LEFT NO ADDRESS
       UNABLE TO FORWARD
           RETURN TO SENDER
BC: 96850497199        *2272-04050-16-14

Danielle N. Degele-Mathews
Alston Hunt Floyd & Ing
74-5620 Palani Rd. Ste 104
Kailua-Kona, HI 96740

Danielle N. Degele-Mathews
Alston Hunt Floyd & Ing
74-5620 Palani Rd. Ste 104
Kailua-Kona, HI 96740

RECEIVED
CLERK U.S. DISTRICT COURT

MAY 19 2008
11:10 am
DISTRICT OF HAWAII

CV 03-451 SPK

CV 03-451 SPK-LEK

# Other Orders/Judgments

1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al

## U.S. District Court

### District of Hawaii - CM/ECF V3.1.2 (12/07)

## Notice of Electronic Filing

The following transaction was entered on 4/17/2008 at 11:33 AM HST and filed on 4/17/2008
**Case Name:**      Crawford v. Japan Airlines, et al
**Case Number:**    1:03-cv-451
**Filer:**
**Document Number:** 368

**Docket Text:**
ORDER GRANTING JAL DEFENDANTS MOTION TO SHORTEN TIME AND AFFIRMING DECISION OF U.S. MAGISTRATE JUDGE [366] [362]. **Motions terminated: [366] APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Japan Airlines, Jalways Co., Ltd. and [367] Ex Parte MOTION To Shorten Time For Ruling On Defendants Japan Airlines And Jalways Co., Ltd.'s Appeal Of Non-Dispositive Order Pursuant To Local Rule 74.1 . Signed by JUDGE SAMUEL P KING on 4/17/08. - *The Court has reviewed the Rule 74.1 appeal, as well as the records and files in this case concerning the proceedings regarding the issuance (and subsequent reconsideration) of the February 15, 2008, commission. The Court cannot say that Judge Kobayashi's order was clearly erroneous or contrary to law. It was well-reasoned and logical, especially given the confused state of proceedings in this case. Any complications or duplication resulting from differing paths (as between Crawford and Ventress) are a consequence of the partiess stipulated bifurcation of the cases. Crawford and Ventress are separate matters; that some complications or duplication could result does not mean Judge Kobayashi's order was clearly erroneous or contrary to law. The April 7, 2008 Order [doc. 362] is AFFIRMED.* (ecs, )

*1:03-cv-451 Notice has been electronically mailed to:*

*Gary G. Grimmer*  ggrimmer@carlsmith.com, eleming@carlsmith.com

*Steven M. Egesdal* segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com

*Andrew L. Pepper* apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com

*Carl H. Osaki* carl@chosaki.com, cho@hawaii.rr.com

*Joseph F. Kotowski, III* jkotowski@Carlsmith.com, rhatchie@carlsmith.com

Jennifer B. Lyons jlyons@rlhlaw.com

**1:03-cv-451 Notice will not be electronically mailed to:**

Jack Crawford
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand, 10330

Danielle N. Degele-Mathews
Alston Hunt Floyd & Ing
74-5620 Palani Rd. Ste 104
Kailua-Kona, HI 96740

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/17/2008] [FileNumber=474958-0]
[bb769301488d2e96477f58663f758c725de51fa2d99f87157a7ba0b9ac71d4a446e7
fac7d8eb69e6e4c8334d2682a96883b88f8db03fd8b610141d69f8677915]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD, ) | Civ. No. 03-00451 SPK-LEK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JAPAN AIRLINES, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER GRANTING JAL DEFENDANTS' MOTION TO SHORTEN TIME AND AFFIRMING DECISION OF U.S. MAGISTRATE JUDGE

The JAL Defendants have filed an appeal, pursuant to Local Rule 74.1, of an April 7, 2008 Order of U.S. Magistrate Judge Leslie E. Kobayashi. The April 7, 2008 Order granted Plaintiff's Motion for Reconsideration regarding a commission order concerning depositions that are scheduled to take place in Japan, and rendered two other motions moot. The depositions apparently concern not only this case (Crawford v. Japan Airlines, Civ. No. 03-00451SPK-LEK) but also a related arbitration and the related case (Ventress v. Japan Airlines, Civ. No. 07-00581SPK-LEK). Defendants have also moved ex parte for an expedited ruling, given that the depositions are scheduled to begin May 7, 2008.

The Court GRANTS Defendants' Motion to Shorten Time for Ruling on

their Rule 74.1 appeal. The Court will decide the motion without further briefing.

The Court has reviewed the Rule 74.1 appeal, as well as the records and files in this case concerning the proceedings regarding the issuance (and subsequent reconsideration) of the February 15, 2008, commission. The Court cannot say that Judge Kobayashi's order was clearly erroneous or contrary to law. It was well-reasoned and logical, especially given the confused state of proceedings in this case. Any complications or duplication resulting from differing paths (as between Crawford and Ventress) are a consequence of the parties's stipulated bifurcation of the cases. Crawford and Ventress are separate matters; that some complications or duplication could result does not mean Judge Kobayashi's order was clearly erroneous or contrary to law.

The April 7, 2008 Order [doc. 362] is AFFIRMED.

IT IS SO ORDERED.

DATED: April 17, 2008.



_____
Samuel P. King
Senior United States District Judge

2