UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

RECEIVED
CLERK U.S. DISTRICT COURT

MAY 19 2008

DISTRICT OF HAWAII

$ 00.39⁴
PRESORTED
FIRST CLASS

Danielle N. Degele-Mathews
Alston Hunt Floyd & Ing
74-5620 Palani Rd. Ste 104
Kailua-Kona, HI 96740

:MATHEWS
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 96850497199    *S2272-04055-15-14

Danielle N. Degele-Mathews
Alston Hunt Floyd & Ing
74-5620 Palani Rd. Ste 104
Kailua-Kona, HI 96740

RECEIVED
CLERK U.S. DISTRICT COURT

MAY 19 2008
11:10

DISTRICT OF HAWAII

CV 03-00451 SPK-LEK

## Other Orders/Judgments

1:03-cv-00451-SPK-LEK Crawford v. Japan Airlines, et al

### U.S. District Court

### District of Hawaii - CM/ECF V3.2.1 (5/08)

### Notice of Electronic Filing

The following transaction was entered on 5/12/2008 at 3:50 PM HST and filed on 5/12/2008

**Case Name:**           Crawford v. Japan Airlines, et al

**Case Number:**        1:03-cv-451

**Filer:**

**Document Number:** 370

Docket Text:

**ORDER VACATING HEARING DATE AND REQUESTING MEMORANDUM ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS. Signed by JUDGE SAMUEL P KING on 5/12/08.** - *The Court will address the matters now set for that date without an oral hearing pursuant to Local Rule 7.2(d). These are Defendants (1) Motion for Judgment on the Pleadings (Complete Federal Preemption) [255]; (2) Motion for Partial Summary Judgment as to Piercing the Corporate Veil [263]; (3) Motion for Summary Judgment [294]; and (4) Motion for Summary Judgment that Defendant Jalways., Ltd. Was not Plaintiffs Employer (Count III) [280]. In particular, the Court has reviewed Defendants Motion for Judgment on the Pleadings regarding Complete Federal Preemption [255] and notes that this identical Motion was granted in the related case Ventress v. Japan Airlines, Civ. No. 07-00581 SPK-LEK. Plaintiff Crawford, however, has not had a full opportunity to file an opposition to this motion. The Court will therefore give Plaintiff an opportunity to show cause why the Motion for Judgment on the Pleadings should not be granted. The Court will give Plaintiff eighteen days within which to file an opposition to the motion for judgment on the pleadings. An opposition is due on or before May 30, 2008. The motion will be submitted for decision upon filing of an opposition, or on May 30, 2008, whichever is sooner. (ecs, )*

### 1:03-cv-451 Notice has been electronically mailed to:

*Gary G. Grimmer ggrimmer@carlsmith.com, eleming@carlsmith.com*

*Steven M. Egesdal segesdal@carlsmith.com, lgd@carlsmith.com, pdavis@carlsmith.com*

*Andrew L. Pepper apepper@carlsmith.com, jkotowski@carlsmith.com, lgd@carlsmith.com, rhatchie@carlsmith.com, segesdal@carlsmith.com*

*Carl H. Osaki carl@chosaki.com, cho@hawaii.rr.com*

*Joseph F. Kotowski, III jkotowski@Carlsmith.com, rhatchie@carlsmith.com*

CM/ECF-DC V3.1.2 (12/07) **LIVE**

https://ecf.hid.circ9.dcn/cgi-bin/Dispatch.pl?865065755489509

Jennifer B. Lyons jlyons@rlhlaw.com

**1:03-cv-451 Notice will not be electronically mailed to:**

Jack Crawford
The Regent Royal Place II 6/179
Soi Mahadlekuang 2, Rajadamri Road
Lumpini Patumwan
Bangkok, Thailand, 10330

Danielle N. Degele-Mathews
Alston Hunt Floyd & Ing
74-5620 Palani Rd. Ste 104
Kailua-Kona, HI 96740

Albert H. Ebright
Carlsmith Ball LLP
444 South Flower St 9th Flr
Los Angeles, CA 90071

Anton N. Handal
1200 Third Ave Ste 1321
San Diego, CA 92101-4111

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/17/2008] [FileNumber=474958-0]
[bb769301488d2c96477f58663f758c725dc51fa2d99f87157a7ba0b9ac71d4a446e7
fac7d8eb69c6e4c8334d2682a96883b88f8db03fd8b610141d69f8677915]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JACK CRAWFORD,                          )   Civ. No. 03-00451 SPK-LEK
                                        )
                Plaintiff,              )
                                        )
        v.                              )
                                        )
JAPAN AIRLINES, ET AL.,                 )
                                        )
                Defendants.             )
_____ )

## ORDER GRANTING JAL DEFENDANTS' MOTION TO SHORTEN TIME AND AFFIRMING DECISION OF U.S. MAGISTRATE JUDGE

The JAL Defendants have filed an appeal, pursuant to Local Rule 74.1, of an April 7, 2008 Order of U.S. Magistrate Judge Leslie E. Kobayashi. The April 7, 2008 Order granted Plaintiff's Motion for Reconsideration regarding a commission order concerning depositions that are scheduled to take place in Japan, and rendered two other motions moot. The depositions apparently concern not only this case (Crawford v. Japan Airlines, Civ. No. 03-00451SPK-LEK) but also a related arbitration and the related case (Ventress v. Japan Airlines, Civ. No. 07-00581SPK-LEK). Defendants have also moved ex parte for an expedited ruling, given that the depositions are scheduled to begin May 7, 2008.

The Court GRANTS Defendants' Motion to Shorten Time for Ruling on

this identical Motion was granted in the related case <u>Ventress v. Japan Airlines</u>,

Civ. No. 07-00581 SPK-LEK.  Plaintiff Crawford, however, has not had a full

opportunity to file an opposition to this motion.  The Court will therefore give

Plaintiff an opportunity to show cause why the Motion for Judgment on the

Pleadings should not be granted.  The Court will give Plaintiff eighteen days

within which to file an opposition to the motion for judgment on the pleadings.  **An**

**opposition is due on or before May 30, 2008.**  The motion will be submitted for

decision upon filing of an opposition, or on May 30, 2008, whichever is sooner.

IT IS SO ORDERED.

DATED:  May 12, 2008.



Samuel P. King
Senior United States District Judge

2