# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00451SPK-LEK |
| CASE NAME: | Jack Crawford vs. Japan Airlines, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 06/10/2008 | TIME: | |

COURT ACTION:  EO: On June 2, 2008, this Court received a letter dated May 26, 2008 from Plaintiff Jack Crawford's ("Plaintiff") physician, Kavi Suvarnakich, M.D.

This letter contains medical information about Plaintiff's mental and physical health. This letter does not appear to have been copied to Defendants' attorneys, nor was this letter requested by the Court.  This Court is frankly puzzled by the letter and questions the sender's purpose in issuing the letter.  Nevertheless, given the sensitive health information contained in the letter, this Court finds there is compelling reason to file the correspondence under seal.

Submitted by: Warren N. Nakamura, Courtroom Manager