IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK CRAWFORD, | ) Civ. No. 03-00451 SPK-LEK |
|   Plaintiff, | ) |
| v. | ) |
| JAPAN AIRLINES, ET AL., | ) |
|   Defendants. | ) |

ORDER STAYING ACTION

Several matters are pending on the Court's docket. They are Defendants' (1) Motion for Judgment on the Pleadings (Complete Federal Preemption) [docket 255]; (2) Motion for Partial Summary Judgment as to Piercing the Corporate Veil [263]; (3) Motion for Summary Judgment [294]; and (4) Motion for Summary Judgment that Defendant Jalways., Ltd. Was Not Plaintiff's Employer (Count III) [280]. Also pending is a related motion by Plaintiff that was referred to Magistrate Judge Leslie E. Kobayashi, apparently requesting "a suspension" of action during a 90-day continuance [364].

The Court has noted in its order of May 12, 2008, that Defendant's Motion

1

for Judgment on the Pleadings regarding Complete Federal Preemption [docket 255] was granted in the related case <u>Ventress v. Japan Airlines</u>, Civ. No. 07-00581 SPK-LEK.  The judgment in <u>Ventress,</u> and the Court's order granting the Motion for Judgment on the Pleadings regarding Complete Federal Preemption, is now on appeal to the Ninth Circuit Court of Appeals.  The Court is inclined to rule consistently in this case (<u>Crawford</u>).  The <u>Ventress</u> and <u>Crawford</u> cases previously were consolidated and there is significant legal overlap between the two matters.

However, there is some question whether Crawford has received proper notice and whether he is presently able to litigate matters because of instructions from a doctor regarding a stress-related condition.  The Court therefore deems it prudent to STAY the current action.  Presumably, the <u>Ventress</u> appeal will resolve the legal issues regarding preemption.  If the Court's judgment in <u>Ventress</u> is affirmed, then this case (<u>Crawford</u>) will necessarily fail.  The STAY shall remain in effect until after the Ninth Circuit issues a decision in <u>Ventress,</u> or until further substantive action occurs in that appeal.

The parties should inform the Court if there is any significant change in circumstances.  Counsel for the JAL Defendants are requested to apprise the Court when the Ninth Circuit issues a decision in <u>Ventress</u>.

The action is STAYED.  For administrative purposes, all pending motions

[dockets 255, 263, 280, 294] are DENIED without prejudice to potentially being re-filed after the stay is lifted.  (Docket 364, which had been referred to Judge Kobayashi is deemed MOOT.)

    IT IS SO ORDERED.

    DATED:  July 1, 2008.



    _____
    Samuel P. King
    Senior United States District Judge