ORIGINAL

# CIVIL NO. 03-00451SPK-LEK JACK CRAWFORD vs. JAPAN AIRLINES

# EXHIBIT A to Court's Minute Order Re: LETTER FROM BENYA KAMPONWIN

# Document # 376

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 - 2008

at 10 o'clock and 10 min  a.M.
SUE BEITIA, CLERK

June 27, 2008

To: Judge Kobayashi,
From: Benya Kamponwin

Attached to my email is letter to Judge Kobayashi on behalf of Mr. Crawford, a medical report just received from his doctor.

The hard copy of the medical report will be sent via FedEx to the Judge Kobayashi and the court for the record.

Regarding the defendants JAL and Warren Nakamura's statement JAL's attorney's did not receive a copy of the doctor's letter; I was unaware because:

(1)   It is not a motion, brief, etc., to the court.

(2)   It was of a "sensitive nature" which only the court needed to be advised.

It is Mr. Crawford's intent and obligation to defend his right to "due process" during of his unfortunate medical condition, which is serious a situation.

Enclosed beyond his control Dr. Kavee's letter with the current status report updating Mr. Crawford's visit with him as a matter of record for the courts convenience.

Regards,

*Benya.k*

Benya Kamponwin

cc: Kelly Bryant
    Judge Thomas Kaulukului



**RE: MEDICAL REPORT UPDATED**                                         Friday, May 30, 2008 3:36 AM

"benya kamponwin" <benya259@yahoo.com>
"Kelly M. Bryant" <kellybryant@dprhawaii.com>
"Thomas Kaulukukui" <huila3@yahoo.com>
asavoak@yahoo.com

May 30, 2008

Dear Kelly,

Thank you for your email. I would like to tell you that Jack is very sick and does not work on legal matters. Atleast until his doctor says it is ok.

I also cannot work with him because of his mental. I received the pack from Osaki it has not been opened or read by Jack. He said, "His cases are postponed" Until his doctor say's he is recovered. His doctor told me, his litigation is the problem for Jack. Jack has stopped temporary on his lawsuit, like his doctor ordered.

Would you please tell Osaki, Please don't sent any more documents to Jack, while Jack is still sick. He cannot response. Jack was not able no one to represent him in Japan. This was dishonest and unfair because Jack could not defend himself. I do not understand why Jack was treated with prejudice and Osaki was allowed to go to Japan when Jack could not.

Please explain to me why only Osaki could go. This seems so one sided to me and corrupt, like Thailand. If you have money and power you win. There is no jail for the rich, only the poor I thought American was honest and better than us in Thailand. If, Jack could not go to Japan or be represented how is it fair what Osaki said or true.

Regards,

Benya K.
cc: Judge Thomas Kaulukkui, DPR


--- On Thu, 5/29/08, Kelly M. Bryant <kellybryant@dprhawaii.com> wrote:

> From: Kelly M. Bryant <kellybryant@dprhawaii.com>
> Subject: RE: MEDICAL REPORT UPDATED
> To: benya259@yahoo.com
> Cc: "Thomas Kaulukukui" <huila3@yahoo.com>, "Carl H. Osaki" <carl@chosaki.com>, "Allison Kubo" <allisonk@chosaki.com>, "Ann-Marie Fernandez" <annmarie@ONIPAA.org>
> Date: Thursday, May 29, 2008, 8:11 AM
> Dear Benya K:
>
>
>
> Please be advised that the Arbitrator has NOT required Mr.
> Crawford to
> travel to Japan for the depositions.
>
> Mr. Osaki has agreed to provide Mr. Crawford with
> transcripts.
>
>
>
>
> Aloha,
>

> Kelly Bryant
>
> DPR Case Manager
>
> (808) 523-1234
>
>
>
>
>
> _____
>
> From: Warren_Nakamura@hid.uscourts.gov
> [mailto:Warren_Nakamura@hid.uscourts.gov]
> Sent: Wednesday, May 28, 2008 10:05 AM
> To: benya259@yahoo.com
> Cc: Thomas Kaulukukui; Kelly M. Bryant
> Subject: Re: MEDICAL REPORT UPDATED
>
>
>
>
> Transmission by e-mail is NOT ALLOWED...this e-mail is
> being
> deleted...you need to send the correspondence to the
> Clerk's Office for
>
> filing.....
>
>
>
>
>
> benya kamponwin <benya259@yahoo.com>
>
> 05/28/2008 05:23 AM
>
> Please respond to
> benya259@yahoo.com
>
> To
>
> Thomas Kaulukukui <huila3@yahoo.com>,
> "Warren_Nakamura@hid.uscourts.gov"
> <Warren_Nakamura@hid.uscourts.gov>
>
> cc
>
> kellybryant@dprhawaii.com
>
> Subject
>
> MEDICAL REPORT UPDATED
>
>
>
>
>
>
>
>
>

> >
> > To: Judge Kobayashi
> >
> > From: Benya
> >
> > Attached to my email on behalf of Mr. Crawford is Mr.
> > Crawford's latest
> > medical report just received from his doctor.
> >
> > The hard copy of the medical report I have sent via FedEx
> > to the court
> > and will be received May 30, 2008.
> >
> > This is Mr. Crawford forth medical report updating Mr.
> > Crawford's
> > current medical condition that I have prepared for him and
> > sent to the
> > court during his illness.
> >
> > Regards,
> >
> > Benya K.
> >
> > CC: Kelly Bryant
> >     Judge Thomas Kaulukukui



Ref. 08:1072/IMCO:an

June 25th, 2008

The Honorable Leslie E. Kobayashi
Judge Magistrate, U.S. District Court
For The District of Hawaii
300 Ala Mona Blvd., Rm C-338
Honolulu HI 96850

Re: <u>Mr. Jack Crawford vs. Japan Airline; et al;</u>
   Civil No. 03-00451 SPK LEK

Dear Judge Kobayashi;

As a courtesy to the court, I am submitting: Medical Findings: <u>Examination of Mr. Jack Crawford.</u>

There has been no change in my diagnosis since my last report May 2, 2008.

Kindly note that my patient presented me with recent documents which he received from the court dated June 10, 2008 written by Warren Nakamura. The memorandum questioned the purpose of the submission of sensitive health issue and reports sent and which commenced in January 2008. The last submission which was placed under seal left Mr. Nakamura puzzled. It is my understanding that my patient had previously indicated he would keep the court regularly updated related to his medical condition, diagnosis, and prognosis.

Should the Court have any questions they may contact me directly at Bumrungrad International Hospital. Upon obtaining a consent to release information from my patient, I will be pleased to respond to any specific questions related to his medical condition.

แห่งแรกในประเทศไทย
ที่ได้รับการรับรองคุณภาพโรงพยาบาลระดับสากล JCI
33 สุขุมวิท ซอย 3 กรุงเทพฯ 10110 โทรศัพท์ 0 2667 1000 โทรสาร 0 2667 2525
**Thailand's First JCI Accredited Hospital**
33 Sukhumvit 3, Bangkok 10110, Thailand Tel: +66 (0) 2667 1000 Fax: +66 (0) 2667 2525
www.bumrungrad.com

BI-00090-E-D-P-0505



2

I have again instructed Mr. Crawford not to respond to the court due to his current mental infirmities and medical conditions, nor to travel or involve himself in any sort of legal dialog and proceedings, until such time my diagnosis changes and Mr. Crawford is no longer suffers from severe depression.

Sincerely yours,

Kavi Suvarnakich, M.D.

Bumrungrad
International

แห่งแรกใบประเทศไทย
ที่ได้รับการรับรองคุณภาพโรงพยาบาลระดับสากล JCI
33 สุขุมวิท ซอย 3 กรุงเทพฯ 10110 โทรศัพท์ 0 2667 1000 โทรสาร 0 2667 2525
**Thailand's First JCI Accredited Hospital**
33 Sukhumvit 3, Bangkok 10110, Thailand Tel: +66 (0) 2667 1000 Fax: +66 (0) 2667 2525
www.bumrungrad.com

BI-00090-E-D-P-0505